**S. AMANDA MARSHALL, OSB #95347**
United States Attorney
District of Oregon
**ADRIAN L. BROWN, OSB #05020**
adrian.brown@usdoj.gov
**BILLY J. WILLIAMS, OSB # 90136**
Bill.Williams@usdoj.gov
Assistant United States Attorneys
United States Attorney's Office
District of Oregon
1000 SW Third Avenue, Suite 600
Portland, Oregon 97204-2902
Telephone:     (503) 727-1003
Facsimile:     (503) 727-1117

**THOMAS E. PEREZ**
Assistant Attorney General
**JONATHAN M. SMITH**
Chief
**LAURA COON**
Special Counsel
**R. JONAS GEISSLER**
jonas.geissler@usdoj.gov
**MICHELLE JONES**
michelle.jones2@usdoj.gov
Senior Trial Attorneys
Special Litigation Section
Civil Rights Division
U.S. Department of Justice
50 Pennsylvania Ave., NW
Washington, D.C.  20530
Telephone:     (202) 514-6255
Facsimile:     (202) 514-4883

      Attorneys for Plaintiff, United States

Page 1 -   Joint Motion To Enter The Parties' Settlement Agreement; *U.S. v. City of Portland,*
          Case No. 3:12-cv-02265-SI

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     v.<br><br>THE CITY OF PORTLAND<br><br>          Defendants. | Case No. 3:12-cv-02265-SI<br><br>JOINT MOTION TO ENTER SETTLEMENT AGREEMENT AND CONDITIONAL DISMISSAL OF ACTION<br><br>Fed. R. Civ. P. 41(a)(2) |

The Parties, by and through their counsel, jointly move the Court to enter an Order approving the attached proposed Settlement Agreement ("Agreement") to resolve the Complaint filed in the above-captioned case, and conditionally dismissing the action pursuant to Fed. R. Civ. P. 41(a)(2), subject to the Court retaining jurisdiction to enforce the Agreement, followed by final dismissal with prejudice upon performance of this Agreement.  The parties request that the Court place the ultimately approved Agreement on the Court's inactive docket subject to recall to the active docket should enforcement of the Agreement become necessary.

This Motion is supported by the accompanying Memorandum of Law and Declarations of Assistant United States Attorney Billy J. Williams and Advisor to the Mayor Clay Neal.

DATED this __17th___ day of ___December_____, 2012.

Respectfully submitted,

For the United States:

| S. AMANDA MARSHALL<br>United States Attorney<br>District of Oregon<br><br><br>/s/ Adrian L. Brown<br>ADRIAN L. BROWN<br>BILLY J. WILLIAMS<br>Assistant U.S. AttorneyS | THOMAS E. PEREZ<br>Assistant Attorney General<br>Civil Rights Division<br><br>JONATHAN M. SMITH<br>Chief, Special Litigation Section<br><br>/s/ Laura L. Coon<br>LAURA L. COON<br>Special Counsel<br><br>/s/ R. Jonas Geissler<br>R. JONAS GEISSLER<br><br>/s/ Michelle A. Jones<br>MICHELLE A. JONES<br><br>Senior Trial Attorneys |
|---|---|

For the City of Portland:

/s/ James H. Van Dyke
JAMES H. VAN DYKE
City Attorney

Page 3 -   Joint Motion To Enter The Parties' Settlement Agreement; *U.S. v. City of Portland,*
           Case No. 3:12-cv-02265-SI