UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>THE CITY OF PORTLAND,<br><br>    Defendant. | Case No. 3:12-cv-02265-SI<br><br>ORDER GRANTING JOINT MOTION TO ENTER SETTLEMENT AGREEMENT and CONDITIONALLY DISMISS ACTION |

This matter came before the Court upon the joint motion of Plaintiff United States and Defendant City of Portland, after having determined that entering into the proposed Settlement Agreement, rather than engaging in contested litigation, is the best way to resolve the United States' claims in this matter concerning policing practices.

After reviewing the Settlement Agreement, and in consideration of the parties' Joint Motion to Enter the Settlement Agreement, the Court hereby:

ORDERS that the parties' Joint Motion is GRANTED; and

ORDERS that the Settlement Agreement shall be and is entered as an Order of the Court.

Furthermore, the Court finds that this action is proper for dismissal pursuant to Fed. R. Civ. P. 41(a)(2) upon entry of the Settlement Agreement.  This action is hereby conditionally dismissed with prejudice, subject to the Court retaining jurisdiction to enforce the Agreement, followed by final dismissal with prejudice upon performance of this Agreement.  This matter is

Page 1 -    Order Granting Joint Motion To Enter The Parties' Settlement Agreement;
            *United States v. City of Portland*, Case No. 3:12-cv-02265-SI

placed on the Court's inactive docket subject to recall to the active docket should enforcement of the Settlement Agreement become necessary.

     SO ORDERED this _____ day of _____, 2012.


_____
United States District Judge
District of Oregon