ANIL S. KARIA**,** OSB No. 063902
E-mail: anil@miketlaw.com
Tedesco Law Group
3021 NE Broadway
Portland, OR  97232
Telephone:  866-697-6015
Facsimile:  503-210-9847
     Attorneys for Intervener-Defendant
     Portland Police Association

### UNITED STATES DISTRICT COURT

### DISTRICT OF OREGON

### PORTLAND DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | Civil Case No. 3:12-CV-02265-SI |
| Plaintiff, | |
| | **INTERVENER-DEFENDANT PORTLAND POLICE ASSOCIATION'S FRCP 24 MOTION TO INTERVENE** |
| v. | |
| **THE CITY OF PORTLAND,** | Oral Argument Requested |
| Defendant. | |

_____

### LR 7-1 CERTIFICATION

Counsel for Intervener-Defendant Portland Police Association has conferred with counsel for Plaintiff United States of America and Defendant City of Portland. The parties were unable to resolve the dispute.

### MOTION

The Portland Police Association moves to intervene in this action as a defendant as a matter of right under Fed. R. Civ. P. 24(a). Alternatively, the Portland Police Association moves

to intervene permissively as a defendant under Fed. R. Civ. P. 24(b). This motion is supported by

the attached Memorandum in Support and Declaration of Anil S. Karia.

      DATED this 18th day of December, 2012.


                     TEDESCO LAW GROUP


                     By:  */s/ Anil S. Karia*
                     ANIL S. KARIA**,** OSB No. 063902
                     E-mail: anil@miketlaw.com
                     Tedesco Law Group
                     3021 NE Broadway
                     Portland, OR  97232
                     Telephone:  866-697-6015
                     Facsimile:  503-210-9847
                           Attorneys for Intervener-Defendant
                           Portland Police Association

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that I served the foregoing INTERVENER-DEFENDANT PORTLAND

POLICE ASSOCIATION'S FRCP 24 MOTION TO INTERVENE on:

| | |
|---|---|
| S. Amanda Marshall | Thomas E. Perez |
| Adrian L. Brown | Roy L. Austin, Jr. |
| Billy J. Williams | Jonathan M. Smith |
| United States Attorney's Office | Laura Coon |
| District of Oregon | R. Jonas Geissler |
| 1000 SW Third Ave., Ste 600 | Michelle Jones |
| Portland, OR  97204-2902 | Civil Rights Division |
|   Attorneys for Plaintiff United States | U.S. Department of Justice |
| | 50 Pennsylvania Ave., NW |
| | Washington, D.C.  20530 |
| |   Attorneys for Plaintiff United States |

James H. Van Dyke
City Attorney's Office
1221 SW Fourth Ave., Ste 430
Portland, OR  97204
  Attorney for Defendant City of Portland

by service electronically pursuant to LR 100.7 and by U.S. Mail.

DATED this 18th day of December, 2012.

TEDESCO LAW GROUP


By: */s/ Anil S. Karia*_____
ANIL S. KARIA**,** OSB No. 063902
E-mail: anil@miketlaw.com
      Attorneys for Intervener-Defendant
      Portland Police Association

Page 1 – CERTIFICATE OF SERVICE