ANIL S. KARIA, OSB No. 063902
E-mail: anil@miketlaw.com
Tedesco Law Group
3021 NE Broadway
Portland, OR 97232
Telephone: 866-697-6015
Facsimile: 503-210-9847
    Attorneys for Intervener-Defendant
    Portland Police Association

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>    Plaintiff,<br><br>v.<br><br>**THE CITY OF PORTLAND,**<br><br>    Defendant.<br>_____ | Civil Case No. 3:12-CV-02265-SI<br><br>**DECLARATION OF ANIL S. KARIA IN SUPPORT OF INTERVENER-DEFENDANT PORTLAND POLICE ASSOCIATION'S FRCP 24 MOTION TO INTERVENE** |

I, ANIL S. KARIA, declare that:

1. I am an attorney representing Intervener-Defendant Portland Police Association ("PPA") in this case.

2. I make this declaration in support of Intervener-Defendant Portland Police Association's FRCP 24 Motion to Intervene.

3. On December 17, 2012, I conferred with James H. Van Dyke, counsel for Defendant City of Portland ("City") regarding the PPA's motion. The City opposes this motion.

Page 1 –  DECLARATION OF ANIL S. KARIA IN SUPPORT OF INTERVENER-
    DEFENDANT PORTLAND POLICE ASSOCIATION'S FRCP 24 MOTION TO
    INTERVENE

However, at the time of conferral, Mr. Van Dyke had not had an opportunity to confer with his client regarding the PPA's motion.

4. On December 18, 2012, I conferred with Adrian Brown, Jonas Geissler, and Michelle Jones, counsel for Plaintiff United States of America ("United States"), regarding the PPA's motion. The United States was unable to take a formal position on the PPA's motion.

5. The PPA is a labor union that represents a bargaining unit of police officers, sergeants, criminalists, and detectives employed by the City.

6. The PPA and the City are parties to a collective bargaining agreement that governs the terms and conditions of employment for police officers in the bargaining unit. A true and correct copy of the collective bargaining agreement is attached hereto as Exhibit A.

7. The PPA is not a party to the Settlement Agreement between the United States and the City, and was excluded from the negotiations that resulted in the Settlement Agreement.

8. On November 27, 2012, the PPA filed a grievance under the collective bargaining agreement after the City notified the PPA that it had entered into the Settlement Agreement with the United States. A true and correct copy of the grievance is attached hereto as Exhibit B.

9. Attached as Exhibit C is a true and correct copy of the PPA's Proposed Answer in this action.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED this 18th day of December, 2012, in Portland, Oregon.

                                                          */s/ Anil S. Karia*
                                                          ANIL S. KARIA

CERTIFICATE OF SERVICE

I hereby certify that I served the foregoing DECLARATION OF ANIL S. KARIA IN SUPPORT OF INTERVENER-DEFENDANT PORTLAND POLICE ASSOCIATION'S FRCP 24 MOTION TO INTERVENE on:

S. Amanda Marshall
Adrian L. Brown
Billy J. Williams
United States Attorney's Office
District of Oregon
1000 SW Third Ave., Ste 600
Portland, OR  97204-2902
  Attorneys for Plaintiff United States

Thomas E. Perez
Roy L. Austin, Jr.
Jonathan M. Smith
Laura Coon
R. Jonas Geissler
Michelle Jones
Civil Rights Division
U.S. Department of Justice
50 Pennsylvania Ave., NW
Washington, D.C.  20530
  Attorneys for Plaintiff United States

James H. Van Dyke
City Attorney's Office
1221 SW Fourth Ave., Ste 430
Portland, OR  97204
  Attorney for Defendant City of Portland

by service electronically pursuant to LR 100.7 and by U.S. Mail.

DATED this 18th day of December, 2012.

TEDESCO LAW GROUP

By: /s/ Anil S. Karia
ANIL S. KARIA, OSB No. 063902
E-mail: anil@miketlaw.com
    Attorneys for Intervener-Defendant
    Portland Police Association

Page 1 – CERTIFICATE OF SERVICE