ANIL S. KARIA, OSB No. 063902
E-mail: anil@miketlaw.com
Tedesco Law Group
3021 NE Broadway
Portland, OR  97232
Telephone:  866-697-6015
Facsimile:  503-210-9847

      Attorneys for Intervener-Defendant
      Portland Police Association

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>    Plaintiff,<br><br>    v.<br><br>**THE CITY OF PORTLAND,**<br><br>    Defendant.<br>_____ | Civil Case No. 3:12-CV-02265-SI<br><br>**INTERVENER-DEFENDANT PORTLAND POLICE ASSOCIATION'S [PROPOSED] ANSWER AND AFFIRMATIVE DEFENSES** |

      For its Answer and Affirmative Defenses, Defendant Portland Police Association ("PPA") admits, denies, and alleges as follows:

      1.      The PPA denies the allegations in paragraph 1 of the complaint.

      2.      In answering paragraph 2 of the complaint, the PPA admits that this court has jurisdiction of this action under 28 U.S.C. § 1331. The PPA denies that this court has jurisdiction of this action under 28 U.S.C. § 1345.

3. In answering paragraph 3 of the complaint, the PPA admits that under 29 U.S.C. § 14141(a), it is unlawful for any governmental authority, or any agent thereof, or any person acting on behalf of a governmental authority, to engage in a pattern or practice of conduct by law enforcement officers that deprives persons of rights, privileges, or immunities secured or protected by the Constitution or laws of the United States. The PPA denies the remaining allegations in paragraph 3 of the complaint.

4. In answering paragraph 4 of the complaint, the PPA admits that 42 U.S.C. § 14141(b) authorizes Plaintiff to seek injunctive relief whenever Plaintiff has reasonable cause to believe that a local government has engaged in conduct prohibited by 29 U.S.C. § 14141(a). The PPA denies that Plaintiff has the requisite reasonable cause, and further denies the remaining allegations in paragraph 4 of the complaint.

5. In answering paragraph 5 of the complaint, the PPA admits that venue is proper in the District of Oregon under 28 U.S.C. § 1391 and that Defendant City of Portland is located in Oregon. The PPA denies the remaining allegations in paragraph 5 of the complaint.

6. The PPA admits paragraph 6 of the complaint.

7. The PPA admits paragraph 7 of the complaint.

8. The PPA denies paragraph 8 of the complaint.

9. The PPA denies paragraph 9 of the complaint.

10. The PPA denies paragraph 10 of the complaint.

11. In answering paragraph 11 of the complaint, the PPA admits that constitutional policing is an essential element of effective law enforcement. The PPA denies the remaining allegations of paragraph 11 of the complaint.

12. The PPA lacks sufficient knowledge to form a belief as to the truth of the allegations contained in paragraph 12 of the complaint and, therefore, denies them.

13. The PPA lacks sufficient knowledge to form a belief as to the truth of the allegations contained in paragraph 13 of the complaint and, therefore, denies them.

14. The PPA admits that on or about September 13, 2012, Plaintiff released a findings letter regarding its investigation into the Portland Police Bureau. The PPA denies the remaining allegations in paragraph 14 of the complaint.

15. The PPA lacks sufficient knowledge to form a belief as to the truth of the allegations contained in paragraph 15 of the complaint and, therefore, denies them.

16. The PPA denies paragraph 16 of the complaint.

17. The PPA denies paragraph 17 of the complaint.

18. In answering paragraph 18 of the complaint, the PPA realleges its answers to paragraphs 1 through 17 of the complaint.

19. The PPA denies paragraph 19 of the complaint.

20. The PPA denies paragraph 20 of the complaint.

21. The PPA denies paragraph 21 of the complaint.

22. The PPA denies paragraph 22 of the complaint.

23. The PPA denies paragraph 23 of the complaint.

24. The PPA denies paragraph 24 of the complaint.

25. The PPA denies paragraph 25 of the complaint.

26. Except as specifically admitted above, the PPA denies any remaining allegations contained in the complaint.

## AFFIRMATIVE DEFENSES

### First Affirmative Defense

(Failure to State Claims for Relief)

27.     Plaintiff has failed to state any claims upon which relief can be granted.

### Second Affirmative Defense

(Estoppel)

28.     Plaintiff and Defendant City of Portland should be estopped from entering into any settlement agreement that violates or could violate the collective bargaining agreement between the PPA and Defendant City of Portland.

29.      Plaintiff and Defendant City of Portland should be estopped from entering into any settlement agreement that violates or could violate Oregon's Public Employee Collective Bargaining Act, ORS 243.650, *et seq.*

### Third Affirmative Defense

(Illegality)

30.     The proposed settlement agreement between Plaintiff and Defendant City of Portland violates the collective bargaining agreement between the PPA and Defendant City of Portland.

31.     The proposed settlement agreement between Plaintiff and Defendant City of Portland violates the Oregon's Public Employee Collective Bargaining Act, ORS 243.650, *et seq.*

/ / /

32. The PPA reserves its right to amend this answer to allege additional affirmative defenses and other relief pursuant to discovery in this case.

WHEREFORE the PPA requests relief as follows:

A. That Plaintiff take nothing by way of its complaint and its claims be dismissed in their entirety with prejudice;

B. For the PPA's costs and disbursements incurred herein; and

C. For such other and further relief as the Court deems just and proper.

DATED this 18th day of December, 2012.

TEDESCO LAW GROUP

By: */s/ Anil S. Karia*
ANIL S. KARIA, OSB No. 063902
E-mail: anil@miketlaw.com
Tedesco Law Group
3021 NE Broadway
Portland, OR 97232
Telephone: 866-697-6015
Facsimile: 503-210-9847
   Attorneys for Intervener-Defendant
   Portland Police Association

CERTIFICATE OF SERVICE

      I hereby certify that I served the foregoing INTERVENER-DEFENDANT PORTLAND POLICE ASSOCIATION'S [PROPOSED] ANSWER AND AFFIRMATIVE DEFENSES on:

| | |
|---|---|
| S. Amanda Marshall<br>Adrian L. Brown<br>Billy J. Williams<br>United States Attorney's Office<br>District of Oregon<br>1000 SW Third Ave., Ste 600<br>Portland, OR  97204-2902<br>  Attorneys for Plaintiff United States | Thomas E. Perez<br>Roy L. Austin, Jr.<br>Jonathan M. Smith<br>Laura Coon<br>R. Jonas Geissler<br>Michelle Jones<br>Civil Rights Division<br>U.S. Department of Justice<br>50 Pennsylvania Ave., NW<br>Washington, D.C.  20530<br>   Attorneys for Plaintiff United States |

James H. Van Dyke
City Attorney's Office
1221 SW Fourth Ave., Ste 430
Portland, OR  97204
  Attorney for Defendant City of Portland

by service electronically pursuant to LR 100.7 and by U.S. Mail.

    DATED this 18th day of December, 2012.

                            TEDESCO LAW GROUP

                            By: */s/ Anil S. Karia*
                            ANIL S. KARIA, OSB No. 063902
                            E-mail: anil@miketlaw.com
                                Attorneys for Intervener-Defendant
                                Portland Police Association

Page 1 – CERTIFICATE OF SERVICE