JAMES VAN DYKE, Oregon State Bar ID Number 784135
City Attorney
Email: james.vandyke@portlandoregon.gov
DAVID WOBORIL, Oregon State Bar ID Number 824347
Senior Deputy City Attorney
Email: david.woboril@portlandoregon.gov
ELLEN OSOINACH, Oregon State Bar ID Number 024985
Deputy City Attorney
Email: ellen.osoinach@portlandoregon.gov
Office of City Attorney
1221 SW 4th Avenue, Rm 430
Portland, OR  97204
Telephone: (503) 823-4047
Facsimile: (503) 823-3089
     Attorney for Defendant City of Portland

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

### PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    PLAINTIFF,<br><br>v.<br><br>THE CITY OF PORTLAND,<br><br>    DEFENDANT. | Case No. 3:12-cv-02265-SI<br><br>DEFENDANT CITY OF PORTLAND'S<br>NOTICE OF APPEARANCE |

COMES NOW the Office of City Attorney, City of Portland, by and through the undersigned to enter appearance of Counsel on behalf of defendant City of Portland.

DATED: December 18, 2012.

*/s/ Ellen Osoinach*
_____
Ellen Osoinach, OSB #024985
Deputy City Attorney
Of Attorneys for Defendant City of Portland

Page 1 – NOTICE OF APPEARANCE