**S. AMANDA MARSHALL, OSB #95347**
United States Attorney
District of Oregon
**ADRIAN L. BROWN, OSB #05020**
adrian.brown@usdoj.gov
**BILLY J. WILLIAMS, OSB #90136**
bill.williams@usdoj.gov
Assistant United States Attorneys
United States Attorney's Office
District of Oregon
1000 S.W. Third Ave., Suite 600
Portland, OR  97204-2902
Telephone:    (503) 727-1003
Facsimile:     (503) 727-1117

**THOMAS E. PEREZ**
Assistant Attorney General
**JONATHAN M. SMITH**
Chief
**LAURA COON**
Special Counsel
**R. JONAS GEISSLER**
jonas.geissler@usdoj.gov
**MICHELLE JONES**
michelle.jones2@usdoj.gov
Senior Trial Attorneys
Special Litigation Section
Civil Rights Division
U.S. Department of Justice
50 Pennsylvania Ave., NW
Washington, D.C. 20530
Telephone:    (202) 514-6255
Facsimile:     (202) 514-4883

    Attorneys for Plaintiff, United States

Page 1 –    PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME;
*United States v. City of Portland;* Case No. 3:12-cv-02265

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 3:12-cv-02265-SI |
| Plaintiff, | PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE A RESPONSE TO PPA'S MOTION TO INTERVENE (ECF #7) |
| v. | |
| CITY OF PORTLAND, | |
| Defendant. | |

## I.   CERTIFICATE OF COMPLIANCE WITH LR 7-1

Pursuant to Local Rule ("LR") 7-1, counsel for United States conferred by phone with counsel for the Portland Police Association (PPA) on December 18, 2012 and with Defendant's counsel on December 19th, 2012 and neither counsel opposes this motion.

## II.   MOTION

Plaintiff, United States of America, respectfully moves for a two-week extension to file a response to PPA's Motion to Intervene (ECF #7) for the reasons identified in the accompanying Declaration of Adrian L. Brown. The current due date is January 7, 2013. A two-week extension will expand the time to January 22, 2013.

Dated this 19th day of December, 2012.

                                          Respectfully submitted,

                                          S. AMANDA MARSHALL
                                          United States Attorney
                                          District of Oregon


                                           */s/ Adrian L. Brown*
                                          ADRIAN L. BROWN
                                          Assistant United States Attorney