**S. AMANDA MARSHALL, OSB #95347**
United States Attorney
District of Oregon
**ADRIAN L. BROWN, OSB #05020**
adrian.brown@usdoj.gov
**BILLY J. WILLIAMS, OSB #90136**
bill.williams@usdoj.gov
Assistant United States Attorneys
United States Attorney's Office
District of Oregon
1000 S.W. Third Ave., Suite 600
Portland, OR  97204-2902
Telephone:	(503) 727-1053
Facsimile:	(503) 727-1117

**THOMAS E. PEREZ**
Assistant Attorney General
**JONATHAN M. SMITH**
Chief
**LAURA COON**
Special Counsel
**R. JONAS GEISSLER**
jonas.geissler@usdoj.gov
MICHELLE JONES
michelle.jones2@usdoj.gov
Senior Trial Attorneys
Special Litigation Section
Civil Rights Division
U.S. Department of Justice
50 Pennsylvania Ave., NW
Washington, D.C. 20530
Telephone:	(202) 514-6255
Facsimile:	(202) 514-4883

	Attorneys for Plaintiff, United States

Page 1 –	DECLARATION OF ADRIAN BROWN;
	*United States v. City of Portland;* Case No. 3:12-cv-02265

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>   v.<br><br>CITY OF PORTLAND,<br><br>        Defendant. | Case No. 3:12-cv-02265-SI<br><br>DECLARATION OF ADRIAN BROWN IN SUPPORT OF UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PPA'S MOTION TO INTERVENE |

I, Adrian L. Brown, declare as follows:

    1.    I am an Assistant United States Attorney for the United States Department of Justice (hereinafter "Department"), and work in Portland at the U.S. Attorney's Office for the District of Oregon.  I have been assigned to this case.

    2.    The U.S. Attorney's Office is working collaboratively and jointly on this case with the Department's Civil Rights Division, Special Litigation Section, located in Washington D.C.

    3.    I am requesting an additional two weeks of time for the United States to submit a response to PPA'S Motion to Intervene due to previously arranged holiday

Page 2 –    DECLARATION OF ADRIAN BROWN;
                 *United States v. City of Portland;* Case No. 3:12-cv-02265

travel, and to allow for the necessary coordination of information for our briefing to the Court.

    4. This motion is made in good faith and not for purposes of delay.

    Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

    EXECUTED this 19th day of December, 2012.

                                   */s/ Adrian L. Brown*
                                   ADRIAN L. BROWN
                                   Assistant U.S. Attorney