JAMES VAN DYKE, Oregon State Bar ID Number 784135
City Attorney
Email: james.vandyke@portlandoregon.gov
DAVID WOBORIL, Oregon State Bar ID Number 824347
Senior Deputy City Attorney
Email: david.woboril@portlandoregon.gov
ELLEN OSOINACH, Oregon State Bar ID Number 024985
Deputy City Attorney
Email: ellen.osoinach@portlandoregon.gov
Office of City Attorney
1221 SW 4th Avenue, Rm 430
Portland, OR  97204
Telephone: (503) 823-4047
Facsimile: (503) 823-3089
       Attorney for Defendant City of Portland

# UNITED STATES DISTRICT COURT

# DISTRICT OF OREGON

# PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>PLAINTIFF,<br><br>v.<br><br>THE CITY OF PORTLAND,<br><br>DEFENDANT. | Case No. 3:12-cv-02265-SI<br><br>DEFENDANT CITY OF PORTLAND'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PORTLAND POLICE ASSOCIATION'S MOTION TO INTERVENE |

      Pursuant to Rule 6(b) of the Fed. R. Civ. P., defendant City of Portland hereby moves the Court for an order allowing an extension of time in which to respond to the Portland Police Association's (PPA) Motion to Intervene in this case.  Specifically, Defendant City of Portland requests a two-week- extension of time, which would move the due date to January 22, 2013, from its current date of January 7, 2013.

Page 1 –  DEFENDANT CITY OF PORTLAND'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PORTLAND POLICE ASSOCIATION'S MOTION TO INTERVENE

PORTLAND CITY ATTORNEY'S OFFICE
1221 SW 4TH AVENUE, RM 430
PORTLAND, OREGON 97204
(503) 823-4047
PORTLAND CITY ATTORNEY'S OFFICE
1221 SW 4TH AVENUE, RM 430
PORTLAND, OREGON 97204
(503) 823-4047

Pursuant to Local Rule 7-1, counsel for City of Portland conferred by phone with Plaintiff's counsel and conferred in-person with counsel for the PPA and neither opposes this motion. This motion is based upon the complete court file and upon the affidavit of Ellen Osoinach, filed herewith.

DATED: December 19, 2012.

/s/ Ellen Osoinach
Ellen Osoinach, OSB #024985
Deputy City Attorney
Of Attorneys for Defendant City of Portland

Page 2 – DEFENDANT CITY OF PORTLAND'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PORTLAND POLICE ASSOCIATION'S MOTION TO INTERVENE

PORTLAND CITY ATTORNEY'S OFFICE
1221 SW 4TH AVENUE, RM 430
PORTLAND, OREGON 97204
(503) 823-4047
PORTLAND CITY ATTORNEY'S OFFICE
1221 SW 4TH AVENUE, RM 430
PORTLAND, OREGON 97204
(503) 823-4047