JAMES VAN DYKE, Oregon State Bar ID Number 784135
City Attorney
Email:  james.vandyke@portlandoregon.gov
DAVID WOBORIL, Oregon State Bar ID Number 824347
Senior Deputy City Attorney
Email:  david.woboril@portlandoregon.gov
ELLEN OSOINACH, Oregon State Bar ID Number 024985
Deputy City Attorney
Email:  ellen.osoinach@portlandoregon.gov
Office of City Attorney
1221 SW 4th Avenue, Rm 430
Portland, OR  97204
Telephone: (503) 823-4047
Facsimile: (503) 823-3089
            Attorney for Defendant City of Portland

# UNITED STATES DISTRICT COURT

# DISTRICT OF OREGON

# PORTLAND DIVISION

UNITED STATES OF AMERICA,

    PLAINTIFF,

v.

THE CITY OF PORTLAND,

    DEFENDANT.

Case No. 3:12-cv-02265-SI

AFFIDAVIT OF ELLEN OSOINACH IN SUPPORT OF UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PPA'S MOTION TO INTERVENE

STATE OF OREGON    )
                                 ) ss.
County of Multnomah  )

      I, ELLEN OSOINACH, being first duly sworn, do depose and say:

      1.    I am an attorney representing Defendant City of Portland in the above-entitled matter and I make this affidavit in support of Defendant City's request for an extension of time in which to file a response to Intervenor Portland Police Association's FRCP 24 Motion to Intervene.

Page  1  –  AFFIDAVIT OF ELLEN OSOINACH

2. Plaintiff filed this case in the United States District Court for the District of Oregon on December 17, 2012.

3. The Portland Police Association filed a Motion to Intervene in this case on December 18, 2012.

4. I am requesting an additional two weeks to respond to the PPA's Motion in order to gather necessary information from several people who are unavailable until early January due to holiday vacations.

5. This motion is presented in good faith and not for reasons of delay.

/s/ Ellen Osoinach
Ellen Osoinach

SUBSCRIBED AND SWORN TO before me this 20th day of December, 2012, by Ellen Osoinach.

/s/ Clairissa A. Warnock
Notary Public – State of Oregon
Commission No.: 452912
Commission Expiration: October 16, 2014

Page 2 – AFFIDAVIT OF ELLEN OSOINACH