J. ASHLEE ALBIES, OSB #051846
E-mail: ashlee@civilrightspdx.com
CREIGHTON & ROSE, PC
500 Yamhill Plaza Building
815 S.W. Second Avenue
Portland, Oregon 97204
Phone: (503) 221-1792
Fax:   (503) 223-1516

SHAUNA CURPHEY, OSB # 063063
E-mail: scurphey@curpheylaw.com
Curphey & Badger, P.A.
520 SW 6th Avenue, Suite 1040
Portland, OR 97204
Phone: (503) 241-2848

*Of Attorneys for Intervener-Plaintiff AMA Coalition for Justice and Police Reform*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No. 3:12-cv-02265-SI |
| Plaintiff, | PLAINTIFF AMA COALITION'S MOTION TO INTERVENE |
| v. | |
| CITY OF PORTLAND | Oral Argument Requested |
| Defendant. | |

The Albina Ministerial Alliance Coalition for Justice and Police Reform ("AMA Coalition"), moves to intervene in this action as a plaintiff as a matter of right under Fed. R. Civ. P. 24(a). Alternatively, the AMA Coalition moves to intervene permissively as a plaintiff under

INTERVENOR-PLAINTIFF AMA COALITION'S MOTION TO INTERVENE – PAGE 1

Fed. R. Civ. P. 24(b). This motion is supported by the attached Complaint in Intervention, Memorandum in Support, Declaration of Dr. LeRoy Haynes, Jr. and accompanying exhibits.

Pursuant to Local Rule 7-1, counsel for Intervener-Plaintiff has conferred with counsel for Plaintiff United States of America and Defendant City of Portland – both parties took no position on this motion. As such, the parties were unable to resolve the dispute.

WHEREFORE, the AMA Coalition prays that the Court grant leave to intervene in this action and that its Complaint in Intervention be filed.

DATED: January 8, 2012

Respectfully Submitted,

*s/ J. Ashlee Albies*
J. ASHLEE ALBIES, OSB #051846
Email: ashlee@civilrightspdx.com
Of Attorneys for the AMA Coalition