ALBINA MINISTERIAL ALLIANCE

AMA Allianc@AOL.COM

May 5, 2010

Attorney General Eric Holder
Assistant Attorney General Tom Perez
U.S. Department of Justice
Civil Rights Division
950 Pennsylvania Avenue, NW
Special Litigation Section
Washington, D.C. 20530

Acting Chief Judy Preston
Special Litigation Section
U.S Department of Justice
Civil Rights Division
950 Pennsylvania Avenue, NW, PHB
Washington, D.C. 20530

Dwight C. Holton
U.S. Attorney General District of Oregon
Portland District Office
1000 SW Third Ave Suite 600
Portland, Oregon 97204

Dear General Holder and Assistant General Perez,

The Albina Ministerial Alliance (AMA) has been in existence serving the Portland community for over fifty years in community services, advocacy and religious services. The AMA is an organization of 125 diverse houses of faith and ministers here in Portland. For many of those years the dedicate ministers and other community partners in the Portland area has worked through AMA to address many needs and areas of concern in the community including social justice work. We have also for over the last ten years been very involved in social justice work concerning the officer involved deaths of several citizens in the community. We have witnessed the deaths of our citizens due to officer involved shootings and what many in the community views as excessive use of force, and could have been avoided. The incidents, though out of portion with African Americans, also include male and female, Caucasian, Hispanic,

ALBINA MINISTERIAL ALLIANCE   phone: 503.288.7243   fax: 503.288.1712

mentally ill, autistic and homeless. There is a systemic problem. The AMA. has continued to work along with community partners to bring justice in these cases past, present and what we believe will be future unless something is done. To that end, AMA has formed The Albina Ministerial Alliance Coalition for Justice and Police Reform in Portland, OR, an organization of twenty-five civic, community, and faith-based organizations.

The Portland Police Bureau has had incidents of officer involved shootings ranging back to over thirty years and mostly seem to have a disproportionate number being African American. In Portland today, the Police Bureau does not have a god reputation, children and adults are afraid of the Bureau, fearing they maybe the next to lose their lives, be shot and or the recipient of excessive use of force and in a recent case, the use of non-lethal force and at times a blatant use of racial profiling. In the death of Kendra James, a young African American single mother involved in a traffic stop, lost her life due to officer involved shooting. In each of the cases, the Grand Jury has returned a "No True Bill". It is in this case that AMA did extension examination of reports and documents of the case and presented our findings to the Bureau, this did bring about some changes, however they did not reach far enough.

Recently, on January 29, 2010, yet another unarmed African American man, Aaron Campbell, was shot and killed by a member of the Portland Police Bureau. In the wake of the shooting, Portland Police Commissioner and City Council member Dan Saltzman and Portland Mayor Sam Adams requested the U.S. Department of Justice Criminal Division to initiate an investigation into the shooting, as they were confident the Bureau would be exonerated of any wrongdoing.

The U.S. Department of Justice Office of Legislative Affairs and the Federal Bureau of Investigation have initiated an investigation into Mr. Campbell's case, in response to the request of Commissioner Saltzman and Mayor Adams.

It is our understanding that the U.S. Department of Justice Civil Rights Section is authorized to take action where there is a pattern or practice of illegal conduct by law enforcement agencies. Because we believe the Portland Police Bureau has engaged in a pattern and practice of discrimination against Portland's minority population, please consider this a formal complaint and request for the U.S. Department of Justice Civil Rights Division Special Litigation Section to conduct an audit of Portland Police Bureau processes, including an examination and analysis of use of force and identification of a patterns of discriminatory police practices and unconstitutional searches and seizures.

We want to make clear the investigation we seek is broader than an examination of circumstances surrounding Mr. Campbell's death. We seek an investigation into what we believe is an pattern and practice of unconstitutional behavior by the Portland Police Bureau against members of the minority community in Portland, including those who suffer from mental health issues, pursuant to your authority under The Violent Crime Control and Law Enforcement Act of 1994, 42 U.S.C. § 14141 and The Omnibus Crime Control and Safe Streets Act of 1968, 42 U.S.C. 3789d(c)(3) ("Safe Streets Act").

It is our hope that such a searching inquiry will assist both the community and the Police Bureau in improving what most residents of Portland agree is a damaged relationship between the two.

Sincerely,

*[signature]*
Rev. Dr. T. Allen Bethel, President
The Albina Ministerial Alliance

*[signature]*
Rev. Dr. LeRoy Haynes, Chairperson
The Albina Ministerial Alliance Coalition for Justice and Police Reform