Home » Briefing Room » Justice News

Printer Friendly

**JUSTICE NEWS**

**Department of Justice**

Office of Public Affairs

FOR IMMEDIATE RELEASE                                    Wednesday, June 8, 2011

### Justice Department Opens Investigation into the Portland, Oregon, Police Bureau

PORTLAND, Ore., – The Justice Department announced today that it has opened a civil investigation into allegations of use of excessive force by members of the Portland, Ore., Police Bureau (PPB), in accordance with the pattern or practice provision of the Violent Crime Control and Law Enforcement Act of 1994.

The Justice Department will seek to determine whether there are systemic violations of the Constitution or federal law by officers of the PPB.   During the course of the investigation, the Justice Department will consider all relevant information, particularly the efforts that Portland has undertaken to ensure compliance with federal law.   The Justice Department has taken similar steps involving a variety of state and local law enforcement agencies, both large and small, in jurisdictions such as New York, Ohio, New Jersey, Pennsylvania, the District of Columbia, Louisiana and California.

Today's announcement is separate from any potential federal criminal investigation involving PPB.

The Department of Justice's Civil Rights Division, Special Litigation Section and the U.S. Attorney's Office for the District of Oregon are jointly investigating this matter.   The department welcomes any information from the community.   If you have any comments or concerns, please feel free to contact us at community.portland@usdoj.gov or 1-877-218-5228.

11-742                                                                                                                  Civil Rights Division



- Report a Crime
- Get a Job
- Locate a Prison, Inmate, or Sex Offender
- Apply for a Grant
- Submit a Complaint
- Report Waste, Fraud, Abuse or Misconduct to the Inspector General
- Find Sales of Seized Property
- Find Help and Information for Crime Victims
- Register, Apply for Permits, or Request Records
- Identify Our Most Wanted Fugitives
- Find a Form
- Report and Identify Missing Persons
- Contact Us



### ABOUT
The Attorney General
Budget & Performance
Strategic Plans

### AGENCIES

### BUSINESS & GRANTS
Business Opportunities
Small & Disadvantaged Business
Grants

### RESOURCES
Forms
Publications
Case Highlights
Legislative Histories

### NEWS
Justice News
The Justice Blog
Videos
Photo Gallery

### CAREERS
Legal Careers
Student Opportunities
Diversity Policy
Internships

### CONTACT

Site Map
A to Z Index
Archive
Accessibility
FOIA
No FEAR Act
Information Quality
Privacy Policy
Legal Policies & Disclaimers

For Employees
Office of the Inspector General
Government Resources
USA.gov