# Officer-involved shootings and other in-custody deaths by the Portland Police Department, 2000-2011

| Last Name | First Name | Date | Age | Race | Gender | Officers involved | Mental health conditions | Circumstances | Initial Source |
|---|---|---|---|---|---|---|---|---|---|
| Turner | Ralph | 3/6/2011 | 61 | European-American | Male | Officers Parik Singh, Adam Barr, Sara Fox, Richard Storm, Davonne Zentner, Justin Clary, Sgt. Troy King | Reportedly suicidal | **Shooting:** Turner's girlfriend called 911, reporting him suicidal.  Turner allegedly fired his handgun out the front of his house when officers arrived to a call of and then firing 3 rounds from a hunting rifle.  Officer Singh was shot in the lower abdomen. | Oregonian, March 7, 2011, Brother of Man Accused of Shooting Portland Officer Says Ralph Turner Feared Being Evicted from Girlfriend's House. |
| Higginbotham | Thomas | 1/2/2011 | 67 | European-American | male | Parik Singh | Mental health "issues" B.A.C. .26 at time of incident | **Shooting death**; Higginbotham allegedly approached officers holding a knife with 5-inch blade. Struck by 10 out of 12 bullets. Officers were called by security guard who complained of a ¨chronic trespasser¨ at Powell Street Station strip mall who allegedly threatened her and called her names. | Oregonian, Jan 28 2011, http://www.oregonlive.com/portland/index.ssf/2011/01/portland_police_shoot_homeless.html |
| Moffett | Kevin Charles | 1/1/2011 | 31 | African American | male | Traffic Sgt. Mike Fort | Unknown | **Shooting (no hits)**; Moffett was allegedly shooting at a bouncer outside of a club (the bouncer was found dead). | Oregonian, Jan. 3 2011, http://www.oregonlive.com/portland/index.ssf/2011/01/portland_traffic_sergeant_saw.html |

# Officer-involved shootings and other in-custody deaths by the Portland Police Department, 2000-2011

| Last Name | First Name | Date | Age | Race | Gender | Officers involved | Mental health conditions | Circumstances | Initial Source |
|---|---|---|---|---|---|---|---|---|---|
| Lagozzino | Marcus | 12/27/2010 | 34 | European-American | Male | Bradley Clark (fired AR-15), Jamin Becker (Taser), Ralph Elwood (4 bean-bag rounds), Scott Foster (3 BB), David Michaelson (on-scene supervisor), Rick Stainbrook (cover officer), Curtis Pak (CO), Daniel Spiegel (CO), | Mental health crisis | **Shooting**; Officers responded to domestic disturbance, Lagozzino alle⌣edl⌣ assaulted his mother and was "pacing with a machete and breaking windows." He was struck by 3 out of 4 bullets from an AR-15 rifle. Officers also fired a Taser at him, and 7 bean-bag rounds. | Oregonian, Dec 30 2010, http://www.oregonlive.com/portland/index.ssf/2010/12/marcus_lagozzino_who_was_shot.html |
| Ferguson | Darryll Dwayne | 12/17/2010 | 45 | European-American | Male | Kelly Jenson (#46624), Jonathon Kizzar (#46622) | Mental health issues alluded to but blacked out in police report. | **Shooting death**, at Ventura Park Apartments. Officers responded to two calls of harassment by neighbors (first one was by Ferguson). When they knocked on Apt 201, they were allegedly confronted by Ferguson who pointed a gun at them; they shot and struck him. A witness (Marsha Lawson) said the "gun" was a BB gun. | PPB Police Report 10-103413; http://www.flashalertnewswire.net/images/news/2011-01/3056/41584/Darryll_Ferguson_Shooting_Investigation_Reports.pdf.pdf |

# Officer-involved shootings and other in-custody deaths by the Portland Police Department, 2000-2011

| Last Name | First Name | Date | Age | Race | Gender | Officers involved | Mental health conditions | Circumstances | Initial Source |
|---|---|---|---|---|---|---|---|---|---|
| Boehler | Craig | 11/23/2010 | 46 | European-American | Male | Pete McConnell | "had been drinking" | **Shooting (with death by smoke inhalation)**; police responded to domestic disturbance, Boehler barricaded himself within his house and allegedly fired 25 rounds at police.  Boehler was hit by 4 rounds (3 by McConnell, one by his stepfather). The house was later 'engulfed' by a fire, McConnell testified he saw Boehler with a rag and lighter. | Oregonian, Jan 13 2011, http://www.oregonlive.com/portland/index.ssf/2011/01/portland_police_release_report_1.html |
| Otis | Keaton Dupree | 5/12/2010 | 25 | African American | Male | Ryan Foote (#43493), Cody Berne (#45662); Chris Burley (#45975), Andrew Polas (#43489), Don Livingston (#32588), Pat Murphy (#44162) | Mental health crisis: "serious mood disorder" | **Shooting death**; Otis hit by 23 out of 32 police bullets fired after a traffic stop for minor traffic violations escalated (an officer was shot/injured, police claim Otis fired the gun). Officers followed Otis because he was 'suspicious-looking.' Officers claimed he shouted at them and pulled a gun; friends quoted in the Oregonian said he was "quiet" and "liked;" one said that Otis said to never "mess with guns." | Oregonian, May 14 2010, http://www.oregonlive.com/portland/index.ssf/2010/05/portland_man_shot_by_police_wa.html |
| Collins | Jack Dale | 3/22/2010 | 58 | European-American | Male | Jason Walters | "drunk" | **Shooting death**; officer responded to "drunken transient" allegedly harassing park-goers (Washington Park's Hoyt Arboretum). Collins allegedly exited a bathroom, advanced towards Walters with blood on his face and holding a small blade. | Oregonian, March 23 2010, http://www.oregonlive.com/portland/index.ssf/2010/03/second_fatal_portland_police_s.html |

# Officer-involved shootings and other in-custody deaths by the Portland Police Department, 2000-2011

| Last Name | First Name | Date | Age | Race | Gender | Officers involved | Mental health conditions | Circumstances | Initial Source |
|---|---|---|---|---|---|---|---|---|---|
| Campbell | Aaron Marcell | 1/29/2010 | 25 | African American | Male | Ryan Lewton, Ronald Frashour | Described by girlfriend and acquaintance as "suicidal" and "despondent" | **Shooting death**; officers responded to call about "suicidal" man locked in apartment with children. After being hit with bean-bag rounds, police allege Campbell removed his hands from behind his head and ran away from the officers; they shot him in the back. Campbell's girlfriend said he had a gun in his back pocket; he was unarmed. | Oregonian, Feb 2 2010 http://www.oregonlive.com/news/index.ssf/2010/02/portland_police_thought_aaron.html |
| Lovaina-Bermudez | Osmar | 8/24/2009 | 36 | Latino | Male | Russ Corno | Unknown | **Shooting**; Allegedly held up a taco stand at gunpoint on August 18. On the day of the shooting, he allegedly held up the Red Apple Bar and Grill, fled, and was shot at as he attempted escape ........ a shed.  The bullet passed through a fence post before hitting in the chest, probably saving his life. Police identified him as the robber based on his "distinctive" shoes and "accent." He also faces an immigration hearing. | Oregonian, March 31 2010, http://www.oregonlive.com/portland/index.ssf/2010/03/man_sentenced_to_17_years_for.html |
| Coady | Derek J. | 5/15/2008 | 43 | Unknown | Male | Russ Jack Corno (Portland "Gang Enforcement Team" was at the scene) | Unknown | **Shooting death (apparent suicide)**, Coady hid in a detached garage after officers entered his home on a search warrant for drugs. Corno fired shots at Coady, at which point Coady apparently turned his handgun on himself. Officers say he died of a single gunshot wound to the head. | Oregonian, May 16 2008, http://blog.oregonlive.com/breakingnews/2008/05/police_id_officer_who_fired_sh.html |

**Officer-involved shootings and other in-custody deaths by the Portland Police Department, 2000-2011**

| Last Name | First Name | Date | Age | Race | Gender | Officers involved | Mental health conditions | Circumstances | Initial Source |
|---|---|---|---|---|---|---|---|---|---|
| Spoor | Jason | 5/13/2008 | 27 | Unknown | Male | Timothy Bacon, Scott McCollister | Unknown | **Shooting death**; police were called to the scene when a woman reported a shooting inside a vacant home.  Spoor ran out of the house, which had apparently been set on fire, with a handgun. After telling Spoor to drop the gun, witnesses heard "at least two shots," then a series of shots. Spoor died of a gunshot wound to the head. | Oregonian, May 15 2008, http://www.oregonlive.com/news/oregonian/index.ssf?/base/news/12108201 1828080.xml&coll=7 |
| Stewart | Lesley Paul Scott | 8/27/2007 | 26 | African-American | Male | Stephanie Rabey | Unknown | **Shooting**; officers were responding to a domestic dispute 9-1-1 call involving Stewart. He had allegedly been beating his wife and son.  Of twelve officers on the scene, Rabey was the only to shoot. | Oregonian, May 15 2008 http://www.oregonlive.com/news/oregonian/index.ssf?/base/news/12108201 1828080.xml&coll=7 |
| Bolen | Steven R. | 5/22/2007 | 43 | European-American | Male | Jon Dalberg, Jason Koenig | "recently made suicidal threats" | **Shooting death**; officers arrived after complaints that Bolen arrived at his home with a shotgun, screaming to be let in and threatening a woman inside. After demanding entry, the officers broke down the door.  The officers shot him because Bolen was allegedly standing at the top of his stairs with a loaded shotgun. | Oregonian, May 23 2007, http://blog.oregonlive.com/breakingnews/2007/05/portland_police_fatally_shoot.html |

# Officer-involved shootings and other in-custody deaths by the Portland Police Department, 2000-2011

| Last Name | First Name | Date | Age | Race | Gender | Officers involved | Mental health conditions | Circumstances | Initial Source |
|---|---|---|---|---|---|---|---|---|---|
| Carter | Dupree | 12/28/2006 | 23 | African American | Male | Officer Philip Harper (#18995), Sgt. George Davis (#18957). | Unknown | **Shooting (no hits)**; Harper fired two times into an apartment near N Montana and Skidmore after Carter allegedly pointed a gun at him and Davis. No hits to Carter (bullets struck wall and dishwasher) or the woman or child inside the apt. Carter had allegedly pointed a gun at a woman and two teenage girls sometime after midnight when he thought they were knocking on his door at the apt. complex. Carter was arrested and charged with menacing and other charges. | *Portland police fire on man accused of making gun threats,* The Oregonian, December 29, 2006 |
| Hughes | David Earl | 11/12/2006 | 52 | European-American | Male | Central Precinct Sergeant Tim Musgrave (43 y.o., 14 yr PPB member w/ Crisis Intervention Training) and Officers Nathan Voeller (28 y.o., 6 yr PPB member), and Kevin Tully (43 y.o., 1 yr PPB member). | Unknown | **Shooting death;** Portland officers and U.S. Marshals had been looking for Hughes for five days per a felony warrant for failure to appear; officers confronted Hughes at a motel on Southwest Capitol Highway. PPB says officers had info that Hughes was possibly armed and possibly suicidal; witnesses say he "charged the officers," reaching inside his coat. A bean bag round was deployed but did not reach Hughes b/c of a chain link fence. The officers then shot Hughes; a total of 15 rounds from an AR-15 rifle and two 9 mm handguns. Hughes died in custody shortly after leaving the scene; no firearm was found on or near his body. | KATU (Press release from PPB) |

# Officer-involved shootings and other in-custody deaths by the Portland Police Department, 2000-2011

| Last Name | First Name | Date | Age | Race | Gender | Officers involved | Mental health conditions | Circumstances | Initial Source |
|---|---|---|---|---|---|---|---|---|---|
| Chasse, Jr. | James Philip | 9/17/2006 | 42 | European-American | Male | Sgt. Kyle Nice, Officer Christopher Humphreys and Multnomah County Sheriff deputy Bret Burton. | Mentally disabled / schizophrenia | **Death in custody after Taser application;** Humphreys used a "flying tackle" to take down Chasse at Northwest Everett Street and 13th Avenue after Chasse allegedly urinated in public; several Taser applications and further beating followed. Medics on arrival were not informed by officers of the seriousness of the trauma, and Chasse was taken to the jail. He died in police custody en route to the hospital approx. 100 minutes later, from broad-based blunt force trauma to the chest (including broken ribs and punctured lungs). | The Oregonian; MentalHealthPortland.org; extensive documentation available online. |
| Suran | Scott Vincent | 8/28/2006 | 44 | European-American | Male | Officer Anthony Passadore | Unknown | **Shooting;** Suran was shot in the shoulder after he ran from a wreck on Southeast Otty Road at 91st Avenue; he was taken into custody. He had been suspected in a string of tavern robberies leading to a high-speed chase ending in the crash in Clackamas. | Officer shoots robbery suspect after chase through Portland ends in crash, The Oregonian, August 29, 2006; and localdailynews.com |

**AMA Coalition Motion to Intervene**

**Officer-involved shootings and other in-custody deaths by the Portland Police Department, 2000-2011**

| Last Name | First Name | Date | Age | Race | Gender | Officers involved | Mental health conditions | Circumstances | Initial Source |
|---|---|---|---|---|---|---|---|---|---|
| Goins | Jerry | 7/29/2006 | 37 | European-American | Male | Officer Richard Steinbronn (#32940) | Unknown | **Shooting death;** Shooting occurred near Eastport Plaza on SE 82nd Ave. Police responded to report that Goins was armed and looking for his girlfriend. Goins reportedly pointed gun at police, and Steinbronn shot him four times in the chest, but Goins then died of a self-inflicted gunshot wound to the head. The facts are unclear (the State Medical Examiner declared that Goins' own bullet was the cause of death). Police called in the SERT team rather than medical attention and let Goins lie there for at least half an hour before declaring him dead at 4:51 PM. | Portland Police News Release, July 20, 2006 |

**Officer-involved shootings and other in-custody deaths by the Portland Police Department, 2000-2011**

| Last Name | First Name | Date | Age | Race | Gender | Officers involved | Mental health conditions | Circumstances | Initial Source |
|---|---|---|---|---|---|---|---|---|---|
| Grant | Timothy | 3/20/2006 | 46 | European-American | Male | Paul Park (#29512) | Unknown | **Death in custody after Taser application;** occurred at NE Sandy Blvd at 24th following a struggle between Park and Grant.  Grant, a visitor to Portland, was walking in and out of traffic when bystanders tried to assist and called 911.  Police allegedly had trouble getting Grant into custody, yet he was on the ground when Park tasered him in the back and on the neck. One witness says Park used the Taser twice in each location. Officers applied CPR, yet claimed Grant was conscious and talking when paramedics took him in their ambulance, where he died on the way to the hospital.  SME ruled that the death was due to a cocaine overdose. | KATU-TV, Toxicology Report Awaited in Death Investigation, March 21, 2006; KATU-TV, Autopsy Shows Cocaine, not Police Taser, illed Man, March 24, 2006 |

**AMA Coalition Motion to Intervene**

3:12-cv-02265-SI
Ex. 7 Page 9 of 31

**Officer-involved shootings and other in-custody deaths by the Portland Police Department, 2000-2011**

| Last Name | First Name | Date | Age | Race | Gender | Officers involved | Mental health conditions | Circumstances | Initial Source |
|---|---|---|---|---|---|---|---|---|---|
| Young | Dennis Lamar | 1/4/2006 | 28 | European-American | Male | Southeast Precinct Lt. Jeffrey M. Kaer | Unknown | **Shooting death;** Kaer, responding to a personal call from his sister at 2:15AM (out of his SE Precinct jurisdiction), encountered Dennis Young, who was in his car and unarmed; Kaer knocked on the window, opened the door and shook Young awake, at which point Young gunned the engine and drove across the street into a tree. Young then allegedly backed up the car toward Kaer and back-up officer Keller; Kaer claims he fired for fear of his life, though whether or not he was in danger is undisputed. Keller Tasered Young, already mortally wounded by Kaer's bullet. | Man killed by police had criminal history, The Oregonian, January 6, 2006 |

**Officer-involved shootings and other in-custody deaths by the Portland Police Department, 2000-2011**

| Last Name | First Name | Date | Age | Race | Gender | Officers involved | Mental health conditions | Circumstances | Initial Source |
|---|---|---|---|---|---|---|---|---|---|
| Gwerder | Raymond Dwayne | 11/4/2005 | 30 | European-American | Male | Officer Leo Besner (#27981) (sniper, from SERT). History of improper conduct (see 2003 lawsuits). | Allegedly intoxicated at the time; general mental health unknown | **Shooting death;** Police responded after Gwerder called friends to say he was holding a gun and considering suicide. Gwerder, allegedly drunk, was in a fenced-in back yard and surrounding buildings were cleared. He fired his gun once after the police showed up with hostage and crisis negotiators, but the bullet was never found. About twenty minutes after Gwerder fired, Besner killed him with one shot in the back from a Winchester rifle, purportedly out of fear for neighbors and without a direct order nor communication with the hostage negotiator, Rae Klein #8187, who was speaking with Gwerder at the time on the phone). Gwerder was Tasered after he had already died. | Portland's 2005 homicides, solved and unsolved, The Oregonian, January 5, 2006 |
| Vaida | Marcello | 10/12/2005 | 18 | African American | Male | Officers Ryan Derry (#32366) and gang enforcement officer Chad Gradwahl (#35226) | Unknown | **Shooting,** near N. Vancouver and Fremont Ave.; Vaida allegedly ran from officers after they approached him and others talking near a car; Vaida allegedly dropped something and officers saw a gun in his waistband. In ensuing "gunfight," Vaida shot off 5 bullets while the officers fired 38 rounds, with one officer reloading. Vaida sustained gunshot wounds and a serious infection in a leg wound. | 2 officers cleared in shootout with teen, The Oregonian, October 22, 2005; and Man who shot at officer gets 8 1/2 years The Oregonian, April 21, 2006 |

**Officer-involved shootings and other in-custody deaths by the Portland Police Department, 2000-2011**

| Last Name | First Name | Date | Age | Race | Gender | Officers involved | Mental health conditions | Circumstances | Initial Source |
|---|---|---|---|---|---|---|---|---|---|
| Allen | Vernon Clifford | 5/19/2005 | 48 | African American | Male | Officers Kai Ho (#39661), Darrell Shaw (#28923), Mark Friedman (#36237) | Homeless; unknown mental health | **Shooting death;** Police responded to call re Allen kicking trashcans, early morning at West 5th and Burnside. Allen allegedly wrestled with Ho, who broke free as backup arrived. Police claim Allen lunged with a knife at four officers on the scene and Shaw, Friedman, and Ho opened fire and killed Allen with 6 bullets. Witnesses accounts state Allen was three feet away from officers when they shot. Several didn't see a knife in Allen's hand. Anecdotal reports say that he had dropped the knife when the police shot him or that the object was not a knife. | Seven Killed in Police Shootings in 2004-05, The Portland Tribune, 1/6/06 |
| King | Gilbert Thomas | 3/28/2005 | 35 | Unknown | Unknown | Michael Honl (#33525) and Dell Stroh (#39607) | Unknown | **Shooting (no hits);** King allegedly put the pickup he was driving into reverse as officers approached him on foot, and rammed the police car. The officers shot nine bullets, apparently missing both King and his passenger. King was transported to OHSU and treated for a superficial head wound (unclear if from a bullet or from the crash). | Portland Police Bureau News Release, 3/29/05, Officer Shoots Auto Theft Suspect After he Rams Police Car. |

**AMA Coalition Motion to Intervene**

# Officer-involved shootings and other in-custody deaths by the Portland Police Department, 2000-2011

| Last Name | First Name | Date | Age | Race | Gender | Officers involved | Mental health conditions | Circumstances | Initial Source |
|---|---|---|---|---|---|---|---|---|---|
| Riebling, Jr. | Ronald Richard | 3/20/2005 | 40 | European-American | Male | Terry Kruger (#21778) | According to prior court records, Riebling had been ordered to undergo domestic-violence and anger-management counseling, as well as mental health evaluations. | **Shooting death**; early in the morning, Riebling allegedly forced his way into the home of his former girlfriend, Teresa Bartle, who called police. She got outside; her three children, ages 12-22, were still inside. Bartle allegedly told police Riebling had surveillance cameras around the home. A police crisis intervention team talked to Riebling on the phone to de-escalate the situation. When Riebling came to the door, officers shot at him with a "bean bag" (lead-pellet bag) shotgun. Riebling eventually came out of the house allegedly pointing an umbrella wrapped in a towel at police; he was then shot by officers who claim they thought he was armed. | Seven Killed in Police Shootings in 2004-05, The Portland Tribune, 1/6/06; Man Killed in Standoff a 'Total Wreck,' Buddy Says, The Oregonian, March 23, 2005 |
| Novak | Dwayne Richard | 3/12/2005 | 38 or 39 | White | Male | Officer William Gillentine (#38034), Officer James Nett (#41052) and MC Sheriff's Deputy Jeffrey Schneider | Transient; general mental health unknown | **Shooting death;** Novak allegedly confronted the officers and sheriff's deputy with a knife after apparently killing Norma Murff, 74, and ransacking her home in Scappoose. All three shot at him and he was killed. | Victim's Son Says Families Devastated by Killing, The Oregonian, March 15, 2005; Police Identify Slaying Suspect who was Fatally Shot by Officers, The Oregonian, March 14, 2005. |

**Officer-involved shootings and other in-custody deaths by the Portland Police Department, 2000-2011**

| Last Name | First Name | Date | Age | Race | Gender | Officers involved | Mental health conditions | Circumstances | Initial Source |
|---|---|---|---|---|---|---|---|---|---|
| Vitale | John M. | 2/26/2005 | 49 | Unknown | Male | Officer Stacy Dunn (#43482), Officer Mark Friedman (#36237) | Unknown | **Shooting;** Officers responded to a call about Vitale "walking around and screaming" at an apartment building in northwest Portland. They say when they arrived, Vitale came at them with a knife, and Dunn shot a live round at him. Shortly after, Dunn fired a second round while Friedman used a "bean bag" shotgun. Vitale was struck in the chest. | PPB News Release; Police Identify Officer Involved in Saturday Killing, The Oregonian, Feb. 28, 2005 |
| Hardman | Lee Harrison | 2/6/2005 | 36 | Unknown | Male | Reserve Sgt. Michael Hayward (#39233) and reserve Officer Jeffrey Ciri | Unknown | **Shooting (no hits);** Hayward fired at Hardman during a traffic stop and hit a closet instead. Hardman apparently had driven away from the officers moments earlier and was pulled over with the assistance of a civilian. When Hayward mistook a gesture as Hardman reaching for a gun, he shot his weapon, missing Hardman and traveling through walls of a nearby house. Hardman was arrested for one count of DUI and one count of Attempting to Elude a Police Officer. | PPB News Release; Officer Faces Review in Stray Shot, The Oregonian, Feb. 10, 2005. |

**Officer-involved shootings and other in-custody deaths by the Portland Police Department, 2000-2011**

| Last Name | First Name | Date | Age | Race | Gender | Officers involved | Mental health conditions | Circumstances | Initial Source |
|---|---|---|---|---|---|---|---|---|---|
| Grigsby | Willie Thomas | 12/2/2004 | 24 | African American | Male | Officer Richard Steinbronn (#32940), Officer Christopher Gjovik (#38946), Officer Ney Phothivongsa (#32938). | Unknown | Shooting death; Grigsby allegedly ran from police after crashing a stolen pickup in Southeast Portland; police initially used a Taser to stop him before Grigsby allegedly pulled out a pistol and fired six shots at police, striking two officers. The three officers all returned fire and hit Grigsby 13 times (firing up to 32 rounds). After the gunshots, ambulance and emergency paramedics were called at 1:03 am and told to stand by at Southeast 82nd Avenue and Woodstock Boulevard until police could take Grigsby into custody. Grigsby allegedly remained uncooperative. Police, including backup SERT officers, Tasered him and deployed 22 beanbag rounds before pronouncing Grigsby dead at 2:40 am from multiple gunshot wounds. Grigsby was on a transitional release from prison stemming from a "promoting prostitution" conviction. | Suspect Resisted After Being Shot, Police Report, The Oregonian, Dec. 8, 2004 |
| Clark | Bruce Perison | 11/22/2004 | 38 or 39 | European-American | Male | Officer Mike Smith (#17975) | Unknown | Shooting death; Clark was chased on foot by smith and four other officers after it was suspected he robbed a bank in the Lloyd District. Police and witnesses said he threatened an officer with a knife before the shooting. Smith fired four shots, killing Clark. | Man Shot by Officer In, Out of Jail Last 12 Years, The Oregonian, Nov. 25, 2004. |

**Officer-involved shootings and other in-custody deaths by the Portland Police Department, 2000-2011**

| Last Name | First Name | Date | Age | Race | Gender | Officers involved | Mental health conditions | Circumstances | Initial Source |
|---|---|---|---|---|---|---|---|---|---|
| Perez | James Jahar | 3/28/2004 | 28 | African American | Male | Officers Jason Sery (#36878); Sean Macomber (#37147). | Unknown | **Shooting death;** Perez was pulled over for failure to signal a turn. Witnesses say he never took off his seat belt, but Sery fired three rounds into the car after a supposed altercation (the officers had ordered him to show his hands, but shot after they thought his hand was coming out of a 'bulging' pocket). Perez was unarmed. Macomber fired a 50,000 volt Taser at Perez for over three minutes after Perez had already been shot. At a public inquest, Macomber said the car Perez was driving, a 1997 Mitsubishi, looked too expensive for the neighborhood. | Why Did They Do It?, The Oregonian, March 30, 2004; Stop Turned Deadly in Seconds, The Oregonian, April 2, 2004 |
| Padilla | Jose Angel | 1/3/2004 | 22 | Latino | Male | Officer Brian Hubbard (#32024) | Unknown | **Shooting death;** Padilla was reportedly holding his girlfriend by the hair and threatening to cut her throat with a knife at the downtown Greyhound station. Hubbard shot and killed Padilla with one shot from an AR-15 rifle. He died of a single gunshot wound to the head. Many civilians were present in the area. | *Police Identify Man Fatally Shot by Officer*, The Oregonian, Jan. 5, 2004 |

**Officer-involved shootings and other in-custody deaths by the Portland Police Department, 2000-2011**

| Last Name | First Name | Date | Age | Race | Gender | Officers involved | Mental health conditions | Circumstances | Initial Source |
|---|---|---|---|---|---|---|---|---|---|
| Clements | Shane Eric | 12/24/2003 | 25 | Unknown; "person of color" | Male | Sgt. John Cordell (#8750) fired one shot at him, officers Paul Kennard (#26978) and Melissa Gray (#34495) | Unknown | **Shooting death;** Clements, suspected in several armed robberies, got in an allegedly stolen car and was boxed in by police who had been staking him out in outer SE Portland. Reports say he tried to "run...over" the officers, though apparently the police had slashed the tires on the car. The sgt. and two officers fired 24 shots, and at least three shots killed Clements. | Police Describe Christmas Eve Slaying, The Oregonian, Dec. 27, 2003; Police Shooting Leaves a Trail of Questions, The Oregonian, Feb. 15, 2004. |
| Homsombath | Eddie | 10/21/2003 | 19 or 29 | Laotian-American | Male | Jeffrey Bell | Unknown | **Shooting ("suicide");** Bell made a traffic stop of the car Homsombath was driving; one or two passengers allegedly shot at Bell as he approached. Reports say Homsombath then led police on a high-speed chase, ending when the car crashed into a pole at a freeway on-ramp in N. Portland. Homsombath died from a gunshot wound to the head, according to the coroner. The deputy SME ruled that Homsombath had committed suicide from that wound, though a chest wound from a shot fired by Bell could also have been fatal. | Police Stop Leads to Chase, Fatal Shooting, The Oregonian, Oct. 22, 2003; Report Says Teen Killed Self After Shootout, The Oregonian, Oct. 30, 2003 |

**Officer-involved shootings and other in-custody deaths by the Portland Police Department, 2000-2011**

| Last Name | First Name | Date | Age | Race | Gender | Officers involved | Mental health conditions | Circumstances | Initial Source |
|---|---|---|---|---|---|---|---|---|---|
| James | Kendra | 5/5/2003 | 21 | African American | Female | Officer Scott McCollister (#40709), Officer Rick Bean (#39770); Officer Ken Reynolds (#37287). | Unknown; cocaine in system at time of death | **Shooting death;** James was a passenger in a car pulled over in an early morning traffic stop in North Portland. James had an outstanding warrant for failure to appear in court; Bean told James he recognized her. The officers took the driver and another passenger into custody and James allegedly jumped into the front seat and tried to drive away. McCollister attempted to pull her out of the car, and then allegedly attempted to use pepper spray, which didn't go off. Reynolds shot a Taser at James and McCollister then put his gun to her head, telling her to turn off the engine. She allegedly put the car in gear. McCollister has stated he felt himself falling out of the car and feared he would be dragged, so he fired one bullet, which killed James by entering at her hip and traveling up to her lower ribcage. The officers pulled James out, handcuffed her, and left her unattended while they secured a crime scene perimeter; they did not check her vital signs and Reynolds said he thought she was "faking" unconsciousness. | Extensive coverage in The Oregonian, Portland Tribune, etc.<br><br>See Cleared Officer Tells His Side: 'I Thought I Was Gonna Die', The Oregonian, May 20, 2003 |

**Officer-involved shootings and other in-custody deaths by the Portland Police Department, 2000-2011**

| Last Name | First Name | Date | Age | Race | Gender | Officers involved | Mental health conditions | Circumstances | Initial Source |
|---|---|---|---|---|---|---|---|---|---|
| Redincer | Steffen Wesley | 3/2/2003 | 28 | Unknown | Male | Craig Mendenhall, and Paul Park | Transient; general mental health unknown | **Shooting;** Witnesses say Redincer was attempting to hijack an idling truck around 11:40 a.m. on an industrial stretch of Southeast Stark Street between Second and Third avenues. Police chased him on foot before he turned and advanced on the officers with a weapon they thought was a knife and turned out to be scissors. They both fired their guns, leaving Redincer in critical condition. The officers had called for help from others carrying bean-bag guns or Tasers, but said they did not have time to wait for arrival of back-up. | *Man, 28, Shot by Police in Critical Condition*, The Oregonian, March 4, 2003 |
| Sawtelle | Justin Lee | 12/13/2002 | 27 | Unknown | Male | Traffic Officer Craig Major | Unknown | **Shooting (no hits);** Sawtelle, in his SUV, was pursued by police after fleeing a traffic stop, and hit another car stopped at another traffic stop. Major fired at and hit Sawtelle's SUV as he tried to flee that scene; the SUV stopped seven blocks away because of a busted tire. Sawtelle was uninjured and taken into custody. The incident took place amidst rush hour traffic in the morning. | *Traffic Stop Leads to Chase, Crash, Gunfire*, The Oregonian, Dec. 14, 2002 |

**Officer-involved shootings and other in-custody deaths by the Portland Police Department, 2000-2011**

| Last Name | First Name | Date | Age | Race | Gender | Officers involved | Mental health conditions | Circumstances | Initial Source |
|---|---|---|---|---|---|---|---|---|---|
| Stoneking | Russel | 10/26/2002 | 26 | Unknown | Male | Unknown | Unknown | **Shooting (no hits);** Police had been searching for Stoneking after he was stopped in a vehicle matching a description of a stolen car and scuffled with the officer before fleeing that scene. A hotel manager at the Hotel Vintage Plaza identified Stoneking two days later and called police. They called Stoneking's room at 1:40 am and asked him to surrender. He ran from the room and officers fired bean-bag rounds, which hit but did not stop him; they also fired live bullets. Stoneking climbed over a rail and fell to the lobby six floors below; he was taken to OHSU, unconscious and with multiple fractures. | *Man Sought in Assault Falls from Hotel Balcony*, The Oregonian, Oct. 27, 2002 |
| Gomez | Dustin Tyler | 10/18/2002 | 16 | Unknown | Male | Officer George Weseman Jr. | Unknown | **Shooting;** Weseman apparently attempted to handcuff Gomez on suspicion of trying to pass a fraudulent $500 check at Cash Connection at Southeast Stark Street and 199th Avenue; during this interaction, Gomez pulled out a pistol and fired at Weseman, shooting him once, not fatally, in the head. Weseman returned fire with about a dozen shots. Gomez was treated for shots in the chest, abdomen and pelvis. | *Teen Indicted in Police Shooting*, The Oregonian, Oct. 30, 2002 |

**Officer-involved shootings and other in-custody deaths by the Portland Police Department, 2000-2011**

| Last Name | First Name | Date | Age | Race | Gender | Officers involved | Mental health conditions | Circumstances | Initial Source |
|---|---|---|---|---|---|---|---|---|---|
| Christian | Jeremy Joseph | 5/12/2002 | 20 | Unknown | Male | North Precinct Officer Chris Devlin | Unknown | **Shooting;** Christian was suspected of an armed robbery at North Lombard Street and Vancouver Avenue, including handcuffing the owner of a market to a counter and stealing cash and cigarettes just after the store closed. Devlin chased him and fired three shots, hitting Christian's cheek while Christian was fleeing. Christian sustained facial lacerations. | *Officer Shoots Suspect in Store Robbery*, The Oregonian, May 14, 2002 |
| Beck | Anthony Utah-Zona | 4/14/2002 | 29 | Unknown | Male | Officer Chris Kenagy | Unknown | **Shooting death;** Beck entered a home in Southeast and, when confronted by police at the front door, allegedly refused commands to drop what looked like a gun and a knife in each hand. Kenagy fired three times with a Colt AR-15 rifle from about 25 yards away, hitting Beck three times in the chest and abdomen. Beck was found with an air pistol; according to police, he had self-inflicted stab wounds, cocaine in his system, and had tried to kill himself. | *Fatal Shooting is Ruled Justified*, The Oregonian, April 25, 2002 |

**Officer-involved shootings and other in-custody deaths by the Portland Police Department, 2000-2011**

| Last Name | First Name | Date | Age | Race | Gender | Officers involved | Mental health conditions | Circumstances | Initial Source |
|---|---|---|---|---|---|---|---|---|---|
| Hammick | Byron | 2/22/2002 | 26 | African American | Male | Officers Stephen Mosier (#1683) and Christopher Gilbert (#34017). | High on PCP and meth (coroner's report) | Shooting death; Officers responded to a call at Motel 6 on Powell and found Hammick apparently high on PCP and meth. Hammick allegedly was beating a toddler; officers shot and killed him, fearing for the child's life. Hammick was unarmed. | *The Shooting in Room 222*, The Oregonian, March 8, 2002; *Clergy Criticize Police Shooting*, The Oregonian, March 9, 2002 |
| Lochner | Rich | 2/21/2002 | 47 | Unknown | Male | Officer Robert Quick | Unknown | Shooting (no hits); Quick was patrolling the Old Town/Pearl neighborhood and ran Lochner's car plates (it is unclear why). The car had been reported as stolen (in fact, it had been stolen and returned to the owner, Lochner, and the dispatcher's system had not been corrected). Quick put on his lights to stop Lochner, leaned out of his car and ordered Lochner to put his hands up. Lochner says he did not hear any commands, grabbed his keys out of the ignition, and got out of the car. Quick said he thought Lochner was holding a gun, and thus shot out of fear for his safety, hitting a postal truck. | *Man Cries Foul After Officer Fires Gun*, The Oregonian, May 29, 2002 |

**Officer-involved shootings and other in-custody deaths by the Portland Police Department, 2000-2011**

| Last Name | First Name | Date | Age | Race | Gender | Officers involved | Mental health conditions | Circumstances | Initial Source |
|---|---|---|---|---|---|---|---|---|---|
| Cromb | Daniel | 12/9/2001 | 23 | White | Male | Portland Reserve Officers Michael Glass and John Wood | Unknown | **Shooting death;** Officers responded to reports of an armed robbery of Village Inn Restaurant at Southeast 103rd Avenue and Stark Street. The cashier said a man wearing a dark coat with a hood had robbed the restaurant.  They stopped Cromb on a bicycle and asked if they could pat him down; Cromb then fled and eventually pulled out what looked like a gun, at which point the officers both shot at him. Cromb died of a single gunshot wound; police found an inoperable pellet gun at his side. | *Report Gives Account of Fatal Shooting*, The Oregonian, Dec. 29, 2001 |
| Martin | Randolph Marion | 12/8/2001 | 41 | Unknown | Male | Carlos Pagan (#38061) and Homero Reynaga (#29551) (PCW - unconfirmed by Oregonian) | Unknown | **Shooting;** Officers responded to a report from Walgreen's at SE 39th Ave; the clerk said a man had threatened to get a gun and shoot employees when confronted for shoplifting. Officers followed a vehicle matching the description; the car did not stop right away until stopping at a dead end.  Martin, the driver, allegedly drove toward and tried to run over the officers, at which point they fired several shots, hitting him in the hand. | *Police Wound Man, 41, After Alleged Assault*, The Oregonian, Dec. 10, 2001 |

**AMA Coalition Motion to Intervene**

**3:12-cv-02265-SI**
**Ex. 7 Page 23 of 31**

**Officer-involved shootings and other in-custody deaths by the Portland Police Department, 2000-2011**

| Last Name | First Name | Date | Age | Race | Gender | Officers involved | Mental health conditions | Circumstances | Initial Source |
|---|---|---|---|---|---|---|---|---|---|
| Waters | Tyrone | 9/17/2001 | 36 | African American | Male | Police commander Derrick Foxworth and Lt. Kevin Modica (only beanbags; officer who shot live rounds unknown) | Mentally ill | **Shooting (no hits but beanbags):** Waters had a history of mental illness and violent behavior; detectives had been looking for him after a report of violent threats. When confronted at a relative's home, he pulled what looked like a gun from a backpack. The police negotiated with him while calling for cover and a less-lethal bean-bag gun, with which they shot at and hit him, before a back up officer shot five live rounds (which missed). Walters was taken into custody on attempted aggravated murder charges. | *When Race and Mental Illness Collide*, The Oregonian, June 2, 2002 |
| Browne | Bruce | 7/11/2001 | 40 | African American | Male | Northeast Precinct Officer Kenneth Duilio | Unknown | **Shooting;** Browne apparently had just wrestled a gun away from a teen-aged assailant in the parking lot of the Fast Trip gas station in Northeast Portland, where he had stopped to buy cigarettes, when Duilio arrived and shot him in the upper right arm and upper right thigh because police had received reports of an armed man at the scene. | *Officer Shoots a Man Left Holding Gun After Brawl*, The Oregonian, July 13, 2001 |

**AMA Coalition Motion to Intervene**

**Officer-involved shootings and other in-custody deaths by the Portland Police Department, 2000-2011**

| Last Name | First Name | Date | Age | Race | Gender | Officers involved | Mental health conditions | Circumstances | Initial Source |
|---|---|---|---|---|---|---|---|---|---|
| Youngberg, Jr. | Raymond Leonard | 7/9/2001 | 50 | Unknown | Male | Southeast Precinct district Officer Christian L. Barker, K-9 Officer Michael Kemp and Officer Ted Wilson | Mental illness | **Shooting death;** Police arrived at a SE Portland home to question Youngberg about a harassment complaint; Youngberg allegedly ran out of the house with a .22-caliber pistol and fired at officers. Youngberg died at the scene after being shot once in the upper left thigh and once in the upper right side of his head. | *Police Shot Man Three Times in Shootout*, The Oregonian, July 11, 2001 |

3:12-cv-02365-SI
AMA Coalition Motion to Intervene   Ex. 7 Page 25 of 31

**Officer-involved shootings and other in-custody deaths by the Portland Police Department, 2000-2011**

| Last Name | First Name | Date | Age | Race | Gender | Officers involved | Mental health conditions | Circumstances | Initial Source |
|---|---|---|---|---|---|---|---|---|---|
| Poot | Jos Santos Victor Mejia | 4/1/2001 | 29 | Mayan-Mexican | Male | Officer Christopher A. Davis (beanbag rounds), Officer Jeffrey M. Bell (live fire). | Epilepsy; manic-depressive state | **Shooting death;** Poot was taken into custody March 30 after allegedly attempting to strike a Tri-Met driver; after released from jail, he was found sobbing outside the jail and lay down in front of a patrol car. He was taken to a triage center, then referred to BHC-Pacific Gateway Hospital, a psychiatric hospital in SE Portland with apparently inadequate staffing and other safety measures; records show he was in a manic-depressive state and the hospital tried to medicate him. Police were called to the hospital when Mejia allegedly was threatening others with pencils; he was placed in a seclusion room.  Police were called again when Mejia apparently broke out of the room and had allegedly knocked a staff member to the floor. Police tried to pepper spray him before Davis fired three non-lethal beanbag rounds at Mejia with no effect. Bell then fired a handgun, striking Mejia in the head and chest. | *Police Exonerated in Shooting*, The Oregonian, April 27, 2001 |

**AMA Coalition Motion to Intervene**

**Officer-involved shootings and other in-custody deaths by the Portland Police Department, 2000-2011**

| Last Name | First Name | Date | Age | Race | Gender | Officers involved | Mental health conditions | Circumstances | Initial Source |
|---|---|---|---|---|---|---|---|---|---|
| Gildersleeve | David | 2/22/2001 | 34 | Unknown | Male | Officer Robert Pippen | Unknown | **Shooting;** Gildersleeve allegedly stole a BMW from a woman in Beaverton and lead police on a chase through Southwest Portland. When he got out of the car with a handgun, Pippen fired at him, striking Gildersleeve twice in the leg. | *3 Portland Officers Cleared in Shootings*, The Oregonian, June 12, 2001 |
| Farmer | James | 2/15/2001 | 34 | Unknown | Male | Officer Joseph Mitcham | Unknown | **Shooting;** Farmer allegedly tried to elude police who pursued him related to an I-405 traffic violation. Once Farmer stopped his truck, he appeared to reach for something in the passenger area, at which point Mitcham shot him in the upper torso. Farmer was unarmed. | *3 Portland Officers Cleared in Shootings*, The Oregonian, June 12, 2001 |
| McClinton | Dwayne Tyrone | 1/11/2001 | 23 | African American | Male | Southeast Precinct Sgt. Randy S. Teig and Officer Phillip J. Maynard | Unknown | **Shooting;** The officers chased McClinton and another man suspected of armed robbery at the Clinton Street Pub at 1:30 am. After the car chase forced the suspects' car to stop, McClinton tried to escape on foot, at which point the officers shot at and wounded him in the thigh and calf. McClinton was later found hiding in a garage. | *Two Arrested in Latest Clinton Street Pub Robbery,* The Oregonian, Jan. 12, 2001; *Bureau Names Policemen who Shot Suspect*, The Oregonian, Jan. 13, 2001 |

# Officer-involved shootings and other in-custody deaths by the Portland Police Department, 2000-2011

| Last Name | First Name | Date | Age | Race | Gender | Officers involved | Mental health conditions | Circumstances | Initial Source |
|---|---|---|---|---|---|---|---|---|---|
| Cook | Sean Joseph | 12/28/2000 | 26 | Unknown | Male | Ron Hoesly, Scott Robertson (fired weapon) | Unknown | **Shooting**, Cook was pulled over for allegedly not wearing a seatbelt, when the officer told him he was under arrest, Cook drove away. Robertson fired one shot into the windshield. | Oregonian, Dec 30 2000 "Search Continues for Man who Fled from Traffic Stop" |
| Jaquith | Michael | 12/18/2000 | 34 | European-American | Male | James Lawrence | Unknown | **Shooting death**; Lawrence pulled next to a van "with a loud muffler traveling at a high speed" which began "driving erratically." Jaquith left the van, Lawrence found this "suspicious" and followed him, and Jaquith ran. When Jaquith ran back to his car and drove off after Lawrence allegedly told him to stop, Lawrence (who apparently "felt he was _oin_ to be crushed" between the van and another car) shot and killed Jaquith. | Oregonian, Dec 23 2000 "Team To Investigate Portland Police Shooting Death" |
| Brink | Daniel | 11/6/2000 | 20 | Unknown | Male | Paul Kennard | "distraught," "threatening suicide" | **Shooting,** officers responded to Brink's grandmother call that Brink was threatening her with a knife after he had threatened to commit suicide by dropping a radio into the bathtub. Brink allegedly approached officers threateningly, was shot multiple times by Kennard, and ended up in the hospital in critical condition. | *Police Wound 20-Year-Old During Apparent Suicide Try*, The Oregonian, Nov. 8, 2000 |

## Officer-involved shootings and other in-custody deaths by the Portland Police Department, 2000-2011

| Last Name | First Name | Date | Age | Race | Gender | Officers involved | Mental health conditions | Circumstances | Initial Source |
|-----------|-----------|------|-----|------|--------|-------------------|--------------------------|---------------|----------------|
| Galegos | Justyn | 10/2/2000 | 19 | Unknown | Male | Lawrence Keller, Scott Johnson, Joel Wendland, Timothy Lee Taaca | Unknown | **Shooting death**, Officers were pursuing Galegos apparently in connection with a random shooting of a man waiting for a MAX train. He was shot as many as ten times in chest, upper arm, legs, and buttocks. Officers said Gallegos shot at officers and was pointing a gun at officers when he was shot. | Oregonian, Oct 6 2000 "Four Policemen Fired Weapons in Fatal Incident" |
| Ramirez | Lawrence | 8/25/2000 | 50 | Unknown | Male | Kurt Sardeson, | "feeling depressed," "had been drinking" | **shooting**, Officers responded to a 9-1-1 call that had only music on the other end and no speaking; no one responded when they called back several times. Officers contend that they knocked on the door, broke in when no one answered, and shot Ramirez when he confronted them with a gun. Ramirez says he owns no gun, ignored the knocking at the door at first, but eventually opened the door and was shot. He ran back inside and fell to the ground, where he lay for at least an hour while officers used loudspeakers to demand surrender and threw tear gas into his apartment. He surrendered. | Oregonian, August 28, 2000 "Man Shot By Portland Police Claims that he was Unarmed" |

**Officer-involved shootings and other in-custody deaths by the Portland Police Department, 2000-2011**

| Last Name | First Name | Date | Age | Race | Gender | Officers involved | Mental health conditions | Circumstances | Initial Source |
|-----------|-----------|------|-----|------|--------|-------------------|--------------------------|---------------|----------------|
| Waldum | George | 8/23/2000 | 71 | Unknown | Male | Michael From, Ryan Graichen | "becoming forgetful and angry" "should have been receiving care" | **Shooting death**, Waldum was fatally shot by Westerman after Waldum's confrontation with a cable TV worker trying to disconnect his service. Friends and neighbors were shocked, saying Waldum had been growing increasingly confused and upset, but that he was overall an intelligent and compassionate man. | Oregonian, Aug 25 2000 "Friends, Neighbors Distressed About Police Shooting of Man" |
| Lamberson | James | 5/12/2000 | 54 | Unknown | Male | Officers Kristopher P. Barber, William R. Cotter and Van E. Peterson | Unknown | **Shooting, then suicide**; police arrived at Lamberson's trailer to arrest him on a warrant for first-degree sexual abuse; after arguing with officers, Lamberson fired a gun several times. He missed the officers and Barber returned fire. Lamberson was found lying on the bed in the trailer from a single gunshot wound to the head; police report that he killed himself. | *Deputy Who Crashed Into Club Had Prior 'Black-Out' Accident* (Multi-story article; second part relevant - *Suspect kills himself during standoff, Portland police say*) The Oregonian, May 14, 2000 |

**AMA Coalition Motion to Intervene**

**Officer-involved shootings and other in-custody deaths by the Portland Police Department, 2000-2011**

| Last Name | First Name | Date | Age | Race | Gender | Officers involved | Mental health conditions | Circumstances | Initial Source |
|---|---|---|---|---|---|---|---|---|---|
| Vasquez | Joaquim Angel | 2/15/2000 | 22 | Unknown | Male | Officers Darrell Shaw and Shane Nicholson | Unknown | **Shooting;** Police chased and shot at an SUV after seeing the driver fire a handgun at people outside a bar downtown. No one was hit; the officers' shots hit the SUV and a city dump truck. Vasquez's vehicle crashed into a pole eight blocks from the original scene, where he was taken into custody after trying to flee. | *Police Arrest Suspect After Downtown Chase*, The Oregonian, Feb. 16, 2000 |

**AMA Coalition Motion to Intervene**

3:12-cv-02265-SI
Ex. 7 Page 31 of 31