**UNITED STATES DISTRICT COURT**

**DISTRICT OF OREGON**

**PORTLAND DIVISION**

| | |
|---|---|
| **United States of America,**<br><br>Plaintiff<br><br>vs.<br><br>**City of Portland,**<br><br>Defendant. | Case No. 3:12-CV-02265-SI<br><br>**Public Comment Form Regarding Proposed Settlement Agreement**<br><br>**Submitted by:**<br><br>Your First Name: _____<br><br>Your Last Name: _____<br><br>Your Organization (if any): _____ |

      Use this form to submit written comments as ordered by the Court in the above-styled case only. Your written comments should pertain specifically to topics of the proposed settlement agreement in this case, as provided in the boxes below. Any additional pages must be attached to this form, and are limited to 20 pages (single-sided). If you would like to submit oral testimony in addition to your written comments, please check the appropriate box at the end of this form. Pursuant to Court order, live testimony may be restricted to matters that are relevant to the Court's decision in this matter, and may be limited to evidence that is not cumulative of evidence already received by the Court. A copy of the proposed settlement agreement is available online at the following link: http://www.justice.gov/usao/or/CivilRightsEnforcement.html.

**Topics covered by the Proposed Settlement Agreement are listed below. Please check the specific topic(s) that apply to the comments you are submitting for the Court's consideration.**

[ ] Definitions
[ ] Use of Force Policy (General)
[ ] Electronic Control Weapons
[ ] Use of Force Reporting
[ ] Use of Force Supervisory Investigations and Reports
[ ] Compliance Audits Related to Use of Force
[ ] Training (General)
[ ] Mental Health Services (General)
[ ] Crisis Intervention (General)
[ ] Behavioral Health Unit and Advisory Committee

[ ] Crisis Intervention Training
[ ] Crisis Intervention Team
[ ] Mobile Crisis Prevention Team
[ ] Service Coordination Team
[ ] Bureau of Emergency Communication
[ ] Employee Information System
[ ] Officer Accountability (General)
[ ] Investigation Timeframe
[ ] On Scene Public Safety Statements and Interviews

[ ] Conduct of IA Investigations
[ ] CRC Appeals
[ ] Discipline
[ ] Communication with Complainant and Transparency
[ ] Community Engagement (General)
[ ] Community Oversight Advisory Board
[ ] Compliance Officer and Community Liaison
[ ] PPB Compliance Coordinator
[ ] Agreement Implementation and Enforcement

Page 1 – Exhibit A, Public Comment Form; *U.S. v. City of Portland*; Case No. 3:12-CV-02265-SI

**Based upon the boxes you checked above, please clearly describe the specific areas of your concern regarding the fairness, adequacy, and reasonableness of the proposed settlement agreement which you would like to bring to the Court's attention. If attaching additional pages, you are limited to 20 pages (single-sided):**

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

**Are you (or is your organization) represented by an attorney?** [ ] Yes [ ] No.

Attorney's Name: _____ Attorney's Phone Number: _____

Attorney's Mailing Address:_____

Attorney's Email Address: _____

**Have you previously provided written comments or oral testimony to the City of Portland, City Council, or the U.S. Department of Justice (including the United States Attorney) on the matters you are now submitting to the Court?** [ ] Yes [ ] No.  If yes, please describe whether you submitted written comments, oral testimony, or both, and the date of your prior submission of comments and/or testimony.

_____

_____

_____

_____

_____

**In addition to the written comments you are submitting, do you also request to provide oral testimony to the matters you have submitted in writing? [ ] Yes   [ ] No.**

**Your Signature:** _____ **Date:**_____

**Your Title (if any):** _____

Your Mailing Address: _____

Your Email Address: _____

Your Phone Number(s): _____

 For your comments to be taken under Court consideration, the original and one (1) copy of this form and any attachments must be received by the Clerk of the Court, Civil Intake counter*, no later than [insert date] _____ at 4:30pm.  All written comments received will be kept on file until this case is closed. Copies may be made available to the public and the parties, but will not become part of the official Court record as evidence, unless the Court determines otherwise.  You may submit your form by certified first class mail, or hand delivery to the following address:

**Clerk of Court, Civil Intake**
**United States District Court, District of Oregon**
**1000 SW Third Ave., Suite 700**
**Portland, OR 97204**

* The Clerk's office cannot answer any questions regarding this form.  If you have specific questions regarding this form, please contact the United States Attorney's Office at 503-471-5577, or at usaor.civilrights@usdoj.gov.

* La oficina del secretario del tribunal no puede responder a preguntas acerca de este formulario. Si usted tiene preguntas específicas sobre este formulario, por favor póngase en contacto con la United States Attorney's Office en 503-471-5577, usaor.civilrights@usdoj.gov.

Page 3 – Exhibit A, Public Comment Form; *U.S. v. City of Portland*; Case No. 3:12-CV-02265-SI