

U.S. Department of Justice

Civil Rights Division

*Office of the Assistant Attorney General*     *Washington, D.C. 20530*

June 8, 2011

The Honorable Sam Adams
Mayor
City of Portland
1221 SW 4th Avenue # 340
Portland, OR 97204-1900

         Re:     Portland Police Bureau

Dear Mayor Adams:

       The United States Department of Justice is commencing an investigation of the Portland Police Bureau ("PPB") pursuant to the Violent Crime Control and Law Enforcement Act of 1994, 42 U.S.C. § 14141 ("Section 14141"). The Civil Rights Division's Special Litigation Section will conduct the investigation jointly with the United States Attorney's Office for the District of Oregon.

       This investigation will examine whether there is a pattern or practice of excessive force used by PPB officers, particularly against people living with mental illness. Please be assured that we have not reached any conclusions about the subject matter of the investigation and that we will consider all relevant information, including efforts that the City of Portland and the PPB have undertaken to ensure compliance with federal law.

       The investigation will have two dimensions. First, our team of lawyers and police experts will confer with members of the PPB, including both police executives and rank and file, and other relevant members of your administration. Second, and of equal importance, we will confer with external stakeholders, including but not limited to, community-based organizations, leaders within the criminal justice system, and other organizations and individuals with relevant insights on this matter.

       Our investigation will be independent, but we will provide real time feedback to you, and ensure that the lines of communication are open throughout the review. At the conclusion of our investigation, we will discuss our findings with you in detail, and, if necessary, work collaboratively with you to develop an appropriate course of action. We have not prejudged what, if any, remedy is necessary.

       In our years of enforcing our police misconduct statutes, the good faith efforts of state and local jurisdictions working with us have enabled us to resolve our investigations without

-2-

resort to contested litigation. We can assure you that we will seek to minimize any potential disruption our efforts may have on the operations of the PPB.

We will be in contact with the City Attorney to discuss the next steps. If you have questions, the Chief of the Special Litigation Section, Jonathan M. Smith, may be reached at (202) 514-5393.

Sincerely,

Thomas E. Perez
Assistant Attorney General
Civil Rights Division

cc:   Chief Mike Reese
      Portland Police Bureau

      Linda Meng
      Portland City Attorney

      Dwight Holton
      United States Attorney
      United States Attorney's Office
      District of Oregon

      Ron Silver
      Chief, Civil Division
      United States Attorney's Office
      District of Oregon

      Adrian Brown
      Assistant United States Attorney
      United States Attorney's Office
      District of Oregon