ANIL S. KARIA, OSB No. 063902
E-mail: anil@miketlaw.com
Tedesco Law Group
3021 NE Broadway
Portland, OR  97232
Telephone:  866-697-6015
Facsimile:  503-210-9847

      Attorneys for Intervener-Defendant
      Portland Police Association

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br>    Plaintiff,<br><br>    v.<br><br>**THE CITY OF PORTLAND,**<br>    Defendant.<br>_____ | Civil Case No. 3:12-CV-02265-SI<br><br>**SUPPLEMENTAL DECLARATION OF ANIL S. KARIA IN SUPPORT OF INTERVENER-DEFENDANT PORTLAND POLICE ASSOCIATION'S FRCP 24 MOTION TO INTERVENE** |

I, ANIL S. KARIA, declare that:

1. I am an attorney representing Intervener-Defendant Portland Police Association ("PPA") in this case.

2. I make this declaration in support of the PPA's reply memorandum in support of its FRCP 24 Motion to Intervene.

3. When the PPA learned of the possibility that Plaintiff United States and Defendant City of Portland may enter into a settlement agreement, I notified the City of the PPA's concerns over collective bargaining ramifications by letter dated October 16, 2012. A copy of the letter is

Page 1 –   SUPPLEMENTAL DECLARATION OF ANIL S. KARIA IN SUPPORT OF INTERVENER-DEFENDANT PORTLAND POLICE ASSOCIATION'S FRCP 24 MOTION TO INTERVENE

attached hereto as Exhibit A. The United States and the City continued to exclude the PPA from their discussions that resulted in the Proposed Settlement Agreement.

4. The City has denied the PPA's grievance over the City's agreement to implement the Proposed Settlement Agreement. The parties have continued to process the grievance to arbitration consistent with the PPA collective bargaining agreement.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED this 5th day of February, 2013, in Portland, Oregon.

                                               /s/ Anil S. Karia
                                               ANIL S. KARIA

CERTIFICATE OF SERVICE

      I hereby certify that I served the foregoing SUPPLEMENTAL DECLARATION OF ANIL S. KARIA IN SUPPORT OF INTERVENER-DEFENDANT PORTLAND POLICE ASSOCIATION'S FRCP 24 MOTION TO INTERVENE on:

| | |
|---|---|
| S. Amanda Marshall | Thomas E. Perez |
| Adrian L. Brown | Roy L. Austin, Jr. |
| Billy J. Williams | Jonathan M. Smith |
| United States Attorney's Office | Laura Coon |
| District of Oregon | R. Jonas Geissler |
| 1000 SW Third Ave., Ste 600 | Michelle Jones |
| Portland, OR 97204-2902 | Civil Rights Division |
|   Attorneys for Plaintiff United States | U.S. Department of Justice |
| | 50 Pennsylvania Ave., NW |
| | Washington, D.C. 20530 |
| |   Attorneys for Plaintiff United States |
| | |
| James H. Van Dyke | J. Ashlee Albies |
| Ellen Osoinach | Creighton & Rose, PC |
| City Attorney's Office | 500 Yamhill Plaza Building |
| 1221 SW Fourth Ave., Ste 430 | 815 SW Second Ave. |
| Portland, OR 97204 | Portland, OR 97204 |
|   Attorney for Defendant |   Attorneys for Intervener-Plaintiff Albina |
|   City of Portland |   Ministerial Alliance Coalition for Justice |
| |   and Police Reform |

Shauna Curphey
Curphey & Badger, P.A.
520 SW Sixth Ave., Ste 1040
Portland, OR 97204
  Attorneys for Intervener-Plaintiff
  Albina Ministerial Alliance Coalition
  for Justice and Police Reform

by service electronically pursuant to LR 100.7.

      DATED this 5th day of February, 2013.

                                    TEDESCO LAW GROUP

                                    By: */s/ Anil S. Karia*
                                    ANIL S. KARIA, OSB No. 063902
                                      Attorneys for Intervener-Defendant