

MICHAEL J. TEDESCO*
miketlaw@miketlaw.com
SARAH K. DRESCHER, OF COUNSEL*
sarah@miketlaw.com
JULIE A. FALENDER*
julie@miketlaw.com
ANIL S. KARIA, OF COUNSEL***
anil@miketlaw.com
NICOLE L. MCMILLAN*
nicole@miketlaw.com
DAVID A. SNYDER, OF COUNSEL**
dsnyder@snyderandhoagllc.com
LANE TOENSMEIER, OF COUNSEL *
lane@snyderandhoagllc.com

\* Admitted in OR
\*\* Admitted in OR, WA
\*\*\* Admitted in OR, WA, AK

LAWYERS FOR ORGANIZED LABOR IN THE PACIFIC NORTHWEST

3021 NE BROADWAY
PORTLAND, OR  97232
TELEPHONE:  866.697.6015
FACSIMILE:   503.210.9847

VIA EMAIL & FAX

October 16, 2012

Anna Kanwit
Director of Human Resources
1120 SW 5th Ave., Rm 404
Portland, OR  97204

Stephanie Harper
Deputy City Attorney
1221 SW 4th Ave., Rm 430
Portland, OR  97204

Re:   City-USDOJ Settlement Negotiations And Related Collective Bargaining Matters

Dear Anna and Stephanie:

The PPA has learned that there have been ongoing discussions between City and United States Department of Justice (USDOJ) officials regarding the USDOJ's September 12, 2012 Statement of Intent and Findings Letter. It is becoming apparent that any settlement that the City reaches with the USDOJ may purport to change or impact the PPA's collective bargaining rights.

<u>City-USDOJ Settlement</u>

To date, the PPA has been excluded from substantive settlement discussions between the City and the USDOJ. Given the potential effect of such a settlement on collective bargaining matters, the PPA wishes to meaningfully participate with the City and the USDOJ in their settlement talks. Please be clear that by so participating, the PPA would not waive any of its legal rights under the PPA-City collective bargaining agreement or the Public Employee Collective Bargaining Act (PECBA), nor would the PPA's participation satisfy any bargaining obligation or be an agreement to bargain. Rather, the PPA's participation would be focused on providing meaningful input regarding collective bargaining issues.

Exhibit A

New Policy Implementation and Direct Dealing

Yesterday, Chief Reese contacted officers directly via email to solicit their input on three new PPB polices:  DIR 105.10 - Taser; DIR 1010.00 - Application of Force; and DIR 1010.10 - Deadly Force. I have enclosed the email for your reference. All three policies implicate a number of mandatory bargaining subjects, including without limitation discipline, job security, safety, and fundamental fairness. Chief Reese's email appears to constitute impermissible direct dealing, in violation of the PECBA.

In addition, as we have repeatedly reminded the PPB with respect to implementation of new policies, the PPB must provide the PPA with drafts of policies and an opportunity to respond to all policy changes under Article 15 of the City-PPA collective bargaining agreement. Further, before the PPB can implement any of its revised policies, it must first come to an agreement with the PPA over mandatory bargaining subjects implicated by the policies under Article 3. This is at least the fourth time that the PPB has sought to implement new policies without complying with its contractual obligations. On at least three prior occasions, the PPB's hasty actions have led to grievances.

Creation of New PPB Unit

Finally, we received verbal notice from Jerrell Gaddis yesterday of the PPB's intent to create a new Crisis Intervention unit within the PPB. Under ORS 243.698, the City must provide the PPA with written notice of the new position and an opportunity to bargain over mandatory subjects implicated by the creation of the new unit. We look forward to receiving such written notice, along with a job description for the new position.

It is clear to us that the City is eager to reach agreement with the USDOJ. However, the City must be mindful of its contractual obligations under its collective bargaining agreement with the PPA, along with its legal obligations under state collective bargaining law. We ask that the City work collaboratively with—not in spite of—the PPA with regard to these matters.

Sincerely,

Anil S. Karia

Enclosure

Copy:    PPA

**From:** "Reese, Mike" <Mike.Reese@portlandoregon.gov>
**To:** AllPPBUsers <AllPPBUsers@portlandoregon.gov>
**Sent:** Mon, Oct 15, 2012 22:19:32 GMT+00:00
**Subject:** Revisions to Force directives

Dear Bureau Members:

I wanted to ask you to take a minute out of your busy day to review three proposed Bureau Directives: Taser, Application of Force (previous 1010.20 Physical Force) and Deadly Physical Force.  These draft Directives are in response to the DOJ, but also contain changes that bring the Bureau in line with our current training as well as best practices in comparable cities.  In addition, on the Deadly Force policy, we worked closely with the PPA and the District Attorney on revisions.

Please take a moment to read the drafts on the Intranet.  You can then use the online form to provide feedback.
http://www5.police.city/feedback/directives/105100.cfm  (Taser)
http://www5.police.city/feedback/directives/101000.cfm (Application of Force)
http://www5.police.city/feedback/directives/101010.cfm (Deadly Physical Force)

**We need comments by Friday, November 2, 2012.**

Thanks and stay safe.


Mike Reese