**S. AMANDA MARSHALL, OSB #95347**
United States Attorney
District of Oregon
**ADRIAN L. BROWN, OSB #05020**
adrian.brown@usdoj.gov
**BILLY J. WILLIAMS, OSB # 90136**
Bill.Williams@usdoj.gov
Assistant United States Attorneys
United States Attorney's Office
District of Oregon
1000 SW Third Avenue, Suite 600
Portland, Oregon 97204-2902
Telephone:     (503) 727-1003
Facsimile:     (503) 727-1117


**THOMAS E. PEREZ**
Assistant Attorney General
**JONATHAN M. SMITH**
Chief
**LAURA COON**
Special Counsel
**R. JONAS GEISSLER**
jonas.geissler@usdoj.gov
**MICHELLE JONES**
michelle.jones2@usdoj.gov
Senior Trial Attorneys
Special Litigation Section
Civil Rights Division
U.S. Department of Justice
50 Pennsylvania Ave., NW
Washington, D.C.  20530
Telephone:     (202) 514-6255
Facsimile:     (202) 514-4883


Attorneys for Plaintiff, United States

# UNITED STATES DISTRICT COURT

# DISTRICT OF OREGON

# PORTLAND DIVISION

UNITED STATES OF AMERICA,

                    **Plaintiff,**

    v.

CITY OF PORTLAND,

                    **Defendant.**

                              **Case No. 3:12-cv-02265-SI**

                        **NOTICE OF APPEARANCE**

Plaintiff United States of America, by S. Amanda Marshall, United States Attorney for the District of Oregon, and Tom Perez, Assistant Attorney General for the Civil Rights Division, and through Senior Trial Attorney Jonas Geissler, hereby gives notice of his appearance as co-counsel on behalf of the Plaintiff in the above-entitled matter.

Dated this 14th day of February 2013.

Respectfully submitted,

| | |
|---|---|
| S. AMANDA MARSHALL<br>United States Attorney<br>District of Oregon<br><br><br>*/s/ Adrian L. Brown*       <br>ADRIAN L. BROWN<br>BILLY J. WILLIAMS<br>Assistant U.S. Attorneys | THOMAS E. PEREZ<br>Assistant Attorney General<br>Civil Rights Division<br>JONATHAN M. SMITH<br>Chief, Special Litigation Section<br><br>*/s/ Laura L. Coon*       <br>LAURA L. COON<br>Special Counsel<br>*/s/ R. Jonas Geissler*     <br>R. JONAS GEISSLER<br>*/s/ Michelle A. Jones*     <br>MICHELLE A. JONES<br>Senior Trial Attorneys |