1                IN THE UNITED STATES DISTRICT COURT.

2                   FOR THE DISTRICT OF OREGON

3                        PORTLAND DIVISION

4
   UNITED STATES OF AMERICA,          )
5                                     )
                         Plaintiff,   )   Case No. 3:12-CV-2265-SI
6                                     )
                    v.                )
7                                     )   February 19, 2013
   CITY OF PORTLAND,                  )
8                                     )
                         Defendant.   )   Portland, Oregon
9   _____)

10

11

12

13

14                    STATUS CONFERENCE

15               TRANSCRIPT OF PROCEEDINGS

16         BEFORE THE HONORABLE MICHAEL H. SIMON

17            UNITED STATES DISTRICT COURT JUDGE

18

19

20

21

22

23

24

25

```
 1                        APPEARANCES

 2   FOR THE PLAINTIFF:

 3   Adrian Brown
     Billy Williams
 4   Assistant United States Attorneys
     United States Attorney's Office
 5   1000 SW Third Avenue
     Room 600
 6   Portland, OR 97204

 7   R. Jonas Alexander Geissler
     U.S. Department of Justice
 8   Civil Rights Division
     950 Pennsylvania Ave. N.W.
 9   Washington, DC 20530

10   FOR THE DEFENDANT CITY OF PORTLAND:

11   James Van Dyke
     Ellen C. Osoinach
12   City of Portland
     Office of the City Attorney
13   1221 SW 4th Avenue, Suite 430
     Portland, OR 97204
14

15   FOR THE DEFENDANT PORTLAND POLICE ASSOCIATION:

16   Anil Karia
     Tedesco Law Group
17   3021 NE Broadway
     Portland, OR 97232
18

19   FOR THE MOVANT ALBINA MINISTERIAL ALLIANCE COALITION FOR
     JUSTICE REFORM:
20
     Jessica Ashlee Albies
21   Creighton & Rose PC
     815 SW Second Ave., Suite 500
22   Portland, OR 97204

23   Shauna M. Curphey
     Curphey & Badger PA
24   520 SW 6th Ave. Suite 1040
     Portland, OR 97204
25
```

```
 1   COURT REPORTER:          Jill L. Erwin, CSR, RMR, CRR

 2                            Certified Realtime Reporter
                              Registered Merit Reporter
 3
                              United States District Courthouse
 4                            1000 SW Third Avenue, Room 301
                              Portland, OR 97204
 5                            (503)326-8191

 6                                 *   *   *

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
 1                    TRANSCRIPT OF PROCEEDINGS
 2           THE COURT:  Good morning.
 3           DEPUTY COURTROOM CLERK:  Your Honor, this is the
 4  time set for hearing in Civil Case 12-2265-SI.  United
 5  States of America v. City of Portland.
 6       Counsel, beginning with plaintiff, would you please
 7  identify yourself for the record?
 8           MS. BROWN:  Adrian Brown for the United States.
 9           MR. GEISSLER:  Jonas Geissler, Civil Rights
10  Division, DOJ, for the United States.
11       If Your Honor please, we would have one specific
12  factual notation to make on the record before His Honor
13  reads his opinion.
14           THE COURT:  Sure.
15           MR. WILLIAMS:  Good morning, Your Honor,
16  Bill Williams on behalf of the United States.
17           MS. ALBIES:  Good morning, Your Honor,
18  Ashlee Albies on behalf of intervener -- proposed intervener
19  Albina Ministerial Alliance and with me is Shauna Curphey.
20           MR. KARIA:  Good morning, Your Honor.  Anil Karia
21  on behalf of proposed intervener Portland Police
22  Association.
23           THE COURT:  And how are you feeling, Mr. Karia?
24           MR. KARIA:  I feel better.
25           THE COURT:  I'm glad to see you here.
```

1          MS. OSOINACH:  Good morning, Your Honor,

2    Ellen Osoinach on behalf of City of Portland.

3          MR. VAN DYKE:  Good morning, Your Honor,

4    Jim Van Dyke on behalf of the City of Portland.

5          THE COURT:  Good morning.  The United States may

6    proceed.

7          MR. GEISSLER:  Thank you, Your Honor.

8        We understand Your Honor has written in an email

9    correspondence to counsel in this case that the Court has

10   already issued -- already offered an opinion.  Your Honor,

11   we would like to make one specific notation to preserve the

12   record.  Your Honor, the United States unconditionally and

13   unequivocally waives any specific cause of action against

14   PPA members or the PPA for the sake of the specific §14141

15   cause of action in this particular case.

16       That's not to say that should -- in the future, should

17   any cause of action arise either criminally or civilly,

18   based upon past or future comment, that the cause of action

19   would be waived; but, rather, for the sake of this case, we

20   believe this case is restructured such that it would exclude

21   the PPA for the sake of the merits phase of this cause of

22   action.

23          THE COURT:  All right.  Thank you.

24          MR. GEISSLER:  Thank you, Your Honor.

25       That doesn't necessarily affect how I view things right

1   now, because my tentative thinking is not to address and to

2   defer ruling on the merits issues relating to the motion to

3   intervene.   In a few moments -- let me share with you my

4   tentative thinking on the pending motions to intervene and

5   where we go from here.  I will concede and be candid that

6   tentative probably understates the degree of my thinking on

7   this, but I will allow you all to let me know whether you

8   think I've made any factual or legal mistakes in my

9   tentative analysis, but what I'm planning on doing is ruling

10  on the pending motions to intervene for purposes of the

11  remedy phase and the remedy phase only and deferring any

12  ruling on any motions to intervene with respect to the

13  liability phase.  We may or may not ever get there.  So I

14  want to take things one step at a time.

15      After I share with you my analysis on the motions to

16  intervene with respect to the remedy phase, I'll share with

17  you my analysis of where we should go from here.  And then I

18  will open it up for any comments that you all wish to make.

19      But I want to begin -- frankly, I'll get right to the

20  bottom line of my tentative conclusion, and then I'll

21  explain how we get there.  I'm thinking that with respect to

22  the Portland Police Association's motion to intervene with

23  respect to the remedy phase, I'm going to grant that motion.

24  I believe that I must grant that motion.  And, therefore,

25  I'm going to -- my inclination, and then I would be

1  deferring ruling on the PPA's motion to intervene with

2  respect to liability issues.

3      With respect to the motion to intervene brought by the

4  AMA Coalition, I am going to deny the motion to intervene on

5  the remedy phase.  I'm going to defer ruling on the motion

6  to intervene by the AMA Coalition with respect to liability,

7  just like with the PPA, but I'm going to grant the AMA

8  Coalition what I've been calling in my written opinion that

9  I'll be releasing later today enhanced amicus status.  And

10 I'll describe that in a few moments in greater detail, but

11 essentially it will give the AMA Coalition a seat at the

12 table at least for purposes of discussing remedy issues.

13     Let me explain very briefly what my thinking is here

14 and then where I see this going, and then I'll turn it over

15 to you, as I said.

16     I start with a statement from the Ninth Circuit, a City

17 of Los Angeles case, and in that statement the Ninth Circuit

18 itself is quoting and citing two U.S. Supreme Court cases.

19 The *Local 93 International Association of Firefighters* case

20 from the Supreme Court in 1986, and the *W.R. Grace v. Local*

21 *Union 759* case from the U.S. Supreme Court in 1983.  Here's

22 what the Ninth Circuit says and attributes to, as legal

23 authority, those two Supreme Court cases:  Except as part of

24 court-ordered relief after a judicial determination of

25 liability, an employer cannot unilaterally change a

1   collective bargaining agreement as a means of settling a

2   dispute over whether the employer has engaged in

3   collective -- excuse me, has engaged in constitutional

4   violations.

5       So as we look at things here, the City of Portland is

6   the employer, and it has a collective bargaining agreement

7   with the Portland Police Association.  There are allegations

8   made by the United States that the City of Portland has

9   engaged in constitutional violations, and this Court does

10  have the authority, by injunctive relief, to change the

11  provisions of a collective bargaining agreement, but it can

12  only do so after a judicial determination of liability.

13      Now, that might occur after a trial on the merits and

14  that might occur even after summary judgment, but it cannot,

15  and the Ninth Circuit has made this clear in the *City of Los*

16  *Angeles* case, it cannot occur simply by means of approving a

17  settlement agreement entered into between the United States

18  and the City of Portland if it would result in a change in

19  the collective bargaining agreement between the City of

20  Portland and the Portland Police Association.

21      So that leads, then, to the question of does it?

22      Now, I'm not ready to rule on that question, but I will

23  state that for purposes of a motion to intervene, and my

24  comments right now are directed primarily to the Portland

25  Police Association's motion -- I'll get to the Albina

1   Coalition -- the AMA Coalition motion in a few minutes, but

2   when I looked at intervention as of right, I looked to Rule

3   24(a)(2), or the Federal Rules of Civil Procedure (a)(1),

4   which conveys a right to intervene when a statute grants it.

5   That's really not applicable.  As everyone recognizes,

6   there's no such statute.

7       So we look at 24(a)(2).  We know the general criteria

8   there is that to intervene as of right an applicant must

9   meet four requirements and must have significant protectable

10  interests relating to the property or transaction that is

11  the subject of the action.  The disposition of the action

12  may -- and I note here the word "may" -- as a practical

13  matter, impair or impede the applicant's ability to protect

14  that interest or its interest.

15      Third, the applicant -- the application is timely.

16  That's not an issue here.  Every application we're

17  confronted with was within my order regarding the timeliness

18  of applications.

19      And then, fourth, the existing parties, United States

20  and the City of Portland, may not adequately represent the

21  applicant's interest.

22      Now, as applied to the Portland Police Association,

23  here's how I analyze it:  The Portland Police Association

24  asserts that it has a significant protectable interest

25  because the terms of the proposed settlement agreement

1   conflict with the provisions of the collective bargaining

2   agreement, what I refer to generally as the labor agreement

3   between the City and the Portland Police Association, and

4   the Portland Police Association contends that the settlement

5   agreement, at least portions of it, infringe on the Portland

6   Police Association's state law bargaining rights.  They add

7   that the disposition may impair or impede the Portland

8   Police Association's continuing ability to protect and

9   enforce its contractural rights with the City and that

10  neither the City nor the United States can adequately

11  represent the Portland Police Association's interest, for,

12  among other reasons, the City is the employer of the members

13  of the Police Association, and the City and the Police

14  Association, at least, you know, in name, and probably in

15  reality, are antagonists in the collective bargaining

16  process.

17      Now, the City concedes that the Portland Police

18  Association is entitled to intervention as of right, at

19  least in the remedy phase of litigation, and I agree.  The

20  United States, although it doesn't make that concession,

21  admits that the PPA, the Portland Police Association, has a

22  protectable interest in the remedy phase and that, quote, a

23  small number of the agreements provisions, closed quote, may

24  be implicated by the settlement agreement, but the United

25  States argues that the settlement agreement does not impair

1  the interest of the Portland Police Association because the

2  settlement agreement preserves the Police Association's

3  ability to collectively bargain, grieve, and arbitrate under

4  the collective bargaining agreement.

5      But it is -- but the settlement agreement, at least as

6  I read it, does not tell us what happens in the event that

7  the City and the Portland Police Association might not be

8  able to reach agreement with respect to any of the disputed

9  issues or the conflicting issues between the settlement

10  agreement and the labor agreement, the collective bargaining

11  agreement.

12      Now, as I mentioned, the Ninth Circuit in the *City of*

13  *Los Angeles* case has found that the district court does have

14  the power to override a union's collective bargaining

15  agreement, but not in the approval of a settlement

16  agreement, only after a judicial determination of liability.

17      Now, the United States argues here that the Union's

18  rights, the Police Association's rights, are not impaired

19  for purposes of intervention, because, as speculative,

20  whether the parties will or will not be able to reach

21  agreement or resolve any disputes, but that precise argument

22  was rejected by the Ninth Circuit in the *City of Los Angeles*

23  case.

24      Now, I recognize here that the settlement agreement is

25  a bit more ambiguous or perhaps even silent on certain

1    issues that the Ninth Circuit found troubling.  Indeed,

2    dispositive in the *City of Los Angeles* case.

3        However, as I read the proposed settlement agreement in

4    this case, there is still a possibility that certain aspects

5    of the implementation of the settlement agreement could

6    conflict with the collective bargaining rights as set forth

7    in the current version of the labor agreement; that although

8    the parties do continue to retain the right to grieve and to

9    bargain, that ultimately, even under the proposed settlement

10   agreement here, the United States has reserved the right to

11   seek judicial enforcement of the terms of the settlement

12   agreement and therefore that remains the possibility; that

13   if the Police Union and the City are unable to resolve their

14   differences and certainly unable -- if they're unable to

15   resolve their difference in a way that's satisfactory to the

16   United States, the United States has the right, under the

17   settlement agreement, to seek a court order to enforce the

18   terms of the settlement agreement and thereby overrule any

19   inconsistent provisions in the collective bargaining

20   agreement.

21       And I think that possibility gives the Portland Police

22   Association intervention as of right in this case.

23       Now, I want to emphasize -- and this is part of where

24   we're going go in the next phase of this litigation.  I want

25   to emphasize that I have not concluded that the provisions

1  of the settlement agreement are inconsistent with the

2  collective bargaining agreement, but there certainly appears

3  to be a fair argument to that end made by the Portland

4  Police Association, and that, I believe, is sufficient to

5  confer on the Portland Police Association the right to

6  intervene in this case.

7      Now, with respect to whether or not there's an

8  impediment or impairment of the Police Association's

9  interests, I also note that the settlement agreement, the

10  proposed settlement agreement, doesn't state -- at least I

11  didn't see it state in this -- that if there were a

12  disagreement or an inability to resolve a grievance or

13  dispute between the Police Association and the City, then

14  the collective bargaining provisions would control.  If

15  anything, that seems to be inconsistent with the ability of

16  the United States to seek court injunctive relief to order

17  the City to abide by the settlement agreement if the United

18  States believes and can show that the terms of the

19  settlement agreement have been violated.

20      Then, finally, with respect to adequacy of

21  representation, at least with respect to the Portland Police

22  Association, the case law recognizes that we are -- at least

23  where union rights or collective bargaining rights are at

24  issue, there's an inadequacy of representation between

25  antagonists, and, in addition, in an employer situation or

1  an employment situation, there's not a sufficiency of

2  representation.

3      So that summarizes my view with respect to why the

4  Portland Police Association is going to be afforded

5  intervention as of right, at least with respect to the

6  remedy stage -- and I'm not expressing any opinion right

7  now -- and I'm expressly deferring ruling of their motion to

8  intervene on liability.  And we will address that if and

9  when we have to.

10      Let me now turn briefly to the AMA Coalition and its

11  motion for intervention, either as of right or permissive.

12  I do want to begin by noting that the Court recognizes that

13  the AMA Coalition has dedicated significant time and

14  resources over many years to identifying possible issues and

15  solutions concerning the Police Bureau and alleged practice

16  of using excessive force.  I also recognize that the

17  AMA Coalition has extensive community outreach, a deep

18  understanding of the issues, including those raised in this

19  lawsuit and issues that are beyond those that are raised in

20  the complaint in this lawsuit, and the AMA Coalition has an

21  important perspective to bring to the remedy phase of this

22  action -- and I do believe that the AMA Coalition can and

23  will bring a valuable voice to the table during these

24  proceedings as we discuss remedy.

25      But with respect to the legal requirements on a motion

1    to intervene, it does appear to me, and it's based upon

2    Ninth Circuit precedent that holds that organizations that

3    have an undifferentiated generalized income -- excuse me,

4    generalized interest in the outcome of an ongoing action or

5    organizations that have an interest comparable to a

6    substantial portion of the population do not have a legally

7    protectable interest for the technical purposes of

8    intervention.  And there, of course, I'm citing the *Southern*

9    *California Edison* case from the Ninth Circuit.

10    I also note that the complaint in this case, crafted

11    and filed by the United States, raises issues concerning and

12    alleging unconstitutional practices relating to perceived or

13    actual mental illness or mental crises and it does not

14    contain any allegations or claims of such practices based on

15    race.

16    The complaint filed by the AMA Coalition suffers from

17    at least two problems.  One of which is probably remediable;

18    the other I don't think is.

19    The first problem is it asserts a claim under §14141,

20    which only allows an action to be brought by the Attorney

21    General in the name of the United States.

22    So §14141 does not contain a private cause of action

23    and may not be asserted by anyone else, including the AMA

24    Coalition.

25    I notice that the AMA Coalition acknowledges that and

1   in its pleadings says that if that's a problem, which it is,

2   it asks for leave to replead and to assert a complaint or

3   claim under §1983.  42 United States Code §1983.

4        That, however, doesn't solve the problem completely,

5   because anyone certainly may, if they believe that they've

6   got the legal and factual support to file a claim against

7   the City or the Police Bureau or any individual officer

8   alleging a §1983 violation.  But in this case the plaintiff,

9   the United States, has chosen to limit its complaint to

10  issues relating to the treatment of those with perceived or

11  actual mental illness or a mental crises.  And the AMA

12  Coalition's proposed complaint goes beyond that.  It

13  includes issues relating to race.

14       Now, I am not expressing any opinion at all as to

15  whether or not there should or shouldn't be a complaint

16  dealing with the issues that the AMA Coalition tries to

17  bring in, but that's not this lawsuit, and I must confine

18  myself to the lawsuit here as framed by the plaintiff in

19  this lawsuit, the United States.

20       Now, the AMA Coalition argues that race is already

21  included in the current lawsuit because the United States

22  raised claims involving race in the Department of Justice's

23  letter of findings, but those letter of findings do not

24  constitute or establish the claims in this lawsuit.  The

25  complaint is the operative document that establishes the

1    scope, reach, and specific claims of this action, and the

2    complaint does not contain any allegations related to

3    excessive force based on race.

4        In addition, the AMA Coalition further argues that

5    because the proposed settlement agreement contains a

6    requirement that the Police Bureau documents demographic

7    data regarding the subjects of police encounters and because

8    that demographic data documentation will almost certainly

9    include racial identification, therefore, argues the AMA

10   Coalition, that the proposed settlement agreement seeks to

11   address concerns of excessive force based on race.

12       I think that reads too much into the settlement

13   agreement that's proposed.

14       The fact that the proposed settlement agreement tasks

15   the Police Bureau with documenting general demographic data

16   on police subjects does not expand the scope of this lawsuit

17   to include claims of excessive force based on race.  No such

18   claims are alleged in the complaint filed by the United

19   States.  And at least with the lawsuit that's right now in

20   front of me, I'm not going to expand this lawsuit beyond

21   what the plaintiff has alleged in his complaint -- in its

22   complaint.

23       Now, in terms of adequacy of representation by the

24   existing parties, I know also the United States and the AMA

25   Coalition share the same interest in remedying the alleged

1   pattern and practice by the Police Bureau of using excessive

2   force in interactions with persons perceived as or actually

3   suffering from mental illness or mental illness -- or mental

4   health crises and that's a further reason to deny

5   intervention as of right.

6       Now, with respect to permissive intervention, my

7   concern, again, is primarily with the interest of the AMA

8   Coalition in expanding the current lawsuit and its

9   resolution beyond issues relating to mental health and

10  mental illness.  As I said, if anyone wants to bring a

11  different lawsuit based on race, they have the legal right

12  to do that.  But that's not this lawsuit.

13      Therefore, I'm denying -- I'm using my discretion and

14  denying the AMA Coalition intervention, even permissively.

15      However, as I said in the beginning of my comments, I

16  do recognize the expertise, the efforts, and the valuable

17  contributions the AMA Coalition can offer in resolving these

18  issues, the issues raised by the complaint, even if

19  we -- even if we just focus on and confine ourselves to the

20  issues of the treatment of persons suffering from or

21  perceived to be suffering from mental illness.  And,

22  therefore, I am granting enhanced amicus curiae, or friend

23  of the court status for the AMA Coalition in at least the

24  following five particulars -- they -- all of this is set

25  forth in my written opinion.  And unless someone convinces

1    me I'm wrong later this morning, you'll have this written

2    opinion before the end of today.

3        Here are the five particulars that I see for the

4    enhanced amicus curiae status for the AMA Coalition.

5        First, the AMA Coalition shall have the opportunity to

6    present any briefing requested by the Court or allowed by

7    the Court in the same manner as any of the parties.

8        Second, the AMA Coalition shall have the opportunity to

9    participate in any oral arguments to the same extent as all

10    of the other parties.

11        The AMA Coalition -- third, the AMA Coalition may

12    present its arguments from counsel table, along with all

13    other parties.

14        Fourth, the AMA Coalition may participate in the

15    fairness hearing, to the extent as all other parties.

16        And, fifth, to the extent that the United States, the

17    City, and the Portland Police Association may participate in

18    mediated settlement discussions under the authority of the

19    Court and a court-appointed special master for settlement

20    purposes -- and I'll discuss that in a few minutes -- the

21    AMA Coalition shall be invited and allowed to participate in

22    those negotiations and discussions.

23        And, as a matter of fact, from this point forward, I'm

24    going to be collectively referring to the United States, the

25    City, the Portland Police Association, and the AMA Coalition

1   as the Parties, capital P, even though, technically, the AMA

2   Coalition is, to be precise, only an enhanced amicus.

3        Now, if this remains my ruling, then where does that

4   take us going forward?  And I have a section in my opinion,

5   it begins on page 18, entitled "Directions for Going

6   Forward."  And it starts, again, with the following

7   proposition from the Ninth Circuit relying upon unambiguous

8   Supreme Court precedent, and I'll repeat it again.  Quote:

9   Except as part of court-ordered relief after a judicial

10  determination of liability, an employer cannot unilaterally

11  change a collective bargaining agreement as a means of

12  settling a dispute over whether the employer has engaged in

13  constitutional violations, closed quote.

14       I think we all recognize a judicial determination of

15  liability is not simply a conclusion following a fairness

16  hearing that a proposed settlement agreement may be fair,

17  reasonable, and appropriate, a judicial determination of

18  liability requires, at a minimum, summary judgment on the

19  merits concerning liability, or, more likely, if there's

20  contested issues of fact, a trial on the merits on

21  liability.

22       So with that as a foundation, it looks to me as if

23  there are two questions that I need to answer before I can

24  proceed to a fairness hearing.

25       Really, there's -- you know, depending on the answer to

1    one, the first question, there may be two and there may just

2    be one.  Here are the two questions as I see it.  First:

3    The Court must determine whether the proposed settlement

4    agreement, in fact, prejudices the legal rights of the

5    Portland Police Association under the labor agreement, under

6    the collective bargaining agreement.

7         Now, if it doesn't, that's the end of the matter.

8    We'll proceed to the fairness hearing.  But if it does

9    prejudice the legal rights of the Portland Police

10   Association under the labor agreement, then I have to then

11   answer the question as -- the second question, whether that

12   conclusion necessarily precludes the authority of the Court

13   to approve the settlement agreement without a prior judicial

14   determination of liability.

15        It looks to me that the second question is answered in

16   the affirmative, from the cases that I've read, and that's a

17   number of cases -- one -- a few from the Ninth Circuit and a

18   few from the Supreme Court, but there may be a split among

19   the circuits.  I identified, on page 19 of my opinion,

20   several cases from the Tenth Circuit, the Eleventh, the

21   Second and the former Fifth that may shed some light on

22   this.  It's sufficiently unclear that if we get to this

23   issue I would want the benefit of briefing from the

24   parties -- and of course I mean all four parties now -- and

25   oral argument on that question.

1      So, to reiterate, first, does the proposed settlement

2   agreement prejudice the legal rights of the Portland Police

3   Association under the labor agreement -- under the labor

4   agreement; and, second, if it does, does that necessarily

5   preclude us from going forward with the fairness hearing?

6   Do we need to then go to adjudication of the merits?

7      Now, we could proceed and start scheduling briefing and

8   analysis on those two questions, but it struck me as perhaps

9   more appropriate, more reasonable, maybe even more

10  efficient, to afford the parties, now that they've had the

11  benefit of this analysis from me, an opportunity to see if

12  mediation can resolve those questions so that we don't need

13  to deal with that, because perhaps mediation might result in

14  an amended proposed settlement agreement, such that all four

15  parties will agree that it does not prejudice the rights of

16  the Portland Police Association under the labor agreement,

17  and, therefore, there's no need to concern ourselves with

18  the hypothetical than the counterfactual hypothetical of,

19  well, what do I do?  What am I allowed to do if it were to

20  conflict?

21      Now, I do want to make something very clear, though,

22  and I know this came up in the United States' brief toward

23  the end, and I agree with it.  This is not to say that the

24  Portland Police Association may block such a consent decree

25  merely by withholding its consent now that it is a party for

1   intervention purposes in the remedy phase.

2       It may not do that if the Court or the parties have

3   resolved the issues that I've previously identified in my

4   two questions.  So that if there is a proposed amended

5   settlement agreement or if I conclude that the settlement

6   agreement, as actually crafted, doesn't violate the rights

7   of the Portland Police Association, the fact that they are

8   now a party by intervention does not mean they have the

9   legal right to block a settlement by withholding their

10  consent.  The Supreme Court, frankly, in the *Local 93* case,

11  specifically said they do not.  Quoting from 478 U.S. at 529

12  to 530.  Quote:  While the intervener is entitled to present

13  evidence and have its objections heard at the hearings on

14  whether to approve a consent decree, it does not have the

15  power to block the decree nearly by withholding its consent,

16  closed quote.

17      The Ninth Circuit, in *Southern California Edison*, is to

18  the same effect.  So the question for me is does the

19  settlement agreement or perhaps an amended settlement

20  agreement interfere or conflict with the rights under the

21  collective bargaining agreement?  If it does, then I think

22  we have to address whether I even have the legal authority

23  to approve it.  But if it doesn't, then it doesn't matter if

24  not all of the interveners or the Portland Police Bureau

25  consents.  So I'm repeating myself.  I'll move on.

1    I do think it would be helpful to see if the parties

2    want to make any changes to the proposed settlement

3    agreement to address these issues, either by agreement or

4    even perhaps without agreement.  But I think the most

5    efficient approach is to try to see if they can reach

6    agreement on these issues, and, therefore, I am suggesting

7    that shortly after this hearing the parties meet and see if

8    they can agree on a specific mediator who would then be

9    appointed by the Court to meet with all four parties --

10   United States, City of Portland, PPA, and AMA Coalition --

11   to see if there are changes that could or should be made to

12   the proposed settlement agreement, not only to reflect, by

13   the way, the issues that I've raised under the collective

14   bargaining agreement, but to see if the AMA Coalition has

15   any additional suggested changes that might be for the good.

16       I understand that the United States and the City have

17   already engaged in extensive public solicitation and input

18   and meeting with a number of organizations, and I commend

19   that.  But given submissions by the AMA Coalition and my

20   views on the matter so far, I think it would be valuable for

21   this process to ensure that the AMA Coalition could provide

22   input as part of this mediation process.

23       And so what I'm asking all of the parties to do is to

24   report to me no later than the end of this month,

25   February 28th:  Can all four parties agree on a mediator or

1   set -- small set -- of mediators?   I have occasionally seen

2   mediations and participated in mediations with two or even

3   three mediators.   If that's what you all want to do, that's

4   fine with me.   But do let me know whether you can agree on a

5   mediator or mediation panel and let me know by February 28th

6   if you can and have agreed.   And if you have not agreed or

7   cannot agree, then by February 28th of this year each party

8   must send to me the names of three proposed mediators who

9   are acceptable to that party.

10      Then I would like to hold a brief status conference to

11  address any remaining issues concerning mediation, the

12  appointment of the mediator, and matters like that.

13      If the parties are available, I would like to hold it

14  on Tuesday, March 5th, at 12:15.   I'm scheduled to be in the

15  middle of a jury trial on a different matter that day, but

16  I'll give you the lunch hour if you are available March 5th

17  at 12:15.   If not, let me know, and I'll find you some other

18  time.

19      I would also direct that if there's going to be a

20  mediation that it be completed in 45 days or -- 45 days from

21  today, or not later than April 5th, 2013.

22      If you all want to make that date shorter and can

23  agree, let me know.   If you all agree that the date should

24  be expanded and the deadline should be expanded and you can

25  all agree, let me know.

1    I am sensitive that there is a value in moving this

2  process forward and getting to resolution, and so I don't

3  want to let this drag on too long.  45 days seems right to

4  me, but if you all think or agree it should be shorter or

5  longer, I'll be flexible on that.

6    So that then leads to the question of what happens if

7  there's a mediation and you can't reach an agreement?  Or

8  what happens if you can't agree and there's no mediation?

9  Well, then we're back to I need to address these basic

10  questions of does the settlement agreement, either as it

11  currently stands or as the United States and the City may

12  wish to propose an amendment, does that violate the rights

13  of the Portland Police Association; and, if so, what are the

14  consequences for the Court's authority?

15    And there I would anticipate the following schedule --

16  but, again, if you all think the schedule is either too long

17  or too short, let me know, and I'll -- I'd like to hear what

18  you have to say.  But I would anticipate -- I would like the

19  briefing of the parties on those issues as follows:  All

20  four parties can submit their views on that party with a

21  brief filed on April 19th.  And I envision two rounds of

22  simultaneous briefing.

23    So I would like your opening thoughts on those two

24  questions by April 19th.  And if a party submits an opening

25  brief on April 19th, then they will have the right to

1    respond, in writing, to the arguments submitted by any other

2    party two weeks, then, thereafter, on May 3rd.

3        And then, finally, I'd like to hold an oral argument on

4    that question.  And the date that looks good for me, but

5    I'll be interested in your input on this, as well, would be

6    Thursday, May 23rd, at 9:00 a.m.

7        Again, if you are all available for that -- because I

8    think we need to resolve those issues before deciding about

9    scheduling of the fairness hearing if we can go in that

10   direction.

11       Finally, let me say a few words briefly about the

12   fairness hearing, because I don't think, in light of what I

13   said, it makes sense to go into much more detail about it

14   now.  But I'm very appreciative of all the comments that

15   everyone has put in so far about how the fairness hearing

16   should look, how it should be conducted, and how that should

17   be held.  Not only the comments from the four parties, but a

18   number of public comments I have received and appreciate.

19       I am concerned about several things, and my concerns

20   are inconsistent.  I'm concerned that there may be people

21   who have difficulty getting to the courthouse in downtown

22   Portland.  There may be people who have difficulty getting

23   to the courthouse during normal business hours.  At one

24   point I was -- I'm still thinking about possibilities of

25   holding an evening session at the courthouse or a Saturday

1    session.   I am concerned, based upon the security needs and

2    precedent mostly, in terms of how federal courts conduct

3    their business, I don't think I'll be holding a session

4    outside of the courthouse.   I don't think that's the right

5    precedent to set.

6         I'm also concerned a little bit about the finances of

7    evening hearings at the courthouse or on a Saturday.   We

8    have to pay courtroom security officers for that.   It's not

9    out of the question.   It's a possibility.   I'm also

10   concerned about some of the arguments that folks have made

11   about need for child care for people who want to testify.

12        Therefore, the idea I'm thinking about -- again, we

13   don't need to resolve it right now, but the idea that I'm

14   thinking about, to share this with you, is -- well,

15   obviously, anyone who wants to submit written comments can

16   submit written comments, but for those who wish to speak

17   orally about this -- when we have a fairness hearing, the

18   public participation, the folks aren't placed under oath,

19   the folks aren't subject to cross-examination, and one of

20   the suggestions that we received -- and I think, frankly, it

21   came from Ms. Hardesty -- was we could do a number of that

22   testimony by videotape.   I think that's a very smart idea.

23        I don't know whether this would be coordinated by AMA

24   Coalition or by the City or by some combination, but before

25   the actual fairness hearing, folks can appear at a

1  convenient location and at a convenient time to them, can

2  say what they want to say on a videotape or on a video

3  recording, we can all review it.  Whether we review it in

4  advance or watch it all together during a fairness hearing

5  here, we will all get the benefit of their comments for

6  people who don't wish to simply submit something in writing.

7      That seems, to me, to be an appropriate resolution of

8  the concerns of what do we do about folks that want to say

9  something but either don't want to or can't say something in

10 writing, don't want to or can't appear in downtown Portland

11 or appear during regular business hours.  So we can think

12 about that, talk about that further, but I don't think we

13 need to resolve those issues at this time.

14     Now, I've said an awful lot, and at this time if anyone

15 wants to either comment on anything I've said or --

16 including, if you want, to tell me that I've made some

17 significant and material errors, either in law or fact, you

18 have the opportunity to do that.

19     We'll start with the United States, proceed to the

20 City, and then proceed to Portland Police Association, and

21 then to AMA Coalition.

22     The United States?

23          MR. GEISSLER:  Thank you, Your Honor.  We would

24 like to echo the Court's sentiment with respect to the AMA.

25 In fact, we appreciate the depth of understanding that the

1    AMA and its members possess.  Likewise, we also appreciate

2    the PPA members and the depth of understanding that they

3    possess and the contributions they have to offer.

4         Your Honor, no, we wouldn't waive any specific

5    arguments at this point in time.  Your Honor, if we may be

6    so bold as to ask the Court a question to get a better

7    understanding of the parameters of the Court's holding.

8    With respect to the issues that would be the subject of

9    mediation between the PAA, City, and the United States, may

10   we take it that the issues would, one, be limited to the

11   Police Bureau, that is to the exclusion of BOEC, which is

12   the 911 dispatchers for the City, and to the exclusion of

13   Community Mental Health, and may we further take it that

14   there would be a limitation as to what is the subject of

15   mandatory bargaining versus permissive bargaining under the

16   state's labor laws, such that the PPA would be required to

17   show that the subject for which they want to intervene have

18   an interest.  That is within mandatory bargaining.

19        Thank you, Your Honor.

20             THE COURT:  Let me answer that as follows:  My

21   main concern with respect to the PPA issues is that the

22   tentative analysis that I have is that if the settlement

23   agreement were to be implemented as currently drafted and if

24   there were to be conflicts in implementation as the City and

25   the Portland Police Association were to move forward in

1    collective bargaining with respect to some aspects of the

2    implementation of the settlement agreement, and if they were

3    unable to resolve that, then, to the extent that the United

4    States were to bring a motion in this Court under its

5    supervisory authority under the settlement agreement, to

6    enforce the settlement agreement, we would have a conflict

7    in that I do not believe that in the context of approving a

8    settlement agreement or having approved a settlement

9    agreement I could then order changes be made to the

10   collective bargaining agreement.  That's why I have concerns

11   about the agreement as currently crafted.

12       If those concerns either are incorrect or can be

13   addressed with a modification to the settlement such that

14   the Portland Police Association's collective bargaining

15   rights would be preserved and not infringed upon, that takes

16   care of that problem.

17       Or the other way to proceed is that to whatever extent

18   the United States may wish to have the collective bargaining

19   agreement modified in order to accomplish its objectives in

20   this lawsuit, and I know that there's some beginning

21   discussions already taking place, as the parties have told

22   me, between the City and United States, perhaps those can be

23   expedited, accelerated, and concluded, so that those issues

24   that may pose a problem can be addressed before we have to

25   deal with the fairness hearing and the question of whether

1   or not I can approve the proposed settlement agreement or an

2   amended proposed settlement agreement.

3        So to that extent I'm not going to artificially cabin

4   what the parties want to discuss in mediation, but I think

5   you all have an idea now of what my concerns would be so

6   that even if you can't reach agreement on everything and

7   still have some remaining disputes, some of those disputes

8   may not affect my legal ability to approve a settlement

9   agreement if I conclude it's otherwise fundamentally fair

10  reasonable, and appropriate.  But some of the disputes

11  might, and those would be the disputes that you might wish

12  to focus on.

13       Whether or not you can resolve or want to resolve other

14  matters, I think, in the first instance, I should leave that

15  to the parties.  And that leads me to the AMA Coalition,

16  because some of the issues of the AMA Coalition, at least

17  those relating to mental health, either the reality of or

18  perception of mental health issues, may have -- may very

19  well wish to be addressed by the parties now rather than

20  here, perhaps quite legitimate issues, at a fairness hearing

21  down the road.

22       So even though it's not necessary to address those

23  issues now in order to deal with my concerns over legal

24  authority, if we were to reach a stage where a fairness

25  hearing were to raise quite serious issues with the

1   reasonableness or fairness or appropriateness and

2   reasonableness of the settlement agreement, why not deal

3   with them now?

4       And so that's the best guidance that I can provide at

5   this time without unreasonably cabining what those voluntary

6   discussions might be on the parties.

7       I know I'm not really answering your question in full,

8   but that's as much of an answer that I think is appropriate

9   to give at this time.

10      Anything further, Mr. Geissler?

11          MR. GEISSLER:  Your Honor, if I may, would the

12  Court permit briefing on the issue of the areas that are

13  within mandatory versus permissive bargaining under the

14  state's labor laws, as we find unclear right now the PPA's

15  assertion that the nonexhaustive list attached to its brief

16  sets forth the areas that should be the subject of

17  mediation?

18          THE COURT:  The short answer to that question is

19  yes.  But it's a matter of timing.  That's what I'm talking

20  about, in large part, when I scheduled the April 19th

21  briefing schedule.  But I don't think it's a good

22  idea -- you all can try to talk me out of it if you want,

23  but my initial thinking is why should I resolve some of

24  those legal questions now that the parties, when they talk

25  to each other, might be able to resolve themselves?  And I

1    will then only have to resolve those issues that the parties

2    can't resolve themselves.

3        I recognize that there were pages and pages in tabular

4    form by the Portland Police Association that they contend

5    are provisions of the labor agreement that were -- that may

6    be impaired by the settlement agreement.

7        I also see the United States used -- the phrase used in

8    your brief -- there's only a small number of those that

9    really may be impaired.

10       Well, why don't you try to resolve all of those that

11   the parties can resolve right now, and if there are any that

12   remain, that the parties cannot resolve and that require the

13   Court's rulings, that remain, all right, that's what that

14   April 19th briefing is for.

15       But I think it's more efficient for you all to

16   communicate and see how much you can resolve.  You might be

17   able to resolve all of them or come up with a process to

18   resolve all of them, and you might not.  And if you can't,

19   that's what I envision with my April 19th briefing.  And

20   then you can let me know whether you're able to resolve some

21   and therefore propose an amended proposed settlement

22   agreement or not.

23       That's how I -- that's how I think it would be more

24   efficient.

25       First, does the United States disagree with that, or

1    should we give that a try?

2         MR. GEISSLER:  Your Honor, I believe that we would

3    want to have some internal deliberations; but, if I

4    understand Your Honor properly, the direction from the Court

5    is that we attempt mediation before we proceed with

6    briefing.

7         THE COURT:  Yes.

8         MR. GEISSLER:  I believe we find that a

9    well-founded suggestion.  Thank you, Your Honor.

10        THE COURT:  Yes.  And that's why what I envision

11   is let me know by February 28th if you can agree on a

12   mediator.  If you can send me the names of each party of

13   three people that are acceptable.  And assuming that dates

14   work for you all, we'll have a brief status conference on

15   March 5th, Tuesday, at 12:15, and then we'll see if we can

16   get mediation completed hopefully by April 5th.

17        That basically gets you a month to get that done.  But

18   if not or if there's still remaining issues that need to be

19   briefed, that's what the April 19th is for.

20        And, by the way, if you all can agree and want to

21   propose an alternative schedule, I'm certainly open to that.

22   But I thought that the most efficient thing for me to do is

23   to put something on the table first.

24        Before turning to the City, anything further from the

25   United States?

1            MR. GEISSLER:  Yes, Your Honor.  We'd appreciate

2       direction from the Court as to the cost of the mediator or

3       mediators.  If the Court would anticipate that the Court's

4       funds would be sufficient to cover those costs, we would

5       appreciate that notation now.

6            THE COURT:  Let's discuss that on March 5th.  I

7       don't know the answer to that.

8            MR. GEISSLER:  Thank you, Your Honor.

9            THE COURT:  Anything from the City now?

10           MR. VAN DYKE:  I just want to be -- thank you,

11      Your Honor.  I don't -- I don't have any particular comments

12      on the proposed Court's order, which we'll look at in more

13      detail later today.  I just want to let the Court know that

14      there's a number of moving pieces going on simultaneously at

15      the City.  We have a budget with a large hole to cut and

16      we -- some of those cuts will probably -- although I'm not

17      going to make that decision -- be directed to the Portland

18      Police Bureau.  We have collective bargaining talks started

19      with the Union, and we also have this proceeding going on.

20           It's very hard for me to figure out exactly how all

21      those moving pieces are going to fit at one time, and I just

22      want to let Your Honor know that the decisions that the City

23      might make, in terms of budget or in terms of collective

24      bargaining agreement, we're going to have to make -- we may

25      have to make some of those before we get back in front of

1  Your Honor and rule -- we're not trying to preempt

2  Your Honor's ruling in any way or tilt the playing field,

3  but we will have to go forward on those, as well.

4        THE COURT:  Thank you, Mr. Van Dyke.  I fully

5  appreciate that.  That's why I also suggest if you all want

6  to propose alternative schedules, let me know.  My

7  assumption was the parties wanted to move forward with this

8  process with dispatch and diligence; but, to the extent you

9  all want to propose alternatives, you're welcome to do that.

10     I completely agree that and see that we probably are

11  balancing multiple issues simultaneously.  And that's why I

12  thought the approach that I've outlined here, at least from

13  my perspective, is the best way to try to accomplish dealing

14  with that, rather than dealing with things in isolation.

15  I'm fully appreciative of what you're saying, and I

16  recognize that.

17     Let me hear next from the Portland Police Association.

18        MR. KARIA:  Thank you, Your Honor.  I have no

19  particular comment at this time on the proposed scheduling

20  going forward.

21     One question, though, for Your Honor is at what

22  juncture do you anticipate needing to revisit the deferred

23  question of liability as it pertains to the intervention

24  motions by both PPA and the AMA Coalition?

25        THE COURT:  If a fairness hearing does not result

1  in the approval of a settlement agreement.  If I don't have

2  the legal authority to approve the settlement agreement, as

3  I previously outlined, well, then, I can't approve a

4  settlement agreement.

5      Even if I do have the legal authority, if I conclude

6  that it's not fundamentally fair, reasonable, and

7  appropriate, and I therefore disapprove of it, well, we then

8  may need to deal with litigation on the merits of the

9  underlying claim.  In which case, before we address the

10 questions of what discovery, if any, do any parties want,

11 and before we address whether or not this can or should be

12 resolved on summary judgment or a bench trial, we would need

13 to address the question of which parties are going to be in

14 by intervention.

15     And by that point I would allow both Portland Police

16 Association and the AMA Coalition to renew their motions to

17 intervene on the liability phase.

18     Does that answer that question?

19          MR. KARIA:  Yes, sir.  Thank you.

20          THE COURT:  Anything further from the Portland

21 Police Association?

22          MR. KARIA:  No, sir.

23          THE COURT:  Let me hear from the AMA Coalition, if

24 you wish.

25          MS. ALBIES:  Thank you, Your Honor.  We certainly

1    appreciate the Court's recognition of the AMA's

2    contributions to police oversight in Portland and the many

3    years of experience and the depth of knowledge that it

4    brings.

5        In terms of the adequacy of representation, the DOJ,

6    representing the AMA Coalition's point of view, I just want

7    to make very clear that the AMA, while we certainly

8    appreciate the work that the DOJ has put in, the community

9    that the AMA represents has a very different perspective

10   having been subjected to excessive force by the Portland

11   Police Bureau, so we bring that perspective, and, again, I

12   appreciate the Court recognizes that.

13       And so I would contest that we have a generalized

14   interest, because it's a very specific interest based on

15   people who have been subjected to excessive force and been

16   targeted by the Police Bureau.

17       And in terms of the Court's comments that the AMA

18   sought to or seeks to expand the suit beyond the scope of

19   the complaint, obviously, as clear from our briefing, the

20   AMA -- one of the AMA's primary concerns was that race was

21   not addressed in this suit, and obviously that's a different

22   discussion for a different day, unfortunately that -- that

23   it's not addressed in the suit.  But, again, we understand

24   that as -- as the parameters of the suit and the parameters

25   law.

1    And I will note that the AMA is committed to what this

2  suit does seek to address.  It does not seek to expand it.

3  And to the extent that the AMA's participating in any future

4  proceedings, that we intend to push the Department of

5  Justice and the City and all the parties to make this

6  agreement as strong as possible to make sure it has the

7  broadest effect and as strong as it possibly can be.

8    With that said, we don't seek to expand the suit, and

9  we -- we just seek to strengthen what's going on.  Thank

10 you.

11    THE COURT:  Thank you.  Can everyone make and --

12 yeah?

13    MR. GEISSLER:  Sorry, Your Honor.  May I ask one

14 more question?

15    THE COURT:  Of course.

16    MR. GEISSLER:  In response to Mr. Karia's

17 question, Your Honor said that the Court would revisit the

18 issue of the merits motion if the Court could not approve a

19 final settlement agreement.  Your Honor, my concern is, only

20 to be cautious, not at all to -- to indicate a current or

21 future position for the United States, but in a -- in an

22 attempt to be cautious, it appears that the settlement

23 agreement determination would occur more than 60 days out

24 from today, the date of today's ruling, which would indicate

25 that time in which a party could appeal would pass on the

1   60th day.

2       In order that we preserve the right to appeal, the

3   intervention of right on the PPA on the current grounds,

4   remedy grounds, may I ask the Court to extend by its order

5   the date of appeal to whatever date is finally used for the

6   final determination on the settlement agreement?

7           THE COURT:  To the extent I have the authority to

8   do that, yes, I do that right now.  To the extent, I don't,

9   I'll let you all worry about that.  If you want a 1292 or

10  some type of other interlocutory order, submit something,

11  and I'll make sure that the United States has its right to

12  appeal.

13      To the extent that's within my authority to extend, I

14  so extend.

15          MR. GEISSLER:  Thank you, Your Honor.

16          THE COURT:  All right.  Can folks meet in a brief

17  status conference here on Tuesday, March 5th, at 12:00?

18  Will that work?

19          MR. GEISSLER:  Your Honor, for the United States,

20  may I appear by telephone, since I arrived from D.C. and my

21  colleagues, I'm sure, will appear in person?

22          THE COURT:  Yes.  I'm desirous of not wanting to

23  excluded the public from any of these proceedings, otherwise

24  I would suggest we have an in chambers telephone conference,

25  but I'll be in open court.  I would like to see if people

1   are available locally, they can be in open court.  But

2   anyone who needs to appear by telephone, just let

3   Mary Austad, our courtroom deputy, know.  We'll be here in

4   open court but will be able to receive, by telephone, any

5   participation from anyone who must and desires to

6   participate by telephone.

7            MS. BROWN:  Your Honor, for the United States,

8   Adrian Brown and Bill Williams will be available in person.

9            MR. VAN DYKE:  The City is available on that date.

10           MR. KARIA:  The Association is available, sir.

11           MS. ALBIES:  Somebody from the AMA will be

12  available.

13           THE COURT:  Very good.  We'll have the next status

14  conference, Tuesday, March 5th, 2013, at 12:15 p.m.  In

15  addition, please remember to let me know, and you can do

16  this by email to our courtroom deputy, Mary Austad, her

17  email is found on the court's website under my name.  Just

18  send Mary an email letting me know if -- by February 28th if

19  you all agreed on a mediator or mediation panel; or, if

20  you've been unable to agree, please give Mary three names of

21  mediators who will be acceptable to your client or to each

22  individual parties separately.

23       All right.  Is there anything else anyone wants me to

24  address in this morning's hearing?

25           For the United States?

1          MR. GEISSLER:  Nothing more, Your Honor.

2          THE COURT:  The City?

3          MR. VAN DYKE:  Nothing more, Your Honor.

4          THE COURT:  PPA?

5          MR. KARIA:  No, sir.

6          THE COURT:  AMA Coalition?

7          MS. ALBIES:  No.  Thank you, Your Honor.

8          THE COURT:  Thank you all very much, and thank you

9    all for the excellent briefing, too.  It's very helpful.

10         I expect you will have my final written decision by

11   11:00 a.m.  It will be issued in the MC/ECF system by 11:00

12   this morning.

13         MR. GEISSLER:  Thank you, Your Honor.

14         DEPUTY COURTROOM CLERK:  Court's in recess.

15                    (Hearing concluded.)

16

17

18

19

20

21

22

23

24

25

1                    C E R T I F I C A T E

2            I certify, by signing below, that the foregoing is

3    a true and correct transcript of the record of proceedings

4    in the above-entitled cause.  A transcript without an

5    original signature, conformed signature, or digitally signed

6    signature is not certified.

7

8    /s/Jill L. Erwin
     _____
9    Jill L. Erwin, RMR, CRR      Date: February 26, 2013
     Official Court Reporter
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25