**S. AMANDA MARSHALL, OSB #95347**
United States Attorney
District of Oregon
**ADRIAN L. BROWN, OSB #05020**
adrian.brown@usdoj.gov
Assistant United States Attorney
United States Attorney's Office
District of Oregon
1000 S.W. Third Ave., Suite 600
Portland, OR  97204-2902
Telephone:     (503) 727-1003
Facsimile:     (503) 727-1117
    Attorneys for Plaintiff, United States

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 3:12-cv-02265-SI |
|     **Plaintiff,** | JOINT STATUS RERPOT |
| v. | |
| **CITY OF PORTLAND,** | |
|     **Defendant.** | |

The United States, through undersigned counsel, submits the following joint status report on behalf of all Parties. Pursuant to the Court's order regarding intervention (ECF #32), and the Court's approval of the Parties' mediation agreement (ECF #35), the Parties began mediation on March 15, 2013. The Parties have continued to engage in mediation since that time and have scheduled mediation sessions past today's due date for this status report. The Parties hereby request that the Court extend the time for filing of a joint status report to Monday April 22, 2013.

Respectfully submitted this 8th day of April, 2013.

Attorneys for Plaintiff, United States:

| | |
|---|---|
| S. AMANDA MARSHALL<br>United States Attorney<br>District of Oregon<br><br>/s/ Adrian L. Brown<br>ADRIAN L. BROWN<br>BILLY J. WILLIAMS<br>Assistant U.S. Attorneys | THOMAS E. PEREZ<br>Assistant Attorney General<br>Civil Rights Division<br>JONATHAN M. SMITH<br>Chief, Special Litigation Section<br><br>/s/ R. Jonas Geissler<br>R. JONAS GEISSLER<br>Senior Trial Attorney |

| Attorneys for Defendant, City of Portland: | Attorneys for Defendant-Intervenor, Portland Police Association: |
|---|---|
| JAMES H. VAN DYKE<br>CITY ATTORNEY<br><br>/s/Ellen Osoinach<br>ELLEN OSOINACH<br>Deputy City Attorney | TEDESCO LAW GROUP<br><br><br>/s/ Anil S. Karia<br>ANIL S. KARIA |

Attorneys for Amicus, Albina Ministerial Alliance:

| | |
|---|---|
| CREIGHTON AND ROSE, PC<br><br>/s/ J. Ashlee Albies<br>J. ASHLEE ALBIES | CURPHEY & BADGER, P.A.<br><br>/s/ Shauna Curphey<br>SHAUNA CURPHEY |

Page 2 –    JOINT STATUS REPORT;
            *United States v. City of Portland;* Case No. 3:12-cv-02265