**S. AMANDA MARSHALL, OSB #95347**
United States Attorney
District of Oregon
**ADRIAN L. BROWN, OSB #05020**
adrian.brown@usdoj.gov
**BILLY J. WILLIAMS, OSB # 90136**
Bill.Williams@usdoj.gov
Assistant United States Attorneys
United States Attorney's Office
District of Oregon
1000 SW Third Avenue, Suite 600
Portland, Oregon 97204-2902
Telephone:    (503) 727-1003
Facsimile:    (503) 727-1117

**THOMAS E. PEREZ**
Assistant Attorney General
**JONATHAN M. SMITH**
Chief
**LAURA COON**
Special Counsel
**R. JONAS GEISSLER**
jonas.geissler@usdoj.gov
Senior Trial Attorney
**T. JACK MORSE**
jack.morse@usdoj.gov
Trial Attorney
Special Litigation Section
Civil Rights Division
U.S. Department of Justice
950 Pennsylvania Ave., NW
Washington, D.C.  20530
Telephone:    (202) 305-4039
Facsimile:    (202) 514-4883

Attorneys for Plaintiff, United States

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## PORTLAND DIVISION

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF PORTLAND,<br><br>Defendant. | Case No. 3:12-cv-02265-SI<br><br>NOTICE OF APPEARANCE |
|---|---|

Plaintiff United States of America, by S. Amanda Marshall, United States Attorney for the District of Oregon, and Tom Perez, Assistant Attorney General for the Civil Rights Division, and through Trial Attorney Jack Morse, hereby gives notice of his appearance as co-counsel on behalf of the Plaintiff in the above-entitled matter.

Dated this 10th day of April 2013.

Respectfully submitted,

| S. AMANDA MARSHALL<br>United States Attorney<br>District of Oregon<br><br><br>*/s/ Adrian L. Brown*<br>ADRIAN L. BROWN<br>BILLY J. WILLIAMS<br>Assistant U.S. Attorneys | THOMAS E. PEREZ<br>Assistant Attorney General<br>Civil Rights Division<br>JONATHAN M. SMITH<br>Chief, Special Litigation Section<br>*/s/ Laura L. Coon*<br>LAURA L. COON<br>Special Counsel<br>*/s/ R. Jonas Geissler*<br>R. JONAS GEISSLER<br>Senior Trial Attorney<br>*/s/ T. Jack Morse*<br>T. JACK MORSE<br>Trial Attorney |
|---|---|