**S. AMANDA MARSHALL, OSB #95347**
United States Attorney
District of Oregon
**ADRIAN L. BROWN, OSB #05020**
adrian.brown@usdoj.gov
Assistant United States Attorney
United States Attorney's Office
District of Oregon
1000 S.W. Third Ave., Suite 600
Portland, OR  97204-2902
Telephone:     (503) 727-1003
Facsimile:      (503) 727-1117
  Attorneys for Plaintiff, United States

## UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 3:12-cv-02265-SI |
|   Plaintiff, | JOINT STATUS RERPOT |
| v. | |
| CITY OF PORTLAND, | |
|   Defendant. | |

The United States, through undersigned counsel, submits the following joint status report on behalf of all Parties. The Parties have concluded formal mediation with the following outcomes:

I.      PPA Issues

The parties have been unable to resolve the issues raised by the PPA through mediation. The parties request that the Court set a status conference the week of July 15, 2013 to discuss next steps in this proceeding, including the need for a briefing schedule for the matters discussed in the Court's order of February 19, 2013 (ECF #32).

II.     AMA Issues

Despite the conclusion of formal mediation, the AMA, the City, and the United States continue to discuss resolution of the AMA's concerns within the scope of this litigation. The AMA, the City, and the United States therefore request an additional two weeks to submit a final report to the Court as they continue in good faith to negotiate a resolution. The parties therefore request the Court to allow the AMA, City, and United States to submit a supplemental report to the Court on resolution of AMA's concerns on June 21, 2013.

Respectfully submitted this 7th day of June, 2013.

Attorneys for Plaintiff, United States:

| S. AMANDA MARSHALL<br>United States Attorney<br>District of Oregon<br><br>/s/ Adrian L. Brown<br>ADRIAN L. BROWN<br>BILLY J. WILLIAMS<br>Assistant U.S. Attorneys | THOMAS E. PEREZ<br>Assistant Attorney General<br>Civil Rights Division<br>JONATHAN M. SMITH<br>Chief, Special Litigation Section<br><br>/s/ R. Jonas Geissler<br>R. JONAS GEISSLER<br>Senior Trial Attorney |
|---|---|

Page 2 –    JOINT STATUS REPORT;
            *United States v. City of Portland;* Case No. 3:12-cv-02265

| Attorneys for Defendant, City of Portland: | Attorneys for Defendant-Intervenor, Portland Police Association: |
|---|---|
| JAMES H. VAN DYKE<br>CITY ATTORNEY<br><br>/s/*Ellen Osoinach*<br>ELLEN OSOINACH<br>Deputy City Attorney | TEDESCO LAW GROUP<br><br><br>*/s/ Anil S. Karia*<br>ANIL S. KARIA |

Attorneys for Amicus, Albina Ministerial Alliance:

| CREIGHTON AND ROSE, PC | CURPHEY & BADGER, P.A. |
|---|---|
| */s/ J. Ashlee Albies*<br>J. ASHLEE ALBIES | */s/ Shauna Curphey*<br>SHAUNA CURPHEY |

Page 3 –    JOINT STATUS REPORT;
            *United States v. City of Portland;* Case No. 3:12-cv-02265