**S. AMANDA MARSHALL, OSB #95347**
United States Attorney
District of Oregon
**ADRIAN L. BROWN, OSB #05020**
adrian.brown@usdoj.gov
Assistant United States Attorney
United States Attorney's Office
District of Oregon
1000 S.W. Third Ave., Suite 600
Portland, OR  97204-2902
Telephone:     (503) 727-1003
Facsimile:     (503) 727-1117
          Attorneys for Plaintiff, United States

# UNITED STATES DISTRICT COURT

# DISTRICT OF OREGON

# PORTLAND DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | Case No. 3:12-cv-02265-SI |
| Plaintiff, | JOINT STATUS RERPOT |
| v. | |
| **CITY OF PORTLAND,** | |
| Defendant. | |

The United States, through undersigned counsel, submits the following joint status report on behalf of Defendant City of Portland, and Amicus Albina Ministerial Alliance (AMA).

The AMA, the City, and the United States continue to be productively engaged in moving toward a common direction regarding the proposed Settlement Agreement. The parties anticipate giving a fuller description to the Court at the July 18, 2013 scheduling conference

Respectfully submitted this 21st day of June, 2013.

Attorneys for Plaintiff, United States:

| S. AMANDA MARSHALL<br>United States Attorney<br>District of Oregon<br><br>/s/ Adrian L. Brown<br>ADRIAN L. BROWN<br>BILLY J. WILLIAMS<br>Assistant U.S. Attorneys | THOMAS E. PEREZ<br>Assistant Attorney General<br>Civil Rights Division<br>JONATHAN M. SMITH<br>Chief, Special Litigation Section<br><br>/s/ R. Jonas Geissler<br>R. JONAS GEISSLER<br>Senior Trial Attorney |
|---|---|

Attorneys for Defendant, City of Portland:

| JAMES H. VAN DYKE<br>CITY ATTORNEY<br><br>/s/Ellen Osoinach<br>ELLEN OSOINACH<br>Deputy City Attorney |
|---|

Attorneys for Amicus, Albina Ministerial Alliance:

| CREIGHTON AND ROSE, PC<br><br>/s/ J. Ashlee Albies<br>J. ASHLEE ALBIES | CURPHEY & BADGER, P.A.<br><br>/s/ Shauna Curphey<br>SHAUNA CURPHEY |
|---|---|

Page 2 –   JOINT STATUS REPORT;
            *United States v. City of Portland;* Case No. 3:12-cv-02265