**S. AMANDA MARSHALL, OSB #95347**
United States Attorney
District of Oregon
**ADRIAN L. BROWN, OSB #05020**
adrian.brown@usdoj.gov
Assistant United States Attorney
United States Attorney's Office
District of Oregon
1000 S.W. Third Ave., Suite 600
Portland, OR  97204-2902
Telephone:    (503) 727-1003
Facsimile:    (503) 727-1117
    Attorneys for Plaintiff, United States

## UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## PORTLAND DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | Case No. 3:12-cv-02265-SI |
| Plaintiff, | JOINT STATUS RERPOT and REQUEST FOR STAY OF CURRENT CASE |
| v. | DEADLINES |
| **CITY OF PORTLAND,** | |
| Defendant. | |

    The United States, through undersigned counsel, submits the following joint status report and request for a Stay on behalf of all Parties.

    The United States and the City of Portland (City) are on a common path forward to resolve Defendant-Intervenor's, Portland Police Association (PPA), objections to the proposed Settlement Agreement. As the Court is aware, Amicus Albina Ministerial Alliance (AMA)

previously withdrew their objections to the proposed Settlement Agreement upon the approval of a separate Collaborative Agreement as agreed by the AMA, the City, and the United States. The United States and City of Portland have now reached a tentative memorandum of agreement (MOA) with the PPA to resolve their objections to the proposed Settlement. The United States, the City and PPA expect the MOA to be signed upon ratification and approval of the tentative Collective Bargaining Agreement. This approval process, which involves only the City and PPA, is expected to take place in the coming weeks.

So long as the CBA and MOA are approved by the City and the PPA, the PPA agrees to withdraw their objections to the proposed Settlement Agreement on or before the Court's next scheduled hearing set for December 17, 2013.

Based on the status as provided above, the Parties jointly request the Court to stay current case deadlines, and to use the previously scheduled hearing with the Parties on December 17th to discuss scheduling of an anticipated fairness hearing.

Respectfully submitted this 8th day of November, 2013.

Attorneys for Plaintiff, United States:

| S. AMANDA MARSHALL<br>United States Attorney<br>District of Oregon<br><br><br>/s/ Adrian L. Brown<br>ADRIAN L. BROWN<br>Assistant U.S. Attorney | JOCELYN SAMUELS<br>Acting Assistant Attorney General<br>Civil Rights Division<br>JONATHAN M. SMITH<br>Chief, Special Litigation Section<br><br>/s/ Michelle Jones<br>R. JONAS GEISSLER<br>MICHELLE JONES<br>Senior Trial Attorneys |
|---|---|

Page 2 –    JOINT STATUS REPORT and REQUEST FOR STAY;
            *United States v. City of Portland;* Case No. 3:12-cv-02265

| Attorneys for Defendant, City of Portland: | Attorneys for Defendant-Intervenor, Portland Police Association: |
|---|---|
| /s/*Jim Van Dyke*<br>JAMES H. VAN DYKE<br>CITY ATTORNEY | TEDESCO LAW GROUP<br><br>*/s/Anil S. Karia*<br>ANIL S. KARIA |

Attorneys for Amicus, Albina Ministerial Alliance:

CREIGHTON AND ROSE, PC

*/s/ Ashlee Albies*
J. ASHLEE ALBIES

Page 3 –    JOINT STATUS REPORT and REQUEST FOR STAY;
            *United States v. City of Portland;* Case No. 3:12-cv-02265