ANIL S. KARIA, OSB No. 063902
E-mail: anil@miketlaw.com
Tedesco Law Group
3021 NE Broadway
Portland, OR  97232
Telephone:  866-697-6015
Facsimile:  503-210-9847
     Attorneys for Intervener-Defendant
     Portland Police Association

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br>    Plaintiff,<br><br>v.<br><br>**THE CITY OF PORTLAND,**<br>    Defendant.<br>_____ | Civil Case No. 3:12-CV-02265-SI<br><br>**INTERVENER-DEFENDANT PORTLAND POLICE ASSOCIATION'S NOTICE OF WITHDRAWAL OF OBJECTIONS TO PROPOSED SETTLEMENT AGREEMENT** |

     Intervener-Defendant Portland Police Association ("PPA") hereby notifies the Court that, pursuant to the Memorandum of Agreement filed herewith as Exhibit A, the PPA withdraws its objections to the entry of the proposed settlement agreement between Plaintiff United States and Defendant City of Portland (Docket No. 4-1).

Page 1 –   INTERVENER-DEFENDANT PORTLAND POLICE ASSOCIATION'S NOTICE
      OF WITHDRAWAL OF OBJECTIONS TO PROPOSED SETTLEMENT
      AGREEMENT

DATED this 23rd day of December, 2013.

        TEDESCO LAW GROUP


        By: <u>/s/ Anil S. Karia</u>
        ANIL S. KARIA, OSB No. 063902
        3021 NE Broadway
        Portland, OR  97232
        E-mail: anil@miketlaw.com
        Telephone:  866-697-6015
        Facsimile:  503-210-9847
          Attorneys for Intervener-Defendant
          Portland Police Association

CERTIFICATE OF SERVICE

      I hereby certify that I served the foregoing INTERVENER-DEFENDANT PORTLAND POLICE ASSOCIATION'S NOTICE OF WITHDRAWAL OF OBJECTIONS TO PROPOSED SETTLEMENT AGREEMENT on:

| | |
|---|---|
| S. Amanda Marshall<br>Adrian L. Brown<br>Billy J. Williams<br>United States Attorney's Office<br>District of Oregon<br>1000 SW Third Ave., Ste 600<br>Portland, OR  97204-2902<br>  Attorneys for Plaintiff United States | Thomas J. Morse<br>R. Jonas Geissler<br>Michelle Jones<br>Civil Rights Division<br>U.S. Department of Justice<br>50 Pennsylvania Ave., NW<br>Washington, D.C.  20530<br>  Attorneys for Plaintiff United States |
| Harry Auerbach<br>Ellen Osoinaich<br>City Attorney's Office<br>1221 SW Fourth Ave., Ste 430<br>Portland, OR  97204<br>  Attorney for Defendant City of Portland | Shauna M. Curphey<br>Curphey & Badger. P.A.<br>520 SW 6th Ave., Suite 1040<br>Portland, OR 97204<br>  Attorneys for Amicus Albina Ministerial Alliance Coalition for Justice and Police Reform |
| Jessica Ashlee Albies<br>Creighton & Rose, PC<br>815 SW Second Ave, Suite 500<br>Portland, OR 97204<br>  Attorneys for Amicus Albina Ministerial   Alliance Coalition for Justice and Police Reform | |

by service electronically pursuant to LR 100.7.

    DATED this 23rd day of December, 2013.

                        TEDESCO LAW GROUP

                        By: */s/ Anil S. Karia*
                        ANIL S. KARIA, OSB No. 063902
                            Attorneys for Intervener-Defendant
                            Portland Police Association