J. ASHLEE ALBIES, OSB #051846
E-mail: ashlee@civilrightspdx.com
CREIGHTON & ROSE, PC
500 Yamhill Plaza Building
815 S.W. Second Avenue
Portland, Oregon 97204
Phone: (503) 221-1792
Fax:   (503) 223-1516

SHAUNA CURPHEY, OSB # 063063
E-mail: scurphey@curpheylaw.com
Curphey & Badger, P.A.
520 SW 6th Avenue, Suite 1040
Portland, OR 97204
Phone: (503) 241-2848

*Of Attorneys for Intervener-Plaintiff AMA Coalition for Justice and Police Reform*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>                                    Plaintiff,<br>v.<br><br>CITY OF PORTLAND<br><br>                                    Defendant. | Case No. 3:12-cv-02265-SI<br><br>ENHANCED AMICUS THE ALBINA MINISTERIAL ALLIANCE COALITION FOR JUSTICE AND POLICE REFORM'S NOTICE OF COLLABORATIVE AGREEMENT REGARDING THE PROPOSED SETTLEMENT AGREEMENT |

Enhanced Amicus the Albina Ministerial Alliance Coalition for Justice and Police Reform (AMA Coalition) hereby notifies the Court that, pursuant to the Collaborative Agreement filed herewith as Exhibit A, the AMA Coalition does not object to the entry of the

ENHANCED AMICUS AMA COALITION'S NOTICE OF COLLABORATIVE
AGREEMENT REGARDING PROPOSED SETTLEMENT AGREEMENT        – PAGE 1

proposed settlement agreement and will continue to advocate for the implementation of reforms it supports.

DATED: December 30, 2013

Respectfully Submitted,

*s/ J. Ashlee Albies*
J. ASHLEE ALBIES, OSB #051846
Email: ashlee@civilrightspdx.com
Of Attorneys for the AMA Coalition