**S. AMANDA MARSHALL, OSB #95347**
United States Attorney
District of Oregon
**ADRIAN L. BROWN, OSB #05020**
adrian.brown@usdoj.gov
Assistant United States Attorney
United States Attorney's Office
District of Oregon
1000 S.W. Third Ave., Suite 600
Portland, OR  97204-2902
Telephone:     (503) 727-1003
Facsimile:      (503) 727-1117
        Attorneys for Plaintiff, United States

# UNITED STATES DISTRICT COURT

# DISTRICT OF OREGON

# PORTLAND DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | Case No. 3:12-cv-02265-SI |
| **Plaintiff,** | |
| v. | **NOTICE OF SUMMARIES OF WRITTEN SUBMISSIONS FOR FAIRNESS HEARING IN COMPLIANCE WITH COURT'S ORDER (ECF #53)** |
| **CITY OF PORTLAND,** | |
| **Defendant.** | |

Submitted herewith as Exhibit A is a chart containing summaries of written submissions for fairness hearing in compliance with the Court's Order (ECF #53).

Page 1 –   Notice of Summaries of Written Submissions for Fairness Hearing in Compliance with Court's Order (ECF #53); *United States v. City of Portland*; Case No. 3:12-cv-02265-SI

      Respectfully submitted this 13th day of February, 2014.

Attorneys for Plaintiff, United States:

S. AMANDA MARSHALL
United States Attorney
District of Oregon


*/s/ Adrian L. Brown*
ADRIAN L. BROWN
BILLY J. WILLIAMS
Assistant U.S. Attorneys

Page 2 –   Notice of Summaries of Written Submissions for Fairness Hearing in Compliance with Court's Order (ECF #53); *United States v. City of Portland*; Case No. 3:12-cv-02265-SI