**S. AMANDA MARSHALL, OSB #95347**
United States Attorney
**DAVID W. KNIGHT**
david.knight@usdoj.gov
Special Assistant United States Attorney
United States Attorney's Office
District of Oregon
1000 SW Third Avenue, Suite 600
Portland, Oregon 97204-2902
Telephone:     (503) 727-1003
Facsimile:     (503) 727-1117
         of Attorneys for Plaintiff, United States

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## PORTLAND DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | Case No. 3:12-cv-02265-SI |
| **Plaintiff,** | |
| v. | NOTICE OF APPEARANCE |
| **CITY OF PORTLAND,** | |
| **Defendant.** | |

///

///

///

///

Page 1 –    NOTICE OF APPEARANCE; *United States v. City of Portland;* Case No. 3:12-cv-02265-SI

Plaintiff United States of America, by S. Amanda Marshall, United States Attorney for the District of Oregon, and through Special Assistant United States Attorney David W. Knight, hereby gives notice of his appearance as co-counsel on behalf of the Plaintiff in the above-entitled matter.

Dated this 5th day of March, 2014.

                                                Respectfully submitted,

                                                S. AMANDA MARSHALL
                                                United States Attorney
                                                District of Oregon


                                                */s/ David W. Knight*
                                                DAVID W. KNIGHT
                                                Special Assistant United States Attorney