ANIL S. KARIA, OSB No. 063902
E-mail: anil@miketlaw.com
Tedesco Law Group
3021 NE Broadway
Portland, OR  97232
Telephone:  866-697-6015
Facsimile:  503-210-9847
      Attorneys for Intervener-Defendant
      Portland Police Association

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>    Plaintiff,<br><br>    v.<br><br>**THE CITY OF PORTLAND,**<br><br>    Defendant. | Civil Case No. 3:12-CV-02265-SI<br><br>**DECLARATION OF ANIL S. KARIA IN SUPPORT OF INTERVENER-DEFENDANT PORTLAND POLICE ASSOCIATION'S MEMORANDUM IN SUPPORT OF ENTRY OF PROPOSED SETTLEMENT AGREEMENT** |

I, ANIL S. KARIA, declare that:

1.    I am an attorney representing Intervener-Defendant Portland Police Association ("PPA") in this case. I make this declaration in support of Intervener-Defendant Portland Police Association's Memorandum in Support of Entry of Proposed Settlement Agreement.

2.    The PPA is a labor organization that represents a collective bargaining unit of police officers, sergeants, criminalists, and detectives employed by the City.

Page 1 –   DECLARATION OF ANIL S. KARIA IN SUPPORT OF INTERVENER-
        DEFENDANT PORTLAND POLICE ASSOCIATION'S MEMORANDUM IN
        SUPPORT OF ENTRY OF PROPOSED SETTLEMENT AGREEMENT

3.  The PPA and Defendant City of Portland are parties to a collective bargaining agreement effective July 1, 2013 through June 30, 2017. A true and correct copy of the collective bargaining agreement is attached hereto as Exhibit A.

4.  After approximately 10 months of challenging and rigorous mediation and collective bargaining negotiations, the PPA, the City, and Plaintiff United States ("United States") resolved the PPA's objections to the Settlement Agreement. The parties memorialized their resolution in a Memorandum of Agreement (Docket No. 54-1). The PPA, the City, and the United States had their respective constituents, such as the City Council and the PPA's Executive Board, approve the Memorandum of Agreement.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED this 11th day of March, 2014, in Portland, Oregon.

      /s/ Anil S. Karia
ANIL S. KARIA

Page 2 –   DECLARATION OF ANIL S. KARIA IN SUPPORT OF INTERVENER-
           DEFENDANT PORTLAND POLICE ASSOCIATION'S MEMORANDUM IN
           SUPPORT OF ENTRY OF PROPOSED SETTLEMENT AGREEMENT

CERTIFICATE OF SERVICE

     I hereby certify that I served the foregoing DECLARATION OF ANIL S. KARIA IN SUPPORT OF INTERVENER-DEFENDANT PORTLAND POLICE ASSOCIATION'S MEMORANDUM IN SUPPORT OF ENTRY OF PROPOSED SETTLEMENT AGREEMENT on:

| | |
|---|---|
| S. Amanda Marshall<br>Adrian L. Brown<br>Billy J. Williams<br>United States Attorney's Office<br>District of Oregon<br>1000 SW Third Ave., Ste 600<br>Portland, OR 97204-2902<br>  Attorneys for Plaintiff United States | Thomas J. Morse<br>R. Jonas Geissler<br>Michelle Jones<br>David W. Knight<br>Civil Rights Division<br>U.S. Department of Justice<br>50 Pennsylvania Ave., NW<br>Washington, D.C. 20530<br>  Attorneys for Plaintiff United States |
| Harry Auerbach<br>Ellen Osoinach<br>David Woboril<br>City Attorney's Office<br>1221 SW Fourth Ave., Ste 430<br>Portland, OR 97204<br>  Attorney for Defendant City of Portland | Shauna M. Curphey<br>Curphey & Badger. P.A.<br>520 SW 6th Ave., Suite 1040<br>Portland, OR 97204<br>  Attorneys for Amicus Albina Ministerial<br>  Alliance Coalition for Justice and Police<br>  Reform |
| Jessica Ashlee Albies<br>Creighton & Rose, PC<br>815 SW Second Ave, Suite 500<br>Portland, OR 97204<br>  Attorneys for Amicus Albina<br>  Ministerial Alliance Coalition for<br>  Justice and Police Reform | |

by service electronically pursuant to LR 100.7.

     DATED this 11th day of March, 2014.

                            TEDESCO LAW GROUP

                            By: */s/ Anil S. Karia*
                            ANIL S. KARIA, OSB No. 063902
                                Attorneys for Intervener-Defendant
                                Portland Police Association