TRACY POOL REEVE, Oregon State Bar ID Number 891123
City Attorney
Email: tracy.reeve@portlandoregon.gov
DAVID WOBORIL, Oregon State Bar ID Number 824347
Senior Deputy City Attorney
Email: david.woboril@portlandoregon.gov
ELLEN OSOINACH, Oregon State Bar ID Number 024985
Deputy City Attorney
Email: ellen.osoinach@portlandoregon.gov
Office of City Attorney
1221 SW 4th Avenue, Rm 430
Portland, OR  97204
Telephone: (503) 823-4047
Facsimile: (503) 823-3089
      Attorney for Defendant City of Portland

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

### PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    PLAINTIFF,<br><br>v.<br><br>THE CITY OF PORTLAND,<br><br>    DEFENDANT. | Case No. 3:12-cv-02265-SI<br><br>**JOINT MOTION TO ENTER SETTLEMENT AGREEMENT AND CONDITIONAL DISMISSAL OF ACTION**<br><br>Fed. R. Civ. P. 41(a)(2) |

      Plaintiff United States, Defendant City of Portland, and Intervener-Defendant Portland Police Association ("Parties") by and through their counsel, jointly move the Court to enter the proposed stipulated Order attached as Exhibit A.  The order approves the Settlement Agreement (Docket 4-1) ("Agreement") and conditionally dismisses the action pursuant to Fed. R. Civ. P. 41(a)(2).  The Parties stipulate to certain conditions upon dismissal including the Court's retention of jurisdiction to enforce the Agreement between the United States and City as well as the Memorandum of Agreement (MOA) between the Parties; annual conferences at which the

Page  1  – JOINT MOTION TO ENTER SETTLEMENT AGREEMENT AND CONDITIONAL DISMISSAL OF ACTION

Court will receive information from the Compliance Officer and Community Liaison (COCL); and timely submission to the Court of the COCL's quarterly reports. The conditional dismissal will be followed by final dismissal with prejudice upon performance of the Agreement. The Parties request that the Court place the case on the Court's inactive docket subject to recall to the active docket should enforcement of the Agreement or the MOA become necessary.

The Parties and Enhanced Amicus[1] request that the current briefing schedule of June 24 remain in effect should the Court deny the motion.

DATED :June 20, 2014.

Respectfully submitted,

| For the United States: | |
|---|---|
| S. AMANDA MARSHALL<br>United States Attorney<br>District of Oregon<br><br><br>/s/ David W. Knight<br>DAVID W. KNIGHT<br>Special Assistant U.S. Attorney<br>ADRIAN L. BROWN<br>BILLY J. WILLIAMS<br>Assistant U.S. Attorneys | JOCELYN F. SAMUELS<br>Acting Assistant Attorney General<br>Civil Rights Division<br><br>JONATHAN M. SMITH<br>Chief, Special Litigation Section<br>/s/ Laura L. Coon<br>LAURA L. COON<br>Special Counsel<br><br>/s/ R. Jonas Geissler<br>R. JONAS GEISSLER<br>/s/ Michelle A. Jones<br>MICHELLE A. JONES<br>Senior Trial Attorneys |
| **For the City of Portland:** | **For the Portland Police Association:** |
| /s/ Tracy Pool Reeve_____<br>TRACY POOL REEVE<br>City Attorney | /s/ Anil Karia___<br>ANIL KARIA |

---

[1] United States and City conferred with counsel for Enhanced Amicus. Enhanced Amicus does not support this motion and intends to file a brief today in support of its position. The Parties do not object to Enhanced Amicus filing such a brief.

Page  2  –  JOINT MOTION TO ENTER SETTLEMENT AGREEMENT AND CONDITIONAL DISMISSAL OF ACTION