**S. AMANDA MARSHALL, OSB #95347**
United States Attorney
District of Oregon
**ADRIAN L. BROWN, OSB #05020**
adrian.brown@usdoj.gov
**BILLY J. WILLIAMS, OSB #90136**
bill.williams@usdoj.gov
Assistant United States Attorneys
**DAVID W. KNIGHT**
david.knight@usdoj.gov
Special Assistant United States Attorney
United States Attorney's Office
District of Oregon
1000 S.W. Third Ave., Suite 600
Portland, OR  97204-2902
Telephone:     (503) 727-1003
Facsimile:     (503) 727-1117


**JOCELYN SAMUELS**
Acting Assistant Attorney General
**JONATHAN M. SMITH**
Chief
**LAURA COON**
Special Counsel
**R. JONAS GEISSLER**
jonas.geissler@usdoj.gov
**MICHELLE JONES**
michelle.jones2@usdoj.gov
Senior Trial Attorneys
Special Litigation Section
Civil Rights Division
U.S. Department of Justice
950 Pennsylvania Ave., NW
Washington, D.C. 20530
Telephone:  (202) 514-6255
Facsimile:  (202) 514-4883
            Attorneys for Plaintiff, United States

Page 1 –    **UNITED STATES' MEMORANDUM IN RESPONSE TO THE CITY OF PORTLAND'S MEMORANDUM IN SUPPORT OF JOINT MOTION TO ENTER SETTLEMENT AGREEMENT AND CONDITIONALLY DISMISS ACTION**; *United States v. City of Portland*; Case No. 3:12-cv-02265-SI

UNITED STATES DISTRICT COURT
DISTRICT OF OREGON
PORTLAND DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

v.

CITY OF PORTLAND,

Defendant.

Case No. 3:12-cv-02265-SI

UNITED STATES' MEMORANDUM IN RESPONSE TO THE CITY OF PORTLAND'S MEMORANDUM IN SUPPORT OF JOINT MOTION TO ENTER SETTLEMENT AGREEMENT AND CONDITIONALLY DISMISS ACTION

## UNITED STATES' MEMORANDUM IN RESPONSE TO THE CITY OF PORTLAND'S MEMORANDUM IN SUPPORT

This Court provided the Parties an opportunity to file briefs regarding the Court's authority to order the Parties to attend annual status conferences after conditionally dismissing the case pursuant to Federal Rule of Civil Procedure 41(a)(2).  On June 24, 2014, the United States filed a brief in support of the Court's inherent authority to hold such status conferences, but nevertheless urged the Court to approve the Settlement Agreement, grant the pending Joint Motion (Dkt. 77), and conditionally dismiss the case.  (United States' Memorandum in Support of Agreed Order, Dkt. 80).  That same day, the City of Portland ("City") filed a brief arguing against the Court's authority to hold such status conferences, but also urged the Court to approve the Settlement Agreement, grant the pending Joint Motion (Dkt. 77), and conditionally dismiss the case.  (City's Memorandum in Support of Joint Motion to Enter Settlement Agreement, Dkt. 82).

Page 2 –   **UNITED STATES' MEMORANDUM IN RESPONSE TO THE CITY OF PORTLAND'S MEMORANDUM IN SUPPORT OF JOINT MOTION TO ENTER SETTLEMENT AGREEMENT AND CONDITIONALLY DISMISS ACTION**; *United States v. City of Portland*; Case No. 3:12-cv-02265-SI

The United States contends that its initial memorandum fully responds to the legal arguments that the City raised regarding the Court's authority to order the Parties to attend status conferences following conditional dismissal.  The City, however, raised one tangential issue in its Memorandum that, while not directly before the Court, the United States must address.  While arguing that there are many practical and legal hurdles that make the prospect of continuing litigation complex, expensive, and subject to delay, the City stated that should this case proceed to trial, the United States would have to meet the heightened evidentiary burden of "deliberate indifference."  (*See* City's Memorandum in Support of Joint Motion to Enter Settlement Agreement, Dkt. 82, at 8-9.)  Although this evidentiary burden applies to plaintiffs who bring civil actions under 42 U.S.C. § 1983, *Monell* v. *Dep't of Soc. Servs.,* 436 U.S. 658 (1978), the United States' position is that it does not bear this evidentiary burden in cases brought under 42 U.S.C. § 14141.  Because this issue is not presently before the Court, however, the United States will not expound on this issue at this time.  The United States will gladly provide further briefing should the Court so desire.

Respectfully submitted this 2nd day of July, 2014.


For the United States:

| | |
|---|---|
| S. AMANDA MARSHALL<br>United States Attorney<br>District of Oregon<br><br><br>*/s/ David W. Knight*<br>DAVID W. KNIGHT<br>Special Assistant U.S. Attorney<br>ADRIAN L. BROWN<br>BILLY J. WILLIAMS<br>Assistant U.S. Attorneys | JOCELYN F. SAMUELS<br>Acting Assistant Attorney General<br>Civil Rights Division<br><br>JONATHAN M. SMITH<br>Chief, Special Litigation Section<br><br>*/s/ Laura L. Coon*<br>LAURA L. COON<br>Special Counsel<br><br>*/s/ R. Jonas Geissler*<br>R. JONAS GEISSLER<br><br>*/s/ Michelle A. Jones*<br>MICHELLE A. JONES<br>Senior Trial Attorneys |