4months,CLOSED

# U.S. District Court
## Northern District of Georgia (Atlanta)
## CIVIL DOCKET FOR CASE #: 1:10-cv-00249-CAP

The United States of America v. The State of Georgia et al
Assigned to: Judge Charles A. Pannell, Jr
Cause: 42:12101 et seq. Americans with Disabilities Act of 1990

Date Filed: 01/28/2010
Date Terminated: 10/29/2010
Jury Demand: None
Nature of Suit: 445 Civil Rights: Americans
with Disabilities - Employment
Jurisdiction: U.S. Government Plaintiff

**Plaintiff**

**The United States of America**     represented by     **Katherine Houston**
United States Department of Justice
950 Pennsylvania Avenue, NW
601 D Street, NW
Washington, DC 20530
202-307-0652
Email: katherine.houston4@usdoj.gov
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Mary R. Bohan**
United States Department of Justice-
Civ/Housing
Civil Rights Division - Housing and Civil
Enforcement
950 Pennsylvania Avenue, NW
Northwestern Building
Washington, DC 20530
202-616-2325
Email: mary.bohan@usdoj.gov
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Robert Koch**
United States Department of Justice
950 Pennsylvania Avenue, NW
601 D Street NW
Washington, DC 20530
(202) 305-2302
Email: Robert.Koch@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Exhibit 1**

**Samuel R. Bagenstos**
United States Department of Justice
Civil Rights Division-Special Litigation
Sect
950 Pennsylvania Avenue, NW
Washington, DC 20530
202-514-6255
*LEAD ATTORNEY*

**Aaron S. Fleisher**
United States Department of Justice -DC
601 D Street NW
950 Pennsylvania Avenue, NW
Washington, DC 20535
202-307-6457
Email: aaron.fleisher@usdoj.gov
*TERMINATED: 05/26/2011*
*PRO HAC VICE*

**Aileen Bell Hughes**
U.S. Attorney's Office-ATL
600 U.S. Courthouse
75 Spring Street, S.W.
Atlanta, GA 30303
404-581-6000
Email: aileen.bell.hughes@usdoj.gov
*ATTORNEY TO BE NOTICED*

**Emily A. Gunston**
United States Department of Justice
601 D Street, NW
Washington, DC 20004
(202) 305-3203
*TERMINATED: 05/26/2011*

**Jeffrey R. Murray**
United States Department of Justice -DC
601 D Street NW
950 Pennsylvania Avenue, NW
Washington, DC 20535
202-353-9269
Email: jeff.murray@usdoj.gov
*TERMINATED: 05/26/2011*
*PRO HAC VICE*

**Judy C. Preston**
U.S. Department of Justice
Civil Rights Division
950 Pennsylvania Avenue, NW
Special Litigation Section
Washington, DC 20530

**Exhibit 1**

202-514-3301
*TERMINATED: 05/26/2011*
*PRO HAC VICE*

**Max P. Lapertosa**
U.S. Department of Justice-DC
950 Pennsylvania Avenue, NW
Washington, DC 20530
202-305-1077
Email: Max.Lapertosa@usdoj.gov
*TERMINATED: 05/26/2011*

**Mina Rhee**
U.S. Attorneys Office - ATL
600 Richard Russell Building
75 Spring Street, S.W.
Atlanta, GA 30303
404-581-6302
Email: mina.rhee@usdoj.gov
*TERMINATED: 05/26/2011*

**Richard J. Farano**
United States Department of Justice -DC
601 D Street NW
950 Pennsylvania Avenue, NW
Washington, DC 20535
202-307-3116
Email: richard.farano@usdoj.gov
*TERMINATED: 05/26/2011*
*PRO HAC VICE*

**Shanetta Y. Cutlar**
United States Department of Justice
Civil Rights Division-Special Litigation
Sect
950 Pennsylvania Avenue, NW
Washington, DC 20530
202-514-6255
*TERMINATED: 05/26/2011*

**Thomas Jackson Morse**
United States Department of Justice, Civil
Rights Division
PHB, Room 5907D
950 Pennsylvania Avenue, N.W.
Washington, DC 20003
(202) 305-4039
Email: jack.morse@usdoj.gov
*ATTORNEY TO BE NOTICED*

**Thomas E. Perez**

**Exhibit 1**

United States Department of Justice
Civil Rights Division-Special Litigation
Sect
950 Pennsylvania Avenue, NW
Washington, DC 20530
202-514-6255
*TERMINATED: 05/27/2011*

**Timothy D. Mygatt**
United States Department of Justice-
Civ/Housing
Civil Rights Division - Housing and Civil
Enforcement
950 Pennsylvania Avenue, NW
Northwestern Building
Washington, DC 20530
202-514-6255
Email: timothy.mygatt@usdoj.gov
*TERMINATED: 05/26/2011*
*PRO HAC VICE*

V.

**<u>Defendant</u>**

**The State of Georgia ex rel**      represented by   **Jaime L. Theriot**
Troutman Sanders, LLP-ATL
Suite 5200
Bank of America Plaza
600 Peachtree Street, N.E.
Atlanta, GA 30308-2216
404-885-3000
Email: jaime.theriot@troutmansanders.com
*ATTORNEY TO BE NOTICED*

**Jason S. Naunas**
Attorney General's Office-Atl
Department of Law
40 Capitol Square, SW
Atlanta, GA 30334
404-656-3357
Email: jnaunas@law.ga.gov
*TERMINATED: 09/10/2012*

**Jennifer Dalton**
State of Georgia Law Department
40 Capitol Square, S.W.
Atlanta, GA 30334-1300
404-656-0942
Email: JDalton@law.ga.gov
*ATTORNEY TO BE NOTICED*

**Exhibit 1**

**Jeremy Patrick Burnette**
Troutman Sanders, LLP-ATL
Bank of America Plaza, Suite 5200
600 Peachtree Street, N.E.
Atlanta, GA 30308-2216
404-885-3397
Email:
jeremy.burnette@troutmansanders.com
*ATTORNEY TO BE NOTICED*

**Jeremy U. Littlefield**
Robbins Ross Alloy Belinfante Littlefield,
LLC
Suite 1120
999 Peachtree Street, N.E.
Atlanta, GA 30309
678-701-9381
Email: jlittlefield@robbinsfirm.com
*ATTORNEY TO BE NOTICED*

**Joshua Barrett Belinfante**
Robbins Ross Alloy Belinfante Littlefield,
LLC
Suite 1120
999 Peachtree Street, N.E.
Atlanta, GA 30309
678-701-9381
Email: jbelinfante@robbinsfirm.com
*ATTORNEY TO BE NOTICED*

**Kevin Gregory Meeks**
Troutman Sanders, LLP-ATL
Suite 5200
Bank of America Plaza
600 Peachtree Street, N.E.
Atlanta, GA 30308-2216
404-885-3719
Fax: 404-962-6605
Email: kevin.meeks@troutmansanders.com
*ATTORNEY TO BE NOTICED*

**Lindsey B. Mann**
Troutman Sanders, LLP-ATL
Bank of America Plaza, Suite 5200
600 Peachtree Street, N.E.
Atlanta, GA 30308-2216
404-885-2743
Email:
lindsey.bowen@troutmansanders.com

**Exhibit 1**

*ATTORNEY TO BE NOTICED*

**Lynette Eaddy Smith**
Chick-fil-a, Inc.
5200 Buffington Rd.
Atlanta, GA 30349
404-530-1843
Email: lynette.smith@chick-fil-a.com
*ATTORNEY TO BE NOTICED*

**Mark J. Cicero**
Office of State Attorney General
40 Capitol Square, S.W.
Atlanta, GA 30334-1300
404-656-3391
Email: mcicero@law.ga.gov
*TERMINATED: 09/10/2012*

**Mark Howard Cohen**
Troutman Sanders, LLP-ATL
Bank of America Plaza, Suite 5200
600 Peachtree Street, N.E.
Atlanta, GA 30308-2216
404-885-3597
Email: mark.cohen@troutmansanders.com
*ATTORNEY TO BE NOTICED*

**Steven J. Hewitson**
Troutman Sanders
Bank of America Plaza
600 Peachtree Street, N.E.
Suite 5200
Atlanta, GA 30308-2216
404-885-3000
Email:
steven.hewitson@troutmansanders.com
*ATTORNEY TO BE NOTICED*

## Defendant

| | | |
|---|---|---|
| **Sonny Perdue**<br>*Governor, State of Georgia, in his official capacity* | represented by | **Joshua Barrett Belinfante**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| | | **Jennifer Dalton**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
| | | **Mark Howard Cohen**<br>(See above for address) |

**Exhibit 1**

*ATTORNEY TO BE NOTICED*

**Defendant**

**Frank E. Shelp**               represented by    **Joshua Barrett Belinfante**
*Commissioner, Georgia Department of*                             (See above for address)
*Behavioral Health and Developmental*                             *LEAD ATTORNEY*
*Disabilities, in his official capacity*                             *ATTORNEY TO BE NOTICED*

                                                   **Jennifer Dalton**
                                                   (See above for address)
                                                   *ATTORNEY TO BE NOTICED*

                                                   **Mark Howard Cohen**
                                                   (See above for address)
                                                   *ATTORNEY TO BE NOTICED*

**Defendant**

**Rhonda M. Medows**            represented by    **Joshua Barrett Belinfante**
*Commissioner, Georgia Department of*                             (See above for address)
*Community Health, in her official*                                *LEAD ATTORNEY*
*capacity*                                                    *ATTORNEY TO BE NOTICED*

                                                   **Mark Howard Cohen**
                                                   (See above for address)
                                                   *ATTORNEY TO BE NOTICED*

**Amicus**

**Georgia Advocacy Office, Inc.**       represented by    **Joshua H. Norris**
                                                   Georgia Advocacy Office
                                                   150 E. Ponce de Leon Ave.
                                                   Suite 430
                                                   Decatur, GA 30030
                                                   404-885-1234
                                                   Email: jnorris@thegao.org
                                                   *LEAD ATTORNEY*
                                                   *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 01/28/2010 | 1 | COMPLAINT filed by The United States of America. Consent form to proceed before U.S. Magistrate and pretrial instructions provided. (Attachments: # 1 Civil Cover Sheet)(adg) Please visit our website at http://www.gand.uscourts.gov to obtain Pretrial Instructions. (Entered: 01/29/2010) |
| 01/29/2010 | 2 | NOTICE Of Filing Exhibit to Complaint by The United States of America re 1 Complaint, *Exhibit 1* (Mygatt, Timothy) (Entered: 01/29/2010) |
| 01/29/2010 | 3 | NOTICE Of Filing Exhibit 2 to Complaint by The United States of America (Mygatt, Timothy) (Entered: 01/29/2010) |

**Exhibit 1**

| | | |
|---|---|---|
| 01/29/2010 | 4 | NOTICE Of Filing Exhibit 3 to Complaint by The United States of America (Mygatt, Timothy) (Entered: 01/29/2010) |
| 01/29/2010 | 5 | NOTICE Of Filing Exhibit 4 to Complaint by The United States of America (Mygatt, Timothy) (Entered: 01/29/2010) |
| 01/29/2010 | 6 | NOTICE Of Filing Exhibit 5 to Complaint by The United States of America (Mygatt, Timothy) (Entered: 01/29/2010) |
| 01/29/2010 | 7 | NOTICE Of Filing Exhibit 6 to Complaint by The United States of America (Mygatt, Timothy) (Entered: 01/29/2010) |
| 02/04/2010 | 8 | Minute Entry for proceedings held before Judge Charles A. Pannell, Jr: Telephone Conference/Status Conference held on 2/4/2010, This case is set for a hearing on 3/1/2010 at 10:00 AM before Judge Charles A. Pannell Jr. The court will hold another conference call a week from today. Hearing concluded. (Court Reporter Martha Frutchey)(adg) (Entered: 02/05/2010) |
| 02/12/2010 | 9 | TRANSCRIPT of Proceedings held on 2/4/10 (Tele Conf) before Judge Charles A. Pannell, Jr. Court Reporter/Transcriber Martha J. Frutchey, Telephone number 404-215-1573. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 3/5/2010. Redacted Transcript Deadline set for 3/15/2010. Release of Transcript Restriction set for 5/13/2010. (Attachments: # 1 Notice of Filing Transcript) (pjm) (Entered: 02/12/2010) |
| 02/19/2010 | 10 | TRANSCRIPT of Proceedings held on 2/4/10 (Tele Conf) before Judge Charles A. Pannell, Jr. Court Reporter/Transcriber Martha J. Frutchey, Telephone number 404-215-1573. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 3/12/2010. Redacted Transcript Deadline set for 3/22/2010. Release of Transcript Restriction set for 5/20/2010. (Attachments: # 1 Notice of Filing Transcript) (pjm) (Entered: 02/19/2010) |
| 02/19/2010 | 11 | TRANSCRIPT of Proceedings held on 2/16/10 (Tele Conf) before Judge Charles A. Pannell, Jr. Court Reporter/Transcriber Martha J. Frutchey, Telephone number 404-215-1573. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 3/12/2010. Redacted Transcript Deadline set for 3/22/2010. Release of Transcript Restriction set for 5/20/2010. (Attachments: # 1 Notice of Filing Transcript) (pjm) (Entered: 02/19/2010) |
| 02/25/2010 | 12 | MOTION to Stay by The United States of America. (Mygatt, Timothy) (Entered: 02/25/2010) |
| 02/26/2010 | 13 | ORDER GRANTING 12 Motion to Stay so that the Parties may engage in settlementnegotiations. The Court also hereby GRANTS the request to toll until 3/15/2010, the response time on all pending responses and replies. Should negotiationsfail, the Court will reschedule the proceedings to begin on 3/15/2010, or assoon as possible thereafter. Signed by Judge Charles A. Pannell, Jr on 2/26/2010. (adg) (Entered: 02/26/2010) |

**Exhibit 1**

| 04/01/2010 | 14 | PROPOSED CONSENT ORDER re: Agreed Extension for Defendants to File Answer, Motion, or Other Responsive Pleading re: 1 Complaint,. (Cohen, Mark) (Entered: 04/01/2010) |
| 04/07/2010 | 15 | ORDER TO EXTEND TIME TO ANSWER Complaint to and through 5/6/2010. Signed by Judge Charles A. Pannell, Jr on 4/7/2010. (adg) (Entered: 04/07/2010) |
| 04/07/2010 | 16 | NOTICE of Appearance by Joshua Barrett Belinfante on behalf of The State of Georgia, Frank E. Shelp, Rhonda M. Medows and Sonny Perdue (Belinfante, Joshua) Modified on 4/8/2010 to correct docket text (adg). (Entered: 04/07/2010) |
| 04/07/2010 | 17 | NOTICE of Appearance by Mark Howard Cohen on behalf of Frank E. Shelp, Rhonda M. Medows, The State of Georgia, Sonny Perdue (Cohen, Mark) (Entered: 04/07/2010) |
| 04/30/2010 | 18 | PROPOSED CONSENT ORDER re: Agreed Extension of Time for Defendants to File Answer, Motion, or Other Responsive Pleading. (Cohen, Mark) (Entered: 04/30/2010) |
| 05/03/2010 | 19 | ORDER TO EXTEND TIME TO ANSWER; defendants answer to complaint due 5/13/2010. Signed by Judge Charles A. Pannell, Jr on 5/3/2010. (adg) (Entered: 05/03/2010) |
| 05/12/2010 | 20 | PROPOSED CONSENT ORDER re: Agreed Extension of Time for Defendants to File Answer, Motion, or Other Responsive Pleading. (Cohen, Mark) (Entered: 05/12/2010) |
| 05/17/2010 | 21 | ORDER TO EXTEND TIME TO ANSWER, defendants answer due 6/1/2010. Signed by Judge Charles A. Pannell, Jr on 5/17/2010. (adg) (Entered: 05/17/2010) |
| 05/28/2010 | 22 | PROPOSED CONSENT ORDER re: Agreed Extension of Time for Defendants to File Answer, Motion, or Other Responsive Pleading. (Cohen, Mark) (Entered: 05/28/2010) |
| 05/28/2010 | 23 | CONSENT ORDER TO EXTEND TIME TO ANSWER COMPLAINT. Defendants shall have through and including 6/22/2010 to answer complaint. Signed by Judge Charles A. Pannell, Jr on 5/28/2010. (adg) (Entered: 05/28/2010) |
| 06/18/2010 | 24 | PROPOSED CONSENT ORDER re: Agreed Extension of Time for Defendants to File Answer, Motion, or Other Responsive Pleading. (Cohen, Mark) (Entered: 06/18/2010) |
| 06/21/2010 | 25 | ORDER TO EXTEND TIME TO ANSWER. The Defendants shall have through and including July 1, 2010 to file their answer, motion, or other responsive pleading to Plaintiff's Complaint. Signed by Judge Charles A. Pannell, Jr on 6/21/2010. (ank) (Entered: 06/21/2010) |
| 06/21/2010 | | Clerk's Certificate of Mailing as to US Dept of Justice re 25 Order (ank) (Entered: 06/21/2010) |
| 06/30/2010 | 26 | MOTION for Order *Setting Status Conference* by The United States of America. (Attachments: # 1 Text of Proposed Order)(Rhee, Mina) (Entered: 06/30/2010) |
| 07/01/2010 | 27 | MOTION for Leave to File Excess Pages *(for Memorandum of Law in Support of Motion to Dismiss)* by The State of Georgia. (Attachments: # 1 Text of Proposed Order)(Cohen, Mark) (Entered: 07/01/2010) |
| 07/01/2010 | 28 | MOTION to Dismiss with Brief In Support by The State of Georgia. (Attachments: # 1 Brief in Support)(Cohen, Mark) (Entered: 07/01/2010) |

**Exhibit 1**

| | | |
|---|---|---|
| 07/15/2010 | 29 | MOTION for Leave to File Excess Pages with Brief In Support by The United States of America. (Koch, Robert) (Entered: 07/15/2010) |
| 07/15/2010 | 30 | RESPONSE re 28 MOTION to Dismiss filed by The United States of America. (Koch, Robert) (Entered: 07/15/2010) |
| 07/22/2010 | 31 | RESPONSE re 26 MOTION for Order *Setting Status Conference (Defendants' Status Update and Proposed Agenda for Status Conference)* filed by The State of Georgia. (Attachments: # 1 Exhibit A)(Cohen, Mark) (Entered: 07/22/2010) |
| 07/27/2010 | | Submission of 27 MOTION for Leave to File Excess Pages *(for Memorandum of Law in Support of Motion to Dismiss)*, submitted to District Judge Charles A. Pannell. (adg) (Entered: 07/27/2010) |
| 07/27/2010 | 32 | APPLICATION for Admission of Timothy D. Mygatt Pro Hac Vice with Brief In Support by The United States of America. (Rhee, Mina) (Entered: 07/27/2010) |
| 07/27/2010 | 33 | APPLICATION for Admission of Max Lapertosa Pro Hac Vice with Brief In Support by The United States of America. (Rhee, Mina) (Entered: 07/27/2010) |
| 07/29/2010 | | APPROVAL by Clerks Office. Attorney Max P. Lapertosa, Timothy D. Mygatt added appearing on behalf of The United States of America (cdg) Modified on 8/2/2010 to create doc. link (cdg). (Entered: 07/29/2010) |
| 07/29/2010 | 34 | APPLICATION for Admission of Robert A. Koch Pro Hac Vice by The United States of America. (Rhee, Mina) (Entered: 07/29/2010) |
| 07/29/2010 | 35 | APPLICATION for Admission of Judy C. Preston Pro Hac Vice by The United States of America. (Rhee, Mina) (Entered: 07/29/2010) |
| 07/29/2010 | 36 | APPLICATION for Admission of Mary R. Bohan Pro Hac Vice by The United States of America. (Rhee, Mina) (Entered: 07/29/2010) |
| 08/02/2010 | | APPROVAL by Clerks Office re: 36 APPLICATION for Admission of Mary R. Bohan Pro Hac Vice, 34 APPLICATION for Admission of Robert A. Koch Pro Hac Vice, 35 APPLICATION for Admission of Judy C. Preston Pro Hac Vice. Attorney Robert Koch, Mary R. Bohan, Judy C. Preston added appearing on behalf of The United States of America (cdg) (Entered: 08/02/2010) |
| 08/02/2010 | 37 | REPLY BRIEF re 28 MOTION to Dismiss filed by The State of Georgia. (Cohen, Mark) (Entered: 08/02/2010) |
| 08/02/2010 | 38 | ORDER GRANTING 34 Application for Admission Pro Hac Vice of Robert A. Koch. Signed by Judge Charles A. Pannell, Jr on 8/2/2010. (adg) (Entered: 08/03/2010) |
| 08/02/2010 | 39 | ORDER GRANTING 35 Application for Admission Pro Hac Vice of Judy C. Preston. Signed by Judge Charles A. Pannell, Jr on 8/2/2010. (adg) (Entered: 08/03/2010) |
| 08/02/2010 | 40 | ORDER GRANTING 36 Application for Admission Pro Hac Vice of Mary R. Bohan. Signed by Judge Charles A. Pannell, Jr on 8/2/2010. (adg) (Entered: 08/04/2010) |
| 08/03/2010 | | Submission of 29 MOTION for Leave to File Excess Pages, 28 MOTION to Dismiss, submitted to District Judge Charles A. Pannell. (adg) (Entered: 08/03/2010) |
| 08/05/2010 | | NOTICE of TELECONFERENCE Hearing: Status Conference set for 8/6/2010 at 11:15 AM before Judge Charles A. Pannell Jr.. Participants are directed to dial (866)742-9889. Id No.: 93154695. The court plans to address the issues proposed by |

**Exhibit 1**

| | | |
|---|---|---|
| | | the parties.(yrm) (Entered: 08/05/2010) |
| 08/06/2010 | 41 | Minute Entry for proceedings held before Judge Charles A. Pannell, Jr: Telephone Conference held on 8/6/2010. Court heard from counsel. Hearing to be set for 11/8/2010. Written order to follow. Hearing Concluded. (Court Reporter Martha Frutchey)(adg) (Entered: 08/09/2010) |
| 08/09/2010 | 42 | ORDER DENYING 28 Motion to Dismiss and DIRECTING the parties to initiate discovery in the matter. The Joint Proposed Preliminary Report and Discovery Plan will be filed within 20 days of the date of this order. Discovery shall begin upon the filing of this order. Discovery in one action may be used and incorporated in the other action.. Signed by Judge Charles A. Pannell, Jr on 8/9/2010. (adg) (Entered: 08/10/2010) |
| 08/12/2010 | 43 | APPLICATION for Admission of Richard J. Farano Pro Hac Vice with Brief In Support by The United States of America. (Rhee, Mina) (Entered: 08/12/2010) |
| 08/12/2010 | 44 | APPLICATION for Admission of Jeffrey R. Murray Pro Hac Vice with Brief In Support by The United States of America. (Rhee, Mina) (Entered: 08/12/2010) |
| 08/12/2010 | 45 | APPLICATION for Admission of Aaron S. Fleisher Pro Hac Vice with Brief In Support by The United States of America. (Rhee, Mina) (Entered: 08/12/2010) |
| 08/16/2010 | 46 | CERTIFICATE OF SERVICE re: First Set of Interrogatories by The United States of America.(Lapertosa, Max) (Entered: 08/16/2010) |
| 08/16/2010 | 47 | CERTIFICATE OF SERVICE re: First Set of Requests for Production of Documents by The United States of America.(Lapertosa, Max) (Entered: 08/16/2010) |
| 08/16/2010 | | APPROVAL by Clerks Office re: 44 APPLICATION for Admission of Jeffrey R. Murray Pro Hac Vice, 45 APPLICATION for Admission of Aaron S. Fleisher Pro Hac Vice, 43 APPLICATION for Admission of Richard J. Farano Pro Hac Vice. Attorney Aaron S. Fleisher, Jeffrey R. Murray, Richard J. Farano added appearing on behalf of The United States of America (cdg) (Entered: 08/16/2010) |
| 08/17/2010 | 48 | ORDER GRANTING 43 Application for Admission Pro Hac Vice of Richard J. Farano. Signed by Judge Charles A. Pannell, Jr on 8/17/2010. (adg) (Entered: 08/17/2010) |
| 08/17/2010 | 49 | ORDER GRANTING 45 Application for Admission Pro Hac Vice of Aaron S. Fleisher. Signed by Judge Charles A. Pannell, Jr on 8/17/2010. (adg) (Entered: 08/17/2010) |
| 08/17/2010 | 50 | ORDER GRANTING 44 Application for Admission Pro Hac Vice of Jeffrey R. Murray. Signed by Judge Charles A. Pannell, Jr on 8/17/2010. (adg) (Entered: 08/17/2010) |
| 08/23/2010 | 51 | ANSWER to 1 COMPLAINT by Rhonda M. Medows, Sonny Perdue, Frank E. Shelp, The State of Georgia. Discovery ends on 1/20/2011.(Cohen, Mark) Please visit our website at http://www.gand.uscourts.gov to obtain Pretrial Instructions. (Entered: 08/23/2010) |
| 08/24/2010 | 52 | CERTIFICATE OF SERVICE for Defendants' First Set of Interrogatories to Plaintiff AND Defendants' First Request for Production of Documents to Plaintiff by The State of Georgia.(Cohen, Mark) (Entered: 08/24/2010) |

**Exhibit 1**

| 08/30/2010 | 53 | Joint PRELIMINARY REPORT AND DISCOVERY PLAN filed by The United States of America. (Mygatt, Timothy) (Entered: 08/30/2010) |
| 09/02/2010 | 54 | NOTICE to Take Deposition of All Defendants 30(b)(6) filed by The United States of America (Lapertosa, Max) (Entered: 09/02/2010) |
| 09/02/2010 | 55 | NOTICE to Take Deposition of Shelp 30(b)(6) filed by The United States of America (Lapertosa, Max) (Entered: 09/02/2010) |
| 09/02/2010 | 56 | NOTICE to Take Deposition of Clyde Reese 30(b)(6) filed by The United States of America (Lapertosa, Max) (Entered: 09/02/2010) |
| 09/02/2010 | 57 | NOTICE to Take Deposition of All Defendants 30(b)(6) filed by The United States of America (Lapertosa, Max) (Entered: 09/02/2010) |
| 09/02/2010 | 58 | NOTICE to Take Deposition of Jason Bearden filed by The United States of America (Lapertosa, Max) (Entered: 09/02/2010) |
| 09/02/2010 | 59 | NOTICE to Take Deposition of Greg Hoyt filed by The United States of America (Lapertosa, Max) (Entered: 09/02/2010) |
| 09/02/2010 | 60 | NOTICE to Take Deposition of William H. Janes filed by The United States of America (Lapertosa, Max) (Entered: 09/02/2010) |
| 09/02/2010 | 61 | NOTICE to Take Deposition of Donald Manning filed by The United States of America (Lapertosa, Max) (Entered: 09/02/2010) |
| 09/02/2010 | 62 | NOTICE to Take Deposition of Denise McClain filed by The United States of America (Lapertosa, Max) (Entered: 09/02/2010) |
| 09/02/2010 | 63 | NOTICE to Take Deposition of William McDonald filed by The United States of America (Lapertosa, Max) (Entered: 09/02/2010) |
| 09/02/2010 | 64 | NOTICE to Take Deposition of Karen Green McGowan filed by The United States of America (Lapertosa, Max) (Entered: 09/02/2010) |
| 09/02/2010 | 65 | NOTICE to Take Deposition of Jewel Norman filed by The United States of America (Lapertosa, Max) (Entered: 09/02/2010) |
| 09/02/2010 | 66 | NOTICE to Take Deposition of Andrew Phillips filed by The United States of America (Lapertosa, Max) (Entered: 09/02/2010) |
| 09/02/2010 | 67 | NOTICE to Take Deposition of Mary Lou Rahn filed by The United States of America (Lapertosa, Max) (Entered: 09/02/2010) |
| 09/02/2010 | 68 | NOTICE to Take Deposition of Frank Shelp filed by The United States of America (Lapertosa, Max) (Entered: 09/02/2010) |
| 09/02/2010 | 69 | NOTICE to Take Deposition of Nirbhay Singh filed by The United States of America (Lapertosa, Max) (Entered: 09/02/2010) |
| 09/14/2010 | 70 | Amended NOTICE to Take Deposition of Rule 30(b)(6) deposition of Clyde Reese, in his official capacity as Director of the Georgia Department of Community Health filed by The United States of America (Lapertosa, Max) (Entered: 09/14/2010) |
| 09/14/2010 | 71 | Amended NOTICE to Take Deposition of Mary Lou Rahn filed by The United States of America (Lapertosa, Max) (Entered: 09/14/2010) |

**Exhibit 1**

| 09/14/2010 | 72 | PROPOSED CONSENT ORDER Consent Confidentiality and Protective Order. (Cohen, Mark) (Entered: 09/14/2010) |
|---|---|---|
| 09/14/2010 | 73 | NOTICE by The State of Georgia *Notice of Subpoenas for Depositions of Non-Party Witnesses* (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E)(Cohen, Mark) (Entered: 09/14/2010) |
| 09/15/2010 | 74 | CERTIFICATE OF SERVICE *of Defendants' Responses and Objections to Plaintiff's First Set of Interrogatories and Defendants' Responses and Objections to Plaintiff's First Request for Production of Documents* by The State of Georgia.(Cohen, Mark) (Entered: 09/15/2010) |
| 09/16/2010 | 75 | TRANSCRIPT of Proceedings held on 8/6/10 (Tele Conf) before Judge Charles A. Pannell, Jr. Court Reporter/Transcriber Martha J. Frutchey, Telephone number 404-215-1573. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 10/7/2010. Redacted Transcript Deadline set for 10/18/2010. Release of Transcript Restriction set for 12/15/2010. (Attachments: # 1 Notice of Filing Transcript) (pjm) (Entered: 09/17/2010) |
| 09/17/2010 | | NOTICE The court will conduct a status conference at 2:00 p.m. on September 23, 2010 in Courtroom 2307. Participation by telephone will not be possible. The topics the court intends to address are: (1) the proposed preliminary report and discovery plan; and (2) the amici curiae's motion seeking copies of discovery. (mam) (Entered: 09/17/2010) |
| 09/20/2010 | 76 | ORDER granting 33 Application for Admission Pro Hac Vice of Max Lapertosa. Signed by Judge Charles A. Pannell, Jr on 9/20/2010. (adg) (Entered: 09/20/2010) |
| 09/20/2010 | 77 | ORDER granting 32 Application for Admission Pro Hac Vice of Timothy D. Mygatt. Signed by Judge Charles A. Pannell, Jr on 9/20/2010. (adg) (Entered: 09/20/2010) |
| 09/20/2010 | 78 | Amended NOTICE to Take Deposition of 30(b)(6) GAMH Budget filed by The United States of America (Fleisher, Aaron) (Entered: 09/20/2010) |
| 09/20/2010 | 79 | Amended NOTICE to Take Deposition of 30(b)(6) Housing filed by The United States of America (Fleisher, Aaron) (Entered: 09/20/2010) |
| 09/20/2010 | 80 | Amended NOTICE to Take Deposition of Greg Hoyt filed by The United States of America (Fleisher, Aaron) (Entered: 09/20/2010) |
| 09/20/2010 | 81 | Amended NOTICE to Take Deposition of William Janes filed by The United States of America (Fleisher, Aaron) (Entered: 09/20/2010) |
| 09/20/2010 | 82 | Amended NOTICE to Take Deposition of Jewel Norman filed by The United States of America (Fleisher, Aaron) (Entered: 09/20/2010) |
| 09/20/2010 | 83 | Amended NOTICE to Take Deposition of Denise McClain filed by The United States of America (Fleisher, Aaron) (Entered: 09/20/2010) |
| 09/21/2010 | 84 | NOTICE by The State of Georgia *re: Subpoenas for Depositions of Non-Party Witnesses* (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Cohen, Mark) (Entered: 09/21/2010) |

**Exhibit 1**

| | | |
|---|---|---|
| 09/23/2010 | | NOTICE re 29 MOTION for Leave to File Excess Pages, 27 MOTION for Leave to File Excess Pages are GRANTED. (mam) (Entered: 09/23/2010) |
| 09/24/2010 | 85 | Amended NOTICE to Take Deposition of William Janes filed by The United States of America (Fleisher, Aaron) (Entered: 09/24/2010) |
| 09/24/2010 | 86 | Amended NOTICE to Take Deposition of Donald Manning filed by The United States of America (Fleisher, Aaron) (Entered: 09/24/2010) |
| 09/24/2010 | 87 | Amended NOTICE to Take Deposition of Karen Green-McGowan filed by The United States of America (Fleisher, Aaron) (Entered: 09/24/2010) |
| 09/24/2010 | 88 | Amended NOTICE to Take Deposition of Frank Shelp filed by The United States of America (Fleisher, Aaron) (Entered: 09/24/2010) |
| 09/24/2010 | 89 | Amended NOTICE to Take Deposition of Jewel Norman filed by The United States of America (Fleisher, Aaron) (Entered: 09/24/2010) |
| 09/24/2010 | 90 | MOTION for Immediate Relief by The United States of America. (Attachments: # 1 Memorandum of Law, # 2 Text of Proposed Order, # 3 Exhibit 1, # 4 Exhibit 2, # 5 Exhibit 3, # 6 Exhibit 4, # 7 Exhibit 5, # 8 Exhibit 6, # 9 Exhibit 7, # 10 Exhibit 8, # 11 Exhibit 9, # 12 Exhibit 10, # 13 Exhibit 11, # 14 Exhibit 12, # 15 Exhibit 13, # 16 Exhibit 14, # 17 Exhibit 15, # 18 Exhibit 16, # 19 Exhibit 17, # 20 Exhibit 18, # 21 Exhibit 19, # 22 Exhibit 20, # 23 Exhibit 21, # 24 Exhibit 22, # 25 Exhibit 23, # 26 Exhibit 24, # 27 Exhibit 25, # 28 Exhibit 26, # 29 Exhibit 27)(adg) (Filed pursuant to 9/24/2010 Order in 1:09-cv-119-CAP) (Entered: 09/24/2010) |
| 09/24/2010 | 91 | RESPONSE in Opposition re 90 MOTION for Immediate Relief filed by Rhonda M. Medows, Sonny Perdue, Frank E. Shelp, The State of Georgia. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D)(adg) (Filed pursuant to 9/24/2010 Order in 1:09-cv-119-CAP) (Entered: 09/24/2010) |
| 09/26/2010 | 92 | NOTICE by The State of Georgia re: Amended Subpoena for Deposition of Non-Party Witness (Gates) (Attachments: # 1 Exhibit A)(Cohen, Mark) (Entered: 09/26/2010) |
| 09/27/2010 | 93 | ORDER approving 53 Preliminary Report and Discovery Plan, except as herein modified: The parties shall jointly file a proposed schedule for PhaseTwo of discovery within 14 days of the date the court issues a ruling regarding the issues presented at the 11/8/2010 hearing. Signed by Judge Charles A. Pannell, Jr on 9/27/2010. (adg) (Entered: 09/27/2010) |
| 09/28/2010 | 94 | NOTICE of Appearance by Kevin Gregory Meeks on behalf of The State of Georgia (Meeks, Kevin) (Entered: 09/28/2010) |
| 09/28/2010 | 95 | NOTICE of Appearance by Jaime L. Theriot on behalf of The State of Georgia (Theriot, Jaime) (Entered: 09/28/2010) |
| 09/28/2010 | 96 | NOTICE of Appearance by Jeremy U. Littlefield on behalf of The State of Georgia (Littlefield, Jeremy) (Entered: 09/28/2010) |
| 09/28/2010 | 97 | NOTICE of Appearance by Jeremy Patrick Burnette on behalf of The State of Georgia (Burnette, Jeremy) (Entered: 09/28/2010) |
| 09/28/2010 | 98 | NOTICE of Appearance by Lynette Eaddy Smith on behalf of The State of Georgia (Smith, Lynette) (Entered: 09/28/2010) |

**Exhibit 1**

| | | |
|---|---|---|
| 09/28/2010 | 99 | NOTICE of Appearance by Steven J. Hewitson on behalf of The State of Georgia (Hewitson, Steven) (Entered: 09/28/2010) |
| 09/28/2010 | 100 | NOTICE of Appearance by Lindsey Elisa Bowen on behalf of The State of Georgia (Bowen, Lindsey) (Entered: 09/28/2010) |
| 09/28/2010 | 101 | CERTIFICATE OF SERVICE filed by The United States of America *re: DISCOVERY* (Fleisher, Aaron) (Entered: 09/28/2010) |
| 09/28/2010 | 102 | CERTIFICATE OF SERVICE filed by The United States of America *re: DISCOVERY* (Fleisher, Aaron) (Entered: 09/28/2010) |
| 09/29/2010 | 103 | First NOTICE to Take Deposition of BEVERLY ROLLINS filed by The United States of America (Fleisher, Aaron) (Entered: 09/29/2010) |
| 09/29/2010 | 104 | First NOTICE to Take Deposition of DR. NIRBHAY N. SINGH filed by The United States of America (Fleisher, Aaron) (Entered: 09/29/2010) |
| 09/29/2010 | 105 | Amended NOTICE to Take Deposition of DR. WILLIAM MCDONALD filed by The United States of America (Fleisher, Aaron) (Entered: 09/29/2010) |
| 09/29/2010 | 106 | Amended NOTICE to Take Deposition of 30(B)(6) DEPOSITION filed by The United States of America (Fleisher, Aaron) (Entered: 09/29/2010) |
| 09/29/2010 | 107 | Amended NOTICE to Take Deposition of 30(B)(6) DEPOSITION filed by The United States of America (Fleisher, Aaron) (Entered: 09/29/2010) |
| 10/01/2010 | 108 | NOTICE of Appearance by Jason S. Naunas on behalf of The State of Georgia (Naunas, Jason) (Entered: 10/01/2010) |
| 10/06/2010 | 109 | NOTICE of Appearance by Mark J. Cicero on behalf of The State of Georgia (Cicero, Mark) (Entered: 10/06/2010) |
| 10/07/2010 | 110 | CERTIFICATE OF SERVICE *re: Supplemental Discovery* by The United States of America.(Murray, Jeffrey) (Entered: 10/07/2010) |
| 10/12/2010 | 111 | CERTIFICATE OF SERVICE *for Rule 26 Expert Disclosures* by The United States of America.(Fleisher, Aaron) (Entered: 10/12/2010) |
| 10/19/2010 | 112 | Joint MOTION for Settlement by The United States of America. (Koch, Robert) (Entered: 10/19/2010) |
| 10/21/2010 | | NOTICE The hearing scheduled for November 8, 2010 is canceled. All discovery and briefing related to this hearing is to be suspended. The parties' settlement agreement is under review by the court. (mam) (Entered: 10/21/2010) |
| 10/22/2010 | 113 | RESPONSE in Support re 112 Joint MOTION for Settlement filed by Georgia Advocacy Office, Inc.. (Norris, Joshua) (Entered: 10/22/2010) |
| 10/26/2010 | 114 | STIPULATION re 112 Joint MOTION for Settlement by The United States of America. (Koch, Robert) (Entered: 10/26/2010) |
| 10/29/2010 | 115 | ORDER ADOPTING 112 Joing Motion to Enter Settlement Agreement; DISMISSING as moot 90 Motion for Preliminary Injunction; The clerk is DIRECTED toadministratively close this civil action. The court will retain jurisdiction to enforce the Settlement Agreement (as revised). Signed by Judge Charles A. Pannell, Jr on 10/29/2010. (adg) (Entered: 11/01/2010) |

**Exhibit 1**

| 10/29/2010 | | Civil Case Terminated. (adg) (Entered: 11/01/2010) |
| 12/20/2010 | | Funds Deposited per Order: $ 100,000.00, receipt number 100031077 (adg) (Entered: 12/20/2010) |
| 12/22/2010 | 116 | NOTICE Of Filing Joint Filing of the Budget for the Independent Reviewer by The United States of America (Koch, Robert) (Entered: 12/22/2010) |
| 01/14/2011 | 117 | Mail Returned as Undeliverable. Mail sent to Samuel R. Bagenstos re 23 Order to Extend Time to Answer. (adg) (Entered: 01/19/2011) |
| 02/22/2011 | 118 | ORDER DIRECTING the Clerk to make an interim payment to Independent Reviewer, Elizabeth Jones, Fieldstone Partnership, Inc., in the amount of $10,656.50. Signed by Judge Charles A. Pannell, Jr on 2/22/2011. Thispayment shall be made from the monies deposited by the State ofGeorgia into the Registry of the Court pursuant to Section VI(I)(2)of the court's October 29, 2010 order Doc. No. 115 (Attachments: # 1 Statement of Fees and Expenses)(cc: Financial)(adg) (Entered: 02/22/2011) |
| 03/03/2011 | | Funds Deposited per Order: $ 10,656.00, receipt number 100033176 (adg) (Entered: 03/04/2011) |
| 03/23/2011 | | Funds Deposited per Order: $ 9,613.21, receipt number 1000033825 (adg) (Entered: 03/23/2011) |
| 03/24/2011 | 119 | ORDER DIRECTING the Clerk to make an interim payment to Independent Reviewer, Elizabeth Jones, Fieldstone Partnership, Inc., in the amount of $9,613.21. This payment shall be made from the monies deposited by the State of Georgia into the Registry of the Court pursuant to Section VI (I) (2) of the court's 10/29/2010 order Doc. No. 115 . Signed by Judge Charles A. Pannell, Jr on 3/24/2011. (Attachments: # 1 Statement of Fees and Expenses)(adg) (Entered: 03/24/2011) |
| 04/19/2011 | | Funds Deposited per Order: $ 7,562.69, receipt number 100034690 (adg) (Entered: 04/20/2011) |
| 04/20/2011 | 120 | ORDER DIRECTING the Clerk to make an interim payment to the Independent Reviewer, Elizabeth Jones, Fieldstone Partnership, Inc., 1155 N. La Cienega Blvd. No. 1204, West Hollywood, CA 90069 in the amount of $7,562.69. Thispayment shall be made from the monies deposited by the State ofGeorgia into the Registry of the Court pursuant to Section VI(I)(2)of the court's 115 Order of 10/29/2010. Signed by Judge Charles A. Pannell, Jr on 4/20/2011. (Attachments: # 1 Statement of Fees and Expenses)(adg) (Entered: 04/20/2011) |
| 05/02/2011 | 121 | NOTICE Of Filing Joint Filing of the Budget for the Independent Reviewer by The United States of America (Koch, Robert) (Entered: 05/02/2011) |
| 05/18/2011 | 122 | NOTICE of Appearance by Thomas Jackson Morse on behalf of The United States of America (Morse, Thomas) (Entered: 05/18/2011) |
| 05/26/2011 | 123 | ORDER DIRECTING the Clerk to make an interim payment to the Independent Reviewer, Elizabeth Jones, Fieldstone Partnership, Inc., 1155 N. La Cienega Blvd. No. 1204, West Hollywood, CA 90069 in the amount of $8,967.88. Thispayment shall be made from the monies deposited by the State of Georgia into the Registry of the Court pursuant to Section VI(I)(2) of the court's October 29, 2010 115 Order. Signed by Judge Charles A. Pannell, Jr on 5/26/2011 (Attachments: # 1 Statement of Fees and Expenses)(adg) (Entered: 05/26/2011) |

**Exhibit 1**

| | | |
|---|---|---|
| 05/26/2011 | 124 | Certification of Consent to Substitution of Counsel. Thomas Jackson Morse replacing attorney Aaron S. Fleisher; Emily A. Gunston; Max P. Lapertosa; Jeffrey R. Murray; Timothy D. Mygatt; Judy C. Preston; Mina Rhee; Shanetta Y. Cutlar and Richard J. Farano. (Morse, Thomas) (Entered: 05/26/2011) |
| 06/01/2011 | | Funds Deposited per Order: $ 8,967.88, receipt number 100035877 (adg) (Entered: 06/01/2011) |
| 07/07/2011 | | Funds Deposited per Order: $ 16,119.06, receipt number 100036916 (adg) (Entered: 07/07/2011) |
| 07/15/2011 | 125 | ORDER DIRECTING the Clerk to make an interim payment to the Independent Reviewer, Elizabeth Jones, Fieldstone Partnership, Inc., 1155 N. La Cienega Blvd. No. 1204, West Hollywood, CA 90069 in the amount of $16,119.06. Signed by Judge Charles A. Pannell, Jr on 7/15/2011. (Attachments: # 1 Billing Statements)(adg) (Entered: 07/15/2011) |
| 07/15/2011 | 126 | ORDER DIRECTING the Clerk to make an interim payment to the Independent Reviewer, Elizabeth Jones, Fieldstone Partnership, Inc., 1155 N. La Cienega Blvd. No. 1204, West Hollywood, CA 90069 in the amount of $30,747.26. Signed by Judge Charles A. Pannell, Jr on 7/15/2011. (Attachments: # 1 Billing Statements)(adg) (Entered: 07/15/2011) |
| 07/15/2011 | | Funds Deposited per Order: $ 30,747.26, receipt number 100037196 (adg) (Entered: 07/15/2011) |
| 08/23/2011 | | Funds Deposited per Order: $ 54,172.31, receipt number 38347. (jtj) (Entered: 08/24/2011) |
| 08/26/2011 | 127 | ORDER DIRECTING the Clerk to make an interim payment to the Independent Reviewer, Elizabeth Jones, Fieldstone Partnership, Inc., 1155 N. La Cienega Blvd. No. 1204, West Hollywood, CA 90069 in the amount of $54,172.31. Signed by Judge Charles A. Pannell, Jr. on 08/26/2011. (Attachments: # 1 Invoice Attachment) (jtj) (Entered: 08/26/2011) |
| 09/15/2011 | 128 | ORDER DIRECTING the Clerk to make an interim payment to the Independent Reviewer, Elizabeth Jones, Fieldstone Partnership, Inc., 1155 N. La Cienega Blvd. No. 1204, West Hollywood, CA 90069 in the amount of $49,484.06. Signed by Judge Charles A. Pannell, Jr. on 09/15/2011. (Attachments: # 1 Invoice Attachment) (jtj) (Entered: 09/15/2011) |
| 09/20/2011 | 129 | Consent MOTION for Extension of Time File Report of the Independent Reviewer by The United States of America. (Koch, Robert) (Entered: 09/20/2011) |
| 09/20/2011 | 130 | ORDER GRANTING 129 Motion for Extension of Time until 10/7/2011 for filing the Independent Reviewer's compliance report. Signed by Judge Charles A. Pannell, Jr on 9/20/2011. (adg) (Entered: 09/21/2011) |
| 10/07/2011 | 131 | NOTICE Of Joint Filing of the Report of the Independent Reviewer by The United States of America (Koch, Robert) Modified on 10/7/2011 to correct docket text. (jtj) (Entered: 10/07/2011) |
| 10/17/2011 | 132 | ORDER DIRECTING the Clerk to make an interim payment to the Independent Reviewer, Elizabeth Jones, Fieldstone Partnership, Inc., 1155 N. La Cienega Blvd. No.1204, West Hollywood, CA 90069 in the amount of $19,204.58. Signed by Judge |

**Exhibit 1**

| | | |
|---|---|---|
| | | Charles A. Pannell, Jr on 10/17/2011. (Attachments: # 1 Billing Statements and Supporting Documents)(adg) (Entered: 10/17/2011) |
| 10/25/2011 | | Funds Deposited per Order: $ 19,204.58, receipt number 100040124. (jtj) (Entered: 10/26/2011) |
| 11/15/2011 | 133 | ORDER DIRECTING the Clerk to make an interim payment to the Independent Reviewer, Elizabeth Jones, Fieldstone Partnership, Inc., 1155 N. La Cienega Blvd. No. 1204, West Hollywood, CA 90069. This payment in the amount of $9,281.19. This payment shall be made from the monies deposited by the State of Georgia into the Registry of the Court pursuant to Section VI(I)(2) of the court's 10/29/ 2010 Order 115 . Signed by Judge Charles A. Pannell, Jr. on 11/15/2011. (Attachments: # 1 Statement of Fees and Expenses) (jtj) (Entered: 11/15/2011) |
| 11/22/2011 | | Funds Deposited per Order: $ 9,281.19, receipt number 40931. (jtj) (Entered: 11/22/2011) |
| 12/08/2011 | 134 | ORDER DIRECTING the Clerk to make an interim payment to the Independent Reviewer, Elizabeth Jones, Fieldstone Partnership, Inc., 1155 N. La Cienega Blvd. No. 1204, West Hollywood, CA 90069 in the amount of $6,476.87. This payment shall be made from the monies deposited by the State of Georgia into the Registry of the Court pursuant to Section VI (1) (2) of the court's 115 Order of 10/29/2010. Signed by Judge Charles A. Pannell, Jr on 12/8/2011. (Attachments: # 1 Statement of Fees)(adg) (Entered: 12/09/2011) |
| 12/12/2011 | | Funds Deposited per Order: $ 6,476.87, receipt number 41544. (jtj) (Entered: 12/13/2011) |
| 01/23/2012 | 135 | ORDER DIRECTING the Clerk to make an interim payment to the Independent Reviewer, Elizabeth Jones, Fieldstone Partnership, Inc., 1155 N. La Cienega Blvd. No. 1204, West Hollywood, CA 90069 in the amount of $6,160.41. This payment shall be made from the monies deposited by the State of Georgia into the Registry of the Court pursuant to Section VI(I)(2) of the Court's 115 order of 10/29/2010. Signed by Judge Charles A. Pannell, Jr on 01/23/2012. (Attachments: # 1 Statement of Fees)(jtj) (Entered: 01/23/2012) |
| 02/14/2012 | 136 | ORDER DIRECTING the Clerk to make an interim payment to the Independent Reviewer, Elizabeth Jones, Fieldstone Partnership, Inc., 1155 N. La Cienega Blvd. No. 1204, West Hollywood, CA 90069 in the amount of $4,837.84. Thispayment shall be made from the monies deposited by the State of Georgia into the Registry of the Court pursuant to Section VI(I)(2) of the courts October 29, 2010 order [Doc. No. 115]. Signed by Judge Charles A. Pannell, Jr on 02/14/2012. (Attachments: # 1 Statement of Fees) (jtj) (Entered: 02/14/2012) |
| 02/15/2012 | | Funds Deposited per Orders 135 and 136 : $ 10,998.25, receipt number 100043381. (jtj) (Entered: 02/15/2012) |
| 03/16/2012 | 137 | ORDER DIRECTING the Clerk to make an interim payment to the Independent Reviewer, Elizabeth Jones, Fieldstone Partnership, Inc., 1155 N. La Cienega Blvd. No. 1204, West Hollywood, CA 90069 in the amount of $1,500.00. This payment shall be made from the monies deposited by the State of Georgia into the Registry of the Court. Signed by Judge Charles A. Pannell, Jr. on 3/16/2012. (Attachments: # 1 Statement of Fees) (jtj) (Entered: 03/16/2012) |

**Exhibit 1**

| 03/20/2012 | | Funds Deposited per Order: $ 1,500.00, receipt number GAN100044380. (jtj) (Entered: 03/21/2012) |
|---|---|---|
| 04/10/2012 | 138 | ORDER DIRECTING the Clerk to make an interim payment to the Independent Reviewer, Elizabeth Jones, Fieldstone Partnership, Inc., 1155 N. La Cienega Blvd. No. 1204, West Hollywood, CA 90069 in the amount of $7,844.53. This payment shall be made from the monies deposited by the State of Georgia into the Registry of the Court pursuant to Section VI(I)(2) of the court's 115 Order of 10/29/2010. Signed by Judge Charles A. Pannell, Jr on 4/10/2012. (Attachments: # 1 Statement of Fees)(adg) (Entered: 04/10/2012) |
| 04/11/2012 | | Funds Deposited per Order: $ 7,844.53, receipt number 100045017 (adg) (Entered: 04/12/2012) |
| 05/01/2012 | 139 | NOTICE Of Filing of the Budget for the Independent Reviewer for the State Fiscal Year 2013 by The State of Georgia ex rel (Cohen, Mark) (Entered: 05/01/2012) |
| 05/11/2012 | | Funds Deposited per Order: $ 8,973.63, receipt number 100045941 (adg) (Entered: 05/14/2012) |
| 05/17/2012 | 140 | ORDER DIRECTING the Clerk to make an interim payment to the Independent Reviewer, Elizabeth Jones, Fieldstone Partnership, Inc., 1155 N. La Cienega Blvd. No. 1204, West Hollywood, CA 90069 in the amount of $8,973.63. This payment shall be made from the monies deposited by the State of Georgia into the Registry of the Court pursuant to Section VI(I)(2) of the court's 115 Order of 10/29/2010. Signed by Judge Charles A. Pannell, Jr. on 5/17/2012. (Attachments: # 1 Statement of Fees) (jtj) (Entered: 05/17/2012) |
| 06/06/2012 | 141 | ORDER DIRECTING the Clerk to make an interim payment to the Independent Reviewer, Elizabeth Jones, Fieldstone Partnership, Inc., 1155 N. La Cienega Blvd. No. 1204, West Hollywood, CA 90069 in the amount of $6,352.14. This payment shall be made from the monies deposited by the State of Georgia into the Registry of the Court pursuant to Section VI(I)(2) of the court's October 29, 2010 order Doc. No. 115 . Signed by Judge Charles A. Pannell, Jr on 6/6/2012. (Attachments: # 1 Statement of Fees)(adg) (Entered: 06/06/2012) |
| 06/14/2012 | | Funds Deposited per Order: $ 6,352.14, receipt number GAN20002110. (sk) (Entered: 06/14/2012) |
| 07/12/2012 | 142 | ORDER DIRECTING the Clerk to make an interim payment to the Independent Reviewer, Elizabeth Jones, Fieldstone Partnership, Inc., 1155 N. La Cienega Blvd. No. 1204, West Hollywood, CA 90069 in the amount of $52,291.90. This payment shall be made from the monies deposited by the State of Georgia into the Registry of the Court pursuant to Section VI(I)(2) of the court's October 29, 2010 order Doc. No. 115 . Signed by Judge Charles A. Pannell, Jr on 7/12/2012. (Attachments: # 1 Statement of Fees)(adg) (Entered: 07/12/2012) |
| 07/17/2012 | | Funds Deposited per Order: $ 52,291.90, receipt number 100047645 (adg) (Entered: 07/18/2012) |
| 07/18/2012 | 143 | Joint MOTION for Order *for a Status Conference* by The United States of America. (Koch, Robert) (Entered: 07/18/2012) |
| 07/18/2012 | 144 | The Parties are ORDERED to file a Joint Status Report no later than 8/1/2012, providing details on why modification is necessary and what practical effect the |

**Exhibit 1**

| | | |
|---|---|---|
| | | changes will have on the Settlement Agreement. Upon receipt of status report, the court will schedule a hearing. Signed by Judge Charles A. Pannell, Jr on 7/18/2012. (adg) (Entered: 07/18/2012) |
| 07/25/2012 | 145 | STATUS REPORT *regarding modifications* by The United States of America. (Morse, Thomas) (Entered: 07/25/2012) |
| 07/30/2012 | 147 | Minute Entry for proceedings held before Judge Charles A. Pannell, Jr: Telephone Conference held on 7/30/2012 on Joint Motion for Status Conference re: modifications to Settlement Agreement. Hearing set for 8/28/2012 at10:00 a.m. Hearing Concluded. (Court Reporter Martha Frutchey)(adg) (Entered: 08/01/2012) |
| 07/31/2012 | 146 | ORDER GRANTING 143 Motion for Status Conference. Hearing set for 8/28/2012 at 10:00 AM in ATLA Courtroom 2307 before Judge Charles A. Pannell Jr. The Clerk is DIRECTED to mail a copy of this order to the counsel for the objectors/amici curiae listed on the docket in the related case, United States v. State of Georgia, 1:09-CV-0119-CAP. The objectors/amici curiae may file any comments on the proposed modifications to the Settlement Agreement by 8/23/2012. The hearing will be open for all to attend. Signed by Judge Charles A. Pannell, Jr. on 7/31/2012. (adg) (Entered: 07/31/2012) |
| 07/31/2012 | | Clerks Certificate of Mailing to Kenneth S. Canfield, Ira A. Burnim, Lewis Bossing, Andrew S. Penn re 146 Order on Motion for Status Conference. (adg) (Entered: 07/31/2012) |
| 08/22/2012 | | Funds Deposited per Order: $ 76,411.37, receipt number 100048657 (adg) (Entered: 08/22/2012) |
| 08/23/2012 | 148 | NOTICE Of Filing Amici Curiae's Comments on the Parties' Proposed Modifications to the Settlement Agreement by Georgia Advocacy Office, Inc. re 145 Status Report (Norris, Joshua) (Entered: 08/23/2012) |
| 08/27/2012 | 149 | ORDER DIRECTING the Clerk to make an interim payment to the Independent Reviewer, Elizabeth Jones, Fieldstone Partnership, Inc., 1155 N. La Cienega Blvd. No. 1204, West Hollywood, CA 90069 in the amount of $76,411.37. This payment shall be made from the monies deposited by the State of Georgia into the Registry of the Court pursuant to Section VI(I)(2) of the court's October 29, 2010 order Doc. No. 115 . Signed by Judge Charles A. Pannell, Jr on 8/27/2012. (Attachments: # 1 Statement of Fees)(adg) (Entered: 08/27/2012) |
| 08/28/2012 | 150 | Minute Entry for proceedings held before Judge Charles A. Pannell, Jr: Status Conference held on 8/28/2012 re the proposed modifications to the settlement agreement. Court heard from counsel and Elizabeth Jones. Written order to follow. Hearing Concluded. (Court Reporter Martha Frutchey)(adg) (Entered: 08/28/2012) |
| 08/29/2012 | 151 | ORDER MODIFYING SETTLEMENT AGREEMENT re: 112 Joint MOTION for Settlement and 115 Order on Motion for Settlement. Signed by Judge Charles A. Pannell, Jr on 8/29/2012. (adg) (Entered: 08/29/2012) |
| 09/10/2012 | 152 | Certification of Consent to Substitution of Counsel. Jennifer Dalton replacing attorney Mark J. Cicero and Jason S. Naunas. (Dalton, Jennifer) (Entered: 09/10/2012) |
| 09/18/2012 | | Funds Deposited per Order: $ 21,057.05, receipt number 100049346 (adg) (Entered: 09/19/2012) |

**Exhibit 1**

| 09/19/2012 | 153 | ORDER DIRECTING the Clerk to make an interim payment to the Independent Reviewer, Elizabeth Jones, Fieldstone Partnership, Inc., 1155 N. La Cienega Blvd. No. 1204, West Hollywood, CA 90069 in the amount of $21,057.05. This payment shall be made from the monies deposited by the State of Georgia into the Registry of the Court pursuant to Section VI(I)(2) of the court's October 29, 2010 order Doc. No. 115 . Signed by Judge Charles A. Pannell, Jr on 9/19/2012. (Attachments: # 1 Statement of Fees)(adg) (Entered: 09/19/2012) |
| 09/20/2012 | 154 | NOTICE by The State of Georgia ex rel, The United States of America *Joint Filing of the Report of the Independent Reviewer* (Cohen, Mark) (Entered: 09/20/2012) |
| 09/21/2012 | 155 | APPLICATION for Admission of Katherine Houston Pro Hac Vice by The United States of America. (Hughes, Aileen) (Entered: 09/21/2012) |
| 09/26/2012 |  | APPROVAL by Clerks Office re: 155 APPLICATION for Admission of Katherine Houston Pro Hac Vice. Attorney Katherine Houston added appearing on behalf of The United States of America (pb) (Entered: 09/26/2012) |
| 09/27/2012 | 156 | TRANSCRIPT of Proceedings held on 8/28/12 (Motion Hrg), before Judge Charles A. Pannell, Jr. Court Reporter/Transcriber Martha J. Frutchey, Telephone number 404-215-1573. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 10/18/2012. Redacted Transcript Deadline set for 10/29/2012. Release of Transcript Restriction set for 12/26/2012. (Attachments: # 1 Notice of Filing Transcript) (pjm) (Entered: 09/27/2012) |
| 09/27/2012 | 157 | NOTICE by The United States of America *of Consent to Withdrawal* (Morse, Thomas) (Entered: 09/27/2012) |
| 09/27/2012 | 158 | ORDER GRANTING 155 Application for Admission Pro Hac Vice of Katherine Houston. Signed by Judge Charles A. Pannell, Jr on 9/27/2012. (adg) (Entered: 09/28/2012) |
| 10/10/2012 |  | Funds Deposited per 159 Order in the amount of $8,708.82, receipt number GAN100049955. (jtj) (Entered: 10/12/2012) |
| 10/12/2012 | 159 | ORDER DIRECTING Clerk to make an interim payment to the Independent Reviewer, Elizabeth Jones, Fieldstone Partnership, Inc., in the amount of $8,708.82. This payment shall be made from the monies deposited by the State of Georgia into the Registry of the Court pursuant to Section VI(I)(2) of the court's October 29, 2010 order. Signed by Judge Charles A. Pannell, Jr. on 10/12/2012. (Attachments: # 1 Statement of Fees and Expenses)(dfb) (Entered: 10/12/2012) |
| 10/12/2012 |  | Clerks Certificate of Mailing. Copy of 159 Order sent to Elizabeth Jones. (dfb) (Entered: 10/12/2012) |
| 11/20/2012 | 160 | ORDER DIRECTING the Clerk to make an interim payment to the Independent Reviewer, Elizabeth Jones, Fieldstone Partnership, Inc., 1155 N. La Cienega Blvd. No. 1204, West Hollywood, CA 90069 in the amount of $1,636.26. This payment shall be made from the monies deposited by the State of Georgia into the Registry of the Court pursuant to Section VI(I)(2) of the court's October 29, 2010 order 115 . Signed by Judge Charles A. Pannell, Jr. on 11/20/12. (Attachments: # 1 Statement of Fees and Expenses)(cem) (Entered: 11/20/2012) |

**Exhibit 1**

| | | |
|---|---|---|
| 11/20/2012 | | Clerks Certificate of Mailing as to Katherine Houston re 160 Order. (cem) (Entered: 11/20/2012) |
| 11/20/2012 | | Funds Deposited per 160 Order: $ 1636.26, receipt number 51008. (cem) (Entered: 11/20/2012) |
| 12/11/2012 | 161 | ORDER DIRECTING the Clerk to make an interim payment to the Independent Reviewer, Elizabeth Jones, Fieldstone Partnership, Inc., 1155 N. La Cienega Blvd. No. 1204, West Hollywood, CA 90069. This payment shall be made from the monies deposited by the State of Georgia into the Registry of the Court pursuant to Section VI(I)(2) of the court's October 29, 2010 order 115 . Signed by Judge Charles A. Pannell, Jr. on 12/11/12. (cem) (Additional attachment(s) added on 12/11/2012: # 1 Statement of Fees and Expenses) (cem). (Entered: 12/11/2012) |
| 12/14/2012 | | Funds Deposited per Order: 161 $ 10,483.90, receipt number 51706. (cem) (Entered: 12/14/2012) |
| 01/28/2013 | | Funds Deposited per Order: $ 7,282.61, receipt number 100052750 (adg) (Entered: 01/29/2013) |
| 01/29/2013 | 162 | ORDER DIRECTING the Clerk to make an interim payment to the Independent Reviewer,Elizabeth Jones, Fieldstone Partnership, Inc., 1155 N. La Cienega Blvd. No. 1204, West Hollywood, CA 90069 in the amount of $7,282.61. This payment shall be made from the monies deposited by the State of Georgia into theRegistry of the Court pursuant to Section VI(I)(2) of the court's October 29,2010 order Doc. No. 115 . Signed by Judge Charles A. Pannell, Jr on 1/29/2013. (Attachments: # 1 Statement of Fees)(adg) (Entered: 01/29/2013) |
| 02/20/2013 | 163 | ORDER DIRECTING the Clerk to make an interim payment to the Independent Reviewer, Elizabeth Jones, Fieldstone Partnership, Inc., 1155 N. La Cienega Blvd. No. 1204, West Hollywood, CA 90069 in the amount of $17,305.80. This payment shall be made from the monies deposited by the State of Georgia into the Registry of the Court pursuant to Section VI(I)(2) of the court's October 29,2010 order Doc. No. 115 . Signed by Judge Charles A. Pannell, Jr on 2/20/2013. (Attachments: # 1 Statement of Fees)(adg) (Entered: 02/20/2013) |
| 02/21/2013 | | Funds Deposited per Order: $ 17,305.80, receipt number 100053459 (adg) (Entered: 02/22/2013) |
| 03/20/2013 | | Funds Deposited per Order: $ 7,066.07, receipt number 100054263 (adg) (Entered: 03/21/2013) |
| 03/21/2013 | 164 | ORDER DIRECTING the Clerk to make an interim payment to the Independent Reviewer, Elizabeth Jones, Fieldstone Partnership, Inc., 1155 N. La Cienega Blvd. No. 1204, West Hollywood, CA 90069 in the amount of $7,066.07. This payment shall be made from the monies deposited by the State of Georgia into the Registry of the Court pursuant to Section VI(I)(2) of the court's October 29,2010 order Doc. No. 115 Signed by Judge Charles A. Pannell, Jr on 3/21/2013. (Attachments: # 1 Statement of Fees)(adg) (Entered: 03/21/2013) |
| 04/04/2013 | 165 | NOTICE Of Filing Joint Filing of Budget of Independent Reviewer by The United States of America (Koch, Robert) (Entered: 04/04/2013) |
| 04/17/2013 | 166 | ORDER DIRECTING the Clerk to make an interim payment to the Independent Reviewer, Elizabeth Jones, Fieldstone Partnership, Inc., 1155 N. La Cienega Blvd. No. |

**Exhibit 1**

| | | |
|---|---|---|
| | | 1204, West Hollywood, CA 90069 in the amount of $9,626.34. This payment shall be made from the monies deposited by the State of Georgia into the Registry of the Court pursuant to Section VI(I)(2) of the court's October 29,2010 order Doc. No. 115 . Signed by Judge Charles A. Pannell, Jr on 4/17/2013. (Attachments: # 1 Statement of Fees)(adg) (Entered: 04/18/2013) |
| 04/23/2013 | | Funds Deposited per Order: $ 9,626.34, receipt number 100055165 (adg) (Entered: 04/25/2013) |
| 05/08/2013 | 167 | ORDER DIRECTING the Clerk to make an interim payment to the Independent Reviewer, Elizabeth Jones, Fieldstone Partnership, Inc., 1155 N. La Cienega Blvd. No. 1204, West Hollywood, CA 90069 in the amount of $21,542.49. This payment shall be made from the monies deposited by the State of Georgia into the Registry of the Court pursuant to Section VI(I)(2) of the court's October 29,2010 order Doc. No. 115 . Signed by Judge Charles A. Pannell, Jr on 5/8/2013. (Attachments: # 1 Statement of Fees)(adg) (Entered: 05/09/2013) |
| 05/14/2013 | | Funds Deposited per Order: $ 21,542.49, receipt number 100055791 (adg) (Entered: 05/16/2013) |
| 06/24/2013 | 168 | ORDER DIRECTING the Clerk to make an interim payment to the Independent Reviewer, Elizabeth Jones, Fieldstone Partnership, Inc., 1155 N. La Cienega Blvd. No. 1204, West Hollywood, CA 90069 in the amount of $47,332.71. This payment shall be made from the monies deposited by the State of Georgia into the Registry of the Court pursuant to Section VI(I)(2) of the court's October 29,2010 order Doc. No. 115 . (ddm) (Additional attachment(s) added on 6/25/2013: # 1 Statement of Fees and Expenses) (adg). (Entered: 06/24/2013) |
| 07/12/2013 | 169 | ORDER DIRECTING the Clerk to make an interim payment to the Independent Reviewer, Elizabeth Jones, Fieldstone Partnership, Inc., 1155 N. La Cienega Blvd. No. 1204, West Hollywood, CA 90069 in the amount of $24,818.09. This payment shall be made from the monies deposited by the State of Georgia into the Registry of the Court pursuant to Section VI(I)(2) of the court's October 29,2010 order Doc. No. 115 . Signed by Judge Charles A. Pannell, Jr on 7/12/2013. (Attachments: # 1 Statement of Fees and Expenses)(adg) (Entered: 07/12/2013) |
| 07/22/2013 | 170 | Joint MOTION for Order *to Modify the Agreement* by The United States of America. (Koch, Robert) (Entered: 07/22/2013) |
| 07/26/2013 | 171 | ORDER GRANTING 170 Motion to Modify 112 115 & 151 Settlement Agreement.. Signed by Judge Charles A. Pannell, Jr on 7/26/2013. (adg) (Entered: 07/26/2013) |
| 08/15/2013 | 172 | ORDER the Clerk to make an interim payment to the Independent Reviewer, Elizabeth Jones, Fieldstone Partnership, Inc., 1155 N. La Cienega Blvd. No. 1204, West Hollywood, CA 90069 in the amount of $73,117.49. This payment shall be made from the monies deposited by the State of Georgia into the Registry of the Court pursuant to Section VI(I)(2) of the court's October 29,2010 order Doc. No. 115 . Signed by Judge Charles A. Pannell, Jr on 8/15/2013. (Attachments: # 1 Statement of Fees and Expenses)(adg) (Entered: 08/15/2013) |
| 08/16/2013 | | Funds Deposited per Order: $ 73,117.49, receipt number 100058181 (adg) (Entered: 08/20/2013) |

**Exhibit 1**

| | | |
|---|---|---|
| 09/06/2013 | 173 | ORDER OF DISBURSEMENT of Funds. The Clerk is DIRECTED to make an interim payment to the Independent Reviewer, Elizabeth Jones, Fieldstone Partnership, Inc., 1155 N. La Cienega Blvd. No. 1204, West Hollywood, CA 90069 in the amount of $13,455.46. This payment shall be made from the monies deposited by the State of Georgia into the Registry of the Court pursuant to Section VI(I)(2) of the court's October 29, 2010 order Doc. No. 115 . Signed by Judge Charles A. Pannell, Jr on 9/6/2013. (Attachments: # 1 Billing Statement)(adg) (Entered: 09/06/2013) |
| 09/12/2013 | | Funds Deposited per Order: $ 35,359.55, receipt number 100058818 (adg) (Entered: 09/12/2013) |
| 09/17/2013 | 174 | ORDER AMENDING the 173 Order of Disbursement of Funds. The clerk is DIRECTED to make payment to Elizabeth Jone, Fieldstone Partnership, Inc.,1155 N. La Cienega Blvd. No. 1204, West Hollywood, CA 90069 in theamount of $35,359.55 This payment shall be made from the moniesdeposited by the State of Georgia into the Registry of the Court pursuant toSection VI(I)(2) of the courts October 29, 2010 order Doc. No. 115 . Signed by Judge Charles A. Pannell, Jr on 9/17/2013. (adg) Modified on 9/17/2013 (adg). (Entered: 09/17/2013) |
| 09/19/2013 | 175 | NOTICE by The State of Georgia ex rel, The United States of America *Joint Filing of the Report of the Independent Reviewer* (Koch, Robert) (Entered: 09/19/2013) |
| 10/07/2013 | 176 | ORDER OF DISBURSEMENT of Funds. The Clerk is DIRECTED to make an interim payment to the Independent Reviewer, Elizabeth Jones, Fieldstone Partnership, Inc., 1155 N. La Cienega Blvd. No. 1204, West Hollywood, CA 90069 in the amount of $36,509.37. This payment shall be made from the monies deposited by the State of Georgia into the Registry of the Court pursuant to Section VI(I)(2) of the court's October 29, 2010 order Doc. No. 115 . Signed by Judge Charles A. Pannell, Jr on 10/7/2013. (Attachments: # 1 Statement of Fees and Expenses)(adg) (Entered: 10/08/2013) |
| 10/15/2013 | | Funds Deposited per Order: $ 36,509.37, receipt number 100059584 (adg) (Entered: 10/16/2013) |
| 11/14/2013 | 177 | ORDER OF DISBURSEMENT of Funds. The Clerk is DIRECTED to make an interim payment to the Independent Reviewer, Elizabeth Jones, Fieldstone Partnership, Inc., 1155 N. La Cienega Blvd. No. 1204, West Hollywood, CA 90069 in the amount of $28,143.01. This payment shall be made from the monies deposited by the State of Georgia into the Registry of the Court pursuant to Section VI(I)(2) of the court's October 29, 2010 order Doc. No. 115 . (Attachments: # 1 Statement of fees and expenses). Signed by Judge Charles A. Pannell, Jr. on 11/14/2013. (mdy) (Entered: 11/15/2013) |
| 11/21/2013 | | Funds Deposited per Order: $ 28,143.01, receipt number 100060589 (adg) (Entered: 11/25/2013) |
| 12/04/2013 | 178 | ORDER OF DISBURSEMENT of Funds. The Clerk is DIRECTED to make an interim payment to the Independent Reviewer, Elizabeth Jones, Fieldstone Partnership, Inc., 1155 N. La Cienega Blvd. No. 1204, West Hollywood, CA 90069 in the amount of $22,529.67. This payment shall be made from the monies deposited by the State of Georgia into the Registry of the Court pursuant to Section VI(I)(2) of the court's October 29, 2010 order Doc. No. 115 . Signed by Judge Charles A. Pannell, Jr on 12/4/2013. (Attachments: # 1 Statement of Fees and Expenses)(adg) (Entered: 12/05/2013) |

**Exhibit 1**

| | | |
|---|---|---|
| 12/10/2013 | | Funds Deposited per Order: $ 22,529.87, receipt number 100061034 (adg) (Entered: 12/11/2013) |
| 01/10/2014 | 179 | ORDER OF DISBURSEMENT of Funds. The Clerk is DIRECTED to make an interim payment to the Independent Reviewer, Elizabeth Jones, Fieldstone Partnership, Inc., 1155 N. La Cienega Blvd. No. 1204, West Hollywood, CA 90069 in the amount of $20,291.12. This payment shall be made from the monies deposited by the State of Georgia into the Registry of the Court pursuant to Section VI(I)(2) of the court's October 29, 2010 order Doc. No. 115 . Signed by Judge Charles A. Pannell, Jr on 1/10/2014. (Attachments: # 1 Statement of Fees and Expenses)(adg) (Entered: 01/10/2014) |
| 01/15/2014 | | Funds Deposited per Order: $ 20,291.12, receipt number 100061919 (adg) (Entered: 01/15/2014) |
| 02/11/2014 | 180 | ORDER OF DISBURSEMENT of Funds. The Clerk is DIRECTED to make an interim payment to the Independent Reviewer, Elizabeth Jones, Fieldstone Partnership, Inc., 1155 N. La Cienega Blvd. No. 1204, West Hollywood, CA 90069 in the amount of $38,460.07. This payment shall be made from the monies deposited by the State of Georgia into the Registry of the Court pursuant to Section VI(I) (2) of the courts October 29, 2010 order Doc. No. 115 . Signed by Judge Charles A. Pannell, Jr. on 2/11/2014. (dfb) (Additional attachment added on 2/14/2014: # 1 Statement of Fees and Expenses) (dfb (Entered: 02/14/2014) |
| 02/14/2014 | 181 | ORDER OF DISBURSEMENT of Funds. The Clerk is DIRECTED to make an interim payment to the Independent Reviewer, Elizabeth Jones, Fieldstone Partnership, Inc., 1155 N. La Cienega Blvd. No. 1204, West Hollywood, CA 90069 in the amount of $6,903.45. This payment shall be made from the monies deposited by the State of Georgia into the Registry of the Court pursuant to Section VI(I) (2) of the court's October 29, 2010 order Doc. No. 115 . Signed by Judge Charles A. Pannell, Jr. on 2/14/2014. (Attachments: # 1 Statement of Fees and Expenses) (dfb) (Entered: 02/14/2014) |
| 02/18/2014 | | Funds Deposited per Order: $ 11,142.53, receipt number 100062578 (adg) (Entered: 02/19/2014) |
| 02/25/2014 | | Funds Deposited per Order: $ 27,317.54, receipt number 100062813 (adg) (Entered: 02/26/2014) |
| 03/11/2014 | 182 | NOTICE Of Filing Joint Filing of Budget Modification for the Independent Reviewer by The United States of America (Attachments: # 1 Appendix Budget Modification Sheet)(Houston, Katherine) (Entered: 03/11/2014) |
| 03/11/2014 | | Funds Deposited per Order: $ 38,256.18, receipt number 100063236 (adg) (Entered: 03/12/2014) |
| 03/12/2014 | 183 | ORDER OF DISBURSEMENT of Funds. The Clerk is DIRECTED to make an interim payment to the Independent Reviewer, Elizabeth Jones, Fieldstone Partnership, Inc., 1155 N. La Cienega Blvd. No. 1204, West Hollywood, CA 90069 in the amount of $38,256.18. This payment shall be made from the monies deposited by the State of Georgia into the Registry of the Court pursuant to Section VI(I)(2) of the court's October 29, 2010 order Doc. No. 115 . Signed by Judge Charles A. Pannell, Jr on 3/11/2014. (Attachments: # 1 Statement of Fees and Expenses)(adg) (Entered: 03/12/2014) |

**Exhibit 1**

| 03/24/2014 | 184 | NOTICE Of Filing Joint Filing of the Supplemental Report of the Independent Reviewer by The United States of America (Attachments: # 1 Supplement Attachment A - Supplemental Report of Independent Reviewer, # 2 Supplement Attachment 1, # 3 Supplement Attachment 2, # 4 Supplement Attachment 3)(Houston, Katherine) (Entered: 03/24/2014) |
| --- | --- | --- |
| 04/04/2014 | 185 | ORDER OF DISBURSEMENT of Funds. ORDER OF DISBURSEMENT of Funds. The Clerk is DIRECTED to make an interim payment to the Independent Reviewer, Elizabeth Jones, Fieldstone Partnership, Inc., 1155 N. La Cienega Blvd. No. 1204, West Hollywood, CA 90069 in the amount of $8,145.90. This payment shall be made from the monies deposited by the State of Georgia into the Registry of the Court pursuant to Section VI(I)(2) of the court's October 29, 2010 order Doc. No. 115 . Signed by Judge Charles A. Pannell, Jr on 4/4/2014. (Attachments: # 1 Statement of Fees and Expenses)(adg) (Entered: 04/07/2014) |
| 04/09/2014 | | Funds Deposited per Order: $ 8,145.90, receipt number 100064016 (adg) (Entered: 04/09/2014) |
| 04/23/2014 | 186 | NOTICE Of Filing Joint Filing of Budget of Independent Reviewer by The United States of America (Houston, Katherine) (Entered: 04/23/2014) |
| 05/09/2014 | 187 | ORDER OF DISBURSEMENT of Funds. The Clerk is DIRECTED to make an interim payment to the Independent Reviewer, Elizabeth Jones, Fieldstone Partnership, Inc., 1155 N. La Cienega Blvd. No. 1204, West Hollywood, CA 90069 in the amount of $10,249.32. This payment shall be made from the monies deposited by the State of Georgia into the Registry of the Court pursuant to Section VI(I)(2) of the court's October 29, 2010 order Doc. No. 115 . Signed by Judge Charles A. Pannell, Jr on 5/9/2014. (Attachments: # 1 Statement of Fees and Expenses)(adg) (Entered: 05/12/2014) |
| 05/19/2014 | | Funds Deposited per Order: $ 10,249.32, receipt number 100064982 (adg) (Entered: 05/20/2014) |
| 06/10/2014 | 188 | ORDER OF DISBURSEMENT of Funds. The Clerk is DIRECTED to make an interim payment to the Independent Reviewer, Elizabeth Jones, Fieldstone Partnership, Inc., 1155 N. La Cienega Blvd. No. 1204, West Hollywood, CA 90069 in the amount of $19,090.21. This payment shall be made from the monies deposited by the State of Georgia into the Registry of the Court pursuant to Section VI(I)(2) of the court's October 29, 2010 order Doc. No. 115 . Signed by Judge Charles A. Pannell, Jr on 6/10/2014. (Attachments: # 1 Statement of Fees and Expenses)(adg) (Entered: 06/11/2014) |
| 06/16/2014 | | Funds Deposited per Order: $19,090.21, receipt number GAN100065658. (bdb) (Entered: 06/17/2014) |

| **PACER Service Center** | | |
| --- | --- | --- |
| **Transaction Receipt** | | |
| 07/02/2014 19:21:30 | | |
| **PACER Login:** | dh0088 | **Client Code:** | doj |
| **Description:** | Docket Report | **Search Criteria:** | 1:10-cv-00249-CAP |
| **Billable Pages:** | 20 | **Cost:** | 2.00 |

**Exhibit 1**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. |
| | ) | 1:10-CV-249-CAP |
| THE STATE OF GEORGIA, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| —————————————————— | ) | |

**JOINT MOTION TO ENTER THE PARTIES'
SETTLEMENT AGREEMENT**

Plaintiff United States and Defendants State of Georgia, et al., having

entered into a Settlement Agreement, jointly move this Court to enter the

Proposed Order Entering the Parties' Settlement Agreement pursuant to

Federal Rule of Civil Procedure 41(a)(2).  The Settlement Agreement is

attached as Exhibit A.

The Parties respectfully request that the Court conditionally dismiss

the above-titled action pursuant to Federal Rule of Civil Procedure 41(a)(2)

and retain jurisdiction to enforce the Settlement Agreement.  See Am.

Disability Ass'n v. Chmielarz, 289 F.3d 1315, 1320 (11th Cir. 2002) ("[I]f the

district court either incorporates the terms of a settlement into its final order

**Exhibit 2**

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | **CIVIL ACTION NO.:** |
| Plaintiff, | ) | |
| | ) | **1:10-CV-0249-CAP** |
| | ) | |
| vs. | ) | |
| | ) | |
| THE STATE OF GEORGIA et al., | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

*AMICI CURIAE*'S COMMENTS ON THE PARTIES' PROPOSED
MODIFICATIONS TO THE SETTLEMENT AGREEMENT

The *amici curiae* thank the Court for the opportunity to comment on the

proposed modifications to the Settlement Agreement [Dkt. 112, pp. 10-50] in the

above-captioned case.

The Settlement Agreement obliges Georgia to greatly increase its community-

based services for serving people with mental illness and people with developmental

disabilities.  As the Court knows, through their counsel *amici* participated

significantly in the parties' negotiations before the Court entered the Agreement.

*Amici* and their counsel regularly met with the parties to share insights borne of

decades of experience working with and advocating on behalf of people with

**Exhibit 3**

obligations, and requiring the State to implement her recommendations; and

- meeting regularly (at least quarterly) with *amici* to discuss settlement
  implementation work.

The amici also urge the Court to convene regular (at least annual) status conferences
so that the parties and Ms. Jones can report on implementation progress.

**ACT Services**

The parties acknowledge that some of the Assertive Community Treatment
teams required by the Agreement "struggled … with delivering this vital, intensive,
and integrated service." Joint Status Report at 3 [Dkt. 145]. The failures over the
past year of many of the State's ACT teams has meant that persons with serious and
persistent mental illness who were supposed to receive ACT services to support them
in living safely and independently in their own homes either did not get these
services or received ineffective services.

ACT is "a way of delivering comprehensive and effective services" to
individuals with mental illness or co-occurring disabilities "with the most challenging
and persistent problems."[2] ACT services, which are provided by a transdisciplinary

---

[2] U.S. Dep't of Health & Human Servs., Substance Abuse and Mental Health
Servs. Admin., Assertive Community Treatment (ACT) Evidence-Based Practices
(EBP) Kit (Oct. 2008), *at* http://store.samhsa.gov/product/Assertive-Community-
Treatment-ACT-Evidence-Based-Practices-EBP-KIT/SMA08-4345.

**Exhibit 3**

Case 3:12-cv-02265-SI   Document 85-1   Filed 07/02/14   Page 30 of 64
Case 1:10-cv-02265-CAP   Document 156   Filed 07/02/14   Page 1 of 64

Page 1

```
            IN THE UNITED STATES DISTRICT COURT
          FOR THE NORTHERN DISTRICT OF GEORGIA
                    ATLANTA DIVISION


THE UNITED STATES OF          )
AMERICA,                      )
                              )
                              )
         Plaintiff;           )
                              )
vs.                           )        CASE NO. 1:10-CV-249 CAP
                              )
THE STATE OF GEORGIA,         )
et al.,                       )
                              )
         Defendant.           )



                    MOTION HEARING


                  August 28, 2012


         BEFORE THE HON. CHARLES A. PANNELL, JR.



APPEARANCES:

ON BEHALF OF PLAINTIFF:    Mr. Robert Koch
                           Ms. Katherine Houston
                           Mr. Jonathan Smith


ON BEHALF OF DEFENDANT:    Mr. Mark Howard Cohen
                           Mr. Josh Belinfante

ON BEHALF OF AMICI:        Mr. Joshua H. Norris


                  Reported by:
              Martha J. Frutchey
             U.S. District Reporter
          Room 2314, U.S. Courthouse
              75 Spring Street, SW.
          Atlanta, Georgia  30303-3369
                (404) 215-1573
```

**Exhibit 4**

1   because I think he's going to have meetings with the

2   stakeholders who are interested in this agreement throughout his

3   term.  I should also point out that with him when he came into

4   office, he appointed as a deputy commissioner Judy Fitzgerald.

5   Now, who is Judy Fitzgerald?  Judy Fitzgerald was a member of

6   advocacy community.  She was the executive director of the

7   National Mental Health Association of Georgia.  She was the

8   assistant director of the Carter Center Mental Health program at

9   one time.  So that's a pretty good indication of where this

10  leadership is going to be coming from with respect to inviting

11  participatory comments with respect to the stakeholders.

12        So we would ask that he have that opportunity to prove

13  that to both the *amici* and to the Court without being ordered to

14  do so on a particular basis.

15        Finally, with respect to the request that we have

16  regular status conferences with this Court.  Again, when the

17  parties agreed on the settlement agreement, we put in a

18  procedure if there were any allegations of non compliance with

19  respect to the United States.  And the procedure we put in place

20  was let's try to work this out before we come to the Court.  So

21  there is a procedure whereby if the Justice Department alleges

22  non compliance, they give us notice.  We have an opportunity to

23  cure, if you will, to present corrective action plans and try to

24  work out an acceptable solution without coming to this Court.

25  If we are unable to, we may have to come to this Court.  We have

1   not even come close to that as of yet.  We have not even come to

2   any allegation of non compliance that the United States has

3   served on us just as yet.

4        So rather than have conferences with this Court when we

5   don't need to involve this Court, we would suggest to you that

6   let the parties continue to try to work out these differences

7   themselves.  I have no problem personally in meeting with the

8   *amici* myself, but I'll you, they don't need to meet with me.

9   I'm a lawyer.  They need to have access to the professionals at

10  the Department, and they are going to have that.  The last thing

11  we need to do, frankly, is have a bunch of lawyers in a room

12  together talking about mental health and developmental

13  disability.  What we need to do is to have the people that know

14  the area and know what they are doing, let them have access to

15  those people, and they will.

16        So rather than having to come to this Court to have a

17  bunch of lawyers talking about the legalities of whether the

18  agreement looks like it is being complied with, looks like it is

19  not being complied with, we have got procedures in place to deal

20  with that, and we would ask Your Honor to allow the parties to

21  continue what they have done in the last couple of years of this

22  agreement, I think rather successfully, and not involve the

23  Court, unless we need the Court's assistance to resolve the

24  disputed issue.  And I would say from the *amici* standpoint, if

25  they feel there is something in the future that rises to the

1   <u>level where they are unable to talk to the parties in this case</u>
2   <u>about it to their satisfaction, they always have the right to</u>
3   <u>file something with this Court to ask for a hearing if it's</u>
4   <u>needed.</u>  It is not right now, so I would ask this Court not to
5   set that up on a definitive schedule.

6          THE COURT:  Let me see.  I have a note somewhere about
7   this interim report.  Tell me more.  I'm doing this interim
8   report?

9          MR. COHEN:  I think what you are talking about, Your
10  Honor, is the proposed modification with respect to the quality
11  management plan.  We are supposed to, by July 1st, which is
12  past, and I think Ms. Jones would say we have done this, need to
13  have an updated quality management plan, and there is a
14  provisional quality management system report that would be due
15  October 1st under this proposed modification.  The reason the
16  parties agreed to this was the reports that are rated by Ms.
17  Jones, if you will, for compliance, are to come out every six
18  months, but because we are delaying the effectiveness of the
19  quality management system, we agreed to do an interim report
20  October 1st that is not subject to review by Ms. Jones, because
21  it's coming out in a time that she's actually not going to be
22  doing reviews, but it's a public report that people can see as
23  to how the quality management system has progressed.

24          So basically it's an extra report, if you will, that the
25  parties have agreed to, given they are putting off the formal

1   convene an annual status conference.  Well, I'll be honest with

2   you.  I have been involved in a lot of government, and just to

3   have meetings for meetings' sake isn't my bag.  If there is a

4   reason to have a status conference, we'll have one, but just to

5   say we are going to have an annual status conference, I'm not

6   sure that is necessary.

7        MR. NORRIS:  Your Honor, I believe that if the status

8   conference was timed with the release of Ms. Jones' annual

9   report.

10        THE COURT:  Well, now, if she puts out an annual report

11  that indicates there is real problems, then there may be the

12  necessity of a status conference.

13        MR. NORRIS:  Okay.

14        THE COURT:  I'm not counting out a status conference,

15  but just to say we are going to have annual status conferences,

16  everybody bring lunch and we'll have a picnic on the grounds, I

17  have other things on my calendar.

18        MR. NORRIS:  Absolutely, Your Honor, and I'm not

19  interested in wasting anybody's time.  I just think that there

20  is an opportunity then at those kinds of moments to discuss any

21  significant issues that need to be addressed.

22        THE COURT:  On page 5 of your brief you oppose the

23  delay, institute of QMS from January 1st, State wants until July

24  1st.  Well, both of those dates have come and gone.  I can't

25  require them to put it in by January 1st, 2012, because that's

Case 3:12-cv-02265-SI   Document 85-1   Filed 07/02/14   Page 35 of 64
Case 3:10-cv-02265-SI   Document 85-6   Filed 07/02/14   Page 35 of 64

Page 42

1          MR. KOCH:  Yes, Your Honor.  Your Honor, I just wanted

2     to add, you know that the Justice Department has not hesitated

3     to hold the State's feet to the fire in this case previously.

4     If these modifications don't work, if the State doesn't comply

5     with the settlement agreement, if people are not kept safe and

6     served appropriately, then we will hold the State accountable.

7     Thank you.

8          THE COURT:  All right.  Thank you.  Anybody else while

9     the record is open?  All right.  I will send you an Order.

10    Thank you very much.

11

12                      C E R T I F I C A T E

13

          I, Martha J. Frutchey, do hereby certify that I am a U.S.
14
     District Court Reporter for the Northern District of Georgia,
15
     Atlanta Division; that I reported the foregoing and the same is
16
     a true and accurate transcription of my shorthand notes as
17
     taken aforesaid.
18

19

20          _____

             Martha J. Frutchey
21

22

23

24

25

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| UNITED STATES, | |
|       Plaintiff, | CIVIL ACTION |
|    v. | NO. 1:10-CV-249-CAP |
| STATE OF GEORGIA, | |
|       Defendant. | |

**O R D E R**

For good cause shown, and in consideration of the status conference at which the Parties proposed modifications to the Settlement Agreement [Docket Nos. 112 & 115], the court hereby MODIFIES the Settlement Agreement as follows:

Section III.B.2.a.i(A):

ACT is a service that delivers comprehensive, individualized, and flexible treatment, support, and rehabilitation to individuals where they live and work. ACT is provided through a multidisciplinary team that shall include a psychiatrist, nurse, professional counselor, case worker, substance abuse specialist, vocational rehabilitation specialist, and peer specialist. Services are highly individualized and customized, and address the constantly changing needs of the individual over time. Among the services that ACT teams provide are: case management, initial and ongoing assessments, psychiatric services, assistance with employment and housing, family support and education, substance

**Exhibit 5**

abuse services, crisis services, and other services and supports critical to an individual's ability to live successfully in the community. The ACT team also will have a team leader who supervises team members, organizes team functions, and provides direct clinical services to ACT consumers.

Section III.B.2.a.i(G):

All ACT teams will operate with fidelity to the Dartmouth Assertive Community Treatment model. In order to provide the State with the flexibility to correct any perceived deficiencies in the ACT teams required to be created under this Agreement, the Independent Reviewer shall examine and review the performance of the ACT teams by July 1, 2012, but shall not make a determination of whether they operate with fidelity to the Dartmouth model until July 1, 2013. In addition, the State shall conduct a root cause analysis and develop a corrective action plan by September 1, 2012, regarding any perceived deficiencies in the ACT teams; the corrective action plan shall include timelines and provide for quarterly reporting on corrective actions until July 1, 2013.

Section IV:

A. By July 1, 2012, the State shall institute a quality management system regarding community services for the target populations specified in this Agreement. The quality management system shall perform annual quality service reviews of samples of

2

**Exhibit 5**

community providers, including face-to-face meetings with individuals, residents, and staff and reviews of treatment records, incident/injury data, and key-indicator performance data. The system's review shall include:

1.   The implementation of the plan regarding cessation of admissions for persons with developmental disabilities to the State Hospitals.

2.   The service requirements of this Agreement.

3.   The contractual compliance of community service boards and/or community providers.

4.   The network analysis.

B. The State's quality management system regarding community services shall analyze key indicator data relevant to the target population and services specified in this Agreement to measure compliance with the State's policies and procedures.

C. Beginning on February 1, 2013 and ending on February 1, 2015, the State's quality management system shall create a report at least once every six months summarizing quality assurance activities, findings, and recommendations. The State shall also provide an updated quality management plan by July 1, 2012, and a provisional quality management system report by October 1, 2012. The provisional quality management system report shall not be subject to review by the Independent Reviewer under Section VI.B of

3

**Exhibit 5**

this Settlement Agreement. The State shall make all quality management reports publicly available on the DBHDD website.

In addition, the court has considered the Amici Curiae's comments. Ms. Jones, the independent reviewer, needs no further authorization by the court to make recommendations regarding implementation of ACT and QMS to the State of Georgia officials. The court will not "require" the State of Georgia to implement her recommendations without further order. Nor will the court require Ms. Jones to oversee and coordinate training and technical assistance. Her role shall remain independent reviewer. All parties are encouraged to meet with the Amici for their recommendations. Since all parties believe Commissioner Berry will do so, no further order is needed. <u>The court declines at this time to schedule annual status conferences with the parties, unless requested by the parties or the independent reviewer.</u>

SO ORDERED, this 29th day of August, 2012.

<u>/s/ Charles A. Pannell, Jr.</u>
CHARLES A. PANNELL, JR.
United States District Judge

4

**Exhibit 5**

CLOSED

# U.S. District Court
# United States District Court for the Western District of Washington (Seattle)
# CIVIL DOCKET FOR CASE #: 2:09-cv-00059-RAJ

United States of America v. King County Washington et al
Assigned to: Judge Richard A Jones
Cause: 28:1331 Fed. Question

Date Filed: 01/15/2009
Date Terminated: 02/26/2009
Jury Demand: None
Nature of Suit: 440 Civil Rights: Other
Jurisdiction: U.S. Government Plaintiff

**Plaintiff**

**United States of America**       represented by   **Jeffrey C Sullivan**
US ATTORNEY'S OFFICE (SEA)
700 STEWART ST
STE 5220
SEATTLE, WA 98101-1271
206-553-7970
Email: ECF-CRM.USAWAW@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joshua C Delaney**
DEPARTMENT OF JUSTICE
CIVIL RIGHTS DIVISION
950 PENNSYLVANIA AVE
WASHINGTON, DC 20530
202-616-2446
Email: joshua.delaney@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kelly L Harris**
US ATTORNEY'S OFFICE (SEA)
700 STEWART ST
STE 5220
SEATTLE, WA 98101-1271
206-553-7970
Email: ECF-CRM.USAWAW@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Marina Mazor**
US DEPT. OF JUSTICE
950 PENNSYLVANIA AVE NW
WASHINGTON, DC 20530
202-305-3347
Email: marina.mazor@usdoj.gov

**Exhibit 6**

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Amie S. Murphy**
US DEPARTMENT OF JUSTICE (CIVIL
RIGHTS)
950 PENNSYLVANIA AVE NW
RM 4040-PHB
WASHINGTON, DC 20530
202-616-3468
Email: amie.murphy@usdoj.gov
*TERMINATED: 08/13/2009*

V.
**Defendant**

**King County Washington**                represented by   **John M Gerberding**
                                                            KING COUNTY COURTHOUSE
                                                            CIVIL DIVISION
                                                            516 3RD AVE
                                                            E550
                                                            SEATTLE, WA 98104-2312
                                                            206-296-9015
                                                            Fax: FAX 296-0191
                                                            Email: john.gerberding@kingcounty.gov
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

**Defendant**

**Ron Sims**                               represented by   **John M Gerberding**
*King County Executive, in his official*                    (See above for address)
*capacity only*                                             *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|------------|---|-------------|
| 01/15/2009 | 1 | COMPLAINT against defendants (NO Summons(es) issued)(Receipt # Fee Waived (USA)), filed by United States of America. (Attachments: # 1 Civil Cover Sheet)(PM) (Entered: 01/16/2009) |
| 01/15/2009 | 2 | Letter (CERTIFICATE OF THE ATTORNEY GENERAL) from Attorney General Michael B. Mukasey re 1 Complaint. (PM) (Entered: 01/16/2009) |
| 01/15/2009 | 3 | NOTICE of Appearance by attorney Joshua C Delaney, Marina Mazor, Amie S. Murphy (not conditionally admitted) . on behalf of Plaintiff United States of America. (PM) Modified on 2/17/2009 (CL). (Entered: 01/16/2009) |
| 01/15/2009 | 4 | JOINT MOTION FOR CONDITIONAL DISMISSALby Plaintiff United States of America, Defendants King County Washington, Ron Sims. (PM) (Additional attachment(s) added on 1/16/2009: # 1 Proposed Order) (PM). (Entered: 01/16/2009) |

**Exhibit 6**

| 01/16/2009 | | NOTICE of Docket Text Modification re 4 MOTION to Dismiss : Attached Proposed Order (PM) (Entered: 01/16/2009) |
| 01/23/2009 | 5 | NOTICE of Appearance by attorney John M Gerberding on behalf of Defendants King County Washington, Ron Sims. (Gerberding, John) (Entered: 01/23/2009) |
| 02/13/2009 | | Set Hearing: *TELEPHONE CONFERENCE* set for 2/19/2009 at 11:00 AM before Judge Richard A. Jones. (VE) (Entered: 02/13/2009) |
| 02/19/2009 | 6 | MINUTE ENTRY for proceedings held before Judge Richard A. Jones - Dep Clerk: *Victoria Ericksen*; Pla Counsel: *Joshua Delaney, Kelly Harris, Daniel Weiss, Amie Murphy, Marina Mazor*; Def Counsel: *John Gerberding*; CR: *Barry Fanning*; **TELEPHONE CONFERENCE** regarding the parties' Joint Motion for Conditional Dismissal held on 2/19/2009. The Court reserves ruling pending further input from the parties. (VE) (Entered: 02/19/2009) |
| 02/23/2009 | | Noting Date Set/Reset re 4 MOTION to Dismiss : Noting Date 3/9/2009. The parties shall submit further input on their joint motion to dismiss no later than March 9, 2009. (JJ) (Entered: 02/23/2009) |
| 02/26/2009 | 7 | ORDER by Judge Richard A Jones. The Court GRANTS 4 Joint Motion for Conditional Dismissal. This case is dismissed without prejudice.(CL) (Entered: 02/26/2009) |
| 08/13/2009 | 8 | NOTICE OF WITHDRAWAL OF COUNSEL: Attorney Amie S. Murphy for Plaintiff United States of America. (Murphy, Amie) (Entered: 08/13/2009) |

| **PACER Service Center** | | | |
| --- | --- | --- | --- |
| **Transaction Receipt** | | | |
| 07/02/2014 16:30:49 | | | |
| **PACER Login:** | dh0088 | **Client Code:** | doj |
| **Description:** | Docket Report | **Search Criteria:** | 2:09-cv-00059-RAJ |
| **Billable Pages:** | 2 | **Cost:** | 0.20 |

**Exhibit 6**

_____ ENTERED
_____ LODGED _____ RECEIVED

JAN 15 2009    DJ

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
DEPUTY

IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Civil Action No. |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **CV9  0059** *PAJ* |
| | ) | |
| KING COUNTY, et al., | ) | **JOINT MOTION FOR** |
| | ) | **CONDITIONAL** |
| Defendants. | ) | **DISMISSAL** |
| | ) | |
| | ) | |
| | ) | |
| | ) | |

The United States, Plaintiff, and King County, et al.,
Defendants, have determined that the interests of all concerned
parties can best be served by entering into the Memorandum of
Agreement attached as Exhibit A to this Motion, concerning the
implementation of needed improvements in the operation of the King
County Correctional Facility.  In recognition of these interests and
to avoid adversarial litigation, the parties jointly move this Court
for entry of an Order conditionally dismissing this action, pursuant
to Fed. R. Civ. P. 41(a)(2), conditional upon Defendants achieving
substantial compliance with the terms of the Memorandum of Agreement
within three years.

The parties respectfully request that the Court place this case
on its inactive docket for a period of three years while retaining
jurisdiction over the case until a final dismissal with prejudice is
entered.



**09-CV-00059-M**

**Exhibit 7**

DATED this ___ day of _January_, 2008.

Respectfully submitted,

JEFFREY C. SULLIVAN
United States Attorney

GRACE CHUNG BECKER
Acting Assistant Attorney General
Civil Rights Division

KELLY L. HARRIS
Assistant U.S. Attorney
Office of the U.S. Attorney
700 Stewart Street
Suite 5220
Seattle, Washington  98101-1271
(206) 553-7970

SHANETTA Y. CUTLAR
Chief

DANIEL H. WEISS
Deputy Chief

JOSHUA C. DELANEY
AMIE S. MURPHY
MARINA MAZOR
Trial Attorneys
U.S. Department of Justice
Civil Rights Division
Special Litigation Section
950 Pennsylvania Ave, NW
Washington, DC  20530
(202) 616-2446
(202) 514-0212 (fax)

FOR KING COUNTY:

JOHN GERBERDING
Senior Deputy Prosecuting Attorney
King County Prosecuting Attorney's
  Office
W554 King County Courthouse
516 Third Avenue
Seattle, WA  98104
(206) 205-0985

2

**Exhibit 7**

HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

      Plaintiff,

    v.

KING COUNTY, et al.,

      Defendants.

CASE NO. C09-0059RAJ

ORDER

The court has reviewed the parties' joint motion for conditional dismissal (Dkt. # 4). The parties invoke Fed. R. Civ. P. 41(a)(2) and request that the court dismiss this action with two conditions. First, King County must comply with the terms of a Memorandum of Agreement that the parties have already entered. Second, the United States must be permitted, for three years from the date of this order, to seek relief in this court if King County does not comply with the Memorandum of Agreement.

Having reviewed the complaint in this matter and the Memorandum of Agreement, the court finds that the conditions the parties request are appropriate, and GRANTS the motion. This matter is therefore dismissed without prejudice, subject to the conditions stated above.

DATED this 26th day of February, 2009.

The Honorable Richard A. Jones
United States District Judge

ORDER – 1

**Exhibit 8**

CASECLOSED

# United States District Court
## District of Puerto Rico (San Juan)
## CIVIL DOCKET FOR CASE #: 3:12-cv-02039-GAG

USA v. Commonwealth of Puerto Rico et al
Assigned to: Judge Gustavo A. Gelpi
Case in other court: 13-02079
                     13-02306
Cause: 28:1345 USA Plaintiff

Date Filed: 12/21/2012
Date Terminated: 07/18/2013
Jury Demand: None
Nature of Suit: 440 Civil Rights: Other
Jurisdiction: U.S. Government Plaintiff

**Plaintiff**

**USA**                          represented by    **Brian D. Buehler**
                                                   United States Department of Justice
                                                   Civil Rights Division
                                                   601 D Street, N.W.
                                                   Room 5421
                                                   Washington, DC 20004
                                                   202-353-1100
                                                   Fax: 202-514-4883
                                                   Email: brian.buehler@usdoj.gov
                                                   *ATTORNEY TO BE NOTICED*

                                                   **Luis E. Saucedo**
                                                   US Department of Justice
                                                   Civil Rights Division
                                                   Special Litigation Section
                                                   300 N. Los Angeles Street
                                                   Federal Bldg., Suite 7516
                                                   Los Angeles, CA 90012
                                                   202-598-0482
                                                   Fax: 202-514-4883
                                                   Email: luis.e.saucedo@usdoj.gov
                                                   *ATTORNEY TO BE NOTICED*

                                                   **Samantha K. Trepel**
                                                   United States Department of Justice
                                                   Civil Rights Division
                                                   950 Pennsylvania Ave., NW
                                                   Washington, DC 20530
                                                   202-305-3204
                                                   Fax: 202-514-4883
                                                   Email: samantha.trepel@usdoj.gov
                                                   *TERMINATED: 03/03/2014*
                                                   *ATTORNEY TO BE NOTICED*

                                                   **Sergio Perez**
                                                   United States Department of Justice

**Exhibit 9**

Civil Rights Division
601 D St., NW
Suite 5923A
Washington, DC 20004
202-305-3655
Fax: 202-514-3655
Email: sergio.perez@usdoj.gov
*TERMINATED: 03/03/2014*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Commonwealth of Puerto Rico**                 represented by   **Carlos Del-Valle-Cruz**
Del Valle Law
PO Box 9022473
San Juan, PR 00902-24743
787 233 0202
Email: cdvlawpr@gmail.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Gerardo A. De-Jesus-Annoni**
Department of Justice
Commonwealth of Puerto Rico
P.O. Box 9020192
San Juan, PR 00902-0192
787-721-7700 ext. 2111
Fax: 787-722-4440
Email: gdejesus@justicia.pr.gov
*LEAD ATTORNEY*

**Beatriz Annexy-Guevara**
Department of Justice
Federal Litigation Division
P.O. Box 9020192
San Juan, PR 00902-0192
787-721-7700
Fax: 787-722-4440
Email: bannexy@justicia.pr.gov
*ATTORNEY TO BE NOTICED*

**Defendant**

**Puerto Rico Police Department**               represented by   **Beatriz Annexy-Guevara**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Carlos Del-Valle-Cruz**
(See above for address)

**Exhibit 9**

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Gerardo A. De-Jesus-Annoni**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Amicus**

**Gregorio Igartua-De La Rosa**      represented by    **Gregorio Igartua-De-La-Rosa**
Bufete Igartua                                         Igartua Law Office
Comercio ST. #52, Aguadilla, PR             Box 3911
PO Box 3911                                      Aguadilla, PR 00605
Aguadilla, PR 00605                         787-891-9040
(787) 891-9040                              Fax: 787-882-3011
Email: bufeteigartua@yahoo.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Amicus**

**American Civil Liberties Union**      represented by    **Josue Gonzalez-Ortiz**
Union Plaza, Suite 1105                       American Civil Liberties Union of PR
416 Avenida Ponce de Len                 Union Plaza Suite 205
San Juan,, PR 00918                         416 Ponce de Leon Ave.
787-753-8493                                  San Juan, PR 00918
787-753-8493
Fax: 787-753-4268
Email: jgonzalezortiz2002@yahoo.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Amicus**

**S. Figueroa**                            represented by    **Frank D. Inserni-Milam**
*TERMINATED: 04/04/2013*                Frank D. Inserni Law Office
Suite 402 Capital Center Bldg.
South Tower
239 Arterial Hostos Ave.
San Juan, PR 00918
787-763-3851
Fax: 787-763-5223
Email: finserni@gmail.com
*TERMINATED: 11/05/2013*
*ATTORNEY TO BE NOTICED*

**Amicus**

**Jorge Diaz-Castro**                    represented by    **Jorge Diaz-Castro**
Cesar Gonzalez 400
Suite 189
San Juan, PR 00918
PRO SE

**Exhibit 9**

**Amicus**

**R. Laviena**
*TERMINATED: 04/04/2013*

represented by **Frank D. Inserni-Milam**
(See above for address)
*TERMINATED: 11/05/2013*
*ATTORNEY TO BE NOTICED*

**Amicus**

**U. Mercado**
*TERMINATED: 04/04/2013*

represented by **Frank D. Inserni-Milam**
(See above for address)
*TERMINATED: 11/05/2013*
*ATTORNEY TO BE NOTICED*

**Amicus**

**W. Santos**
*TERMINATED: 04/04/2013*

represented by **Frank D. Inserni-Milam**
(See above for address)
*TERMINATED: 11/05/2013*
*ATTORNEY TO BE NOTICED*

**Amicus**

**P. Marrero**
*TERMINATED: 04/04/2013*

represented by **Frank D. Inserni-Milam**
(See above for address)
*TERMINATED: 11/05/2013*
*ATTORNEY TO BE NOTICED*

**Amicus**

**L. Matos**
*TERMINATED: 04/04/2013*

represented by **Frank D. Inserni-Milam**
(See above for address)
*TERMINATED: 11/05/2013*
*ATTORNEY TO BE NOTICED*

**Amicus**

**G. Rodriguez**
*TERMINATED: 04/04/2013*

represented by **Frank D. Inserni-Milam**
(See above for address)
*TERMINATED: 11/05/2013*
*ATTORNEY TO BE NOTICED*

V.

**Interested Party**

**Community Interaction Council-Caguas Region**

**Interested Party**

**Arnaldo Claudio**
*Technical Compliance Advisor*

| Date Filed | # | Docket Text |
|---|---|---|

**Exhibit 9**

| | | |
|---|---|---|
| 12/21/2012 | 1 | COMPLAINT against All Defendants, filed by USA. Service due by 4/25/2013, (Attachments: # 1 Civil Cover Sheet, # 2 Category Sheet, # 3 Summons, # 4 Exhibit A-1: PRPD Findings Report_P.1, # 5 Exhibit A-2: PRPD Findings Report_P.2, # 6 Exhibit A-3: PRPD Findings Report_P.3)(Saucedo, Luis) (Entered: 12/21/2012) |
| 12/21/2012 | 2 | Joint MOTION Submitting Agreement for the Sustainable Reform of PRPD, Joint MOTION to Stay *Proceedings Until April 15, 2013* filed by Luis E. Saucedo on behalf of All Parties Suggestions in opposition/response due by 1/8/2013 (Attachments: # 1 Exhibit A-1: Agreement for the Sustainable Reform of PRPD_P.1, # 2 Exhibit A-2: Agreement for the Sustainable Reform of PRPD_P.2, # 3 Exhibit A-3: Agreement for the Sustainable Reform of PRPD_P.3)(Saucedo, Luis) (Entered: 12/21/2012) |
| 12/26/2012 | 3 | NOTICE OF JUDGE ASSIGNMENT Case has been assigned to Judge Gustavo A. Gelpi (ga) (Entered: 12/26/2012) |
| 12/26/2012 | 4 | Summons Issued as to Commonwealth of Puerto Rico (jla) (Entered: 12/26/2012) |
| 12/27/2012 | 5 | ORDER: Noted 2 Motion submitting; Granting 2 Motion to Stay. In deference to the recently elected and incoming Commonwealth government administration and its officials, the court will stay these proceedings until at least 4/15/13. Should the parties require additional time, they shall so request in a timely manner. Likewise, should the parties prior to April 15, 2013 require to meet with the undersigned, they shall so request. Signed by Judge Gustavo A. Gelpi on 12/27/2012. (TC) (Entered: 12/27/2012) |
| 12/28/2012 | 6 | ORDER: Requesting information from USA regarding past previous actions. Signed by Judge Gustavo A. Gelpi on 12/28/2012.(TC) (Entered: 12/28/2012) |
| 12/30/2012 | 7 | ORDER: Setting deadline for Amicus briefs. Signed by Judge Gustavo A. Gelpi on 12/30/2012.(TC) (Entered: 12/30/2012) |
| 01/03/2013 | 8 | NOTICE *of Compliance with Court's December 30, 2012, Order* by USA re 7 Order (Saucedo, Luis) (Entered: 01/03/2013) |
| 01/03/2013 | 9 | ORDER: The United States shall file statement **on or before January 18, 2013.**Signed by Judge Gustavo A. Gelpi on 1/3/2013.(MTG) (Entered: 01/03/2013) |
| 01/18/2013 | 10 | AMENDED COMPLAINT against All Defendants, filed by USA.(Saucedo, Luis) (Entered: 01/18/2013) |
| 01/18/2013 | 11 | NOTICE *of Compliance with Court's January 3, 2013 Order* by USA re 9 Order (Saucedo, Luis) (Entered: 01/18/2013) |
| 01/22/2013 | 12 | NOTICE of Appearance *for Defendants* by Carlos Del-Valle-Cruz on behalf of All Defendants (Del-Valle-Cruz, Carlos) (Entered: 01/22/2013) |
| 01/30/2013 | 13 | MOTION Submitting Information on Civil Actions Alleging a Pattern or Practice of Police Misconduct re: 6 Order filed by Luis E. Saucedo on behalf of All Plaintiffs Suggestions in opposition/response due by 2/15/2013 (Attachments: # 1 Attachment: Civil Actions Filed by DOJ under Section 14141)(Related document(s) 6 ) (Saucedo, Luis) (Entered: 01/30/2013) |
| 01/31/2013 | 14 | ORDER: Noted 13 Motion submitting information. Signed by Judge Gustavo A. Gelpi on 1/31/13. (CL) (Entered: 01/31/2013) |
| 02/06/2013 | 15 | ORDER: Requiring parties to submit joint proposed budget for implementation of the proposed agreement **on or before 3/15/13.** Signed by Judge Gustavo A. Gelpi on |

**Exhibit 9**

| | | |
|---|---|---|
| | | 2/6/2013.(TC) Modified on 2/7/2013 as requested by Chambers to replace pdf due to added footnote (er). (Entered: 02/06/2013) |
| 02/07/2013 | 16 | NOTICE of Appearance by Sergio Perez on behalf of USA (Perez, Sergio) (Entered: 02/07/2013) |
| 02/11/2013 | 17 | ORDER: The court would like to hold a preliminary informal status/settlement conference with counsel for the parties during the month of March; specifically, any week except that of March 11th. This conference will be held in camera and is intended for the court to familiarize itself early on with any issues over which the parties may be in disagreement, or would like to address with the court. The court would also like to discuss with the parties the budget issue (See Docket No. 15). The court is extremely interested in helping the parties resolve any matters so that they subsequently can implement the agreement without court intervention, to the extent possible. The court would also like to set a proposed agenda so that this case may be resolved as soon as possible. The parties shall advise the court on or before 2/15/13 of two or more available dates. The court prefers to hold the conference in the mid-afternoon, but will be amenable to any other joint requests. It is strongly suggested that the Attorney General of Puerto Rico himself, as well as any other designees of the Governor, attend to make this a productive preliminary step. The parties, prior to this conference, shall meet in person to discuss and resolve as many matters as possible. Signed by Judge Gustavo A. Gelpi on 2/11/13. (CL) (Entered: 02/11/2013) |
| 02/12/2013 | 18 | NOTICE of Appearance by Gerardo A. De-Jesus-Annoni on behalf of All Defendants (De-Jesus-Annoni, Gerardo) (Entered: 02/12/2013) |
| 02/15/2013 | 19 | Joint Motion In Compliance *with Court's 2/11/13 Order* filed by Sergio Perez on behalf of All Parties Suggestions in opposition/response due by 3/4/2013 (Perez, Sergio) (Entered: 02/15/2013) |
| 02/19/2013 | 20 | NOTICE in Compliance with Court ORder regarding hold a preliminary informal status-settlement conference during the month of March. by All Defendants (De-Jesus-Annoni, Gerardo) Modified on 2/20/2013 to add text and as to capital letters (er). (Entered: 02/19/2013) |
| 02/20/2013 | 21 | ORDER noted 19 Motion In Compliance. Status Conference set for 3/20/2013 02:30 PM in Old San Juan Courtroom before Judge Gustavo A. Gelpi. Parties shall be present at Courtroom # 6, First Floor, Old San Juan Federal Courthouse. Once ready, the Court will meet with parties in conference room. Signed by Judge Gustavo A. Gelpi on 2/20/13. (cr) (Entered: 02/20/2013) |
| 03/11/2013 | 22 | NOTICE of Appearance by Samantha K. Trepel on behalf of USA (Trepel, Samantha) (Entered: 03/11/2013) |
| 03/15/2013 | 23 | Joint MOTION for extension of time until April 30, 2103 to Prepare Compliance Budget filed by Carlos Del-Valle-Cruz on behalf of All Parties Suggestions in opposition/response due by 4/1/2013 (Del-Valle-Cruz, Carlos) (Entered: 03/15/2013) |
| 03/18/2013 | 24 | ORDER: Granting 23 Motion for extension of time. Memorandum due by 4/30/2013. Conference set for 3/20/13 remains in effect. Signed by Judge Gustavo A. Gelpi on 3/18/2013. (TC) (Entered: 03/18/2013) |
| 03/20/2013 | 25 | Minute Entry for proceedings held before Judge Gustavo A. Gelpi: Status Conference held on 3/20/2013 in chambers. The Court discussed the preliminary settlement |

**Exhibit 9**

| | | |
|---|---|---|
| | | agreement with the parties. **Further Status Conference set for 4/11/2013 02:00 PM in Old San Juan Courtroom before Judge Gustavo A. Gelpi.** Present: See Attendance sheet. (cr) (Entered: 03/21/2013) |
| 03/26/2013 | 26 | First MOTION for Leave to File Document and to Appear as Amicus Curiae filed by Gregorio Igartua-De-La-Rosa on behalf of Gregorio Igartua-De La Rosa Suggestions in opposition/response due by 4/11/2013 (Attachments: # 1 Appendix I. Professional Credentials Supporting Appearance for Attorney Gregorio Igartua as Amicus Curiae, # 2 Appendix II. Brief of Amicus Curiae in Support of Puerto Rico as an Incorporated Territory of the United States)(Igartua-De-La-Rosa, Gregorio) Modified on 3/26/2013 as to capital letters (er). (Entered: 03/26/2013) |
| 04/01/2013 | 27 | Amicus Curiae Brief by Josue Gonzalez-Ortiz on behalf of American Civil Liberties Union. (Attachments: # 1 Exhibit Exhibits A and B, # 2 Affidavit Declaration of Josue Gonzalez-Ortiz) (Gonzalez-Ortiz, Josue) Modified on 4/2/2013 as to title (er). (Entered: 04/01/2013) |
| 04/01/2013 | 28 | Amicus Curiae Brief by Josue Gonzalez-Ortiz on behalf of American Civil Liberties Union. (Gonzalez-Ortiz, Josue) Modified on 4/2/2013 as to title (er). (Entered: 04/01/2013) |
| 04/01/2013 | 29 | MOTION for Leave to File and to Appear as Amicus Curiae filed by Jorge Diaz-Castro, Pro-se. Suggestions in opposition/response due by 4/18/2013 (Attachments: # 1 Appendix, # 2 Appendix)(er) (Entered: 04/02/2013) |
| 04/01/2013 | 30 | MOTION for Extension of Time to file Amicus Curiae Brief filed by Jorge Diaz-Castro, Pro se. Suggestions in opposition/response due by 4/18/2013 (er) (Entered: 04/02/2013) |
| 04/02/2013 | 31 | ORDER: Denying 29 Motion for Leave to File. Signed by Judge Gustavo A. Gelpi on 4/2/2013. (TC) (Entered: 04/02/2013) |
| 04/02/2013 | 32 | ORDER: Denying 30 Motion for Extension of Time to File. Signed by Judge Gustavo A. Gelpi on 4/2/2013. (TC) (Entered: 04/02/2013) |
| 04/03/2013 | 33 | ORDER: Noted 26 Motion for Leave to File. Signed by Judge Gustavo A. Gelpi on 4/2/2013. (TC) (Entered: 04/03/2013) |
| 04/03/2013 | 34 | ***VACATED PER ORDER DKT 35 ***ORDER: Amici ACLU (Docket No. 28) and Gregorio Igartua (Docket No. 26) are granted 20 and 10 minutes, respectively, to argue their positions on Wednesday, April 11, 2013 at 2:00 pm. This will occur immediately prior to the in camera status conference where only counsel for the United States and Commonwealth, along with their clients' representatives, will be present. The purpose of allowing these amici to argue prior to the conference is to give the parties the best perspective possible of the concerns and arguments raised in their briefs. The amici will be asked questions by the court, and the court will also allow counsel for the parties leeway to ask any questions. The date and time for amicus argument will not be continued. Any amici unable to attend will have its position considered based on the memoranda submitted. Signed by Judge Gustavo A. Gelpi on 4/3/2013.(TC) Modified on 4/3/2013 (er). (Entered: 04/03/2013) |
| 04/03/2013 | 35 | ORDER: Vacating Order at Docket No. 34. Signed by Judge Gustavo A. Gelpi on 4/3/2013.(TC) (Entered: 04/03/2013) |

**Exhibit 9**

| 04/03/2013 | 36 | ORDER: Setting date and time for hearing for amici. Signed by Judge Gustavo A. Gelpi on 4/3/2013.(TC) (Entered: 04/03/2013) |
| 04/03/2013 | 37 | MOTION Submitting Amicus Brief filed by Frank D. Inserni-Milam on behalf of S. Figueroa, R. Laviena, U. Mercado, W. Santos, P. Marrero, L. Matos, G. Rodriguez. Suggestions in opposition/response due by 4/19/2013 (Inserni-Milam, Frank) Modified on 7/2/2014 to correct typos (ov). (Entered: 04/03/2013) |
| 04/04/2013 | 38 | ORDER: Denying 37 Motion submitting amicus brief. (TC) (Entered: 04/04/2013) |
| 04/11/2013 | 39 | ORDER: Setting deadline for final proposed consent decree and budget proposal. Signed by Judge Gustavo A. Gelpi on 4/11/2013.(TC) (Entered: 04/11/2013) |
| 04/11/2013 | 43 | Minute Entry for proceedings held before Judge Gustavo A. Gelpi on 4/11/13. Present in Court were: AUSA Luis E. Saucedo. Atty Carlos del Valle on behalf of the defendants (PR)and Amicus Curiae Gregorio Igartua, prose and Atty Josue Gonzalez on behalf of ACLU. Arguments heard. Matter stand submitted. (Court Reporter Evilys Brathwaite.) (su) (Entered: 04/25/2013) |
| 04/12/2013 | 40 | ORDER - The court hereby orders that the transcript of oral arguments held on 4/11/13 of amicii ACLU and Gregorio Igartua be made of the record in this case. Signed by Judge Gustavo A. Gelpi on 4/12/13. (su)(E-Mail sent to Court Reporter Evilys Brathwaite) (Entered: 04/12/2013) |
| 04/19/2013 | 41 | MOTION for Reconsideration, re 32 Order on Motion for Extension of Time to File, 31 Order on Motion for Leave to File filed by Jorge Diaz-Castro, Pro se as Amicus Curiae. Suggestions in opposition/response due by 5/6/2013 (Attachments: # 1 Exhibit) (Related document(s) 32 , 31 ) (er) (Additional attachment(s) added on 7/29/2013: # 2 Appendix) (er). (Entered: 04/19/2013) |
| 04/19/2013 | 42 | ORDER: Denying 41 Motion for Reconsideration. Signed by Judge Gustavo A. Gelpi on 4/19/13. (CL) (Entered: 04/19/2013) |
| 04/29/2013 | 44 | ORDER. **Telephone Conference set for 4/30/2013 03:30 PM in GAG's Chambers before Judge Gustavo A. Gelpi.** Signed by Judge Gustavo A. Gelpi on 4/29/13.(cr) (Entered: 04/29/2013) |
| 04/30/2013 | 45 | Minute Entry for proceedings held before Judge Gustavo A. Gelpi:Telephone Conference held on 4/30/2013. (cr) (Entered: 04/30/2013) |
| 05/20/2013 | 46 | MOTION for Leave to Appeal in Forma Pauperis filed by Jorge Diaz-Castro, Pro se (Amicus Curiae) Suggestions in opposition/response due by 6/6/2013 (Attachments: ***SELECTED PARTIES # 1 Affidavit, # 2 Exhibit)(er) (Entered: 05/21/2013) |
| 05/21/2013 | 47 | ORDER: Denying 46 Motion for Leave to Appeal. An amicus has no right to appeal. More so, purported amicus here did not comply with court's directives so as to appear as such. Signed by Judge Gustavo A. Gelpi on 5/21/2013. (MTG) (Entered: 05/21/2013) |
| 05/28/2013 | 48 | Joint MOTION for Extension of Time until July 1, 2013 to file Proposed Budget and Agreement filed by Luis E. Saucedo on behalf of Commonwealth of Puerto Rico, Puerto Rico Police Department, USA Suggestions in opposition/response due by 6/13/2013 (Saucedo, Luis) (Entered: 05/28/2013) |

**Exhibit 9**

| | | |
|---|---|---|
| 05/28/2013 | 49 | ORDER granting as requested until July 1st, 2103 48 Motion for Extension of Time to File Proposed Budget and Settlement Agreements Signed by Judge Gustavo A. Gelpi on 5/28/13. (Gelpi, Gustavo) (Entered: 05/28/2013) |
| 06/26/2013 | 50 | ORDER. **Telephone Conference set for 6/27/2013 02:30 PM in GAG's Chambers before Judge Gustavo A. Gelpi.** Signed by Judge Gustavo A. Gelpi on 6/26/13.(cr) (Entered: 06/26/2013) |
| 06/27/2013 | 51 | Minute Entry for proceedings held before Judge Gustavo A. Gelpi: Telephone Conference held on 6/27/2013. (cr) (Entered: 06/27/2013) |
| 06/28/2013 | 52 | ***VACATED PER ORDER DKT 53 ***Minute Entry for proceedings held before Judge Gustavo A. Gelpi: Telephone Conference held on 6/28/2013. Signed by Judge Gustavo A. Gelpi on 6/28/2013.(TC) Modified on 7/4/2013 (er). (Entered: 06/28/2013) |
| 07/03/2013 | 53 | ORDER: Vacating minutes entry for proceedings at Docket No. 52 . Amended minute entry attached herein. Signed by Judge Gustavo A. Gelpi on 6/28/13 .(TC) Modified on 7/8/2013 as to date signed (er). (Entered: 07/03/2013) |
| 07/08/2013 | 54 | AMENDED ORDER: Vacating minutes entry for proceedings at Docket No. 52 . Amended minute entry attached herein. Signed by Judge Gustavo A. Gelpi on 6/28/2013.(er) (Entered: 07/08/2013) |
| 07/12/2013 | 55 | Minute Entry for proceedings held before Judge Gustavo A. Gelpi: Telephone Conference held on 7/12/2013. Signed by Judge Gustavo A. Gelpi on 7/12/2013.(TC) (Entered: 07/12/2013) |
| 07/15/2013 | 56 | ORDER. **Settlement Conference reset for 7/17/2013 05:00 PM in Old San Juan Courtroom before Judge Gustavo A. Gelpi.** Signed by Judge Gustavo A. Gelpi on 7/15/13.(cr) (Entered: 07/15/2013) |
| 07/17/2013 | 57 | Joint Motion for Conditional Dismissal and Entry of Agreement for the Sustainable Reform of the Puerto Rico Police Department by Commonwealth of Puerto Rico, Puerto Rico Police Department, USA. (Attachments: # 1 Agreement for the Sustainable Reform of the Puerto Rico Police Department) (Saucedo, Luis) Modified on 7/17/2013 as to event and title (er). (Entered: 07/17/2013) |
| 07/17/2013 | 58 | Minute Entry for proceedings held before Judge Gustavo A. Gelpi:Settlement Conference held on 7/17/2013. (Court Reporter Amy Walker.) (cr) (Entered: 07/18/2013) |
| 07/17/2013 | 59 | ORDER granting 57 Motion to Dismiss. See (Dkt.58). Signed by Judge Gustavo A. Gelpi on 7/17/13. (cr) (Entered: 07/18/2013) |
| 07/17/2013 | 60 | SETTLEMENT AGREEMENT FOR THE SUSTAINABLE REFORM OF THE PUERTO RICO POLICE DEPARTMENT filed by all parties. (cr) (Entered: 07/18/2013) |
| 07/17/2013 | 61 | JUDGMENT CONDITIONALLY DISMISSING THE CASE. Signed by Clerk on 7/17/13.(cr) (Entered: 07/18/2013) |
| 08/02/2013 | 62 | MOTION to Strike Spanish documents Re: 41 MOTION for Reconsideration re 32 Order on Motion for Extension of Time to File, 31 Order on Motion for Leave to File, 46 MOTION for Leave to Appeal filed by Jorge Diaz-Castro, 29 MOTION for Leave to File Document filed by Jorge Diaz-Castro, Pro se. Suggestions in |

**Exhibit 9**

| | | opposition/response due by 8/19/2013 (Related document(s) 41 , 46 , 29 ) (er) (Entered: 08/05/2013) |
|---|---|---|
| 08/02/2013 | 63 | MOTION to Stay of Judgment Pending notice of Motion and Motion for Leave to Intervene Including any Appeals, re: 61 Judgment filed by Jorge Diaz-Castro, Pro se Suggestions in opposition/response due by 8/19/2013 (Attachments: # 1 Exhibit Memorandum of Law in Suport)(Related document(s) 61 ) (er) (Entered: 08/05/2013) |
| 08/05/2013 | 64 | ORDER: Finding as moot 62 Motion to Strike. These documents were not considered by the court in approving the agreement. Signed by Judge Gustavo A. Gelpi on 8/5/13. (CL) (Entered: 08/05/2013) |
| 08/05/2013 | 65 | ORDER: Denying 63 Motion to Stay. Signed by Judge Gustavo A. Gelpi on 8/5/13. (CL) (Entered: 08/05/2013) |
| 08/05/2013 | 66 | MOTION to Intervene under Federal Rule of Civil PRocedue 24 filed by Jorge Diaz-Castro, Pro se. Suggestions in opposition/response due by 8/22/2013 (Attachments: # 1 Memorandum of Law in Support, # 2 Appendix IV)(er) (Entered: 08/07/2013) |
| 08/07/2013 | 67 | ORDER: Denying 66 Motion to Intervene. Signed by Judge Gustavo A. Gelpi on 8/7/2013. (TC) (Entered: 08/07/2013) |
| 08/12/2013 | 68 | MOTION for Leave to Appeal Denial of Motion for Leave to Intervene in Forma Pauperis filed by Jorge Diaz-Castro, Pro-se, re 66 Motion to Intervene. Suggestions in opposition/response due by 8/29/2013 (er) (Entered: 08/13/2013) |
| 08/12/2013 | | ***SEE IMAGE ON DKT. # 68 *** NOTICE OF APPEAL as to 67 Order on Motion to Intervene filed by Jorge Diaz-Castro, pro se. (xi) (Entered: 08/14/2013) |
| 08/13/2013 | 69 | ORDER: Granting 68 Motion for Leave to Appeal in forma pauperis, based on representation made at Docket No. 46-1. Signed by Judge Gustavo A. Gelpi on 8/13/2013. (TC) (Entered: 08/13/2013) |
| 08/16/2013 | 70 | MOTION to Amend Judgment Pending an Appeal, re 66 Motion for Leave to Intervene filed by Jorge Diaz-Castro, Pro se. Suggestions in opposition/response due by 9/3/2013 (Attachments: # 1 Memorandum of Law in Support)(er) (Entered: 08/19/2013) |
| 08/22/2013 | 71 | ORDER: Denying 70 Motion to Alter Judgment. Signed by Judge Gustavo A. Gelpi on 8/22/2013. (TC) (Entered: 08/22/2013) |
| 08/30/2013 | 72 | Certified and Transmitted Record on Appeal to US Court of Appeals re 68 Notice of Appeal [Docket Entries 67, 68, 69 & 71] (xi) (Entered: 08/30/2013) |
| 09/03/2013 | 73 | USCA Case Number 13-2079 for 68 Notice of Appeal filed by Jorge Diaz-Castro. (xi) (Entered: 09/03/2013) |
| 09/03/2013 | 74 | NOTICE of Extended Medical Leave by All Defendants (Del-Valle-Cruz, Carlos) (Entered: 09/03/2013) |
| 09/13/2013 | 75 | Minute Entry for status conference held 9/13/13 held before Judge Gustavo A. Gelpi. (TC) (Entered: 09/13/2013) |
| 10/07/2013 | 76 | NOTICE OF APPEAL as to 67 Order on Motion to Intervene by Jorge Diaz-Castro, Pro se. (er) (Entered: 10/08/2013) |

**Exhibit 9**

| | | |
|---|---|---|
| 10/15/2013 | 77 | MOTION requesting Transcripts at Government Expense filed by Jorge Diaz-Castro, Pro se. Suggestions in opposition/response due by 10/31/2013 (er) (Entered: 10/16/2013) |
| 10/16/2013 | 78 | ORDER: Denying 77 Motion requesting Order. Signed by Judge Gustavo A. Gelpi on 10/16/2013. (TC) (Entered: 10/16/2013) |
| 10/18/2013 | 79 | Certified and Transmitted Record on Appeal to US Court of Appeals re 76 Notice of Appeal [Docket Entries 67 & 76] s/c: Jorge Diaz-Castro, P. O. Box 9021288, San Juan, P. R. 00902-1288. (xi) (Entered: 10/18/2013) |
| 10/21/2013 | 80 | USCA Case Number 13-2306 for 76 Notice of Appeal filed by Jorge Diaz-Castro. (xi) (Entered: 10/21/2013) |
| 10/24/2013 | 81 | Minute Entry for proceedings of Telephone Conference with the parties before Judge Gustavo A. Gelpi on 10/23/2013. (TC) Modified on 10/24/2013 to add text (er). (Entered: 10/24/2013) |
| 10/25/2013 | 82 | ORDER : **Status Conference set for 10/30/2013 at 5:00 PM in Old San Juan Courtroom before Judge Gustavo A. Gelpi.**Signed by Judge Gustavo A. Gelpi on 10/25/2013.(al) (Entered: 10/25/2013) |
| 10/30/2013 | 83 | Joint MOTION requesting Order *Appointing Juan Mattos, Jr., as Technical Compliance Advisor* filed by Luis E. Saucedo on behalf of Commonwealth of Puerto Rico, Puerto Rico Police Department, USA Suggestions in opposition/response due by 11/15/2013 (Attachments: # 1 Exhibit Juan Mattos, Jr. Resume)(Saucedo, Luis) (Entered: 10/30/2013) |
| 10/30/2013 | 84 | ORDER: Granting 83 Motion requesting Order appointing Juan Matos, Jr. as Technical Compliance Advisor. Signed by Judge Gustavo A. Gelpi on 10/30/2013. (MET) (Entered: 10/30/2013) |
| 10/30/2013 | 85 | ORDER: Appointing Technical Compliance Advisor. Signed by Judge Gustavo A. Gelpi on 10/30/2013.(MET) (Entered: 10/30/2013) |
| 10/30/2013 | 86 | AMENDED ORDER: Appointing Juan Mattos, Jr. as Technical Compliance Advisor. Replacing document at 1264 to correct unintentional omission. Signed by Judge Gustavo A. Gelpi on 10/30/2013.(MET) Modified on 10/31/2013 to add text (er). (Entered: 10/30/2013) |
| 10/30/2013 | 92 | Minute Entry for proceedings held before Judge Gustavo A. Gelpi. Status Conference held on 10/30/2013. Present were: Luis E. Salcedo, Sergio Perez, Gilberto Marxuach, Hector Pesquera, Gerardo De Jesus-Annoni and Luis Sanchez-Betances. Parties discussed the proposed appointment of USM Juan Mattos as Technical Compliance Advisor for the Puerto Rico Police Department. The Court informed the parties that an order approving the selection of Juan Mattos was entered at docket #84, the same was read in open court. (Court Reporter Evylis Brathwaite.) (al) (Entered: 11/08/2013) |
| 11/04/2013 | 87 | NOTICE OF APPEARANCE filed by Beatriz Annexy-Guevara on behalf of Commonwealth of Puerto Rico Suggestions in opposition/response due by 11/21/2013 (Annexy-Guevara, Beatriz) Modified on 11/5/2013 as to title (er). (Entered: 11/04/2013) |
| 11/04/2013 | 88 | MOTION to Withdraw Attorney as to Frank D. Inserni-Milam filed by Frank D. Inserni-Milam on behalf of S. Figueroa, R. Laviena, U. Mercado, W. Santos, P. |

**Exhibit 9**

| | | |
|---|---|---|
| | | Marrero, L. Matos, G. Rodriguez Suggestions in opposition/response due by 11/21/2013 (Inserni-Milam, Frank) (Entered: 11/04/2013) |
| 11/05/2013 | 89 | ORDER: Granting 88 Motion to Withdraw as Attorney. Attorney Frank D. Inserni-Milam terminated. Signed by Judge Gustavo A. Gelpi on 11/4/2013. (MET) Modified on 11/6/2013 to correct attorney's name. (er). (Entered: 11/05/2013) |
| 11/06/2013 | 90 | MOTION Requesting Information from the Record, filed by Jorge Diaz-Castro. Suggestions in opposition/response due by 11/25/2013. (Attachments: # 1 Memorandum of Law in Support)(gr) (Entered: 11/06/2013) |
| 11/08/2013 | 91 | ORDER as to 90 Motion for Miscellaneous Relief- Granted as follows. The court will order for the record the preparation of transcripts of all in court proceedings in this case on or before December 1, 2013, so that these form part of the record of this case. In chambers and telephone status conferences are not transcribed, however, the corresponding minutes are part of the record. There are no sealed documents in this case. Signed by Judge Gustavo A. Gelpi on 11/8/13. (al) (Entered: 11/08/2013) |
| 11/15/2013 | 93 | MOTION to Clarify and Memorandum of Law filed by Jorge Diaz-Castro, Pro se Suggestions in opposition/response due by 12/5/2013 (Attachments: # 1 Appendix, # 2 Memorandum of Law)(er) (Entered: 11/18/2013) |
| 11/18/2013 | 94 | ORDER noted 93 Motion to clarify. All transcripts will be prepared and made part of record as per Court's orders. Signed by Judge Gustavo A. Gelpi on 11/18/2013. (al) (Entered: 11/18/2013) |
| 11/25/2013 | 95 | MOTION requesting a Statement of Facts and/or Issues filed by Jorge Diaz-Castro, Pro se. Suggestions in opposition/response due by 12/12/2013 (Attachments: # 1 Appendix Memorandum of Law)(er) (Entered: 11/26/2013) |
| 11/26/2013 | 96 | ORDER: Denying 95 Motion requesting Order. All transcripts of in court proceedings will be made part of the record once ready. There are no other transcripts. The court further notes that Mr. Diaz Castro sought to intervene as a party on 8/2/13 (Docket No. 63 ). This was AFTER the Court had accepted the agreement between the USA and PR (Docket Nos. 60 , 61 ) and much after the court had denied his belated attempt to properly appear as an amicus after the 4/1/13 deadline (set as 4/1/13 at Docket 7 ) which was posted on the USDOJ web site (Docket 8 ) (contrary to timely appearing amici ACLU and Gregorio Igartua -- see Docket Nos. 25 , 26 and 27 ). Here, Mr. Diaz Castro appeared as a purported amicus on 4/1/13, however, requested and extension of time which was denied (see Docket Nos. 29 , 20 , 31 and 32 ). Another untimely amicus motion on behalf of other citizens was also denied (Docket Nos. 37 , 38 ). The court further notes that Mr. Diaz Castro is not an attorney, but rather a lobbyist who sought to directly represent the interests of the PRPD officers in this case, who did not file any amicus brief, nor sought to intervene. (See Docket No. 29 at page 4 wherein Diaz Castro so admits). Signed by Judge Gustavo A. Gelpi on 11/26/2013. (MET) (Entered: 11/26/2013) |
| 11/27/2013 | 97 | Supplemental Record on Appeal transmitted to US Court of Appeals Re 76 Notice of Appeal filed by Jorge Diaz-Castro [Docket Entry 96] (xi) (Entered: 11/27/2013) |
| 12/02/2013 | 98 | Transcript of Status Conference - TCA Appointment held on 10/30/2013, before Judge Gustavo A. Gelpi. Court Reporter/Transcriber EE BRATHWAITE, Telephone number 787.772.3377. NOTICE RE REDACTION OF TRANSCRIPTS: The parties have seven (7) calendar days to file with the Court a Notice of Intent to Request Redaction |

**Exhibit 9**

| | | |
|---|---|---|
| | | of this transcript. **If no such Notice is filed, the transcript will be available electronically to the public without redaction after 90 calendar days. The policy is located at www.prd.uscourts.gov.** Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER.. Redaction Request due 12/26/2013. Redacted Transcript Deadline set for 1/7/2014. Release of Transcript Restriction set for 3/6/2014. (eeb) (Entered: 12/02/2013) |
| 12/02/2013 | 99 | MOTION for Preliminary Declaratory and Injunctive Relief, Pendente Lite filed by Jorge Diaz-Castro, Pro se. Suggestions in opposition/response due by 12/19/2013 (Attachments: # 1 Text of Proposed Order, # 2 Memorandum of Law in Support)(er) (Entered: 12/04/2013) |
| 12/04/2013 | 101 | MOTION to Amend/Correct Re: 99 MOTION for Preliminary Injunction filed by Jorge Diaz-Castro filed by Jorge Diaz-Castro, Pro se. Suggestions in opposition/response due by 12/20/2013 (Related document(s) 99 ) (er) (Entered: 12/05/2013) |
| 12/05/2013 | 100 | ORDER: Denying 99 Motion for Preliminary Injunction. Signed by Judge Gustavo A. Gelpi on 12/5/2013. (MET) (Entered: 12/05/2013) |
| 12/06/2013 | 102 | ORDER: Noted 101 Motion to Amend/Correct. However, denial of preliminary injunction at Docket No. 100 stands. Signed by Judge Gustavo A. Gelpi on 12/6/2013. (MET) (Entered: 12/06/2013) |
| 12/18/2013 | 103 | Minute Entry for proceedings held before Judge Gustavo A. Gelpi:Status Conference held on 12/18/2013. Judge and parties were present to express about the matters discussed at the last status conference, parties informed matters are moving along. A Further Status Conference date will be set for the end of January. (al) (Entered: 12/19/2013) |
| 01/16/2014 | 104 | MOTION requesting Order, either reconsideration of mot or requesting further clarification of order filed by Jorge Diaz-Castro, pro-se. Suggestions in opposition/response due by 2/3/2014 (np) (Entered: 01/17/2014) |
| 01/17/2014 | 105 | USCA JUDGMENT as to 68 Notice of Appeal filed by Jorge Diaz-Castro, 76 Notice of Appeal filed by Jorge Diaz-Castro; The district court's denial of Diaz-Castro's motion to intervene is AFFIRMED. (xi) (Entered: 01/17/2014) |
| 01/21/2014 | 106 | ORDER: Denying 104 Motion requesting Order. The court also notes appeal from court's denial of intervention order was denied. (See Docket No. 105 .) Signed by Judge Gustavo A. Gelpi on 1/21/2014. (MET) (Entered: 01/21/2014) |
| 02/21/2014 | 107 | ORDER: Informing resignation of TCA. Signed by Judge Gustavo A. Gelpi on 2/21/2014.(MET) (Entered: 02/21/2014) |
| 02/28/2014 | 108 | MOTION to Substitute Attorney Brian D. Buehler filed by Brian D. Buehler on behalf of USA Suggestions in opposition/response due by 3/17/2014 (Buehler, Brian) (Entered: 02/28/2014) |
| 03/03/2014 | 109 | ORDER: Noted 108 Motion to Substitute Attorney. Signed by Judge Gustavo A. Gelpi on 3/3/2014. (MET) (Entered: 03/03/2014) |
| 04/07/2014 | 110 | Minute Entry for proceedings held before Judge Gustavo A. Gelpi:Telephone Conference held on 4/7/2014. A telephone conference was held today at 4:00pm, |

**Exhibit 9**

| | | |
|---|---|---|
| | | present were attorneys Beatriz Annexy, PR Dept of Justice; Luis Sancedo, US Department of Justice and Brian Buehler, US Department of Justice. The Court discussed with counsels the appointment of a new TCA. The Court granted the parties until May 15, 2014 to recommend one or more candidates. If necessary, the Court will extend this period. (al) (Entered: 04/07/2014) |
| 04/08/2014 | 111 | ***FILED IN ERROR***WRONG PDF***MOTION for Intrajurisdictional Certification to the Puerto Rico Supreme Court filed by Jorge Diaz-Castro. Suggestions in opposition/response due by 4/24/2014 (su) Modified on 4/11/2014 (su). (Entered: 04/10/2014) |
| 04/08/2014 | 112 | MOTION for Intrajudicial Certification to PR Supreme Court filed by Jorge Diaz-Castro, pro se. Suggestions in opposition/response due by 4/24/2014 (su) (Entered: 04/11/2014) |
| 04/11/2014 | | NOTICE of Docket Text Modification by Deputy Clerk re: 111 MOTION ***FILED IN ERROR***WRONG PDF***. (su) (Entered: 04/11/2014) |
| 04/11/2014 | 113 | ORDER: Denying 112 Motion requesting Order. Mr Diaz Castro is not a party, therefore, he has no standing to request certification to the Puerto Rico Supreme Court.More so, in any event, there are no issues before the court at this time that warrant any certification. Signed by Judge Gustavo A. Gelpi on 4/11/2014. (MET) (Entered: 04/11/2014) |
| 04/15/2014 | 114 | MANDATE of USCA as to 68 Notice of Appeal filed by Jorge Diaz-Castro, 76 Notice of Appeal filed by Jorge Diaz-Castro; The district court's denial of Diaz-Castro's motion to intervene is AFFIRMED. RE: 105 USCA JUDGMENT. (xi) (Entered: 04/15/2014) |
| 04/15/2014 | | Appeal Record Returned: 68 Notice of Appeal filed by Jorge Diaz-Castro, 76 Notice of Appeal filed by Jorge Diaz-Castro RE: 97 Supplemental ROA Sent to USCA, 79 Appeal Record Sent to USCA, 105 USCA Judgment, 72 Appeal Record Sent to USCA, 114 USCA Mandate. (xi) (Entered: 04/15/2014) |
| 05/08/2014 | | Mail sent to Jorge Diaz Castro re 113 Order was returned as undeliverable. Mail resent to P.O. Box 9021288, San Juan, PR 00902-1288. (ni) (Entered: 05/08/2014) |
| 05/14/2014 | 115 | MINUTES AND ORDER: Regarding status of appointment of TCA. Signed by Judge Gustavo A. Gelpi on 5/14/2014. (MET) (Entered: 05/14/2014) |
| 05/27/2014 | 116 | NOTICE of Appearance by Evelyn Aimee De Jesus-Rodriguez on behalf of Community Interaction Council-Caguas Region (De Jesus-Rodriguez, Evelyn) (Entered: 05/27/2014) |
| 05/27/2014 | 117 | MOTION to Enforce Judgment filed by Evelyn Aimee De Jesus-Rodriguez on behalf of Community Interaction Council-Caguas Region Suggestions in opposition/response due by 6/12/2014 (De Jesus-Rodriguez, Evelyn) (Entered: 05/27/2014) |
| 05/27/2014 | 118 | ORDER: Denying 117 Motion to Enforce Judgment. CIC-Caguas is not a party to this action, hence it has no standing at this time to ask for enforcement. Notwithstanding, the court notes its concerns, many of which are shared. Counsel De Jesus Rodriguez shall be removed as counsel of record in this action. Signed by Judge Gustavo A. Gelpi on 5/27/2014. (MET) (Entered: 05/27/2014) |

**Exhibit 9**

| | | |
|---|---|---|
| 05/27/2014 | 119 | ORDER: Regarding PRPD Report due August 1, 2014. Signed by Judge Gustavo A. Gelpi on 5/27/2014. (MET) (Entered: 05/27/2014) |
| 05/28/2014 | 126 | LETTER to Hon. Attorney General of US Eric Holder from President of Trustees Unversity College of Criminal Justice. (Attachments: # 1 Excerpt of Investigation of the PR Police Dept. dated 9/5/11, # 2 Senado de Puerto Rico P.del S.1065 dated 4/30/14 LEY, # 3 Camara de Representants P.de la C. 1895 dated 4/30/14) (su) (Entered: 06/06/2014) |
| 06/02/2014 | 120 | MINUTE AND ORDER. Signed by Judge Gustavo A. Gelpi (MET) (Entered: 06/02/2014) |
| 06/03/2014 | 121 | MINUTES: In camera meeting regarding TCA appointment. Signed by Judge Gustavo A. Gelpi Signed by Judge Gustavo A. Gelpi (GDM) (Entered: 06/03/2014) |
| 06/04/2014 | 122 | Joint MOTION requesting Order *of Appointment for TCA* filed by Luis E. Saucedo on behalf of Commonwealth of Puerto Rico, Puerto Rico Police Department, USA Suggestions in opposition/response due by 6/23/2014 (Attachments: # 1 Exhibit Claudio CV)(Saucedo, Luis) (Entered: 06/04/2014) |
| 06/05/2014 | 123 | ORDER: Granted 122 Motion requesting Order. Signed by Judge Gustavo A. Gelpi (GDM) (Entered: 06/05/2014) |
| 06/05/2014 | 124 | ORDER: Colonel (Ret.) Arnaldo Claudio's joint selection by the governments of the Commonwealth of Puerto Rico and the United States to serve as the Technical Compliance Advisor ("TCA") is hereby APPROVED by the Court. Signed by Judge Gustavo A. Gelpi (GDM) (Main Document 124 replaced on 6/5/2014) (li). Modified on 6/5/2014: By Order of Judge Gustavo Gelpi, this Order has been amended to add the word "neither" on page 2, line 5. (li). (Entered: 06/05/2014) |
| 06/06/2014 | 125 | ORDER: In camera conference to be held with Amicus the American Civil Liberties Union, the TCA, and counsel for the parties. Signed by Judge Gustavo A. Gelpi (GDM) (Entered: 06/06/2014) |
| 06/06/2014 | 127 | ORDER re 126 LETTER to Attorney General. Signed by Judge Gustavo A. Gelpi on 5/28/14.(su) (Entered: 06/06/2014) |
| 06/06/2014 | 128 | NOTICE of Documents filed at the Supreme Court of the United States by Jorge Diaz-Castro, pro se. (Attachments: # 1 Supplement) (su) (Entered: 06/09/2014) |
| 06/09/2014 | 129 | First MOTION Requesting Transcripts of Hearing filed by Gregorio Igartua-De-La-Rosa on behalf of Gregorio Igartua-De La Rosa Suggestions in opposition/response due by 6/26/2014 (Igartua-De-La-Rosa, Gregorio) (Entered: 06/09/2014) |
| 06/09/2014 | 130 | ORDER noted 129 Motion for Miscellaneous Relief Noted. The transcript is being prepared. Signed by Judge Gustavo A. Gelpi on 6/9/14. (al) (Entered: 06/09/2014) |
| 06/16/2014 | 131 | Transcript of Proceedings held on 04/11/2013, before Judge Gustavo Gelpi. Court Reporter/Transcriber EE BRATHWAITE, Telephone number 787.772.3377. NOTICE RE REDACTION OF TRANSCRIPTS: The parties have seven (7) calendar days to file with the Court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript will be available electronically to the public without redaction after 90 calendar days. The policy is located at www.prd.uscourts.gov. Transcript may be viewed at the court public terminal or purchased through the Court |

**Exhibit 9**

| | | Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER.. Redaction Request due 7/10/2014. Redacted Transcript Deadline set for 7/21/2014. Release of Transcript Restriction set for 9/18/2014. (eec) (Entered: 06/16/2014) |
|---|---|---|
| 06/17/2014 | 132 | ORDER regarding TCA interviews by the media. Signed by Judge Gustavo A. Gelpi(MET) (Entered: 06/17/2014) |
| 06/17/2014 | 133 | MOTION to Amend/Correct Re: 128 NOTICE of Documents filed at the Supreme Court of the United States filed by Jorge Diaz-Castro, pro se. (Related document(s) 128 ) (su) (Entered: 06/20/2014) |
| 06/20/2014 | 135 | MOTION to Appoint Counsel filed by Jorge Diaz-Castro, pro se. Suggestions in opposition/response due by 7/10/2014 (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3)(su) (Entered: 06/24/2014) |
| 06/23/2014 | 134 | ORDER: Denying 133 Motion to Amend/Correct. Signed by Judge Gustavo A. Gelpi (MET) (Entered: 06/23/2014) |
| 06/25/2014 | 136 | ORDER: Denying 135 Motion to Appoint Counsel. While the court does not question Attorney Torruella's qualifications, it will not appoint him to represent Mr. Diaz Castro on a pro bono basis. The court re-incorporates all its earlier orders denying Diaz Castro intervention in this case. Signed by Judge Gustavo A. Gelpi (MET) (Entered: 06/25/2014) |
| 06/26/2014 | 137 | Joint MOTION for Leave to File Spanish language documents *Exhibit 1 to Stipulation*, Joint MOTION Submitting Stipulation on TCA Payments filed by Brian D. Buehler on behalf of All Parties. Suggestions in opposition/response due by 7/14/2014 (Attachments: # 1 Joint Stipulation on TCA Payments)(Buehler, Brian) Modified on 6/27/2014 as to filers (mr). (Entered: 06/26/2014) |
| 06/26/2014 | 138 | ORDER re 137 Joint MOTION for Leave to File Spanish language documents *Exhibit 1 to Stipulation*Joint MOTION Submitting Stipulation on TCA Payments filed by USA **Order: the Stipulation is hereby Noted and Approved. The signed order shall issue forthwith. Spanish language documents are allowed. No translation need be filed at this time.**Signed by Judge Gustavo A. Gelpi on 6/26/14.(al) (Entered: 06/26/2014) |
| 06/26/2014 | 139 | JOINT STIPULATION AND ORDER ON TCA PAYMENTS Signed by Judge Gustavo A. Gelpi on 6/26/2014.(al) (Entered: 06/26/2014) |
| 06/27/2014 | 140 | MOTION to Deposit Funds *for TCA Office's Budget* filed by Beatriz Annexy-Guevara on behalf of All Defendants Suggestions in opposition/response due by 7/14/2014 (Annexy-Guevara, Beatriz) (Entered: 06/27/2014) |
| 06/27/2014 | | DEPOSIT of Funds fr: Beatriz Annexy, Esq. in the amount of $ 1,500,000.00, receipt number PRX100027050. (Re:dkt.140) Deposited ((NEXT WORKING DAY)) in an Interest Bearing Account in compliance with L.R.67. **FUNDS WILL BE AVAILABLE AFTER 7/10/2014** (jla) (Entered: 06/27/2014) |
| 06/27/2014 | 141 | ORDER: The parties are directed to review this order. Signed by Judge Gustavo A. Gelpi on 6/27/14. (CL) (Entered: 06/27/2014) |
| 06/27/2014 | 142 | ORDER: Granting 140 Motion to Deposit Funds. Signed by Judge Gustavo A. Gelpi on 6/27/14. (CL) (Entered: 06/27/2014) |

**Exhibit 9**

| 07/01/2014 | 144 | MOTION for Disbursement of Initial Allocation of Resources filed by Arnaldo Claudio, TCA. Suggestions in opposition/response due by 7/18/2014. (mrb) (Entered: 07/02/2014) |
| 07/01/2014 | 145 | MOTION for Disbursement of Initial Office Expenses filed by Arnaldo Claudio, TCA. Suggestions in opposition/response due by 7/18/2014. (Attachments: # 1 Exhibit) (mrb) (Entered: 07/02/2014) |
| 07/01/2014 | 146 | MOTION for Disbursement of Monthly Expenses filed by Arnaldo Claudio, TCA. Suggestions in opposition/response due by 7/18/2014. (mrb) (Entered: 07/02/2014) |
| 07/02/2014 | 143 | ORDER amending Order at Docket No. 141 . Signed by Judge Gustavo A. Gelpi (GDM) (Entered: 07/02/2014) |
| 07/02/2014 | 147 | ORDER: Granted 144 Motion for Disbursement of Funds. Signed by Judge Gustavo A. Gelpi (GDM) (Entered: 07/02/2014) |
| 07/02/2014 | 148 | ORDER: Granted 145 Motion for Disbursement of Funds. Signed by Judge Gustavo A. Gelpi (GDM) (Entered: 07/02/2014) |
| 07/02/2014 | 149 | ORDER: Granted 146 Motion for Disbursement of Funds. Signed by Judge Gustavo A. Gelpi (GDM) (Entered: 07/02/2014) |
| 07/02/2014 | 150 | ORDER as to Orders entered at Docket Nos. 147 , 148 , and 149 . The Clerk of the Court shall proceed to promptly issue the corresponding payments approved by the Court in checks made out to TCAPR Corporation. Signed by Judge Gustavo A. Gelpi (GDM) (Entered: 07/02/2014) |

| PACER Service Center | | |
|---|---|---|
| **Transaction Receipt** | | |
| 07/02/2014 19:19:18 | | |
| **PACER Login:** | dh0088 | **Client Code:** | doj |
| **Description:** | Docket Report | **Search Criteria:** | 3:12-cv-02039-GAG |
| **Billable Pages:** | 13 | **Cost:** | 1.30 |

**Exhibit 9**

IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>COMMONWEALTH OF PUERTO RICO and the<br>PUERTO RICO POLICE DEPARTMENT,<br><br>    Defendants. | No. 3:12-cv-2039 (GAG) |

## AGREEMENT FOR THE SUSTAINABLE REFORM OF THE PUERTO RICO POLICE DEPARTMENT

**Exhibit 10**

223.    All officers shall have access to National Crime Information Center ("NCIC") data for valid law enforcement purposes only.  PRPD shall develop a protocol for the handling and use of NCIC data.

224.    Nothing in this Agreement shall be construed as prohibiting PRPD from contracting services related to technology and data collection, entry, and analysis.

## XIV.    IMPLEMENTATION, COMPLIANCE ASSESSMENT, AND ENFORCEMENT

### A.    Technical Compliance Advisor

225.    The Parties shall select a Technical Compliance Advisor ("TCA") to assess and report whether the provisions of this Agreement have been implemented, and whether this implementation is resulting in constitutional and effective policing, professional treatment of individuals, and increased community trust of PRPD.

226.    The TCA shall only have the duties, responsibilities, and authority conferred by this Agreement.  The TCA shall not, and is not intended to, replace or assume the role and duties of PRPD, including the Superintendent, UCCJ, or any other agency official of the Commonwealth of Puerto Rico.  The TCA shall be subject to the supervision and orders of the Court, consistent with this Agreement, the Court's dismissal order, and applicable law.

227.    In order to assess and report on PRPD's implementation of this Agreement and whether implementation is having the intended beneficial impact on policing and community trust in Puerto Rico, the TCA shall conduct the reviews specified in this Agreement; shall review PRPD policies, training material, protocols, and programs developed and implemented pursuant to this Agreement; and conduct such additional audits, reviews, and assessments as the TCA or the Parties deem appropriate, or the Court, consistent with this Agreement and the dismissal order.

72

**Exhibit 10**