
TRACY POOL REEVE, Oregon State Bar ID Number 891123
City Attorney
Email:  tracy.reeve@portlandoregon.gov
DAVID WOBORIL, Oregon State Bar ID Number 824347
Senior Deputy City Attorney
Email:  david.woboril@portlandoregon.gov
ELLEN OSOINACH, Oregon State Bar ID Number 024985
Deputy City Attorney
Email:  ellen.osoinach@portlandoregon.gov
Office of City Attorney
1221 SW 4th Avenue, Rm 430
Portland, OR  97204
Telephone: (503) 823-4047
Facsimile: (503) 823-3089
      Attorney for Defendant City of Portland

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## PORTLAND DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA**, | 3:12-cv-02265-SI |
| **PLAINTIFF,** | |
| v. | **NOTICE OF APPEAL** |
| **THE CITY OF PORTLAND,** | |
| **DEFENDANT.** | |

    Notice is hereby given that defendant City of Portland in the above-named case appeals to the United States Court of Appeals for the Ninth Circuit from the Order entered August 28, 2014 (Docket 86).

    Dated:  October 27, 2014

                                       Respectfully submitted,

                                       */s/ Ellen Osoinach*
                                       ELLEN OSOINACH, OSB # 024985
                                       Deputy City Attorney
                                       Telephone: (503) 823-4047