# REPRESENTATION STATEMENT

**Plaintiff US DOJ**

**S. AMANDA MARSHALL**, OSB No. 95347
United States Attorney

**ADRIAN L. BROWN**, OSB No. 05020
Assistant United States Attorney

**BILLY J. WILLIAMS**, OSB No. 90136
Assistant United States Attorney

United States Attorney's Office
District of Oregon
1000 SW Third Avenue, Suite 600
Portland, OR 97204-2902
Telephone: (503) 727-1003
Facsimile: (503) 727-1117

**JOCELYN F. SAMUELS**
Acting Assistant Attorney General
Civil Rights Division

**JONATHAN M. SMITH**
Chief, Special Litigation Section

**LAURA L. COON**
Special Counsel

**R. JONAS GEISSLER**
Senior Trial Attorney

**MICHELLE A. JONES**
Senior Trial Attorney

**DAVID W. KNIGHT**
Special Assistant U.S. Attorney

Special Litigation Section
Civil Rights Division
United States Department of Justice
50 Pennsylvania Ave., NW
Washington, D.C. 20530
Telephone: (202) 514-6255
Facsimile: (202) 514-4883

**Defendant City of Portland**

**TRACY POOL REEVE**, OSB No. 891123
City Attorney

**DAVID WOBORIL**, OSB No. 824347
Senior Deputy City Attorney

**ELLEN OSOINACH**, OSB No. 024985
Deputy City Attorney

**DENIS VANNIER**, OSB No. 044406
Deputy City Attorney

Office of City Attorney
1221 SW 4th Avenue, Rm 430
Portland, OR  97204
Telephone: (503) 823-4047
Facsimile: (503) 823-3089

Page  1 –    REPRESENTATION STATEMENT

**<u>Intervener-Defendant Portland Police Association</u>**

**ANIL S. KARIA**, OSB No. 063902

Tedesco Law Group
3021 NE Broadway
Portland, OR  97232
Telephone: (866) 6976015
Facsimile: (503) 210-9847

Dated:  October 27, 2014

Respectfully submitted,

*/s/ Ellen Osoinach*
ELLEN OSOINACH, OSB # 024985
Deputy City Attorney
Telephone: (503) 823-4047

Page  2  –    REPRESENTATION STATEMENT