# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF OREGON
# TRANSCRIPT DESIGNATION AND ORDER FORM

☒ **14. TRANSCRIPT REQUESTED:**

| Date | Docket No. | Hearing/Conference/Proceeding | Transcript Category | Format Requested | Designated Portion |
|---|---|---|---|---|---|
| 12/21/2012 | 18 | Minutes of Status Conference | Original | Electronic | All |
| 03/05/2013 | 35 | Minutes of Status Conference | Original | Electronic | All |
| 12/19/2013 | 52 | Minutes of Status Conference | Original | Electronic | All |
| 02/10/2014 | 57 | Minutes of Telephone Conference | Original | Electronic | All |
| 02/18/2014 | 59 | Minutes of Fairness Hearing before Judge Michael H. Simon | Copy | Electronic | All |
| 02/19/2014 | 60 | Minutes of Fairness Hearing before Judge Michael H. Simon | Copy | Electronic | All |
| 3/24/2014 | 68 | Minutes of Proceeding *To be filed with Court, transcript previously ordered and received | | | All |
| 05/30/2014 | 76 | Minutes of Telephone Conference | Original | Electronic | All |

**NOTE: The City designates Docket Nos. 33, 44, and 73 as part of the official appellate record. Official transcripts of the proceedings have been filed with the Court, so no copies need be ordered.**