1           IN THE UNITED STATES DISTRICT COURT

2              FOR THE DISTRICT OF OREGON

3                  PORTLAND DIVISION

4
UNITED STATES OF AMERICA,        )   3:12-cv-02265-SI
5                                 )
              Plaintiff,          )
6                                 )
                   v.             )   December 19, 2013
7                                 )
THE CITY OF PORTLAND,             )
8                                 )
              Defendant.          )
9    _____)   Portland, Oregon

10

11

12

13

14              TRANSCRIPT OF PROCEEDINGS

15        BEFORE THE HONORABLE MICHAEL H. SIMON

16         UNITED STATES DISTRICT COURT JUDGE

17

18

19

20

21

22

23

24

25

```
 1                         APPEARANCES

 2    FOR THE PLAINTIFF:

 3    Adrian Brown
      Billy Williams
 4    United States Attorney's Office
      1000 SW Third Avenue, Suite 600
 5    Portland, OR  97204

 6    R. Jonas Alexander Geissler
      U.S. Department of Justice Civil Rights Division
 7    950 Pennsylvania Avenue, NW
      Washington, DC  20530
 8
      FOR THE DEFENDANT CITY OF PORTLAND:
 9
      Harry Auerbach
10    Ellen C. Osoinach
      David Woboril
11    City of Portland
      Office of the City Attorney
12    1221 SW 4th Avenue, Suite 430
      Portland, OR 97204
13

14    FOR THE PORTLAND POLICE ASSOCIATION:

15    Anil Karia
      Tedesco Law Group
16    3021 NE Broadway
      Portland, OR 97232
17

18    FOR ENHANCED AMICUS CURIAE:

19    Shauna M. Curphey
      Curphey & Badger, P.A.
20    520 SW Sixth Avenue, Suite 1040
      Portland, OR  97204
21

22

23

24    COURT REPORTER:        Dennis W. Apodaca, RDR, RMR, FCRR, CRR
                             United States District Courthouse
25                           1000 SW Third Avenue, Room 301
                             Portland, OR 97204
```

```
 1                    (December 19, 2013)

 2                 P R O C E E D I N G S

 3            (In chambers; telephone conference:)

 4            THE CLERK:  Your Honor, this is the time set for

 5    status conference in civil case 12-2265-SI, United States

 6    of America versus the City of Portland.

 7            Counsel, beginning with plaintiff, would you

 8    please identify yourselves for the record.

 9            MR. GEISSLER:  Good afternoon, Your Honor.

10    Jonas Geissler for the United States.

11            MS. BROWN:  Good afternoon.  Adrian Brown for

12    the United States.

13            MR. WILLIAMS:  Good afternoon, Your Honor.

14    Bill Williams for the United States.

15            THE COURT:  Good afternoon.

16            MS. CURPHEY:  Good afternoon, Your Honor.

17    Shauna Curphey for AMA Coalition for Justice and Police

18    Reform.

19            THE COURT:  Good afternoon.

20            MS. KARIA:  Good afternoon, Your Honor.  Anil

21    Karia for the Portland Police Association.

22            MS. OSOINACH:  Ellen Osoinach for the City of

23    Portland.  Good afternoon.

24            MR. WOBORIL:  David Woboril for the City

25    Attorney's Office.
```

1            MR. AUERBACH:  May it please the Court, I am

2    Harry Auerbach, acting city attorney.

3            THE COURT:  All right.  I have received the

4    unopposed amended motion for order to set procedures for

5    fairness hearing.  I have reviewed it.  I have some

6    comments and some suggested changes.  Basically let me

7    start by congratulating all four parties on getting to

8    this point.  I think that you have obviously worked very

9    hard, very diligently, and in the best interests, not only

10   of your respective clients, but I think also of the

11   community, the city, the state, and the country, as a

12   whole.  So I congratulate you all on reaching this stage.

13            Now, to be precise, I have not made any findings

14   on the settlement agreement.  That's why we need to have a

15   fairness hearing.  I appreciate the proposed procedures

16   that you have all presented to me.  By and large, I'm

17   prepared to accept those.

18            Here is what I mean by "by and large."  Let me

19   ask my law clerk, Nicholle Winters, to distribute to all

20   four parties two copies of each of four documents, and

21   then I will explain what they are and give you an

22   opportunity to review them.

23            All right.  Let's start in the following order:

24   The order setting notice and procedures for fairness

25   hearing.  Then Exhibit A to that is the testimony form.

1    Exhibit B to that is the notice of fairness hearing that I

2    envisioned will be sent by the parties to various

3    community organizations, media organizations, and placed

4    on the various parties' websites, and that has a footer at

5    the bottom of Exhibit B.

6         Finally, a separate document that is very

7    similar in content that is headed "Information regarding

8    Proposed Settlement Agreement and Fairness Agreement," and

9    my thinking is that this is what will be posted on the

10   Court's website.

11        Frankly, let me start by looking at this

12   document with you all, and then I will give you time to

13   read everything.  By the way, I don't think that anyone

14   here will see anything substantively or materially

15   different from what you are proposing, but I thought we

16   needed to find a way to make sure that the public had easy

17   and efficient access to several documents:  The complaint,

18   the proposed settlement agreement, the notice, and

19   obviously the testimonial form.

20        So what I am suggesting, and I will be glad to

21   take feedback from any of you, is that this document that

22   begins "Information Regarding Proposed Settlement

23   Agreement and Fairness Hearing" be placed on the U.S.

24   District Court for the District of Oregon website.  It

25   contains several links.  If you take a look at the second

6

1    page of this document where it says "key documents," my

2    expectation is that these are all the hyperlinks that

3    would take the viewer to the complaint that has been

4    filed, the proposed settlement agreement, the Court order

5    setting notice, the notice of fairness hearing, and the

6    testimony form can be printed off and used.  So that would

7    go on the Court's website.

8              With respect to the Order Setting Notice and

9    Procedure for Fairness Hearing, I understand that all

10   parties are requesting a fairness hearing on

11   February 18th.  Although your document listed the year as

12   1014 -- that's about a thousand years ago -- I think we

13   should do it in the year 2014.  I'm accepting your

14   suggested date of February 18th at 9:00 a.m. in this

15   courtroom.

16             I've made a few minor changes here.  For

17   example, you will see that in the middle of page 2, I am

18   suggesting that the testimony form can be sent by e-mail

19   if people wished.  You're certainly welcome to deliver it

20   to the clerk's office by hand.  They are certainly welcome

21   to mail it to the Court.  If they want to e-mail, they can

22   e-mail it to my courtroom deputy, Ms. Austad.  We modified

23   that.

24             There are a few minor changes at the bottom of

25   page 2 in the paragraph that deal with the form submitted.

1   There are a few minor changes to the bottom paragraph on

2   page 3.  Then the top three lines at the top of page 4 are

3   added.  I do think that it would be valuable for the

4   United States -- maybe you are already planning this --

5   but I think it would be valuable for the United States to

6   provide the notice of the fairness hearing and the

7   testimony form to, among other organizations, The National

8   Alliance on Mental Illness, Bud Clark Commons, the JOIN

9   organization, and Project Respond.

10          So I have added that to the top of page 4.  Then

11   there are some very minor changes in procedure in the

12   first full paragraph on page 4.  So that's the Order

13   Setting Notice and Procedures for Fairness Hearing.

14          Then on Exhibit A, your testimony form, we've

15   really only made some very minor changes.  In the middle

16   of the first page, we are making reference to the website.

17   So these documents are available online at the U.S.

18   District Court's website.

19          Then on page 3, the mailing address and the

20   e-mail address, the e-mail address I have added, the

21   e-mail address of my courtroom deputy, Ms. Austad.  Then

22   for the mailing address, we have added a special line for

23   fairness hearing comments.  It will make it easier for our

24   mail room.  I think that's it for Exhibit A.

25          I don't think we made any changes to Exhibit B.

1    If they are, they are very minor.  I'm sorry; my mistake.

2    Exhibit B is new.  This is a notice that we wanted to

3    present to you all that could go to the community

4    organizations, the media organizations, and if you wished,

5    posted on the parties' websites, at least our objective

6    was to provide relatively plain-English information about

7    what the case is about and what the purpose of the

8    fairness hearing is and the procedures for that.

9             So we would release that to the media.  The

10   parties would be free, indeed encouraged, to release to

11   their media lists, to distribute it to the community

12   organizations that this notice should go to, and, frankly,

13   our recommendation would be that the parties put it, as

14   appropriate, on their websites.  Anyway, enough said on

15   that.

16            So would you like to take a few minutes to read

17   these documents, and then I will ask you any suggested

18   changes either to any of the text or any of the processes?

19   Do you want to take some time to read it?

20            MR. GEISSLER:  Yes, Your Honor.

21            THE COURT:  What do you recommend?  Five

22   minutes?  Ten minutes?

23            MR. GEISSLER:  Five.

24            THE COURT:  We will be in recess for five

25   minutes, and then I will come back.

```
 1              (Recess.)

 2              (Open court; proceedings resumed:)

 3              THE COURT:  All right.  Let me turn this back

 4   over to you.  Tell me whether or not you believe I have

 5   made any errors or can do it any better, whether it be

 6   suggested changes to the text, to the procedures, or

 7   whether you think I'm just going the wrong direction in

 8   something, but it is awfully close to your suggested

 9   directions.

10              Let's start with counsel for the Government.

11              MR. GEISSLER:  Thank you, Your Honor.

12              In the first paragraphs, Your Honor, of the two

13   documents drafted by Your Honor's chambers, Information

14   regarding Proposed Settlement Agreement and Fairness

15   Hearing, and the second one, Notice of Fairness Hearing,

16   we have consistent changes in both documents.

17              Let me begin with the Information regarding

18   Proposed Settlement Agreement and Fairness Hearing.

19              THE COURT:  All right.

20              MR. GEISSLER:  It currently reads, "The

21   United States Department of Justice has concluded."  We

22   would ask the Court to change that to mirror the language

23   of our findings letter wherein we say, "We found

24   reasonable cause to believe."

25              THE COURT:  "The United States Department of
```

1    Justice has found reasonable cause to believe."

2            MR. GEISSLER:  Striking the word "concluded";

3    continuing "the Portland Police Department against the

4    Departments of Bureau."

5            THE COURT:  I am sorry.  Yes, of course.

6            MR. GEISSLER:  "Has an unconstitutional

7    pattern"; strike "and" and replace it with "or," so it is

8    "pattern or practice" -- to mirror the language of the

9    statute -- "of using excessive force against persons

10   with"; then insert "actual or perceived" in front of

11   "mental illness."

12           The next sentence, Your Honor, we would ask the

13   Court to change as follows:  "Based on that finding"

14   rather than "conclusion."

15           THE COURT:  All right.

16           MR. GEISSLER:  With that, I believe this

17   document is acceptable.  I don't have any other objections

18   to it.  I think the other parties may have some other

19   comments on it.

20           If I may, Your Honor, I would turn to the Notice

21   of Fairness Hearing document.

22           THE COURT:  Yes.

23           MR. GEISSLER:  Returning to the first sentence,

24   just like the last document, "The United States Department

25   of Justice has found reasonable cause to believe"; strike

1   the word "concluded"; "that the Portland Police Bureau";

2   strike the word "department"; "has an unconstitutional

3   pattern or"; strike the word "and"; "practice of using

4   excessive force against persons with actual or perceived"

5   mental illness.  This one has the "actual or perceived

6   language."

7           THE COURT:  I'm following you.

8           MR. GEISSLER:  Second sentence, "Based on that

9   finding"; strike the word "conclusion."  Then the rest of

10  the document remains the same.

11          THE COURT:  Okay.  Before I go to the other

12  parties, as I hear it then, the United States has other

13  suggested changes on those two documents.  Any suggested

14  changes or comments on either the testimony form or the

15  order itself?

16          MR. GEISSLER:  I have none right now.  I beg

17  Your Honor's pardon if we may continue to review them as

18  the other parties comment.

19          THE COURT:  Certainly.

20          MR. GEISSLER:  I would note, with the permission

21  of the other parties, on page 4 of Your Honor's

22  Order Setting Notice and Procedures for Fairness Hearing,

23  all parties, including the United States, would

24  be provided -- the United States specifically would be

25  provided copies, via electronic mail, if known, or first

1    class mail to all individuals that have contacted us.

2           We would be providing copies of substantive

3    documents.  This would necessitate that we would send

4    documents to individuals who are represented by the PPA

5    and AMA.  It is my understanding that the AMA does not

6    have an objection.  I invite the PPA as well to voice

7    their opinion on that.

8           Thank you, Your Honor.

9           THE COURT:  Thank you, Mr. Geissler.

10          Let me first go to the City and then I will go

11   to the Portland Police Association and then to AMA.

12          First of all, for the City, with respect to the

13   proposed changes that the United States has to that

14   paragraph in the Information regarding Proposed Settlement

15   and Notice of Fairness Hearing, the overview-of-the-case

16   paragraph, any objections?

17          MR. WOBORIL:  We appreciate the change and feel

18   it is accurate.

19          THE COURT:  Any other comments that the City

20   wishes to make, either suggested text changes, processes,

21   or other points that the City wants to make?

22          MS. OSOINACH:  No, Judge.  We are in agreement

23   with all the information provided.

24          THE COURT:  Thank you.

25          Mr. Karia, on behalf of the police association,

1    first of all, any comments to the Government's proposed

2    changes to the overview-of-the-case paragraphs?

3               MR. KARIA:  Those are acceptable, Your Honor.

4               THE COURT:  Okay.  With respect to the point

5    that Mr. Geissler makes about sending the notices, as

6    directed, if it turns out that there was some comments

7    received directly from some of your clients, some of the

8    union members, any objection to the United States sending

9    out the items that I am directing be sent even though they

10   may end up being sent to some of your clients if they are

11   in response to communications received?

12              MS. KARIA:  No, sir.

13              THE COURT:  Any other suggested comments or

14   changes to text, processes, or anything else?

15              MS. KARIA:  No, sir.

16              THE COURT:  All right.  Thank you so much.

17              Ms. Curphey, same questions.  First, any

18   comments to the Government's proposed changes to the

19   overview-of-the-case paragraph?

20              MS. CURPHEY:  No, Your Honor.

21              THE COURT:  First of all, we will make those

22   changes.  That's fine.  Thank you very much.

23              Any comments or reactions to Mr. Geissler's

24   comment that, under this order, I would be directing the

25   Government to send certain notices to whomever provided or

1  communicated with them, as on page 4 of this order, even

2  if some of them might be AMA members?  Any objections to

3  that process?

4        MS. CURPHEY:  No objection.

5        THE COURT:  Okay.  Any other suggested changes

6  to text, processes, or any other comments?

7        MS. CURPHEY:  Yes, Your Honor.  With regard to

8  the overview of the case, on both the Information

9  regarding Proposed Settlement and the Notice of Fairness

10  Hearing, Exhibits C and B respectively, there is a

11  sentence -- I think it is the third sentence down that

12  says, "The settlement agreement has been considered and

13  deemed fair and reasonable."

14        THE COURT:  One second.  I am not following you.

15  So which document?  We are talking Information regarding

16  Proposed Settlement?

17        MS. CURPHEY:  Right.  We will start with that

18  one.

19        THE COURT:  Which paragraph?

20        MS. CURPHEY:  First paragraph, the overview of

21  the case.

22        THE COURT:  Yes.  "The proposed settlement

23  agreement has been reviewed and deemed fair and

24  reasonable."

25        Go ahead.

1          MS. CURPHEY:  "By the Portland Police

2    Association and the Albina Ministerial Coalition for

3    Justice and Police Reform."  The Albina Ministerial

4    Alliance would like to suggest that the sentence end after

5    "the Portland Police Association" and then a new sentence

6    begin, "The Albina Ministerial Coalition for Justice and

7    Police Reform agrees to advocate for the implementation of

8    the settlement agreement reforms that the AMA Coalition

9    supports."

10          THE COURT:  Let me hear that again slowly.

11   After the word "reform," add "agrees to advocate."

12          MS. CURPHEY:  "For the implementation."

13          THE COURT:  "For the implementation."

14          MS. CURPHEY:  "Of the settlement agreement

15   reforms that the AMA Coalition supports."

16          THE COURT:  All right.  That seems reasonable to

17   me.

18          Any objection from the Government?  From the

19   United States?

20          MR. GEISSLER:  I would point out only,

21   Your Honor, in the new sentence, the word "Alliance"

22   should be inserted between "Ministerial and Coalition."

23   But no objection otherwise, Your Honor.

24          THE COURT:  It should be "the Albina Ministerial

25   Alliance Coalition."  Is that what you're saying?

1            MR. GEISSLER:  Yes, Your Honor.

2            THE COURT:  You agree with that?

3            MS. CURPHEY:  Yes.  Just to be clear, it might

4    be better to have "has agreed," because it is referring to

5    an agreement that came out of the mediation.

6            THE COURT:  All right.  So where is "has

7    agreed"?

8            MS. CURPHEY:  The sentence starts, "The Albina

9    Ministerial Alliance Coalition," and then it will say "has

10   agreed."

11           THE COURT:  After "Coalition," it is "The Albina

12   Ministerial Alliance Coalition for Justice and Police

13   Reform," right?

14           MS. CURPHEY:  Yes, Your Honor.

15           THE COURT:  Then it would be "has agreed" --

16           MS. CURPHEY:  Correct.

17           THE COURT:  -- "to advocate for the

18   implementation of the settlement agreement reforms that

19   the AMA Coalition supports."

20           Would that change the United States' position?

21   Any problem?

22           MR. GEISSLER:  Yes, Your Honor.

23           THE COURT:  Is the City all right with that?

24           MS. OSOINACH:  I apologize.  I haven't had a

25   chance to talk to Ms. Curphey or her client, but I wonder

```
 1   if they would object to the sentence reading, "The AMA
 2   Coalition does not object to the acceptance of the
 3   settlement agreement and has agreed to advocate."  That's
 4   just language from the collaborative agreement.
 5           THE COURT:  I'm not precisely following.  Take a
 6   moment and talk to Ms. Curphey what you are referring to,
 7   and then I will hear from you both.
 8           (Pause in proceedings.)
 9       MS. CURPHEY:  Thank you for your patience,
10   Your Honor.  My client is willing to accept the City's
11   suggestion.
12           THE COURT:  Give it to me slowly.  Where we have
13   the previous sentence ends right after "Portland Police
14   Association."  Then we pick up with a new sentence.  "The
15   Albina Ministerial Alliance Coalition for Justice and
16   Police Reform."  Now what, slowly?
17       MS. OSOINACH:  It would be, "Does not object to
18   the acceptance of the settlement agreement."
19           THE COURT:  One second.  All right.
20       MS. OSOINACH:  Does not object to the acceptance
21   of the settlement agreement by the Court and has agreed,"
22   and then the language that Ms. Curphey suggested.
23           THE COURT:  All right.  It is not an independent
24   clause.  There is not going to be a comma; that's just my
25   ruling.
```

1          The last sentence is, "The Albina Ministerial

2    Alliance Coalition for Justice and Police Reform does not

3    object to the acceptance of the settlement agreement by

4    the Court and has agreed to advocate for the

5    implementation of the settlement agreement reforms that

6    the AMA Coalition supports."

7          Do I have that right?

8          MS. CURPHEY:  Yes, Your Honor.

9          MS. OSOINACH:  Yes, Your Honor.

10          THE COURT:  So no further objections from the

11    City on that.

12          Any objection to any of these changes from the

13    Portland Police Association?

14          MS. KARIA:  No, sir.

15          THE COURT:  All right.

16          MS. CURPHEY:  If I may, Your Honor, we have one

17    other suggestion on Exhibit A, the form.  The boxes at the

18    bottom of that form, we would like one that says "other,

19    please specify."

20          THE COURT:  Probably the logical place for that

21    would be at the end after "agreement implementation"?

22          MS. CURPHEY:  Yes.

23          THE COURT:  "Other, please specify."  All right.

24    That seems reasonable.

25          Any objections from any party?

1          MS. OSOINACH:  No, Your Honor.

2          MS. KARIA:  No, Your Honor.

3          MR. GEISSLER:  No, Your Honor.

4          THE COURT:  Anything else?

5          MS. CURPHEY:  No, Your Honor.

6          THE COURT:  All right.  Mr. Geissler.

7          MR. GEISSLER:  I take it, Your Honor, that the

8   same changes from the Information regarding Proposed

9   Settlement Agreement and Fairness Hearing will be

10  incorporated into Notice of Fairness Hearing regarding the

11  AMA sentence?

12         THE COURT:  Precisely.

13         All right.  Anything else from the parties at

14  this time?

15         MS. OSOINACH:  Nothing from the City.

16         THE COURT:  All right.  I do note that there are

17  members of the public here.  Although there are limits, is

18  there any input from the public that they wish to provide

19  at this time regarding the processes?  Now is not the time

20  to provide any input as to whether or not the settlement

21  agreement is fair, reasonable, and adequate.  That will

22  take place either in writing or in other forums or orally

23  in this courtroom on Tuesday, February 18th, beginning at

24  9:00 a.m.  I will hear from anyone and everyone who wishes

25  to provide input at that time, consistent with this order.

1          But right now, just in terms of the processes or

2     procedures -- I want to be fully transparent about this --

3     in terms of the processes and procedures that I will be

4     following for the setting of this fairness hearing, does

5     anyone else wish to be heard at this time?  If so, you are

6     invited to come step forward.  I will ask the courtroom

7     deputy to give you a microphone if you want to say

8     something about the processes or procedures.

9          Again, please do not comment now about whether

10    or not the settlement agreement is fair, reasonable, or

11    adequate.

12         Does anyone wish to come forward?

13         I am seeing a hand.  Please state your name for

14    the record first.

15         MR. HANDELMAN:  Your Honor, my name is

16    Dan Handelman.  I am a member of Portland Copwatch.  I was

17    reading about the limit of 20 written pages and questions

18    about other documents regarding the settlement agreement.

19    I don't know if that means that Your Honor is going to be

20    reading those other documents as well, which would then

21    perhaps exceed the 20 pages.  I'm hoping if we have a

22    document that precedes what we're going to submit to the

23    Court, that that can be entered into the record without

24    going over that 20-page limit.

25         THE COURT:  It is my intention to read anything

1    and everything that is submitted to me.  If someone moves

2    to submit something that's longer than 20 pages, just

3    either ask for permission to go beyond it, and it will be

4    granted, or I will deem that submission to include an

5    implicit request for that extension, and I will consider

6    it.  Obviously what I can't do, if someone recommend that

7    I read five or ten books before the fairness hearing, I

8    can't do that.  If there is some evidence or important

9    information that, in reality, someone thinks I should

10   read, I will make the effort and read it.

11           MS. BROWN:  May I make a point of clarification

12   on that, Your Honor?

13           THE COURT:  You may.

14           MS. BROWN:  The purpose of that question was so

15   that the Court and parties know whether or not the person

16   has previously provided public comment previously, that we

17   could then look at or find or refer to.  The form doesn't

18   request the individual to go find those other copies and

19   attach them.  It asks for a "yes" or "no" and asks them to

20   describe it briefly.

21           THE COURT:  Thank you.

22           MR. WALSH:  My name is Joe Walsh.  I represent

23   Individuals for Justice.  We would like to compliment you

24   on opening it up to the public and thank you for doing

25   that.  It is a good start.

1          THE COURT:  Thank you, Mr. Walsh.

2          Anyone else?

3          MS. HARDESTY:  Hello, sir.  I am Jo Ann

4   Hardesty.  I had a question about the videotaping of

5   testimony and wanted to know what the process would be for

6   Your Honor and others to be able to review that video.

7          THE COURT:  Thank you, Ms. Hardesty.  That's a

8   good question.  Let me ask one of the parties, or counsel,

9   if you have any insights on that.

10         Does anyone wish to comment on that?

11         MR. GEISSLER:  Your Honor, I can assert that it

12  is novel for the fairness hearings that we have engaged

13  in, the Civil Rights Division, to have video submissions.

14  I would imagine if the Court collects the videos, and the

15  Court requires the assistance of the United States to have

16  those duplicated and provided to all four parties, we

17  would be willing to do that, Your Honor.

18         THE COURT:  Depending upon how burdensome it is

19  for the Court, we may or may not take you up on the offer.

20         Ms. Hardesty, is there anything more specific I

21  can answer in your question?  Is there anything that

22  you're driving at that I'm not following or understanding?

23         We want to make this as easy as possible for

24  people to provide information or views or testimony in

25  whatever way they feel most comfortable.

1          MS. HARDESTY:  Thank you, Judge Simon.  I

2    appreciate the desire of the Court.  As I look at the form

3    that we're going to send out, it is a pretty

4    intimidating-looking form.  So if you are unaccustomed to

5    speaking at the City Council or in front of a judge, I

6    look at that form and thought that most regular people on

7    the street, they would look at that form and be pretty

8    overwhelmed.

9          I hope that does not limit people's desire to

10   provide input.  What I hope is that people will share

11   their experience and how they think their experience fits

12   into this settlement agreement.  There are a lot of people

13   that are just not -- they are not used to speaking in

14   front of folks.  I just wanted to make sure that if we

15   took the time to collect community video testimony, that

16   there would be a commitment from this Court that that

17   would not be a wasted effort and that the Court would

18   consider that testimony.

19          But I'm sure it won't happen the day of the

20   fairness hearing.  So clarity on what the process will be

21   for reviewing that document and how that feeds in, I

22   think, would be really helpful.

23          THE COURT:  Excellent point.  Let me state this:

24   First of all, in terms of the legalistic nature of the

25   form, which I do recognize, but we also want some

 1   precision too.  If any community organization, community

 2   leader, or anyone wants to take their own hand to craft

 3   some type of non-official, non-court sanctioned, approved

 4   form to let folks know what's going on and how it is going

 5   on, and you want to write it in plainer English or better

 6   communication, feel free to do it.  I'm not necessarily

 7   asking for anyone to submit it to me, nor am I going to

 8   put the court stamp on it.  But you are all welcome to

 9   provide whatever information you want to the people that

10   you think might want to provide input or information.

11          So feel free to write a cover letter or a cover

12   notice that says:  You can either read the Court's form or

13   just read this notice or read both, if you want.  That's

14   up to you all.  The objective is to get people who want to

15   submit information to feel comfortable doing it in any way

16   they can do it.

17          Now, the idea behind the DVD was just that, that

18   if people don't want to come to court, if people want to

19   have their testimony or their information submitted in

20   advance, the idea was organizations or groups or

21   individuals can get that organized, can do it, and we will

22   review it.

23          Right now, I'm really not anticipating, and this

24   is just a guess, I'm not anticipating more than several

25   hours' worth of that type of testimony.  And if we have

1  several hours of that type of testimony, yes, we will

2  watch them.  We will review them, and it will become part

3  of the record, absolutely.

4       What we will do if we get several thousand

5  hours, I don't know.  We will be back and talk about and

6  figure it out.  But I do anticipate that we will probably

7  get anyway from several dozen or so folks that want to say

8  what they want to say for a few minutes or so, and that

9  will total a couple of hours, and that's workable.  If we

10 get something that's not workable, we will just take it

11 one step at a time.

12      Ms. Hardesty, does that give you a sufficient

13 answer?

14      MS. HARDESTY:  Yes, sir.

15      THE COURT:  Ms. Curphey.

16      MS. CURPHEY:  Your Honor, if I may.  In relation

17 to several hours of testimony, I don't know how much time

18 we have scheduled on the 18th.

19      THE COURT:  All day.  We are going to keep going

20 until we're done.  If we get lots of people that want to

21 be heard, we're going to keep going until we're done.  I

22 do think that if we hit eleven o'clock, twelve o'clock,

23 1:00 in the afternoon, and nobody else is here that wants

24 to be heard, I may close the hearing.  Thus, if someone

25 comes at four o'clock expecting to be heard and didn't

1    send any notice, they may be out of luck.  If we get a lot

2    of people, we're going to keep going until we are done.

3            MS. CURPHEY:  Thank you, Your Honor.  That's

4    what I wanted to clarify.

5            THE COURT:  Please state your name.

6            MS. TERRELL:  Thank you, Your Honor.  I am

7    Dr. Audrey Terrell, President for the Portland NAACP.  I

8    just wanted to, No. 1, inform you of my presence in the

9    room and also the following process:  It will be the

10   intent of the NAACP to have some level of educational

11   forums on this particular hearing.  So as Jo Ann said, as

12   simplistic as we can make it, so we can have some

13   feedback.  Thank you for this opportunity.

14           THE COURT:  Excellent.  Thank you for doing

15   that.

16           All right.  Anyone else?  Seeing no hands, I am

17   prepared now to enter the order setting notice and

18   procedures for the fairness hearing with the exhibits, as

19   modified per the discussions in this hearing.  We will

20   make those modifications right now.  We will then issue

21   the order electronically on the Court's system.  I am sure

22   that will be done before the end of today.

23           Then I will also have my court staff send to the

24   counsel for all four parties here copies of these

25   documents, after they have been corrected, so you can do

1    whatever you want with them, in terms of how you further

2    distribute them, put them on your website, and we will do

3    our best to get this up on the Court's website as soon as

4    possible.

5         Again, I commend all counsel and their clients

6    for their diligent efforts to bring this together.  I

7    thank all members of the public for the input that you

8    provided so far, and I look forward to receiving more

9    input on the fairness, reasonableness, or adequacy of the

10   proposed settlement agreement on April 18th, 2014 at

11   9:00 a.m. in this courtroom.

12        Let me begin by asking the Government now, any

13   further matters that you believe I need to address at this

14   hearing?

15        MR. GEISSLER:  Yes, Your Honor, two other

16   matters.  I believe it was February 18th, not April 18th,

17   for the order.

18        THE COURT:  I see February 18th everywhere.  Am

19   I mistaken?

20        MR. GEISSLER:  You said April.

21        THE COURT:  The fairness hearing is

22   February 18th, 2014, 9:00 a.m., in this courtroom.

23        MR. GEISSLER:  Then there is one other matter.

24   Yesterday, the City Council approved -- and I believe the

25   City may speak to this -- an agreement between the

1   United States, the Portland Police Association, and the

2   City wherein the Portland Police Association withdrew its

3   objections to the settlement agreement.

4        I believe we wanted to raise two things with the

5   Court:  One is the withdrawing of the objections.  It

6   merits a representation from the PPA, and I thank the PPA

7   for their hard work in reaching this point.

8        The second is, there is a provision in this

9   agreement, if there is disagreement later, we would first

10  seek to consult with one another, and then if that fails,

11  to come to the Court for a resolution of that

12  disagreement.  That stated, we are asking the Court not to

13  enter this agreement as an order, nor to grant

14  tempore mature, nor to subject it to a fairness hearing in

15  and of itself.  But since it does ask the Court to take

16  action, we would like the Court to be aware of that

17  potential action.

18       THE COURT:  I think it would be a good idea, for

19  the completeness of the file, for you to all file that as

20  a formal document, even if it is just a notice to the

21  Court, with the Court's formal docket system, unless there

22  is a good reason not to do it.  But if there is not a good

23  reason not to do it, I think the PPA, or someone, should

24  just simply file that with the Court, maybe as a notice of

25  withdrawal of objections by PPA and other related issues,

1    or something like that.

2              MR. GEISSLER:  Yes, Your Honor.  From my

3    understanding, the United States and the other parties

4    agree that this side agreement does not change a

5    settlement agreement such that there is no need to

6    consider whether or not the settlement agreement is

7    modified by this agreement.

8              THE COURT:  Thank you.

9              MR. GEISSLER:  Thank you, Your Honor.

10             THE COURT:  All right.  So I was asking if there

11   was anything else that anyone believe I need to address at

12   this hearing.

13             From the City, anything else?

14             MS. OSOINACH:  I appreciate Mr. Geissler

15   clarifying that.  With that, there is nothing further.

16             THE COURT:  From the police association?

17             MS. KARIA:  Nothing further, Your Honor.  I do

18   want to acknowledge, for the record, that the PPA,

19   pursuant to its memorandum agreement, has withdrawn its

20   objections.  Per the Court's direction, we will file a

21   notice in the docket.

22             THE COURT:  Thank you.  Very good.

23             Anything further that I should address from the

24   perspective of the Albina Ministerial Alliance Coalition

25   for Justice and Police Reform?

1          MS. CURPHEY:  I have one question now, in light

2    of the decision to enter the agreement between the PPA,

3    their side agreement.  The AMA has a collaborative

4    agreement as well with the Department of Justice and the

5    City that doesn't require the Court to take action, but to

6    the extent that you want a complete file, perhaps you want

7    the collaborative agreement entered as well.

8          THE COURT:  Here is my thinking on it, and I

9    will leave this to you all.  If you want to enter that in

10   the Court's file, you are certainly welcome to do so.  I

11   have no objection to that.  It is fine.  If you have a

12   reason for not doing it, then fine.  You don't have to do

13   it.

14         The reason I wanted it entered in the record,

15   with respect to the police association, if there is a

16   possibility that something may result in a request for

17   court assistance down the road, I wanted a comprehensive

18   record on that issue.  If that's not part of the Albina

19   Ministerial Coalition's agreement, then I will leave it up

20   to you all whether you want to enter that into the record

21   or not.

22         MS. CURPHEY:  Thank you, Your Honor.

23         THE COURT:  Thank you all very much.  If I say

24   the month correctly now, we will get this right.  I look

25   forward to seeing you all on February 18th, 2014,

1    9:00 a.m.

2              We will be in recess.

3              COUNSEL:  Thank you, Your Honor.

4              (Court adjourned.)

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1

2                              --oOo--

3

4            I certify, by signing below, that the foregoing

5  is a correct transcript of the record of proceedings in

6  the above-entitled cause.  A transcript without an

7  original signature, conformed signature, or digitally

8  signed signature is not certified.

9
   /s/ Dennis W. Apodaca                    December 30, 2014
10 DENNIS W. APODACA, RDR, RMR, FCRR, CRR              DATE
   Official Court Reporter
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25