IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION


| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 3:12-cv-02265-SI |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | March 24, 2014 |
| | ) | |
| THE CITY OF PORTLAND, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | Portland, Oregon |


TRANSCRIPT OF PROCEEDINGS

BEFORE THE HONORABLE MICHAEL H. SIMON

UNITED STATES DISTRICT COURT JUDGE

```
 1                         APPEARANCES

 2

 3    FOR THE PLAINTIFF:

 4    Billy Williams
      Adrian Brown
 5    United States Attorney's Office
      1000 SW Third Avenue, Suite 600
 6    Portland, OR  97204

 7    Michelle Jones
      R. Jonas Alexander Geissler
 8    U.S. Department of Justice Civil Rights Division
      950 Pennsylvania Avenue, NW
 9    Washington, DC  20530

10
      David W. Knight
11    U.S. Department of Justice
      Disability Rights Section
12    950 Pennsylvania Avenue, NW
      Washington, DC  20530

13

14

15    FOR THE DEFENDANT CITY OF PORTLAND:

16    Ellen C. Osoinach
      David L. Woboril
17    City of Portland
      Office of the City Attorney
18    1221 SW 4th Avenue, Suite 430
      Portland, OR 97204

19

20

21    FOR THE DEFENDANT PORTLAND POLICE ASSOCIATION:

22    Anil Karia
      Tedesco Law Group
23    3021 NE Broadway
      Portland, OR 97232

24

25
```

```
 1                        APPEARANCES (Continued)

 2

 3    FOR ENHANCED AMICUS CURIAE:

 4    Shauna M. Curphey
      Curphey & Badger, P.A.
 5    520 SW Sixth Avenue, Suite 1040
      Portland, OR  97204
 6

 7    Jessica Ashlee Albies
      Creighton & Rose, PC
 8    815 SW Second Avenue, Suite 500
      Portland, OR  97204
 9

10

11

12

13

14

15

16

17

18

19

20

21

22    COURT REPORTER:        Dennis W. Apodaca, RDR, RMR, FCRR, CRR
                             United States District Courthouse
23                           1000 SW Third Avenue, Room 301
                             Portland, OR 97204
24                           (503) 326-8182

25
```

```
1                     (March 24, 2014)
2                   P R O C E E D I N G S
3          (Open court:)
4          THE CLERK:  This is the time set for hearing in
5   Civil Case 12-2265-SI, U.S.A. versus City of Portland.
6          Counsel, beginning with plaintiff, would you
7   please identify yourselves for the record.
8          MS. JONES:  Michelle Jones for the
9   United States, along with my colleagues John Geissler,
10  Adrian Brown.  Behind me, we have David Knight and Billy
11  Williams.
12         THE COURT:  Welcome.
13         MS. ALBIES:  J. Ashlee Albies for Intervenor AMA
14  Coalition for Justice and Police Reform, along with
15  Shauna Curphey.
16         MR. KARIA:  Anil Karia for the Portland Police
17  Association.
18         THE COURT:  Good morning.  Welcome.
19         MS. OSOINACH:  Ellen Osoinach for the City.
20         MR. WOBORIL:  David Woboril, City of Portland.
21         THE COURT:  Welcome.  Before hearing further
22  argument from the four parties, I think it might be useful
23  for you to hear how I'm tentatively viewing the matter
24  before me.  So my plan is to briefly identify my tentative
25  thoughts, and then perhaps take a short break, and then
```

1  give the parties an opportunity to respond.

2          Is that procedure acceptable to the parties?

3          MR. GEISSLER:  It is, Your Honor.  Thank you.

4          MR. WOBORIL:  For the City, that's fine, Judge.

5          MS. ALBIES:  Yes, Your Honor.

6          MR. KARIA:  Yes, Your Honor.

7          THE COURT:  The United States brought this

8  lawsuit against the City of Portland under

9  42 United States Code §14141.  The United States and the

10 City of Portland have entered into a proposed settlement

11 agreement and have jointly moved the Court to accept the

12 settlement agreement as an order of the Court.  Both the

13 United States and the City agree that entering into the

14 settlement agreement, rather than engaging in contested

15 litigation, is the best way to resolve the claims brought

16 by the United States in this matter, which concern

17 policing practices in the City of Portland.

18          Both the United States and the City further

19 agree that it will likely take several years, possibly as

20 many as five years, for the City substantially to comply

21 with all of the provisions of the settlement agreement.

22 In addition, both the United States and the City jointly

23 ask the Court to retain jurisdiction over this action for

24 all purposes until the City substantially has complied

25 with all of the provisions of the settlement agreement and

has maintained substantial compliance with all provisions

for one year.

The question now before the Court is whether the

settlement agreement, as a whole, is fair, adequate, and

reasonable as a means of revolving the claims raised in

the complaint.  To assist the Court in answering that

question, the Court held a fairness hearing on

February 18th and 19th, 2014, and received both

pre-hearing and post-hearing written submissions and oral

testimony from the United States, the City of Portland,

Intervenor-Defendant Portland Police Association, Enhanced

Amicus Curiae Albina Ministerial Alliance Coalition for

Justice and Police Reform, which I refer collectively as

the four parties or the parties, and numerous members of

the public.

As the United States explained in its

post-hearing memorandum, this settlement agreement "will

fundamentally alter the way in which Portland Police

interact with the people who live and work in the City.

It creates a foundation to protect the civil rights of all

Portlanders, particularly those that live with mental

illness."  The United States continues:  "The goal of this

litigation -- to ensure that the Portland Police Bureau

has adequate policies, procedures, training, and

accountability in place so that encounters with people

with mental illness are constitutional -- will be achieved
through the implementation of the agreement.  Approval of
this agreement will ensure that there is a roadmap for
sustainable reform.  It will ensure DOJ monitoring of
remedies; public use-of-force audits; increased
community-based mental health options; workable solutions
to Citizen Review Committee deadlines and meaningful
Independent Police Review investigations; negotiating
changes to the 48-hour rule with the district attorney;
data gathering; and much more."  That's from the
United States' post-hearing memorandum.

        The City of Portland, in its post-hearing brief,
expressed very similar comments.  According to the City of
Portland, the settlement agreement "represents an historic
opportunity for the City to engage in focused and
sustained efforts to improve outcomes in encounters and
persons in need of mental health crises services and local
law enforcement.  The remedies in the agreement
specifically targeted to that issue are supported by
several mental health organizations."  The City of
Portland in its post-hearing brief also notes that
"holding officers accountable for their conduct is an
integral part of building community trust, and the City
pursues that goal within and outside of the agreement."

        The Defendant-Intervenor, Portland Police

Association, stated in its post-hearing memorandum that
the Portland Police Association supports the "entry of the
settlement agreement between Plaintiff United States and
Defendant City of Portland."  The Portland Police
Association continued in their brief:  "While the Portland
Police Association vigorously disagrees that the Portland
police officers have engaged in unconstitutional policing,
the settlement agreement -- in its current, unaltered
form -- is a fair, adequate, and reasonable resolution to
the allegations in the United States' complaint."

         However, here, I must pause and offer the
Court's perspective on a comment made by the president of
the Portland Police Association a few days after the
public fairness hearing concluded.  The president of the
Portland Police Association commented that "never have I
been exposed to such an array of complaints directed at
the men and women who risk their lives every day to
protect those who fall victim to crime, misfortune, or
crises."  He then added that he "left the federal
courthouse wondering why we do the work we do.  Why do we
put ourselves at risk on a daily basis?  And why do we
expose ourselves to the scrutiny of those who have never
walked in our shoes?"  The president of the Portland
Police Association concluded with his answer.  He said,
"Because it is just what we do."

1    I would like to offer another answer to those

2 questions.  In response to the question of why do the

3 sworn law enforcement officers put themselves at risk on a

4 daily basis, I believe that the answer is that they

5 believe, and they are committed, to the depths of their

6 souls, in the rule of law, and they heroically enforce the

7 rule of law in order to protect everyone in society from

8 lawless conduct.

9    But that answer to the first question, I

10 believe, also answers the second question posed by the

11 president of the Portland Police Association when he

12 asked, "Why do we expose ourselves to the scrutiny of

13 those who have never walked in our shoes?"  The answer to

14 that question is the same as the answer to the first

15 question.  It is because that is the very nature of a

16 constitutional democracy under the rule of law.  The very

17 nature of the rule of law requires that the police subject

18 themselves to the scrutiny of and oversight by those who

19 have never walked in their shoes -- and that they receive

20 the praise and commendation when appropriate and that they

21 also receive constructive criticism and oversight when

22 appropriate.

23    The founders of this nation, when they devised

24 our Constitution, created a system of checks and balances

25 and separation of powers.  Never before in the history of

1    the world had that been done.  And that system has served

2    us very well, on a path of continuous improvement ever

3    since.

4          This great principle leads me to the concerns

5    that I currently have with the proposed settlement

6    agreement in the form that the parties are presenting me

7    with.

8          The proposed settlement agreement, in paragraph

9    178, provides that the United States and the City of

10   Portland will jointly move, or ask, the Court to

11   "conditionally dismiss the complaint in this action with

12   prejudice, while retaining jurisdiction to enforce the

13   agreement," if called upon to do so by the United States.

14   According to paragraph 178, if that motion were granted by

15   the Court, then if the United States does not call upon

16   the Court to take any action, the Court will have no

17   knowledge of what progress is or is not being made until

18   approximately October 12th, 2017, which is more than three

19   and one-half years from now.

20         Now, the United States, through the U.S.

21   Department of Justice and the U.S. Attorney's Office,

22   assures us that they will vigorously monitor the progress

23   that the City of Portland is making towards achieving

24   substantial compliance with all of the terms of the

25   settlement agreement.  For those dedicated individuals who

1   are currently representing the United States in this case,

2   I have nothing but respect and praise.  But prosecutorial

3   and enforcement priorities can change over time.

4           Part of the genius of our founders, when they

5   created a system of checks and balances and separation of

6   powers, is that they placed the judicial power of the

7   United States in the hands of judges who serve during good

8   behavior, which generally means life tenure.

9           If the parties were to agree that this Court

10  could periodically, and by that I mean approximately

11  annually, hear from all of the parties, and that includes

12  both Intervenor-Defendant Portland Police Association and

13  Enhanced Amicus Curiae Albina Ministerial Alliance

14  Coalition for Justice and Police Reform, if they wish to

15  be heard -- and also hear from the City-appointed

16  Compliance Officer/Community Liaison, the COCL, simply on

17  how compliance with the settlement agreement is

18  progressing and whether there are any obstacles or

19  impediments to achieving substantial compliance with all

20  of the provisions of the settlement agreement, and if the

21  parties were to agree that I could then hold the case in

22  abeyance; that is, to stay the litigation, rather than to

23  dismiss it with prejudice, even conditionally, then I

24  would be prepared to approve the settlement agreement

25  today.

1      It is not the intention of the Court to

2  micro-manage compliance activities or even to enter any

3  substantive orders, unless there is a specific motion to

4  do so brought by the United States that is well supported

5  on both substantive and procedural grounds.  I understand

6  the mediation component of this, and that's what I mean by

7  "procedural grounds."  I am satisfied with the parties'

8  responses to my several post-hearing questions regarding

9  the specific points in the settlement agreement.  My

10  comments and my concerns relate to procedure and continued

11  understanding by the Court of how things are progressing.

12      So I am not satisfied with the prospect that

13  three and one-half years can go by with the Court hearing

14  absolutely nothing about how substantial compliance is

15  progressing.  I have serious concerns that a requirement

16  of the Court must dismiss the case with prejudice, even

17  conditionally, upon approval of the settlement agreement

18  in the particular fashion that the parties are requiring

19  or insisting upon, as opposed to staying the case, will

20  render the settlement agreement in that fashion

21  inadequate.

22      I note here that the United States, in its

23  post-hearing submission, states that it has no objection

24  to the Court staying the litigation and holding annual, or

25  even semi-annual, conferences -- and, frankly, right now,

1    I am inclined to think that annual conferences are

2    sufficient -- to receive in open court reports from the

3    parties, the four parties, and the COCL and to answer the

4    Court's questions about how matters are progressing.  Now,

5    if all parties were in accord, if all parties agree, that

6    would enable me to conclude today that the settlement

7    agreement is fair, adequate, and reasonable.

8            I note, however, that, at least as stated in

9    their post-hearing memoranda, both the City of Portland

10   and the Portland Police Association believe that the Court

11   holding periodic hearings, even on an annual basis and

12   just for the purposes of receiving information, would

13   violate the settlement agreement in their opinion and

14   doing so is opposed by both the City of Portland and

15   Portland Police Association, as stated at least in their

16   post-hearing memoranda.

17           I note that the enhanced curiae has no objection

18   to the Court serving in that capacity, and the amicus

19   curiae, in their post-hearing memoranda, even commented

20   that the Court can order that even over the objection of

21   the City or the Portland Police Association, because the

22   settlement agreement at paragraph 178 simply provides that

23   the parties will jointly ask the Court to dismiss the case

24   with prejudice, albeit conditionally, and that there is no

25   condition precedent or subsequent in the settlement

1    agreement that the Court actually have to grant that

2    motion.  Perhaps we can discuss that a bit further.

3          I know that the United States argues that I can

4    simply approve the settlement agreement, stay the case,

5    and order periodic status conferences.  Perhaps that's

6    their reasoning behind that.  But because the City of

7    Portland and the Portland Police Association disagree, I

8    may need to hear a little bit more about that, unless we

9    can resolve it otherwise.

10          The foundation of any contract, and the

11   settlement at its core is just a contract, requires a

12   "meeting of the minds" among contracting parties.  If the

13   United States and the City of Portland do not agree on

14   this point, then I would be concerned that there might not

15   be a "meeting of the minds," and if that's the case, there

16   might not be a settlement agreement, except, as I said, in

17   a form that I am not prepared to approve as fair,

18   adequate, and reasonable.

19          Those are my tentative thoughts.  I have

20   prepared a draft order entering the settlement agreement

21   and staying litigation, consistent with what I have just

22   been describing.

23          Mary, will you pass these around to the counsel.

24          I do think it would be useful for counsel to

25   review the draft, consider my comments, and then share

with me any views that they may have.  I would propose we
would take a ten-minute recess for that purpose.

Does ten minutes seem satisfactory?

MS. OSOINACH:  Your Honor, I have a question.  I
am unclear and would appreciate your guidance about what
you perceive to be the difference in terms of the Court's
authority between staying the case and dismissing it
conditionally and maintaining ancillary jurisdiction.

THE COURT:  I am not aware of any precedent that
provides for the Court to have and to order periodic
progress reports when a case has been dismissed with
prejudice even conditionally, because the only condition
that I see in the agreement is that if the United States
moves for enforcement of the agreement, then I have
retained jurisdiction and can enforce it according to U.S.
Supreme Court precedent.

But in the absence of such a motion from the
United States, I question whether I even have the
authority to ask the parties -- and by "ask," that's sort
of polite for "ordering the parties" -- to come before me
on what I'm currently anticipating that is needed as an
annual basis, just to tell me how things are going, how
things are progressing, are there any problems or
obstacles?

I'm confident that no party here would be

intentionally rude or disrespectful to the Court, but if I
approve the settlement agreement, I think, as the City
currently argues it is to be understood, although there is
that interesting point that the amicus curiae and the
United States make about the reading of 178.  But if I
interpret the agreement the way the City does, and I order
the parties to report to me on an annual basis how things
are proceeding, I think that a party could say, in
response, with all due respect to the Court and no
rudeness intended:  No, thank you.  This case has been
dismissed with prejudice, conditionally, and the only
condition that will get us back in front of the Court is a
motion by the United States.  And if that hasn't occurred,
then there is no further jurisdiction or authority that
the Court has to compel the parties to appear.

        That's a moderately long-winded answer to your
question, but that's my answer.

        MS. OSOINACH:  That's very helpful.  Thank you.

        MR. WOBORIL:  Judge, the difficulty we faced in
responding to the Court's questions was what the
uncertainty of what a hearing would look like, how people
would behave in a hearing.  I think the Court has given us
a little more information by describing this hearing as
one in which the Court would receive information.

        We have designed a system in which the COCL

1    plays a significant role, a very important role, and

2    reporting to this Court would be a considerable expansion

3    of that role and also another audience to the COCL's

4    already broad range of audiences.

5          Would the Court expect at the hearing the Court

6    contemplates that there be cross-examination; that there

7    would be a testing of evidence at all?  That's the

8    beginning of my questions, and we wonder what it would

9    look like, what responsibilities our COCL would have, how

10   that would change the dynamics of the system we have

11   created.

12         THE COURT:  If you take a look at the proposed

13   order that I have distributed, particularly page 3, the

14   final order that I am proposing here is that the parties

15   and the COCL, and since I have no jurisdiction over the

16   COCL, but I have jurisdiction over the City, it would be

17   by ordering the City to so direct the COCL to appear

18   before the Court at periodic hearings, which are not

19   subject to the stay, to be held approximately annually,

20   unless otherwise ordered by the Court, to describe to the

21   Court the progress being made toward achieving substantial

22   compliance with all provisions of the settlement agreement

23   and any obstacles or impediments toward that end, or to

24   otherwise respond to the Court's questions on those

25   issues.

1          I am not envisioning, and I do not envision an
2    evidentiary hearing.  I do not envision cross-examination.
3    However, if one of the parties were to say to the Court
4    that they would urge the Court to ask a follow-up
5    question, well, then in my discretion I may very well ask
6    a follow-up question.  But I would not envision
7    cross-examination.  I would not envision an evidentiary
8    hearing.

9          Although I understand that the settlement
10   agreement does create the role of the COCL, does
11   anticipate that the COCL will prepare quarterly reports,
12   even finalizing those quarterly reports after submitting
13   them in draft to affected or interested parties, including
14   a relevant board that's created.  And even though
15   obviously the United States is prepared to be a monitor,
16   the concern that I have is that I may be hearing
17   absolutely nothing about how matters are progressing and
18   whether there are or are not obstacles or problems for
19   three and a half years.

20         In that respect, and, frankly, only in that
21   respect, I believe that the settlement agreement is not
22   adequate because I believe that does not afford enough
23   information flowing to the Court in a timely fashion.
24   Again, that's a long-winded answer to your question, but
25   that's my answer.

```
 1              MR. WOBORIL:  If I might observe, Judge, the
 2    agreement anticipates that the COCL will be generating
 3    reports continuously.  Those will be available to the
 4    Court as well.  What I see the Court seeing as advantage
 5    in the hearing, except the Court can ask questions, but
 6    certainly we can create a mechanism, short of a hearing,
 7    for the Court to address questions to the COCL.
 8              Would that satisfy any of the Court's concerns?
 9              THE COURT:  I have not seen that proposed by
10    anyone.  You understand my concerns.  What I present to
11    you here would satisfy those concerns.  Whether there are
12    other ways of satisfying those concerns, no one has
13    presented them.
14              MR. WOBORIL:  Thank you.
15              MR. GEISSLER:  Your Honor, may I ask the Court
16    for an electronic copy of the order so we can e-mail it
17    back to Washington, D.C.?
18              THE COURT:  Yes.  We will send it out to you
19    right now.  Is Word format all right?
20              MR. GEISSLER:  Yes, Your Honor.
21              MR. KARIA:  Your Honor, a quick, clarifying
22    question, based on the Court's explanation of the model
23    that it foresees.  I want to be clear.  I think I
24    understand where the Court is going with this, but just to
25    be clear, would the Court, in terms of its enforcement
```

powers, envision itself having the ability to sua sponte
order the parties to administer, enforce, construct the
settlement agreement in any particular way based on the
hearings that the Court has proposed?

THE COURT:  No.  I do say that I think the Court
would have the authority to lift the stay.  But then, just
with any lawsuit, it is up to the plaintiff to decide what
to do further and what to do next.

All right.  We will be in recess for ten
minutes.  I will e-mail that to you right now.

MR. GEISSLER:  Thank you, Your Honor.

(Recess.)

(Open court; proceedings resumed:)

THE COURT:  Good morning again.  Who would like
to speak?

Mr. Geissler.

MR. GEISSLER:  Thank you, Your Honor.  If I may,
I would like to offer a summary of where I believe the
parties are and an invitation to the City and the AMA and
PPA to add further comment.

It is our understanding that the Court is
seeking a meeting of the minds whereby the Court would
have the ability to have annual status conferences for the
COCL and the parties to report on compliance and
identifying issues/obstacles to compliance.

1          It is also our understanding that if a stay were

2     entered with the option that the stay later be lifted,

3     from the plaintiff's point of view, it presents a certain

4     problem.  If a stay is lifted, it would require the

5     plaintiff to reinvigorate the case and to prove its case

6     at that point in time.  At a later point in time it

7     presents an unsure situation.  The City may have complied

8     with some provisions, but not all, and the United States

9     may only want to seek compliance with the missing

10    provisions.  Lifting the stay then would change

11    fundamentally the procedure from that of enforcement to

12    that of proceeding with its case-in-chief.

13          It is also the understanding, from the City's

14    point of view, a stay would fundamentally alter a deal.

15    As Your Honor has noted, the agreement is a matter of

16    contract.  There is a certain balancing.  On the one hand,

17    the parties could have agreed to a private agreement

18    without any "enforcement or oversight."  On the other

19    hand, the United States could have proceeded with very

20    expensive and time-consuming litigation with a very unsure

21    end.

22          Rather than proceed on either of those lines,

23    the parties agreed to a Rule 41(a)(2), a conditional

24    dismissal, with the Court's conditional dismissal and the

25    final dismissal with prejudice, only after the condition

1   precedent, that is, the agreement, is fully complied with.

2        If a stay were put in place, it is our

3   understanding that the City Council would have to vote

4   again and that the entire agreement could unravel.  There

5   is a different make-up of City Council and different

6   mayor.  There are different concerns today than there were

7   a year ago.

8        The parties propose that they spend the next two

9   weeks -- this coming week is consumed with spring break

10  for many of the City Council members and others whose

11  families are traveling -- but that in that week we attempt

12  to fashion an appropriate order, agreed to by all four

13  parties, that would provide for a conditional dismissal

14  under Rule 41(a)(2) and that under that rule one of the

15  conditions be annual status conferences before the Court

16  at which the City may present the COCL and COCL reports,

17  and the Court may present questioning, but which would be

18  limited and would not be an evidentiary hearing, and that

19  there would not be general presentation of evidence by all

20  parties.

21        It is the understanding that if the parties

22  could agree to such a proposed order, that there would be

23  a meeting of the minds.  There would be the ability to

24  enter the current settlement agreement, but that the order

25  would meet the Court's requirement of maintaining

1    continued Court oversight, and that by doing so, we would

2    have a different mechanism than the stay.  We would have

3    the agreement that balanced between a private agreement

4    and litigation.  We would keep the bargain.  We would keep

5    the United States' ability to enforce that bargain through

6    the mediation process and the Court enforcement, and that

7    it would, by all means, give us the remedies that we want

8    while still maintaining Court oversight.

9            It is our understanding that the City may have

10   further questions on precisely how Your Honor would see

11   such a hearing take place so that we could attempt to

12   memorialize in the agreed order the parameters of such a

13   hearing.

14           THE COURT:  I will hear from the City in a

15   moment, but let me ask you, Mr. Geissler, and I have

16   looked into that as well.  I am unaware of any case law

17   authority that would give jurisdiction to the Court under

18   a 41(a)(2) dismissal to do anything other than to enforce

19   the settlement agreement.

20           Are you aware of any case law precedent that

21   would allow the Court to have jurisdiction under the

22   circumstances that you have just described?

23           MR. GEISSLER:  Your Honor, I have been informed

24   by our friends at AMA that they have in fact done that

25   specific research only recently and are prepared to

present that case law.  We would commend Your Honor's

attention also to the text itself of Rule 41(a)(2) in

which the conditions can be set.

THE COURT:  I'm quite confident that conditions

can be set, but Federal Rules of Civil Procedure do not

confer subject matter jurisdiction.  We know from case

law, both from the United States Supreme Court and the

Ninth Circuit, that when a case is dismissed with

prejudice, even with conditions, the Court loses subject

matter jurisdiction except to enforce the settlement

agreement, and that's my concern.

MR. GEISSLER:  We understand that, Your Honor.

I believe that the problem may lie in our own drafting.

In the settlement agreement itself, we use the term

"dismissal with prejudice."  In the motion to approve the

settlement agreement, which is a joint motion between the

City and the United States, we state out more carefully

that procedure, and the procedure being conditional

dismissal and only upon the conditions having been met,

then a dismissal with prejudice.  The prejudice would not

be entered on the record and would not take any effect

until after the condition is met.

THE COURT:  So if that is something that you

plan on either briefing or addressing or having someone

brief further, that would be fine with me.  But that is my

concern with just relying on a rule of civil procedure,

because a rule by itself does not confer subject matter

jurisdiction once lost.

MR. GEISSLER:  Understood, Your Honor.  Thank

you.

THE COURT:  Thank you.

Does the City wish to be heard?

MR. WOBORIL:  Mr. Geissler has accurately and

comprehensively summarized the ideas that were discussed

by the parties.  We are unable to announce some of the

conclusions, as he notes, as to the value of various

pieces of this proposed agreement, but we will take the

proposed agreement to our client.  It may help us in

discussing the matter with our client to understand what

exactly the Court wants to retain as an ability to affect

the course of compliance with the agreement.

THE COURT:  Sure.  I found the fairness hearing

input from all four parties, both in writing and orally,

and also from the public very valuable.  As you can tell

from my tentative ruling, I am prepared to approve the

agreement as fair, reasonable, and adequate, subject to

the ability of the Court to just keep an understanding of

how progress is being made.

There are a number of other issues that I raised

in my questions.  To paraphrase, I think, what the

parties' essential answers are, those points have some

merits to them, and we will continue to discuss them, but

we're not prepared at this time to put those specific

substantive points in the settlement agreement.  I accept

that.

I do think that there is value to the Court

hearing in a public hearing how things are progressing.  I

would envision that I would allow any of the four parties,

the United States, the City, the Defendant-Intervenor

Police Association, and the enhanced amicus to present to

the Court, in whatever form it wishes, not including

cross-examination, but whatever affirmative form it

wishes, information to the Court in a public hearing --

and the COCL -- about how the agreement is progressing and

where there are any obstacles, if there are any obstacles.

I may have follow-up questions, just simply more

information and to understand what's going on.

If I were to hear that the progress is quite

insufficient and inadequate, I would ask the United States

where do things stand in terms of the United States'

consideration of bringing a motion before the Court.  I

won't speculate on what those circumstances might be or

what the answers might be, but what I want to prevent is a

situation arising in several years from now, after an

agreement is made and approved, in which the United States

1    says that there isn't substantial compliance, or maybe one

2    of the parties, the enhanced amicus, says that there is

3    not substantial compliance.  And we have heard nothing,

4    and I can hear nothing from the United States, because the

5    United States has chosen not to bring a motion.

6            I just want to make sure that if any settlement

7    agreement is going to have the imprimatur of the Court,

8    and I think as Mr. Geissler said, they didn't have to come

9    to court.  The parties could have worked out a private

10   agreement if they wanted to.  But if the parties are

11   asking for the imprimatur of the United States District

12   Court, I want to make sure that at least I am kept timely

13   informed and in a public fashion about how things are

14   progressing towards implementation with an eye towards

15   eventually full dismissal unconditionally with prejudice.

16           MR. WOBORIL:  Would the Court see a role in

17   guiding performance under the contract based on

18   information it receives at such a hearing?

19           THE COURT:  The answer is no.  I mean, that's

20   not the Court's ruling.  As I said, I'm not planning on

21   micro-managing.  Now, to be fair, some people may say,

22   well, when somebody asks questions, is that guidance?

23   Reasonable minds can disagree.  Some may say yes; some may

24   say no.  But I am not planning, and I don't even think I

25   will have the authority to enter any substantive orders at

1   all other than asking people to appear and answer

2   questions.

3         Absent a motion by the Government to enforce, I

4   do not believe, and I am prepared to accept that I will

5   have no authority to order any specific course of action

6   be taken other than periodic progress reports in answering

7   informational questions that come from the Court.

8         MR. WOBORIL:  Thank you, Judge.  That's helpful.

9   This is a complicated matter.  We are going to have a very

10   complicated briefing for our briefings.  Ms. Osoinach may

11   have follow-up questions that I haven't thought about.

12         MS. OSOINACH:  I do have two questions.  First,

13   you said that the fairness hearing and the manner in which

14   you received information was quite helpful to you, and

15   then you also said at the annual hearings that you are

16   contemplating that the purpose of the hearing is to

17   receive information.  So would you envision that, for

18   instance, if the Albina Ministerial Alliance Coalition, if

19   they wished to call members of the public to present

20   information, would that be something that you would

21   envision?

22         THE COURT:  Yes.  What I would not envision is

23   the Court having its own public comment period.  That's

24   not what this is about.  But I would invite information

25   from any of the parties in whatever fashion the parties

1   wish to present.  If the United States wanted to call

2   Captain Gruber back or anyone else they wanted to call to

3   present information, I would be glad to hear from them.

4   If the City wanted to call anyone, whether it be council

5   or anyone other than council, however the City wishes to

6   present it, that would be fine with me.  The same with the

7   Portland Police Association and the same with the enhanced

8   amicus.  So if the enhanced amicus wanted to make argument

9   to the Court, I would receive it.  If the enhanced amicus

10  wanted to present a witness on their behalf to provide

11  information to the Court, I would receive it.  I would not

12  open it up, however, for general comment by the public.

13          MS. OSOINACH:  Thank you.  The second question,

14  you said that your concern is you want to prevent a

15  situation arising several years from now in which the

16  United States says that there is no substantial

17  compliance, and then you said "or maybe enhanced amicus."

18          Are you also envisioning a situation where the

19  United States, the City -- we could be in agreement -- our

20  COCL could have been in agreement, the community board

21  could be in agreement that the City is in substantial

22  compliance, and yet you would receive information from the

23  enhanced amicus indicating that they believe that perhaps

24  everyone was flawed.

25          What do you envision doing with that

1  information?

2           THE COURT:  Well, the answer to your first

3  question is, yes, I do envision that that would be an

4  opportunity.  What do I envision doing with it?  Asking a

5  question to the United States.  If the United States and

6  the City and the Portland Police Association believe that

7  there has been substantial compliance and that no further

8  activity is necessary, and they are prepared to dismiss

9  the case, and if I dare say there is no motion necessary

10  at all to enforce compliance, if the enhanced amicus, one

11  of the four parties here, wants to make an argument to the

12  contrary, since I'm not retaining any power to order any

13  activity, but only to obtain information, I would receive

14  that information from the enhanced amicus.  And then I

15  would probably turn to the parties, probably first to the

16  United States and then to the City, and say:  What's your

17  response?  I would say:  The enhanced amicus says that in

18  these particulars, there is not substantial compliance.

19  What is your response?  But I think that would be the end

20  of my legal authority.

21           MS. OSOINACH:  Thank you.

22           THE COURT:  Does the Portland Police Association

23  wish to be heard on any of these issues?

24           MR. KARIA:  Nothing of substance right now,

25  Your Honor.  I think Mr. Geissler has adequately outlined

1    the issue that I think we need the two weeks to thoroughly

2    vet and think about.

3              THE COURT:  Does enhanced amicus wish to be

4    heard on any of these issues?

5              MS. CURPHEY:  Yes, Your Honor.  We wish to be

6    heard on our argument under 41(a)(2).  I understand the

7    Court's concern about jurisdiction.  We put this in our

8    brief.  There is ancillary jurisdiction, and the Court's

9    inherent power to vindicate its own authority.  So I will

10   walk with you through that.  41(a)(2), as you know,

11   requires judicial authority to settle.

12             I recently found a case, which is not cited in

13   my brief, which is Lau.  It is at 792 F.2d 929.  It is a

14   Ninth Circuit case from 1986.  It states, "A voluntary

15   dismissal [under 41(a)(2)] cannot take effect until a

16   court order has been entered and the terms and conditions

17   imposed by the court are complied with."

18             I also want to note that in Kokkonen, which

19   addresses this issue of ancillary jurisdiction under

20   41(a)(2), it makes a distinction between 41(a)(2) and

21   41(a)(1).  Under 41(a)(2), which is what we're talking

22   about here, it says the Court, in its discretion, may make

23   compliance with the terms of the settlement agreement, one

24   of the terms set forth in its order, whereas under

25   41(a)(1), "The Court may do so only if the parties agree."

1    I think you don't need all of our agreement to

2   impose conditions in your acceptance of the settlement

3   agreement and your entry of an order.

4    Additionally, Kokkonen, O'Connor, and Alvarado,

5   are the Ninth Circuit cases cited, I think, in everyone's

6   briefs about how the Ninth Circuit has dealt with

7   Kokkonen.  In all of those cases, they involved a

8   situation in which the Court did not retain jurisdiction

9   to enforce the terms of the settlement agreement.  So they

10  don't talk about what the Court can do under 41(a)(2).

11  They don't reach that, because the Court never retained

12  jurisdiction in the first place.  In Alvarado, the

13  jurisdiction had expired when the party brought its

14  motion.

15    Those cases also don't describe the outer limits

16  of the Court's inherent authority to enforce its own

17  orders.  I cite some cases in my brief that discuss that

18  authority.  Again, I don't think this requires an

19  amendment to the agreement, because the parties could have

20  agreed to dismiss under 41(a)(1).  They didn't need your

21  permission to do that.  But they have agreed to ask you,

22  under 41(a)(2).  As you noted, the agreement says in

23  paragraph 175(b), "The Court shall retain jurisdiction in

24  this action for all purposes until the City has

25  substantially complied with all provisions."

1          Moreover, the agreement, in that same paragraph,

2     states that it is void if the Court does not retain

3     jurisdiction.  It doesn't say anything about it being void

4     if the Court does retain jurisdiction.  In fact, it

5     anticipates that.  So we don't think that you need all the

6     parties to agree.  We think you have the authority to

7     require the status hearings, and I don't think it would

8     require us to make any substantial changes to the

9     agreement.

10          THE COURT:  Since I don't need to rule on that

11     question now, I am not going to, but I will share with you

12     what my concerns are.  First of all, under paragraph 178,

13     I understand your argument, and you may very well be

14     right, but it may also be an ambiguity in the agreement,

15     and an ambiguity in the agreement might result in an

16     unenforceable contract.  It is unclear.

17          Now, with respect to your comments under

18     41(a)(2), here is my concern:  If I were to impose

19     conditions that were not agreed to, I need to be concerned

20     about the Portland Police Association's collective

21     bargaining rights.

22          Now, I've looked at the collective bargaining

23     agreement.  There is nothing implicated in the collective

24     bargaining agreement that would be implicated if I were to

25     require periodic reports of the sort that I have been

describing.  However, the original underlying settlement

agreement, at least so argues the Portland Police

Association, does contain some provisions that at least

they argue violate their collective bargaining rights.  I

have not made a ruling on that.  But I do believe that if

a settlement agreement were to violate the collective

bargaining rights of a third party, like the Portland

Police Association, it could not be entered purely by

settlement agreement and by court order under any aspect

of Rule 41.  It could be ordered by the Court as part of

equitable relief after a trial on the merits; then I'm not

bound by the collective bargaining agreement.

        As I read the Memorandum of Understanding and

the documents filed by the Portland Police Association,

they are agreeing to waive whatever arguments they may

have that the settlement agreement contains provisions

that violate their collective bargaining agreement,

provided that the Court enter the relief that the parties

request and no more.  Therefore, at least arguably, and

I'm not making a decision, but I'm sharing my thinking

with you, at least arguably that waiver does not exist if

I were to add additional conditions, which although

Rule 41 might allow me to add, I might not be able to add

if the legal effect were that the

Portland Police Association withdraws its waivers of

1    objections to any other provisions in the settlement

2    agreement that may or may not be in conflict with the

3    collective bargaining agreement.  That's why I will, at

4    least, take this one step at a time.

5          MS. CURPHEY:  I had this conversation with the

6    attorney for the PPA.  I obviously don't see how us

7    speaking to you materially changes their MOU.

8          THE COURT:  I would be fine if the Portland

9    Police Association counsel want to say they have no

10   objection to that and do not believe that these procedures

11   that I have outlined and I have described tentatively, if

12   he says those are acceptable to the Portland Police

13   Association, then I have no problem with that.  If he

14   says, as he did in his post-hearing memo, that they do

15   present a problem and that the entire waiver of any

16   objections under the collective bargaining agreement are

17   contingent on me not ordering those additional conditions,

18   then I have some tough decisions to make.

19         MS. CURPHEY:  Thank you.

20         THE COURT:  Do you have an idea when you would

21   like to report back?  Do you want to report back to the

22   Court in a hearing or just by paper?

23         MR. GEISSLER:  Your Honor, if we may, could we

24   have a two-week guidance and then submit something in

25   writing, perhaps an agreed order?  If the parties find it

1   necessary, if the Court would permit us to provide

2   briefing -- not that it would be required -- but

3   Your Honor has asked for legal authority under Rule 41, we

4   may take advantage of that, Your Honor.

5           THE COURT:  That makes sense.  Unless anyone has

6   any other approaches, I will order that two weeks from

7   today the parties will submit any -- will that work?  Two

8   weeks from today?  If you said you have to get back to a

9   City Council meeting, when is your next City Council

10  meeting?

11          MR. WOBORIL:  It will happen next week.  We

12  would have a difficult time getting an ordinance on yet

13  this week.  We would have to do a lot of decision-making

14  before Thursday.  That's unlikely.

15          THE COURT:  What time frame would the City like?

16          MR. WOBORIL:  If it requires Council action,

17  three weeks, Judge, I am afraid is necessary.

18          THE COURT:  I have no problem with that.

19          MR. GEISSLER:  Your Honor, we are not sure that

20  it would actually require City Council vote if it is

21  merely an agreed order of motion and not an amendment to

22  the settlement agreement, but I believe that issue is

23  still unresolved.

24          MR. WOBORIL:  Perhaps we should try to move as

25  quickly as possible or take the opportunity to move as

1    quickly as possible with a two-week setting.  If we are

2    not going to be able to do that, we will inform the

3    parties and the Court and then adjust.

4           THE COURT:  We will set it for two weeks.  If

5    anyone moves for an extension of one week or so beyond

6    that, I anticipate granting that motion for extension of

7    time.

8           MR. WOBORIL:  Very good.

9           THE COURT:  All right.  So we will schedule

10   right now that by the close of business on Monday,

11   April 14th, the parties will submit to the Court in

12   writing their positions in response to the tentative

13   comments shared by the Court at this hearing.  Let me know

14   in your position whether there is agreement or not

15   agreement among the four parties, and if there is not

16   agreement, whether people believe that a further in-court

17   hearing would be helpful to resolve these issues.

18          Anything further that we should address at this

19   time in this hearing?  First, the United States.

20          MR. GEISSLER:  Nothing, Your Honor.  Thank you

21   very much for hearing from us today.

22          THE COURT:  From the City?

23          MR. WOBORIL:  Nothing more, Judge.  Thank you.

24          THE COURT:  From the Portland Police

25   Association?

1          MR. KARIA:  Nothing, Judge.  Thank you.

2          THE COURT:  And from enhanced amicus?

3          MS. ALBIES:  Nothing further, Your Honor.

4     Thank you.

5          THE COURT:  Thank you.  I look forward to

6     reading what you submit by April 14th.  We will be in

7     recess.  Thank you.

8          (Court adjourned.)

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1

2                              --oOo--

3

4          I certify, by signing below, that the foregoing

5    is a correct transcript of the record of proceedings in

6    the above-entitled cause.  A transcript without an

7    original signature, conformed signature or digitally

8    signed signature is not certified.

9
     /s/ Dennis W. Apodaca                    March 25, 2014
10   DENNIS W. APODACA, RDR, RMR, FCRR, CRR              DATE
     Official Court Reporter
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25