```
 1              IN THE UNITED STATES DISTRICT COURT

 2                  FOR THE DISTRICT OF OREGON

 3                       PORTLAND DIVISION

 4
   UNITED STATES OF AMERICA,    )  3:12-cv-02265-SI
 5                              )
             Plaintiff,         )
 6                              )
                  v.            )  May 30, 2014
 7                              )
   THE CITY OF PORTLAND,        )
 8                              )
             Defendant.         )
 9 _____)  Portland, Oregon

10

11

12

13

14                   TRANSCRIPT OF PROCEEDINGS

15                     (Telephone Conference)

16           BEFORE THE HONORABLE MICHAEL H. SIMON

17              UNITED STATES DISTRICT COURT JUDGE

18

19

20

21

22

23

24

25
```

                                APPEARANCES


1    FOR THE PLAINTIFF:

2    Adrian Brown
     United States Attorney's Office
3    1000 SW Third Avenue, Suite 600
     Portland, OR  97204
4
     Michelle Jones
5    R. Jonas Alexander Geissler
     David Knight
6    U.S. Department of Justice Civil Rights Division
     950 Pennsylvania Avenue, NW
7    Washington, DC  20530

8    FOR THE DEFENDANT CITY OF PORTLAND:

9    Ellen C. Osoinach
     David Woboril
10   City of Portland
     Office of the City Attorney
11   1221 SW 4th Avenue, Suite 430
     Portland, OR 97204
12

13   FOR THE DEFENDANT PORTLAND POLICE ASSOCIATION:

14   Anil Karia
     Tedesco Law Group
15   3021 NE Broadway
     Portland, OR 97232
16

17   FOR ENHANCED AMICUS CURIAE:

18   Shauna M. Curphey
     Curphey & Badger, P.A.
19   520 SW Sixth Avenue, Suite 1040
     Portland, OR  97204
20
     Jessica Ashlee Albies
21   Creighton & Rose, PC
     815 SW Second Avenue, Suite 500
22   Portland, OR  97204

23

24   COURT REPORTER:        Dennis W. Apodaca, RDR, RMR, FCRR, CRR
                            United States District Courthouse
25                          1000 SW Third Avenue, Room 301
                            Portland, OR 97204

|    |                                                              |
|----|--------------------------------------------------------------|
| 1  | (May 30, 2014)                                               |
| 2  | P R O C E E D I N G S                                        |
| 3  | (In chambers; telephone conference:)                         |
| 4  | THE CLERK:  Your Honor, this is the time set for             |
| 5  | a telephone conference in civil 12-2265-SI, United States    |
| 6  | of America versus City of Portland.                          |
| 7  | Counsel, there is a court reporter present.  Be              |
| 8  | sure to state your name before you speak.  Here is           |
| 9  | Judge Simon.                                                 |
| 10 | THE COURT:  Good afternoon, everyone.                        |
| 11 | COUNSEL:  Good afternoon.                                    |
| 12 | THE COURT:  In addition to the list Mary just                |
| 13 | read, I do want to make sure everyone is aware, normally I   |
| 14 | hold status conferences in court.  Those proceedings are     |
| 15 | open to the public.  Sometimes members of the news media     |
| 16 | attend those hearings.  After our last hearing by            |
| 17 | telephone, I received a request, and, frankly, it may have   |
| 18 | come before as well, but I had a communication from          |
| 19 | The Oregonian that they understood it was the practice in    |
| 20 | this district that when there are telephone status           |
| 21 | conferences in an otherwise public hearing, that news        |
| 22 | media, on request, could also participate in the call.       |
| 23 | I checked with other judges and confirmed that,              |
| 24 | yes, in fact, that is the practice in this district.  So     |
| 25 | it is my understanding that we do have at least one member   |

1  of the news media who is listening in on that call with
2  court permission.  So I just wanted to know to make sure
3  that everyone was aware.  I think you were already aware
4  of that, but I wanted to make sure that was the case.
5           Now, we are here to find out the status of the
6  parties' discussions.  The Court has before it the motion
7  to rule on the fairness of the pending settlement
8  agreement between the parties, and I know that the parties
9  wanted some more time to consult among themselves and with
10 their clients before informing the Court that it is ready
11 to receive the Court's ruling.
12          So let me ask, first, counsel for the plaintiff,
13 and anyone can speak for plaintiff who wishes, just please
14 identify yourself first, to report on the status of the
15 matter.
16          MS. JONES:  Thank you, Your Honor.
17 Michelle Jones on behalf of the United States.  Thank you
18 for giving us the opportunity to have this time to talk
19 amongst ourselves and attempt to reach a resolution to the
20 question that Your Honor had posed.
21          Unfortunately, at this time we are not able to
22 report that we have reached an agreement with respect to
23 the annual status hearing.  But what all parties are
24 interested in is briefing Your Honor on the legal
25 authorities to support their position on the Court's

1   authority and wanted the Court's authority to enter the
2   status on the settlement.
3       THE COURT:  Ms. Jones, how much time would you
4   like for briefing?
5       MS. JONES:  Your Honor, the United States and
6   the City have discussed a general time frame.  We haven't
7   discussed the specific time with AMA or PPA.  They are
8   both aware that we're all doing individual briefing.  The
9   United States and the City discussed having initial briefs
10  due on Tuesday, June 17th, and perhaps having responsive
11  briefs due roughly a week after on Tuesday, June 25th.
12      THE COURT:  So June 17th and June 25th?
13      MS. JONES:  Yes, Your Honor.
14      THE COURT:  Thank you, Ms. Jones.
15      Anything further for the plaintiff at this time?
16      MS. JONES:  That's all we have for right now,
17  Your Honor.
18      THE COURT:  Thank you.  Ms. Osoinach or
19  Mr. Woboril, on behalf of the City.
20      MS. OSOINACH:  Thank you, Your Honor.
21  Ellen Osoinach on behalf of the City.
22      Those are the dates that we would be requesting.
23  As Ms. Jones stated, the parties were not able to come to
24  an agreement on how to respond to Your Honor's request,
25  and so that's why we would like additional briefing.

1          THE COURT:  Okay.
2          Mr. Karia, do you wish to be heard, sir?
3          MR. KARIA:  Yes, Your Honor.  Just two issues:
4    In terms of the briefing timeline, this is the first I'm
5    hearing of the timeline from the U.S. or the City.  I
6    would ask for potentially an extra week, based on my own
7    schedule.
8          Then in terms of the actual subject matter of
9    the briefing, it may be helpful to hear from the Court
10   exactly which -- I think I know which two issues we would
11   be briefing on, but just so we're not wasting anybody's
12   time, to have the better understanding of the two of
13   issues that Ms. Jones spoke to.
14         THE COURT:  All right.  One moment.
15         Let me hear from Ms. Albies or Ms. Curphey, if
16   you wish to speak.
17         MS. ALBIES:  Thank you, Your Honor.  This is
18   Ms. Albies for the AMA Coalition.  We join in the DOJ's
19   request, and those dates are amenable to us.
20         THE COURT:  All right.  Then let me ask back to
21   the plaintiff and City of Portland, any objection to the
22   request from the Portland Police Association, Mr. Karia,
23   to have the deadlines be June 24th and July 2nd?
24         MS. JONES:  The United States doesn't have any
25   objection to that, Your Honor.

1            MS. OSOINACH:  The City has no objection.
2            THE COURT:  Okay.  Then let me describe briefly
3   then what I would plan on doing, and you can all be heard
4   on this approach.  This is fine with me.  I will receive
5   additional briefing.  The next round will be due
6   June 24th.  Then any party may respond to whatever is
7   filed on June 24th not later than July 2nd.
8            I don't think we need to hold any further court
9   hearings on this or oral argument.  It would be my
10  intention to review what everyone sends in writing and to
11  issue my opinion on the pending motion in writing.
12           Does anyone have any objection to that
13  procedure?
14           MS. JONES:  No, Your Honor.
15           MS. OSOINACH:  No objection.
16           MR. KARIA:  No objection.
17           MS. ALBIES:  No objection.
18           THE COURT:  All right. Thank you. In response
19  to Mr. Karia's question, it may be because it is Friday
20  afternoon, but I could only think of one issue.  If I have
21  forgotten, and I have not looked at the file in a while,
22  but I will tell you the issue that's on my mind.  If there
23  was another issue that you thought I had previously
24  raised, you might be right, and I might be forgetting it
25  right now, so I would invite you to remind me.

1         I recall making the comment that I would be
2    prepared to find the proposed settlement agreement fair,
3    reasonable, and adequate, provided that the Court would be
4    able to hear on an annual basis, or more frequently if the
5    parties wished, but certainly no less frequently than on
6    an annual basis, a report in court from any party or
7    representative of the party, and you know I'm referring to
8    all four of you as "parties."  If I could hear from any of
9    the parties as to how things are going in terms of
10   implementation of the settlement agreement as well as from
11   the community liaison in open court.
12        I would certainly have the ability to ask
13   questions of all four parties and the community liaison
14   about how things are going, based, in part, on what I'm
15   hearing and receiving.  The status reports would not be
16   evidentiary hearings.  If the parties wanted to present
17   witnesses to further explain or elaborate on what they
18   wanted to say to me, that would be fine.  But I would not
19   envision that this would be either an evidentiary hearing
20   or an opportunity for any party to cross-examine any
21   witnesses that any party wanted to present.
22        It would simply be a status report to the Court
23   on an annual basis, and I believe I previously expressed
24   that the reason why I think that is so important is
25   because the settlement agreement envisions a number of

1   years before all of its terms can be materially
2   implemented, and I want to make sure that we are either
3   proceeding with a pace and making good progress towards
4   implementation.  Or if there were a problem toward
5   implementation, I wanted to hear about it sooner rather
6   than later.  I did not want to wait three years before the
7   first status report and then learn about problems that may
8   or may not be able to be remedied at that time.  That was
9   my concern.  That was the issue that I recall that we
10  discussed previously.  Now, maybe you consider that to be
11  more than one issue, but that's the issue in my mind.
12          Mr. Karia, was there another issue that was in
13  your mind besides what I just articulated?
14          MR. KARIA:  The other issue that was in my mind,
15  Your Honor, had to do with the notion of the Court staying
16  proceedings.  I believe there have been some discussion by
17  the United States and the City about a conditional
18  dismissal of the case being placed on an inactive docket.
19  Perhaps I'm off base in my recollection, and the
20  United States or the City can correct me if I'm wrong, but
21  that's what I understood to be the issue out there.
22          THE COURT:  You are right, but I really had
23  folded that into the first issue, and here is why:
24  Because I believe it is important for the Court to keep a
25  timely watch on the status of the implementation, I wanted

1  to have the status reports, the status conferences, as I
2  have just described on an annual basis in my courtroom, as
3  I have just described.  I do have some concern if I were
4  to conditionally dismiss the case, as envisioned by the
5  settlement agreement and the related motion, whether I
6  could then call the parties back on an annual basis for
7  this status conference.
8          If all parties were to represent to me that they
9  would consent to and agree to me calling them back on an
10 annual basis for this status conference, including the
11 community liaison, who I understand will report to the
12 City, so essentially those five parties, the four parties
13 to this lawsuit and the community liaison, if I would get
14 representations from all four parties that they would
15 agree to appear in my courtroom on an annual basis and
16 report to me how the settlement is proceeding, whether
17 there are any problems, and respond to my follow-up
18 questions, then I would be satisfied that the case can be
19 conditionally dismissed subject to these annual status
20 conferences and, of course, subject to whatever rights the
21 plaintiff has under the settlement agreement to file
22 appropriate motions.
23         That's how I envisioned the stay issue working
24 with the status conferences.  I believe I have previously
25 explained to folks that at least I had concern that if I

1  did not have everyone's consent on that point, then if I
2  were to conditionally dismiss the case as envisioned in
3  the settlement agreement and the related motions, then if
4  I were to ask the parties to come back, it is entirely
5  possible that one party might simply say:  Well, with all
6  due respect, you no longer have jurisdiction over us,
7  unless and until the United States files a motion; and
8  therefore, with all due respect, we're not coming before
9  you.
10             That was my concern.  Does that answer your
11 question, Mr. Karia?
12             MR. KARIA:  Yes, it does.  Thank you, Your
13 Honor.
14             THE COURT:  Does anyone else wish to be heard on
15 any of these matters either by way of questions or
16 comments?
17             MS. JONES:  No, Your Honor.  Thank you.
18             MS. OSOINACH:  Nothing from the City.  Thank
19 you.
20             THE COURT:  Ms. Albies or Ms. Curphey.
21             MS. ALBIES:  Nothing from AMA, Your Honor.
22 Thank you.
23             THE COURT:  Nothing further, Mr. Karia?
24             MR. KARIA:  No.
25             THE COURT:  I look forward to receiving

1   everyone's brief, or whoever wishes to file a brief, by
2   June 24th.  I look forward to receiving, whoever wishes to
3   file a response, by July 2nd.  Then I will take the matter
4   under advisement July 2nd and issue a written opinion on
5   the pending motion after July 2nd.
6           Anything further we need to discuss right now?
7   I'm hearing nothing.
8           All right.  Thank you all very much.  Have a
9   good weekend.
10          (End of proceedings.)

1
2                              --oOo--
3
4          I certify, by signing below, that the foregoing
5    is a correct transcript of the record of proceedings in
6    the above-entitled cause.  A transcript without an
7    original signature, conformed signature, or digitally
8    signed signature is not certified.
9
     /s/ Dennis W. Apodaca                    December 30, 2014
10   DENNIS W. APODACA, RDR, RMR, FCRR, CRR             DATE
     Official Court Reporter
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25