1                    IN THE UNITED STATES DISTRICT COURT

2                        FOR THE DISTRICT OF OREGON

3                            PORTLAND DIVISION

4
     UNITED STATES OF AMERICA,          )
5                                       )
                          Plaintiff,    )   Case No. 3:12-cv-02265-SI
6                                       )
                     v.                 )
7                                       )
     CITY OF PORTLAND,                  )   December 21, 2012
8                                       )
                          Defendant.    )   Portland, Oregon
9    _____)

10

11

12

13                          STATUS CONFERENCE

14                     TRANSCRIPT OF PROCEEDINGS

15              BEFORE THE HONORABLE MICHAEL H. SIMON

16               UNITED STATES DISTRICT COURT JUDGE

17

18

19

20

21

22

23

24

25

```
 1                           APPEARANCES

 2    FOR THE PLAINTIFF:

 3    Amanda Marshall
      United States Attorney
 4    Adrian L. Brown (telephonically)
      Billy J. Williams
 5    Assistant United States Attorneys
      United States Attorney's Office
 6    1000 SW 3rd Avenue, Suite 600
      Portland, OR 97204
 7
      Michelle A. Jones (telephonically)
 8    Department of Justice
      605 D St. NW
 9    Washington, DC 20004

10    Laura Coon (telephonically)
      Department of Justice
11    Special Counsel

12
      FOR THE DEFENDANT CITY OF PORTLAND:
13
      James Van Dyke
14    Ellen C. Osoinach
      City of Portland
15    Office of the City Attorney
      1221 SW 4th Avenue, Suite 430
16    Portland, OR 97204

17    FOR THE INTERVENOR DEFENDANT PORTLAND POLICE ASSOCIATION:

18    Anil Karia
      Tedesco Law Group
19    3021 NE Broadway
      Portland, OR 97232

20

21    COURT REPORTER:    Jill L. Erwin, CSR, RMR, RDR, CRR
                         Certified Shorthand Reporter
22                       Registered Merit Reporter
                         Registered Diplomate Reporter
23                       Certified Realtime Reporter

24                       United States District Courthouse
                         1000 SW Third Avenue, Room 301
25                       Portland, OR 97204
                         (503)326-8191
```

```
 1                    TRANSCRIPT OF PROCEEDINGS
 2              DEPUTY COURTROOM CLERK:  Your Honor, this is the time
 3   set for a status conference in civil case 12-2265-SI.  United
 4   States of America v. City of Portland.  For the record, we have
 5   Amanda Marshall -- for the record, we have Adrian Brown and
 6   Michelle Jones by phone.  And counsel in the court, would you
 7   please identify yourself for the record, starting with
 8   plaintiff.
 9              MS. MARSHALL:  Amanda Marshall for the United States.
10              MR. WILLIAMSON:  Good morning, Your Honor.
11   Bill Williams on behalf of the United States.
12              THE COURT:  Good morning.
13              MR. KARIA:  Good morning.  Anil Karia for Portland
14   Police Association.
15              THE COURT:  Good morning.
16              MS. OSOINACH:  Ellen Osoinach on behalf of the City.
17              MR. VAN DYKE:  Good morning, Your Honor.  Jim
18   Van Dyke on behalf of the City.
19              THE COURT:  Who do we have on the telephone?
20              MS. JONES:  Good morning.  I'm Michelle Jones.  I'm
21   an attorney with the Department of Justice.
22              MS. BROWN:  Good morning, Your Honor and counsel,
23   this is Adrian Brown with the United States Attorney's Office.
24              MS. COON:  Your Honor, this is Laura Coon from the
25   United States Department of Justice.
```

1        DEPUTY COURTROOM CLERK:  And the spelling of your

2   last name, please?

3        MS. COON:  C-O-O-N.

4        THE COURT:  All right.  Very good.  Good morning.  On

5   December 17th, 2012, just four days ago, the United States,

6   acting through both the United States Attorney for the District

7   of Oregon and through the Civil Rights Division of the US

8   Department of Justice in Washington, D.C., brought a lawsuit

9   against the City of Portland.  The United States makes a single

10  claim for relief under Title 42, United States Code, Section

11  14141, against the City of Portland.

12      Section 14141 makes it unlawful for, among other things,

13  city police departments to engage in a pattern or practice of

14  conduct that deprives persons of rights, privileges, or

15  immunities, secured or protected by the Constitution or the

16  laws of the United States.  The statute also provides that the

17  Attorney General with -- has authority to bring an action for

18  declaratory and injunctive relief.

19      As explained in paragraph 1 of the plaintiff's complaint,

20  this action seeks to remedy a pattern or practice of

21  unconstitutional uses of force by officers of the Portland

22  Police Bureau to frequently persons who have or are perceived

23  to have mental illness and are in crisis, are subject to

24  unnecessary or excessive force by Portland police officers.

25  The Portland Police Bureau lacks adequate policies to guide

1  officers in these circumstances or training supervision and

2  accountability measures necessary to ensure that officers

3  comply with the constitutional rights of people in mental

4  health crisis, closed quote.

5      That's the allegation in plaintiff's complaint.

6      Now, on the same day that the complaint was filed, the

7  United States and the City of Portland filed a joint motion to

8  enter settlement agreement and conditional dismissal of action,

9  all pursuant to Rule 41(a)(2) of the Federal Rules of Civil

10 Procedure.  And the parties have submitted a detailed

11 settlement agreement that is 76 pages in length.

12     I understand that the parties's motion requests that the

13 Court dismiss the case with prejudice, but only after and upon

14 performance of the settlement agreement.

15     So, as I understand the request, in this posture, the

16 Court would retain jurisdiction and the case would remain open

17 but essentially inactive during the time in which the parties

18 perform the agreed-upon settlement.

19     Now, Section 14141 does not dictate the standards for the

20 district court's review for a proposed settlement agreement.

21 Now, plaintiff suggests that the Court evaluate the proposed

22 settlement agreement under the standards used to evaluate the

23 proposed consent decree.

24     Now, based upon my analysis thus far, my tentative

25 assessment is that when presented with a proposed consent

1    decree, the Court's duty is similar to, not exactly identical,

2    but similar to its duties and responsibilities in approving

3    settlements of class actions.

4        Under those situations, the requisite court approval is

5    essentially a ratification of a compromise, but the Court must

6    ascertain and determine that the settlement agreement and its

7    settlement terms are fundamentally fair, adequate, and

8    reasonable.  And the Ninth Circuit also directs that that is

9    the standard to be used on consent decrees.

10       Now, in addition to these factors, the Court must also

11   take into consideration the congressional purpose behind the

12   statute Section 14141.  And here, if the lawsuit seeks to

13   enforce the statute, as is the case here, the decree must be

14   consistent with the public objectives sought to be obtained by

15   Congress.

16       Now, although the Court must consider these factors, the

17   Court's inquiry is not unlimited, as I see it.  The Court's

18   intrusion upon what is otherwise a private consensual agreement

19   negotiated between parties, albeit here public entities, must

20   be limited to the extent necessary to reach a reasoned judgment

21   that the agreement is not the product of fraud or overreaching

22   by or collusion between the negotiating parties and that the

23   settlement, taken as a whole, is fair, reasonable, and adequate

24   to all concerned.

25       Now, my analogy to class actions, Rule 23(e)(2) requires

1    that a district court hold what is called a fairness hearing

2    when the proposed settlement discussions will bind class

3    members.

4        Now, there's no statutory authority or requirement that I

5    have found so far that requires the Court to hold a fairness

6    hearing before entering a consent decree in cases that are not

7    class actions.

8        Nevertheless, the Court has the discretion to do that.

9    And in order to ensure that the Court has a sufficient basis on

10   which to decide whether the proposed settlement is

11   fundamentally fair, adequate, and reasonable, it seems

12   advisable, to me at least, the tentative conclusion now to hold

13   a fairness hearing.

14       Now, although a court may hold a fairness hearing, that

15   hearing must not be turned into a trial or even a rehearsal for

16   trial on the merits.  The district court should not determine

17   contested issues of fact that underlie the dispute, but the

18   Court must have a sufficient factual understanding to determine

19   whether to approve the settlement agreement.

20       Now, neither the trial nor even the appellate court is to

21   reach any ultimate conclusions on contested issues of fact that

22   underlie the merits of the dispute without a trial, because it

23   is the very uncertainty of outcome in litigation, as well as

24   the avoidance of wasteful and expense of litigation that often

25   induce consensual agreements.

1      But, ultimately, the Court's determination must be whether

2  the settlement or the consent decree is fair, adequate, and

3  reasonable.  And often that is nothing more than an amalgam of

4  a delicate balancing, series of approximations, and,

5  essentially, rough justice.

6      Now, in addition to receiving the complaint, the joint

7  motion to enter the settlement agreement, and all the

8  supporting materials, the Court has also received a motion to

9  intervene filed by the Portland Police Association.

10      Now, the United States has requested and I have already

11  granted the United States's motion for an extension of time to

12  respond to the motion to intervene filed by the Portland Police

13  Association.  The United States and the City of Portland may

14  file their response to the pending motion to intervene by

15  Tuesday, January 22nd, 2013.

16      Let me briefly state that to intervene, as matter of

17  right, Rule 24(a)(2) of the Federal Rules of Civil Procedure

18  requires that an applicant must demonstrate that four

19  requirements have been satisfied.  First, that the intervention

20  application is timely.  And I'll talk more about that in a few

21  minutes.  Second, that the applicant has a significant

22  protectable interest relating to the property or transaction

23  that is the subject of the action.  Third, that the disposition

24  of the action may, as a practical matter, impair or impede the

25  applicant's ability to protect its interest.  And, four, that

1    existing parties may not adequately represent the applicant's

2    interest.

3        Now, in evaluating whether Rule 24(a)(2)'s requirements

4    are met, the Court normally follows practical and equitable

5    considerations and is directed to construe the rule broadly in

6    favor of proposed intervenors.

7        In a case that may be similar to this one -- although I

8    will wait to see the parties's responses to the pending motion

9    to intervene -- the Ninth Circuit has held that a police union

10   did have the right to intervene in an action brought by the

11   United States under 42 United States Code Section 14141 -- the

12   same statute that is pending here -- in a lawsuit against the

13   City of Los Angeles.  That case is *United States v. Los Angeles*

14   and the opinion is reported at Volume 288, F3d, 391.  That's

15   Ninth Circuit 2002.

16       But the Ninth Circuit in that case also held that the

17   district court properly denied motions to intervene as of right

18   made by community groups representing minorities allegedly

19   subjected to unconstitutional police conduct.

20       Now, the Ninth Circuit found that the union had a

21   protectable interest in the action because the complaint,

22   quote, seeks injunctive relief against its member officers and

23   raises factual allegations that its member officers committed

24   unconstitutional acts in the line of duty, closed quote.  Thus,

25   the police union had, quote, a protectable interest in the

1    merits of the litigation, closed quote.  And the Ninth Circuit

2    in that case also found that the police union had a protectable

3    interest in the remedy phase of the litigation, because the

4    proposed consent decree could affect -- could affect the police

5    union's collective bargaining agreement with the City of Los

6    Angeles.

7         Now, I do not know whether those factors will or will not

8    apply in this case, but that will be part of the determination

9    that I will make when I decide on the pending motion to

10   intervene brought by the Portland Police Bureau.

11        If there's opposition to that motion, I will review the

12   opposition.  In a few moments I'll describe our proposed

13   schedule.  I'll hold a hearing, and I'll make a decision on

14   those questions.

15        But even though the Ninth Circuit in the *Los Angeles* case

16   said that community groups did not have, at least under the

17   facts of that case, a right to intervene, they -- the Ninth

18   Circuit remanded the case back to the district court to

19   determine whether or not those community groups could intervene

20   as a matter of discretion or permissive intervention.

21        In other words, the Court may permit anyone who has a

22   claim or defense that shares with a main action a common

23   question of law or fact to be what's called a permissive

24   intervenor.  That's under Federal Rule 24(b)(1)(B).  And a

25   court may grant permissive intervention under that rule where

the movant shows independent grounds for jurisdiction.  The

motion is timely.  As I said, I will discuss timeliness in a

few moments.  And where the applicants claim, or defense, as a

main action, have a common question of law or fact in common --

but even if the applicant does satisfy -- does satisfy those

standards, the district court has discretion to deny permissive

intervention.

Now, as of today's date, no one has yet applied for

permissive intervention, other than the Portland Police

Bureau's motion for intervention as of right or permissive

intervention, and so I don't know whether any community groups

or individuals will be seeking to apply for permissive

intervention.

Let me also state that if we do have a fairness hearing I

will be receiving any objections, support, or other comments to

the proposed settlement even from persons who are not granted

formal party status through intervention.  That will happen in

connection with a fairness hearing.

So the only real practical effect of not being a party

through intervention is that you will not have the formal right

to raise or present issues or arguments or to petition for

appeal, but you will still be able to provide input or comment

on the proposed settlement through the fairness hearing, either

in writing or in oral testimony, or both.

Now, I did mention my concern about timeliness issues,

1    because I do recognize the urgency and importance of the

2    pending proposed settlement agreement.  As I already mentioned,

3    any responses to the Portland Police Bureau's motion to

4    intervene is due January 22nd.  I'm going to set a deadline of

5    two weeks before then -- namely, January 8th, 2013 -- and any

6    motion to intervene, if filed on or before the close of

7    business on January 8th, will be deemed timely.

8        So any groups that wish to file additional motions to

9    intervene, if they do it by January 8th, 2013, that motion will

10    be timely.  And I will then expect the United States and the

11    City of Portland to respond to all pending motions to intervene

12    by January 22nd.  Two weeks thereafter.

13        If that presents serious problems for the parties, you're

14    welcome to submit a motion for further extension of time, but

15    hopefully that will not be the case that you will need more

16    time.

17        Then two weeks after January 22nd, namely February 5,

18    2013, is the deadline for any replies in support of a motion to

19    intervene.

20        And then, finally, two weeks after that, on Tuesday,

21    February 19th, 2013, at 9:00 a.m., in this courtroom, I will

22    hold a hearing on all pending motions to intervene.

23        Now, to be clear, a motion to intervene can be filed

24    later, but it may or may not be timely.  And if it's not

25    timely, then I'm directed to reject it.  One of the criteria of

1    timeliness is whether or not there's undue or unreasonable

2    prejudice caused by the late filing.

3        So we're not going to get into that until we have to or

4    unless we have to, but I have ruled that any motion to

5    intervene filed on or before the close of the day January 8th

6    will be deemed timely.  That will not be an issue.

7        Now, in addition, I would very much appreciate -- and let

8    me put this now in the form of a tentative ruling and then

9    solicit comments from the United States, the City of Portland,

10    and the proposed intervenor, Portland Police Bureau, and then

11    after that I'm going to open this up for questions from --

12    frankly, from anyone in the public, but I'll discuss that in a

13    few minutes.

14        But I would also appreciate receiving from the three folks

15    that have already filed materials in this case formally by

16    January 22nd.  That's the same date as responses to motions to

17    intervene.  I'd appreciate receiving any memoranda from the

18    United States, City of Portland, any proposed intervenors,

19    suggesting how I should conduct the fairness hearing; in other

20    words, should we publicize and how should we publicize the

21    fairness hearing?  Should written comments be received by one

22    particular party as a clearinghouse and then provided to all of

23    the others parties?  Should we then allow oral testimony,

24    either to supplement or to act instead of written testimony at

25    the fairness hearing?  And how, generally, should the fairness

1  hearing be conducted?

2      As I said, ultimately, those are my decisions, but I'd

3  very much appreciate your views.  And if we can receive those

4  by January 22nd, I would also like to discuss those at the

5  hearing on February 19th at 9:00 a.m. when I also rule on the

6  motions to intervene.  And then we can also set the schedule

7  for the fairness hearing.  And so as part of your suggested

8  procedures and processes, I would very much appreciate hearing

9  your proposed schedule for a fairness hearing.  And that may be

10 affected, depending upon whether or not the motions to

11 intervene are granted or denied, but perhaps you might want to

12 address in your written submissions, maybe the alternative, if

13 we do go forward and grant the motions to intervene, here's

14 what I've scheduled the process should be for the fairness

15 hearing.  If I deny the motions to intervene, then we should

16 proceed along the other lines, but I very much appreciate your

17 input.  And then I envision we'll have a discussion of that on

18 February 19th.

19      Now, in a few moments, after I hear from counsel, I am

20 going to allow any questions to be asked about these processes

21 or procedures from any member of the public who's here in the

22 courtroom.  My objective in this hearing, and, frankly, this

23 entire litigation, is to comply with my obligation to determine

24 whether or not the settlement agreement is fair, adequate, and

25 reasonable, but I also intend to ensure that we do that with

1    processes that are fully transparent and give everyone a full

2    and fair opportunity to be heard, whether as an intervenor or

3    simply as a member of the public commenting at a fairness

4    hearing.  Everyone will have an opportunity to be heard.

5         Now, today is not the time for anyone to submit any

6    substantive testimony or comments about whether the settlement

7    agreement is or is not fair.  That is not a good use of this

8    morning's time.  I will request and frankly direct that that

9    not be done today.  There will be those opportunities to submit

10   those comments, both in writing and orally, if anyone wishes.

11        Today, though, what I'm going to be opening up for in a

12   few minutes is for questions about the procedures or processes,

13   or, frankly, any comments about the procedures or the processes

14   that this Court will or should follow, but not comments about

15   whether or not the underlying case should or should not have

16   been settled or should or should not be settled on the terms

17   agreed upon.

18        So let me first turn to counsel for the plaintiff, the

19   United States, and ask if you have any comments, objections,

20   perceptions, or views, on anything that I have said thus far.

21        I'll turn first to the United States Attorney,

22   Ms. Marshall.

23             MS. MARSHALL:  Your Honor, we appreciate and applaud

24   the Court's instruction and direction in terms of the

25   procedural posture of this case.  The United States has been

1    fully engaged, to a high degree, with the community, with the

2    union, and with the City, in all phases of the investigation,

3    the negotiation, and the settlement in this case; has attended

4    several public hearings and welcome the opportunity to have

5    this community involved; have a transparent process and to have

6    the opportunity for the community to bring their concerns to

7    the Court in the form of a fairness hearing.  We think that the

8    schedule proposed is something we can work within, and we look

9    forward to providing the memoranda that the Court has

10   suggested.

11          THE COURT:  Thank you, Ms. Marshall.

12      Mr. Williams?

13          MR. WILLIAMS:  One idea, Your Honor, that was

14   actually used in the LA case was the district court allowed

15   groups or individuals who were not parties to the suit to

16   submit memorandum to the Court -- a little bit different

17   posture -- to assist the Court in deciding if there was going

18   to be a fairness hearing, but invited public comment, set a

19   briefing schedule, so that it -- it would allow the Court to

20   have a better focus idea on what the objections were to, in

21   that case, the consent decree.

22      That might be a good tool for this Court to use in this

23   proceeding, where, in advance of public comment, the Court

24   has -- would provide the interested parties to submit those

25   memorandums, focusing in on what the specific objections are to

1   the settlement agreement in this case.

2           THE COURT:  You know, that does make sense and that

3   does sound like a good idea.  So subject to hearing any reasons

4   not to do that, in a few minutes, from either the City of

5   Portland or the Portland Police Bureau, I do think that I will

6   be inclined to allow any member of the public, whether it be an

7   organization or an individual, to file with the clerk of the

8   court -- that's downstairs on the first floor -- a document,

9   but it must be done before -- on or before January 22nd if

10  anyone wishes to provide comments either on whether there

11  should be a fairness hearing or, if there is a fairness

12  hearing, what it would look like, what it's scheduling might

13  be, how it might take shape, and how I should conduct that.

14      So I think that's a very good idea, Mr. Williams.  Thank

15  you.  I will reserve my right to change my mind, depending on

16  what the City of Portland or the Portland Police Bureau say in

17  a few moments; but until I do, I think that's a very good

18  procedure.

19          MS. JONES:  Your Honor, this is Michelle Jones from

20  the Department of Justice.  Can I make a brief request?

21          THE COURT:  Yes.

22          MS. JONES:  I would ask that the parties or counsel

23  speaking for the parties, if they can speak into their

24  microphones, because we can hear Your Honor very clearly, but

25  when counsel speaks the sound is disrupted and we're having a

1   little trouble following.

2           THE COURT:  Thank you.  Counsel, you're all welcome

3   to remain seated when you address the Court and pull the

4   microphone closer to you.

5       Thank you for that suggestion, Mr. Williams.

6       Let me turn to the City of Portland.  Either Mr. Van Dyke

7   or Ms. Osoinach?  Am I pronouncing it right?

8           MS. OSOINACH:  Osoinach.

9           MR. VAN DYKE:  Thank you very much, Your Honor.  I'm

10  hoping counsel on the telephone can hear me now.

11          MS. JONES:  Yes.

12          MS. BROWN:  Yes.  Thank you.

13          MR. VAN DYKE:  We think the process that the Court

14  has outlined is eminently reasonable.  We're all in favor of a

15  transparent process.  I agree with Mr. Williams's suggestion

16  about the community being able to submit comments to the Court.

17  The schedule is fine with us, and I -- I think we can -- we can

18  accomplish what the Court wants to accomplish that way.

19          THE COURT:  Thank you, Mr. Van Dyke.

20      Ms. Osoinach, anything?

21          MS. OSOINACH:  No.  Thank you, Your Honor.

22          THE COURT:  All right.  Mr. Karia -- am I pronouncing

23  it correctly?

24          MR. KARIA:  Karia.

25          THE COURT:  Karia.

1          Mr. Karia, on behalf of the proposed intervenor, Portland

2     Police Bureau, any comments, observations, issues, objections?

3          MR. KARIA:  Thank you, Your Honor.  It's actually the

4     Portland Police Association.  The Bureau is part of

5     Mr. Van Dyke's and Ms. Osoinach.

6          THE COURT:  You know what?  I knew that.  I misspoke.

7     I apologize.

8          MR. KARIA:  I don't want to tread on their territory.

9          As a general proposition, we will defer to the Court's

10     judgment regarding scheduling and the need -- the desire for

11     public input.  A question that I did have for the Court,

12     however, was whether a stay of implementation of the prosed

13     settlement agreement, as the Court works through these issues,

14     is appropriate.

15          THE COURT:  Well, no one has moved formally for a

16     stay, and therefore no one has moved or opposed a stay.  I have

17     not entered any order other than extension of time.  If the

18     parties voluntarily wish to engage in some action, pursuant to

19     the settlement agreement or otherwise, if they both agree upon,

20     then that's not for the Court to reject, at least absent a

21     motion for some type of temporary or preliminary injunctive

22     relief supported in law and after a hearing with the

23     opportunity for anyone opposing that motion to be heard.

24          Now, I do appreciate and understand the urgency here.  So

25     if there is such a motion filed, I am prepared to move on it

1    very rapidly.  We'll accelerate briefing, if need be;

2    accelerate discovery, if need be; and we'll convene a hearing

3    promptly and issue a ruling promptly.  But I don't think it's

4    appropriate for me to enter any directions at all of that sort,

5    at least absent a motion and absent an opportunity to be heard.

6    Do you disagree?

7            MR. KARIA:  No, sir.

8            THE COURT:  Anything further from the Portland Police

9    Association at this time?  Anything further?

10           MR. KARIA:  No, sir.

11           THE COURT:  All right.  Very good.

12       Now, at this time, if there are any members of the

13   public -- by the way, you don't have to.  This is not a

14   requirement.  If there are any members of the public that wish

15   to be heard on any of these issues or have any questions, in a

16   few moments our courtroom deputy, Mary Austad, is going to step

17   back to where that swinging gate is, and she'll have a

18   microphone.  I will ask that you stand in line behind -- in a

19   single-file line, if anyone has any comments or questions,

20   immediately behind that swinging gate that leads to this

21   portion of the courtroom, and then one at a time Ms. Austad

22   will call you up.  I'll ask that you speak out slowly in the

23   microphone and you'll begin by stating your name and then you

24   will be heard.  And I'll do my best to respond.

25       Of course we'll give opportunities to the United States,

1    to the City of Portland, or to the Portland Police Association

2    to comment on anything that we've heard if you wish to ask a

3    question or make a procedural point.

4         But as I said before, please, this is not the time to

5    comment on whether or not this case should have been settled or

6    make a comment on whether or not the prosed settlement

7    agreement is fair, adequate, and reasonable.  There will be

8    other times to do that, but now is not the time.

9         That said, does anyone wish to make a comment?  Please

10    feel free to step forward and rise.

11         Ms. Austad.

12         Again, state your name and speak slowly and clearly.

13         MR. ROSE:  Good morning, Your Honor.  Michael Rose.

14    I'm appearing on behalf the Albina Ministerial Alliance

15    Coalition and the National Lawyers Guild.  I was noting that

16    the Court's proposed procedure in addressing these questions

17    struck me as being a very reasonable and sane way of getting

18    through this morass.

19         I have just one procedural question.  I know that the

20    coalition is planning on filing a motion to intervene, and

21    we'll be able to do so, I expect, by January 8th.  The 22nd is

22    the date for comments with regards to the fairness hearing.

23    Both organizations that I'm representing are strongly in favor

24    of the fairness hearing.  My sense is -- and this is just some

25    direction for counsel who's going to be doing the heavy lifting

1    on writing this -- is the Court has solicited from the parties

2    a memorandum with regard to what this fairness hearing ought to

3    look like, whether we ought to have it at all and that kind of

4    thing.  My contemplation would be that the coalition would be

5    filing similarly, at the same time, a similar kind of document

6    addressing similar kinds of concerns, even though their

7    intervenor status has not yet been determined.

8         Am I correct in that assumption, Your Honor?

9         THE COURT:  Yes, Mr. Rose.  Frankly, building on the

10   comment that Mr. Williams, for the United States, suggested,

11   anyone is welcome to submit and to file comments on the

12   proposed schedule and processes and organization and process of

13   the fairness hearing by January 22nd, whether they are already

14   an intervenor or a party or have petitioned for intervention or

15   even if they don't want to petition for intervention but just

16   want to make comments on what the process of the fairness

17   hearing should look like.  Everyone is welcome to do that.

18        Now, we have in the court system an electronic case

19   docketing system, and I'm not expecting especially nonlawyers

20   or even nonparties to use that system.  So if you file a

21   document the old fashioned way, in a hard copy, bring it to the

22   clerk's office, on the first floor, and the Court will ensure

23   it is scanned so it is part of the official court file and so

24   that all parties will be able to see copies of whatever is

25   filed.  But I'm right now granting permission for anyone and

1  everyone who wishes to file comments on what the fairness

2  hearing should look like and how it should be conducted and

3  held, as long as they do it on or before the close of business

4  January 22nd, so everyone will have time to read it and discuss

5  it on February 19th.

6      Does that answer your question, Mr. Rose?

7          MR. ROSE:  It does, and I also simply wanted to note

8  that I thought Mr. Williams's suggestion in that regard was a

9  perfectly appropriate and apt one, and I'm not used to agreeing

10 with Mr. Williams in public, so I just wanted to -- I just

11 wanted to mention that.

12          THE COURT:  Thank you, Mr. Rose.

13          MR. ROSE:  Thank you.

14          DR. HAYNES:  Honorable Judge, Reverend LeRoy Haynes,

15 Jr., chairperson of the Albina Ministerial Alliance Coalition

16 for Justice and Police Reform.  I think, overall, Judge, the

17 direction and the -- the things that you have stated basically

18 lead us in the right direction that the community desires to

19 go.  I think the piece of the memorandum would be one great

20 aspect of soliciting, because we do have members of our

21 community that feel intimidated by the Portland Police Bureau

22 and have experienced intimidation by the Portland Police

23 Bureau.

24      And, secondly, I also believe by having a public hearing,

25 in terms of soliciting comments from the community, would be an

1   outstanding way of proceeding in terms of the hearing from the

2   public is concerned and making sure that there is a publicity

3   to the community.

4       Many times, so many things happen in our community that

5   the public does not have information about the procedures that

6   are taking place.

7       Thank you very much.

8           THE COURT:  Thank you, Mr. Haynes.  That's a good

9   point, too.  I would appreciate hearing from anyone to wishes

10  to file suggestions on how to conduct the fairness hearing and

11  the processes to also include how we should go about notifying

12  the public of their right to submit information in writing, to

13  appear and give testimony, or make oral presentations at the

14  fairness hearing, and then how we should go about, as I

15  mentioned earlier, having a clearinghouse, or something, to

16  make sure that everyone is fully informed of all materials

17  received.

18      Thank you, Mr. Haynes, for that suggestion.

19          MS. HARDESTY:  Good morning, Your Honor.

20          THE COURT:  Good morning.

21          MS. HARDESTY:  Distinguished lawyers in the gallery,

22  for the record, my name is Jo Ann Hardesty.  I'm a Steering

23  Committee member with the Albina Ministerial Alliance Coalition

24  for Justice and Police Reform.

25      Judge, I had a question in regard to the question about

1   whether or not there would be a stay.  It was my understanding
2   that until you signed off on the settlement agreement it isn't
3   moving forward, and so I'm -- I was a little confused by the
4   Portland Police Association's desire to put a stay in place, so
5   I hope you will address that.
6          THE COURT:  I think -- I will begin by addressing it.
7   After I address it, let me turn it over to both the United
8   States and the City of Portland for comments.
9       Here's what I -- how I see it -- by the way, if someone
10  thinks I'm looking at it incorrectly, by all means, feel free
11  to correct me.
12      I'm not making any orders at all today other than the
13  scheduling orders that you all are hearing.  I'm not granting
14  any permission to anyone to do something, I'm not forbidding
15  anyone from doing anything, and I'm certainly not making any
16  rulings on the settlement agreement.
17      If one analogizes this to a private lawsuit, well, the
18  parties to a lawsuit can agree and do anything that they wish
19  to do.  It won't have the blessing or the force of law or
20  blessing of the Court until they apply for and receive such
21  permission.  But nothing prohibits parties from doing
22  something.
23      Now, on occasion, if parties do something, there may be
24  other people that believe that what those parties may be doing
25  violates the law, and they can then either raise those issues

1    with the parties and try to persuade the parties not to do

2    that, or they can seek either what's called a temporary

3    injunctive relief or a preliminary injunctive relief from the

4    Court.  And if that happens, they do that by way of a formal

5    filed motion.  And the Court, generally acting very rapidly, at

6    least when circumstances require, will hear and resolve that

7    dispute where the person argues that someone shouldn't be

8    allowed to do something because it violates their rights, and

9    then the Court will make those decisions, which may only be

10   temporary or pending decisions pending a final adjudication of

11   the underlying lawsuit, but the Court still has the authority

12   to do that pending the lawsuit.

13       So, that said, I'm not planning on entering any orders

14   whatsoever today, at least other than the scheduling orders.

15   But is there something further either the United States wishes

16   to comment on with respect to Ms. Hardesty's comment?

17           MR. WILLIAMSON:  Well, Your Honor, I do want to

18   respond, but I want to give the City an opportunity to respond

19   first, because this affects, I believe, plans that are in place

20   to begin training consistent with the terms of the agreement.

21           THE COURT:  Okay.  Thank you, Mr. Williams.

22       Mr. Van Dyke?

23           MR. VAN DYKE:  Yes, thank you, Your Honor.  I concur

24   with Ms. Hardesty's understanding of the process here, in that

25   I don't expect the consent -- the settlement agreement to be

1    entered until after a fairness hearing is held, so I agree on

2    that respect.

3        Nonetheless, we have some desire to collectively bargain

4    with our union regarding the proposed changes in the settlement

5    agreement, and we have previously given the union notice of our

6    desire to collectively bargain.  It could be that that is the

7    issue to which the Portland Police Association is responding.

8        We do also have some related training issues and so forth.

9    So perhaps the Portland Police Association could flesh out for

10   us here a little bit more of their concern regarding a stay.

11           THE COURT:  All right.  Thank you, Mr. Van Dyke.  I'm

12   not going to require Mr. Karia to do that.

13       But if you wish to be heard on any of these issues,

14   Mr. Karia, you're welcome.

15           MR. KARIA:  Sure.  Thank you, Your Honor.  The

16   Portland Police Association's concern about the ongoing

17   implementation by the Portland Police Bureau of aspects of the

18   settlement agreement is by going ahead and, for instance,

19   starting training on revised use of force, taser policies, and

20   whatnot, that a piece of the settlement agreement has not been,

21   one, offered for public input before this Court, as this Court

22   appears to be heading into, and, also, that mere act violates

23   collective bargaining rights under both the Portland Police

24   Association's contract with the City and the state law.  And

25   without getting into the merits of that, because I don't want

1    to get ahead of ourselves with respect to the motion to

2    intervene, the Association's general concern is that we're

3    letting the proverbial cart get before the horse.

4            THE COURT:  Thank you, Mr. Karia.

5        Ms. Hardesty, any follow-up comments you wish to make?

6            MS. HARDESTY:  Thank you, Judge Simon.  The last

7    comment that I wanted to make was to reinforce what Dr. Haynes

8    said about outreach to the community.  Many times government

9    agencies put press releases on their websites, and they call

10   that public notice, and that really is not sufficient to engage

11   and involve the community, so it is my hope that we will

12   certainly submit recommendations for the community fairness

13   hearings.  But I wanted to just, like, put that notice on the

14   court record that press releases by themselves or putting it on

15   a government website is not, in my mind, engaging the public in

16   this activity.  It's really important that the public be

17   engaged and involved in this.

18           THE COURT:  I appreciate that comment, Ms. Hardesty,

19   so I do look forward to receiving materials, whether it be from

20   you or Mr. Haynes or Mr. Rose, counsel, or really anyone else,

21   that would help actually spell out, along the lines of what

22   Mr. Williams suggested and what I echoed, that will help spell

23   out what really should we do in order to do that effectively.

24   So I appreciate whatever specifics and advice we will receive

25   by January 22nd that we'll then discuss on February 19th.

1          Thank you.

2          Yes, sir.

3          MR. HANDELMAN:  Good morning.  My name is

4    Dan Handelman.  I'm a member of Portland Copwatch.  I'm also on

5    the Steering Committee of the Albina Ministerial Alliance

6    Coalition for Justice and Police Reform.  I want to thank you

7    for your very clear presentation this morning.  It's very easy

8    for people who don't read lawyerese to understand what you're

9    saying.

10         I understand that what you're saying is that the City and

11   the DOJ are free to start implementing the agreement before

12   it's entered.  What I'm concerned about is that, for instance,

13   some policies were put forward.  Some as far back as February

14   and some in November.  And the one in November came out for

15   public comment, which was very good.  We don't know what the

16   status is of those, though.  We haven't been informed whether

17   they have been adopted.

18         And, for instance, there's going to be somebody to

19   implement the Court agreement that's known as the COCO.  And

20   that -- my understanding of what I just heard last week is that

21   that -- the job proposal for that person is going to be going

22   up online at the beginning of January before Your Honor has a

23   chance to look at the agreement, and the -- the community has

24   not had a chance to see what that job description looks like or

25   any input into it.  So I would hope that even though -- I know

1   you don't want to give any orders, but I'm hoping that you

2   would encourage the parties of this lawsuit to involve the

3   community in every step as they move forward so that everything

4   doesn't get set in place before we have a chance to speak to

5   Your Honor about it.

6          THE COURT:  Thank you, Mr. Handelman.

7       Mr. Van Dyke, would you like to respond?

8          MR. VAN DYKE:  I just wanted to say I appreciate

9   Mr. Handelman's comments and just want to let him know that at

10  this point and let the parties know at this point that we're

11  going -- undergoing, as they know, as you all know, a change in

12  administration at the City, beginning on January 1st, so the --

13  my intent is to sit down with the mayor elect immediately after

14  the transition, brief him and his staff on this hearing, as

15  well as potential next steps.

16         THE COURT:  Thank you.  Good morning, Mr. Sutton.

17  Good to see you, sir.

18         MR. SUTTON:  Good morning.  Good morning.  Microphone

19  work?

20         THE COURT:  It does.  And state your full name,

21  please.

22         MR. SUTTON:  Barry Sutton.

23         THE COURT:  Thank you.

24         MR. SUTTON:  I'm a concerned citizen, and I'm very

25  concerned about James Chasse and what happened and what did not

happen and should have happened.  I went into city hall and
talked with Commissioner Saltzman, and one of his aides said
that -- told me that a medic examined James Chasse and he was
all right.  And I know with 15 broken ribs they would have
found something.  And then he went into the police car and then
came down to the Justice Center here, and he had several broken
ribs.  Someone there in the office had said that must have been
when he gave him -- he, Officer Humphreys, gave him artificial
resuscitation; in other words, got on his chest and pushed --
pushed to keep him alive, for some reason or another, and --
well, Officer Humphreys was never completely prosecuted for a
crime that I believe that he did.  And apparently I'm told that
the DA has the -- the final say in that, and people can't --
there's no other place to go, and -- and this shouldn't be.

         This is just one part of what's wrong -- excuse me.  This
is just one part of what's wrong with our justice system, and
I'm sure no people here -- very few, if any, people have lived
in a community where they're downtrodden and they have to look
out for the police.  And it would be terrible to be in fear of
someone's life, as some people are, the gentleman --
Mr. Haynes, said at the beginning, it is truly intimidation,
and I -- I don't -- I don't want to live in a city where --
where the police are getting away openly -- where the police
to -- to the federal people that are coming in here, where the
police are openly getting away with crime.  I won't have that.

1      So this -- this is something that's very necessary.  I

2  just wanted to say that.  And apologies are wonderful for

3  things that have happened, but they're after the fact.

4      Thank you, Your Honor.

5          THE COURT:  All right.  Thank you.  Thank you,

6  Mr. Sutton.

7          MS. BRAUN:  Hi.  Katie Braun.  Also, just a concerned

8  citizen.  I wanted to thank the Court for this hearing and

9  everybody giving their time and energy.  I have witnessed and

10  experienced firsthand the police brutality in this city, and I

11  am glad that we are going to have a forum to discuss it.  I

12  hope it is well publicized.  I have no idea how to get more

13  people involved, because it means coming away from work and our

14  families to talk about it in a public forum, but I think it's

15  very valuable and useful, because, unfortunately, I think the

16  excessive force in Portland against the community is out of

17  control.  Thank you.

18          THE COURT:  All right.  Thank you, Ms. Braun.

19      Now, you mentioned the difficulty of taking time away from

20  work.  Although, it's obviously very important, and important

21  matters sometimes require such time, I will be open, but I

22  would like to see what people propose.  And we'll discuss it on

23  February 19th.  But I'll be open to holding session in the

24  evenings or, you know, outside of normal Monday through Friday

25  9:00 to 5:00 hours.  Whether it be weekends or evenings, we can

1    make special arrangements with the courthouse and court

2    security issues.  That's a possibility if enough people think

3    that's a good idea.  But, again, I don't want to predetermine

4    anything, but you're welcome to make those comments as we move

5    forward to decide the processes.

6        All right.  Let me ask for any final comments, if any.

7    I'm going to go first again to the United States, then the City

8    of Portland, and then to the Portland Police Association for

9    any final comments before I adjourn this hearing.

10       Ms. Marshall or Mr. Williams, or anyone on the telephone?

11           MS. MARSHALL:  I don't have anything else,

12   Your Honor.  Thank you for your guidance here today.  I think

13   it's been very helpful to the community and to the parties.

14           MR. WILLIAMSON:  Thank you, Your Honor.  Just a

15   couple things.  In terms of the submissions due on the 22nd,

16   regarding the -- what -- what the hearing for public comment

17   would look like procedurally, if the Court would be so inclined

18   to also in those memorandums have individuals and

19   representatives of organizations specifically identify for the

20   Court what their specific issues are with the settlement

21   agreement.  I think it helps crystallize what the objections

22   would be and also helps formulate, to some extent, what we can

23   accomplish in the hearing.

24           THE COURT:  Yeah.  Let me tell you my reaction to

25   that.  Certainly, if anyone wishes in their submission, by

1    January 2nd, to give the Court, as well as all of the parties

2    and post-intervenors some indication of what their concerns are

3    with the settlement agreement, that could help make this

4    process smoother, more efficient, and help us reach the right

5    results and the best results more promptly.  And so I accept

6    that as a suggestion, and anyone is welcome to do that and

7    include that.

8         However, they will not be precluded from raising either

9    the same or different objections at the time of the fairness

10   hearing in accordance with the appropriate schedule.  I want to

11   make sure that we construct a fairness hearing procedure and

12   process such that everyone will have the time and the

13   opportunity to submit whatever views they wish for or against

14   the settlement agreement or anything else relating to these

15   issues.

16        So if they wish to make those comments on their

17   January 22nd submission, those would be welcome and probably a

18   good idea.  But that would not preclude them from being given

19   another opportunity down the road.

20        MR. WILLIAMSON:  Thank you, Your Honor, consistent

21   with the process you outlined, I think it's consistent with the

22   fact that there have been, in this investigation, an

23   unprecedented level of opportunity for public comment, in terms

24   of the investigation, the steps, and -- and, ultimately, the

25   settlement agreement that's before the Court.

1          So the process that you're discussing is certainly

2     consistent with what has gone on for in excess of 15 months.

3     And in terms of -- while we believe that the agreement is fair

4     and adequate and reasonable, we will lay out for the Court,

5     obviously in terms of our response to the motion to intervene,

6     what the government's position is.

7                THE COURT:  Very good.  Thank you, Mr. Williams.

8          Mr. Van Dyke or Ms. Osoinach, anything for the City?

9                MR. VAN DYKE:  I just want to thank the Court for the

10    clarity of the process here today.  I think that it's very

11    helpful.  And I just want to thank the members of the community

12    for showing up and providing their input.  I also want to say

13    that as we try to put together our ideas of what the fairness

14    hearing ought to look like and notice that ought to go out to

15    the community, if anyone wants to submit a notice to us or

16    their thoughts to us before January 22nd, when we submit

17    something to the court, I'll be sure that we read those and

18    take those into account.

19         We certainly recognize that we don't have a corner on good

20    ideas, so I'll be glad to hear what people have to say.  You

21    don't have to do that.  We're glad to take a look at whatever

22    you submit to the Court and try to work towards an equitable

23    way to do this.

24         Thank you, Your Honor.

25               THE COURT:  Thank you, Mr. Van Dyke.

1          Mr. Karia, anything further?

2                  MR. KARIA:  Nothing further, Your Honor.

3                  THE COURT:  All right.  Very good.  Then we'll be in

4      recess until Tuesday morning, February 19th, 2013, at 9:00 a.m.

5          Although, as I said, if anyone needs the assistance of the

6      Court before then, I'll make myself available promptly.  Just

7      let the courtroom deputy, Mary Austad, know.  You can call her

8      by telephone or send her an email.  Her contact information is

9      available on the court's website.  If you need me, I'll be

10     there for you.  If you don't, I look forward to seeing you on

11     February 19th, 9:00 a.m.  We'll be in recess.

12                          (Hearing concluded.)

13

14

15

16

17

18

19

20

21

22

23

24

25

1                        C E R T I F I C A T E

2

3                     USA v. City of Portland

4                        Status Conference

5                        December 21, 2012

6

7            I certify, by signing below, that the foregoing is a

8    true and correct transcript of the record of proceedings in the

9    above-entitled cause.  A transcript without an original

10   signature, conformed signature, or digitally signed signature

11   is not certified.

12

13    /s/Jill L. Erwin, CSR, RMR, RDR, CRR

14    _____

15    Official Court Reporter          Date: December 30, 2014

16

17

18

19

20

21

22

23

24

25