**FILED**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

JUL 29 2015

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff - Appellee,<br><br>v.<br><br>CITY OF PORTLAND,<br><br>  Defendant - Appellant,<br><br>And<br><br>PORTLAND POLICE ASSOCIATION,<br><br>  Intervenor-Defendant. | No. 14-35903<br><br>D.C. No. 3:12-cv-02265-SI<br>District of Oregon,<br>Portland<br><br><br>ORDER |

Before: SCHROEDER, CANBY, and KOZINSKI, Circuit Judges.

The parties' joint motion for remand is granted. This appeal is remanded to the district court for the limited purpose of adopting and entering the parties' proposed Amended Order Entering Settlement Agreement.

**REMANDED.**

SVG/MoAtt