AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

District of **Oregon**

| | |
|---|---|
| United States of America | **CONSENT ORDER GRANTING** |
| Plaintiff (s), | **SUBSTITUTION OF ATTORNEY** |
| V. | |
| City of Portland | CASE NUMBER: 3:12-cv-02265-SI |
| Defendant (s), | |

Notice is hereby given that, subject to approval by the court, __United States of America__ substitutes
(Party (s) Name)

__Brian Buehler__, State Bar No. __4893665__ as counsel of record in
(Name of New Attorney)

place of __T. Jack Morse__.
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

- Firm Name: U.S. Department of Justice, Civil Rights Division, Special Litigation Section
- Address: 601 D Street NW-PHB, Room 5200, Washington, DC 20579
- Telephone: (202) 353-1100       Facsimile (202) 514-0212
- E-Mail (Optional): brian.buehler@usdoj.gov

I consent to the above substitution.
Date: 7/30/2015

_(Signature of Party (s))_

I consent to being substituted.
Date: 7/30/2015

_(Signature of Former Attorney (s))_

I consent to the above substitution.
Date: 7/30/2015

_(Signature of New Attorney)_

The substitution of attorney is hereby approved and so ORDERED.

Date: _____

Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]