AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

District of **Oregon**

| United States of America | **CONSENT ORDER GRANTING** |
|---|---|
| Plaintiff(s), | **SUBSTITUTION OF ATTORNEY** |
| V. | |
| City of Portland | CASE NUMBER: 3:12-cv-02265-SI |
| Defendant(s), | |

Notice is hereby given that, subject to approval by the court, **United States of America** substitutes (Party(s) Name)

**Brian Buehler**, State Bar No. **4893665** as counsel of record in
(Name of New Attorney)

place of **T. Jack Morse**.
(Name of Attorney(s) Withdrawing Appearance)

Contact information for new counsel is as follows:

- Firm Name: U.S. Department of Justice, Civil Rights Division, Special Litigation Section
- Address: 601 D Street NW-PHB, Room 5200, Washington, DC 20579
- Telephone: (202) 353-1100  Facsimile (202) 514-0212
- E-Mail (Optional): brian.buehler@usdoj.gov

I consent to the above substitution.
Date: 7/30/2015
(Signature of Party(s))

I consent to being substituted.
Date: 7/30/2015
(Signature of Former Attorney(s))

I consent to the above substitution.
Date: 7/30/2015
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: July 30, 2015
Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]