FILED

SEP 21 2015

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| UNITED STATES OF AMERICA, | No. 14-35903 |
|---|---|
| Plaintiff - Appellee, | D.C. No. 3:12-cv-02265-SI |
| v. | District of Oregon, Portland |
| CITY OF PORTLAND, | |
| Defendant - Appellant, | ORDER |
| And | |
| PORTLAND POLICE ASSOCIATION, | |
| Intervenor-Defendant. | |

The parties' joint motion for voluntary dismissal of this appeal is granted. This appeal is dismissed. *See* Fed. R. App. P. 42(b).

This order served on the district court shall act as and for the mandate of this court.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT


By: Susan V. Gelmis
Deputy Clerk/Motions Attorney

SVG/MOATT