**To**:   Committee Members

   Mayor

   City Council Members

   United States Justice Department

   Federal Judge Simon

   Albina Ministerial Alliance

   City of Portland Citizens

**From:**  Sharon Maxwell

**Re**:   Resignation Letter

---

I am submitting my resignation letter effective today with great disappointment. I believed the federal courts was the best place to create what Dr. King called, "the beloved community." The victory in federal court signaled in this city and around the nation that reforms needed to happen in our cities Police department.

When I joined this effort, it was my goal to improve relations with the City of Portland's police department and its public. The events that followed the court victory can only be described as a betrayal to every Portland residents in this city.

1).   Dr. Rosenbaum was not one of the finalist yet he received the contract.

2).   The budget should be under the committee.

3).   The committee members should have been offered a stipend. We are working over   the required hours.

4).   The absence of a full budget with detail procedurals has placed volunteer committee members in a position of pons with no real power and assuming the legal liability of corruption.

5)   There appears to have been back door deals that have violated the integrity of this effort.

6)   The secret investigations of committee members who are working for free is wrong, and a violations of our civil liberties. We did not sign up for this type of high tech lynching.

7)   We are Portland residents who love this city and that is why we agreed to join and help. Such civil liberties violations depletes trust and suggest change can only happen in federal court not supervision under city authorities.

8)   Finally Rosenbaum you should not have gotten this contract. Your disrespectful words to Senator Avel Gordly when she requested your support to mediate a conflict with two committee members, "you stated that doesn't interest me." Your tone and tenor was out of touch with the living legend you were talking too "Senator Avel Gordly" and reflected the racist remarks of an elitist insider.

9)   The community has requested that the city auditor perform an audit of the hiring of COCL Rosenbaum team process and a detail review of the budget process as well.

10)   The report findings doesn't reflect the real time facts and feeling of the COAB members.

11) The COAB requested legal independent council and the city refused our request. The city challenged this effort and loss in federal Court. This fact alone suggest independent legal counsel should have been provided.

*Sharon Maxwell*

Sharon Maxwell