IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **UNITED STATES OF AMERICA**, <br><br> Plaintiff, <br><br> v. <br><br> **CITY OF PORTLAND**, <br><br> Defendant. | Case No. 3:12-cv-02265-SI <br><br> **ORDER SETTING AGENDA FOR FIRST POST-APPROVAL, ANNUAL STATUS CONFERENCE** |

Billy J. Williams, Acting United States Attorney; Adrian L. Brown, Assistant United States Attorney, David W. Knight, Special Assistant United States Attorney, UNITED STATES ATTORNEY'S OFFICE, District of Oregon, 1000 S.W. Third Avenue, Suite 600, Portland, OR 97204. Jocelyn Samuels, Acting Assistant Attorney General; Jonathan M. Smith, Chief; Laura Coon, Special Counsel; R. Jonas Alexander Geissler, Michelle A. Jones, and Brian Buehler, Senior Trial Attorneys, Special Litigation Section, Civil Rights Division, UNITED STATES DEPARTMENT OF JUSTICE, 50 Pennsylvania Avenue, NW, Washington, D.C. 20530. Of Attorneys for Plaintiff.

Tracey Pool Reeve, City Attorney; David L. Woboril, Senior Deputy City Attorney; Ellen C. Osoinach, Deputy City Attorney, OFFICE OF THE CITY ATTORNEY, 1221 S.W. Fourth Avenue, Room 430, Portland, OR 97204. Of Attorneys for Defendant.

Anil S. Karia, TEDESCO LAW GROUP, 3021 N.E. Broadway, Portland, OR 97232. Of Attorneys for Intervenor-Defendant Portland Police Association.

J. Ashlee Albies, CREIGHTON & ROSE, P.C., 500 Yamhill Plaza Building, 815 S.W. Second Avenue, Portland, OR 97204; Shauna M. Curphey, CURPHEY & BADGER, P.A., 520 S.W. Sixth Avenue, Suite 1040, Portland, OR 97204. Of Attorneys for Enhanced Amicus Curiae Albina Ministerial Alliance Coalition for Justice and Police Reform.

Page 1 – ORDER SETTING AGENDA FOR STATUS CONFERENCE

**Michael H. Simon, District Judge.**

As previously scheduled, the Court will hold its first post-approval, annual status conference in this matter on Wednesday, October 21, 2015, at 2:00 p.m. in Courtroom 13B of the Mark O. Hatfield U. S. Couthouse, 1000 S.W. Third Avenue, Portland, Oregon. The agenda for this status conference is as follows:

| Time | Agenda Item |
|---|---|
| 2:00 p.m. | Court's introductory remarks (10 minutes) |
| 2:10 p.m. | United States of America ("USA") (35 minutes) (presentation and responses to Court's questions) |
| 2:45 p.m. | City of Portland ("City") (35 minutes) (presentation and responses to Court's questions) |
| 3:20 p.m. | Break (ten minutes) |
| 3:30 p.m. | Albina Ministerial Alliance Coalition for Justice and Police Reform ("AMAC") (20 minutes) (presentation and responses to Court's questions) |
| 3:50 p.m. | Portland Police Association ("PPA") (20 minutes) (presentation and responses to Court's questions) |
| 4:10 p.m. | Compliance Officer/Community Liaison ("COCL") (20 minutes) (presentation and responses to Court's questions) |
| 4:30 p.m. | Community Oversight Advisory Board ("COAB") (20 minutes) (presentation and responses to Court's questions) |
| 4:50 p.m. | Court's closing remarks (10 minutes) |

**IT IS SO ORDERED.**

DATED this 13th day of October, 2015.

/s/ Michael H. Simon
Michael H. Simon
United States District Judge