ELLEN OSOINACH, Oregon State Bar ID Number 024985
Senior Deputy City Attorney
Email: ellen.osoinach@portlandoregon.gov
Office of City Attorney
1221 SW 4th Avenue, Suite 430
Portland, OR  97204
Telephone: (503) 823-4047
Facsimile: (503) 823-3089
   *Of Attorneys for Defendant City of Portland*

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## PORTLAND DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA**, | 3:12-cv-02265-SI |
| **PLAINTIFF,** | |
| v. | **NOTICE OF WITHDRAWL** |
| **CITY OF PORTLAND,** | |
| **DEFENDANT.** | |

Pursuant to LR 83-11(b), defendant City of Portland, hereby proves notice of withdrawal of David L. Woboril as an attorney of record for this matter.

Dated:  October 14, 2015

                                                              Respectfully submitted,


                                                              */s/ Ellen Osoinach*
                                                              ELLEN OSOINACH. OSB # 024985
                                                              Senior Deputy City Attorney
                                                              Telephone: (503) 823-4047

Page  1  –   NOTICE OF WITHDRAWL