**BILLY J. WILLIAMS, OSB #901366**
Acting United States Attorney
District of Oregon
**JARED D. HAGER, WSB #38961**
jared.hager@usdoj.gov
Assistant United States Attorney
United States Attorney's Office
1000 SW Third Avenue, Suite 600
Portland, Oregon 97204-2902
Telephone:     (503) 727-1120
Facsimile:      (503) 727-1117
    Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## PORTLAND DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | Case No.: 3:12-CV-02265-SI |
| Plaintiff, | |
| v. | PLAINTIFF'S NOTICE OF SUBSTITUTION OF COUNSEL |
| **CITY OF PORTLAND**, | |
| Defendant. | |

Page 1    **Plaintiff's Notice of Substitution of Counsel**
                  *United States of America v. City of Portland*, 3:12-cv-02265-SI

Plaintiff, by and through the undersigned counsel, hereby gives notice of the following substitution of counsel in this matter: Jared D. Hager, Assistant United States Attorney, is internally substituted for David W. Knight.

DATED this 15th day of October 2015.

                                          Respectfully submitted,

                                          BILLY J. WILLIAMS
                                          Acting United States Attorney
                                          District of Oregon

                                          */s/ Jared D. Hager*
                                          JARED D. HAGER
                                          Assistant United States Attorney

                                          Attorneys for Plaintiff