# Department of Justice Tasks / Quarterly Update Report

**Task Description**                                                        66

Adherence and application of existing force policies

**Task Requirements:**  PPB shall maintain principles in its existing use of force policies.  See Agreement for specific requirements, #66.

**Status**   Complete - review ongoing

**Action Steps:**    1. Ensure that current and future drafts of the Force Policy adhere to the requirements of this provision.
2. Ensure that training of Force Policy covers the requirements of this provision.

**Task Date Completed:**          2/18/2013   ☐ **Received DOJ Approval?**   **Approval**

**Evidence of Completion:** 1. Directive 1010.00 Use of Force
2. 2013 In Service training materials (located in folder #84)
3. Directive 315.00 Unsatisfactory Performance

**Status Note:**

**2014 Q1 Update:**

**2014 Q2 Update:**

**2014 Q3 Update:**   Those principles were maintained in the version of the policy proposed for the 6 month review.

**2014 Q4 Update:**   The force policy revised and adopted in December, 2014 maintained those principles.

**2015 Q1 Update:**   Those force principles remain in the current policy.

**2015 Q2 Update:**   Those force principles remain in effect as the policy did not change this quarter.

**2015 Q3 Update:**

# Department of Justice Tasks / Quarterly Update Report

**Task Description**                                                                 67

Use of Force Policy additional requirements

**Task Requirements:**   PPB shall add to its use of force policy and procedures the  use of force principles outlined in the Agreement. See Agreement for specifics, #67

**Status**   Complete - review ongoing

**Action Steps:**   1. Draft changes to Force Policy that comply with requirements of this provision.
2. Meet with stakeholders, including PPA and DOJ, to review changes and receive input
3. Release draft policy for public comment
4. Incorporate  and record feedback
5. Once policy is finalized with public comments and stakeholder review, teach to sworn personnel through in service
5. Release final policy and require personnel review and signature of comprehension

**Task Date Completed:**        2/18/2013   ☐ **Received DOJ Approval?**   **Approval**

**Evidence of Completion:** 1. Directive 1010.00 Use of Force
2. 2013 In Service training materials (located in folder #84)
3. Directive 315.00 Unsatisfactory Performance

**Status Note:**

**2014 Q1 Update:**

**2014 Q2 Update:**

**2014 Q3 Update:**   Use of Force Directive 1010.00 underwent its 6 month review. At the end of the quarter it was in the last phase of the process which is additional 15 day Union review before going to Chief for sign off.

**2014 Q4 Update:**   Use of Force Directive 1010.00 was enacted on December 4, 2014 after undergoing its 6 month review process.

**2015 Q1 Update:**   No changes to Use of Force Directive this quarter.

**2015 Q2 Update:**   No change was made to the Use of Force Directive this quarter.

**2015 Q3 Update:**

# Department of Justice Tasks / Quarterly Update Report

**Task Description**                                                          68

Revision to Directive 1051.00

**Task Requirements:**   PPB shall revise PPB Directive 1051.00 regarding Taser, Less-Lethal Weapon System to include the required principles outlined in the Agreement.  See Agreement #68 for specific requirements.

**Status**   Complete - review ongoing

**Action Steps:**   1. Draft changes to Taser Policy that comply with requirements of this provision
2. Meet with stakeholders, including PPA and DOJ, to review changes and receive input
3. Release draft policy for public comment
4. Incorporate and record feedback
5. Once policy is finalized with public comments and stakeholder review, teach to sworn personnel through in service
5. Release final policy following in service and require personnel review and signature of comprehension

**Task Date Completed:**      2/18/2013  ☐ **Received DOJ Approval?**   **Approval**

**Evidence of Completion:**  1. Directive 1051.00 Electronic Control Weapon System
2. 2013 In Service training materials (located in folder #84)

**Status Note:**

**2014 Q1 Update:**   Directive 1051.00 enacted.

**2014 Q2 Update:**

**2014 Q3 Update:**   Directive 1051.00 underwent its mandatory 6 month review.  At the end of the quarter, after being posted for the required 30 day public comment phase, it was in the Executive reconciliation phase.

**2014 Q4 Update:**   The Electronic Control Weapon (ECW) directive was enacted on December 4, 2014 after completing its 6 month review process.

**2015 Q1 Update:**   No change to the ECW Directive this quarter.

**2015 Q2 Update:**   There was no change to the ECW Directive this quarter.

**2015 Q3 Update:**

# Department of Justice Tasks / Quarterly Update Report

**Task Description**                                                                                              69

Use of Force Policy revision

**Task Requirements:**   PPB shall revise its policies related to use of force reporting.  See specific requirements of the Agreement, #69.

**Status**   Actively in Process

**Action Steps:**    1. Draft changes to Directive 940.00 that comply with requirements of this provision.
2. Incorporate changes into new Force Policy (Directive 1010.00)
3. Ensure concepts within this provision are taught through 2013 In Service and additional Sergeant (supervisor) In Service in early 2014.
5. Release final policy and require personnel review and signature of comprehension

**Task Date Completed:**       11/26/2013    ☐ **Received DOJ Approval?**    **Approval**

**Evidence of Completion:**   1. 2013 In Service training materials (located in folder #84)

**Status Note:**

**2014 Q1 Update:**   Directive 940.00 became effective February 19, 2014.

**2014 Q2 Update:**

**2014 Q3 Update:**   The 940.00 Directive was due for its mandatory 6 month review. During this quarter, it went through the standard directives process including the public comment period.  At the end of the quarter, it was in Executive reconciliation.

**2014 Q4 Update:**   The 940.00 After Action Report directive was enacted on December 4, 2014 after completing its 6 month review process.

**2015 Q1 Update:**   No change to Directive 940.00 this quarter.

**2015 Q2 Update:**   There was no change to Directive 940 this quarter.

**2015 Q3 Update:**

# Department of Justice Tasks / Quarterly Update Report

**Task Description**                                                    70

Revision and continued enforcement of Directive 940.00

**Task Requirements:**    PPB shall continue enforcement of Directive 940.00, which requires supervisors who receive notification of a force event to respond to the scene, conduct an administrative review and investigation of the use of force, document their findings in an After Action Report and forward their report through the chain of command. PPB shall revise Directive 940.00 to further require that supervisory officers meet the requirements noted in the agreement.

See specifics outlined in the Agreement, #70.

**Status**    Actively in Process

**Action Steps:**    1. Draft changes to Directive 940.00 that comply with requirements of this provision
2. Incorporate changes into new Force Policy (Directive 1010.00) as well as the auditing function of the PSD Inspector position materials
3. Ensure concepts within this provision are taught through 2013 In Service and additional Sergeant (supervisor) In Service in early 2014
5. Release final policy and require personnel review and signature of comprehension

**Task Date Completed:**        ☐ **Received DOJ Approval?**    **Approval**

**Evidence of Completion:**    1. 2013 In Service training materials (located in folder #84)
2. PSD SOP #6

**Status Note:**

**2014 Q1 Update:**    Directive 940.00 became effective February 19, 2014.

**2014 Q2 Update:**

**2014 Q3 Update:**    Supervisors continue to follow the requirements in 940 when notified of a force event while Directive 940 undergoes its 6 month review.  The directive was posted for the requisite 30 days for public comment and at the end of the quarter, was in Executive reconciliation.

**2014 Q4 Update:**    Supervisors received additional training on Directive 940 as part of the EIS training that occurred throughout the month of November.  They continued to follow the requirements of the directive which was re-enacted on December 4, 2014 after its 6 month review.

**2015 Q1 Update:**    Directive 940.00 remains in effect with no changes since December enactment.

**2015 Q2 Update:**    No changes were made to Directive 940 this quarter.

**2015 Q3 Update:**

# Department of Justice Tasks / Quarterly Update Report

**Task Description**                                                              71

Patrol supervision staffing requirements

**Task Requirements:**    PPB shall maintain adequate patrol supervision staffing, which, at a minimum, means that PPB and the City shall maintain its current sergeant staffing level, including the September, 2012 addition of 15 sergeants.

**Status**    Complete - review ongoing

**Action Steps:**    1. Establish supervisor ratio standard from November 2012
2. Track budget processes to ensure ratio is maintained
3. Produce budget/operations report on staffing ratio

**Task Date Completed:**        6/20/2013  ☐ **Received DOJ Approval?**    **Approval**

**Evidence of Completion:**    1. Supervisor to officer ratio 5-year graph

**Status Note:**

**2014 Q1 Update:**  Sergeant staffing level remained as ordered for the quarter

**2014 Q2 Update:**  Sergeant staffing level remained as ordered for the quarter

**2014 Q3 Update:**  Authorized Sergeant staffing level remained as ordered for the quarter

**2014 Q4 Update:**  Authorized Sergeant staffing level remained as ordered for the quarter.

**2015 Q1 Update:**  Authorized Sergeant staffing level remained as ordered for the quarter.

**2015 Q2 Update:**  Authorized Sergeant staffing level remained as required during this quarter.

**2015 Q3 Update:**

# Department of Justice Tasks / Quarterly Update Report

**Task Description**                                                                 72

Supervisor investigation checklist for use of force investigations

**Task Requirements:**  PPB shall develop a supervisor investigation checklist to ensure that supervisors carry out these force investigation responsibilities. PPB shall review and revise the adequacy of this checklist regularly, at least annually.

**Status**   Complete - pending external review

**Action Steps:**   1. Draft checklist between Training Division and Professional Standards Division
2. Meet with stakeholders (including current Sergeants) to review and edit
3. Release and distribute checklist
4. Incorporate checklist into early 2014 Supervisor In Service training

**Task Date Completed:**        11/18/2013   ☐ **Received DOJ Approval?**   **Approval**

**Evidence of Completion:**  1. Draft checklist

**Status Note:**

**2014 Q1 Update:**   Supervisor's Review checklist completed and distributed.

**2014 Q2 Update:**

**2014 Q3 Update:**   Checklist revised to mirror Agreement's requirements but cannot be finalized until the 6 month review of Directive 940 is complete.  That is in Executive Reconciliation at this time.

**2014 Q4 Update:**   After the 6 month review of Directive 940 was completed, the Directive was re-enacted on December 4, 2014.   The revised checklist can now be posted on the Bureau's Intranet for reference.

**2015 Q1 Update:**   The checklist was condensed to a one-page two-sided document that was laminated and provided to all Sergeants in the Operations branch.

**2015 Q2 Update:**   Supervisor checklist remains available to all Sergeants for use in reviewing officers' reports.

**2015 Q3 Update:**

# Department of Justice Tasks / Quarterly Update Report

**Task Description**                                                                                   73

Policies regarding chain of command reviews

**Task Requirements:**  PPB shall revise its policies concerning chain of command reviews of After Action Reports, as necessary, to require that the policies meet all seven requirements noted in the Agreement.

See specific requirements outlined in the Agreement, #73.

**Status**   Complete - pending external review

**Action Steps:**   1. PPB will review and revise Directive 940.00 accordingly to account for the requirements per the Agreement
2. PPB will ensure that the PSD Inspector implements compliance with 73 (a) - EIS reporting

**Task Date Completed:**       11/26/2013   ☐ **Received DOJ Approval?**   **Approval**

**Evidence of Completion:**   1. PSD SOP #6 (located in folder #70)

**Status Note:**

**2014 Q1 Update:**  Dir. 940.00 became effective February 19, 2014.  Supervisors were trained on the proposed draft at their In-Service in January, 2014

**2014 Q2 Update:**

**2014 Q3 Update:**  Directive 345.00 (EIS) was posted for its initial public comment period on August 1, 2014 and Directive 940.00 was posted for its mandatory 6 month review on the same date.  Both are in final stage of Executive Reconciliation.
PSD developed a refresher training module for 940 as well as for EIS which will be conducted through the month of November, 2014 for all supervisors from Sergeants on up the chain of command.

**2014 Q4 Update:**  Directive 345.00 was enacted on October 30, 2014.  Section 5 through 5.3 documents the procedure for tracking all chain of command reviews of 940.00 After Action Reports.  The findings, as well as any non-disciplinary corrective actions taken, will be documented in the Performance Discussion Tracker (PDT) section of the Employee Information System (EIS).

**2015 Q1 Update:**  Both Directive 345.00 (EIS) and 940.00 (After Actions) remain in effect as enacted.

**2015 Q2 Update:**  Directive 940.00 remained in effect with no changes this quarter.  Directive 345.00 (EIS) was posted for 30 day universal review on April 1, 2015 for its required 6 month review.  It remains in Executive reconciliation at the close of the quarter.

**2015 Q3 Update:**

# Department of Justice Tasks / Quarterly Update Report

**Task Description**                                                                                        74

Review and Audit of Force Reports and Bureau Directives

**Task Requirements:**   In consultation with the COCL, the Inspector, as part of PPB's quarterly review of force, will audit force reports and Directive 940.00 Investigation Reports to ensure the requirements of the Agreement #74 are met.

**Status**   Complete - review ongoing

**Action Steps:**   1. Develop SOP for Inspector position that complies with requirements of this provision
2. Inspector will work with COCL to develop report format on sufficiency of supervisory reviews of force
3. Create quarterly reports on Use of Force that include qualitative review of force evets

**Task Date Completed:**        4/16/2013  ☐ **Received DOJ Approval?**   **Approval**

**Evidence of Completion:**  1. PSD SOP #6 (located in folder #70)
2. Quarterly Reports on Use of Force
3. Email from Inspector on trends found in force reporting
4. Force Data Collection Report (FDCR) comparison graphs
5. PPB Force Trend 5-year graph

**Status Note:**

**2014 Q1 Update:**   Inspector continues to issue quarterly force reports while awaiting appointment of COCL.  PPB anticipates a more detailed report based on the data enhancements implemented to obtain additional information required by the  Agreement.

**2014 Q2 Update:**   Inspector issued quarterly force reports.  Given no COCL as yet, the Inspector continued to review FDCRs and 940s utilizing the subsections listed in the action item as his criteria.  He found that the Bureau substantially complied with these requirements. Anticipates discussion with COCL re: methodology for audit.

**2014 Q3 Update:**   The quarterly report is in process but will not be completed until mid/late November as Force reports are approximately 28 days behind in Records entry due to RegJIN issues.
Inspector continued to review all FDCRs and 940s but awaits appointment of COCL to determine ultimately the auditing methodology.

**2014 Q4 Update:**   The 4th quarter force reports are near completion as of the date of submission of this report.  The required information from Records was available sooner than in the past and timely receipt of After Actions has improved.
The City Council agreed to fund two additional crime analyst positions to work with the Inspector to enhance analytical capacity and speed reporting times once RegJIN goes live.  However, due to PPB's comprehensive hiring process, these positions are not anticipated to be filled until late Spring/early Summer.
Now that COCL has been selected and the contract process complete, the Inspector expects to receive guidance from him on the auditing function that is required as this item is to be performed in consultation with the COCL.

**2015 Q1 Update:**   The 4th quarter report was posted at end of February.  The 2014 annual report was completed in March and approved for posting to the Website.  The 2015 first quarter report has been prepared and will be posted to the website.
This item also requires the Inspector, in consultation with the COCL, to complete an audit of force reports and After Action Reports for specific criteria listed in the Settlement Agreement. The COCL intends to use this audit as a baseline to assess the Bureau and thus offered no input prior to the completion of this initial audit. The audit was completed on May 14, 2015 and forwarded to the Chief of Police for review. The supporting material used in the audit is retained in the Inspector's office for review as needed. The audit itself is supporting documentation of the Bureau's compliance with Item 74.

**2015 Q2 Update:**   The 2nd quarter report will be delayed due to the effects of the implementation of RegJIN, PPB's new data management system.  As a result of the changeover, Records Division is 11 weeks behind in processing all the reports necessary to analyze for this purpose.

**2015 Q3 Update:**

# Department of Justice Tasks / Quarterly Update Report

**Task Description** 75

Inspector audits of force reports

**Task Requirements:**   In consultation with the COCL, the Inspector shall audit force reports and Directive 940.00 investigations to determine whether supervisors meet the requirements outlined in the Agreement. See specific requirements outlined in the Agreement,

**Status**   Complete - review ongoing

**Action Steps:**   1. Develop SOP for Inspector position that complies with requirements of this provision
2. Inspector will work with COCL to develop report format on sufficiency of supervisory reviews of force

**Task Date Completed:**   1/15/2013   ☐ **Received DOJ Approval?**   **Approval**

**Evidence of Completion:**   1. PSD SOP #6 (located in folder #70)

**Status Note:**

**2014 Q1 Update:**   Inspector is fulfilling the various requirements outlined in the Agreement for each force report pending the appointment of a COCL.

**2014 Q2 Update:**   Inspector reviewed all FDCRs and 940s for supervisors' compliance. He found supervisors consistently met 11 of the criteria but failed to meet "j"which requires entry into EIS.  EIS Directive is on Chief's list to be reviewed soon to address process and concerns.

**2014 Q3 Update:**   Inspector reviewed all FDCRs and 940s for this purpose and provided his proposed methodology for audit to Compliance team. However, he  cannot proceed without further direction/input from yet to be named COCL.

**2014 Q4 Update:**   Inspector continued to review all FDCRs and 940s pending the input of the newly appointed COCL as to how to conduct the audit function.  Each record subject to audit was captured and entered into an access database as were the results of whether it met the criteria outlined in this action item.  Some  of the points are simple compliance checks in that they either did or did not occur. Others require subjective analysis by sworn member with training and experience to make conclusions based on the "reasonable officer" standard set out in the Agreement.
A day-long meeting with the COCL is scheduled for the 3rd week in January during which the Inspector will share  the history of force reporting, the current method of reporting, the systems used to track and analyze data, the reporting done thus far and will seek guidance on how the COCL team wishes the Bureau to proceed.

**2015 Q1 Update:**   The Inspector, in consultation with the COCL, is required to complete an audit of force reports and After Action Reports for the adequacy of supervisory investigation and reporting as well as other specific criteria listed in the Settlement Agreement. The COCL intends to use this audit as a baseline to assess the Bureau and therefore offered no input prior to the completion of this initial audit. The audit was completed on May 14, 2015 and forwarded to the Chief of Police for review. The supporting material used in the audit is retained in the Inspector's office for review as needed. The audit itself is supporting documentation of the Bureau's compliance with Item 75.

**2015 Q2 Update:**   As noted in the previous report, the COCL made a conscious decision not to "consult" or provide input to the Inspector regarding the methodology to be used prior to the writing and issuance of the initial audit.  However, during this quarter, the Inspector did receive feedback from the COCL team on his first audit. Based on that, some adjustments will be made to the 2nd quarter audit but that, too, will be delayed due to the changeover in the Records Management System to RegJIN.

**2015 Q3 Update:**

---

# Department of Justice Tasks / Quarterly Update Report

**Task Description** 76

Inspector Quarterly Analysis of Force Data

**Task Requirements:**  In consultation with the COCL, the Inspector shall conduct a quarterly analysis of force data and supervisors' Directive 940.00.

See specific requirements of audit outlined in the Agreement, #76.

**Status**  Complete - review ongoing

**Action Steps:**  1. Develop SOP for Inspector position that complies with requirements of this provision
2. Inspector will create quarterly reports on Use of Force statistics and analysis
3. PPB will release reports to the public

**Task Date Completed:**  4/16/2013  ☐ **Received DOJ Approval?**  **Approval**

**Evidence of Completion:**  1. PSD SOP #6 (located in folder #70)
2. Quarterly Force Reports (located in folder #74)

**Status Note:**

**2014 Q1 Update:**  Inspector issued quarterly report with comment on his noted trends.  The  annual report for 2013 was also issued, presented to Training Advisory Council (TAC) and placed on PPB's DOJ section of website.

**2014 Q2 Update:**  Inspector issued quarterly report with comments on significant changes in specific force events but believes it is not academically sound to draw conclusions on trends in a quarter based on lack of longitudinal data.

**2014 Q3 Update:**  Inspector's quarterly report is a bit delayed due to backup in Records entry. Continues to await year's worth of data as well as the selection of the COCL for input before opining on any noted trends.

**2014 Q4 Update:**  Inspector's quarterly force report will be ready for posting very shortly as the delay at Records has been reduced. The analysis piece is obviously incomplete because of that as well as the fact that consultation with the COCL, which  is required by the Agreement, has yet to occur.  That guidance should commence early in the next quarter as the COCL has now been named and meetings have been scheduled in January to begin these discussions.
However, the Inspector did initiate an assessment of the scope of the work required for this, the Bureau's ability to complete the task and a reasonable methodology to use as a starting point with the COCL.  That analysis led to the successful lobby for additional resources for the Inspector to fulfill the requirements.  Two additional crime analysts will join the team hopefully in late Spring as extensive background checks are required for the successful applicants.

**2015 Q1 Update:**  The Inspector's office completed the quarterly Force Data Summary Report and the quarterly Force Demographics Summary Report. Both of these reports are included as appendices in the audit report and are published as stand-alone documents to aid in consistent reporting on the Bureau's website.
This item also requires the Inspector, in consultation with the COCL, to perform trend analysis based on the data collected from the audits referenced in Items 74 and 75. The trend analysis was completed along with the audit and included in the report completed on May 14, 2014. The audit report is supporting documentation of the Bureau's compliance with Item 76 as are the force reports. The Inspector has requested input from the COCL on the frequency of audits and reports as some of the Items in the Agreement appear to require quarterly analysis and yearly reporting while others require quarterly reporting. Because of the substantial layers of command review of force events required by Bureau policy, access to a complete dataset is not possible for up to 28 days after the end of the quarter. Timelines for review of quarterly reports require the Inspector to have all material completed 17 days after that. Given the complexity of analysis required in order to provide useful recommendations, 17 days may prove insufficient.

**2015 Q2 Update:**  During this reporting period the Inspector met with the COCL team and received feedback from them regarding the audit completed in the previous quarter. This item will again be a stand-alone from the audits required under Items 74, 75 and 77. These force reports will continue in the same format as previous quarters and include more substantial trend analysis.
The data used to complete these reports comes directly from the new Records Management System (RMS). The data for the second quarter is not yet ready to be analyzed as the Bureau makes changes and improvements to the system. When reliable and accurate

# Department of Justice Tasks / Quarterly Update Report

data is available, the analysis will be completed, resulting in the reports called for in this item.

**2015 Q3 Update:**

# Department of Justice Tasks / Quarterly Update Report

**Task Description**                                                                 77

Chain of command reviews of After Action Reports

**Task Requirements:**  In consultation with the COCL, the Inspector shall audit the adequacy of chain of command reviews of After Action Reports using the following performance standards to ensure that all supervisors in the chain of command meet the specific requirements outlined in the Agreement.

See specifics outlined in the Agreement, #77.

**Status**  Complete - review ongoing

**Action Steps:**  1. Develop SOP for Inspector position that complies with requirements of this provision
2. Inspector will work with COCL to develop report format on sufficiency of supervisory reviews of force

**Task Date Completed:**        1/15/2013  ☐ **Received DOJ Approval?**  **Approval**

**Evidence of Completion:**  1. PSD SOP #6 (located in folder #70)

**Status Note:**

**2014 Q1 Update:**  Inspector performs this function as matter of course during review of force reports pending the appointment of the COCL.

**2014 Q2 Update:**  Absent a COCL, the Inspector continued to monitor the adequacy of the command reviews and found that "a" through "d" are consistently followed; there is an issue with "e" as noted in previous action item; and"f" and "g" have not occurred.

**2014 Q3 Update:**  Inspector has drafted a proposed methodology for conducting this audit but awaits consultation with the yet to be named COCL to finalize the process. Meanwhile, he continues to read and assess the adequacy of the command reviews from his perspective.

**2014 Q4 Update:**  The Inspector continued to await the guidance of the COCL to fulfill the requirements of this task. With the contracting of the COCL at the end of the quarter, it is anticipated that these discussions will commence in the next quarter.
In the meantime, the Inspector expanded the database he created for Item #75 to capture the 7 performance criteria outlined in this item. By doing so, one can obtain a more robust view of the event itself which will aid in determining where performance, policy or training improvemets need to occur.
These criteria generally can be audited from an objective compliance perspective in that they either did occurr or did not. However, some circumstances will require a subjective analysis to determine if failure to perform a task constituted a failure to meet performance criteria.

**2015 Q1 Update:**  The COCL intends to use this chain of command audit as a baseline to assess the Bureau but offered no guidance as to content prior to the completion of this first audit. Thus the Inspector utilized the methodology he had developed and will await critique. The audit was completed on May 14, 2015 and forwarded to the Chief of Police for review. The supporting material used in the audit is retained in the Inspector's office for review as needed. The audit itself is supporting documentation of the Bureau's compliance with Item 75.

**2015 Q2 Update:**  During this reporting period the Inspector met with the COCL team and received feedback from them regarding the audit completed under this Action Item in the previous quarter. Later, on July 16, 2015, the COCL team provided their initial input on the methodology to be used to determine compliance with Item 77. The Inspector and COCL are now collaborating on the development of the methodology to be used to address the questions posed in Item 77. When complete, an audit will be conducted and a report issued.
As with the previous audit items, some questions can only be answered when there is an accurate and reliable dataset. Some of this data comes from RegJIN, the new records management system which is totally different from the previous PPDS and is experiencing implementation issues. Thus the data is not yet ready to be analyzed.

**2015 Q3 Update:**

---

**Friday, August 14, 2015**

# Department of Justice Tasks / Quarterly Update Report

**Task Description**                                                    79

Annual Training Plan Assessment

**Task Requirements:**   The Training Division will review and update PPB's training plan annually. To inform these revisions, the Training Division shall conduct a needs assessment and modify this assessment annually, taking into consideration all of the requirements of the Agreement. See specific requirements outlined in the Agreement, #79.

**Status**   Actively in Process

**Action Steps:**   1. Training Division is currently developing an annual Needs Assessment Process that incorporates the 11 components required by the Agreement
2.Training Division will work with divisions bureau-wide to develop draft needs assessment.
3. Training Division will vet draft needs assessment to ensure compliance with Agreement.
4. Training Division will conduct employee survey to obtain input from officers.

**Task Date Completed:**          ☐ **Received DOJ Approval?**   **Approval**

**Evidence of Completion:**   1. Draft needs assessment process outline.

**Status Note:**

**2014 Q1 Update:**   Training Division finalized the "needs assessment" tool which will be utilized to craft the Training Plan for 2015.  The Division is already gathering input from those who went through In-Service in this quarter as well as from observers.

**2014 Q2 Update:**   Training analyst continued to survey stakeholders with "tool" to determine future training needs of PPB

**2014 Q3 Update:**   The training analyst aggregated info re: hazard trends from an online survey which was reviewed to determine which concerns had Training implications; analyzed officer safety issues from FPDR; received reports form PSD re: problematic uses of force and gathered IA cases for review; and began analyzing in-service  surveys and feedback from instructors as well community input through the TAC.  Training also considered latest research on perishability of law enforcement skills and relevant changes in state or federal law and PPB policy.

**2014 Q4 Update:**   During this quarter, the Training Division continued to collect, analyze and review data pertaining to the needs assessment. The Training Division, Professional Standards Division, and Strategic Services Division implemented new data collection processes in order to better examine trends in problematic uses of force and concerns reflected in court decisions. The Training Division completed a draft of the 2014 Needs Assessment Report. This report is currently in its final stages of review.

**2015 Q1 Update:**   During this time frame, the review process for the 2014 Annual Training Needs Assessment Report was completed and the report was finalized. The Training Division collected data and information pertaining to officer safety issues, changes in Oregon and Federal law, changes in the PPB policy, Police Vehicle Operations, Problematic Uses of force, research reflecting best practices, the latest in law enforcement trends, and input from the community, for the 2015 needs assessment. In addition, contacts were made to additional parties involved in providing information for the 2015 needs assessment.

**2015 Q2 Update:**   In the second quarter, the Training Division collected data and information pertaining to the following sections of the 2015 needs assessment: analysis of officer safety issues; changes in PPB policy; the DOJ agreement; individual precinct needs; police vehicle operations; defensive tactics, patrol tactics and electronic control weapon; problematic uses of force; trends in hazards officers encounter; research on best practices and latest in trends; and input from the community.
In addition, during this time, several sections of the needs assessment were actually drafted and vetted by Training Division staff and others.

**2015 Q3 Update:**

# Department of Justice Tasks / Quarterly Update Report

**Task Description**                                                                80

Process for collection, analysis,  and review of training data

**Task Requirements:**    Per DOJ - PPB shall develop and implement a process that provides for the collection, analysis, and review of data regarding the effectiveness of training for the purpose of improving future instruction, course quality, and curriculum. These evaluations shall measure and document student satisfaction with the training received; student learning as a result of training; and the extent to which program graduates are applying the knowledge and skills acquired in training to their jobs. This audit shall be reported to the Training Division Manager and shall include student evaluations of the program and the instructor.

**Status**    Actively in Process

**Action Steps:**    1. Training Division will utilize an evaluation process developed by Dr. Kirkpatrick to plan and develop training evaluation process.
2. Pilot training evaluation (through survey) with ECIT training evaluation.
3. Training Division is vetting a list of core competencies for new recruit training.
4. Training Division will develop an evaluation plan around training for new recruits.
5. Training Division will use the Federal Law Enforcement Training Center (FLETC) scoring model for some scenario based training.
6. Training will prioritize evaluation of the trainings that are specifically required or relevant to this Agreement.

**Task Date Completed:**                    ☐ **Received DOJ Approval?**    **Approval**

**Evidence of Completion:**    1. Draft process for evaluating the effectiveness of training. 10/8/13
2. ECIT training survey
3. Training Development Analyst position announcement
4. Training Development Analyst (TDA) description

**Status Note:**

**2014 Q1 Update:**    Training analyst has developed and implemented new survey and  process for measuring training's effectiveness.

**2014 Q2 Update:**    Training analyst utilized new survey in the course of the April 2014 ECIT training program.

**2014 Q3 Update:**    Training analyst met with BHU re: ECIT follow up survey and sent it out in September.  She also worked on Level 4 of the evaluation process re: organizational goals. For the 2014 In-Service, she began data analysis of the 2 surveys and discussed initial findings with training staff.  Finally, began designing the evaluation for the Advanced Academy which will commence in October, 2014.

**2014 Q4 Update:**    In this quarter, the Training Division continued to work on the Enhanced Crisis Intervention Team (ECIT) and 2014 In-service training evaluations, and began developing and implementing an evaluation process for the 2014 Supervisors EIS training. This work included:
•Collecting and preparing data for the 2014 ECIT training program evaluation report.
•Developing a survey for those working in mental health facilities, regarding their experiences and observations of police services.
•Analysis of the 2014 In-service feedback survey and the integration of portions of this survey into the 2014 Needs Assessment.
•The development and implementation of training evaluation for the 2014 Supervisors EIS training.

**2015 Q1 Update:**    During this time frame, the Training Division worked on the 2014 Enhanced Crisis Intervention Team (ECIT) training evaluation report, the evaluation process for the 2014 Supervisors EIS training, and the Advanced Academy training program evaluation. This work included:
•Analyzing data pertaining to the 2014 ECIT training program evaluation report.
• Meeting with program coordinators and instructors of the ECIT training to obtain additional information on in-class learning assessments, feedback from the Behavioral Health Advisory Committee, and classroom observations.
• Preparing several sections of the 2014 ECIT training evaluation report.
• Continuing to work with the Professional Standards Division in the development of the EIS training evaluation process.
• Data analysis and reporting of survey data pertaining to the Advanced Academy training program evaluation.

---

**Friday, August 14, 2015**

# Department of Justice Tasks / Quarterly Update Report

**2015 Q2 Update:**   During this quarter, the Training Division completed the 2014 Enhanced Crisis Intervention Team (ECIT) training evaluation report and began the process of evaluating the 2015 In-service training. This work included:
•Analyzing data pertaining to the 2014 ECIT training proram evaluation report.
•Finalizing the 2014 ECIT Training Evaluation Report.
•Developing and distributing the 2015 In-service feedback surveys.

**2015 Q3 Update:**

---

**Task Description**                                                                 81(b)

Semi-annual review of officer training records

**Task Requirements:**   Each officer's immediate supervisor shall review the database for the officers under his/her command at least semi-annually.

**Status**   Actively in Process

**Action Steps:**   1. Training will ensure data is available to supervisors.
2. Chief's Office will update DIR 120.00 for Semi-annual inspections by Sergeants to include the requirement to check training records.
3. Sergeants will document the review of training records in semi-annual evaulations of their subordinates.

**Task Date Completed:**                    ☐ **Received DOJ Approval?**   **Approval**

**Evidence of Completion:**   1. Draft Directive 120.00
2. Semi-annual report on training delivered (located in folder #82)

**Status Note:**

**2014 Q1 Update:**   Semi-annual inspection by supervisors was completed by January 15, 2014.

**2014 Q2 Update:**   Supervisor review of training database not due this quarter

**2014 Q3 Update:**   Directive 120.00 with its revision to require all supervisors to review their members' training record as part of the mandated semi-annual inspection was posted for the 30 day public comment period.  It is now in Executive reconciliation phase.
The semi-annual reviews were completed by mid-July. The training requirement was added to the electronic form so that info was included even though revised Directive not yet enacted.

**2014 Q4 Update:**   Directive 120.00 was enacted on December 4, 2014.  The mandatory supervisor review of training database was not due this quarter.

**2015 Q1 Update:**   All  of the semi-annual inspections by supervisors were submitted to the Chief's office by February 5, 2015.  The form includes acknowledgement of the training records review requirement.

**2015 Q2 Update:**   The semi-annual review of training records was not due this quarter.

**2015 Q3 Update:**

**Friday, August 14, 2015**

# Department of Justice Tasks / Quarterly Update Report

**Task Description**                                                      81(a)

Record administration of Training Division records

**Task Requirements:**   PPB will ensure that the Training Division is electronically tracking, maintaining, and reporting complete and accurate records of current curricula, lesson plans, training delivered, attendance records, and other training materials in a central, commonly-accessible, and organized file system.

NOTE:  The following requirement also noted in #81 is assigned to the Compliance Coordinator: Each officer's immediate supervisor shall review the database for the officers under his/her command at least semi-annually.

**Status**   Actively in Process

**Action Steps:**   1. Training will identify how Skills Manager Software maintains training records for all PPB employees
2. Training will have policy that mandates lesson plan development and retention for all training delivered by the Training Division
3. Training will establish access for supervisors to training record to ensure supervisors can fulfill their duties per the requirements of this provision

**Task Date Completed:**            ☐ **Received DOJ Approval?**   **Approval**

**Evidence of Completion:**   1. Course Attendance Summary Reports
2. Semi-annual report on training delivered (located in folder #82)

**Status Note:**

**2014 Q1 Update:**   Training Division tracked all required info in its current records management system while staff and TAC continue to explore new and better systems that may be implemented  in the future for more efficiency and effectiveness.

**2014 Q2 Update:**   Training Division tracked all required info in current system re: April 2014 ECIT training and the rest of the In-Service training sessions that ended in May.

**2014 Q3 Update:**   Training Division continued to track required information while preparing the requirements to be included in the RFP for a new, more robust records management system.  The development analyst completed the initial request for information and engaged with more than 15 vendors who provide that software and services.  He is now working with the City's Procurement specialist to draft and publish the Request for Written Proposals.  That should go out in October.

**2014 Q4 Update:**   Training Division tracked its required information in its current system while awaiting action on its need for a more comprehensive records/learning management system.  The RFP was completed and is ready for posting.  However, now city officials must approve the plan for a new system rather than utilizing the city's current installation of SAP (City Learner).

**2015 Q1 Update:**   In this quarter, the Training Division continued to await necessary City action to identify a Learning Management System (LMS) to replace our current system. In response to our draft Request for Proposal (RFP), the City's Bureau of Technology Services (BTS) conducted an assessment of existing systems within the City of Portland to determine if they could be configured to meet the unique needs of the Police Bureau. BTS has identified a system which it believes can be configured/customized to meet the needs of the Police Bureau. A technical demonstration of the system's capabilities is scheduled for May 2015.
In the interim, the Police Bureau's RFP has been placed on hold until the
technical demonstration has been completed.

**2015 Q2 Update:**   The Training Division, in partnership with the Bureau of Technology Services, the Bureau of Human Resources, and Enterprise Business Solutions, is currently working through the City's approval process to issue a Request for Proposal for the selection of a new Learning Management System (LMS).  Our initial analysis of the current Learning Technologies within the City's infrastructure has identified that the current in-house solutions are not able to meet the unique needs of the Police Bureau.  We have finalized the Request for Proposal and are seeking final approval from the City's Executive Steering Committee of our current LMS technologies to solicit an outside vendor through the procurement process.

**2015 Q3 Update:**

**Friday, August 14, 2015**

# Department of Justice Tasks / Quarterly Update Report

**Task Description**                                                             82

Semi-annual reporting of training to AC and DOJ

**Task Requirements:**   PPB shall report training delivered and received semi-annually to the Assistant Chief of Operations and, during the pendency
of the Agreement, to DOJ.

**Status**   Complete - review ongoing

**Action Steps:**   1. Training will gather appropriate data on course attendance, training provided, and other relevant information
2. Training will provide such data in a report to CHO and DOJ semi annually
3. Training will establish SOP to ensure ongoing reporting is an established protocol for the Division

**Task Date Completed:**        10/18/2013  ☐ **Received DOJ Approval?**   **Approval**

**Evidence of Completion:**  1. Demonstration of Skills Manager as point of access for training records for all employees (upon request)
2. First semi annual report to CHO and DOJ on training delivered and received, demonstrated through Course Attendance
Reports.
3. Draft new Training SOP 1-20 Semi-Annual Reporting of Training Given and Received

**Status Note:**
**2014 Q1 Update:**
**2014 Q2 Update:**   Training Division submitted required semi-annual report to the Assistant Chief and Compliance team forwarded it to DOJ.
**2014 Q3 Update:**   This report was not due this quarter.
**2014 Q4 Update:**   Training Division submitted required semi-annual report to the Assistant Chief which will be forwarded to DOJ with this report.
**2015 Q1 Update:**   This report was not due this quarter.
**2015 Q2 Update:**   The Training Division provided the required semi-annual report to the Assistant Chief.  It will be forwarded to DOJ with this report.
**2015 Q3 Update:**

# Department of Justice Tasks / Quarterly Update Report

**Task Description**                                                                     83

Training officer selection and requirements

**Task Requirements:**   PPB shall institute guidelines to govern its selection of officers that serve as trainers and shall ensure that those officers do not have a history of using excessive force. The trainer selection guidelines shall prohibit the selection of officers who have been subject to disciplinary action based upon the use of force or mistreatment of people with mental illness within the three (3) preceding years, or twice in the preceding five (5) years, and will take into account if a civil judgment has been rendered against the City in the last five (5) years based on the officer's use of force.

**Status**   Complete - pending external review

**Action Steps:**   1. Training will revise SOP concerning Trainer Selection to include stipulations in this provision of the agreement.

**Task Date Completed:**      6/12/2013    ☐ **Received DOJ Approval?**    **Approval**

**Evidence of Completion:**   1. Training Division SOP 1-19

**Status Note:**

**2014 Q1 Update:**   SOP 1-19 effective January 1, 2014 includes the prohibitions outlined in the Agreement.

**2014 Q2 Update:**

**2014 Q3 Update:**   Relevant SOP still in effect and being adhered to when selecting trainers.

**2014 Q4 Update:**   SOP 1-19 still in effect and is adhered to when selecting trainers.

**2015 Q1 Update:**   SOP 1-19 remains in effect and is followed when selecting trainers.

**2015 Q2 Update:**   SOP 1-19 is still in effect and is adhered to when selecting new trainers.

**2015 Q3 Update:**

# Department of Justice Tasks / Quarterly Update Report

---

**Task Description**                                                                 84(a)

Officer In-Service Training on DOJ Agreement

**Task Requirements:**   All training that PPB provides shall conform to PPB's current policies at the time of training.  PPB shall train all officers on the Agreement's requirements during the next in-service training scheduled.

See specific requirements for officer training outlined in the Agreement, #84.

**Status**   Complete - review ongoing

**Action Steps:**   1. Training will incorporate the provisions of the Agreement into its 2013 In Service training.
2. Training will incorporate Agreement provisions and resulting policies or protocols into its annual needs assessment analysis, which informs future trainings.

**Task Date Completed:**        2/22/2013   ☑ **Received DOJ Approval?**   Approval

**Evidence of Completion:**   1. 2013 In Service Lesson Plans and in-service overview

**Status Note:**

**2014 Q1 Update:**   Start of 2014 In-Service training conformed to current PPB policies at the time and included more scenario-based training re: persons with mental illness, discussion re: de-escalation techniques and problem-solving skills.

**2014 Q2 Update:**   Training Division completed the 2014 In-Service for all PPB in May which conformed to current PPB policies and included more scenario-based training re: persons with mental illness, discussion re: de-escalation techniques and problem-solving skills.

**2014 Q3 Update:**   No In-Service or DOJ related training conducted this quarter.

**2014 Q4 Update:**   No In-Service training provided this quarter. However, EIS training was conducted for all supervisors throughout the month of November.  The day-long  session also included updated training on the revised Directive 940 and Performance Evaluations, all of which are DOJ-related.

**2015 Q1 Update:**   For all intents and purposes, no In-Service training conducted this quarter as the 2015 session began on March 30 and will continue through the next quarter.

**2015 Q2 Update:**   The first half of the 2015 In-service training took place from March 30 through May 21.  It included a DOJ update session.

**2015 Q3 Update:**

---

# Department of Justice Tasks / Quarterly Update Report

**Task Description**                                                                                    84(b)

Supervisors' Training

**Task Requirements:**    With respect to supervisors, provide additional training on how to:
    1. Conduct use of force investigations … ;
    2. Evaluate officer performance as part of PPB's annual performance evaluation system; and,
    3. Foster positive career development and impose appropriate disciplinary sanctions and non-disciplinary corrective action.

**Status**    Actively in Process

**Action Steps:**    1. Develop protocols and policies related to supervisory responsibilities identified in action item
    2. Develop supervisor In Service training material to teach new responsibilities to supervisors
    3. Schedule and deliver supervisor In Service training
    4. Incorporate materials from supervisory In Service training into sergeants academy training

**Task Date Completed:**    ☐ **Received DOJ Approval?**    **Approval**

**Evidence of Completion:**    1. Directive 1010.00 - Use of Force (located in folder #66-67)
    2. Supervisor Investigation Checklist (located in folder #72)

**Status Note:**

**2014 Q1 Update:**    Supervisors' January 2014 In-Service curriculum included training on force investigations and reports and the discipline guide.

**2014 Q2 Update:**

**2014 Q3 Update:**    Inspector and EIS Lieutenant initiated work on a training lesson plan related to 940s and use of EIS for all supervisors to be conducted throughout the month of November.  Executive Officer for Services branch will train on the new annual performance evaluation system as part of that same training program.

**2014 Q4 Update:**    Almost all supervisors received the updated training on 940s, use of the EIS system and the new annual performance evaluation system in sessions scheduled through the month of November.  A make-up session for those few who could not attend in November is scheduled for February 16, 2015.

**2015 Q1 Update:**    The make-up session for the November trainings on EIS, 940s and the performance evaluation system did take place on February 16, 2015.

**2015 Q2 Update:**    There was no solely "Supervisor" training held this quarter but In-Service was conducted throughout this time period which all sworn members are required to attend.

**2015 Q3 Update:**

**Friday, August 14, 2015**

# Department of Justice Tasks / Quarterly Update Report

**Task Description**                                                                85

Audit of training program for Agreement standards requirements

**Task Requirements:**    In consultation with the COCL, the Inspector will audit the training program to ensure that PPB meets specific standards as required in the Agreement.

See specifics outlined in the Agreement, #85.

**Status**    Actively in Process

**Action Steps:**    1. PSD will establish Inspector position with SOPs responding to the requirements of this provision
2. Inspector will conduct analysis in consultation with Training Division

**Task Date Completed:**                        ☐ **Received DOJ Approval?**    **Approval**

**Evidence of Completion:**    1. PSD SOP #6 (located in folder #70)

**Status Note:**

**2014 Q1 Update:**

**2014 Q2 Update:**    Inspector awaiting the appointment of COCL to calendar the annual audit of the 7 enumerated performance criteria.

**2014 Q3 Update:**    The Inspector continues to await the appointment of the COCL to conduct this audit of the Training program.

**2014 Q4 Update:**    The Inspector continued to wait for the COCL to be named to conduct this audit as COCL's consultation is required to do so.
In the meantime, to aid in satisfying compliance with some of these standards, the Inspector provided the Training Division with force investigations where, in the chain of cmmand review, areas of concern over training, performance or policy were identified. These investigations are tracked and part of the audit will focus on how these cases are incorporated into future training.
The Inspector also worked with the Training Division Captain to develop the role of the Use of Force Sergeant within the Training Division as both a liaison to the Inspector and a subject matter expert on force.

**2015 Q1 Update:**    This requires the Inspector, in consultation with the COCL, to complete an audit of the Bureau's training program using the performance measures specified in the Settlement Agreement. The Inspector completed this audit without input from the COCL in an effort to provide a baseline audit. The audit was completed on May 14, 2015 and forwarded to the Chief of Police for review. The audit report itself serves as supporting documentation of the Bureau's compliance with this item. Additional items from the Training Division support our assertion of substantial compliance as well.

**2015 Q2 Update:**    The Inspector spoke to the COCL about the role of the Inspector in evaluating the Training Program. The Agreement calls for the Inspector to audit the program to determine if Training has completed certain tasks, such as a yearly needs assessment but it does not call for the Inspector to evaluate the effectiveness of the program as the COCL suggests. While the Inspector may have insight as to the effectiveness of certain aspects of the program such as force investigations, any qualitative analysis would need significant input from the COCL to be meaningful.

**2015 Q3 Update:**

---

**Friday, August 14, 2015**

# Department of Justice Tasks / Quarterly Update Report

**Task Description** 85(g)

Thirty day advance notice to members of policy changes

**Task Requirements:** The Inspector will audit the training program to ensure that sworn PPB members are provided a copy of all PPB directives and policies issued pursuant to the Agreement, and sign a statement acknowledging that they have received, read, and had an opportunity to ask questions about the directives and/or policies, within 30 days of the release of the policy.

**Status** Actively in Process

**Action Steps:** 1. PPB will identify how to monitor review of Agreement and resulting policies and confirmation of understanding by PPB personnel.
2. PPB will ensure timely fulfillment of this expectation by all PPB personnel.
3. Inspector will audit PPB tracking of this requirement to ensure compliance.

**Task Date Completed:** ☐ **Received DOJ Approval?** **Approval**

**Evidence of Completion:** 1. Inspector SOP #5

**Status Note:**

**2014 Q1 Update:** Directive process implemented wherein all PPB are notified electronically of issuance of new and revised policies and electronic process in place for officers to acknowledge receipt and understanding of contents.

**2014 Q2 Update:** The acknowledgment process was utilized for the first time with enactment of Dir. 010.00 and will be followed from hereon in.

**2014 Q3 Update:** Strategic Services Division and Communications staff are responsible for overseeing this electronic process. The Compliance team receives a report at the end of the 30 day acknowledgment period of those in the Bureau who have not fulfilled this mandate and an explanation thereafter by supervisors of the reason for the non-compliance. Inspector was provided with reports on the Bureau's compliance with this requirement on each of the Directives that were enacted during this quarter. The results will be available for the audit that will be performed after COCL is named.

**2014 Q4 Update:** The electronic process for notice and acknowledgment is fully operationalized at this point and a system in place for supervisors to address any failure to comply. A report is received from Communications office which is available to the Inspector when he is ready to proceed with the audit of this standard. It is anticipated that now that the COCL has been appointed, work on all the auditing function will begin next quarter.

**2015 Q1 Update:** The electronic notice and acknowledgment process was utilized for the 9 directives that were enacted this quarter. The Communications staff provided the compliance report to the DOJ team which indicated that 97.5% of employees acknowledged the policies within that 30 day window.

**2015 Q2 Update:** The electronic notice and acknowledgment process continues to be used to assure officers' knowledge of new directives. This quarter nine directives were enacted. The compliance report for this process indicated that 97.75% of employees acknowledged the required policies within the 30 day time frame. Of the 2.25% outstanding , most of those individuals were on leaves of various types (FMLA; military) and thus were excused until return to duty.

**2015 Q3 Update:**

# Department of Justice Tasks / Quarterly Update Report

**Task Description**                                                                                  86

Inspector presents use of force patterns and trends to Training Division, Chief, TAC.

**Task Requirements:**   In consultation with the COCL, the Inspector shall gather and present data and analysis on a quarterly basis regarding patterns and trends in officers' uses of force to the Chief, the PPB Training Division, and to the Training Advisory Council. The Training Division and Training Advisory Council shall make written recommendations to the Chief regarding proposed changes in policy , training, and/or evaluations based on the data prsented. The Inspector shall also, in coordination with the COCL and PSD, identify problematic use of force patterns and training deficiencies. The Chief's Office shall assess all use of force patterns idenftified by the Training Division and/or Training Advisory Council and timely implement necessary remedial training to address deficiencies so identified.

**Status**   Complete - review ongoing

**Action Steps:**   1. PSD will develop SOP for Investigator position including details for review and tracking of use of force
2. Inspector will present quarterly analysis of force data and trends to various stakeholders and decision makers
3. Training Advisory Council will establish subcommittee to review use of force data and trends
4. Inspector will report on problematic use of force patters and training deficiencies

**Task Date Completed:**        11/5/2013   ☐ **Received DOJ Approval?**   **Approval**

**Evidence of Completion:**  1. PSD SOP #6 (located in folder #70)
2. Quarterly Force Reports (located in folder #74)
3. Training Advisory Council Task Force one-pager
4. Emails from Lt. Jim Dakin

**Status Note:**
**2014 Q1 Update:**

**2014 Q2 Update:**   The Inspector made a presentation to the TAC's quarterly meeting re: force data.

**2014 Q3 Update:**   While awaiting the appointment of the COCL, the Inspector did provide force data on the last quarter to the Training Division and the TAC subcommittee in person as well as to the general membership through email since it did not hold a regular quarterly TAC meeting due to the opening reception of the new Training Center.
The Inspector forwarded any After Action that raised question of problematic use of force or training deficiencies to the Training Captain and Lieutenant.

**2014 Q4 Update:**   The Inspector continues to await consultation with the COCL before he identifies and reports on problematic use of force patterns and training deficiencies. The COCL has now been selected and a day-long meeting has been set for the third week in January.  It is expected that action on this will begin next quarter after the Inspector has the opportunity to bring the COCL up to speed on his work thus far.

**2015 Q1 Update:**   The TAC's quarterly meeting occurred one week prior to the completion of this audit report so it will be presented at a future meeting.  As with prior quarterly reports, upon approval by the Chief of Police, the trend analysis included in this audit report will be forwarded electronically to the Training Division Captain for distribution to the members of the TAC.

**2015 Q2 Update:**   The second quarter 2015 data is not complete so no reports have been authored. When the dataset is reliable and accurate, the analysis will begin and reports will be written according to the requirements of Item 86.  They will then be forwarded to memebers of the TAC as is the practice.
The new Records Management System (RMS) has delayed reporting as the Bureau works through issues relating to data collection. The Inspector's Office is working with Records and the RegJIN team to address the issues as quickly as possible.

**2015 Q3 Update:**

# Department of Justice Tasks / Quarterly Update Report

**Task Description**                                              86

Inspector presents use of force patterns and trends to Training Division

**Task Requirements:**     In consultation with the COCL, the Inspector shall gather and present data and analysis on a quarterly basis regarding patterns and trends in officers' uses of force to the Chief, the PPB Training Division, and to the Training Advisory Council. The Training Division and Training Advisory Council shall make written recommendations to the Chief regarding proposed changes in policy, training, and/or evaluations based on the data presented.

**Status**     Actively in Process

**Action Steps:**

**Task Date Completed:**            ☐ **Received DOJ Approval?**    **Approval**

**Evidence of Completion:**

**Status Note:**

**2014 Q1 Update:**

**2014 Q2 Update:**     Inspector presented annual report to TAC at April quarterly meeting. Introduced new Inspector to the group.

**2014 Q3 Update:**     TAC did not hold its usual quarterly meeting as it attended the Grand Opening of the new Training Center as a group with other advisory groups. The Inspector did send the previous quarter's force report to the Training Division Captain who emailed it to TAC members.

**2014 Q4 Update:**     The TAC met on November 6, 2014.  The Inspector gave a Powerpoint presentation to the group regarding his role and responsibilities as well as a summary of force issues.  The Inspector also attends the TAC's subcommittee on use of force as often as his schedule allows.
The 3rd quarter force reports were provided to the Training Division and posted to the Bureau website on December 11, 2014. They were forwarded by the Training Division to the TAC on December 18, 2014. Upon review, this system seemed inefficient so the Inspector requested and received direct access to TAC email list so this information can be sent directly.
The Inspector continues to work closely with the Training Captain so that the office of Inspector can become a resource for the TAC as intended.

**2015 Q1 Update:**     This item requires the force trend analysis be presented to the Training Advisory Council (TAC). The TAC's quarterly meeting occurred one week prior to the completion of this audit report so will be presented at a future meeting.  As with prior quarterly reports, upon approval by the Chief of Police, the trend analysis included in this audit report will be forwarded electronically to the Training Division Captain for distribution to the members of the TAC.

**2015 Q2 Update:**     The 2015 second quarter data is not complete so no reports have been authored.  This is due to delays resulting from RegJIN implementation. When the dataset is reliable and accurate, the analysis will be conducted and reports will be written according to this requirement.
RegJIN, the new Records Management System (RMS), has delayed reporting as the Bureau works through issues relating to data collection. The Inspector's Office is working with Records and the RegJIN team to address the issues as quickly as possible.

**2015 Q3 Update:**

# Department of Justice Tasks / Quarterly Update Report

---

**Task Description**                                                                87

Open Public Training Advisory Council Meetings

**Task Requirements:**   Training Advisory Council meeting will be open to the public unless the matter under discussion is confidential or raises public safety concerns, as determined by the Chief.

**Status**   Completed - Closed

**Action Steps:**   1. Training will inform Training Advisory Council that their meetings will be open to the public
2. Training will advertise TAC meeting times and locations on the PPB website so that interested community members can attend

**Task Date Completed:**        2/17/2013   ☐ **Received DOJ Approval?**   **Approval**

**Evidence of Completion:**  1. TAC meetings published in advance online (available online)
2. TAC Quarterly meeting schedule

**Status Note:**

**2014 Q1 Update:**   TAC held public meeting on Feb. 20, 2014

**2014 Q2 Update:**   TAC held public quarterly meeting on May 1, 2014

**2014 Q3 Update:**   TAC substituted attendance at the Grand opening of the new Training Center for its quarterly meeting in September.

**2014 Q4 Update:**   TAC held a public meeting on November 6, 2014.

**2015 Q1 Update:**   TAC held its quarterly meeting on February 5, 2015.  Training staff gave a presentation on the 2014 Needs Assessment and overviews on both the 2015 In-Service Overview and Tourniquet/Tactical Emergency Casualty Care that will be covered. The members established 2 new task forces--one on membership for application review and the other on scenario review.

**2015 Q2 Update:**   The TAC did not hold a meeting during this quarter as it was set for July 8, 2015.

**2015 Q3 Update:**

---

**Friday, August 14, 2015**

# Department of Justice Tasks / Quarterly Update Report

**Task Description**                                                                89

Establishment of Drop-off centers

**Task Requirements:**   Per DOJ - The United States expects that the local CCOs will establish, by mid-2013, one or more drop-off center(s) for first responders and public walk-in centers for individuals with addictions and/or behavioral health service needs. All such drop off/walk in centers should focus care plans on appropriate discharge and community based treatment options, including assertive community treatment teams, rather than unnecessary hospitalization.

**Status**   Actively in Process

**Action Steps:**   1. PPB representatives will seek participatory roles on local Coordinated Care Organization committees
2. PPB's Compliance team will convene meeting of stakeholders to reinitiate discussions of a scure drop-off center

**Task Date Completed:**        ☐ **Received DOJ Approval?**   **Approval**

**Evidence of Completion:**

**Status Note:**

**2014 Q1 Update:**   DOJ Compliance team has initiated conversations with the various stakeholders necessary to the creation of such a facility including representatives from the State, county and CCOs

**2014 Q2 Update:**   Compliance team convened the first meeting of state, county and CCO representatives on May 16, 2014 and the second was held on June 13, 2014.  The first introduced the issue and identified needs of PPB and others.  Discussed old CTC and current use of CATC.  Desired data points id'd for next meeting.  At the second, Multnomah County provided crisis system overview and the group discussed the data analysis.

**2014 Q3 Update:**   Stakeholders' group continued to meet on a regular basis. The July  and August meetings focused on the effects of the current system on the involved parties as well as possible alternatives that are being explored by members of the group including  Alameda County, Calif and Bexar County, Texas.  Also discussed state hospital flow and waitlist issues.

**2014 Q4 Update:**   The stakeholders' group met in October and November. In October, the members heard an update on the DOJ as well as the State's recent efforts to enhance the crisis respite system.  The bulk of the meeting, however, was spent on a report of the local hospitals' efforts to pursue the "Alameda model" for Portland.  That included contact with the State re: licensure issues that require OAR revision as well as Medicaid billing code issues; renovation of Holladay Park for this purpose; initiation of conversations with CCOs re: payment; discussions among hospitals to develop a MOU; and need for all the pieces to fit in order for this to become a reality.  They reported slow movement in all these arenas while acknowledging the complexity of the issues that are faced when taking on such an endeavor.
The group met again in November and were joined by Mayor Hales who received an extensive updated briefing on the status of the project by Legacy officials.  He expressed the City's complete support of this venture.
The members decided to set their next meeting for January to afford more time to make headway on the hurdles currently being addressed by the State and various partners and report back.

**2015 Q1 Update:**   The stakeholders met in January to get the latest word on the progress being made on the various fronts.  The State is still working with CCOs on the "rate" to be paid for the PES service.  Representatives indicated that should be done by mid-February.  The licensing issue appears to be resolved as the PES will be considered a "satellite" of Legacy's hospital.

On February 5th the parties announced that a Letter of Intent had been signed by Adventist, Kaiser, Legacy and OHSU to open the Unity Center for Behavioral Health in late 2016 so the project will now move forward in earnest.
PPB maintained contact with the hospital coalition during the rest of the quarter.  The coalition created a number of workgroups for the myriad of topics that need to be addressed in this process.  PPB is participating on the Transportation task force charged with creating a system in which EMS replaces PPB as the transporter of those placed on a civil hold and all that entails, including protocols, training, payment, etc.  The group held its initial meeting on March 10th and is expected to meet monthly until the Center opens.

---

**Friday, August 14, 2015**

# Department of Justice Tasks / Quarterly Update Report

**2015 Q2 Update:**   The development of PES is proceeding with dispatch.  PPB's stakeholder meetings have been supplanted by those of the Unity group which is a good and natural progression.  PPB continues to actively participate in the Transportation subcommittee which is dealing with the myriad of legal, logistical and systemic issues that arise when determining how to transfer the "hold custody" from law enforcement to EMS or AMR.

**2015 Q3 Update:**

# Department of Justice Tasks / Quarterly Update Report

**Task Description**                                                        90

Creation of Mental Health-Focused Subcommittees

**Task Requirements:**   Per DOJ, the Community Care Organizations will immediately create addictions and mental health-focused subcommittee(s), which will include representatives from PPB's Addictions and Behavioral Health Unit (ABHU), the ABHU Advisory Board, Portland Fire and Rescue, Bureau of Emergency Communications (BOEC) and other City staff. These committees will pursue immediate and long-term improvements to the behavioral health care system.

See Agreement for list of specific required initial improvments, #90.

**Status**   Actively in Process

**Action Steps:**   1. BHU sworn leadership will participate on local Coordinated Care Organization subcommittees.

**Task Date Completed:**              ☐ **Received DOJ Approval?**   **Approval**

**Evidence of Completion:**   1. Meeting Notes from Health Share Oregon Meeting (10/18/13)
2. Emails from Deborah Friedman - Behavioral Health Director, Health Share Oregon (10/03/13 and 10/30/13)

**Status Note:**

**2014 Q1 Update:**   BHU staff attended various regularly scheduled subcommittee meetings this quarter.

**2014 Q2 Update:**   BHU staff attended various regularly scheduled subcommittee meetings this quarter.

**2014 Q3 Update:**   BHU staff attended Healthshare's Substance Use Disorders System of Care Steering committee and PCD's Public Safety subcommittee meetings.

**2014 Q4 Update:**   BHU staff continued to participate in various CCO subcommittees, including the Substance Use Disorders System Care Steering Committee and the Health Commons Learning Collaborative

**2015 Q1 Update:**   BHU personnel continued to represent the Police Bureau on the Health Share Substance Use Disorders System of Care Steering Committee. The purpose of the steering committee is to build consensus for a community-wide vision of a regional system of care for specialty substance use disorder services (i.e., those provided outside the primary care delivery system). The Steering Committee makes recommendations to the Transformation Oversight Committee regarding a service delivery and funding model that will support a fully developed continuum of substance use disorder treatment services in the community.

**2015 Q2 Update:**   Service Coordination Team (SCT) Program Manager Emily Rochon was hired in June. She will continue to be a representative on the BHU Advisory Committee.
Health Share of Oregon Community Advisory Council Mental Health and Addictions Sub-Committee's purpose was to empower/engage/represent communities and consumers to inform Health Share's Community Advisory Council of the mental health and addictions needs of Health Share members and ensure those needs are met. The Sub-Committee made recommendations for the Community Health Improvement Plan and has disbanded at this point.
SCT program continues its connections with ED diversion programs within OHSU, Good Samaritan, TriCounty 911, Legacy Emanuel, Family Care Health, Kaiser, and Multnomah County. SCT Program Manager attends the Legacy ED Community Outreach meeting, which includes members of the ED diversion programs. The next Community Outreach meeting is scheduled for 8/5/15.

**2015 Q3 Update:**

# Department of Justice Tasks / Quarterly Update Report

**Task Description**                                                                 91

Establishment of Addictions and Behavioral Health Unit (ABHU).

**Task Requirements:**   PPB shall develop an Addictions and Behavioral Health Unit (ABHU) within the PPB. PPB shall assign command-level personnel of at least the rank of Lieutenant to manage the ABHU. ABHU shall oversee and coordinate PPB's Crisis Intervention Team (C-I Team), Mobile Crisis Prevention Team (MCPT), and Service Coordination Team (SCT).

**Status**    Complete - pending external review

**Action Steps:**    1. Assign personnel to new Unit
2. Select and train MCU and ECIT officers
3. Hire additional mental health professionals

**Task Date Completed:**          5/31/2013    ☐ **Received DOJ Approval?**    **Approval**

**Evidence of Completion:** 1. Personnel Orders and position overviews for personnel assigned to the unit
2. BHU job postings for ECIT officers, MCU officers, BHU Sergeant, and CIT coordinator
3. BHU Org Chart
4. BHU Accomplishments from March, 2013
5. BHU Mission and Goals from May, 2013

**Status Note:**

**2014 Q1 Update:**  BHU in place.

**2014 Q2 Update:**  No changes in personnel this quarter.

**2014 Q3 Update:**  New officer selected and assigned to MCU #1-North Precinct

**2014 Q4 Update:**  During this quarter, BHU decided to refer to the MCPTs as the Behavioral Health Response Teams (BHRTs).  Officer Sean Christen, who was part of the BHU's Behavioral Response Team (BHRT/MCPT), transferred to the Service Coordination Team. Replacing Ofc. Christen on the BHRT is Officer Shaye Samora who met the DOJ-specified criteria.

**2015 Q1 Update:**  The BHU team gained an additional Sergeant this quarter.  Sgt. Chris Burley joined BHU in February, 2015.  The purpose was to expand the Unit's ability to participate in Threat Enhancement activities.

**2015 Q2 Update:**  During this quarter, the BHU hired a new SCT program manager, Emily Rochon, to replace Billy Kemmer.  The BHU continues to consist of a Lieutenant, two Sergeants, an SCT program manager, an SCT officer, a CIT coordinator, 3 BHRTs, and a Crime Analyst.

**2015 Q3 Update:**

# Department of Justice Tasks / Quarterly Update Report

**Task Description**                                                    92

ABHU manages data sharing and utilization

**Task Requirements:**  ABHU will manage the sharing and utilization of data that is subject to lawful disclosure between PPB and Multhomah County, or its successor. PPB will use such data to decrease law enforcement interactions or mitigate the potential uses of force in law enforcement interactions with consumers of mental health services.

**Status**   Actively in Process

**Action Steps:**   1. BHU will create a referral tool for PPB officers to refer individuals to BHU caseload
2. Hire BHU analyst to maintain, evaluate, and assess the referral tool
3. BHU Analyst will provide periodic analysis of database
4. BHU will conduct monthly assessments of referrals followed up on by the Mobile Crisis Unit and the resolution of their efforts
5. BHU will analyze Crisis Situation Reports
6. BHU will produce a monthly newsletter and distribute widely
7. BHU will create SOPs outlining the responsibilities of utilizing and sharing information generated from various databases and analyses
8. BHU will provide annual report, which includes analysis of this data

**Task Date Completed:**                    ☐ **Received DOJ Approval?**   **Approval**

**Evidence of Completion:**   1. Monthly newsletters
2. Crisis Situation Report analysis
3. Confidential analysis of BHU Electronic Referral System (BERS) and MCU caseload (on request)
4. DRAFT SOP 2-1 for BERS

**Status Note:**

**2014 Q1 Update:**   BHU conducts bi-monthly meetings with system partners to discuss mutual clients and associated data.

**2014 Q2 Update:**   BHU continues to hold bi-monthly meetings with its system partners to discuss clients of mutual concern as well as associated data.

**2014 Q3 Update:**   BHU held its Coordination Team meetings on a regular basis through the quarter to discuss new referrals and review followup clients.  MCU also met regularly to discuss clients' status and their needs.

**2014 Q4 Update:**   The BHU continued to meet every Wednesday to discuss the BHRT caseload during this quarter. These meetings serve as the platform for the BHU Coordination Team (BHUCT) meeting held every other Friday. The BHU facilitated 6 BHUCT meetings.

The BHU Sergeant and CIT Coordinator developed a training plan to participate in the Multnomah County Directors Designee Training to facilitate better interaction between mental health professionals directing civil custody and police transports.  The BHU participated in the first class on November 20, 2014.

**2015 Q1 Update:**   BHU staff held its regular weekly Wednesday meeting throughout this quarter to discuss the BHRT caseload. These served as basis for the BHU Coordination Team (BHUCT) meeting held every other Friday with its partners. The BHU facilitated 5 BHUCT meetings in this time period.

**2015 Q2 Update:**   The BHU continued to meet every Wednesday to discuss the BHRT caseload during this quarter.  These meetings serve as a platform for the BHU Coordination Team (BHUCT) meeting, held every other Friday. The BHU facilitated 5 BHUCT meetings in this time period.

The SCT continued to meet every Monday to manage referrals through coordination with Central City Concern, Volunteers of America, Department of Community Justice, District Attorneys, Portland Patrol, and Multnomah County Sheriff's Office.  SCT and partner agencies, Central City Concern and Volunteers of America, also met weekly to facilitate continuation of care for current SCT clients.

**2015 Q3 Update:**

**Friday, August 14, 2015**

# Department of Justice Tasks / Quarterly Update Report

**Task Description**                                                                                                    93

ABHU shall use data to develop response strategies and identify opportunities for improvement

**Task Requirements:**    ABHU shall track outcome data generated through the C-I Team, MCPT, and SCT, to: (a) develop new response strategies for repeat calls for service; (b) identify training needs; identify and propose solutions to systemic issues that impede PPB's ability to provide an appropriate response to a behavioral crisis event; and (c) identify officers' performance warranting commendation or correction.

**Status**    Actively in Process

**Action Steps:**    1. BHU will meet weekly to discuss caseloads, debrief contacts, and assess best practices
2. BHU will track analysis through meeting notes
3. The BHU sergeant and the CIT Coordinator will review all cases that are referred to the unit and enter, assign, and update each case in the BHU Electronic Referral System (BERS)
4. BHU CIT Coordinator will review the minutes from weekly meetings to pull relevant information for Training Division Needs Assessment development
5. BHU will pursue enhancements to PPB's data collection on officer interactions with inidividuals with behavioral health issues

**Task Date Completed:**    ☐ **Received DOJ Approval?**    **Approval**

**Evidence of Completion:**    1. BHU staff meeting notes, example provided, names redacted
2. Confidential analysis of MCU Active Caseload (upon request)

**Status Note:**

**2014 Q1 Update:**    BHU tracked outcome data for SCT, MCU and ECIT during the quarter.

**2014 Q2 Update:**    BHU tracked outcome data for SCT,  MCU and ECIT for the quarter.

**2014 Q3 Update:**    BHU tracked outcome data for SCT, MCU  and ECIT for the quarter. It is analyzing various data points to identify systemic issues that need to be addressed.

**2014 Q4 Update:**    BHU continued to track outcome data for its three focus areas.  It is exploring how to utilize the information in the most effective way.

**2015 Q1 Update:**    BHU maintained data on the activities of its three operations.

**2015 Q2 Update:**    BHU continued to collect and maintain data on its three arenas of operation. In addition, it developed and began tracking performance measures which will provide outcome data in time.   Those, in turn, will be used to identify new response strategies for repeat calls, training needs and possible solutions for systemic issues that hamper its work.

**2015 Q3 Update:**

---

**Friday, August 14, 2015**

# Department of Justice Tasks / Quarterly Update Report

**Task Description**                                                                94

Creation of Addictions and Behavioral Health Unit Advisory Committee

**Task Requirements:**   PPB shall establish an ABHU Advisory Committee. The ABHU Advisory Committee shall include representation from: PPB command leadership, CIT, MHCPU, and SCT; BOEC; civilian leadership of the City government; and shall seek to include representation from: the Multnomah County Sheriff's Office; Oregon State Department of Health and Human Services; advocacy groups for consumers of mental health services; mental health service providers; coordinated care organizations; and persons with lived experience with mental health services.

**Status**   Complete - pending external review

**Action Steps:**   1. BHU will invite appropriate representatives to participate on BHU Advisory Committee
2. Advisory Committee will establish charter
3. BHU will ensure agendas and minutes for advisory committee are tracked

**Task Date Completed:**        3/27/2013   ☐ **Received DOJ Approval?**   **Approval**

**Evidence of Completion:**   1. Roster of the committee
2. BHUAC agendas
3. Confidential BHUAC meeting minutes (upon request)
4. BHUAC Charter
5. Example meeting presentation from June, 2013

**Status Note:**

**2014 Q1 Update:**   BHUAC continued to meet regularly during the quarter. It reviewed relevant Directives for comment and advised on upcoming ECIT session to be held in April.

**2014 Q2 Update:**   BHUAC met each month of the quarter. The remaining required representative members were selected to join the Council.

**2014 Q3 Update:**   BHUAC met each month of the quarter. Members reviewed relevant Directives, Unit's SOPs and heard presentations on the various units within BHU including MCU and SCT.

**2014 Q4 Update:**   BHUAC met twice this quarter. There were no changes to the membership roster.

**2015 Q1 Update:**   BHUAC underwent significant membership changes this quarter. Dora Perry replaced Brendan Finn from City Government; Melanie Payne replaced Toni Sexton from BOEC; Deborah Frieman took a new position within Health Share of Oregon so stepped down from the committee due to time demands butare working on a replacement.
•Sgt. Chris Burley was added to the roster

**2015 Q2 Update:**   BHUAC again experienced a major change in membership as Cristina Nieves has taken Dora Perry's place as a representative of City Government; Maggie Bennington-Davis left Cascadia and was hired by Health Share of Oregon but she will continue to sit on the committee as a representative from Health Share of Oregon; Beth Epps, the Chief Clinical Officer for Cascadia, joined the committee to represent providers; and Emily Rochon, the new SCT Program Manager, replaced Billy Kemmer on the committee. Additionally, Annasper decided to step away from the committee to dedicate her time to the new Unity Center. Shannon Pullen and Lt. Tashia Hager are looking for another person with lived experience to replace her.

**2015 Q3 Update:**

# Department of Justice Tasks / Quarterly Update Report

**Task Description** 95

Role and reporting requirements of the ABHU Advisory Committee

**Task Requirements:** The ABHU Advisory Committee shall provide guidance to assist the City and PPB in the development and expansion of C-I Team, MCPT, SCT, BOEC Crisis Triage, and utilization of community-based mental health services. The ABHU Advisory Committee shall analyze and recommend appropriate changes to policies, procedures, and training methods regarding police contact with persons who may be mentally ill or experiencing a mental health crisis, with the goal of de-escalating the potential for violent encounters. The ABHU Advisory Committee shall report its recommendations to the ABHU Lieutenant, PPB Compliance Coordinator, COCL (as described in the Agreement), and the BOEC User Board.

**Status** Actively in Process

**Action Steps:** 1. BHUAC will provide guidance to assist in the expansion and training of the BHU
2. BHU will provide BHUAC with opportunity to attend ECIT training for exposure to training in action
3. BHU will provide BHUAC with all relevant data and documents related to the unit's makeup, training, BOEC Crisis Triage, and police officer utilization of and relationship with community-based mental health services and organizations.
4. The BHUAC will note any formal recommendations for training improvements for each meeting, if such recommendations do arise.

**Task Date Completed:** ☐ **Received DOJ Approval?** Approval

**Evidence of Completion:** 1. BHUAC Mission Statement and Agendas (located in folder #94)

**Status Note:**

**2014 Q1 Update:**

**2014 Q2 Update:** BHUAC continued to review policies, procedures and training methods of the PPB, including the ECIT training conducted in April. 2014.  It did not issue reports on its findings, as yet.

**2014 Q3 Update:** BHUAC filed monthly reports with the parties designated in the Agreement re: what topics it had covered at the meeting and what, if any, recommendations it had as a result of that review.

**2014 Q4 Update:** BHUAC met twice during the quarter.  It heard a presentation on the Multnomah County Crisis Line and made a site visit to the Bureau of Emergency Communications (BOEC) where 911 calls are received and dispatched to observe that system.  Members also reviewed the quarterly timelines and the BHUAC reporting requirements now that the agreement is in effect. It did not make any formal recommendations this quarter.

**2015 Q1 Update:** The Behavioral Health Unit Advisory Committee (BHUAC) met monthly during this quarter.  In January, the group officially welcomed Lieutenant Hager as head of the BHU and expressed appreciation to Lieutenant Bacigalupi for his groundbreaking work.They then debriefed the DRO public outreach event held in December and reviewed Directives 850.20 and 850.25. the DRO public outreach event held in December and reviewed Directives 850.20 and 850.25.
In February, aftrer approving minutes from 3 previous meetings, they heard a presentation on the proposed CIT Refresher Training scenarios by members of the Training Division.  They received updates on the Unit's new hires and then held a lengthy discussion on where the BHU should go from here---what are its priorities for the next 6 months and what are its responsibilities in regard to the DOJ settlement agreement?
Finally, in March they were introduced to the new BHU Sergeant;  had a followup discussion and vote on the CIT Refresher training and BHU Status Report for DOJ action item #96; and had a long discussion on the action items that specifically relate to the BHUAC.

**2015 Q2 Update:** The Behavioral Health Unit Advisory Committee (BHUAC) met 3 times during this quarter. Topics covered in those meetings included:
•Review of Directivs 850.20-.25
•Term limits for BHUAC Members
•Bylaws

**Friday, August 14, 2015**

# Department of Justice Tasks / Quarterly Update Report

•SCT Presentation
•Discussion on in-service CIT Refresher training topics
•Review of DOJ action items related to BHUAC
Recommendations on some of these items were forwarded to the designated parties in the settlement agreement.

**2015 Q3 Update:**

---

**Task Description**                                                                  96

ABHU Status Reports

**Task Requirements:**   The Addictions and Behavioral Health Unit Advisory Committee will provide status reports on the implementation of the ABHU and BOEC Crisis Triage, and identify recommendations for improvement, if necessary. PPB will utilize the ABHU Advisory Committee's recommendations in determining appropriate changes to systems, policies, and staffing.

**Status**   Actively in Process

**Action Steps:**   1. BHU analyst will work with BHUAC to draft outline of first BHU Annual Report
2. BHU will work with BHUAC to identify areas of success and opportunities for improvement
3. The BHU will meet with both internal and external stakeholders to discuss what is to be included in the Annual Report
4. BHU Advisory Committee will prepare an Annual Report

**Task Date Completed:**              ☐ **Received DOJ Approval?**   **Approval**

**Evidence of Completion:**

**Status Note:**

**2014 Q1 Update:**   BHUAC provided feedback and created report on its recommendations re: ECI training to be considered by BHU and Training in its development of curriculum for April 2014 training.  Also finalized annual report summarizing its 2013 activities .

**2014 Q2 Update:**   BHUAC submitted its comments on the proposed mental health Directives 850.20 and 850.25.  It began its review of the 2014 ECIT program as well as some of the BHU's SOPs.

**2014 Q3 Update:**   BHUAC documented its review and recommendations on the Unit's SOPs that were presented by staff.  It filed its reports on those actions with the designated parties for consideration.

**2014 Q4 Update:**   The BHUAC did not make any formal recommendations this quarter.

**2015 Q1 Update:**   The Behavioral Health Unit Advisory Committee (BHUAC) met 3 times during this quarter but did not make any formal recommendations.

**2015 Q2 Update:**   The Behavioral Health Unit Advisory Committee (BHUAC) met 3 times during the second quarter.
The BHUAC made the following formal recommendations:
- BHUAC supports the expansion of the Service Coordination Team's available resources to include six mental health beds and an increase in the array of outpatient services offered by the program.
- BHUAC further recommends to the Service Coordination Team that there be a preference to involve peers (people with lived mental health experience) in direct services, planning and management with an emphasis on training peers for management levels.
-BHUAC reviewed Mental Health directive 850.20 et seq and made formal recommendations on the wording and content (see supporting documents).
The BHUAC also submitted the status report that was required within 240 days of the signing of the agreement which is also included in the supporting documents.

**2015 Q3 Update:**

---

**Friday, August 14, 2015**

# Department of Justice Tasks / Quarterly Update Report

**Task Description**                                                                                       97

Officer Training on Crisis Intervention

**Task Requirements:**   PPB will continue to train all officers on Crisis Intervention.

**Status**   Complete - pending external review

**Action Steps:**    1. PPB will identify materials that demonstrate continued commitment to training all officers on Crisis Intervention as a core competency.

**Task Date Completed:**          10/2/2013   ☐ **Received DOJ Approval?**    **Approval**

**Evidence of Completion:**   1. 2012-2014 training materials (located in folder #98)

**Status Note:**

**2014 Q1 Update:**

**2014 Q2 Update:**   No Advanced Academy was held this quarter.

**2014 Q3 Update:**   No Advanced Academy was held this quarter.  Any new officers awaiting that training (which includes the rest of the CIT hours begun at DPSST) are not allowed to work the streets by themselves but must be with a coach.

**2014 Q4 Update:**   In October, BHU representatives, along with training division staff, observed DPSST's basic Crisis Intervention (C-I)Training classes and scenarios to assist the Training division in conducting a needs assessment to refocus PPB's basic C-I training on de-escalation, scenarios, and the elimination of redundancy with DPSST C-I training.

**2015 Q1 Update:**   PPB training division conducted basic Crisis Intervention training (CIT) during the PPB Advanced Academy, sponsoring a 40-hour basic CIT course for some PPB officers and Multnomah County Sheriff deputies and conducting a 4-hour basic CIT overview for the Metro Reserve Officer Academy.

**2015 Q2 Update:**   No Advanced Academy was held this quarter. Any new officer awaiting the next scheduled Academy where the CIT is conducted is not allowed to work the streets alone but must be with a coach.

**2015 Q3 Update:**

# Department of Justice Tasks / Quarterly Update Report

**Task Description**                                                  98

C-I Training Requirements

**Task Requirements:**  PPB agrees to continue to require a minimum of 40 hours of C-I training to all officers before officers are permitted to assume any independent patrol or call response duties. Additionally, PPB shall include C-I refresher training for all officers as an integral part of PPB's on-going annual officer training. PPB's Training Division, in consultation with ABHU Advisory Committee, shall determine the subjects and scope of initial and refresher C-I training for all officers.

**Status**    Actively in Process

**Action Steps:**      1. PPB will document requirements for CI training in advance of graduating the police academy
2. PPB will identify how Training Division has included Crisis Intervention refresher training to date
3. BHUAC will review current training curricula and will work with Training staff to identify opportunities for CI refresher training in the future

**Task Date Completed:**           ☐ **Received DOJ Approval?**   **Approval**

**Evidence of Completion:**  1. DPSST Training Outline
2. PPB Advanced Academy Training Outline
3. 2013 In-service Training Outline/Slides
4. 2013 In-service schedule

**Status Note:**

**2014 Q1 Update:**  No Advanced Academy conducted this quarter.  Any new officers awaiting that training (which includes the rest of the CIT hours begun at DPSST) are not allowed to work the streets by themselves but must be with a coach.

**2014 Q2 Update:**  No Advanced Academy scheduled this quarter.

**2014 Q3 Update:**  No Advanced Academy held this quarter.  Next one is scheduled from October 23, 2014 until February 5, 2015.  Training Division planning for inclusion of CIT Refresher course in 2015 In-Service.

**2014 Q4 Update:**  The BHU CIT Coordinator co-facilitated the PPB Advanced Academy Crisis Intervention Training on November 19, November 24, and December 3.  The BHU clinicians also provided support to Advanced Academy Crisis Intervention scenarios.

**2015 Q1 Update:**  During this quarter, the CIT Coordinator supported the PPB training division in conducting basic Crisis Intervention training (CIT) during the PPB Advanced Academy, sponsoring a 40-hour basic CIT course for some PPB officers and Multnomah County Sheriff deputies and conducting a 4-hour basic CIT overview for the Metro Reserve Officer Academy.

**2015 Q2 Update:**  In the second quarter, the CIT Coordinator supported the PPB training division in conducting crisis intervention training for 17 PPB Reserve officers and 3 Mentally Ill Offender Probation Officers on June 23, 24 and 27, 2015.  This training included an overview of the BHU and availability of ECIT officers as well as other community resources to assist on crisis calls.

**2015 Q3 Update:**

# Department of Justice Tasks / Quarterly Update Report

**Task Description**                                                                    99-100

Establishment of ECIT

**Task Requirements:**   PPB shall establish a Memphis Model Crisis Intervention team ("C-I Team") that shall be comprised of officers who volunteer for assignment. The number of C-I Team members will be driven by the demand for C-I Team services, with an initial goal of 60-80 volunteer, qualified officers.

*NOTE: PPB refers to "C-I Team" as "Enhanced Crisis Intervention Trained officers" (ECIT officers)

**Status**   Complete - pending external review

**Action Steps:**   1. BHU (with BHUAC) will develop PPB Enhanced Crisis Intervention Team (ECIT) positions and function
2. BHU will develop and present roll call video to PPB officers to educate them on the new ECIT program
3. BHU and Training Division will train volunteer members of the new ECIT
4. BHU will provide annual opportunities for ECIT training
5. BHUAC will advise on changes to ECIT training based on information and data reviewed and analyzed
6. PPB will establish annual 8-hour Crisis Intervention Training in-service for ECIT officers
7. BHU created an internal ECIT Advisory Committee

**Task Date Completed:**        5/31/2013  ☐ **Received DOJ Approval?**   **Approval**

**Evidence of Completion:**   1. ECIT Personnel Roster
2. ECIT Selection Process documentation (located in folder #101)
3. ECIT class roster for BHUAC attendees (located in folder #102)
4. 2013 ECIT Roll Call information
5. ECIT Advisory Council Meeting example Agenda and Minutes

**Status Note:**

**2014 Q1 Update:**   Applications accepted from volunteer officers for next training set for April 8 -11, 2014.

**2014 Q2 Update:**   Twenty-five officers participated in the ECIT program held April 8-11. Upon completion, there were 78 ECIT designated officers in the Bureau.

**2014 Q3 Update:**   ECIT Advisory committee held its quarterly meeting to discuss relevant issues.

**2014 Q4 Update:**   The ECIT Advisory committee did not meet this quarter. Due to the holidays in December, they scheduled the quarterly meeting for early January.

**2015 Q1 Update:**    No new ECIT officers were added this quarter.  The next annual ECIT course is scheduled for November 17-20, 2015.   It is anticipated that approximately 25 additional ECIT members will be trained at that time.
The BHU meets quarterly with the ECIT Advisory Council to determine effectiveness of the ECIT program, determine additional resources needed at the operational level, and identify additional training requirements and areas for improvement. An ECIT Advisory Council meeting was held on January 7, 2015 to discuss implementation of ECIT report templates to meet DOJ data collection requirements.  The next ECIT Advisory Council meeting is scheduled for April 29, 2015.

**2015 Q2 Update:**   No new ECIT officers were added this quarter.  The next annual ECIT course is still scheduled for November 17-20, 2015.
The BHU meets quarterly with the ECIT Advisory Council to determine effectiveness of the ECIT program, determine additional resources needed at the operational level, and identify additional training requirements and identify areas for improvement. An ECIT Advisory Council meeting was held on April 29, 2015 to discuss:
•ECIT Report Template
•Threat Advisory Team overview
•PPB Mental Health Directives update
•RegJIN transition and BERS Referrals to the BHU for follow up

**2015 Q3 Update:**

# Department of Justice Tasks / Quarterly Update Report

**Task Description**                                          101

ECIT member qualifications

**Task Requirements:**  No officers may participate in C-I Team if they have been subject to disciplinary action based upon use of force or mistreatment of people with mental illness within the three years preceding the start of C-I Team service, or during C-I Team service. PPB, with the advice of the ABHU Advisory Committee, shall define criteria for qualification, selection, and ongoing participation of officers in the C-I Team.

        *NOTE: PPB refers to "C-I Team" as "Enhanced Crisis Intervention Trained officers" (ECIT officers)

**Status**  Complete - pending external review

**Action Steps:**  1. BHU will perform background review of all volunteer ECIT officers, per the requirements of the agreement and other standing PPB requirements
2. PPB will document review in confidential BHU personnel files

**Task Date Completed:**  5/31/2013  ☐ **Received DOJ Approval?**  **Approval**

**Evidence of Completion:**  1. Vetting questions for ECIT applicants
2. ECIT vetting process overview
3. E-mails with Precinct Commands covering ECIT officer and Advisory Board selection
4. ECIT position vetting - Sgt. Recommendation forms
5. ECIT Officer posting, 10.15.12
6. PPB ECIT qualifying roster (confidential, available upon request)

**Status Note:**

**2014 Q1 Update:**  During this time period, BHU and Training staff engaged in the screening process utilizing this criteria for the next group of officers who volunteered to participate in ECIT training to be held in April.

**2014 Q2 Update:**  All of the officers who participated in the April training met the qualifications outlined in the Agreement.

**2014 Q3 Update:**  No changes were made to the qualifications this quarter nor were any additional officers trained for ECIT.

**2014 Q4 Update:**  The qualifications for participation in ECIT remain the same. There was no ECIT course offered this quarter so no screening of applications was necessary.

**2015 Q1 Update:**  The ECIT selection process will not start until Fall 2015. However, when it is initiated, these criteria will be applied. BHU Sergeant is working with IA to establish a protocol to be notified if an ECIT officer is subsequently the subject of disciplinary action based upon use of force or mistreatment of persons with mental illness.

**2015 Q2 Update:**  The BHU lieutenant coordinated with Professional Standards Division (PSD) to ensure the BHU receives notification on any ECIT member subject to disciplinary action based upon use of force or mistreatment of people with mental illness. This process will be documented in the PSD standard operating procedure (SOP) that is currently being written. The BHU lieutenant also receives all PPB After Action Reports that involve the use of force on persons with mental illness for review.

**2015 Q3 Update:**

**Friday, August 14, 2015**

# Department of Justice Tasks / Quarterly Update Report

---

**Task Description**                                                                102

Specially train ECIT members

**Task Requirements:**     PPB shall specially train each C-I Team member before such member may be utilized for C-I Team operations. PPB, with the advice of the ABHU Advisory Committee, shall develop such training for C-I Team members consistent with the Memphis Model.

*NOTE: PPB refers to "C-I Team" as "Enhanced Crisis Intervention Trained officers" (ECIT officers)

**Status**     Complete - pending external review

**Action Steps:**     1. BHUAC will develop training materials and course outline for ECIT Training with assistance from Training Division
2. Selected members of ECIT will participate in training
3. BHUAC members will attend ECIT training to provide assessment of training curriculum

**Task Date Completed:**          5/31/2013   ☐ **Received DOJ Approval?**   **Approval**

**Evidence of Completion:**  1. Relevant BHUAC agendas/minutes
2. BHUAC ECIT Training Attendance Roster
3. 2013 ECIT Training Plan
4. 2013 ECIT Lesson Plans and Power Points
5. Example ECIT Officer Certification memo

**Status Note:**

**2014 Q1 Update:**     After a thorough screening process, 25 PPB officers were selected to participate in the April 2014 training.

**2014 Q2 Update:**     The 25 selected went through the specialized 40 hour training in April.

**2014 Q3 Update:**     No ECIT was conducted this quarter.

**2014 Q4 Update:**     No ECIT was conducted this quarter.   However, The CIT Coordinator attended the following trainings in order to further develop Crisis Intervention training and the Enhanced Crisis Intervention Team program:
•October 8-9, Civil Commitment Training: Involuntary Commitment Proceedings, instructed by the Civil Commitment Coordinator at the Oregon Health Authority, Addictions & Mental Health Division.
•October 13-15, The International Crisis Intervention Training Conference in Monterey, California.
•October 30, The Children's Intellectual/Developmental Disability & Mental Health Collaboration Summit sponsored by Providence Medical Center.

**2015 Q1 Update:**     On August 19, 2014, the BHU Advisory Committee provided training recommendations to further develop the Enhanced Crisis Intervention Team (ECIT) training curriculum.  All training recommendations were reviewed and this quarter were implemented, as appropriate, into the planned 2015 ECIT course.
During this quarter, the CIT Coordinator also worked with PPB training specialists to review the 2014 ECIT training course evaluation and further develop learning assessment tools for the ECIT curriculum.

During the week of February 17-20, all ECIT officers were required to attend an ECIT briefing to discuss changes and developments in the ECIT program.  The primary changes included the requirement of an ECIT report for mental health crisis calls and the addition of access to a threat advisory resource in the BHU.  Previous methods of accounting for ECIT dispatched calls had lower results than expected.  In response, a new ECIT reporting process was implemented in February 2015. The ECIT report will be required every time an ECIT officer responds and utilizes one's crisis skills, regardless of the location or dispatch method of the call.
Additional local training and conferences were offered to all ECIT officers as noted in the ECIT update handout.  Attendance by ECIT members is dependent on their RU scheduling and funding availability.
This included an invitation to attend a conference on February 26th in Portland sponsored by the Oregon Psychiatric Association on the Criminal Justice system and Behavioral Health Issues.  The conference  focused on fostering local integration between

---

**Friday, August 14, 2015**

# Department of Justice Tasks / Quarterly Update Report

behavioral health and law enforcement.

**2015 Q2 Update:**    During this quarter, six (6) additional ECIT members were able to attend the two-day Applied Suicide Intervention Skills Training (ASIST) sponsored by Multnomah County Mental Health and Addiction Services.  Course dates were April 28-29, June 4-5 and June 25-26.

Additionally, BHU members had separate meetings with a member of the Global Health Center at OHSU and a peer support specialist from Urban League of Portland regarding integrating ECIT and BHU programs into diverse populations as well as to seek opportunities to incorporate more diversity into future crisis intervention trainings.

The date on the response memo for the 2014 ECIT recommendations from the BHUAC was inadvertently left the same.  The final recommendation memo from the BHUAC was dated on August 19th 2014. Lt Hager's response memo should have been dated April 1st 2015.  While reviewing documents Lt. Hager was unable to locate the final recommendation memo from BHUAC or a response memo.  She requested the memo from the BHUAC chair who provided the final document to her on March 27th 2015. The response memo was completed the following week.

**2015 Q3 Update:**

# Department of Justice Tasks / Quarterly Update Report

**Task Description**                                                                              103

Guidelines for ECIT dispatch

**Task Requirements:**    C-I Team members will retain their normal duties until dispatched for use as a C-I Team. BOEC or PPB may dispatch C-I Team members to the scene of a crisis event.

        *NOTE: PPB refers to "C-I Team" as "Enhanced Crisis Intervention Trained officers" (ECIT officers)

**Status**    Complete - pending external review

**Action Steps:**    1. Establish roles and responsibilities for ECIT officers on crisis calls
        2. Establish BOEC triage protocols related to ECIT calls
        3. Train ECIT officers, resulting in the achievement of a skill identifier "EC" available for BOEC triage

**Task Date Completed:**    11/15/2013  ☐ **Received DOJ Approval?**    **Approval**

**Evidence of Completion:**    1. BOEC Updated Dispatch Protocols
        2. BOEC In-service Training
        3. PPB Roll Call Information and Video: ECIT Dispatch Protocol-June 2013 (script provided, DVD available)
        4. BHU PPB In-service Training

**Status Note:**

**2014 Q1 Update:**    Protocol in place and utilized for dispatch of ECIT officers.  Will respond, if available, to calls with mental health component and are violent; have a weapon; are at a known residential mental health facility; suicidal "jumper;" at request of responding officer; or at request of a citizen.

**2014 Q2 Update:**    ECIT officers dispatched to appropriate calls.

**2014 Q3 Update:**    BOEC continues to dispatch "EC" designated officers to mental health calls that meet the specified criteria.

**2014 Q4 Update:**    BHU staff members Sgt. McCormick, Officer Bruner-Dehnert and Analyst Silva taught 4 classes at BOEC In-service this quarter and will finish these In-service classes in January 2015.  The staff reviewed the established ECIT Dispatch Criteria with BOEC personnel.

**2015 Q1 Update:**    BHU staff completed their participation in the BOEC annual inservice with the follow up training of dispatchers and call takers on January 15-16 that began in the Fall.  .  Primary objectives of the training included:
•Understand Portland Police Bureau and BOEC's responsibilities in response to the settlement agreement between the Department of Justice (DOJ) and City of Portland.
•Describe the organization and mission of the PPB Behavioral Health Unit (BHU)
•Dispatch Enhanced Crisis Intervention Team Officers to the appropriate mental health crisis calls.
The BOEC training provided an opportunity to receive feedback from dispatchers and call takers on BHU programs with the focus on how to better integrate BOEC with the BHU in resolving behavioral health crisis calls and gathering required performance measure data.

**2015 Q2 Update:**    BOEC continues to dispatch ECIT officers to mental health calls that meet the specified criteria.  However, when working on the revision of the Bureau's mental health directives with COCL and DOJ and their respective experts this quarter, PPB agreed to expand the dispatch criteria for ECIT in its policy to include all suicide calls.  That change will be implemented upon the enactment of the revised directives.

**2015 Q3 Update:**

# Department of Justice Tasks / Quarterly Update Report

**Task Description**                                                                 104

Highlight the work of the ECIT

**Task Requirements:**   PPB will highlight the work of the C-I Team to increase awareness of the effectiveness of its work.

        *NOTE: PPB refers to "C-I Team" as "Enhanced Crisis Intervention Trained officers" (ECIT officers)

**Status**   Actively in Process

**Action Steps:**   1. BHU will establish a BHU website
        2. BHU will establish a monthly newsletter
        3. BHU will increase awareness of the effectiveness of its work, through various communication mediums that will highlight the efforts of the BHU and the positive work of MCU, ECIT, SCT and the BHU's partners

**Task Date Completed:**                 ☐ **Received DOJ Approval?**   **Approval**

**Evidence of Completion:**  1. BHU Community Outreach, Training events and Conference participation
        2. BHU Newsletters
        3. BHU Community Resource Guide
        4. BHU website (online)
        5. ECIT Roll Call flyer
        6. ECIT/MCU Commendation letters
        7. Example materials from Adult Mental Health System Advisory Council
        8. Example materials from Children's Mental Health System Advisory Council

**Status Note:**

**2014 Q1 Update:**   BHU issued newsletters for the months of January, February and March, each of which contained a story of ECIT's work with a person in mental health crisis.

**2014 Q2 Update:**   BHU newsletters which discuss the work of ECIT were distributed for April, May and June.  In addition, PPB's PIO sent out press releases highlighting some of the incidents involving ECIT officers who were instrumental in avoiding a bad outcome for a person in a behavioral health crisis.

**2014 Q3 Update:**   BHU produced its newsletter for the months of July, August and September.  Members also engaged in a number of outreach activities in the quarter to educate the various parties about BHU and ECIT.

**2014 Q4 Update:**   The BHU published newsletters for the months of October and November which related cases where ECIT officers were utilized in crisis situations. These newsletters are posted on the PPB's website as well as sent electronically to various internal and external stakeholders and partners.
Also, various staff of BHU facilitated, attended, or trained at 16 different  programs including a consumer/citizen's forum sponsored by Disability Rights Oregon at the Bud Clark Commons.

Further, the BHU was featured in an article in the Lund Report which described how the PPB has set up this special behavioral health unit, training officers on how to handle such calls and working with mental health providers and CCOs to observe officers in action.

**2015 Q1 Update:**   The BHU continues to take advantage of opportunities to conduct community engagement presentations in order to introduce the BHU, BHRT, ECIT and SCT programs.  During the 1st quarter, the BHU conducted community engagement presentations for the following organizations:
•William Temple House (Mental Health Counseling Services)
•Mercy Corps (Re-integration and Transition Program)
•Multnomah County Domestic Violence shelter coordinators
•PPB Community Academy
•Lines for Life (Always Hope annual fundraiser)

**Friday, August 14, 2015**

# Department of Justice Tasks / Quarterly Update Report

•Folktime (annual breakfast)
•SW Neighborhood Public Safety meeting
Presentations are catered to the specific requests of the organization and augmented with informational brochures developed by the BHU.  The BHU uses two brochures, one is an overview of the BHU and the other was developed in conjunction with NAMI titled "Working with Emergency Responders" that educates individuals on what to expect from emergency responders when someone is in behavioral crisis.  The BHU also provides Mental Health Resource cards and access to a comprehensive behavioral health community resource guide through the PPB BHU website.
The BHU has representatives attending numerous behavioral health community service coordination monthly/quarterly meetings in order to foster integration with the behavioral health community and to increase awareness of the effectiveness of the BHU programs.
The BHU also continues to receive positive publicity through news articles, PIO releases and internal SITREPS highlighting the success of the ECIT program.

**2015 Q2 Update:** During the 2nd quarter, the BHU conducted community engagement presentations for the following organizations;
•Mental Illness & Crisis Communication Training for City of Portland Park Rangers on April 8
•FBI Citizen Academy Alumni group on April 16
•Central Lutheran Church Staff Crisis Response Training on April 29
•Special Olympics Breakfast with Champions on April 29
•NAMI Luncheon on April 8
•BHU team support to the NAMI Walk on May 17
•PPB Citizens Academy for the Community Oversight Advisory Board (COAB) on June 29
Presentations are catered to the specific requests of the organization and augmented with informational brochures developed by the BHU.  The BHU uses two brochures, one is an overview of the BHU and the other was developed in conjunction with NAMI titled "Working with Emergency Responders" that educates individuals on what to expect from emergency responders when someone is in behavioral crisis.  The BHU also provides Mental Health Resource cards and access to a comprehensive behavioral health community resource guide through the PPB BHU website.

During the quarter the BHU has participated in the planning for the Northwest Regional CIT Conference to be held in September 2015 in Vancouver, Washington.  The BHU will present as well participate in all conference events to collaborate with local CIT programs within the region.

The BHU continues to provide representatives at the following community service coordination monthly/quarterly meetings in order to foster integration with the behavioral health community and to increase awareness of the effectiveness of the BHU programs:
•Adult Mental Health and Substance Abuse Advisory Council (AMHSAAC)
•Children's Mental Health System Advisory Council (CMHSAC)
•Local Public Safety Coordinating Council (LPSCC) for Multnomah County
•Metropolitan Acute Care Advisory Committee (MACAC)
•Metro EASA Advisory Council (MEAC)
•Homeless Youth Oversight Committee (HYOC)
•Developmental Disability Advisory Committee (DDAC)
•Downtown Public Safety Action Committee (DPSAC)
•Cascadia-Legacy Emanuel Coordination Meeting

ECIT members continue to receive positive publicity through news articles, PIO releases and internal Crisis Situation Reps (CSRs)(included in supporting documents) highlighting the activities and successes of the ECIT crisis response.  CSRs are a collection of the significant events that are related to a possible mental or behavioral crisis.

Several outside law enforcement/mental health agencies contacted the BHU this quarter seeking more information on the Behavioral Health Unit.  Representatives from the following locations conducted site visits with the BHU:

# Department of Justice Tasks / Quarterly Update Report

- Albuquerque, New Mexico Police Department
- Sacramento, California Police Department
- Papua New Guinea World Affai Council

BHU just published its quarterly newsletter at the beginnning of July which highlighted events that took place in the second quarter.

**2015 Q3 Update:**

# Department of Justice Tasks / Quarterly Update Report

**Task Description**                                                                                105

ECIT members will gather appropriate data during crisis events

**Task Requirements:**  For each crisis event to which an C-I Team officer is dispatched, the C-I Team member shall gather data that ABHU shall utilize to track and report data on public safety system interactions with individuals with perceived or actual mental illness or who are in crisis.

For specific data requirements, see DOJ Agreement #105

*NOTE: PPB refers to "C-I Team" as "Enhanced Crisis Intervention Trained officers" (ECIT officers)

**Status**  Actively in Process

**Action Steps:**  1. BHU Analyst will work with partners to develop data capturing code (SQL code) for use in PPB's data systems
2. BHU will gather data from crisis calls where an ECIT officer is dispatched
3. BHU will pull data from various reports of an incident (i.e. incident reports, force reports, narratives of the event, etc.) in order to perform analysis

**Task Date Completed:**                  ☐ **Received DOJ Approval?**  **Approval**

**Evidence of Completion:**  1. Email conversations to and from IT staff

**Status Note:**

**2014 Q1 Update:**  BHU and SSD continued discussions with BOEC to establish mechanism/code for BHU to readily identify those calls specifically requesting  ECIT officer's response. Proposed solution being vetted at BOEC

**2014 Q2 Update:**  ECIT code was created and went into effect on May 15, 2014.  BHU analyst now gathering data from those dispatched calls to track and report on most of the data points listed in the Agreement.

**2014 Q3 Update:**  BHU continued to gather data on most of the data points listed in the Agreement on ECIT calls for which a report was written.  It has been discovered that not all ECIT dispatched calls result in written report so remedies for that are now being explored so that more accurate data might be obtained.

**2014 Q4 Update:**  As noted last quarter, because not all ECIT dispatched calls result in a report being written by the ECIT officer at this point, the data collected for this purpose is far from complete. Much time this quarter was spent with various staff members brainstorming the possible technical fixes that could be implemented pending the go-live date for RegJIN, PPB's new data system. A couple of options were  identified as the most feasible. Obviously, the immediate resolution of this problem is complicated by the fact that IT personnel are overwhelmed by the  demands of RegJIN right now so response to programming requests is delayed.
In the meantime, a meeting was held with the ECIT internal advisory committee to emphasize the need for ECIT officers to report on these calls until a technical solution is

**2015 Q1 Update:**  Because of the low response rate/report of ECIT dispatched calls in previous quarters, an ECIT Template was introduced and implemented in February 2015. The template is the tool used to collect required data on certain calls.  Officers are required to complete the template if they use ECIT skills on a mental health crisis call whether it is their district call or they are dispatched to assist.
The analysis for ECIT calls for this quarter is included in the supporting documents folder.

**2015 Q2 Update:**  For this quarter, ECIT officers completed 209 templates, on 207 dispatched calls (multiple ECIT officers respond to same call). That template requires all the data outlined in this action item. There was an average of 2.3 templates filled out per day, in which ECIT officers responded to and used their specialized training during the call. For the 209 completed templates, ECIT officers indicated that 52.6% (N=110) of the time they responded to a call, they either assisted and or consulted on the call.

**2015 Q3 Update:**

---

**Friday, August 14, 2015**

# Department of Justice Tasks / Quarterly Update Report

**Task Description**                                                    106-107

Expansion of Mobile Crisis Prevention Team

**Task Requirements:** … the City shall expand Mobile Crisis Prevention Team (MCPT) to provide one MCPT car per PPB precinct. Each MCPT car shall be staffed by one sworn PPB officer and one qualified mental health professional. MCPT shall be the full time assignment of each such officer.

*NOTE: PPB refers to "MCPT" as "MCU" or "Mobile Crisis Unit"

**Status**  Complete - pending external review

**Action Steps:**  1. BHU will advertise for two additional MCU positions.
2. BHU will perform background checks per the requirements of the agreement on all applicants for the MCU positions
3. BHU will expand contract with Project Respond to include two additional Qualified Mental Health Professionals
4. The BHU will staff all three MCUs with one sworn PPB officer and one qualified mental health professional

**Task Date Completed:**        4/2/2013   ☐ **Received DOJ Approval?**   **Approval**

**Evidence of Completion:**  1. Personnel orders and Personnel Action Forms (PAFs) (located in folder #91)

**Status Note:**

**2014 Q1 Update:**  There is a MCU for each of the three precincts.

**2014 Q2 Update:**  Three MCU teams continue to serve the Bureau.

**2014 Q3 Update:**  The number of Mobile Crisis teams remains at 3, each serving one of the Precincts.

**2014 Q4 Update:**  The number of Mobile Crisis teams remains at 3.  However, they were re-designated as the Behavioral Health Response Teams (BHRT) in order to better reflect the mission as a follow up team and not a crisis response unit.
In BHRT2 (East Precinct), Officer Sean Christian moved to the Service Coordination Team Officer so Officer Shaye Samora took his place.

**2015 Q1 Update:**  There were no BHRT changes this quarter.

**2015 Q2 Update:**  There were no changes to the three Behavioral Health Response Teams this quarter.  The BHU continues to oversee three police officer/mental health clinician partner cars that conduct follow up on referrals from patrol officers.

**2015 Q3 Update:**

# Department of Justice Tasks / Quarterly Update Report

**Task Description**                                            108

MCPT member qualifications

**Task Requirements:** No officers may participate in MCPT if they have been subject to disciplinary action based upon use of force or mistreatment of people with mental illness within the three years preceding the start of MCPT service, or during MCPT service. PPB, with the advice of the ABHU Advisory Committee, shall define criteria for qualification, selection, and ongoing participation of officers in the MCPT.

*NOTE: PPB refers to "MCPT" as "MCU" or "Mobile Crisis Unit"

**Status**    Complete - pending external review

**Action Steps:**    1. BHU will review EIS system for all MCU applicants
2. BHU will ask supervisors of applicants to fill out performance questionnaires in addition to standard PPB Chain of command selection process reviews
3. BHU will interview applicants with assistance from Project Respond and Advisory Council will develop protocols for selection

**Task Date Completed:**    4/2/2013   ☐ **Received DOJ Approval?**    **Approval**

**Evidence of Completion:**   1. MCU 2013 Supervisor questionnaires
2. MCU 2013 Interview panel questionnaires
3. MCU position announcements from November, 2012 and June, 2013
4. ECIT Supervisor Questionnaire (located in folder #101)

**Status Note:**

**2014 Q1 Update:**    No changes to qualifications

**2014 Q2 Update:**    No changes to the qualifications.

**2014 Q3 Update:**    No changes to the qualifications.

**2014 Q4 Update:**    Officer Samora participated in the selection process in the 3rd Quarter of 2014 and went through the established evaluation process ( i.e. Interview, EIS review, Supervisor review).   She was transferred to the BHRT officer position on 11/06/14.

**2015 Q1 Update:**    No changes to the qualifications nor to the BHRT membership this quarter.   However, BHU Sergents continue to monitor current BHRT members to ensure these qualifications continue to be met.

**2015 Q2 Update:**    BHU Sergents continue to monitor current BHRT members to ensure BHRT qualifications are met.

**2015 Q3 Update:**

# Department of Justice Tasks / Quarterly Update Report

**Task Description**                                                                                     109

Specially train MCPT members

**Task Requirements:**   PPB shall specially train each MCPT member before such member may be utilized for MCPT operations. PPB, with the advice of the ABHU Advisory Committee, shall develop such training for MCPT members.

                  *NOTE: PPB refers to "MCPT" as "MCU" or "Mobile Crisis Unit"

**Status**   Complete - pending external review

**Action Steps:**   1. BHU will require MCU officers and clinicians to attend the ECIT training course
2. New MCU officers and clinicians will ride with an experienced officer or clinician before being permanently paired up with a partner
3. MCUs will attend additional training based on availability and funding, including: Applied Suicide Intervention Skills Training (ASIST); Trauma Informed Care; and Civil Commitment Investigator Training

**Task Date Completed:**       5/31/2013   ☐ **Received DOJ Approval?**   **Approval**

**Evidence of Completion:**   1. Civil Commitment Investigator Training Lesson Plan
                         2. Trauma Informed Care Training Lesson Plan
                         3. ASIST Training Lesson Plan

**Status Note:**

**2014 Q1 Update:**   No change in MCU staffing so no special training held.

**2014 Q2 Update:**   No change in staffing so no special training held

**2014 Q3 Update:**   MCPT members participated in the Threat Management Conference in August and Youth Mental Health First Aid in September.

**2014 Q4 Update:**   During this quarter, BHRT officers and clinicians attended Threat Assessment Training at Willamette University in Salem, Oregon on October 4-16;  on October 15, Clinician Cindy Hackett (BHRT3) attended the NW Crisis Negotiators Conference; and on November 20-21, BHRT Officer Jim Stegemeyer attended the Applied Suicide Intervention Skills Training (ASIST).

**2015 Q1 Update:**   On January 22-23, BHRT1 (North) and BHRT2 (East) officers completed the Civil Commitment Investigator Training.
All BHRT officers and clinicians received the following additional training during this quarter:
•February 26, Criminal Justice-Behavioral Health Issues Conference
•February 10, Psychiatric Emergency webinar on Excited Delirium

BHRT officers and clinicians assisted PPB training division in basic Crisis Intervention Training scenarios on February 13, 2015 and in Cascadia's Project Respond clinician safety training on March 10-11, 2015.  BHRT officers also assisted in PPB Crisis Negotiation Training scenarios on March 18, 2015.

**2015 Q2 Update:**   BHRTs continue to avail themselves of trainings provided by community mental health partners and law enforcement to enhance their skills and abilities.  Various members attended the following:
-Trauma Sensitive and Informed Approach to Behavioral Health and Criminal Justice--April 7
-FBI Basic Hostage Negotiation Training--May 11-15
-Assistance in SERTtraining scenarios-April 15
-Marijuana and Synthetic Drug Effects on the Brain --June 26

**2015 Q3 Update:**

# Department of Justice Tasks / Quarterly Update Report

**Task Description**                                                                  110

Utilize ECIT data proactively

**Task Requirements:**    MCPT shall utilize C-I Team data to proactively address mental health service, in part, by connecting recipients with service providers.

*NOTE: PPB refers to "C-I Team" as "Enhanced Crisis Intervention Trained officers" (ECIT officers)

**Status**    Complete - review ongoing

**Action Steps:**    1. BHU will create an electronic referral system to help connect service recipients to service providers.
2. MCUs meet weekly with Project Respond supervisors to discuss and coordinate connecting recipients with appropriate services
3. Establish Behavioral Health Coordination Team (BHCT), comprised of community service providers and criminal justice representatives, as a forum to develop specific action plans for individuals that are having frequent police contact and are mentally ill
4. MCUs meet with the BHCT every other week to develop individual plans to connect consumers to appropriate resources

**Task Date Completed:**    9/12/2013    ☐ **Received DOJ Approval?**    **Approval**

**Evidence of Completion:**    1. BHU Electronic Referral System SOP (located in folder #92)
2. BHCT Attendance Roster
3. Example BHCT meeting agenda
4. Email from Dorothy Brown dated 9/12/13
5. Confidential BHCT Meeting Minutes available (upon request)

**Status Note:**

**2014 Q1 Update:**    BERS operating. Weekly meetings continue each Friday with BHU, MCU and community providers in attendance to discuss treatment plans for clients

**2014 Q2 Update:**    Data now obtainable through ECIT code is available to MCPT. When ECIT officer sends referral through BERS, BHU staff screen for assignment to MCU team.

**2014 Q3 Update:**    MCPTs obtain info on ECIT calls and act on that info.  Also utilize it in the coordination team meetings with partners to find appropriate treatment services.

**2014 Q4 Update:**    The BHU continued to meet every Wednesday during the 4th quarter to discuss the BHRT caseload. These meetings serve as the platform for the BHU Coordination Team (BHUCT) meeting, held every other Friday. The BHU facilitated 6 BHUCT meetings. Referrals made by ECIT officers are evaluated and given higher priority for assignment to BHRT units to follow up.

**2015 Q1 Update:**    The BHU met every Wednesday with the BHRTs and Cascadia supervisors to discuss referrals with whom the BHRTs are currently working.  This meeting provides weekly coordination between law enforcement and the county mental health providers to develop strategies to connect the people referred to the appropriate services.  The information from this weekly meeting is also utilized at the larger systems coordination meeting (BHUCT) which is held every other Thursday. The latter brings together numerous community partners to discuss strategies to guide people with mental illness who are having repeated contact with the criminal justice system into appropriate behavioral health services.  This meeting also provides a forum for PPB and local behavioral health system stakeholders to discuss broader concerns or issues.
Multnomah County received a SAMSHA grant this quarter to support its Behavioral Health Treatment Court (MBHTC).  The BHU is a member of the Community Coordination Council which will assist in the implementation of this grant.  This council meets monthly to discuss referral processes and improvements to the county jail diversion programs.  This meeting also lead to the discussion on additional resources that may be made available to police officers when seeking assistance for someone in crisis.  The CATC currently has Justice Triage Beds that can accept people have contact with the criminal justice system and need assistance in getting connected to behavioral health services.

**2015 Q2 Update:**    The BHU continues to participate on the Community Coordination Council for the Multnomah Behavioral Health Treatment Court SAMSHA grant.  This grant provides input in developing a county systems-wide approach to serve individuals involved in the

# Department of Justice Tasks / Quarterly Update Report

criminal justice system who have severe behavioral health disorders.

The BHU hosts Behavioral Health Coordination Team meetings every other Thursday to collaborate on care plans for individuals with mental illness in the criminal justice system as well as identify and address ways to improve communication with system partners.  Representatives from the following agencies attend the coordination team meeting;

• Multnomah County Mental Health and Addiction Services
• Cascadia Behavioral Health
• Multnomah County Detention Center Mental Health
• Mentally Ill Offenders Parole and Probation
• Multnomah County Department of Community Justice
• Veteran's Affairs Police
• Outside In (homeless youth outreach)
• Multnomah County District Attorney for Mental Health Court
• Multnomah County Forensic Diversion
• Multnomah County Involuntary Commitment Program
• Forensic Assertive Community Treatment

**2015 Q3 Update:**

---

**Task Description**                                              111

Development of policies related to transfer of custody/voluntary referral

**Task Requirements:**    PPB, with the advice of the Addictions and Behavioral Health Unit Advisory Committee, shall develop policies and procedures for the transfer of custody or voluntary referral of individuals between PPB, receiving facilities, and local mental health and social service agencies. These policies and procedures shall clearly describe the roles and responsibilities of these entities and of MCPT officers in the process.

**Status**    Actively in Process

**Action Steps:**    1. PPB will review current practice contained in policy
2. BHU will explore what, if any, legal barriers exist to impede any reerral or transfer
3. BHU will seek appropriate remedy to identified problems with changes in policy, if required

**Task Date Completed:**              ☐ **Received DOJ Approval?**    **Approval**

**Evidence of Completion:**

**Status Note:**

**2014 Q1 Update:**

**2014 Q2 Update:**    Discussions initiated with some system partners to define moment of transfer which is prerequisite to creating policy.

**2014 Q3 Update:**    Now that Agreement is signed, PPB will initiate discussion with DOJ for clarification on its intent in this regard.

**2014 Q4 Update:**    PPB and BHUAC still await clarification from DOJ regarding this action item.

**2015 Q1 Update:**    PPB and BHUAC have not yet received further guidance in this regard from DOJ.

**2015 Q2 Update:**    PPB and BHUAC continue to await some clarification from DOJ on this item.

**2015 Q3 Update:**

---

# Department of Justice Tasks / Quarterly Update Report

**Task Description**                                                                 112

SCT shall continue to service dual-diagnosis individuals with criminal records

**Task Requirements:**  The Service Coorindation Team ("SCT"), or its successor, shall serve to facilitate the provision of services to individuals who interact with PPB that also have a criminal record, addictions, and highly acute mental or physical health service needs.

**Status**  Complete - pending external review

**Action Steps:**  1. Ensure continued public funding for the service coordination team
2. Demonstrate that SCT serves a population of offenders with behavioral health issues who are not adequately served by the community health care system
3. On an ongoing basis, demonstrate that SCT evolves to ensure that population served reflects criminalized individuals with behavioral health issues

**Task Date Completed:**        5/31/2013  ☐ **Received DOJ Approval?**  **Approval**

**Evidence of Completion:**  1. IGA Central City Concern FY13-14
2. IGA Multnomah County/Volunteers Of America FY13-14
3. City Budget FY13-14
4. SCT Org Chart
5. SCT Eligibility Criteria
6. SCT Program Flow Chart
7. SCT Program Manual 2013-2014
8. SCT SOP

**Status Note:**

**2014 Q1 Update:**  SCT continued to operate as designed during the quarter.

**2014 Q2 Update:**  SCT continued to serve the designated population.  It held a graduation ceremony on June 26, 2014 for 19 successful participants.

**2014 Q3 Update:**  SCT continued to serve its designated population.

**2014 Q4 Update:**  The mission of SCT remained the same this quarter.  There were 89 different individuals served by the SCT program.  Fifty-six people "exited" the program. Forty nine percent of the referrals made to the SCT program were from the District Attorney's Office.

**2015 Q1 Update:**  The SCT program has expanded its connections with ED diversion programs within OHSU, Legacy, Multnomah County and Family Care Health Plans. These programs seek alternative resources for high utilizers of emergency medical services. The overlap in client profiles creates a natural referral stream into SCT services when appropriate and available.
In addition, significant progress has been made toward the expansion of the Service Coordination Team.  A proposal has been formalized that would increase the capacity of the program in both addictions treatment and engagement of mentally ill and dually diagnosed individuals.

The program expansion would add six behavioral health stabilization beds to the current program structure. These beds would allow the BHU to more ably address the needs of those with higher acuity mental illness and co-occurring disorders by creating a direct housing resource for the BHRTs. Access to stabilization beds would be an invaluable tool for intervention and engagement as evidenced by SCT's previous experience. Providing persons in crisis a stable place to land can significantly change the outcomes of these interactions.

In addition, such individuals often require a higher level of care than the current program model is designed to provide. In these cases, access to behavioral stabilization beds would allow an uninterrupted opportunity to connect to appropriate mental health systems. Further enhancements would be made to the current SCT model through:
•Additional outreach
•Increased addictions services for women
•Culturally specific services

---

**Friday, August 14, 2015**

# Department of Justice Tasks / Quarterly Update Report

•Extended treatment (Suboxone & pain management )
•Expanded use of peer mentors

The proposed expansion will not require additional funding but rather reallocation of current funding.

**2015 Q2 Update:** Starting FY 2015-16, the Service Coordination Team will increase the capacity of the program in both addictions treatment and engagement of mentally ill and dually diagnosed individuals.  The expansion did not require additional funding, but reallocated the entire SCT budget to Central City Concern. This shift ended funding to VOA when the current IGA expired.  BHUAC voted in support of the proposed expansion.  City Council approved the proposal/ordinance on June 25, 2015.

SCT will add six behavioral health stabilization beds to the current program structure. These beds will allow the BHRTs to assertively address the needs of those with higher acuity mental illness and co-occurring disorders by creating a direct housing resource for the BHRTs. Such access should be an invaluable tool for intervention and engagement as individuals referred to the BHRTs often experience periods of unstable housing during times of crisis.  This will  provide a stable place to land which will hopefully significantly change the outcomes of these interactions.
In addition, SCT participants living with dual diagnosis or exhibiting higher acuity symptoms of mental illness often require a higher level of care than the current program model is designed to provide. In these cases, access to behavioral stabilization beds will allow uninterrupted access to services and an opportunity to connect to appropriate mental health systems.

Enhancements will also be made to the current SCT model through:
•Enhanced outreach
•Increased addictions services for women
•Culturally specific services
•Extended treatment (Suboxone & pain management )
•Domestic Violence treatment
•Expanded use of peer mentors

SCT Program Manager will be involved in the development and implementation of the six behavioral stability beds as well as managing new partnerships with the addiction treatment provider, Central City Concern.

**2015 Q3 Update:**

# Department of Justice Tasks / Quarterly Update Report

**Task Description**                                                                113

Call Triage for Mental Health Issues

**Task Requirements:**   Per DOJ - BOEC and PPB, with the advice of the Addictions and Behavioral Health Unit Advisory Committee, shall complete policies and procedures to triage calls related to mental health issues, including changes to protocols for assigning calls to Multnomah County Crisis Call Center, and adding new or revised policies and protocols to assign calls to the PPB ABHU or directly to NGOs or community-based mental health professionals.

**Status**   Actively in Process

**Action Steps:**   1. BHU will facilitate meetings with Multnomah County, BOEC, and PPB personnel and command staff to discuss call types that will be assigned to Multnomah County Crisis Call Center.

**Task Date Completed:**         ☐ **Received DOJ Approval?**   **Approval**

**Evidence of Completion:**   1. Meeting on 3/1/13 and 6/3/13
                              2. BOEC SOP 20.10.200

**Status Note:**

**2014 Q1 Update:**   BOEC provided copy of its protocol for calls to MCCL as well as its ECIT Dispatch and Referral Process

**2014 Q2 Update:**   BOEC continues to use the procedures developed to triage calls .  No new or revised protocols implemented this quarter.

**2014 Q3 Update:**   BOEC continues to utilize the established protocols to dispatch ECIT to calls or refer persons to the Crisis Call Center

**2014 Q4 Update:**   BOEC transferred 124 calls to the Multnomah County Crisis Line (MCCL) in the fourth quarter of 2014.

**2015 Q1 Update:**   There were 123 calls transferred by BOEC to the Multnomah County Crisis Line (MCCL) in this quarter.

**2015 Q2 Update:**   No new or revised policies or procedures were implemented this quarter. BOEC transferred 92 calls to the Multnomah County Crisis Line in this time period.

**2015 Q3 Update:**

# Department of Justice Tasks / Quarterly Update Report

**Task Description**                                                                114

BOEC Dispatch Training

**Task Requirements:**   The City will complete training of all BOEC Dispatchers in Crisis Triage. The City, with the advice of the ABHU Advisory
                         Committee, shall develop ongoing training for BOEC Dispatchers.

**Status**   Actively in Process

**Action Steps:**   1. BHU will meet and regularly work with the BOEC Leadership to co-develop crisis triage training protocols and curriculum for
                    BOEC Dispatchers

**Task Date Completed:**              ☐ **Received DOJ Approval?**   **Approval**

**Evidence of Completion:**

**Status Note:**

**2014 Q1 Update:**   No additional training conducted this quarter--anticipate a semi-annual or annual basis based on BOEC's staff turnover.

**2014 Q2 Update:**   No additional training held this quarter.

**2014 Q3 Update:**   No additional training held this quarter.  Confirmed dates for next quarter.

**2014 Q4 Update:**   BOEC is an essential partner of the Enhanced Crisis Intervention Team (ECIT) and Behavioral Health Response Team (BHRT)
                      program. BOEC members need to understand the organization and mission of the Behavioral Health Unit (BHU) in order to
                      dispatch ECIT and BHRT resources to the appropriate police calls.
                      To that end, the BHU Sergeant, CIT Coordinator, and Crime Analyst presented at BOEC In-Services on October 20-21 and
                      November 7-8, 2014.

**2015 Q1 Update:**   The BHU Sergeant, CIT Coordinator, and Crime Analyst presented at BOEC In-Services training on January 15 and 16, 2015.

**2015 Q2 Update:**   No additional training for BOEC staff was conducted by BHU this quarter.

**2015 Q3 Update:**

# Department of Justice Tasks / Quarterly Update Report

**Task Description**                                                                115

Fully Operational Crisis Triage

**Task Requirements:**  City shall ensure Crisis Triage is fully operational to include the implementation of the policies and procedures developed pursuant to the above paragraph and operation by trained staff.

**Status**   Actively in Process

**Action Steps:**

**Task Date Completed:**                ☐ **Received DOJ Approval?**   **Approval**

**Evidence of Completion:**

**Status Note:**

**2014 Q1 Update:**  Current staff fully trained and protocols in place to triage calls to appropriate place

**2014 Q2 Update:**  BOEC staff is following the protocols created for triaging calls related to mental health issues.

**2014 Q3 Update:**  Current BOEC staff is operating under the applicable policies and procedures.

**2014 Q4 Update:**  BOEC continues to function under the established protocols. There were 124 calls transferred to the Multnomah County Crisis Line (MCCL) for the 4th Quarter of 2014

**2015 Q1 Update:**  Protocols are being utilized. There were 123 calls transferred to the Multnomah County Crisis Line (MCCL) in the first quarter of 2015.

**2015 Q2 Update:**  To the best of PPB's knowledge, BOEC continues to abide by the existing protocol.  There were 92 calls transferred to the Multnomah County Crisis Line in this quarter.

**2015 Q3 Update:**

# Department of Justice Tasks / Quarterly Update Report

---

**Task Description**                                    116-117

EIS Enhancements

**Task Requirements:**    PPB will enhance its EIS to more effectively identify at-risk employees, supervisors and teams to address potentially problematic trends in a timely fashion.

See specific requirements in DOJ Agreement #116-117

**Status**    Actively in Process

**Action Steps:**    1. Update Directive 345.00 to account for the requirements of this provision.
2. Ensure that the EIS Administrator SOP includes the requirements of this provision
3. Release new policy and allow for comment

**Task Date Completed:**         ☐ **Received DOJ Approval?**    **Approval**

**Evidence of Completion:**    1. Revised Directive 345.00
2. EIS Administrator SOP #7111

**Status Note:**

**2014 Q1 Update:**    EIS administrator reviews Officers' EIS records on regular basis; sends reports to supervisors

**2014 Q2 Update:**    EIS administrator reviews officers' EIS records on regular basis; sends reports, as necessary, to supervisors.  Also began analysis of data by precinct to compare patterns of activity.  PSD drafting revised version of Directive to address DOJ requirements among other things.

**2014 Q3 Update:**    EIS administrator continues to monitor the existing two thresholds and sends notice to supervisor when alert received on a subordinate.
EIS Directive 345.00 was posted for public comment on August  1, 2014 and is in Executive Reconciliation phase at the close of this quarter.

**2014 Q4 Update:**    All policy and procedures concerning PPB's Employee Information System (EIS) are covered in Directive 345.00 which was enacted on October 30, 2014.
Training for 163 of PPB's 178 commanders and supervisors  on the directive and the system it entails took place through the month of November.  Part of the training included a hands-on exercise for participants to review the EIS record of all employees under their supervision and document that review in the Performance Discussion Tracker.
Of the 15 who did not attend , one has retired and the other fourteen's absences were vetted through their chain of command.  A make-up training session is set for February 16, 2015.
EIS administrator now monitors three thresholds and sends notice to supervisor when alert is received on a subordinate.
He also has developed an auditing system to assure that supervisors review EIS for officers new to their command. This will be an on-going activity with reports on a scheduled basis.
The 2014 EIS annual report will be issued shortly.  It will contain data  analysis about EIS usage.

**2015 Q1 Update:**    All supervisors  who did not attend a November EIS training session were trained this quarter as a make-up session was held on February 16, 2015 and Sgt. Jensen also provided individual lessons.
Compliance of Commanders and supervisors re: conducting timely reviews of officers new to their command averaged 49% for the 3 months this quarter.  The compliance rate had declined for the first two  months but came back up in March.  The Professional Standards Division (PSD) recognizes that the compliance rates thus far have been unacceptable.  An e-mail was sent to all supervisors reminding them to do their reviews as required, which is the latest of several e-mail communications on this subject.
In order to make the system of accountability more robust, PSD is implementing a more comprehensive follow-up system.  If the required 116b review has not been completed within 21 days of the transfer, the PSD lieutenant will send an e-mail to the Responsibility Unit (RU) Manager reminding them of the required review.  If the review is not done after 30 days, the PSD Captain will send an e-mail to the RU Manager requesting a formal explanation and that appropriate action be taken to correct the problem.  Additionally, EIS staff will meet with all lieutenants and above in the Operations Branch to address this issue as well as a wide

---

**Friday, August 14, 2015**

variety of EIS-related topics.

In February a new methodology was approved for the analysis of units and supervisors to discern patterns of activity. A random sample of 6 units as defined by the Administrator and 6 supervisors will be analyzed each quarter. For this quarter, this cohort accessed EIS 142 days and made 130 entries in the aggregate.

**2015 Q2 Update:** The second quarter saw a significant increase in compliance with this section of the Agreement. The compliance rate was 100% for April, 91% for May, and 100% for June. This is an overall compliance rate of 96% (108 on time out of a possible 113), which is a marked improvement over the overall compliance rate of 49% for the first quarter (34 on time out of a possible 69).

This positive increase in the compliance rate can be traced directly to the more extensive e-mail reminder and follow-up system PSD implemented in April. If the required 116(b) review has not been completed within 21 days of the transfer, the PSD lieutenant sends an e-mail to the Responsibility Unit (RU) Manager reminding them of the required review. If the review is not done after 30 days, the PSD Captain sends a message to the RU Manager requesting a response and appropriate action be taken to correct the problem.

Additionally, the EIS administrators met with all lieutenants and above in the Operations Branch in June. They discussed a wide variety of EIS-related topics and emphasized the importance of compliance with timelines such as that in 116(b).

With regard to Item 116c, the methodology developed in February was again applied. The units and supervisors reviewed for this quarter showed a significant increase in EIS usage as compared to the first quarter, which is consistent with overall compliance reported above. For the second quarter, the selected 6 units and 6 supervisors (50% turnover from the first group) accessed EIS 82 days and made 110 entries in the aggregate. Although the raw numbers showed a small decrease, the units selected for the second quarter included fewer supervisors than those used in the first quarter. When looked at on a per-supervisor basis, the second quarter showed a decrease in the days the EIS was used per supervisor from 6.8 to 5.9 but an increase in entries made from 6.2 to 7.9. This means the average supervisor in the group examined made almost 8 entries in the quarter. The utility of this data remains questionable. The PPB looks forward to further discussions with the COCL in the near future regarding its utility in assessing the work of PPB.

**2015 Q3 Update:**

# Department of Justice Tasks / Quarterly Update Report

**Task Description**                                                                                   118-119

Continue existing and add new EIS thresholds to trigger case management review

**Task Requirements:**   PPB shall continue to use existing thresholds, and add on additional threshold, to trigger case management reviews:

-any officer who has three uses of force in a one-month period.

**Status**   Actively in Process

**Action Steps:**   1. PPB will request for the EIS contractor to implement additional trigger as required in this agreement
2. PPB will amend internal policies to reflect new threshold in EIS once the technological change is made

**Task Date Completed:**                    ☐ **Received DOJ Approval?**   **Approval**

**Evidence of Completion:**   1. EIS contractor proposal

**Status Note:**

**2014 Q1 Update:**   Modification to PPDS not made due to pending RegJIN replacement project. Issue identified as one that needs to be included in Statement Of Work for contractor who will incorporate EIS in the RegJIN system

**2014 Q2 Update:**   Statement of Work (SOW) completed with this requirement.  PPB in process of negotiating the contract with the sole system's developer.

**2014 Q3 Update:**   Contract negotiations continued related to all of the requirements for the EIS system, including the additional threshold for three uses of force in a one month period.  The due date for that item of work is consistent with the requirement of the Agreement so expect deliverable by November 29, 2014.

**2014 Q4 Update:**   The additional threshold to trigger review of any officer who has three uses of force in a one month period has been designed, implemented, tested and operationalized.  There were two alerts related to this threshold in this quarter.

**2015 Q1 Update:**   There were 289 alerts created in the 1st quarter of 2015.  Of the 289 alerts, 129, or about 45%, were for thresholds related to force. Only 5 alerts were for officers who used force 3 times in 30 days.  Of those, two were anomolies; one was a reporting error, one involved three relatively low levels of force; and one had extensive use of deescalation prior to force use.  All were within policy with no deficiencies debriefed.  In addition, in none of the five cases did the 3 in 30 day alert occur concurrently with another force alert.
The remaining 124 alerts were for officers who broke thresholds related to force ratios (i.e. use of force in 20% of arrests in past six months or used force three times more than the average number of those on same shift).  122 were closed after review by administrator's supervisor mainly because use was within policy and there were no patterns of activity to address.  Two were sent out to RU managers for review--one is awaiting a supervisor's review and the other is in intervention monitoring.

**2015 Q2 Update:**   There were 91 alerts created in the 2nd quarter.  Of those 91 alerts, 50, or about 55%, were for thresholds related to force.  No alerts were for officers who used force 3 times in 30 days.  These numbers are not broken out for individual thresholds because officers often break both force ratio thresholds, which are then combined into one alert.  Breaking out each threshold individually would overstate by a nontrivial number the quantity of alerts processed in the quarter.

The numbers above are only for alerts that were "created" in the 2nd quarter according to the definition used in the EIS Annual Report.  That is, there were 91 alerts that were given a number in the 2nd quarter, regardless of when the threshold was broken. This is important because the threshold system was off line for about 11 weeks  to accommodate a system upgrade related to the new RegJIN report writing and records management system.  The system was restarted on June 23, 2015, resulting in a significant backlog of alerts.  As of July 19, 2015, 121 alerts are still awaiting a review from the EIS Administrator.  An additional 99 alerts were reviewed and a decision made by the EIS Administrator between July 1, 2015, and July 19, 2015.  These 220 alerts that either are still awaiting a review or were reviewed in July include alerts for thresholds that were broken after the threshold system was restarted.

# Department of Justice Tasks / Quarterly Update Report

There are only a small number of force alerts that were sent out for RU review. The main reason for this is the 940 process. EIS was implemented prior to the requirement that all force events be documented and reviewed in an after action. The supervisors on scene are identifying and correcting many of the issues EIS was originally designed to identify and correct. The alerts that are sent out for force are largely related to issues outside of an individual use of force, such as a potential pattern that could be concerning.

As of July 19, 2015, there were 27 open alerts. Only 4 of these alerts were related to force. The higher than usual number of alerts can be attributed to the rapid clearing of the backlog of alerts. Since alerts are leaving PSD at a higher than normal rate, the natural consequence is more open alerts. Of note, 15 of the open alerts (56%) are for commendations, meaning that officers are regularly getting compliments from both their chain of command and citizens.

The EIS Administrator wrote an SOP that covers alert processing. This SOP lays out guidelines for processing every type of alert and should serve as a useful reference in the future.

In addition this quarter, EIS underwent an upgrade required so that the system would work with the Bureau's new report writing and records management system. As part of this upgrade, a new threshold was added for employees who experience 3 traumatic incidents in 30 days. PPB expects to adjust the sensitivity of this threshold as more data is collected. The overarching goal is to identify officers who have experienced a lot of trauma in a relatively short period of time and who may benefit from an intervention.

**2015 Q3 Update:**

# Department of Justice Tasks / Quarterly Update Report

**Task Description**                                                      120

Additional EIS Administrator

**Task Requirements:** PPB will identify and train a second EIS administrator. This individual may be assigned to other tasks within the Professional Standards Division or as otherwise needed.

**Status**   Actively in Process

**Action Steps:**   1. PSD will work with Training Division to identify the opportunity for an EIS sergeant placed within the Training Division
2. Training division will advertise and select a sergeant for the position
3. Training Division and Professional Standards Division will develop an SOP memorializing the position and associated responsibilities with regard to EIS

**Task Date Completed:**        ☐ **Received DOJ Approval?**   **Approval**

**Evidence of Completion:**   1. Training Division Sergeant position announcement
2. EIS Administrator position announcement
3. Memo from PSD Sergeant Fender

**Status Note:**

**2014 Q1 Update:** Position has been posted twice but received no responses. Will be posted again.

**2014 Q2 Update:** Training Division Sergeant Matt Stimmel has been designated as the second EIS administrator and will undergo the necessary training to serve as back-up.

**2014 Q3 Update:** Sergeant Stimmel continues to serve as the second EIS administrator and has received training in its use.

**2014 Q4 Update:** Sergeant Stimmel remains as the second EIS administrator. He is scheduled to meet with the primary EIS administrator every Wednesday to facilitate communication and promote consistency since he is stationed at the Training Center in NE Portland and the primary works at the Justice Center.

**2015 Q1 Update:** Effective March 1, 2015, Lt. Gorgone replaced Sgt. Stimmel as the second EIS administrator.

**2015 Q2 Update:** No change in the designation of the second EIS administrator.

**2015 Q3 Update:**

**Friday, August 14, 2015**

# Department of Justice Tasks / Quarterly Update Report

**Task Description**                                                                    121

Improved Investigation Timeline

**Task Requirements:**  PPB and the City shall complete all administrative investigations of officer misconduct within one-hundred eighty (180) days of receipt of a complaint of misconduct, or discovery of misconduct by other means. For the purposes of this provision, completion of administrative investigations includes all steps from intake of allegations through approval of recommended findings by the Chief, including appeals, if any, to CRC. Appeals to CRC shall be resolved within 21 days.

**Status**  Complete - pending external review

**Action Steps:**  1. PSD will establish new required timelines for personnel involved in administrative review of officer misconduct
2. PSD will produce graphs of all options for investigation and associated timelines

**Task Date Completed:**     2/15/2013   ☐ **Received DOJ Approval?**  **Approval**

**Evidence of Completion:**  1. Flow charts for 7 types of investigation

**Status Note:**

**2014 Q1 Update:**  PPB/IA continues to strive to meet the allotted timeframe. A number of investigations completed in this quarter fell outside the timeline.

**2014 Q2 Update:**  Despite PPB/IA's stated goal, again a number of investigations were not completed within the allotted time.  IA is in process of completing a comprehensive analysis of a year's worth of data with explanations and recommendations for system improvements to positively impact this performance outcome.

**2014 Q3 Update:**  Once again, despite IA's stated goal, a significant number of investigations were not closed within the allotted 180 days.  IA is examining the length of delay at each step of the process to determine what, if any, changes could be implemented to expedite the completion of the investigation.
IA is also just finishing its report on the timeframes for all closed 2013 Administrative Investigations which the Bureau will use as its baseline for future outcome measures.

**2014 Q4 Update:**  IA's 2013 annual report indicated that it investigated 65 cases and 17 (26%) were completed in 180 days or less which is the DOJ's stated goal.  This will serve as the baseline for the Bureau's future work in this area.
For the first half of 2014, IA had 26 cases and it has completed 16 of these investigations.  Of the 16 completed cases, 5 (31%) were completed in under 180 days so improvement was noted.  IA has made significant adjustments to the previous timeframes in its own unit to speed up the process. However, IA is now looking at the other PPB internal units involved in the process to see how their role might be expedited as well as potentially broader changes to the tracks of the current system without sacrificing the purpose or effect.

**2015 Q1 Update:**  PPB/IA's initial tally for 2014 shows that 56 cases were investigated by IA.  Twenty-six of those (46%) have been completed as of the end of this quarter.  Of those completed cases, 13 or 50% met the 180 day timeline which is a significant improvement over 2013 but still far from the stated goal.
Thus PSD continues to analyze ways to expedite the process.  It did so in a couple of arenas by taking 9 days off the time allotted for PRB and 7 off CHO's review time.
IPR has proposed City Code changes as well which would save a total of 39 days in its piece of the process.  This was set for City Council review in March but was postponed at the request of interested parties who wanted additional time in which to comment.

**2015 Q2 Update:**  This is still a work in progress. Chief O'Dea gave direction to all RU Managers and Executive Staff via memorandum on February 5th and May 19th, and to the DOJ on February 27th, regarding the 180 day timeline requirement specific to administrative investigations. As of this update, no formal steps have been taken specific to missed timelines (i.e., letter of expectation, performance investigation) besides the requirement for RU managers and Branch Assistant Chiefs to submit memorandums (to Chief O'Dea) when they have missed their allotted timelines, including EIS entries for those having missed timelines on administrative investigations assigned to them after February 5th.
For the 2nd Quarter of 2015, there were a total of 20 Administrative Investigations completed. Ten of those did not meet the 180

# Department of Justice Tasks / Quarterly Update Report

day timeline. Of the 20 investigations, the median total number of days to completion was 180 days.
Of the 10 late investigations:
-IA was late 8 times on at least 1 track of the process
-IPR was late 9 times on at least 1 track (just info since PPB as no control over IPR and its timelines)
-The RU's were late 6 times (East Precinct 4 times; Central Precinct 2 times)
-The CHO was late 3 times
-PRB process was late 1 time
The Median number of days in which all 10 investigations went over was 44.5

**2015 Q3 Update:**

---

**Task Description**                                               122

Concurrent administrative and criminal investigations

**Task Requirements:**  PPB shall conduct administrative investigations concurrently with criminal investigations, if any, concerning the same incident.
All administrative investigations shall be subject to appropriate tolling periods as necessary to conduct a concurrent criminal
investigation, or as otherwise provided by law, or as necessary to meet the CRC or PRB recommendation to further investigate.

**Status**  Complete - pending external review

**Action Steps:**   1. Create/Update IA SOP #7: Deadly Force and In-Custody Death Investigations
2. Create/update IA SOP #30: Concurrent Administrate/Criminal Investigations
3. Report on implementation of these SOPs

**Task Date Completed:**       10/4/2013  ☐ **Received DOJ Approval?**   **Approval**

**Evidence of Completion:**  1. IA SOP #7 (updated)
2. IA SOP #30 (new)

**Status Note:**

**2014 Q1 Update:**  This is now standard operating procedure so used in each investigation this quarter.

**2014 Q2 Update:**  This is the protocol in each investigation.

**2014 Q3 Update:**  This continues to be IA's practice pursuant to SOPs #7 and #30.

**2014 Q4 Update:**  IA continues to use this protocol with each investigation.

**2015 Q1 Update:**  IA continues to follow this practice with each investigation.

**2015 Q2 Update:**  IA is conducting concurrent investigations pursuant to its relevant SOP.

**2015 Q3 Update:**

---

# Department of Justice Tasks / Quarterly Update Report

**Task Description**            123

Inability to meet timeline targets analysis

**Task Requirements:**   If PPB is unable to meet timeframe targets for administrative investigations, it shall undertake and provide to DOJ a written review of the IA process, to identify the source of the delays and implement an action plan for reducing them.

**Status**   Actively in Process

**Action Steps:**    1. IA will create new SOP identifying how the division will review and analyze whether internal investigations are being completed within required time limits
2. PSD will report resulting analysis and identify opportunities for improvement
3. PPB Leadership will review PSD recommendations for improvement and report on implementation of recommendations or report why implementation was not pursued

**Task Date Completed:**       ☐ **Received DOJ Approval?**    **Approval**

**Evidence of Completion:**   1. Draft PSD SOP #29
                         2. Analyses of cases not meeting 180-day requirement

**Status Note:**

**2014 Q1 Update:**   Captain Famous has provided reports on each of the investigations that did not meet the 180 day timeline with explanation for delay at each relevant step of the process.

**2014 Q2 Update:**   IA continues to provide a report on each of the investigations that did not meet the 180 day timeframe with the reason for delay at each applicable step in the process.

**2014 Q3 Update:**   Captain Famous provided a report on each of the investigations that did not meet the 180 day timeframe with the reason for the delay at each step of the process.

**2014 Q4 Update:**   IA provided a report on each of the investigations that did not meet the 180 day time line with the reason for delay cited for each step of the process.  Efforts continue to explore ways to reduce the delays, looking at both the individuals involved and the overall system. IA is identifying patterns that continue to arise in the delays and is addressing those.

**2015 Q1 Update:**   Captain Famous continued to submit a report on each of the investigations that did not meet the 180 day timeline with reason(s) for delay as they became available.
An action plan addressing various decision points in the  process continues to be developed to assist in reducing the delays.   As noted in Action item #121 PSD took 9 days off the time allottted for PRB and 7 off CHO's review time.  Other options are being pursued as well including an examination of the RU manager's response time and a new protocol regarding that piece is expected in April.

**2015 Q2 Update:**   As mentioned under Item 121, Chief O'Dehas given direction regarding timelines and potential consequences for those not meeting them to all RU Managers and Executive Staff. This message has also been reiterated by the Branch Assistant Chiefs to their leadership, as evidenced by the timely submissions of memoranda of late to the Chief and EIS entries made in the responsible party's Discussion Tracker (when applicable).
Insofar as an Action Plan, Chief O'Dea has adved that formal accountability measures will be taken, if necessary, against those RU Managers and executive staff members who do not meet the allotted timelines on any IA or IPR-generated investigation entirely initiated after February 5th, 2015.

**2015 Q3 Update:**

# Department of Justice Tasks / Quarterly Update Report

**Task Description**                                                                124

On Scene Public Safety Statements and Interviews

**Task Requirements:**   City and PPB shall review its protocols for compelled statements to PSD and revise as appropriate so that it complies with applicable law and current professional standards, pursuant to Garrity v. New Jersey, 385 U.S. 493 (1967). The City will submit the revised protocol to DOJ for review and approval.

PLEASE NOTE THIS ADDITIONAL REQUIREMENT:  Within 45 days of obtaining DOJ's approval, PPB shall ensure that all officers are advised on the revised protocol.

**Status**   Actively in Process

**Action Steps:**   1. PPB will change the policy associated with on scene review of an incident
2. Detectives Division will ensure changes to internal SOPs regarding detective interviews on scene
3. PPB will submit changes to Directives and/or SOP to DOJ for approval
4. PPB will alert community, stakeholders, and PPB employees of change and allow for comment
5. PPB will incorporate feedback and finalize policy within 45 days of DOJ approval

**Task Date Completed:**                    ☐ **Received DOJ Approval?**   **Approval**

**Evidence of Completion:**

**Status Note:**

**2014 Q1 Update:**

**2014 Q2 Update:**

**2014 Q3 Update:**   PPB is initiating its review of its protocols for compelled statements.

**2014 Q4 Update:**   PPB has found no inconsistencies with its protocol and the Garrity standard. PSD is in the process  of creating a SOP that references the applicable law and standards.  The City will provide that document to DOJ.

**2015 Q1 Update:**   PSD is still working with the Detectives Division on this SOP.  A meeting with all the relevant stakeholders including the District Attorney, the Union and the Chief's office has been set to promulgate this procedure.

**2015 Q2 Update:**   All involved parties continue to have work to do in this arena.  Nothing has been finalized as yet.

**2015 Q3 Update:**

# Department of Justice Tasks / Quarterly Update Report

**Task Description**                                                                          125

Communications Restriction Orders

**Task Requirements:**  Separation of all witness and involved officers to lethal force events is necessary in order to safeguard the integrity of the investigation of that event. Immediately following any lethal force event, PPB shall continue to issue a communication restriction order ("CRO") to all witness and involved officers, prohibiting direct or indirect communications between those officers regarding the facts of the event. The CRO will continue, unless extended further, until the conclusion of the Grand Jury or, if no Grand Jury is convened, until a disposition is determined by the District Attorney.

**Status**   Actively in Process

**Action Steps:**   1. Update Interal Affairs SOPs to ensure that Communication Restriction Orders (CROs) and separation of witnesses is policy
2. Update Detectives Division SOPs to ensure the process for issuing CROs meets the requirements in the Agreement

**Task Date Completed:**           ☐ **Received DOJ Approval?**   **Approval**

**Evidence of Completion:**   1. IA SOP #7 (located in folder #122)
2. IA SOP #30 (located in folder #122)

**Status Note:**

**2014 Q1 Update:**  This process was utilized by PPB in the lethal force event that occurred in March, 2014 near Wilson High School.

**2014 Q2 Update:**  A CRO was implemented by PPB in the lethal force event that occurred in April, 2014

**2014 Q3 Update:**  This process was followed after the lethal force event that occurred near I-84 on September 1, 2014.

**2014 Q4 Update:**  This remains the PPB's standard operating procedure for any lethal force events but was not implicated this quarter as no such event occurred.

**2015 Q1 Update:**  This protocol was followed after the lethal force event that took place in March, 2015.

**2015 Q2 Update:**  A CRO was put into place after each of the two lethal force events that occurred this quarter.

**2015 Q3 Update:**

---

**Friday, August 14, 2015**

# Department of Justice Tasks / Quarterly Update Report

**Task Description**                                                                 126

Lethal force on-scene witness officer briefings

**Task Requirements:**   PPB shall continue to require witness officers to lethal force events to give an on-scene briefing to any supervisor and/or a member of the Detective Division to ensure that victims, suspects, and witnesses are identified, evidence is located, and provide any information that may be required for the safe resolution of the incident, or any other information as may be required.

**Status**   Complete - pending external review

**Action Steps:**   1. PSD will ensure that bureau policies meet the requirements of this provision

**Task Date Completed:**   10/4/2013  ☐ **Received DOJ Approval?**   **Approval**

**Evidence of Completion:**  1. IA SOP #7 (located in folder #122)
2. IA SOP #30 (located in folder #122)

**Status Note:**
**2014 Q1 Update:**  This process was followed in officer-involved shooting of suspect near Wilson High School in March, 2014.

**2014 Q2 Update:**  This requirement was followed in the officer-involved shooting on April 16, 2014

**2014 Q3 Update:**  This requirement was followed in the officer-involved shooting of suspect on I-84 on September 1, 2014.

**2014 Q4 Update:**  This procedure remains in effect for use in any lethal force event.

**2015 Q1 Update:**  This procedure was utilized at the scene of the officer-involved shooting of a suspect in March, 2015.

**2015 Q2 Update:**  This was done by Operations and/or Detectives at the scene of each of the two officer-involved shootings this quarter.

**2015 Q3 Update:**

# Department of Justice Tasks / Quarterly Update Report

**Task Description**                                                                127

Involved officer on-scene walk-throughs

**Task Requirements:**    In agreement and collaboration with the Multnomah County District Attorney, PPB shall request that involved officers in lethal force and in-custody death events provide a voluntary, on-scene walk-through and interview, unless the officer is incapacitated.

**Status**    Actively in Process

**Action Steps:**    1. PPB will change the policy associated with on scene review of an incident
2. Detectives Division will ensure changes to internal SOPs regarding detective interviews on scene
3. PPB will submit changes to Directive and SOP to DOJ for approval
4. PPB will alert community, stakeholders, and PPB employees of change and allow for comment
5. PPB will incorporate feedback and finalize policy within 45 days of DOJ approval

**Task Date Completed:**            ☐ **Received DOJ Approval?**    **Approval**

**Evidence of Completion:**

**Status Note:**

**2014 Q1 Update:**    SOP in place. Unable to do in lethal force incident in March near Wilson High as officer was shot and taken to hospital.

**2014 Q2 Update:**    This continues to be the practice of the PPB.

**2014 Q3 Update:**    This process was followed in the investigation of the I-84 incident that resulted in the shooting of a young man on Labor Day.

**2014 Q4 Update:**    This remains the practice of the PPB in lethal force and in-custody death cases.

**2015 Q1 Update:**    It remains the practice of PPB to ask for a voluntary on-scene walk through in lethal force events. There was one lethal incident this quarter. The officer was asked to participate in an on-scene walk-through but declined.
This protocol will also be addressed at the stakeholders meeting referenced in Action item #124.

**2015 Q2 Update:**    This is the protocol in place for lethal force events. There were two such events this quarter and in both cases, the officers were asked but declined to participate in an on-scene briefing or public safety statement.

**2015 Q3 Update:**

# Department of Justice Tasks / Quarterly Update Report

**Task Description**                                                      128

IPR and IA Interview Plan Implementation

**Task Requirements:**  The City will develop and implement a plan to reduce time and effort consumed in the redundant interview of witnesses by both IPR and IA, and enable meaningful independent investigation by IPR, when IPR determines such independent investigation is necessary.

**Status**  Actively in Process

**Action Steps:**  1. IPR and IA will hire additional investigators
2. IPR will consult with IA to pursue City Code changes that allows for IPR to conduct meaningful independent investigations

**Task Date Completed:**           ☐ **Received DOJ Approval?**   **Approval**

**Evidence of Completion:**  1. Draft City Code Chapter 3.21, Section 3.21.070 P
2. Personnel orders identifying new Internal Affairs investigator positions

**Status Note:**

**2014 Q1 Update:**  Additional investigators are working cases.  IA and IPR jointly working cases in collaborative fashion.  Pertinent City Code changes are found in Chapter 3.21.120 B 3 a & b; C 2 a & b; and Chapter 3.21.220 A, B, C & D

**2014 Q2 Update:**  IPR is conducting more in-depth intake interviews and has done several more independent investigations.

**2014 Q3 Update:**  IA and IPR continue to work collaboratively on administrative investigations to reduce redundant interviews.

**2014 Q4 Update:**  IA and IPR work closely together on administrative investigations to avoid redundant interviews when possible.

**2015 Q1 Update:**  This plan is in effect.  It is being worked now.  IPR is doing more thorough intake interviews which has helped to alleviate the need for multiple interviews.

**2015 Q2 Update:**  IPR has made efforts to streamline its intake process and refrain from extensive investigation on cases that are going to be full IA investigations so that redundancy is avoided.  IA gets the case after IPR has done its intake, and has to do what is necessary to complete a thorough investigation.  If IPR has already interviewed witnesses or the complainant completely, IA does not re-contact them unless critical reason exists.

**2015 Q3 Update:**

# Department of Justice Tasks / Quarterly Update Report

**Task Description**                                                          129

Use of excessive force investigations

**Task Requirements:**   The City and PPB shall ensure that all allegations of use of excessive force are subject to full and completed IA investigations resulting in findings, unless there is clear and convincing evidence to IPR that the allegation has no basis in fact.

**Status**   Actively in Process

**Action Steps:**   1. IPR propose changes to City Code to ensure that this is codified policy

**Task Date Completed:**          ☐ **Received DOJ Approval?**   **Approval**

**Evidence of Completion:**   1. Proposed changes to City Code 3.21.110 A (located in folder #128)
2. PSD SOP #19

**Status Note:**

**2014 Q1 Update:**   Relevant City Code provisions were enacted in December, 2013.

**2014 Q2 Update:**   New SOP written to take effect July 1, 2014.

**2014 Q3 Update:**   PPB/IA continues to abide by this requirement re: allegations of the use of excessive force.

**2014 Q4 Update:**   PPB continues to conduct full and complete IA investigations on all allegations of use of excessive force that IPR forwards to the Bureau.

**2015 Q1 Update:**   PPB conducts full and complete IA investigations on all allegations of use of excessive force as IPR forwards all of them now.

**2015 Q2 Update:**   PPB's IA continues to investigate all allegations of use of excessive force.  IA will make a minor edit to its SOP to memorialize this change required by DOJ.

**2015 Q3 Update:**

# Department of Justice Tasks / Quarterly Update Report

**Task Description**                                                                    130

Prohibition of retaliation against those who report misconduct

**Task Requirements:**  The City and PPB shall continue to expressly prohibit all forms of retaliation, including discouragement, intimidation, coercion, or adverse action, against any person who reports misconduct, makes a misconduct complaint, or cooperates with an investigation of misconduct.

**Status**  Complete - pending external review

**Action Steps:**  1. Ensure that PPB policies adhere to the requirements of this provision.

**Task Date Completed:**        12/14/2012  ☐ **Received DOJ Approval?**  **Approval**

**Evidence of Completion:**  1. Directive 310.120
                            2. City of Portland HR Policy 2.02

**Status Note:**

**2014 Q1 Update:**

**2014 Q2 Update:**  City Attorney's office is reviewing the old Directive 310.20 with new comments received after its posting to reconcile and finalize the proposal for Chief's consideration.

**2014 Q3 Update:**  Retaliation Directive 310.20 is in Executive reconciliation stage.

**2014 Q4 Update:**  Directive 310.20 prohibiting retaliation was enacted on November 19, 2014.

**2015 Q1 Update:**  The relevant directive 310.20 is in effect.

**2015 Q2 Update:**  Directive 310.20 was posted for universal public comment on May 2, 2015 for its required 6 month review.  It is currently in the Executive Reconciliation phase.

**2015 Q3 Update:**

# Department of Justice Tasks / Quarterly Update Report

**Task Description**                                          131

CRC Participation and Rotation on PRB

**Task Requirements:**   The City and PPB shall retain Police Review Board procedures currently utilized for the purposes of investigation and making recommended findings on administrative complaints.

See specific requirements and considerations noted in the Agreement, #131.

**Status**   Actively in Process

**Action Steps:**   1. IPR will propose changes to City Code that modify PRB membership opportunities for CRC members.

**Task Date Completed:**              ☐ **Received DOJ Approval?**   **Approval**

**Evidence of Completion:**   1. Proposed changes to City Code 3.21 (located in folder #128)

**Status Note:**

**2014 Q1 Update:**

**2014 Q2 Update:**   PSD drafted a revision of Directive 336.00 which was posted for public comment which was received.  Forwarded to City Attorney's office for review and reconciliation.

**2014 Q3 Update:**   After considerable review and discussion of the version posted in May, PPB re-posted Directive 336.00 for public comment on September 1, 2014.  It is now in Executive reconciliation phase.

**2014 Q4 Update:**   Directive 336.00 was enacted on October 30, 2014.

**2015 Q1 Update:**   This particular directive is set for its six month review and will be posted for universal review on April 1, 2015.

**2015 Q2 Update:**   The directive was posted for universal review as scheduled on April 1, 2015.  It is now in the Executive Reconciliation phase.

**2015 Q3 Update:**

# Department of Justice Tasks / Quarterly Update Report

**Task Description**                                                   132

Requests made by PRB for additional investigation

**Task Requirements:**  By majority vote, the PRB may request that investigations of misconduct be returned to its investigating entity, i.e. PSD or IPR, to complete the investigation as to factual matters necessary to reach a finding regarding alleged misconduct. The investigating entity must make reasonable attempts to conduct the additional investigation or obtain the additional information within 10 business days or provide a written statement to the PRB explaining why additional time is needed.

**Status**    Actively in Process

**Action Steps:**    1. Modify Directive 336.00 Police Review Board to incorporate requirements of this provision
2. Notify PRB participants of change in procedure, outlined in Division SOP

**Task Date Completed:**            ☐ **Received DOJ Approval?**    **Approval**

**Evidence of Completion:**  1. New Draft Directive 336.00
2. Action Taken email from PSD

**Status Note:**

**2014 Q1 Update:**   This outlined process now incorporated in City Code 3.20.140

**2014 Q2 Update:**

**2014 Q3 Update:**   Police Review Board Directive 336.00  was re-posted for public comment and Universal review on September 1, 2014.  After the requisite 30 days, it is now in Executive Reconciliation phase.

**2014 Q4 Update:**   Directive 336.00 was enacted on October 30, 2014.  This incorporates the requirement in this action item that PPB perform additional investigation, if requested by PRB, and PPB does so on the rare occasions this arises.

**2015 Q1 Update:**   As noted, this requirement was incorporated into Direcitve 336.00 and is done when requested.

**2015 Q2 Update:**   This process is followed upon request of PRB.

**2015 Q3 Update:**

# Department of Justice Tasks / Quarterly Update Report

**Task Description**                                                                                    133

Civil liability claims and follow-up IA investigations

**Task Requirements:**   If an officer's use of force gives rise to a finding of liability in a civil trial, PPB shall: (1) enter that civil liability finding in the EIS; (2) reevaluate the officer's fitness to participate in all current and prospective specialized units; (3) if no IA investigation has previously been conducted based upon the same allegation of misconduct and reached an administrative finding, conduct a full IA investigation with the civil trial finding creating a rebuttable presumption that the force used also violated PPB policy, which presumption can only be overcome by specific, credible evidence by a preponderance of evidence; (4) if an IA investigation has already concluded based upon the same allegation of misconduct and failed to reach a sustained finding, identify whether any new evidence exists in the record of the civil trial to justify the reopening of the IA investigation, and if so, reinitiate an IA investigation; and (5) if an IA investigation has already concluded based upon the same allegation of misconduct and failed to reach a sustained finding, and no new evidence from the civil trial justifies reopening the IA investigation, work with IPR to identify the reason why the administrative finding was contrary to the civil trial finding and publish a summary of the results of the inquiry.

**Status**   Complete - pending external review

**Action Steps:**   1. IA will add "review of findings of liability in lawsuits against PPB personnel" to scope of review for IA Lieutenant
2. IA will draft new SOP regarding Tort and Lawsuit Review processes
3. Tort Review Committee will continue to review all Tort Claims

**Task Date Completed:**   11/7/2013   ☐ **Received DOJ Approval?**   **Approval**

**Evidence of Completion:**   1. Draft IA SOP #31
2. Tort Review Board example agenda
3. Definition of Tort Review Board
4. PPB Professional Standards Division SOP, page 2

**Status Note:**
**2014 Q1 Update:**

**2014 Q2 Update:**   SOP #32 finalized and will take effect on July 1, 2014.

**2014 Q3 Update:**   This process was implicated by a jury verdict in September.  PSD entered the finding in EIS and is in consultation with the City Attorney's office for advice on how to proceed with the other requirements of this action item including evaluation of fitness for current duties and what type of investigation to pursue at this point.

**2014 Q4 Update:**   This process was not initiated as no finding of civil liability was made by a jury this quarter.
However, PSD continues its work related to the verdict rendered in September. It is crafting a draft SOP on how the evaluation of fitness will be conducted. The evaluations of the three officers involved in that case will be initiated in February.  Discussions are on-going with USDOJ and the City Attorney's office regarding the investigation requirement that is outlined in the action item.

**2015 Q1 Update:**   No findings of civil liability related to the use of force were made against the Bureau in this quarter so no entries were made.
The SOP re: evaluation of fitness is done and in place.   The evaluation of the officer in the pending case has been completed and has been forwarded to the A/C for review.

**2015 Q2 Update:**   The Bureau sustained no findings of liability related to use of force in this quarter, so no entries were made.
PSD awaits further direction from City Attorney and DOJ re:  the outstanding case in which this process was implicated.

**2015 Q3 Update:**

**Friday, August 14, 2015**

# Department of Justice Tasks / Quarterly Update Report

**Task Description**                                                                134

CRC Membership

**Task Requirements:**  The City shall expand the membership of the CRC to 11 members, representative of the many and diverse communities in Portland, who are neutral, unbiased, and capable of making objective decisions. The quorum of CRC members necessary to act may remain at its existing level.

**Status**  Assigned to IPR

**Action Steps:**  1. IPR will propose changes to City Code to accomodate requirements in this provision
2. City Council will vote on changes to City Code
3. IPR will solicit nominations for additional members to CRC in order to fulfill additional membership requirements

**Task Date Completed:**          ☐ **Received DOJ Approval?**  **Approval**

**Evidence of Completion:** 1. Proposed chages to City Code 3.21.080 A (located in folder #128)

**Status Note:**

**2014 Q1 Update:**  City Council task.

**2014 Q2 Update:**

**2014 Q3 Update:**

**2014 Q4 Update:**

**2015 Q1 Update:**

**2015 Q2 Update:**

**2015 Q3 Update:**

# Department of Justice Tasks / Quarterly Update Report

---

**Task Description**                                                                135

CRC findings of administrative outcomes

**Task Requirements:**  The City and PPB agree that the CRC may find the outcome of an administrative investigation is unreasonable if the CRC finds the findings are not supported by the evidence.

**Status**   Assigned to IPR

**Action Steps:**   1. IPR will propose changes to City Code to accomodate requirements in this provision
2. City Council will vote on changes to City Code
3. IPR will ensure training for CRC members regarding this change to the policy

**Task Date Completed:**            ☐ **Received DOJ Approval?**   **Approval**

**Evidence of Completion:**   1. Proposed chages to City Code 3.21.080 (located in folder #128)

**Status Note:**

**2014 Q1 Update:**   CRC task

**2014 Q2 Update:**

**2014 Q3 Update:**

**2014 Q4 Update:**

**2015 Q1 Update:**

**2015 Q2 Update:**

**2015 Q3 Update:**

---

**Friday, August 14, 2015**

# Department of Justice Tasks / Quarterly Update Report

**Task Description**                                                                 136

CRC appeal process / request for additional investigation

**Task Requirements:**    In its review process for purposes of the appeal, the CRC may make one request for additional investigation or information to the investigating entity. i.e. PSD or IPR at any point during its review.  See Agreement for specific requirements, #136.

**Status**    Assigned to IPR

**Action Steps:**    1. IPR will modify City Code pertaining to Citizen Review Committee to clarify procedures for requests for additional investigation or information during an appeal process.
2. Code Changes will be presented to City Council at a public hearing

**Task Date Completed:**              ☐ **Received DOJ Approval?**    **Approval**

**Evidence of Completion:**

**Status Note:**

**2014 Q1 Update:**    CRC task but the Bureau's Professional Standards Division is prepared to address any one additional request for investigation or information from the CRC.

**2014 Q2 Update:**

**2014 Q3 Update:**

**2014 Q4 Update:**

**2015 Q1 Update:**

**2015 Q2 Update:**

**2015 Q3 Update:**

# Department of Justice Tasks / Quarterly Update Report

**Task Description**

137

Discipline Guide

**Task Requirements:**   PPB and the City shall develop and implement a discipline guide to ensure that discipline for sustained allegations of misconduct is based on the nature of the allegation and defined, consistent, mitigating and aggravating factors and to provide discipline that is reasonably predictable and consistent.

**Status**   Complete - pending external review

**Action Steps:**   1. PPB will work with IPR and outside auditing agency recommendations to develop discipline guide
2. PPB will review discipline guide with PPA
3. Following union review, PPB will implement discipline guide within PSD

**Task Date Completed:**   10/10/2013   ☐ **Received DOJ Approval?**   **Approval**

**Evidence of Completion:**   1. Final Draft discipline guide

**Status Note:**

**2014 Q1 Update:**   The finalized Discipline Guide became effective March 1, 2014.

**2014 Q2 Update:**   The new Discipline Guide Directive 338.00 was posted for Universal review and public comment on May 1, 2014.  It was still in Executive Reconciliation stage at the end of this quarter.

**2014 Q3 Update:**   After much discussion during the lengthy period of Executive Reconciliation, command staff decided to re-post this Directive and all involving the Discipline Process for Universal review.  This was done on September 1, 2014 for another 30 days.  At the end of this quarter, it was once again in Executive Reconciliation.  So no changes to the Guide itself were effectuated to this point.

**2014 Q4 Update:**   The new Directive 338.00 which contains the Discipline Guide was finally enacted on October 30, 2014.  It is being utilized by PPB on a regular basis at this time.

**2015 Q1 Update:**   The Discipline Guide remains in effect and is utilized

**2015 Q2 Update:**   The Discipline Guide which is contained in Directive 338.00 was posted for the 30 day universal review on April 1, 2015 for its required 6 month review.  It is now in the Executive Reconciliation phase of the process.

**2015 Q3 Update:**

# Department of Justice Tasks / Quarterly Update Report

**Task Description**                                                                          138

Complaint filing and tracking on the Internet

**Task Requirements:**    The City shall enhance its existing website to ensure that a complainant can file and track his or her own complaint of officer misconduct.

**Status**    Actively in Process

**Action Steps:**    1. IPR will continue to provide an online option for filing complaints in multiple languages.
2. IPR will identify opportunities for complainants to track complaints through the investigatory process following the initial filing.

**Task Date Completed:**              ☐ **Received DOJ Approval?**    **Approval**

**Evidence of Completion:**    1. http://www.portlandonline.com/auditor/index.cfm?c=52031

**Status Note:**

**2014 Q1 Update:**    IPR's task.

**2014 Q2 Update:**

**2014 Q3 Update:**

**2014 Q4 Update:**

**2015 Q1 Update:**

**2015 Q2 Update:**

**2015 Q3 Update:**

---

**Task Description**                                                                          139

Complainant documentation requests protocols

**Task Requirements:**    Within 120 days of the Effective Date, the City shall review its protocols to ensure that the City shares with complainants requested documentation about his or her own complaint to the extent permitted by law.

**Status**    Complete - pending external review

**Action Steps:**    1. Ensure PSD SOP regarding sharing of information with complainants complies with requirement of this provision

**Task Date Completed:**        10/4/2013    ☐ **Received DOJ Approval?**    **Approval**

**Evidence of Completion:**    1. PSD SOP #14

**Status Note:**

**2014 Q1 Update:**    IPR performs this function for complainants in these cases rather than PPB.

**2014 Q2 Update:**

**2014 Q3 Update:**

**2014 Q4 Update:**

**2015 Q1 Update:**

**2015 Q2 Update:**

**2015 Q3 Update:**

---

**Friday, August 14, 2015**

# Department of Justice Tasks / Quarterly Update Report

**Task Description**                                                      140

Complaint tracking numbers and assignment information for complainant

**Task Requirements:**   The City shall ensure that IPR provides each complainant a tracking number upon receipt of the complaint, informs each complainant of the complaint classification, assignment (precinct or IA) and outcome of the complaint (sustained, unproven, etc.) in writing (whether mail, email/text, or fax), including information regarding whether the City took any corrective action. The City Attorney's Office shall determine whether disclosures regarding corrective action are required on a case-by-case basis consistent with Oregon's Public Records Law.

**Status**   Actively in Process

**Action Steps:**   1. IPR will work with complaint tracking software company to enhance existing software in order to meet the requirements of this provision.

**Task Date Completed:**                ☐ **Received DOJ Approval?**   **Approval**

**Evidence of Completion:**

**Status Note:**

**2014 Q1 Update:**   IPR's task.

**2014 Q2 Update:**

**2014 Q3 Update:**

**2014 Q4 Update:**

**2015 Q1 Update:**

**2015 Q2 Update:**

**2015 Q3 Update:**

---

**Friday, August 14, 2015**

# Department of Justice Tasks / Quarterly Update Report

**Task Description**                                                      141-145

Establishment of Community Oversight Advisory Board  (COAB)

**Task Requirements:**  Establish the Community Oversight Advisory Board.

See specific requirements regarding the establishment and functions of the COAB  in the Agreement, #141-#145.

**Status**   Pending COCL selection

**Action Steps:**

**Task Date Completed:**              ☐ **Received DOJ Approval?**   **Approval**

**Evidence of Completion:**

**Status Note:**

**2014 Q1 Update:**   DOJ Compliance team participated in the ongoing meetings that are held related to this process and the creation of an application for interested citizens.

**2014 Q2 Update:**   DOJ Compliance team continued to attend all the meetings scheduled by the City Commissioner related to the creation of a COAB and provided feedback related to the application form for the at-large members.  Process is ongoing as no COAB members have been named.

**2014 Q3 Update:**   PPB's DOJ Compliance team continued to attend any meetings scheduled by the City Commissioner to discuss this process but most of the focus  of meetings this quarter was on the COCL selection.  The City indicated it will return to this effort after the COCL is named.  The process for choosing the 5 at-large members remains to be decided.

**2014 Q4 Update:**   The COCL was selected by the City Council on November 12, 2014.  Attention then returned to the COAB and need to establish the process for the selection of the 5 at-large members.  The Compliance team attended all the meetings scheduled for this purpose. By the end of the quarter, the process had been identified and an accelerated plan for posting the announcement and soliciting applications from a broad swath of community members was adopted so that final selections could be made by the 3rd week in January.  A proposed calendar was adopted wherein the COAB would receive training on February 2, 2015 and their first meeting would be held on February 9, 2015.

**2015 Q1 Update:**   The membership of the COAB as outlined in the Agreement was announced on January 22, 2015. The proposed calendar for a training session on February 2 and the first meeting on February 9 was followed.

**2015 Q2 Update:**   The COAB met twice per month during this quarter to address its business.

**2015 Q3 Update:**

# Department of Justice Tasks / Quarterly Update Report

**Task Description**                                                146

CEO Plan

**Task Requirements:**   To ensure constitutional policing, to closely interact with the community to resolve neighborhood problems, and to increase community confidence, PPB shall work with City resources knowledgeable about public outreach processes to develop and finalize a Community Engagement and Outreach (CEO) Plan.

See specific requirements and additional timeline requirements outlined in the Agreement, #146.

**Status**   Pending COCL selection

**Action Steps:**   1. Review PPB outreach methods and actual implementation with outside agencies and staff
2. Develop needs assessment through surveys and community input

**Task Date Completed:**                 ☐ **Received DOJ Approval?**   **Approval**

**Evidence of Completion:**

**Status Note:**

**2014 Q1 Update:**   Internal discussions are ongoing related to a framework for the Plan and the resources required for its implementation pending the appointment of the COCL.

**2014 Q2 Update:**   Researched various CEO plans including the principles espoused by the City's ONI; drafted some documents as guides for the initiation of steps in the process; met with A/C on numerous occasions to move the PPB's effort forward while awaiting the selection of the COCL.

**2014 Q3 Update:**   PPB designated Captain Chris Uehara as the point person for CEO Plan. While awaiting the selection of the COCL and COAB, the Bureau is organizing its internal advisory committee with representatives from each RU to review its current outreach and engagement efforts, resources needed for this effort as well as its capacity. The goal is to be prepared to collaborate with the COAB once it is convened.

**2014 Q4 Update:**   The PPB's CEO Internal Advisory committee met on several occasions to begin the task of developing the Plan.  The first meeting focused on the objectives, timelines, challenges and Agreement mandates. The Committee discussed breaking into 4 subcommittees of Data analysis; Outreach; Communications; and Research and Development. Each was given the task of collecting current outreach and engagement activities in which members of their particular RU participate so that it can be assembled for the COAB's eventual use.
At the second meeting, members met in their subcommittee and spent the time discussing the topics and creating action plans pertinent to their subcommittee. The community engagement information that members had gathered was provided to the Captain so that a master list could be created. Members were reminded to submit that info so that analysis could be conducted. Additionally, discussions took place with Command staff as to how to proceed before the COCL and COAB are named.

**2015 Q1 Update:**   With the selection of the COCL team and the members of the COAB as of the end of January, PPB looked to begin collaborating with both on the development of the CEO Plan.  The first step was to conduct a community survey re: public's perception of PPB's outreach efforts and accountability.  The COCL took the lead on developing the questionnaire in consultation with COAB and pursuing a contract with PSU to mail and collect the surveys.  The COCL agreed to do the analysis and write the report of the findings.  The COAB voted to approve the use of PSU at its March meeting.  However, a question was raised re: the legitimacy of that vote so it was placed on the April agenda to be revisited.  A review and analysis of the survey results is ultimately required to inform the CEO Plan.
Meanwhile, the COCL initiated discussions on the second major time sensitive requirement to hold at least 2 public hearings to gather input on PPB's current outreach efforts.  The COAB CEO subcommittee addressed it as did PPB after direction from Judge DeMuniz.  The PPB prepared an hour long presentation of its efforts, highlighting the various types of outreach currently being done as well as the mechanisms used to communicate that activity.  The first public meeting was scheduled for April 2, 2015 in North Portland.
PPB members are participating on the subcommittee.  The PPB anticipates that the subcommittee will provide additional input in

# Department of Justice Tasks / Quarterly Update Report

areas outlined in the agreement that are not necessarily covered in the survey.

**2015 Q2 Update:**

**2015 Q3 Update:**

---

**Task Description**                                                                146(h)

Development and implementation of CEO Plan

**Task Requirements:**   The Chief's Office, in consultation with the five PPB advisory members of the Community Advisory Board shall utilize the COAB's recommendations in developing and implementing the Community Engagement and Outreach Plan. The Chief's Office shall present the final proposed CEO (with implementation timeline) to the COAB for a vote of approval within 240 days of the effective date of the Agreement.

**Status**   Open

**Action Steps:**

**Task Date Completed:**            ☐ **Received DOJ Approval?**   **Approval**

**Evidence of Completion:**

**Status Note:**

**2014 Q1 Update:**   Awaiting naming of COAB members.

**2014 Q2 Update:**   Awaiting naming of COAB members and their input.

**2014 Q3 Update:**   Awaiting the selection of the COAB members and the completion of all the prerequisite work that is required before submission to the Chief for his action.

**2014 Q4 Update:**   PPB continued to await the selection of the COAB members and the initiation of its work in order to proceed with developing and finalizing the CEO Plan.

**2015 Q1 Update:**   COAB members were named on January 22, 2015 and held their first monthly meeting on February 9, 2015.  The first two monthly meetings were focused on organizational structure.  But due to the CEO timeframes in the Agreement, the need for the prompt development and distribution of the required community survey was discussed and approved by vote at the March meeting. This is a necessary prerequisite to the creation of a CEO Plan.
Topics for subcommittees were identified and members eventually assigned based on interest.  The CEO subcommittee will work with COCL on the questions for the survey.
In addition, it met once at end of March to discuss the first of two required town hall meetings on PPB outreach efforts which was scheduled for April 2nd.  Those, too, are designed to inform the CEO Plan.

**2015 Q2 Update:**   The COAB's Community Engagement and Outreach Plan subcommittee (CEOP) was formed and began meeting on a monthly basis.  PPB has an officer member on the committee and staff attend as well because the Agreement calls for this plan to be done in conjunction with one another.  The first meetings focused on the selection of a vendor for distributing and analyzing the required community survey other than PSU.  The choice to recommend to the City was finally determined and Council approved in early June. The survey was to be mailed by the end of June but that was delayed.  The receipt of those results is a necessary element of the development of the CEO Plan.  Meanwhile, a work plan will be created to guide the subcommittee's ongoing efforts in this regard.
The first of the two required town hall meetings on PPB outreach efforts occurred on April 2nd.  The meeting did not achieve its goals as the community evidently had different expectations of the purpose of the meeting.  After debriefing the event, all agreed to pursue another strategy and format for the second required meeting.  The date for that  is anticipated now to be early Fall.

**2015 Q3 Update:**

---

**Friday, August 14, 2015**

# Department of Justice Tasks / Quarterly Update Report

**Task Description**                                                               146(a-g)

Community Survey of PPB Outreach Efforts

**Task Requirements:**  The City, in consultation with COAB, will conduct a reliable, comprehensive, and representative survey of members of the Portland community, including civilians and PPB officers, regarding their experiences with and perceptions of PPB's prior community outreach and accountability efforts and where those efforts could be improved, to inform the development and implementation of the CEO Plan.

**Status**  Actively in Process

**Action Steps:**  1. PPB will contract with outside agencies to conduct reliable surveys
2. PPB will utilize results of survey (and future comparative surveys) to develop CEO plan in consultation with COAB

**Task Date Completed:**          ☐ **Received DOJ Approval?**  **Approval**

**Evidence of Completion:**  1. Intergovernmental Agreement between the City and PSU to perform various community surveys
2. Ordinance authorizing IGA and PSU for surveys
3. Press release detailing survey with University of Illinois, Chicago:
http://www.portlandoregon.gov/police/news/read.cfm?id=4400

**Status Note:**

**2014 Q1 Update:**  PPB negotiated a contract with PSU for these surveys to be done once the COCL is in place and has provided input for the questionnaire.

**2014 Q2 Update:**  Portland City Council decided to delay the appropriation of the funding for the follow-up survey until the COCL has been hired.

**2014 Q3 Update:**  Awaiting the hiring and input of the COCL for this task.

**2014 Q4 Update:**  The newly-named COCL Dennis Rosenbaum will deliberate on how the team wishes to proceed with this action--they must determine who will conduct the survey; how it will be done; and when it will be issued to random members of the community.

**2015 Q1 Update:**  The COCL reviewed the prior community survey and took the lead on developing the new questionnaire in consultation with the COAB. With the City's assistance, he pursued a contract with PSU to mail and collect the surveys. The COCL agreed to do the analysis and write the report of the findings. The COAB voted to approve the use of PSU at its March meeting. However, a question was raised re: the legitimacy of that vote so it was placed on the April agenda to be revisited. A review and analysis of the survey results is ultimately required to inform the CEO Plan.

**2015 Q2 Update:**  The second vote of the COAB did not support the selection of PSU as the survey contractor. Thus the City had to engage a whole new process. Ultimately, DHM was chosen with input from COAB. The COCL then worked with this group to develop the questions and methodology to be used. Although it was due to be distributed on June 26, as of July 30th it still had not been mailed out.

**2015 Q3 Update:**

# Department of Justice Tasks / Quarterly Update Report

**Task Description**                                                                           147

Demographic data collection and development of programs

**Task Requirements:**    PPB shall continue to collect appropriate demographic data for each precinct so that the Precinct Commander, together with the COAB, may develop outreach and policing programs specifically tailored to the residents of the precincts.

**Status**    Complete - pending external review

**Action Steps:**    1. Ensure that PPB policy incorporates the requirements of this provision

**Task Date Completed:**        5/23/2013    ☐ **Received DOJ Approval?**    **Approval**

**Evidence of Completion:**    1. Demographic mapping

**Status Note:**

**2014 Q1 Update:**    Discussions with Commanders were held to determine what demographic data should be collected for this purpose; SSD analyst is exploring what census tracking data should  be used.

**2014 Q2 Update:**    After consultations with Commanders and PSU, SSD analysts settled on which data elements to collect and report on for each precinct as well as the level of detail within the demographic releases to be used. Based on PSU's recommendation, PPB will use the US Census rather than ACS  now until later in the decade.

**2014 Q3 Update:**    PPB continues to collect demographic data relevant to each precinct.

**2014 Q4 Update:**    PPB continued to collect the designated demographic data by precinct for future use by the Commanders and the COAB.

**2015 Q1 Update:**    PPB maintained its practice of collecting demographic data for each precinct for use by Command staff and others.

**2015 Q2 Update:**    PPB continues to collect demographic data relevant to each precinct.

**2015 Q3 Update:**

**Friday, August 14, 2015**

# Department of Justice Tasks / Quarterly Update Report

**Task Description**                                                                          148

Documentation and analysis of demographic data

**Task Requirements:**  PPB shall continue to require that officers document appropriate demographic data regarding the subjects of police encounters including race, age, sex, and perceived mental health status of the subject and provide such information to the CPRC to contribute to their analysis of community concerns regarding discriminatory policing. In consultation with the COAB and CPRC, PPB shall consider enhancements to its data collections efforts, and report on its efforts to enhance data collection to the DOJ by no later than December 31, 2013, and quarterly thereafter.

**Status**   Pending Compliance Coordinator review

**Action Steps:**   1. Ensure PPB policy requires collection of demographic and other data outlined in this provision
2. Demonstrate that PPB is technologically capable of tracking and reporting on stops data
3. Identify opportunities for improvement in data collection
4. Demonstrate communication of data analysis to CPRC for collaborative analysis of stops data that speaks to community concerns

**Task Date Completed:**             ☐ **Received DOJ Approval?**   **Approval**

**Evidence of Completion:**   1. Draft edits to Directive 312.00 - Requests for Assistance and Required Documentation
2. Draft edits to Directive 910.000 - Field Reporting Handbook Instructions
3. 2009 Technical Assistance Report from Portland State University
4. 2013 Report on Stops Data Collection
5. Stops Data screen shot and system (VCAD and Desktop) overview
6. PPB Tips and Techniques for Stops Data Collection

**Status Note:**

**2014 Q1 Update:**   Data enhancement report completed; stops collection report amended to include peceived mental health status pending RegJIN implementation.

**2014 Q2 Update:**   Stops data report completed for the quarter.  Report on data enhancement efforts was written and forwarded to USDOJ.

**2014 Q3 Update:**   Stops data report submitted for the quarter.  Report on data enhancement completed.

**2014 Q4 Update:**   Stops data report for the quarter is not yet complete as the Stops data analyst has not yet been hired and other analysts' time is at a premium. However, it is expected shortly.
Report on data enhancements achieved this quarter was prepared.

**2015 Q1 Update:**   Stops data report for last quarter was completed by new analyst as was the report for this quarter. Both will be posted to the PPB website with previous quarterly reports.
Data enhancement report was prepared and provided to DOJ.

**2015 Q2 Update:**   The 2nd quarter Stops data report will be posted to the PPB website with the quarterly DOJ report.
The data enhancement report was prepared and will be submitted to DOJ.

**2015 Q3 Update:**

# Department of Justice Tasks / Quarterly Update Report

**Task Description**                                                                      149

Metrics development community engagement and outreach

**Task Requirements:**  The COAB, COCL, PPB, and DOJ will jointly develop metrics to evaluate community engagement and outreach.

**Status**  Pending COCL selection

**Action Steps:**

**Task Date Completed:**               ☐ **Received DOJ Approval?**    **Approval**

**Evidence of Completion:**

**Status Note:**

**2014 Q1 Update:**  PPB awaiting the naming of the COCL and selection of COAB members before pursuing this task.

**2014 Q2 Update:**  PPB awaiting the naming of the COCL and selection of COAB members.

**2014 Q3 Update:**  PPB awaiting the final selection of the COCL and the naming of the COAB members to collaborate on this task.

**2014 Q4 Update:**  Although COCL has been appointed, PPB must still wait for the formation of the COAB in order to develop the metrics for evaluation of community engagement efforts as it is a collaborative process.

**2015 Q1 Update:**  COAB members were named at the end of January and their initial meeting was held on February 9th.  The first two monthly meetings were focused on organizational structure.  Topics for subcommittees were identified and members were asked to volunteer for the one(s)in which they were interested.  The CEO subcommittee met once at end of March to discuss the first of two required town hall meetings on PPB outreach efforts which was scheduled for April 2nd.  The group has not yet addressed the development of metrics for evaluation of these efforts.

**2015 Q2 Update:**  Metrics have not yet been developed as the time frames for the work plan for the creation of a CEO Plan have been delayed due to issues with the contract for the required community survey.
PPB looks forward to collaborating on this process with the COAB once the prerequisite actions have been taken.

**2015 Q3 Update:**

# Department of Justice Tasks / Quarterly Update Report

**Task Description**                                                                          150

PPB Annual Report

**Task Requirements:**  Annually, PPB shall issue a publicly available PPB Annual Report, which shall include a summary of its problem-solving and community policing activities. A draft of the Annual Report shall be reviewed by the COAB before the report is finalized and released to the public. Once released, PPB shall hold at least one meeting in each precinct area and at a City Council meeting annually to present its Annual Report and to educate the community about its efforts in community policing in regard to the use of force, and about PPB's policies and laws governing pedestrian stops, stops and detentions, and biased-free policing, including a civilian's responsibilities and freedoms in such encounters.

**Status**    Actively in Process

**Action Steps:**    1. PPB will begin preliminary work to identify community policing activities and engagement
2. PPB will work with stakeholders, the community, City Council, and DOJ to identify required and desired elements of an annual report on problem-solving and community policing activities
3. PPB will explore ways to compile its Stops Data Collection Report with other existing data sets and reports to establish a more comprehensive Annual Report

**Task Date Completed:**                    ☐ **Received DOJ Approval?**    **Approval**

**Evidence of Completion:**   1. 2013 Stops Data Collection Report (located in folder #148)
2. Community surveys from PSU and University of Illinois, Chicago (located in folder #146 a.)

**Status Note:**

**2014 Q1 Update:**  While awaiting the approval of the Agreement and the creation of the COAB, the PPB issued its own public DOJ progress report outlining its accomplishments thus far.

**2014 Q2 Update:**  Nothing due this quarter.

**2014 Q3 Update:**  This report was not due this quarter.

**2014 Q4 Update:**  This report was not due this quarter.

**2015 Q1 Update:**  The required summary of PPB's problem-solving and community policing activities will be a section included within the Bureau's regularly issued annual report that should be published in June.

**2015 Q2 Update:**  The PPB's annual DOJ progress report will be done on a calendar year basis so 2015 should be out in January, 2016.

**2015 Q3 Update:**

# Department of Justice Tasks / Quarterly Update Report

---

**Task Description**                                                           151

COAB Recommendations

**Task Requirements:**   The COAB may make recommendation approved by a majority of its membership regarding implementation of the items in the Agreement.

**Status**   Pending COCL selection

**Action Steps:**

**Task Date Completed:**            ☐ **Received DOJ Approval?**   **Approval**

**Evidence of Completion:**

**Status Note:**

**2014 Q1 Update:**   COAB task when selected.

**2014 Q2 Update:**

**2014 Q3 Update:**

**2014 Q4 Update:**

**2015 Q1 Update:**

**2015 Q2 Update:**

**2015 Q3 Update:**

---

**Friday, August 14, 2015**

# Department of Justice Tasks / Quarterly Update Report

---

**Task Description**                                                                    152

Twice yearly meeting requirement for COAB and other interest groups

**Task Requirements:**   The COAB shall meet at least twice per year with the Chief, the Police Commissioner, PPB Precinct Commanders, PPB Neighborhood Response Teams, and a representative of the Office of Neighborhood Involvement Crime Prevention to assess and solicit comment on PPB's activities in regards to community outreach, engagement, and problem-solving policing. The COAB shall also provide the opportunity for public comment at each of its meetings to keep open lines of communication with the public-at-large.

**Status**   Pending COCL selection

**Action Steps:**

**Task Date Completed:**               ☐  **Received DOJ Approval?**   **Approval**

**Evidence of Completion:**

**Status Note:**

**2014 Q1 Update:**   Awaiting signed Agreement and appointment of COAB members.

**2014 Q2 Update:**   Awaiting signed Agreement and appointment of COAB members.

**2014 Q3 Update:**   Agreement was signed on Aug. 29, 2014.  Now awaiting the selection of the members of the COAB.

**2014 Q4 Update:**   COAB members were not appointed until January, 2015 so neither of these meetings were held this quarter.

**2015 Q1 Update:**   COAB had its first official monthly meeting on February 9, 2015.  It is in the initial stages of formulation and organization.  Thus it is not anticipated that the first of these particular required meetings will be held before 6 months of operation have elapsed.

**2015 Q2 Update:**   This meeting has not yet been held but plans are being developed for the first meeting to be held in the Fall.

**2015 Q3 Update:**

# Department of Justice Tasks / Quarterly Update Report

**Task Description**                                                          153

Meeting invitation to US Attorney's Office

**Task Requirements:**  A representative of the Oregon U.S. Attorney's Office shall be invited to attend all COAB meetings.

**Status**   Pending COCL selection

**Action Steps:**

**Task Date Completed:**                 ☐ **Received DOJ Approval?**   **Approval**

**Evidence of Completion:**

**Status Note:**
**2014 Q1 Update:**   COCL/COAB's responsibility once named and functioning.
**2014 Q2 Update:**
**2014 Q3 Update:**
**2014 Q4 Update:**
**2015 Q1 Update:**
**2015 Q2 Update:**
**2015 Q3 Update:**

---

**Task Description**                                                          154

COAB Meeting Requirements

**Task Requirements:**  COAB shall meet as needed to accomplish their objectives as set forth in this Agreement. All COAB meetings shall be open to the public. In addition, COAB shall attend quarterly meetings with the COCL as provided in paragraph 163. To the extent that COAB meetings are subject to the Oregon Public Meetings Law, or similar regulatory or statutory requirements, the City shall be responsible to give advice necessary to the COCL to ensure compliance with those laws and agrees to represent COCL in any challenges regarding compliance with those laws.

**Status**   Pending COCL selection

**Action Steps:**

**Task Date Completed:**                 ☐ **Received DOJ Approval?**   **Approval**

**Evidence of Completion:**

**Status Note:**
**2014 Q1 Update:**   COAB responsibility
**2014 Q2 Update:**
**2014 Q3 Update:**
**2014 Q4 Update:**
**2015 Q1 Update:**
**2015 Q2 Update:**
**2015 Q3 Update:**

---

Friday, August 14, 2015

# Department of Justice Tasks / Quarterly Update Report

**Task Description**                                                                 155

COAB member training

**Task Requirements:**   The City shall provide COAB members with appropriate training necessary to comply with requirements of City and State law.

**Status**   Pending COCL selection

**Action Steps:**

**Task Date Completed:**                    ☐ **Received DOJ Approval?**   **Approval**

**Evidence of Completion:**

**Status Note:**

**2014 Q1 Update:**   City's responsibility.

**2014 Q2 Update:**

**2014 Q3 Update:**

**2014 Q4 Update:**

**2015 Q1 Update:**   PPB was prepared to participate in the training for COAB members scheduled for February 2, 2015.  However, the Board ran out of time for the whole presentation due to a lengthy agenda.  PPB remains willing to assist in COAB basic training when appropriate and requested.

**2015 Q2 Update:**   PPB was asked to conduct a Training 101 presentation to the COAB at its June 11th meeting.  Capt. Marshman presented an overview and then Capt. Parman and his staff provided more detailed information to the group.
PPB, and in particular the Training Division, prepared a Citizens Academy to be given to all COAB members on one of three date sets of their choosing.  The first took place on June 30.

**2015 Q3 Update:**

# Department of Justice Tasks / Quarterly Update Report

**Task Description**                                                                                          158

Reporting requirements

**Task Requirements:**   All PPB audits and reports related to the implementation of this Agreement shall be made publicly available via website and at PPB, IPR, City Hall, and other public locations. Audits and reports shall be posted on PPB's website.

**Status**   Actively in Process

**Action Steps:**   1. Identify any new audit or report resulting from the implementation of the Agreement
2. Ensure that all new audits and reports identified are made publicly available for review and comment per the requirements of this provision

**Task Date Completed:**              ☐ **Received DOJ Approval?**   Approval

**Evidence of Completion:**   1. DOJ Tab on PPB website www.portlandoregon.gov/police/doj

**Status Note:**

**2014 Q1 Update:**   PPB issued its public DOJ Progress Report outlining accomplishments thus far.  It was posted on Web and hard copies were provided to IPR, Auditor, Mayor and all City Commissioners, City Attorney, DOJ and other partners for wide distribution

**2014 Q2 Update:**   PPB posted  its force data reports for the quarter on its website.  PPB is awaiting the signing of the Agreement and discusssions with COCL and DOJ re: format of quarterly reports before posting those to the website.

**2014 Q3 Update:**   PPB will post its force data reports for the third quarter on the website as soon as the data collection and analysis is complete.  Still awaiting the COCL selection for discussion with DOJ re: format of quarterly compliance report to post.

**2014 Q4 Update:**   PPB will post its force data reports for the fourth quarter on the website very shortly after submisssion of this report. The PPB quarterly report to DOJ and the COCL will be posted as well as soon as the parties agree on the format.

**2015 Q1 Update:**   The Bureau's 4th quarter force report was posted on the PPB website as was the PPB's DOJ 4th Quarter Progress report. Due to the upcoming Go Live date for PPB's new records management system and the actions necessary for that implementation, the 1st Quarter Force report will be delayed as all the information for the time frame is not readily available to the Inspector or analyst.

**2015 Q2 Update:**   PPB posted its 1st Quarter force reports and its DOJ 1st Quarter Progress report as required by May 15th. With the hiring of a Stops Data analyst, PPB was able complete its 4th quarter Stops data report and put that on its website as well. The 1st quarter Stops report will be available with the rest of the Bureau's DOJ-related quarterly reports.

**2015 Q3 Update:**

# Department of Justice Tasks / Quarterly Update Report

**Task Description**                                                                 159

DOJ compliance records and retention

**Task Requirements:**   PPB shall collect and maintain all data and records necessary to facilitate and ensure transparency and wide public access to information related to PPB decision making and activities, and compliance with this Agreement, in accordance with the Oregon Public Records Law.

**Status**   Actively in Process

**Action Steps:**   1. Review directives associated with public records retention and access to ensure they comply with the requirements of this provision.

**Task Date Completed:**                ☐ **Received DOJ Approval?**   **Approval**

**Evidence of Completion:**   1. Draft DIR 614.50: Release of Information

**Status Note:**

**2014 Q1 Update:**   PPB continued to maintain its data and records this quarter as required the Oregon Public Records Law.

**2014 Q2 Update:**   PPB continued to maintain its data and records this quarter as required the Oregon Public Records Law.

**2014 Q3 Update:**   PPB continued to maintain its data and records this quarter as required the Oregon Public Records Law.

**2014 Q4 Update:**   PPb continued to maintain its data and records this quarter as required the Oregon Public Records Law.

**2015 Q1 Update:**   PPB continued to maintain data and records this quarter as required the Oregon Public Records Law.

**2015 Q2 Update:**   PPB maintained the requisite data and records related to the Agreement as required by the Oregon Public Records Law.

**2015 Q3 Update:**   PPB continued to maintain its data and redords to the best of its ability as required by the Oregon Public Records Law.

# Department of Justice Tasks / Quarterly Update Report

**Task Description**                                                              160

Compliance Officer/Community Liaison

**Task Requirements:**   The City shall publicly identify three potential candidates with expertise in police practices, community engagement, and crisis intervention methods, to serve as a Compliance Officer and Community Liaison (COCL). Following a 30-day public comment period, the City Council shall select a COCL who shall be responsible for synthesizing data related to PPB's use of force, reporting to the City Council, DOJ, and the public and gathering input from the public related to PPB's compliance with the Agreement. The COCL shall not be attached to any one City office, shall be wholly independent of PPB, and shall be responsive to the entire City Council, the public, and DOJ. The City shall provide administrative support so that the COCL can perform the duties and responsibilities identified in the Agreement.

**Status**   Actively in Process

**Action Steps:**   1. City Council DOJ coordination team, led by Commissioner Amanda Fritz and Mayor Charlie Hales, will outline proposed steps for recruitment.

**Task Date Completed:**              ☐ **Received DOJ Approval?**   **Approval**

**Evidence of Completion:**

**Status Note:**

**2014 Q1 Update:**   PPB's Compliance team continued to attend all meetings scheduled to discuss and provide input into the COCL selection process.

**2014 Q2 Update:**   PPB's Compliance team attended the meetings scheduled to work on the selection process.

**2014 Q3 Update:**   The Bureau's Compliance team continued to participate in any scheduled planning meetings and attended the full day public interview session for the three named finalists.

**2014 Q4 Update:**   The COCL selection was announced by the Mayor and City Council on November 12, 2014.

**2015 Q1 Update:**   The COCL team officially began its work in mid-January, 2015.

**2015 Q2 Update:**   The COCL team, with its newest member Kathleen Saadat, continued in its work.

**2015 Q3 Update:**

---

**Friday, August 14, 2015**

# Department of Justice Tasks / Quarterly Update Report

**Task Description**                                                      161-164

COCL's duties and expectations

**Task Requirements:**   COCL shall collect information, make recommendations to the City, prepare quarterly, written, public reports detailing PPB's compliance with and implementation of the Agreement, and work with the COAB and the public to receive comments on those reports.

See specific and detailed requirements of the COCL's duties in DOJ Agreement paragraphs #161-164.

**Status**   Actively in Process

**Action Steps:**   1. City Council will form a staff group to manage the hiring of a Compliance Officer Community Liaison (COCL)
2. Council staff will develop a hiring process and associated documents
3. Council staff will track and document the hiring process, which will include substantial community input
4. Council group will develop initial draft contract, which meets the requirements of this provision
5. Council group will ensure community input during the hiring process and in advance of awarding the contract

**Task Date Completed:**                  ☐ **Received DOJ Approval?**   **Approval**

**Evidence of Completion:**

**Status Note:**

**2014 Q1 Update:**   COCL's responsibility

**2014 Q2 Update:**

**2014 Q3 Update:**

**2014 Q4 Update:**

**2015 Q1 Update:**

**2015 Q2 Update:**

**2015 Q3 Update:**

# Department of Justice Tasks / Quarterly Update Report

**Task Description**                                                                165

Hiring and duties of PPB Compliance Coordinator

**Task Requirements:**    PPB will hire or retain an employee familiar with the operations of PPB for the duration of this Agreement, to serve as a PPB Compliance Coordinator. The Compliance Coordinator will serve as a liaison between PPB and both the COCL and DOJ and will assist with PPB's compliance with this Agreement. At a minimum, the Compliance Coordinator will adhere to the requirements in the Agreement.  See Agreement for specifics, #165.

**Status**    Completed - Closed

**Action Steps:**

**Task Date Completed:**        1/7/2013    ☐ **Received DOJ Approval?**    **Approval**

**Evidence of Completion:**    1. DOJ Compliance Captain P4
                               2. DOJ Senior Management Analyst P4
                               3. PPB DOJ Compliance Team description

**Status Note:**

**2014 Q1 Update:**    Captain Marshman serves as the Bureau's Compliance Coordinator.

**2014 Q2 Update:**    Captain Marshman continues in this role.

**2014 Q3 Update:**    This position remains with Captain Marshman.

**2014 Q4 Update:**    Captain Marshman continues to serve in this role.

**2015 Q1 Update:**    Captain Marshman continues to serve as Compliance Coordinator.

**2015 Q2 Update:**    Captain Marshman remains the Bureau's Compliance Coordinator

**2015 Q3 Update:**

# Department of Justice Tasks / Quarterly Update Report

**Task Description**                                                                 169

Training and policy adherence to Agreement

**Task Requirements:**    PPB shall revise and/or develop its policies, procedures, protocols, training curricula, and practices to ensure that they are consistent with, incorporate, address, and implement all provisions of the Agreement specific to force, training, community-based mental health services, crisis intervention, employee information system, officer accountability, and community engagement.

PPB shall revise and/or develop as necessary other written documents such as handbooks, manuals, and forms, to effectuate the provisions of the Agreement. PPB shall send new or revised policies, procedures, protocols, and training curricula regarding use of force, interactions with persons in mental health crisis and systems of accountability to DOJ as they are promulgated, with a copy to the COCL. DOJ and the COCL will provide comments within 45 days and will not unreasonably withhold recommendations about policies, procedures, protocols, and training curricula. The COCL shall seek the timely input of the relevant members of the Training Division and patrol officers, as well as members of the community. If the City disagrees with DOJ's comments, the City shall, within 14 days of being informed of the DOJ's comments, inform the Parties in writing of the disagreement. Within 14 days thereafter, the Parties shall meet and confer on the disagreement at a mutually agreeable time. Upon approval by the Parties, policies, procedures, training curricula, and manuals shall be implemented within 30 days of agreement or the Court's decision. PPB shall provide initial and in-service training to all officers and supervisors with respect to newly implemented or revised policies and procedures. PPB shall document employee review of and training in new or revised policies and procedures.

**Status**    Actively in Process

**Action Steps:**

**Task Date Completed:**          ☐ **Received DOJ Approval?**    **Approval**

**Evidence of Completion:**    1. In service materials (located in folder #84)
                                    Additionally, evidence is contained within all documents submitted for review by PPB.

**Status Note:**

**2014 Q1 Update:**    During this quarter, PPB continued to engage in this process as relevant policies were revised, training curricula developed or standard forms or documents changed

**2014 Q2 Update:**    PPB created a Directive on the new directives process; revised several existing ones pursuant to the new policy; and formulated a plan to review all DOJ-related directives in a timely fashion pursuant to the Agreement.

**2014 Q3 Update:**    PPB continued the process of reviewing and revising all DOJ-related directives under its new policy.  This included the eenactment of 2  Mental health and 4 Accountability directives in July; posting 5 Force directives for Universal review on July 1, 2014;  7 Accountability and Reporting directives for Universal review on August 1, 2014; and 10 Discipline Process directives for re-review by the public on September 1, 2014.

**2014 Q4 Update:**    During this quarter, PPB enacted a number of DOJ-related directives including 12 Accountability and Reporting ones; 9 related to the Discipline process; and 5 related to Force.  Three other Accountability directives were in the Executive Reconciliation phase as were 5 Training directives.

**2015 Q1 Update:**    In this quarter, PPB enacted a comprehensive directive on Training-1500.00.  The two Directives related to Mental Health were posted for their 6 month universal review as were 4 Accountability ones.  Thirteen other non DOJ-related ones were posted for their initial universal review under the themes of "inverstigations" and "external communication protocol."
                        At the end of the quarter, 28 directives were in the stage of executive reconciliation.

**2015 Q2 Update:**    In the second quarter, PPB enacted 9 directives, three of which were DOJ-related, including Courtesy, Field Training and Lawsuits and Claims. Another 23 were posted in this three month period for universal review as part of the 6 month review requirement in the Agreement for DOJ-related directives.
                        Finally, 46 directives, including most of the 23 above, are currently in the Executive reconciliation phase at the close of the quarter.

# Department of Justice Tasks / Quarterly Update Report

**2015 Q3 Update:**

**Task Description** 170

Public notice and comment on draft changes

**Task Requirements:** The Chief shall post on PPB's website final drafts of all new or revised policies that are proposed specific to force, training, community-based mental health services, crisis intervention, employee information system, officer accountability, and community engagement, to allow the public an opportunity for notice and comment, prior to finalizing such policies.

**Status** Actively in Process

**Action Steps:** 1. PPB will identify when new or revised policies will stem from implementation provisions of the Agreement
2. PPB will post such policies on its website and announce their publication in other venues to draw attention to the policies

**Task Date Completed:** ☐ **Received DOJ Approval?** **Approval**

**Evidence of Completion:** 1. PPB website DOJ tab www.portlandoregon.gov/police/doj

**Status Note:**

**2014 Q1 Update:** None posted this quarter--many are in the internal preparatory phase and will be posted and commented upon next quarter

**2014 Q2 Update:** Mental Health Directives 850.20 and 850.25 and Accountability Directives 310.00; 310.20; 310.40; 310.50; 311.30; 312.50;313.10; 315.00; 316.00; 317.40; 344.00; 344.05 as well as Discipline Process Directives 330.00; 331.00; 332.00; 333.00; 334.00; 335.00; 336.00; 337.00; 338.00; and Juvenile Custody Directives 640.70; 850.30; 870.50 were posted on PPB website for public comment prior to finalizing.

**2014 Q3 Update:** Force Directives 315.30, 416.00, 1010.00, 1010.10, and 1051.00 were posted for public comment (Universal review) on July 1, 2014 for 30 days.
Accountability and Reporting Directives 120.00, 215.00, 312.00, 345.00, 910.00, 930.00, and 940.00 were posted for public comment (Universal review) on August 1, 2014 for 30 days.
Discipline Process Directives 330.00, 331.00, 332.00, 333.00, 334.00, 335.00, 336.00, 337.00, 338.00 and 635.10 were all re-posted for public comment (Universal review) on September 1, 2014 for 30 days.

**2014 Q4 Update:** Training Directives 060.50; 210.05; 210.21; 412.00 and 690.00 were posted for Universal Review from November 1, 2014 through November 30, 2014.

**2015 Q1 Update:** Mental Health Directives 850.20 and 850.25 and Accountability Directives 310.00; 310.40; 312.50; and 317.40 were posted for their 6 month universal review.

**2015 Q2 Update:** Twenty-three DOJ-related directives were posted on the PPB website for public comment per the universal review process for their required six month review.

**2015 Q3 Update:**

# Department of Justice Tasks / Quarterly Update Report

**Task Description**                                                                171

Policy review by Chief's Office

**Task Requirements:**   The Chief's Office shall coordinate a review of each policy or procedure required by the Agreement 180 days after such policy or procedure is implemented, and annually thereafter (on a regularly published schedule), to ensure that such policy or procedure provides effective direction to PPB personnel and remains consistent with the purpose and requirements of the Agreement.

**Status**   Open

**Action Steps:**   1. Ensure that bureau protocols require annual review of policies and protocols.
2. Develop new policy requiring initial 180-day review of new policies or procedures per the requirements of this provision.

**Task Date Completed:**        ☐ **Received DOJ Approval?**   **Approval**

**Evidence of Completion:**

**Status Note:**

**2014 Q1 Update:**   Initial draft of Directive re: review policy prepared

**2014 Q2 Update:**   Directive 010.00 became effective May 1, 2014.  The Use of Force, ECW and Satisfactory Performance Directives that took effect on January 1, 2014 will be the first to undergo the new, initial 6 month review on July 1, 2014.  Thereafter, all DOJ-related Directives will be scheduled for a 6 month review from their effective date.

**2014 Q3 Update:**   Directives 940.00, 1010.00, 1051.00 and 315.00 were posted for their 180 day required review and are currently in Executive Reconciliation phase.
No annual reviews due yet.

**2014 Q4 Update:**   Directives 940.00, 1010.00 and 1051.00  were enacted on December 4, 2014 and Diirective 315.00 was enacted on November 19, 2014 after their six month review was complete.

**2015 Q1 Update:**   Directives 310.00; 310.40; 312.50; 317.40; 850.20; and 850.25 underwent their 6 month review during the quarter.  No DOJ-related directives were due for their annual review at this time.  Training Directive 1500.00 and Courtesy Directive 310.40 were enacted.
After Executive reconciliation it was decided to re-post the Mental Health directives for universal review as a result of the major retructuring in format that resulted.

**2015 Q2 Update:**   Directives 215.00, 345.00, 330.00, 331.00, 331.00, 332.00, 333.00, 334.00, 335.00, 336.00, 337.00, 338.00, 850.20, 850.21, 850.22, 850.25, 310.20, 310.50, 315.00, 344.00, 344.05, 120.00, and 1010.10 underwent their 6 month review during this quarter.

Directives 310.40, 220.40 and 1501.00 were the DOJ-related ones that were reviewed and enacted this quarter.

The Mental Health directives were posted for Universal review and thereafter were put on hold for receipt of DOJ and COCL comments.  A face-to-face meeting was held in May for PPB, COCL and DOJ to discuss areas of concern.  The packet of directives is now in the process of revision with a target date of early August for resubmission to DOJ.

The Discipline directives were also reviewed by DOJ and much work remains to be done in conjunction with IPR before that directive can be revised.

**2015 Q3 Update:**

---

**Friday, August 14, 2015**

# Department of Justice Tasks / Quarterly Update Report

**Task Description**                                                                 172

Application of policies and officer accountability

**Task Requirements:**  PPB shall apply policies uniformly and hold officers accountable for complying with PPB policy and procedure.

**Status**  Complete - review ongoing

**Action Steps:**

**Task Date Completed:**     10/10/2013  ☐ **Received DOJ Approval?**    **Approval**

**Evidence of Completion:**  1. Discipline Guide (located in folder #137)

**Status Note:**

**2014 Q1 Update:**

**2014 Q2 Update:**  IA researching the best policy to document this mandate or will create a specific new Directive.

**2014 Q3 Update:**  Directives 345.00 and 940.00 were posted for public comment and are through Universal Review.  Both are in Executive Reconciliation, the final stage of completion.

**2014 Q4 Update:**  Directive 345.00 was enacted on October 30, 2014 and Directive 940.00 was enacted on December 4, 2014.  Directive 315.00 was enacted on November 19, 2014.

**2015 Q1 Update:**  The above Directives remain in effect.

**2015 Q2 Update:**  Directive 345.00 was posted for universal review in April as part of its 6 month required review and was in the Executive reconciliation phase at end of the quarter.
Directive 315.00 was posted for universal review on May 2, 2015 for its required 6 month review and was in the Executive reconciliation phase at the end of this quarter as well.

**2015 Q3 Update:**

# Department of Justice Tasks / Quarterly Update Report

**Task Description**                                                                176

Agreement Compliance Report

**Task Requirements:**    Beginning with the COCL's first quarterly report, as set forth in paragraph 166 of the Agreement, PPB shall prepare a status report no later than 45 days before the COCL's quarterly report is due. The PPB Compliance Coordinator shall lead the effort in preparing this status report and shall provide copies to the COCL, DOJ, and the public. PPB's report shall delineate the steps taken by PPB during the reporting period to comply with each provision of the Agreement.

**Status**    Actively in Process

**Action Steps:**    1. PPB will track implementation of each provision of the agreement
2. PPB will provide detailed analysis of implementation and present implementation progress in a publicly palatable and informative manner
3. PPB will work with the COCL, the DOJ, and other stakeholders to identify opportunities for improvement to the report on an ongoing basis

**Task Date Completed:**                    ☐ **Received DOJ Approval?**    **Approval**

**Evidence of Completion:**

**Status Note:**

**2014 Q1 Update:**

**2014 Q2 Update:**    Pending appointment of COCL, PPB has been preparing a quarterly report that it hopes will eventually sync with the COCL's reporting timeframe.

**2014 Q3 Update:**    While awaiting the naming of the COCL,  PPB has continued to prepare its quarterly report.  PPB still intends to work with COCL to assure that the timeframes jive with each other.

**2014 Q4 Update:**    PPB prepared its quarterly report as usual.
Compliance team met with the newly appointed COCL team at the end of this quarter to discuss the timing of each one's required report.  They agreed on a schedule for their respective reports that meets the requirement.

**2015 Q1 Update:**    PPB prepared this quarterly report which will serve as the required status report for COCL's next quarterly report.  It was posted on the website.

**2015 Q2 Update:**    PPB prepared its quarterly report for submission to the DOJ and the COCL for its use in reporting on PPB compliance.  It will be posted on the PPB website.

**2015 Q3 Update:**

# Department of Justice Tasks / Quarterly Update Report

**Task Description**                                                               177

Agreement documents and records retention

**Task Requirements:**  PPB shall maintain all records, as applicable, necessary to document their compliance with the terms of the Agreement and all documents expressly required by the Agreement.

**Status**  Actively in Process

**Action Steps:**   1. PPB will develop system within PSD and Compliance Coordinator offices to ensure compliance with the requirements of this provision.

**Task Date Completed:**                  ☐ **Received DOJ Approval?**  **Approval**

**Evidence of Completion:**  1. PPB Action Item Database (upon request)
2. PPB DOJ folder located within PSD (provided on USB drive)
3. Training Records Management (upon request)
4. BHU Records Management (upon request)

**Status Note:**

**2014 Q1 Update:**  PPB is maintaining all documents, pursuant to applicable law, necessary to document compliance.  A specific database has been created for that purpose.

**2014 Q2 Update:**  PPB continues to maintain all appropriate documents.

**2014 Q3 Update:**  PPB continues to maintain all pertinent documents.

**2014 Q4 Update:**  PPB continues to maintain all pertinent documents.

**2015 Q1 Update:**  PPB continues to maintain all pertinent documents related to compliance.

**2015 Q2 Update:**  PPB continues to maintain all relevant documents.

**2015 Q3 Update:**

# Department of Justice Tasks / Quarterly Update Report

---

**Task Description**                                                    189

Notification to DOJ of collective bargaining updates

**Task Requirements:**  The PPB and the City agree to promptly notify DOJ if any term of this Agreement becomes subject to collective bargaining. The City agrees to keep DOJ apprised of the status of the resulting negotiations.

**Status**   Open

**Action Steps:**   1. PPB will ensure that notification is sent to the DOJ upon learning of impending bargaining with the union concerning policies related to the Agreement.

**Task Date Completed:**            ☐ **Received DOJ Approval?**    **Approval**

**Evidence of Completion:**

**Status Note:**

**2014 Q1 Update:**   Not applicable this quarter.

**2014 Q2 Update:**   Not applicable this quarter.

**2014 Q3 Update:**   Not applicable this quarter.

**2014 Q4 Update:**   Not applicable this quarter.

**2015 Q1 Update:**   Not applicable this quarter.

**2015 Q2 Update:**   Not applicable this quarter.

**2015 Q3 Update:**

# Department of Justice Tasks / Quarterly Update Report

**Task Description**                                                                                          190

Employee Signed Acknowledgement of Agreement

**Task Requirements:**  All PPB officers and persons related to the implementation of the Agreement shall sign a statement indicating that they have read and understand the Agreement within 90 days of the effective date of the Agreement. Such statement shall be retained by PPB. PPB shall require compliance with the Agreement by their respective officers, employees, agencies, assigns, or successors.

**Status**   Actively in Process

**Action Steps:**   1. PPB will develop an electronic system for acknowledging receipt of new or revised policies and having read and understood them, per Agreement #85 g
2. PPB will require all personnel read and sign statement of understanding for new or revised policies

**Task Date Completed:**                    ☐ **Received DOJ Approval?**   **Approval**

**Evidence of Completion:**

**Status Note:**

**2014 Q1 Update:**   Electronic system developed and ready to be utilized upon signing of the Agreement

**2014 Q2 Update:**

**2014 Q3 Update:**   Agreement signed by Judge Simon on August 29, 2014.  Once the final version was received from the CAO, it was posted on the PPB's  Intranet with a message from the Chief indicating he expected all members to read and acknowledge by Oct. 29, 2014.  By the end of this quarter, a number of members had already signed the acknowledgment. This task will be completed long before the end of next quarter

**2014 Q4 Update:**   All available members have signed a form acknowledging that they have read and undertan the settlement agreement.
The Compliance team is working with the Personnel Division to develop a protocol to assure  that all new employees receive instruction to do the same.

**2015 Q1 Update:**   The responsibility for assuring the compliance of new employees will fall to the RU manager.

**2015 Q2 Update:**   It is a continuing requirement that all new employees read and acknowledge the Settlement Agreement.

**2015 Q3 Update:**