

**PORTLAND POLICE BUREAU
DEPARTMENT OF JUSTICE PROGRESS REPORT**

March 2014





THE FOLLOWING IS A BRIEF SNAPSHOT OF THE WORK BEING DONE BY THE PORTLAND POLICE BUREAU (PPB) TO ENHANCE POLICY, INCREASE ACCOUNTABILITY AND IMPROVE SERVICE TO PERSONS WITH PERCEIVED OR ACTUAL MENTAL ILLNESS.

This report details the first year of implementation of the Department of Justice (DOJ) agreement. Nearly one hundred action items have been assigned to five units within PPB related to use of force, training, crisis intervention, community based mental health services, accountability, and community engagement. This has led to significant changes to Bureau policy and practice, training protocols and the process for internal administrative investigations.

Performance outcomes will be measured over time through use of force trends, reports on interactions with persons living with mental illness, surveys of public trust, and the impact of a new community engagement and outreach plan, among other things.

Much has been accomplished, and yet much is to be done. Hurdles are anticipated as the PPB is in the midst of a long-planned replacement project for its thirty year old records management system.

However, the Portland Police Bureau is committed to the continuous improvement of policing services, particularly those provided to the most vulnerable individuals in our community. PPB, through the implementation of the action items in the agreement, as well as developing and employing other policing best practices, will be responsive to community, DOJ and City Council input and recommendations.



PPB use of force cases drop 51% since 2008

### ★ WORK DONE SO FAR ★

✓ *Established the Behavioral Health Unit {BHU}*

✓ *New Enhanced Crisis Intervention Training*

✓ *Expanded Mobile Crisis Units to each precinct*

✓ *Adopted new force, TASER & performance policies*

✓ *Improved oversight & accountability practices*

## SUMMARY





OVER THE LAST DECADE, LAW ENFORCEMENT HAS EXPERIENCED A DYNAMIC SHIFT FROM FOCUSING ON CRIMINAL ISSUES TO RESPONDING TO PEOPLE AFFECTED BY HOMELESSNESS, ADDICTION AND MENTAL HEALTH ISSUES. OPERATING IN AN ENVIRONMENT OF DIMINISHED RESOURCES FOR COMMUNITY MENTAL HEALTH, HOUSING AND OTHER SAFETY-NET MECHANISMS, POLICE OFFICERS ARE ENGAGED IN TWICE THE NUMBER OF SUICIDE CALLS THAN 10 YEARS AGO AND AN EVER-INCREASING NUMBER OF CALLS FOR SERVICE RELATED TO INDIVIDUALS IN A MENTAL HEALTH CRISIS.

## MESSAGE FROM THE CHIEF

In November 2012, Portland's City Council approved a settlement agreement with the Department of Justice (DOJ) to improve the policies and practices of the Portland Police Bureau related to individuals with mental health issues. Although the agreement has yet to be approved by the federal court, the Bureau continues to move forward with reforms. The following report highlights some of the work already in progress.

In the last five years, significant changes to policy and training have resulted in a 51% reduction in the use of force. One example includes the development of specialty units within the Bureau to address contacts with individuals in mental health crisis. We continue to strive for innovative ways to manage situations with the lowest level of force possible.



### EQUITY TRAINING
has been provided to all
**Command Staff & Sergeants**



### 41% of newly-hired Portland Police Bureau Officers represent communities of color

But there is more work to be done. We must continue to look for ways to engage our community and build trust. As part of the DOJ settlement, we look forward to working with the Community Outreach Advisory Board (COAB) and the Compliance Officer & Community Liaison (COCL) to improve our community outreach efforts.

I believe Portland Police Officers go out every day and do an incredible job in complex and difficult circumstances. Now is the time to seize new opportunities and provide officers with additional skills and resources to enhance their service to those in need. I look forward to making the changes necessary to better meet the community's expectations.







THE BEHAVIORAL HEALTH UNIT (BHU) WAS ESTABLISHED TO COORDINATE THE RESPONSE OF LAW ENFORCEMENT AND BEHAVIORAL HEALTH SYSTEMS TO PROVIDE AID TO INDIVIDUALS IN CRISIS RESULTING FROM KNOWN OR SUSPECTED MENTAL ILLNESS OR DRUG AND ALCOHOL ADDICTION.

**3 MOBILE CRISIS UNITS**
Officers + Clinicians
Over the last year, the MCU teams have served **359** clients.

**BERS**
*Officers can now make electronic referrals to the unit through the BHU Electronic Referral System.*

**Portland Police Bureau BHU** Behavioral Health Unit

### {ADVISORY COMMITTEES}

The BHU established advisory committees to assure the needs and expectations of the community, service providers, consumers, and officers were met. The **external committee** (BHUAC) consists of diverse group individuals selected per the anticipated DOJ agreement. The **internal committee** includes a Sergeant, an MCU Officer, an ECIT Officer, and a patrol officer from each precinct. Both are driven by the desire to serve the community and help develop a top tier program.

The **SERVICE COORDINATION TEAM** *is a program focused on crime prevention & crime reduction offering addiction treatment & housing as an intervention for chronic offenders.*

**Success**
★ **132** graduates to date
★ Reduced graduate recidivism rates by **91%**
★ Every **$1** spent on treatment saves **$10** in criminal justice costs

THE BHU & TRAINING DIVISION CREATED A 40 HOUR *ENHANCED CRISIS INTERVENTION TRAINING.*

**53** SWORN PERSONNEL ARE CURRENTLY *ECIT* TRAINED.

**25** MORE WILL BE TRAINED IN APRIL OF 2014.

## BEHAVIORAL HEALTH UNIT





The Training Division enhanced the practice of **scenario-based training** directed at deadly force decision-making, use of Electronic Control Weapons (TASER), and managing contacts with people in mental health crisis. Instruction focused on de-escalation techniques. Additionally, the division is establishing new evaluation processes to identify training needs, barriers and changes to increase training effectiveness utilizing the internationally recognized Kirkpatrick model.

**TRAINING ADVISORY COUNCIL**
27 COMMUNITY MEMBERS ESTABLISHED 4 SUBCOMMITTEES TO ADDRESS VARIOUS ASPECTS OF TRAINING NEEDS

**940 BUREAU MEMBERS RECEIVED TRAINING DURING 2013**

Introduced the mission & patrol assistance function of the newly formed **BEHAVIORAL HEALTH UNIT BHU & ENHANCED CRISIS INTERVENTION TRAINING ECIT**

Ground was broken on the new facility to house all training operations.

THE TRAINING DIVISION SEEKS TO PROVIDE MEMBERS OF THE BUREAU WITH RELEVANT AND TIMELY TRAINING THAT HAS DESIRABLE AND MEASURABLE OUTCOMES USING APPROPRIATE AND CONTEXTUALIZED LEARNING METHODS.

The Training Division provided updated information on the new **Use of Force** & **Electronic Control Weapon** policies.

## TRAINING DIVISION





THE MISSION OF PROFESSIONAL STANDARDS DIVISION (PSD) IS TO ESTABLISH ORGANIZATIONAL ACCOUNTABILITY BY ENSURING POLICIES AND EXPECTATIONS ARE CLEARLY DEFINED AND ADHERED TO THROUGH COMPLETE, FAIR AND UNBIASED INVESTIGATIONS. ADDITIONALLY, IT IS TO PROMOTE THE HIGHEST STANDARDS BY IDENTIFYING AND EVALUATING PROGRAMS, PRACTICE AND POLICIES WHICH FURTHER THE GOALS OF THE PORTLAND POLICE BUREAU.

In conjunction with the Independent Review Board, PSD established a 180 day time line for completion of investigations of officer misconduct.

THE PORTLAND POLICE BUREAU MADE **32,428 ARRESTS IN 2013**. FORCE WAS USED IN **3%** OF THOSE CASES.

## USE OF FORCE:

***Professional Standards Division streamlined*** after-action forms for accuracy & enhanced data collection, ***reformatted*** the Force Data Collection Report, ***updated*** directive 940 for DOJ compliance, ***created*** new time lines for report review which exceeds DOJ standards, ***instituted*** curriculum for supervisor in-service on use of force review, ***generated*** a quarterly Force Data & Demographics Summary Report, ***adopted*** new discipline guide to ensure consistency and predictability, and ***established*** guidelines to notify PSD of serious use of force events.

### ••• PERSONNEL •••
✓ *Created an Inspector position to review use of force reports*
✓ *Hired two new Internal Affairs investigators for more timely resolution of complaints*

## PROFESSIONAL STANDARDS

**Portland Police Bureau**
1111 SW 2nd Ave
Portland, OR 97204

Web—http://www.portlandpolice.com
Facebook—http://facebook.com/portlandpolice
Twitter—http://twitter.com/portlandpolice
YouTube—http://youtube.com/portlandpolice