**VANITA GUPTA**
Principal Deputy Assistant Attorney General
**ROBERT MOOSSY**
Deputy Assistant Attorney General
**JUDY PRESTON**
Acting Chief
**LAURA COON**
Special Counsel
**R. JONAS GEISSLER**
Senior Trial Attorney
**BRIAN BUEHLER**
brian.buehler@usdoj.gov
Trial Attorney
Special Litigation Section
Civil Rights Division
Department of Justice
950 Pennsylvania Avenue NW-PHB
Washington, DC 20530
Telephone:    (202) 353-1100
Facsimile:    (202) 514-0212
Attorneys for Plaintiff United States of America

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA**, | Case No. 3:12-cv-02265-SI |
| Plaintiff, | |
| v. | NOTICE OF WITHDRAWAL OF MICHELLE JONES |
| **CITY OF PORTLAND**, | |
| Defendant. | |

Page 1 –   NOTICE OF WITHDRAWAL OF MICHELLE JONES;
            *United States v. City of Portland*; Case No. 3:12-cv-02265-SI

Plaintiff United States of America, by Vanita Gupta, Principal Deputy Assistant Attorney General, and through Trial Attorney Brian Buehler, hereby gives notice to the Court of the withdrawal of Michelle Jones, one of Plaintiff United States of America's counsel of record in this action.

Dated this 26th day of October, 2015.

        Respectfully submitted,

        VANITA GUPTA
        Principal Deputy Assistant Attorney General

        ROBERT MOOSSY
        Deputy Assistant Attorney General

        JUDY PRESTON
        Acting Chief
        Special Litigation Section

        LAURA COON
        Special Counsel


        */s/ Brian Buehler*
        R. JONAS GEISSLER
        Senior Trial Attorney
        BRIAN BUEHLER
        Trial Attorney