**BILLY J. WILLIAMS, OSB #901366**
Acting United States Attorney
District of Oregon
**ADRIAN L. BROWN, OSB #05020**
adrian.brown@usdoj.gov
Assistant United States Attorney
United States Attorney's Office
1000 SW Third Avenue, Suite 600
Portland, Oregon 97204-2902
Telephone:     (503) 727-1011
Facsimile:       (503) 727-1117
**JANICE E. HÉBERT, La. Bar #20218**
janice.hebert@usdoj.gov
Assistant United States Attorney
        Attorneys for Plaintiff

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF OREGON

# PORTLAND DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | Case No. 3:12-cv-02265-SI |
| Plaintiff, | **NOTICE OF APPEARANCE OF CO-COUNSEL** |
| v. | |
| **CITY OF PORTLAND,** | |
| Defendant. | |

Plaintiff, United States of America, by Billy J. Williams, Acting United States Attorney for the District of Oregon, and through Assistant United States Attorney, Janice Hébert hereby gives notice of the appearance of Janice Hébert as co-counsel for Plaintiff in the above-captioned case.

**Page 1 -NOTICE OF APPEARANCE OF CO-COUNSEL**
        United States of America v. City of Portland, 3:12-cv-02265-SI

DATED this 12th day of November 2015.

                                    Respectfully submitted,

                                    BILLY J. WILLIAMS
                                    Acting United States Attorney

                                    */s/ Janice E. Hébert*
                                    JANICE E. HÉBERT
                                    Assistant United States Attorney