J. ASHLEE ALBIES     OSB #051846
E-mail: ashlee@civilrightspdx.com
CREIGHTON & ROSE, PC
300 Powers Building
65 S.W. Yamhill Street
Portland, Oregon  97204
Phone:   (503) 221-1792
Fax:       (503) 223-1516

*Of Attorneys for Intervener-Plaintiff AMA Coalition for Justice and Police Reform*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

**UNITED STATES OF AMERICA,**               Case No. 3:12-cv-02265-SI

      Plaintiff,
  vs.                                                        **NOTICE OF CHANGE OF ADDRESS**

**CITY OF PORTLAND,**

      Defendant.

      PLEASE TAKE NOTICE that Creighton & Rose, P.C., has moved to a different location.

J. Ashlee Albies, OSB No. 051846, of attorneys for Intervener-Plaintiff AMA Coalition for

Justice and Police Reform, is now located at:

*Creighton & Rose, P.C.*
*Powers Building, Suite 300*
*65 SW Yamhill Street*
*Portland, OR 97204*

Dated this 1st day of February, 2016          CREIGHTON & ROSE, PC

                                                                     *s/ J. Ashlee Albies*
                                                        J. ASHLEE ALBIES, OSB #051846
                                                        Of Attorneys for Plaintiffs
                                                        503-221-1792

PAGE 1 – NOTICE OF CHANGE OF ADDRESS

CREIGHTON & ROSE, PC
ATTORNEYS AT LAW
65 SW Yamhill Street #300
Portland, OR 97204
T. (503) 221-1792
F. (503) 223-1516
ashlee@civilrightspdx.com