SHAUNA CURPHEY, OSB # 063063
E-mail: scurphey@curpheylaw.com
CURPHEY & BADGER, P.A.
3519 NE 15th Ave., Suite 155
Portland, OR 97212
Phone: (503) 241-2848

*Of Attorneys for Intervener-Plaintiff AMA Coalition for Justice and Police Reform*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | Case No. 3:12-cv-02265-SI |
| Plaintiff, | |
| vs. | **NOTICE OF CHANGE OF ADDRESS** |
| **CITY OF PORTLAND,** | |
| Defendant. | |

PLEASE TAKE NOTICE that Curphey & Badger, P.A., has moved to a different location. Shauna M. Curphey, OSB No. 063063, of attorneys for Intervener-Plaintiff AMA Coalition for Justice and Police Reform, is now located at:

*Curphey & Badger, P.A.*
*3519 NE 15th Ave., Suite 155*
*Portland, OR 97212*

Dated this 1st day of March 2016            CURPHEY & BADGER, P.A.

　　　　　　　　　　　　　　　　　　　　　　　　 */s/ Shauna M. Curphey*
　　　　　　　　　　　　　　　　　　　　　　　　SHAUNA M. CURPHEY, OSB #063063
　　　　　　　　　　　　　　　　　　　　　　　　Of Attorneys for Plaintiffs
　　　　　　　　　　　　　　　　　　　　　　　　503-241-2848

Page 1 – NOTICE OF CHANGE OF ADDRESS