ANIL S. KARIA, OSB No. 063902
E-mail: anil@pslglawyers.com
Public Safety Labor Group
3021 NE Broadway
Portland, OR  97232
Telephone:  866-486-5556
Facsimile:  866-401-2201
    Attorneys for Intervener-Defendant
    Portland Police Association

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | Civil Case No. 3:12-CV-02265-SI |
| Plaintiff, | |
| | **NOTICE OF ADDRESS CHANGE** |
| v. | |
| **THE CITY OF PORTLAND,** | |
| Defendant. | |

_____

Please take notice that Anil S. Karia, attorney for Intervener-Defendant Portland Police Association, is now located at:

    Public Safety Labor Group
    3021 NE Broadway
    Portland, OR  97232
    Telephone:  866-486-5556
    Facsimile:  866-401-2201
    E-mail: anil@pslglawyers.com

/ / /

DATED this 2nd day of April, 2016.

                    PUBLIC SAFETY LABOR GROUP

                    By:  *s/ Anil S. Karia*
                    ANIL S. KARIA, OSB No. 063902
                    3021 NE Broadway
                    Portland, OR  97232
                    E-mail: anil@pslglawyers.com
                    Telephone:  866-486-5556
                    Facsimile:  866-401-2201
                          Attorneys for Intervener-Defendant
                          Portland Police Association

CERTIFICATE OF SERVICE

I hereby certify that I served the foregoing NOTICE OF ADDRESS CHANGE on:

| | |
|---|---|
| Billy J. Williams<br>Adrian L. Brown<br>Jared Hager<br>Janice E. Hebert<br>United States Attorney's Office<br>District of Oregon<br>1000 SW Third Ave., Ste 600<br>Portland, OR  97204-2902<br>   Attorneys for Plaintiff United States | R. Jonas Geissler<br>Brian Buehler<br>Civil Rights Division<br>U.S. Department of Justice<br>50 Pennsylvania Ave., NW<br>Washington, D.C.  20530<br>   Attorneys for Plaintiff United States |
| Ellen Osoinaich<br>City Attorney's Office<br>1221 SW Fourth Ave., Ste 430<br>Portland, OR  97204<br>   Attorney for Defendant City of Portland | Shauna M. Curphey<br>Curphey & Badger. P.A.<br>3519 NE 15th Ave., Suite 155<br>Portland, OR 97212<br>   Attorneys for Amicus Albina Ministerial<br>   Alliance Coalition for Justice and Police<br>   Reform |
| Jessica Ashlee Albies<br>Creighton & Rose, PC<br>65 SW Yamhill Street, Suite 300<br>Portland, OR 97204<br>   Attorneys for Amicus Albina<br>   Ministerial Alliance Coalition for<br>   Justice and Police Reform | |

by service electronically pursuant to LR 100.7.

DATED this 2nd day of April, 2016.

PUBLIC SAFETY LABOR GROUP

By: *s/ Anil S. Karia*
ANIL S. KARIA, OSB No. 063902
        Attorneys for Intervener-Defendant
        Portland Police Association

Page 1 – CERTIFICATE OF SERVICE