J. ASHLEE ALBIES, OSB #051846
E-mail: ashlee@civilrightspdx.com
CREIGHTON & ROSE, PC
500 Yamhill Plaza Building
815 S.W. 2nd Ave.
Portland, Oregon  97204
Phone:  (503) 221-1792
Fax:  (503) 223-1516

SHAUNA CURPHEY, OSB #063063
E-mail: scurphey@curpheylaw.com
CURPHEY & BADGER, P.A.
520 SW 6th Ave., Ste. 1040
Portland, OR 97204
Phone:  (503) 241-2848

KRISTEN CHAMBERS, OSB #130882
E-mail: kristen@ktp-law.com
KIRKLIN THOMPSON & POPE LLP
1000 SW Broadway, Ste. 1616
Portland OR  97205
Phone:  (503) 222-1640
Fax:  (503) 227-5251

*Of Attorneys for Amicus AMA Coalition for Justice and Police Reform*

UNITED STATES DISTRICT COURT
DISTRICT OF OREGON

| | |
|---|---|
| *United States of America,*<br><br>Plaintiff,<br><br>*v.*<br><br>*City of Portland,*<br><br>Defendant. | Case. No.  3:12-cv-02265-SI<br><br>**Notice of Appearance** |

///

///

///

**Notice of Appearance**

PLEASE TAKE NOTICE that the undersigned, an attorney duly admitted to practice before this Court, hereby appears as counsel for Amicus AMA Coalition for Justice and Police Reform in the above-captioned action.

Dated October 18, 2016.

        Respectfully submitted by:

        KIRKLIN THOMPSON & POPE LLP

        /s/ Kristen Chambers
        Kristen Chambers OSB 130882

        *Of Attorneys for Amicus*
        *AMA Coalition for Justice and Police Reform*

**Notice of Appearance**

KIRKLIN THOMPSON & POPE LLP
1000 SW Broadway Suite 1616, Portland, OR 97205-3035
(TEL) 503-222-1640   (FAX) 503-227-5251   www.ktp-law.com