**STEVEN H. ROSENBAUM**
Chief
**LAURA L. COON**
Special Counsel
laura.coon@usdoj.gov
Special Counsel
Special Litigation Section
Civil Rights Division
U.S. Department of Justice
50 Pennsylvania Ave., NW
Washington, D.C.  20530
Telephone:     (202) 514-1089
Facsimile:     (202) 514-4883

Attorneys for Plaintiff, United States

# UNITED STATES DISTRICT COURT

# DISTRICT OF OREGON

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | Case No. 3:12-cv-02265-SI |
| Plaintiff, | NOTICE OF APPEARANCE |
| v. | |
| **CITY OF PORTLAND,** | |
| Defendant. | |

Plaintiff United States of America, by Steven H. Rosenbaum, Chief, Special Litigation Section, Civil Rights Division, United States Department of Justice, and through Special Counsel

///

///

Page 1 –   NOTICE OF APPEARANCE; *United States v. City of Portland;* Case No. 3:12-cv-02265-SI

Laura L. Coon, hereby gives notice of the appearance of Laura L. Coon as co-counsel for Plaintiff in the above-captioned case.

Dated this 19th day of October, 2016.

                    Respectfully submitted,

                    LAURA L. COON
                    Special Counsel
                    Special Litigation Section
                    Civil Rights Division
                    U.S. Department of Justice

                    */s/ Laura L. Coon*
                    LAURA L. COON
                    Special Counsel