

**Office of the Compliance Officer and Community Liaison (COCL)**

| | |
|---|---|
| **Rosenbaum & Watson, LLP** | COCL Office: |
| Dennis Rosenbaum, Ph.D. | 525 Northeast Oregon, Suite 250 Suite 250 |
| Amy Watson, Ph.D. | Portland, OR 97232 |
| Thomas Christoff, Ph.D. | www.cocl-coab.org |
| with | rosenbaumandwatsonllp@gmail.com |
| Geoffrey Alpert, Ph.D. | |
| Heather Daniel, J.D., B.A. | |

October 24, 2016

Transmitted by E-mail to:

Ms. Ellen Osoinach
Office of the City Attorney
City of Portland

Re: **Draft Compliance Report of the Compliance Office and Community Liaison**

Dear Ms. Osoinach:

In preparation for the meeting with Judge Simon on October 25th, 2016, we kindly ask that the City submit to the Court our testimony.

Sincerely,


Dennis P. Rosenbaum, PhD       Amy Watson, PhD
For Rosenbaum & Watson, LLP
Compliance Officer and Community Liaison
Portland, Oregon

Exhibit A