Respectfully submitted,

Kathleen D. Saadat


ADDITIONAL (expanded) COMMENTS RE: MY REMARKS TO THE COURT 10/25/2016.


1. **Community Engagement Plan**: When we finally started to move forward with this effort, our meetings at North Precinct were interrupted by the "protesters" coming to meetings en mass, many with cameras, sitting at tables, hijacking the conversation, taunting volunteers to the point that we had to shut meetings down and one evening had police officers escort us to our cars. We lost a valuable volunteer because he felt he was wasting his time. As part off the process for developing the Plan, Amy Ruiz of our (COCL) office, designed a project, THE THREE QUESTIONS, intended to solicit input from community members, i.e., engage the community. This project was a core element in the Community Engagement effort. I wrote to the City and COCL suggesting this effort not be abandoned during the COAB hiatus as it would keep the idea of COAB alive and at the same time generate information for use in the larger Community Engagement Plan. No response. Another "who is in charge?" situation.


2. At the hearing 10/252016, Dr. Bethel remarked there was no process designed for use in the **selection of new COAB members**. In the Chair's Exit Report there is a recommended process for Board member selection that was generated by my (then) office. The first draft of the process was presented to relevant parties in **October of 2015**. There were questions from the AMAC as to which COCL personnel would handle the beginning phase of the process and the ratification of the process was stalled. Our office could not move forward without agreement from AMAC which never came. An attempt at intervention was made by the City but for some reason it seems that process did not go forward, again prompting the glaring question, "who's in charge?" You have the process design in my Exit Report.


3. On the issue of the **Settlement Agreement giving too much work to the COAB**. The

place the COAB never reached in the development of this fledgling board was a session on overall goal setting. If in addition to those things referred to in the "Dead Horse" chapter of my Report, had this occurred, I think we would have experienced a different outcome.


4. I want to reemphasize my concern regarding the **role the Portland Police Association** plays in reform efforts as they set public policy without being accountable to the public and often act in ways that undermine the PPB's attempts to establish trust with the broader community.


In the "Thank You" section of my remarks, I failed to mention DOJ Attorney Adrian Brown who was always helpful and supportive through my adventure as Chair for the COAB.


Kathleen D. Saadat, Retired