ELLEN OSOINACH, OSB# 024985
Senior Deputy City Attorney
Email: ellen.osoinach@portlandoregon.gov
JUDY PROSPER, OSB# 152214
Deputy City Attorney
Email: judy.prosper@portlandoregon.gov
Office of City Attorney
1221 SW 4th Avenue, Suite 430
Portland, OR  97204
Telephone: (503) 823-4047
Facsimile: (503) 823-3089
  *Of Attorneys for Defendant City of Portland*

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

### PORTLAND DIVISION

**UNITED STATES OF AMERICA,**

    **PLAINTIFF,**

v.

**THE CITY OF PORTLAND,**

    **DEFENDANT.**

Case No. 3:12-cv-02265-SI

**DEFENDANT CITY OF PORTLAND'S NOTICE OF APPEARANCE**

COMES NOW the Office of City Attorney, City of Portland, by and through the undersigned to enter appearance of Counsel on behalf of defendant City of Portland in the above-captioned case.

DATED:  November 2, 2016.

    Respectfully submitted,

    */s/ Judy Prosper*
    Judy Prosper, OSB #152214
    Deputy City Attorney
    Of Attorneys for Defendant City of Portland

Page  1  –  NOTICE OF APPEARANCE