ELLEN OSOINACH, OSB# 024985
Senior Deputy City Attorney
Email:  ellen.osoinach@portlandoregon.gov
JUDY PROSPER, OSB# 152214
Deputy City Attorney
Email:  judy.prosper@portlandoregon.gov
MARK AMBERG, OSB# 922133
Chief Deputy City Attorney
Email:  mark.amberg@portlandoregon.gov
Office of City Attorney
1221 SW 4th Avenue, Suite 430
Portland, OR  97204
Telephone: (503) 823-4047
Facsimile: (503) 823-3089
    *Of Attorneys for Defendant City of Portland*

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## PORTLAND DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA**, | Case No. 3:12-cv-02265-SI |
| **PLAINTIFF,** | |
| v. | **DEFENDANT CITY OF PORTLAND'S NOTICE OF APPEARANCE** |
| **CITY OF PORTLAND,** | |
| **DEFENDANT.** | |

COMES NOW the Office of City Attorney, City of Portland, by and through the undersigned to enter appearance of Counsel on behalf of defendant City of Portland in the above-captioned case.

Dated:  November 2, 2016.

        Respectfully submitted,

        */s/ Mark Amberg*
        MARK AMBERG, OSB # 922133
        Chief Deputy City Attorney
        Email: mark.amberg@portlandoregon.gov
        Of Attorneys for Defendant