TRACY REEVE, OSB# 891123
City Attorney
Email: tracy.reeve@portlandoregon.gov
ELLEN OSOINACH, OSB# 024985
Senior Deputy City Attorney
Email:  ellen.osoinach@portlandoregon.gov
JUDY PROSPER, OSB# 152214
Deputy City Attorney
Email:  judy.prosper@portlandoregon.gov
MARK AMBERG, OSB# 922133
Chief Deputy City Attorney
Email:  mark.amberg@portlandoregon.gov
Office of City Attorney
1221 SW 4th Avenue, Suite 430
Portland, OR  97204
Telephone: (503) 823-4047
Facsimile: (503) 823-3089
    *Of Attorneys for Defendant City of Portland*

# UNITED STATES DISTRICT COURT

# DISTRICT OF OREGON

# PORTLAND DIVISION

**UNITED STATES OF AMERICA**,              Case No. 3:12-cv-02265-SI

   **PLAINTIFF,**

   v.                                      **DEFENDANT CITY OF PORTLAND'S NOTICE OF APPEARANCE**

**CITY OF PORTLAND,**

   **DEFENDANT.**

COMES NOW the Office of City Attorney, City of Portland, by and through the undersigned to enter appearance of Counsel on behalf of defendant City of Portland in the above-captioned case.

Dated:  November 3, 2016.

                                           Respectfully submitted,

                                           */s/ Tracy Reeve*
                                           TRACY REEVE, OSB # 891123
                                           City Attorney
                                           Email: tracy.reeve@portlandoregon.gov
                                           Of Attorneys for Defendant

Page  1 – NOTICE OF APPEARANCE