SHAUNA CURPHEY, OSB # 063063
E-mail: scurphey@curpheylaw.com
CURPHEY & BADGER, P.A.
520 SW 6th Avenue, Suite 1040
Portland, OR 97204
Phone: (503) 241-2848

J. ASHLEE ALBIES, OSB #051846
E-mail: ashlee@civilrightspdx.com
CREIGHTON & ROSE, PC
500 Yamhill Plaza Building
815 S.W. Second Avenue
Portland, Oregon  97204
Phone:   (503) 221-1792
Fax:      (503) 223-1516

KRISTEN CHAMBERS, OSB#130882
E-mail: kristen@ktp-law.com
KIRKLAND THOMPSON & POPE LLP
1000 SW Broadway, Ste. 1616
Portland OR  97205
Phone:   (503) 222-5791
Fax:      (503) 227-5251

*Of Attorneys for Amicus AMA Coalition for Justice and Police Reform*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No. 3:12-cv-02265-SI |
| Plaintiff, | |
| v. | |
| CITY OF PORTLAND | **NOTICE OF WITHDRAWAL OF SHAUNA CURPHEY** |
| Defendant. | |

*Amicus* AMA Coalition for Justice and Police Reform, by and through the undersigned attorney, hereby gives notice to the Court of the withdrawal of Shauna M. Curphey, one of *Amicus* AMA Coalition for Justice and Police Reform's counsel of record in this action.

DATED: December 21, 2016

Respectfully Submitted,

                                     __s/ *Shauna Curphey*_____
                                     Shauna Curphey, OSB # 063063
                                     scurphey@curpheylaw.com