J. ASHLEE ALBIES     OSB #051846
E-mail: ashlee@albiesstark.com
ALBIES & STARK, LLC
200 Powers Building
65 S.W. Yamhill Street
Portland, Oregon  97204
Phone:  503.308.4770
Fax:      503.427.9292

KRISTEN CHAMBERS     OSB#130882
E-mail: kristen@ktp-law.com
KIRKLIN THOMPSON & POPE LLP
1000 SW Broadway, Ste. 1616
Portland OR  97205
Phone:  (503) 222-1640
Fax:      (503) 227-5251

*Of Attorneys for Amicus AMA Coalition for Justice and Police Reform*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No. 3:12-cv-02265-SI |
| Plaintiff, | **NOTICE OF CHANGE OF ADDRESS** |
| v. | |
| CITY OF PORTLAND | |
| Defendant. | |

Counsel for enhanced amicus the Albina Ministerial Alliance Coalition for Justice and Police Reform ("AMA Coalition") hereby gives notice of the following change of address of counsel:

J. Ashlee Albies, OSB #051846
E-mail: ashlee@albiesstark.com
ALBIES & STARK, LLC
200 Powers Building
65 S.W. Yamhill Street
Portland, Oregon  97204
Phone:  503.308.4770
Fax:     503.427.9292


DATED: January 9, 2017

Respectfully Submitted,

                                      *s/ J. Ashlee Albies*
                              J. Ashlee Albies, OSB # 051846
                              ashlee@albiesstark.com.com