**FILED**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FEB 28 2017

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| In re: CITY OF PORTLAND.<br><br>_____<br><br>CITY OF PORTLAND,<br><br>                Petitioner,<br><br>  v.<br><br>UNITED STATES DISTRICT COURT FOR THE DISTRICT OF OREGON, PORTLAND,<br><br>                Respondent,<br><br>UNITED STATES OF AMERICA; et al.,<br><br>                Real Parties in Interest. | No. 16-73878<br><br>D.C. No. 3:12-cv-02265-SI<br>District of Oregon,<br>Portland<br><br>ORDER |

Before: CANBY, CLIFTON, and FRIEDLAND, Circuit Judges.

      This petition for a writ of mandamus raises issues that warrant an answer. See Fed. R. App. P. 21(b). Accordingly, within 14 days after the date of this order, the real parties in interest shall file an answer.

      The district court, within 14 days after the date of this order, may address the petition if it so desires. The district court may elect to file an answer with this court or to issue an order and serve a copy on this court. Petitioner may file a reply within 5 days after service of the answer(s). The petition, answer(s), and any reply

AT/MOATT

2

shall be referred to the next available motions panel.

The Clerk shall serve this order on the district court and District Judge Michael H. Simon.