**BILLY J. WILLIAMS, OSB #901366**
United States Attorney
District of Oregon
**ADRIAN L. BROWN, OSB #050206**
Assistant United States Attorney
United States Attorney's Office
adrian.brown@usdoj.gov
1000 S.W. Third Avenue, Suite 600
Portland, Oregon 97204-2902
Telephone:    (503) 727-1003
      Attorneys for Plaintiff

## UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | Case No.: 3:12-cv-02265-SI |
| Plaintiff, | |
| v. | **PLAINTIFF'S NOTICE OF REMOVAL OF COUNSEL** |
| **THE CITY OF PORTLAND,** | |
| Defendant. | |

Plaintiff, the United States of America, by Billy Williams, United States Attorney for the District of Oregon, and through Adrian L. Brown, Assistant United States Attorney hereby gives notice of Ms. Brown's removal as counsel in this matter.

//
//
//
//

Page 1     Notice of Removal of Counsel

DATED this 27th day of June, 2017.

                          Respectfully submitted,

                          BILLY J. WILLIAMS
                          United States Attorney
                          District of Oregon

                          */s/ Adrian L. Brown*
                          ADRIAN L. BROWN
                          Assistant United States Attorney