TRACY REEVE, OSB# 891123
City Attorney
Email: tracy.reeve@portlandoregon.gov
MARK AMBERG, OSB# 922133
Chief Deputy City Attorney
Email: mark.amberg@portlandoregon.gov
JUDY PROSPER, OSB# 152214
Deputy City Attorney
Email: judy.prosper@portlandoregon.gov
Office of City Attorney
1221 SW 4th Avenue, Suite 430
Portland, OR 97204
Telephone: (503) 823-4047
Facsimile: (503) 823-3089
*Of Attorneys for Defendant City of Portland*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA**, | 3:12-cv-02265-SI |
| **PLAINTIFF,** | |
| v. | **DEFENDANT CITY OF PORTLAND'S NOTICE OF WITHDRAWL** |
| **CITY OF PORTLAND,** | |
| **DEFENDANT.** | |

    Pursuant to LR 83-11(b), Defendant City of Portland, hereby proves notice of withdrawal of Ellen Osoinach as an attorney of record for this matter.

    Dated:  June 28, 2017

                                                                     Respectfully submitted,

                                                                     */s/ Tracy Reeve*
                                                                      TRACY REEVE OSB # 891123
                                                                      City Attorney
                                                                      Email:tracy.reeve@portlandoregon.gov