TRACY REEVE, OSB# 891123
City Attorney
Email: tracy.reeve@portlandoregon.gov
MARK AMBERG, OSB# 922133
Chief Deputy City Attorney
Email: mark.amberg@portlandoregon.gov
Office of City Attorney
1221 SW 4th Avenue, Suite 430
Portland, OR 97204
Telephone: (503) 823-4047
Facsimile: (503) 823-3089
*Of Attorneys for Defendant City of Portland*

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## PORTLAND DIVISION

**UNITED STATES OF AMERICA**,                                             **3:12-cv-02265-SI**

      **PLAINTIFF,**

  v.                                                                                        **DEFENDANT CITY OF PORTLAND'S NOTICE OF WITHDRAWL**

**CITY OF PORTLAND,**

      **DEFENDANT.**

Pursuant to LR 83-11(b), Defendant City of Portland, hereby proves notice of withdrawal of Judy Prosper as an attorney of record for this matter.

Dated:  June 28, 2017

                                              Respectfully submitted,

                                              */s/ Tracy Reeve*
                                              TRACY REEVE OSB # 891123
                                              City Attorney
                                              Email:tracy.reeve@portlandoregon.gov

Page  1  –  NOTICE OF WITHDRAWL