TRACY REEVE, OSB# 891123
City Attorney
Email: tracy.reeve@portlandoregon.gov
MARK AMBERG, OSB# 922133
Chief Deputy City Attorney
Email:  mark.amberg@portlandoregon.gov
DAVID LANDRUM, OSB# 955425
Senior Deputy City Attorney
Email:  david.landrum@portlandoregon.gov
Office of City Attorney
1221 SW 4th Avenue, Suite 430
Portland, OR  97204
Telephone: (503) 823-4047
Facsimile: (503) 823-3089
    *Of Attorneys for Defendant City of Portland*

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## PORTLAND DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA**, <br><br>    **PLAINTIFF,** <br><br>v. <br><br>**CITY OF PORTLAND,** <br><br>    **DEFENDANT.** | Case No. 3:12-cv-02265-SI <br><br> **DEFENDANT CITY OF PORTLAND'S NOTICE OF APPEARANCE** |

    COMES NOW the Office of City Attorney, City of Portland, by and through the undersigned to enter appearance of Counsel on behalf of Defendant City of Portland in the above-captioned case.

    Dated:  June 28, 2017.

                                    Respectfully submitted,

                                    */s/ David Landrum*
                                    DAVID LANDRUM, OSB # 955425
                                    Senior Deputy City Attorney
                                    Email: david.landrum@portlandoregon.gov
                                    Of Attorneys for Defendant

Page  1 – NOTICE OF APPEARANCE

PORTLAND CITY ATTORNEY'S OFFICE
1221 SW 4TH AVENUE, RM 430
PORTLAND, OREGON 97204
PHONE: (503) 823-4047
FAX: (503) 823-3089