TRACY REEVE, OSB# 891123
City Attorney
Email: tracy.reeve@portlandoregon.gov
MARK AMBERG, OSB# 922133
Chief Deputy City Attorney
Email:  mark.amberg@portlandoregon.gov
DAVID LANDRUM, OSB# 955425
Senior Deputy City Attorney
Email:  david.landrum@portlandoregon.gov
DENIS M. VANNIER, OSB#044406
Deputy City Attorney
Email:  denis.vannier@portlandoregon.gov
Office of City Attorney
1221 SW 4th Avenue, Suite 430
Portland, OR  97204
Telephone: (503) 823-4047
Facsimile: (503) 823-3089
    *Of Attorneys for Defendant City of Portland*

# UNITED STATES DISTRICT COURT

# DISTRICT OF OREGON

# PORTLAND DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA**, <br><br>    **PLAINTIFF,** <br><br>v. <br><br>**CITY OF PORTLAND,** <br><br>    **DEFENDANT.** | Case No. 3:12-cv-02265-SI <br><br> **DEFENDANT CITY OF PORTLAND'S NOTICE OF APPEARANCE** |

COMES NOW the Office of City Attorney, City of Portland, by and through the undersigned to enter appearance of Counsel on behalf of Defendant City of Portland in the above-captioned case.

Dated:  June 28, 2017.

                                  Respectfully submitted,

                                  */s/ Denis Vannier*
                                  Denis M. Vannier, OSB # 044406
                                  Deputy City Attorney
                                  Email: denis.vannier@portlandoregon.gov
                                  Of Attorneys for Defendant

Page  1 – NOTICE OF APPEARANCE

PORTLAND CITY ATTORNEY'S OFFICE
1221 SW 4TH AVENUE, RM 430
PORTLAND, OREGON 97204
PHONE: (503) 823-4047
FAX: (503) 823-3089