

## Office of the Compliance Officer and Community Liaison (COCL)

| | |
|---|---|
| **Rosenbaum & Associates, LLP** | COCL Office: |
| Dennis Rosenbaum, Ph.D. | 525 NE Oregon Street, Suite 250 |
| Amy Watson, Ph.D. | Portland, OR  97232 |
| Thomas Christoff, Ph.D. | www.cocl-coab.org |
| Geoffrey Alpert, Ph.D. | rosenbaumandassociatesllp@gmail.com |
| Heather Daniel, J.D., B.A. | |

July 10, 2017

Transmitted by E-mail to:

The United States Department of Justice
The City of Portland

Re:     **Compliance Report for 3rd and 4th Quarters of 2016**

Dear U.S. Department of Justice and City of Portland:

On behalf of the entire Compliance Officer and Community Liaison (COCL) team, I am pleased to submit the attached *Compliance Report of the Compliance Officer and Community Liaison*, pursuant to paragraphs 162 and 163 of the Settlement Agreement, Case No. 3:12-cv-02265-SI, filed 12/17/12 between the United States Department of Justice and the City of Portland, Oregon.

The draft report was revised based on comments from DOJ, Portland Copwatch, AMAC, League of Women Voters, and community members. We thank them for taking the time to review and improve the report. A copy of this report will be posted on the COCL's website, www.cocl-coab.org and sent to our email updates list.

Sincerely,

*[signature]*

Dennis P. Rosenbaum, PhD
For Rosenbaum & Associates, LLP
Compliance Officer and Community Liaison
Portland, Oregon

Exhibit A