TRACY REEVE, OSB# 891123
City Attorney
Email: tracy.reeve@portlandoregon.gov
MARK AMBERG, OSB# 922133
Chief Deputy City Attorney
Email: mark.amberg@portlandoregon.gov
DENIS M. VANNIER, OSB#044406
Senior Deputy City Attorney
Email:  denis.vannier@portlandoregon.gov
Office of City Attorney
1221 SW 4th Avenue, Suite 430
Portland, OR 97204
Telephone: (503) 823-4047
Facsimile: (503) 823-3089
*Of Attorneys for Defendant City of Portland*

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## PORTLAND DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA**, | 3:12-cv-02265-SI |
| **PLAINTIFF**, | |
| v. | **DEFENDANT CITY OF PORTLAND'S NOTICE OF WITHDRAWL** |
| **CITY OF PORTLAND,** | |
| **DEFENDANT.** | |

Pursuant to LR 83-11(b), Defendant City of Portland, hereby provides the present notice of withdrawal of David Landrum as an attorney of record for this matter. Mr. Landrum is no longer employed by the Portland City Attorney's Office.

Dated:  December 26, 2017.

                                                  Respectfully submitted,

                                                  */s/ Denis M. Vannier*
                                                  DENIS M. VANNIER OSB # 044406
                                                  Senior Deputy City Attorney
                                                  Email:denis.vannier@portlandoregon.gov

Page  1  –  NOTICE OF WITHDRAWL