# UNITED STATES DISTRICT COURT

# DISTRICT OF OREGON

|  |  |
|---|---|
| **UNITED STATES OF AMERICA,** | Case No. 3:12-cv-02265-SI |
| Plaintiff, | |
| **v.** | JOINT STIPULATED MOTION TO ENTER AMENDED SETTLEMENT AGREEMENT |
| **THE CITY OF PORTLAND,** | |
| Defendant. | |

Plaintiff United States, Defendant City of Portland, Intervenor-Defendant Portland Police Association, and Enhanced *Amicus Curiae* Albina Ministerial Alliance Coalition for Justice and Police Reform (collectively the "Stipulators") jointly move this Court to enter the proposed stipulated Order attached as Exhibit A. As the Court is aware, Paragraph 187 of the Settlement Agreement permits the parties to "jointly stipulate to make changes, modifications, and amendments to this Agreement, which shall be effective, absent further action by the Court, 45 days after a joint motion has been filed with the Court." (Docket 4-1, Para. 187).

In addition to presenting to the Court certain stipulated amendments to the Settlement Agreement,[1] the Stipulators also seek a permanent referral order to the Ninth Circuit Mediation Program for any future disputes in this case. Any Stipulator that requests mediation shall give notice of that request to all other Stipulators, through electronic mail to counsel, along with a description of the issue(s) to be mediated, and no Stipulator shall be required to participate in mediation without its consent.

As a path going forward for implementation of the goals of the Settlement Agreement

---

[1] For this Court's convenience, attached as Exhibit B to this motion is a "redline" version of the Amended Settlement Agreement, showing changes to the original Settlement Agreement.

Page 1 – STIPULATED MOTION FOR ORDER ENTERING AMENDED SETTLEMENT
        AGREEMENT

and beyond, Enhanced *Amicus Curiae* supports the amendments to the Settlement Agreement.[2] The United States, the City, and the Portland Police Association similarly support the amendments to the Settlement Agreement.  The Stipulators, therefore, jointly move this Court to enter the proposed stipulated Order.  The Stipulators also jointly move this Court to set a date for the Third Annual Status Conference that is within 45 days of the submission of the present Joint Stipulated Motion to this Court, and to schedule any hearing that this Court requires regarding entry of the Amended Settlement Agreement for the same date and time as the Third Annual Status Conference. Enhanced *Amicus Curiae* Albina Ministerial Alliance Coalition for Justice and Police Reform has indicated that it intends separately to move this Court to request a fairness hearing prior to the status conference.

DATED: December 26, 2017.

Respectfully submitted,

| FOR THE UNITED STATES:<br><br>BILLY J. WILLIAMS<br>United States Attorney<br>District of Oregon<br><br>RENATA A. GOWIE<br>Chief, Civil Division<br><br>*/s/ Jared D. Hager*         <br>JARED D. HAGER<br>Assistant U.S. Attorney | JOHN M. GORE<br>Acting Assistant Attorney General<br>Civil Rights Division<br>STEVEN H. ROSENBAUM<br>Chief, Special Litigation Section<br><br>*/s/ Laura L. Coon*         <br>LAURA L. COON<br>Special Counsel<br><br>*/s/ R. Jonas Geissler*       <br>R. JONAS GEISSLER Trial Attorney<br><br>*/s/ Brian D. Buehler*        <br>BRIAN D. BUEHLER<br>Trial Attorney |

---

[2] Attached as Exhibit C is a letter detailing Enhanced *Amicus Curiae's* position. Attached as Exhibit D is a letter from the City making formal representations about the intent and implementation of certain changes related to the amendments to the Settlement Agreement.

Page 2 – STIPULATED MOTION FOR ORDER ENTERING AMENDED SETTLEMENT
      AGREEMENT

|  | /s/ Kerry K. Dean
KERRY K. DEAN
Trial Attorney |
|---|---|

| FOR THE CITY OF PORTLAND:


/s/ Tracy Reeve
TRACY REEVE
City Attorney | MARK AMBERG
Chief Deputy City Attorney

/s/ Denis M. Vannier
DENIS M. VANNIER
Senior Deputy City Attorney |
|---|---|

| FOR THE PORTLAND POLICE
ASSOCIATION:


/s/ Anil S. Karia
ANIL S. KARIA
Attorney for Intervenor PPA |  |
|---|---|

| FOR THE ALBINA MINISTERIAL
ALLIANCE COALITION FOR JUSTICE
AND POLICE REFORM:


/s/ J. Ashlee Albies
J. ASHLEE ALBIES
Attorney for Amicus AMAC | /s/ Kristen Chambers
KRISTEN CHAMBERS
Attorney for Amicus AMAC |
|---|---|

Page 3 – STIPULATED MOTION FOR ORDER ENTERING AMENDED SETTLEMENT
        AGREEMENT