

CITY OF
**PORTLAND, OREGON**
OFFICE OF THE CITY ATTORNEY

Tracy Reeve, City Attorney
1221 S.W. 4th Avenue, Suite 430
Portland, Oregon 97204
Telephone: (503) 823-4047
Fax: (503) 823-3089

November 21, 2017

KRISTEN CHAMBERS
*VIA EMAIL*: kristen@kt-lawyers.com

**Re: 2017 Ninth Circuit mediation in United States of America re City of Portland, Case; No. 3:12-cv-02265-SI**

Dear Kristen:

Thank you for your letter of October 20, 2017 setting forth the AMAC's position on the proposed amended Settlement Agreement and the PCCEP Plan. I have been authorized to make the following written commitments on behalf of the Mayor:

1. PCCEP members will have the authority to independently assess the implementation of the Settlement Agreement.

2. PCCEP may report to Judge Simon at the Annual Status Conference. In the event other status conferences occur, PCCEP may report to Judge Simon at those as well.

3. Eleven members will be appointed to the initial PCCEP.

4. Should PCCEP elect to do so, it may change its name.

5. The City will provide community organizing staffing for PCCEP if economically feasible.

6. Any written reports/updates provided by PCCEP to the Mayor will be posted on social media and the City's website.

7. PCCEP may perform work in addition to the work on the Community Engagement Plan.

Thank you for your help in moving these issues forward.

Warm Regards,

Tracy Reeve
Portland City Attorney

TPR/ks

13-00011-496195