**FILED**

**DEC 27 2017**

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| In re: CITY OF PORTLAND, _____ CITY OF PORTLAND, Petitioner, v. UNITED STATES DISTRICT COURT FOR THE DISTRICT OF OREGON, PORTLAND, Respondent, UNITED STATES OF AMERICA; et al., Real Parties in Interest. | No. 16-73878 D.C. No. 3:12-cv-02265-SI District of Oregon, Portland ORDER |

Petitioner's motion to voluntarily dismiss this petition for writ of mandamus (Docket Entry No. 30) is granted. Fed. R. App. P. 42(b). The parties shall bear their own costs and attorneys' fees on appeal.

A copy of this order shall serve as and for the mandate of this court.

FOR THE COURT:

By: Claudia L. Bernard
Chief Circuit Mediator

clb/mediation