**BILLY J. WILLIAMS, OSB #901366**
United States Attorney
**RENATA A. GOWIE, OSB#175273**
Assistant United States Attorney
United States Attorney's Office for the District of Oregon
1000 SW Third Avenue, Suite 600
Portland, Oregon 97204-2902
Phone: 503.727.1021
Email:  renata.gowie@usdoj.gov
          Attorneys for the United States

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | Case No.: 3:12-cv-02265-SI |
| Plaintiff, | |
| v. | PLAINTIFF'S NOTICE OF SUBSTITUTION OF COUNSEL |
| **THE CITY OF PORTLAND,** | |
| Defendant. | |

Plaintiff hereby gives notice of the following substitution of counsel in this matter:

Renata A. Gowie, Chief, Civil Division, is substituted for Janice E. Hébert.

DATED this 8th day of January 2018.

                                                  Respectfully submitted,

                                                  BILLY J. WILLIAMS
                                                  United States Attorney
                                                  District of Oregon

                                                  _/s/ Renata Gowie_____
                                                  RENATA A. GOWIE
                                                  Assistant United States Attorney
                                                  Attorneys for Plaintiff