J. ASHLEE ALBIES OSB #051846
E-mail: ashlee@albiesstark.com
ALBIES & STARK, LLC
200 Powers Building
65 S.W. Yamhill Street
Portland, Oregon 97204
Phone: 503.308.4770
Fax: 503.427.9292

KRISTEN A. CHAMBERS OSB#130882
E-mail: kac@wysekadish.com
WYSE KADISH LLP
900 SW Fifth Avenue, Suite 2000
Portland OR 97204
Phone: (503) 228-8448
Fax: (503) 273-9135

*Of Attorneys for Amicus AMA Coalition for Justice and Police Reform*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | Case No. 3:12-cv-02265-SI |
| | ) | |
| Plaintiff, | ) | NOTICE OF CHANGE OF ADDRESS |
| v. | ) | |
| | ) | |
| CITY OF PORTLAND | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

PAGE 1 - NOTICE OF CHANGE OF ADDRESS

WYSE KADISH LLP
900 SW FIFTH AVENUE, SUITE 2000
PORTLAND, OR 97204
P: (503) 228-8448
F: (503) 273-9135

NOTICE IS HEREBY GIVEN that attorney KRISTEN A. CHAMBERS has changed her address for service of notices and documents in the above-captioned matter. Her new address is as follows:

Kristen A. Chambers
Wyse Kadish, LLP
900 SW Fifth Avenue, Suite 2000
Portland, OR 97204
Email: kac@wysekadish.com
Phone: (503) 228-8448
Fax: (503) 273-9135:

Dated : January 16, 2018.


Respectfully Submitted,


/s/ Kristen A. Chambers
Kristen A. Chambers (OSB #130882)

PAGE 2 - NOTICE OF CHANGE OF ADDRESS

WYSE KADISH LLP
900 SW FIFTH AVENUE, SUITE 2000
PORTLAND, OR 97204
P: (503) 228-8448
F: (503) 273-9135