IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

**UNITED STATES OF AMERICA**,

       Plaintiff,

  v.

**CITY OF PORTLAND**,

       Defendant.

Case No. 3:12-cv-2265-SI

**ORDER**

Billy J. Williams, United States Attorney; Renata A. Gowie, Chief, Civil Division; and Jared D. Hager, Assistant United States Attorney, UNITED STATES ATTORNEY'S OFFICE, DISTRICT OF OREGON, 1000 SW Third Avenue, Suite 600, Portland, OR 97204; Laura Cowall, Special Counsel; R. Jonas Geissler, Kerry Dean, and Brian Buehler, Trial Attorneys, Special Litigation Section, Civil Rights Division, UNITED STATES DEPARTMENT OF JUSTICE, 950 Pennsylvania Avenue, NW, Washington, DC 20530. Of Attorneys for Plaintiff.

Tracey Pool Reeve, City Attorney; Mark P. Amberg, Chief Deputy City Attorney; Denis Vannier, Senior Deputy City Attorney, OFFICE OF THE CITY ATTORNEY, 1221 SW Fourth Avenue, Room 430, Portland, OR 97204. Of Attorneys for Defendant.

Anil S. Karia, PUBLIC SAFETY LABOR GROUP, 3021 NE Broadway, Portland, OR 97232. Of Attorneys for Intervenor-Defendant Portland Police Association.

Jessica Ashlee Albies, ALBIES & STARK, 210 SW Morrison Street, Suite 400, Portland, OR 97204; Kristen A. Chambers, KIRKLIN THOMPSON LLP, 1000 SW Broadway, Suite 1616, Portland, OR 97205. Of Attorneys for Enhanced *Amicus Curiae* Albina Ministerial Alliance Coalition for Justice and Police Reform.

Page 1 – ORDER

**Michael H. Simon, District Judge.**

On December 26, 2017, the United States, the City of Portland ("City"), the Portland Police Association ("PPA"), and the Albina Ministerial Alliance Coalition for Justice and Police Reform ("AMAC") (collectively, the "Parties") filed a Joint Stipulated Motion to Enter Amended Settlement Agreement. ECF 157. The Parties also request that the Court schedule a Third Annual Status Conference for the same time as the hearing on the Joint Stipulated Motion. On December 27, 2017, the AMAC filed its motion for a Fairness Hearing, stating that it does not oppose the Fairness Hearing occurring at the same time as the Annual Status Conference. ECF 159. On January 3, 2018, this Court entered the Ninth Circuit's Mandate, granting the City's motion to voluntarily dismiss its petition for writ of mandamus.

The Court hereby grants the AMAC's Motion for Fairness Hearing (ECF 159) and schedules both the requested Fairness Hearing on the Parties' Joint Stipulated Motion to enter Amended Settlement Agreement and the Third Annual Status Conference for Thursday, April 19, 2018, at 10:00 a.m. in Courtroom 15B. After conferring, the Parties shall file not later than April 5, 2018, a proposed agenda for the Fairness Hearing and Status Conference that provides sufficient time for argument by the Parties and for public comment. In addition, the proposed Amended Settlement Agreement shall not take effect absent express approval by the Court. *See* Settlement Agreement, ¶ 187 (ECF 4-1).

**IT IS SO ORDERED.**

DATED this 22nd day of January, 2018.

/s/ Michael H. Simon
Michael H. Simon
United States District Judge

Page 2 – ORDER