**BILLY J. WILLIAMS, OSB #901366**
United States Attorney
**RENATA A. GOWIE, OSB#175273**
Chief, Civil Division
**JARED D. HAGER, WSB #38961**
Assistant U.S. Attorney
United States Attorney's Office for the District of Oregon
1000 SW Third Avenue, Suite 600
Portland, Oregon 97204-2902
Phone: 503.727.1120
Email: jared.hager@usdoj.gov

**JOHN M. GORE**
Acting Assistant Attorney General
**STEVEN H. ROSENBAUM**
Chief, Special Litigation Section
**LAURA L. COWALL**
Special Counsel
**R. JONAS GEISSLER**
**BRIAN D. BUEHLER**
**KERRY K. DEAN**
Trial Attorneys
U.S. Department of Justice, Civil Rights Division
950 Pennsylvania Ave., NW
Washington, D.C. 20530
Phone: 202.514.6255
Email: jonas.geissler@usdoj.gov
            Attorneys for the United States

## UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | Case No. 3:12-CV-02265-SI |
| Plaintiff, | |
| v. | JOINT MOTION FOR ORDER SETTING AGENDA FOR THIRD ANNUAL STATUS CONFERENCE AND FAIRNESS HEARING |
| **CITY OF PORTLAND,** | |
| Defendant. | |

Pursuant to this Court's order dated January 22, 2018, (Docket No. 163) as modified on April 3, 2018, (Docket No. 164) the United States ("USA"), the City of Portland ("City"), Intervenor

Portland Police Association ("PPA"), and Amicus Albina Ministerial Alliance Coalition for Justice and Police Reform ("AMAC"), jointly move the Court to set the following agenda for both the Fairness Hearing on the Joint Stipulated Motion to enter Amended Settlement Agreement and the Third Annual Status Conference set for Thursday, April 19, 2018.

| Time | Agenda Item |
|---|---|
| 9:00 a.m. | Court's introductory remarks (10 minutes) |
| 9:10 a.m. | USA Presentation (10 minutes) (explain amendments & position on fairness) |
| 9:20 a.m. | City Presentation (10 minutes) (explain amendments & position on fairness) |
| 9:30 a.m. | PPA Presentation (10 minutes) (explain amendments & position on fairness) |
| 9:40 a.m. | AMAC Presentation (10 minutes) (explain amendments & position on fairness) |
| 9:50 a.m. | Break (10 minutes) |
| 10:00 a.m. | Fairness Hearing – public testimony (3 hours) |
| 1:00 p.m. | Lunch (1 hour) |
| 2:00 p.m. | Status Conference – USA Presentation (30 minutes) |
| 2:30 p.m. | Status Conference – City Presentation (30 minutes) |
| 3:00 p.m. | Break (10 minutes) |
| 3:10 p.m. | Status Conference – PPA Presentation (30 minutes) |
| 3:40 p.m. | Status Conference – AMAC Presentation (30 minutes) |
| 4:10 p.m. | Status Conference – COCL Presentation (30 minutes) |
| 4:40 p.m. | Court's closing remarks (10 minutes) |

If the allotted three hours are insufficient to allow the Court to receive oral testimony from members of the public present at the Fairness Hearing, the AMAC requests the Court to allow additional public testimony at the conclusion of the Status Conference or at a later date. The United States, the City, and the PPA defer to the Court's view on whether, in that case, to take additional oral testimony at the end of the day or via written and/or video-recorded testimony submitted to the Court

within a reasonable time after the Hearing. However, given scheduling conflicts, the need for a decision on the amendments, and the availability of alternative means of submitting public testimony to the Court, the United States, the City, and the PPA are not in favor of reconvening the Fairness Hearing at a later date.

Dated this 5th day of April, 2018.

Respectfully Submitted,

| FOR THE UNITED STATES: | |
|---|---|
| BILLY J. WILLIAMS<br>United States Attorney<br>District of Oregon<br><br>RENATA A. GOWIE<br>Chief, Civil Division<br><br>/s/ Jared D. Hager<br>JARED D. HAGER<br>Assistant U.S. Attorney | JOHN M. GORE<br>Acting Assistant Attorney General<br>Civil Rights Division<br><br>STEVEN H. ROSENBAUM<br>Chief, Special Litigation Section<br><br>/s/ Laura L. Cowall<br>LAURA L. COWALL<br>Special Counsel<br><br>/s/ R. Jonas Geissler<br>R. JONAS GEISSLER<br>Trial Attorney<br><br>/s/ Brian D. Buehler<br>BRIAN D. BUEHLER<br>Trial Attorney<br><br>/s/ Kerry K. Dean<br>KERRY K. DEAN<br>Trial Attorney |

| FOR THE CITY OF PORTLAND: | |
|---|---|
| /s/ Tracy Reeve<br>TRACY REEVE<br>City Attorney | /s/ Mark Amberg<br>MARK AMBERG<br>Chief Deputy City Attorney<br><br>/s/ Denis M. Vannier<br>DENIS M. VANNIER<br>Senior Deputy City Attorney |

| | |
|---|---|
| FOR THE PORTLAND POLICE ASSOCIATION:<br><br>/s/ Anil S. Karia<br>ANIL S. KARIA<br>Attorney for Intervenor PPA | |
| FOR THE ALBINA MINISTERIAL ALLIANCE COALITION FOR JUSTICE AND POLICE REFORM:<br><br>/s/ J. Ashlee Albies<br>J. ASHLEE ALBIES<br>Attorney for Amicus AMAC | /s/ Kristen Chambers<br>KRISTEN CHAMBERS<br>Attorney for Amicus AMAC |