| | |
|---|---|
| **PORTLAND POLICE BUREAU** | **S.O.P. #11** |
| **OPERATIONS BRANCH** | Effective: 1/2/2018 |
| **STANDARD OPERATING PROCEDURES** | Review: 1/2/2019 |

SUBJECT: Supervisor Response to Officer Involved Shooting or Use of Deadly Force

PURPOSE: To establish uniform protocol for Operations Branch supervisors who are on scene of an Officer Involved Shooting (OIS) or a scene where an officer has used deadly force.

POLICY: It is the policy of the Operations Branch to ensure that all supervisors who are on the scene of an OIS or other use of deadly force act in a manner consistent with Directive 1010.10 and the expectations of the parties responsible for the investigation of the OIS or other use of deadly force. This SOP establishes the expectation that a supervisor will not ask an involved member questions about the use of deadly force when there is no immediate public safety concern to address. Where there are immediate public safety concerns to address, the supervisor may, when no other witnesses are available to supply the needed information, ask the involved member specific questions identified in Directive 1010.10.

PROCEDURE: First arriving supervisors shall attempt to gain tactical information from uninvolved members to assess the scene for safety. Any solicited statements from the involved member should be directly related to providing clarity of the incident only to determine if a public safety risk still exists and if a Public Safety Statement as defined by Directive 1010.10 is necessary.

If the on-scene supervisor determines it is necessary to obtain information to protect life or ensure public safety, the supervisor will ask Public Safety Statement questions of an involved member only if both of the following conditions are met:

1. The information to be obtained from the involved member is necessary to protect life or to ensure public safety. This generally means the information is necessary to prevent death, serious physical injury, or threat of serious physical injury; and

2. The information needed to protect life or to ensure public safety cannot be obtained from witness members, personal observations of the on-scene supervisor, or from any source other than the involved member.

If the on-scene supervisor determines it is necessary to ask the involved member Public Safety questions, the on-scene supervisor will ask the involved member only those questions from the seven specific questions provided in Directive 1010.10, Section 2.1.1.2, that are needed to obtain information necessary to protect life or ensure public safety.  The seven Public Safety questions listed in Section 2.1.1.2 are:

    a) Did you (involved member) fire a single shot or multiple shots?

    b) Did the suspect fire any shots?

    c) What was the direction of the shot(s) fired by officers and suspects?

    d) What is the location of injured persons?

    e) What are the descriptions of at-large suspects and direction of travel?

    f) How much time was elapsed since the suspects were last seen?

    g) What is the description of any suspect weapons?

The on-scene supervisor does not have to ask all of the listed questions.  The on-scene supervisor shall ask only those questions needed to obtain information necessary to protect life or ensure public safety.

Supervisors should interview the involved member separately from other witnesses or members at the scene.

The supervisor will not disclose facts learned from the Public Safety Statement of the involved member with anyone outside of PSD, unless doing so poses a significant public safety risk.

REFERENCE:   Directive 1010.10

HISTORY:
- Originating Directive Effective: 1/2/2018
- First Revision Effective: N/A
- Next Review Date: 1/2/2019
- Review By: Chief's Office, Operations Branch

*[signature: C. Uehara]*

CHRIS UEHARA
Assistant Chief, Operations

CU:maf