TRACY REEVE, OSB# 891123
City Attorney
Email: tracy.reeve@portlandoregon.gov
MARK AMBERG, OSB# 922133
Chief Deputy City Attorney
Email: mark.amberg@portlandoregon.gov
DENIS M. VANNIER, OSB#044406
Senior Deputy City Attorney
Email:  denis.vannier@portlandoregon.gov
Office of City Attorney
1221 SW 4th Avenue, Suite 430
Portland, OR 97204
Telephone: (503) 823-4047
Facsimile: (503) 823-3089
*Of Attorneys for Defendant City of Portland*

# UNITED STATES DISTRICT COURT

# DISTRICT OF OREGON

# PORTLAND DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA**, <br><br>**PLAINTIFF,** <br><br> v. <br><br> **CITY OF PORTLAND,** <br><br>**DEFENDANT.** | **3:12-CV-02265-SI** <br><br> **DEFENDANT CITY OF PORTLAND'S EXHIBITS IN SUPPORT OF JOINT STIPULATED MOTION TO ENTER AMENDED SETTLEMENT AGREEMENT** |

Defendant City of Portland submits the following documents (certified copies of City of Portland Ordinances passed by the City Council and attachments) in support of the Joint Stipulated Motion to Enter Amended Settlement Agreement:

Exhibit A, Ordinance 188546

Exhibit B, Ordinance 188569

Exhibit C, Ordinance 188547

Exhibit D, Ordinance 188570

Page  1 – DEFENDANT CITY OF PORTLAND'S EXHIBITS IN SUPPORT OF JOINT STIPULATED MOTION TO ENTER AMENDED SETTLEMENT AGREEMENT

PORTLAND CITY ATTORNEY'S OFFICE
1221 SW 4TH AVENUE, RM 430
PORTLAND, OREGON 97204
PHONE: (503) 823-4047
FAX: (503) 823-3089

DATED: April 18, 2018.

          Respectfully submitted,

          */s/ Tracy Reeve*
          TRACY REEVE, OSB # 891123
          City Attorney
          Email: tracy.reeve@portlandoregon.gov
          Of Attorneys for Defendant

Page  2 – DEFENDANT CITY OF PORTLAND'S EXHIBITS IN SUPPORT OF JOINT STIPULATED MOTION TO ENTER AMENDED SETTLEMENT AGREEMENT

PORTLAND CITY ATTORNEY'S OFFICE
1221 SW 4TH AVENUE, RM 430
PORTLAND, OREGON 97204
PHONE: (503) 823-4047
FAX: (503) 823-3089