**STEVE H. ROSENBAUM**
Chief
Special Litigation Section
**LAURA COWALL**
Special Counsel
**BRIAN D. BUEHLER, NY Bar # 4893665**
brian.buehler@usdoj.gov
Trial Attorney
Special Litigation Section
Civil Rights Division
United States Department of Justice
950 Pennsylvania Avenue, NW-PHB
Washington, DC 20530-0001
Telephone:     (202) 353-1100
Facsimile:      (202) 514-4883
Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# DISTRICT OF OREGON

# PORTLAND DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | Case No.: 3:12-CV-02265-SI |
| Plaintiff, | |
| v. | PLAINTIFF'S NOTICE OF WITHDRAWAL OF COUNSEL |
| **CITY OF PORTLAND**, | |
| Defendant. | |

Page 1     **Plaintiff's Notice of Withdrawal of Counsel**
           *United States of America v. City of Portland*, 3:12-cv-02265-SI

Plaintiff, by and through the undersigned counsel, hereby gives notice to this Court of the withdrawal of Brian Buehler, Trial Attorney for the United States of America. Other Department of Justice attorneys continue to represent the United States in this action.

DATED this 13th day of August, 2018.

        Respectfully submitted,

        STEVE H. ROSENBAUM
        Chief
        Special Litigation Section

        */s/ Brian D. Buehler*
        LAURA COWALL
        Special Counsel
        R. JONAS GIESSLER
        BRIAN BUEHLER
        Trial Attorneys

        Attorneys for Plaintiff