**Juan C. Chavez**, OSB #136428
Email: jchavez@ojrc.info
PO Box 5748
Portland, OR 97208
Telephone: 503-944-2270 ext. 212
Facsimile: 971-275-1839

Attorney for Plaintiff-Intervenor Mental Health Alliance

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON
PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF PORTLAND,<br><br>Defendant. | Case No. 3:12-cv-02265-SI<br><br>DECLARATION OF COUNSEL IN SUPPORT OF MENTAL HEALTH ALLIANCE'S MOTION FOR ENHANCED-*AMICUS CURIAE* STATUS |

I, Juan C. Chavez, submit the following declaration:

I am the counsel of record for the motioning party, and I make this declaration in support of Mental Health Alliance's Motion for Enhanced-*Amicus Curiae* Status for the purpose of identifying exhibits. My statements are true to the best of my own knowledge, except as to those matters which are therein alleged on information and belief, and as to those matters, I believe them to be true.

1.     **Exhibit 1** is a true and correct copy of excerpts from the transcript of the Status Hearing held on April 19, 2018.

2.      **Exhibit 2** is a true and correct copy of the findings letter sent to the City of Portland by the United States Department of Justice.

**I hereby declare that above statement is true to the best of my knowledge and belief, and that I understand it is made for use as evidence in court and is subject to penalty for perjury.**

DATED: September 10, 2018.

/s/ *Juan C. Chavez*
Juan C. Chavez, OSB #136428
Of Attorneys for the Mental Health Alliance