1                IN THE UNITED STATES DISTRICT COURT

2                   FOR THE DISTRICT OF OREGON

3                        PORTLAND DIVISION

4
   UNITED STATES OF AMERICA,      )  3:12-cv-02265-SI
5                                  )
              Plaintiff,           )
6                                  )
                   v.              )  April 19, 2018
7                                  )
   THE CITY OF PORTLAND,           )
8                                  )
              Defendant.           )
9   _____)  Portland, Oregon

10

11

12

13                    (Status Conference)

14               TRANSCRIPT OF PROCEEDINGS

15         BEFORE THE HONORABLE MICHAEL H. SIMON

16            UNITED STATES DISTRICT COURT JUDGE

17

18

19

20

21

22

23

24

25

```
 1                        APPEARANCES

 2

 3   FOR THE PLAINTIFF:

 4   Billy J. Williams
     Jared Hager
 5   Renata Gowie
     United States Attorney's Office
 6   1000 SW Third Avenue, Suite 600
     Portland, OR  97204
 7
     R. Jonas Alexander Geissler
 8   Laura L. Cowall
     U.S. Department of Justice Civil Rights Division
 9   950 Pennsylvania Avenue, NW
     Washington, DC  20530
10

11

12   FOR THE DEFENDANT CITY OF PORTLAND:

13   Tracy Pool Reeve
     Denis M. Vannier
14   Mark P. Amberg
     City of Portland
15   Office of the City Attorney
     1221 SW 4th Avenue, Suite 430
16   Portland, OR 97204

17

18

19   FOR THE DEFENDANT PORTLAND POLICE ASSOCIATION:

20   Anil Karia
     Tedesco Law Group
21   3021 NE Broadway
     Portland, OR 97232
22

23

24

25
```

1                          APPEARANCES (Continued)

2

3    FOR ENHANCED AMICUS CURIAE:

4    Kristen A. Chambers
     Wyse Kadish LLP
5    900 SW Fifth Avenue, Suite 2000
     Portland, OR  97204
6

7    Jessica Ashlee Albies
     Albies & Stark, LLC
8    210 SW Morrison Street, Suite 400
     Portland, OR  97204
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23   COURT REPORTERS:      Dennis W. Apodaca, RDR, RMR, CRR
                           Jill Jessup, CSR, RMR, RDR, CRR, CRC
24                         United States District Courthouse
                           1000 SW Third Avenue, Room 301
25                         Portland, OR 97204
                           (503) 326-8182

1          MR. HALL:  Thank you very much.

2          THE COURT:  Thank you, Professor Hall.  Let me tell

3   you, I will take a look at Marsh v. Oregon Natural Resources at

4   490 in the United States Reports at page 360.  I'll take a look

5   at it.  But let me also tell you if you wish to file something

6   with me in writing to give me a further analysis of what my

7   authority is, you're welcome to do it.  You're always welcome

8   to do that.  You and anyone else is always welcome to file a

9   petition for amicus status, and I'll follow that -- I'll rule

10  on that in connection with and consistent with the Oregon

11  Rules -- excuse me, the Federal Rules of Civil Procedure.

12         And, finally, if for whatever reason I conclude that

13  I don't have the authority to appoint a court monitor or to

14  order the Secretary of State to conduct an investigation, you

15  still, sir, always have the authority to petition the Oregon

16  Secretary of State to conduct such an investigation, but I am

17  quite confident you understand that.  But I will take a look at

18  the authority you cite now and any other authorities that you

19  may submit in the future.

20         I thank you for your time and your passion.

21         MR. HALL:  Sir, I don't mean to disrespect your

22  courtroom, but it's time when an elected official can call a

23  black person a "B" and there's no place to file a complaint.

24  And those folks making a hundred thousand dollars a year can

25  suggest by placing a sacred process underneath the supervision

--oOo--


        I certify, by signing below, that the foregoing is a

correct transcript of the record of proceedings in the

above-entitled cause.  A transcript without an original

signature, conformed signature, or digitally signed signature

is not certified.


```
/s/ Dennis W. Apodaca                      May 17, 2018
DENNIS W. APODACA, RDR, RMR, FCRR, CRR          DATE
Official Court Reporter
```