ANIL S. KARIA, OSB No. 063902
E-mail: anil@pslglawyers.com
Public Safety Labor Group
3021 NE Broadway
Portland, OR  97232
Telephone:  866-486-5556
Facsimile:  866-401-2201
     Attorneys for Intervenor-Defendant
     Portland Police Association

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br>     Plaintiff,<br><br>     v.<br><br>**THE CITY OF PORTLAND,**<br>     Defendant. | Civil Case No. 3:12-CV-02265-SI<br><br>**DECLARATION OF ANIL S. KARIA IN SUPPORT OF INTERVENOR-DEFENDANT PORTLAND POLICE ASSOCIATION'S OPPOSITION TO MENTAL HEALTH ALLIANCE'S MOTION FOR ENHANCED *AMICUS CURIAE* STATUS** |

I, ANIL S. KARIA, declare that:

    1.    I am an attorney representing Intervenor-Defendant Portland Police Association ("PPA") in this case.

    2.    I make this declaration in support of Intervenor-Defendant Portland Police Association's Opposition to Mental Health Alliance's Motion for Enhanced *Amicus Curiae* Status.

      3.      Attached as Exhibit A is a true and correct copy of the transcript of the April 19, 2018 Fairness Hearing and Third Annual Status Conference before this Court.

      4.      Attached as Exhibit B is a true and correct copy of the transcript of the February 18-19, 2014 Fairness Hearing before this Court.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED this 23rd day of September, 2018, in Portland, Oregon.

                                          *s/ Anil S. Karia*
                                          ANIL S. KARIA