TRACY REEVE, OSB# 891123
City Attorney
Email: tracy.reeve@portlandoregon.gov
MARK AMBERG, OSB# 922133
Chief Deputy City Attorney
Email: mark.amberg@portlandoregon.gov
DENIS M. VANNIER, OSB#044406
Senior Deputy City Attorney
Email:  denis.vannier@portlandoregon.gov
Office of City Attorney
1221 SW 4th Avenue, Suite 430
Portland, OR  97204
Telephone: (503) 823-4047
Facsimile: (503) 823-3089
*Of Attorneys for Defendant City of Portland*

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## PORTLAND DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA**, | Case No. 3:12-cv-02265-SI |
| **PLAINTIFF,** | |
| v. | **DECLARATION OF TRACY REEVE** |
| **CITY OF PORTLAND,** | |
| **DEFENDANT.** | |

I, Tracy Reeve, being first duly sworn, do depose and say:

1.I am the City Attorney for the defendant City of Portland, Oregon in the above-entitled matter.

2.I make this declaration in support of the City of Portland's Memorandum Updating Status of Portland Committee on Community-Engaged Policing in Support of Final Approval of Settlement Agreement Amendments and the City's presentation during the Status Conference set for Thursday, October 4, 2018.

Page  1 – DECLARATION OF TRACY REEVE

3. Attached hereto as Exhibit 1 is a true and correct copy of City or Portland Resolution No. 37384 As Amended, Exhibit 1 (copy of ECF 171), and Exhibit 2 (Amended PCCEP Plan) adopted by the City Council on September 5, 2018.

4. The facilitators selected by the City with the assistance of an evaluation committee determined that certain amendments should be made to the PCCEP Plan. In accordance with paragraph 142 of the Amended Settlement Agreement, and on behalf of the City, I facilitated consultations with the intervenor PPA and the enhanced amicus AMAC regarding the proposed amendments. That process resulted in various changes to the proposed amendments in response to the consultations with PPA and AMAC.

5. Following this consultation process, a draft of the proposed PCCEP Plan amendments, which reflected the changes made in response to AMAC's and PPA's feedback, was provided to the United States Department of Justice. DOJ subsequently notified me on behalf of the City that it had reviewed and approved the proposed changes.

I hereby declare that the above statement is true to the best of my knowledge and belief, and that I understand it is made for use as evidence in court and is subject to penalty for perjury pursuant to 28 U.S.C. § 1746.

Dated: September 27, 2018.

Respectfully submitted,

*/s/ Tracy Reeve*
TRACY REEVE, OSB # 891123
City Attorney
Email: tracy.reeve@portlandoregon.gov
Of Attorneys for Defendant

Page 2 – DECLARATION OF TRACY REEVE