TRACY REEVE, OSB# 891123
City Attorney
Email: tracy.reeve@portlandoregon.gov
MARK AMBERG, OSB# 922133
Chief Deputy City Attorney
Email: mark.amberg@portlandoregon.gov
DENIS M. VANNIER, OSB#044406
Senior Deputy City Attorney
Email:  denis.vannier@portlandoregon.gov
Office of City Attorney
1221 SW 4th Avenue, Suite 430
Portland, OR 97204
Telephone: (503) 823-4047
Facsimile: (503) 823-3089
*Of Attorneys for Defendant City of Portland*

## UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## PORTLAND DIVISION

**UNITED STATES OF AMERICA**,                                     3:12-CV-02265-SI

**PLAINTIFF,**

                                                        **DECLARATION OF MANDI HOOD**

v.

**CITY OF PORTLAND,**

**DEFENDANT.**

I, Mandi Hood, being first duly sworn, depose and declare as follows:

1.      I am employed by the City of Portland (City) as the Project Manager for the

Portland Committee on Community-Engaged Policing (PCCEP).

2.      I make this declaration in support of the City of Portland's Memorandum

Updating Status of Portland Committee on Community-Engaged Policing in Support of Final

Approval of Settlement Agreement Amendments and the City's presentation during the

Status Conference set for Thursday, October 4, 2018.

Page  1 – DECLARATION OF MANDI HOOD

3.      In November of 2017, the City posted a Request for Proposals (RFP) for an organizational development consultant to assist in the formation of the PCCEP and created an evaluation committee of community stakeholders to evaluate proposals.  The RFP did not generate a robust response, so the evaluation committee recommended that the RFP be canceled, revised and reissued.  The committee made recommendations to me on how to revise the RFP and a new RFP was issued in February 2018.

4.      The new RFP created by the City incorporated the recommendations of the evaluation committee and sought facilitators for the PCCEP with demonstrated experience in: group development and facilitation; transformational conflict resolution; assisting community groups in developing the skills needed to navigate challenging and controversial subject matter; and working actively with the mental health community.

5.   The RFP specifically sought facilitators who would:

a.   Assist the City in identifying areas of risk in the current PCCEP Plan and strategize around those risks;

b.   Support the committee in creating group cohesion and utilizing members' strengths and skills by establishing group norms and structure, with the goal of setting clear expectations, capacity building of new members and overall relationship building;

c.   Help set direction and vision for the work;

d.   Help the group establish ground rules with one another and with the public;

e.   Create a robust onboarding and training process for PCCEP members, including a retreat;

f.   Facilitate the development of the PCCEP work plan for the first year (with the possibility of continuing that work for an additional 6 months to a year) with a focus on community outreach, equity and inclusion;

Page  2 – DECLARATION OF MANDI HOOD

g.  Facilitate town halls/large public meetings as needed; and

h.  Transfer knowledge and skills to the City and PCCEP to increase their capacity to meaningfully engage with each other and the communities of Portland around policing and the Settlement Agreement.

6.      The evaluation committee then reviewed the proposals received.  The final evaluation committee was largely (but not entirely) the same as the initial evaluation committee, and was comprised of the following members: Freda Ceaser, Director of Equity and Inclusion at Central City Concern; Dana Coffee, Portland Commission on Disability; Jan Friedman, Attorney, Disability Rights Oregon; Janie Gullickson, Executive Director of the Mental Health Association of Oregon; Kalei Luyben, member of the Albina Ministerial Alliance Coalition for Justice and Police Reform (AMAC); and Daniel Portis-Cathers, member of the NAACP.

7.      Though the City initially sought one facilitator, the evaluation committee felt strongly that the top two candidates working together would best serve the PCCEP and the communities of Portland, and both of these facilitators were accordingly selected.

8.      One of the two facilitators selected was Training 4 Transformation, led by Hun Taing and Brandon Lee.  Training 4 Transformation is an Oregon State-certified Minority Business Enterprise that specializes in equity-focused community building between law enforcement and the diverse residents they serve.  Hun is a peace builder whose background includes art, reconciliation, public involvement and conflict transformation.  Brandon brings lived experience as a survivor of racial profiling, served as Legal Redress Committee Chairman for NAACP and worked to fund the Community Police Review Board in Oakland, California.

9.      The other facilitator selected was the Brad Taylor Group, an Oregon State Certified Emerging Small Business specializing in developing communication strategies through training seminars, conflict resolution and facilitation services.  Brad Taylor has

Page  3 – DECLARATION OF MANDI HOOD

worked as a direct line social worker, empowering residents living in supportive housing; as a homeless outreach worker, advocating for some of Portland's most vulnerable residents; and as a mobile mental health crisis response worker within Multnomah County.

10.    The PCCEP facilitators officially began work on May 10, 2018.  They hit the ground running, with an outreach strategy focused on removing barriers to participation for historically marginalized communities and empowering Portlanders with lived experience to take the lead in City processes.  An emphasis was placed on obtaining quality applications for the PCCEP over merely amassing a large number of applications.  To date, the facilitators have already put in approximately 500 hours of work.

11.    As the facilitators undertook this work and engaged with the community, they recommended that certain limited changes be made to the PCCEP Plan which had been approved by City Council, the DOJ, the AMAC and the PPA, and conditionally approved (as an exhibit to the Amended Settlement Agreement) by the Court.  *See* ECF 171, pp. 69-75).  The principal changes were intended to: allow for youth participation on the PCCEP; increase the size of the PCCEP to respond to community concerns including those of AMAC and to accommodate the youth members without decreasing the number of other members; allow for non-traditional community engagement in culturally responsive ways rather than requiring traditional town halls and round tables; reduce the mandatory number of meetings to ensure that PCCEP service was feasible for more community members; allow for subcommittees to be created with meetings open to the public; and explicitly acknowledge that some PCCEP members may need reasonable accommodations to participate.  The PCCEP Plan was amended in accordance with its terms – the City conferred extensively with the AMAC and PPA about the amendments, and they were subsequently approved by the DOJ and adopted by the City Council.  *See* Declaration of Tracy Reeve, Exhibit 1.

12.    A Selection Advisory Committee (SAC) comprised of one representative selected by each Council office was established to develop the written application and

Page  4 – DECLARATION OF MANDI HOOD

selection criteria for the PCCEP.  The SAC members were: Dr. Cynthia Fowler, psychiatrist and Chair of the Health Committee of the NAACP, appointed by Commissioner Saltzman; Julie Ramos, mental health advocate and recent Vice Chair of the Citizen Review Committee, appointed by Commissioner Fritz; Musse Olol, Chairman of the Somali American Council of Oregon, appointed by Commissioner Eudaly; Bobbin Singh, Executive Director of the Oregon Justice Resource Center, appointed by Commissioner Fish; and Derald Walker, psychologist and Executive Director of Cascadia Behavioral Health, appointed by Mayor Wheeler.

13.    A Planning Committee comprised of the SAC members and a representative from the Mayor's office and each Council office, supported by and staffed by me, and joined by the facilitators after they came on board in mid-May, engaged in a broad outreach strategy to reach as many Portlanders as possible.  This included presenting at community meetings, hosting informational sessions, and having targeted and informal conversations within their respective networks.

14.    The following steps were undertaken to establish the PCCEP selection process:

a.    On March 5, 2018, the SAC met for an overview of the PCCEP Selection Process and received initial training from the City Attorney's Office;

b.    On March 19, 2018, the Planning Committee met to work on developing a one-page job description, application and general criteria;

c.    On March 29, 2018, the Planning Committee met and continued to develop the job description, application and selection criteria;

d.    On April 9, 2018, the Planning Committee met to review the final draft of the PCCEP job description, application, to develop an outreach plan (including lists of groups/community partners/organizations for informational forums and visits) and to identify specific individuals for one-one-one outreach

Page  5 – DECLARATION OF MANDI HOOD

efforts; and

e.  On April 16, 2018, the Planning Committee met to finalize the outreach plan and community presentation materials; finalize the FAQ, prepare SAC members for information sessions and begin scheduling community presentations.

15.    Six information sessions were then held in geographically diverse locations around the City:

a.  Thursday, May 10, 2018, 6:30-7:30pm, Matt Dishman Community Center, 77 NE Knott Street, Portland, OR 97212;

b.  Saturday, May 12, 2018, 2:00-3:00pm, Midland Library, 805 SE 122nd Avenue, Portland, OR 97223;

c.  Wednesday, May 16, 2018, 6:30-7:30pm, Belmont Library, 1038 SE Cesar Chavez Blvd, Portland, OR 97214;

d.  Sunday, May 20, 2018, 1:00-2:00pm, Capitol Hill Library, 10723 SW Capitol Highway, Portland, OR 97219;

e.  Tuesday, May 22, 2018, 6:30-7:30pm, Kenton Library, 8226 N. Denver Ave., Portland, OR 97217; and

f.  Thursday, May 24, 2018, 6:30-7:30pm, Friendly House, 1737 NW 26th Ave, Portland, OR 97210.

16.    In addition, the facilitators did substantial outreach at community events and with a variety of community organizations and did targeted outreach to particular communities.  Because of all the outreach efforts conducted by the facilitators and the Planning Committee, over 100 applications were received from a broad spectrum of Portlanders to serve on the PCCEP.

17.    Outside of the development of the written application, neither the Mayor's Office nor Council offices were involved in any part of the SAC's selection process.

Page  6 – DECLARATION OF MANDI HOOD

Discussion around who to interview and final recommendations to the Mayor were the sole responsibility of the SAC.  The process was intentionally structured in this way in order to ensure fairness and preserve the integrity of the process.

18.     When reviewing written applications and interviewing candidates, the SAC focused on the following areas when assessing applicants: lived experience as a member of a marginalized community; lived experience with mental or physical health issues; interpersonal skills; experience working within/advocating for marginalized communities; and experience utilizing social services and engaging in government processes.

19.     The SAC met on July 3 and 23, 2018, to receive and review the applications, refine evaluation criteria and to select candidates for interviews.

20.     SAC interviews of candidates were conducted on August 16, 17, 18 and 19, 2018.  These interviews were attended by the SAC, a representative of the DOJ or COCL (in a monitoring role) and me.

21.     The SAC then provided its recommendations to the Mayor listing the candidates they believe should be on the PCCEP, along with alternates.

22.     Mayoral interviews with adult PCCEP candidates were conducted on August 23, 24 and 28, 2018, and were attended by the Mayor, Senior Policy Advisor Nicole Grant, Jared Hager from the United States Attorney's Office for the District of Oregon (as an observer only) and by a SAC member.  Interviews with youth were conducted on August 29 and 30, 2018.

23.     The Mayor publicly announced his selection of PCCEP members and alternates on September 11, 2018.  The Mayor submitted a letter on September 18, 2018, to the City Council requesting appointment of the PCCEP members and included their names, term limits and biographies.  The appointment request was placed on the City Council Agenda for September 26, 2018.  The announcement and letter are attached as Exhibit 1.

24.     City Council confirmed all 13 PCCEP members on September 26, 2018.

Page  7 – DECLARATION OF MANDI HOOD

25.     As part of the training process for PCCEP members, a retreat will be held over four sessions on Friday, September 28, 2018, from 6:00pm-9:00pm; Saturday, September 29, 2018, from 9:00am-5:00pm; Friday, October 12, 2018, from 6:00-9:00pm; and Saturday, October 13, 2018, from 6:00-9:00pm.  Between these weekend retreat dates, the PCCEP members will participate in training regarding the work of PPB, including attending PPB's Community Academy and participating in a ride-along with a PPB officer.  A letter from PPB's Training Division to the PCCEP Members regarding this training  is attached as Exhibit 2.

26.     The retreat will provide PCCEP members with the time and space to get to know one another, begin to coalesce as a group, get clarity on their work and mission and develop an organizational structure.

27.     Training will continue beyond these initial retreat dates and PPB training processes.  In addition to the training topics outlined in the PCCEP Plan, topics will include training on institutional racism, understanding mental health from the perspective of those with lived experience and lessons learned from the COAB process.

28.     Given the importance of the work of this committee and the need to thoughtfully build relationships with community members, the PCCEP will spend October 2018 continuing their training and engaging the community and will hold their first monthly meeting in November 2018.

29.     While the work to establish the PCCEP has been underway, the Mayor's Office has hosted monthly community forums on public safety since February 2018, in order to provide a venue for community engagement on these important issues until the PCCEP is in a position to fulfil that role.  To date, topics have included a status update on the Settlement Agreement (February 2018); a discussion on mental health and public safety (March 2018); a COCL Town Hall on the Settlement Agreement and community discussion (April 2018); a community listening session attended by Mayor Wheeler and PPB

Page  8 – DECLARATION OF MANDI HOOD

representatives (May 2018); a discussion of law enforcement's interaction with vulnerable populations (June 2018); a forum on the of amendments to the PCCEP Plan and a status update on PCCEP formation (August 2018); and a discussion of addiction and the criminal justice system (September 2018).

Pursuant to 28 U.S.C. 1746, I declare under penalty of perjury that the foregoing is true and correct.

DATED: September 25, 2018.

Respectfully submitted,

_____

Mandi Hood

PORTLAND CITY ATTORNEY'S OFFICE
1221 SW 4TH AVENUE, RM 430
PORTLAND, OREGON 97204
PHONE: (503) 823-4047
FAX: (503) 823-3089