

**OFFICE OF MAYOR TED WHEELER**
**CITY OF PORTLAND**

**PORTLAND COMMITTEE ON COMMUNITY-ENGAGED POLICING (PCCEP)**
**MEMBERS**

Sebastian Chevalier*
Yolanda Clay
Lakayana Drury
Lakeesha Dumas
Robert Dye
Sharon Gary-Smith
Aden Hassan
Andrew Kalloch
Michelle Lang
Patrick Nolen
Sam Sachs
Zachary Thornhill
Kalonji Williams*

*Alternates*

Rachel Benjamin
Taylor Ford
Britton Masback*
Yolanda Salguiero
Amarien Simmons*
Raul Steve Trujillo

*High-School Aged Youth

1221 SW Fourth Avenue, Suite 340 ♦ Portland, Oregon 97204
MayorWheeler@PortlandOregon.gov

Exhibit 1
Pg. 1 of 9



**OFFICE OF MAYOR TED WHEELER**
**CITY OF PORTLAND**

September 18, 2018

As Mayor and Police Commissioner, I request Council confirmation of the following appointments to the Portland Committee on Community-Engaged Policing (PCCEP):

| Appointment | New Term Expires |
|---|---|
| Yolanda Clay | September 26, 2020 |
| Sebastian Chevalier | June 30, 2019 |
| Lakayana Drury | September 26, 2020 |
| LaKeesha Dumas | September 26, 2020 |
| Bob Dye | September 26, 2020 |
| Sharon Gary-Smith | September 26, 2019 |
| Aden Hassan | September 26, 2019 |
| Andrew Kalloch | September 26, 2020 |
| Michelle Lang | September 26, 2019 |
| Patrick Nolen | September 26, 2020 |
| Sam Sachs | September 26, 2020 |
| Zachary Thornhill | September 26, 2020 |
| Kalonji Williams | June 30, 2019 |

Respectfully submitted,

Ted Wheeler
Mayor

# Portland Committee on Community-Engaged Policing

## Appointments

**Sebastian Chevalier (youth member)**

Sebastian Chevalier was born in Portland and has lived here all his life. His father is from Haiti and he takes a lot of pride in being Haitian and considers it a big part of who he is. He currently attends Lincoln High School and is co-president of the Brothers Club. He's also had the amazing opportunity to explore the world with his family, traveling to Chile, Argentina, Haiti, the United Kingdom, Germany, Spain, and the Czech Republic. Sebastian temporarily lived in the Netherlands during his freshman year of high school. Because of this global lifestyle, he's developed the ability to step into an objective point of view in everyday situations and be as open-minded as possible. His goal for the future is to attend Morehouse College and pursue his passion in either music or film.

**Yolanda Clay**

Yolanda Clay has lived in Portland since 1991. She graduated from Portland State University with a Bachelor's of Science in Social Science. Yolanda became empowered to vocalize and advocate for individuals with mental health issues by completing the Peer Support Specialist training. Her interests lie in learning and cultivating modes for obtaining states of personal and communal well-being.

Yolanda has proven herself to be a lifelong learner with a commitment to continuously improving her personal processes. She has gained knowledge about the social effects of poverty and in particular, generational poverty on individuals and families by participating in the Communication Across Barriers' Poverty Institute conference. She has also developed skills to refocus and reframe her visions and goals to ensure her present and future success by completing STARTS, a leadership development program through REACH CDC.

A self-described introvert, Yolanda believes in the power of empathy for easing societal ills.

Exhibit 1
Pg. 3 of 9

**Lakayana Drury**

Lakayana Drury is the executive director of Word is Bond, a new nonprofit in Portland whose mission is to build positive relationships between young Black men and law enforcement. Lakayana helped found the organization in 2017. Lakayana facilitated nine community listening sessions to an estimated 400 police officers as part of the Portland Police Bureau's implicit bias training this past May. In addition to running the nonprofit, Lakayana teaches social studies at Rosemary Anderson High School. He is the staff lead for the boys to men group, robotics club and the Historically Black College Tour. Prior to moving to Portland, Lakayana taught in Philadelphia and Beijing, China and did community organizing in New Haven, Connecticut and Washington, D.C. Outside of his community engagement work, Lakayana is passionate about reading, traveling, yoga and mixed martial arts. He received a Bachelor of Science in Applied Social Science concentration in History and Politics, from the University of Wisconsin Stout.

**LaKeesha Dumas**

LaKeesha Dumas is an Office of Consumer Engagement Coordinator for Multnomah County. She comes with a wealth of knowledge and lived life experience; she is in recovery from a substance disorder and mental health issues.

LaKeesha is certified by the State as a Community Health Worker, Peer Wellness Specialist, Adult Addictions Peer Support Specialist, Adult Mental Health Peer Support Specialist and a Youth and Young Adult Peer Support Specialist through the Oregon Health Authority. She started off working with systems when she was a part of the WOW Project through Healthshare , Kaiser Permanente , ORCHWA and 5 Community Based Organizations, working on well-child checks and mental health. Through her advocacy for culturally -specific mental health services for those on the OHP, she was the recipient of the Oregon Public Health Association 2014 Emerging Leader Award. After that, she worked with CareOregon for multiple years, providing peer support services to their members with complex health and social needs contracted through the Urban League of Portland and the African American Health Coalition.

Born and raised in Portland, she has seen the gentrification, gang violence, drug-epidemic and trauma faced by her community. Since being in recovery she has worked tirelessly reaching back to her community to give them hope and get them the appropriate resources to become healthier, overcome barriers and also recover.

Exhibit 1
Pg. 4 of 9

LaKeesha is the Chair of The Traditional Health Workers Commission, on the board for Oregon Public Health Institute, the Behavioral Health Advisory Board, Regional Behavioral Health Collaborative, the Board for Portland's Black LGBTQ Community (Newly named Sankofa Collective Northwest), Healthshare's CAC, Vice President for MAAPPS ( Metro-Plus Association of Addiction Peer Professionals), Peer Delivered Services Core Team through the Oregon Health Authority, Alternatives Planning Committee, Peerpocalypse Planning Committee, and the National Advisory Council for Complex Care and Social Needs. She also Volunteers with other Organizations such as Unify Portland, Straightway Services, Enough is Enough, and also Recovery and Healing Groups ranging from anti Human Trafficking, Gang Violence & Domestic Violence to Addiction and Mental Health.

Her role helps elevate the way the county provides services to its consumers, bridging the gap between county and community. Helping with technical assistance around the Departments and paving the way for more peers with lived experience to be a part of the County's delivery system and at the tables where decisions are being made about consumers' health and needs.

**Bob Dye**

Bob Dye is Senior General Manager of Lloyd Center in Portland, Oregon. A native Hawaiian, a certified Shopping Center Manager, and licensed Oregon Principal Broker, Dye took Lloyd Center's helm on July 1, 2015 and has over thirty-seven years of experience in the management, marketing, leasing and development of shopping centers and mixed use properties. Over the course of his career Bob has worked with numerous municipalities and interacted with law enforcement agencies at multiple levels. Early in his career, working for a local savings bank and in conjunction with the Honolulu Police Department, Bob introduced the red dye money packs to combat robberies of banks and other financial institutions.
Bob has been a student mentor for the Grossmont Union School District (San Diego) as well as the Newberg, Oregon School District. Prior to sustaining a severe and irreversible injury to his foot and ankle, Bob was an avid road cyclist participating in century rides in multiple states across the U.S. In 2001, Bob helped create and co-chaired the Alpine Challenge Bike Ride benefitting the Kiwanis Club of Alpine, California and providing mentoring and scholarships to at-risk high

Exhibit 1
Pg. 5 of 9

school students. Since 2001 the Alpine Challenge has raised over $200,000 in scholarships for 33 students.

**Sharon Gary-Smith**

Sharon Gary-Smith is a native-born Oregonian, the first of the four daughters of a civil rights, educational equity and social justice mother (the late Bobbi L. Gary), and a labor and education justice father (the late Frederick Douglas Gary, Jr., a Tuskegee man). For five decades, Sharon has been a grassroots activist, agitator and organizer for educational equity, community economic development, and racial and social justice; as a second-generation African American Oregonian, it's in her DNA. She has held positions in corporate America, community-based organizations and national and local philanthropy, most recently she served as the (retired) executive director of the MRG Foundation, Oregon's leading racial, social, environmental and economic justice funder. Sharon served on numerous local and national boards of directors including board emerita Western States Center, Portland; board emerita Social Justice Fund NW, Seattle; national Planned Parenthood board of directors, national NARAL board of directors, board member, Grantmakers of Oregon & SW Washington. She has been a consultant to Multnomah County, City of Portland, University of Oregon, Portland Public Schools, and a number of grassroots, community-based organizations.

Sharon co-chairs Metro's Committee on Racial Equity (CORE) that is responsible for review, assessment, monitoring and recommendations to METRO's Strategic Equity Plan, and to guide the METRO council in ensuring the organization embeds equitable operational practices throughout the organization.

**Aden Hassan**

Aden Hassan currently serves as a board member of Cool Islam, a youth program for disadvantaged Muslim youth in Southwest Portland. He served on a board for pre-medical students while in university. He was also a board member of the Black Student Union and participated in Peer Mediation while a student at Lincoln High School. He considers one of his greatest strengths to be his willingness to listen and understand the perspectives of each and every voice. Aden believes the PCCEP should be focused on developing stronger strategies in conflict resolution regarding individuals with mental health conditions. Moreover, the PCCEP should work to enlist mental health experts and develop comprehensive training to heal

Exhibit 1
Pg. 6 of 9

the relationship between law enforcement and people with mental health conditions.

**Andrew Kalloch**

Andrew Kalloch is a former Staff Attorney at the New York Civil Liberties Union and led the criminal justice policy efforts for the Manhattan Borough President and the New York City Comptroller. He graduated from Harvard College and Harvard Law School, where he was a member of the Prison Legal Assistance Project and the Harvard Legal Aid Bureau. Mr. Kalloch is now the Americas Policy Manager for Airbnb, and lives in Johns Landing with his wife, Jenna Adams-Kalloch, and their one year old daughter, Selma Abigail Adams-Kalloch.

**Michelle Lang**

Michelle Lang is Director of Campus Ministries at Warner Pacific University and serves at Imago Dei Community Church. She has a long career in urban development & advocacy, specifically in areas related to youth and the African-American community. In 2015, after being shaken by the Michael Brown case in Ferguson, MO, Michelle set out to combine her extensive background in theater and community engagement to create an interactive workshop entitled "the Art of Tough Talks", a multi-media project that utilizes the arts to foster conversation, education and action on matters of social change and justice. She is a speaker, workshop facilitator and artist who believes in Art as Activism. She relocated to Portland in 2013.

**Patrick Nolen**

Patrick was born in 1970. Due to untreated heath issues including depression and anxiety he was homeless in Portland off and on from 1990 to 2011. Patrick has been both a board member and community organizer at Sisters of the Road Cafe, a board member at Empowerment Initiatives, and an advisory council member for the Mental Health Association of Portland. His ongoing interests include public health care, the housing crisis, homelessness, local politics, reading nonfiction books - especially history, and meeting new people. He's recently moved in with his girlfriend and her 9-year old son.

Exhibit 1
Pg. 7 of 9

**Sam Sachs**

Sam Sachs is a Portland Native. He graduated from Portland State University with a degree in Black Studies. He has worked in public safety for over 20 years, most recently as a Portland Park Ranger. He served as the chair of The Community and Police Relations Committee while serving as a Human Rights Commissioner for the City of Portland. Sam founded a non-profit called The No Hate Zone, focused on ending hate and racism in Portland through education, community engagement and advocacy. Sam enjoys spending time with family and friends and an occasional cigar.

**Zachary Thornhill**

Zachary Thornhill is a thirty-something biracial queer man born and raised in SE Portland. He is currently an adjunct instructor at Portland State University and a social worker with Multnomah County's Mental Health & Addiction Services Division. Professionally, Zachary has worked with individuals across the lifespan in areas of public health and social services, and he has a special interest in social work practice at the intersection of public safety, aging, and behavioral health. He has previously worked at a variety of community-based mental health agencies and served on the ambassador council at Our House of Portland. While Zachary is a proud resident of the Pacific Northwest, he maintains an interest in traveling, having lived, worked, and studied across Africa, Asia, and Europe. He received a BA from Seattle University and a MSW from Washington University in St. Louis.

**Kalonji Williams (youth member)**

Kalonji Williams is a 16-year old junior attending Rosemary Anderson High School. He is a member of student council and an avid reader. He is a member of Word is Bond. Kalonji is originally from Atlanta, Georgia and moved to Portland at an early age. He's traveled to Jamaica and is a humble young man looking to make a difference in his community with aspirations to attend college.

Exhibit 1
Pg. 8 of 9

# IMPACT STATEMENT

**Legislation title:** Appoint inaugural members to the Portland Committee on Community-Engaged Policing (PCCEP) for staggered terms set to expire June 30, 2019 (youth members), September 26, 2019, and September 26, 2020. (Report)

**Contact name:** Nicole A. Grant, Senior Policy Advisor to Mayor Wheeler
**Contact phone:** 503-823-1056
**Presenter name:** Nicole A. Grant

### Purpose of proposed legislation and background information:
The purpose of this agenda item is to confirm the appointments of the thirteen inaugural members of the Portland Committee on Community-Engaged Policing (PCCEP) per the terms of the PCCEP Plan and DOJ Settlement Agreement. PCCEP member terms will begin on the date of confirmation and end on a staggered basis. Youth terms will end on June 30, 2019; three one-year terms will end on September 26, 2019; and eight two-year terms will end on September 26, 2020.

### Financial and budgetary impacts:
There are no financial or budgetary impacts.

### Community impacts and community involvement:
The PCCEP is responsible for independently assessing the City of Portland's compliance with the DOJ Settlement Agreement. PCCEP will work to facilitate positive police/community relationships and promote public safety by assessing the Portland Police Bureau's (PPB) current community engagement processes, and developing recommendations and strategies for systems to increase public outreach and engagement with a broad cross-section of the community, to build confidence and improve outcomes. Additionally, PCCEP members will review and make recommendations on PPB policies touching the DOJ Settlement Agreement and/or key areas of concern, including constitutional policing, use of force, interactions with people experiencing mental illnesses, complaint investigations, and racial justice.

The PCCEP Plan, application process, and selection process are available on the Mayor's website.

### 100% Renewable Goal:
This agenda item is not applicable to the 100% renewable goal.

## Budgetary Impact Worksheet

**Does this action change appropriations?**
☐ **YES**: Please complete the information below.