Dear New Members of the Portland Committee on Community-Engaged Policing (PCCEP),

The staff of the Portland Police Bureau Training Division is looking forward to working with you. Our goal for the day is to familiarize you with some of the tactics and training PPB officers receive. Our lead instructors will provide a quick overview of their disciplines, then give you an opportunity to try your hand at a few of the tactics our officers use.

Please read through the information in this email and confirm your attendance. You will be matched up with a partner officer, so it is important that we have a correct count for staffing.

**When:**  Wednesday October 3rd, 6:00-10:00 pm          OR          Saturday October 5, 8:00 am - 5:00 pm
              _and_
         Wednesday October 10, 6:00-10:00 pm

**Where:** Portland Police Training Complex
          14912 NE Airport Way, 97230

**Please confirm your attendance by September 15, 2018**. Email Jody at Jody.Halia@portlandoregon.gov with the below information. The information will help us prepare gear and content for your training. Please note that all of the activities are optional.

1. Left Handed
   Right Handed

2. **Shirt Size:**   SMALL, MEDIUM, LARGE, X-LARGE OR XX-LARGE

3. **Belt Size:**
   Small—28"-34"
   Medium—34"-40"
   Large—40"-46
   X-large—46"-52"
   XX-large—54"-58"

4. **Meal preferences/ allergies.**  We will be ordering dinner.  We will do our best to accommodate your needs, but please understand we will be using a commercial provider and may **not** be able to meet all dietary requests.

5. **What questions do you have about the PPB**?  Is there any information you would like presented?  We have a full schedule, but will do our best to incorporate your questions during this training or build into future information sessions.

The Training will start promptly at 6:00pm.  We have a full schedule for you and request that you plan to arrive by 5:45 to meet your training partner and get fitted into your equipment.  We will have a meal, coffee and tea available for you. You are encouraged to bring your own water bottle to carry with you.

Exhibit 2
Pg. 1 of 2

**Safety**

Training Division staff members are committed to maintaining a safe training environment. All participants in all our training programs are safety checked to ensure no potential weapons enter the safe training area. You will be safety checked prior to the start of our sessions.

- Leave multi-tools, knives, and firearms at home or lock them out of sight in your car.

- For the safety check, an officer will perform a light pat down of your upper and lower body, and will check pockets and the inside of your bag.

- If you must return to your car after a safety check, an officer will re-check you before you re-enter the safe training area.

- You may be safety checked by an officer of the opposite gender.

- Once safety checked, you will wear a wrist band that indicates you were checked.

**Clothing & Cell Phones**

You will have opportunities throughout the day to participate in hands-on activities. Most, but not all, will be inside the training facility.

- Wear clothing you can move in. Please wear pants with belt loops and substantial belt. Your shoes should be laced and closed toe shoes. You will be standing and walking. Please do not wear sandals, heels, or Crocs.

- Bring outerwear appropriate for the day's weather. We will be outside part of the time on the second Wednesday.

- Do not wear cologne/perfume.

- Remove all loose jewelry such as bracelets, necklaces, and dangling earrings. Rings are okay.

- We appreciate your need to remain available by cell phone. We will remind you to set your ringer to silent or vibrate. Photography, video, and tweeting during the orientation will be disallowed.

Please feel free to contact me if you have any questions,

**Jody Halia**
Training and Development Analyst
Portland Police Bureau
Jody.Halia@portlandoregon.gov
971-275-2300

Exhibit 2
Pg. 2 of 2