IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **UNITED STATES OF AMERICA**,<br><br>　　　　　　Plaintiff,<br><br>　　　v.<br><br>**CITY OF PORTLAND**,<br><br>　　　　　　Defendant. | Case No. 3:12-cv-02265-SI<br><br>**ORDER SETTING AGENDA FOR SIX-MONTH INTERIM STATUS CONFERENCE** |

**Michael H. Simon, District Judge.**

As previously scheduled, the Court will hold a six-month interim status conference on Thursday, October 4, 2018, at 9:00 a.m. in Courtroom 15B of the Mark O. Hatfield U. S. Courthouse, 1000 S.W. Third Avenue, Portland, Oregon. The agenda for this status conference is as follows:

　　　9:00 a.m.　　　Court's introductory remarks (10 minutes)

　　　9:10 a.m.　　　United States of America ("USA") (20 minutes)
　　　　　　　　　　(presentation and responses to Court's questions)

　　　9:30 a.m.　　　City of Portland ("City") (20 minutes)
　　　　　　　　　　(presentation and responses to Court's questions)

　　　9:50 a.m.　　　Albina Ministerial Alliance Coalition for Justice and Police
　　　　　　　　　　Reform ("AMAC") (20 minutes)
　　　　　　　　　　(presentation and responses to Court's questions)

　　　10:15 a.m.　　Break (15 minutes)

Page 1 – ORDER SETTING AGENDA FOR STATUS CONFERENCE

| | |
|---|---|
| 10:30 a.m. | Portland Police Association ("PPA") (20 minutes) (presentation and responses to Court's questions) |
| 10:50 a.m. | Compliance Officer/Community Liaison ("COCL") (20 minutes) (if applicable) (presentation and responses to Court's questions) |
| 11:10 a.m. | Mental Health Alliance ("MHA") (20 minutes) (presentation and responses to Court's questions) |
| 11:30 a.m. | Schedule annual status conference for April 2019 |
| 11:30 a.m. | Public testimony begins |
| 12:00 p.m. | Break for lunch (60 minutes) |
| 1:00 p.m. | Public testimony continues, if needed |

**IT IS SO ORDERED.**

DATED this 1st day of October, 2018.

                                                  /s/ *Michael H. Simon*
                                                Michael H. Simon
                                                United States District Judge