TRACY REEVE, OSB# 891123
City Attorney
Email: tracy.reeve@portlandoregon.gov
MARK AMBERG, OSB# 922133
Chief Deputy City Attorney
Email:  mark.amberg@portlandoregon.gov
DENIS M. VANNIER, OSB#044406
Deputy City Attorney
Email:  denis.vannier@portlandoregon.gov
Office of City Attorney
1221 SW 4th Avenue, Suite 430
Portland, OR  97204
Telephone: (503) 823-4047
Facsimile: (503) 823-3089
*Of Attorneys for Defendant City of Portland*

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## PORTLAND DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA**, | **Case No. 3:12-cv-02265-SI** |
| **PLAINTIFF,** | |
| v. | **DEFENDANT CITY OF PORTLAND'S NOTICE OF PERIODIC COMPLIANCE REPORTS** |
| **CITY OF PORTLAND,** | |
| **DEFENDANT.** | |

Defendant, City of Portland, provides notice to the Court of attachments Exhibit A, Rosenbaum & Watson, LLP correspondence and Compliance and Outcome Assessment Report of the Compliance Officer and Community Liaison (COCL): Section VIII Officer Accountability and Section IX Community Engagement and Creation of Portland Committee on Community Engaged Policing from October 2017 to December 2018.

 Defendant submits COCL's report pursuant to the Settlement Agreement.

Dated:  May 7, 2019.

Respectfully submitted,

*/s/ Tracy Reeve*

TRACY REEVE OSB # 891123
City Attorney
Email: tracy.reeve@portlandoregon.gov
Of Attorneys for Defendant