TRACY REEVE, OSB# 891123
City Attorney
Email: tracy.reeve@portlandoregon.gov
MARK AMBERG, OSB# 922133
Chief Deputy City Attorney
Email: mark.amberg@portlandoregon.gov
DENIS M. VANNIER, OSB#044406
Deputy City Attorney
Email: denis.vannier@portlandoregon.gov
Office of City Attorney
1221 SW 4th Avenue, Suite 430
Portland, OR 97204
Telephone: (503) 823-4047
Facsimile: (503) 823-3089
*Of Attorneys for Defendant City of Portland*

## UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## PORTLAND DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA**, | **Case No. 3:12-cv-02265-SI** |
| **PLAINTIFF,** | |
| v. | **DEFENDANT CITY OF PORTLAND'S NOTICE OF PERIODIC COMPLIANCE REPORTS** |
| **CITY OF PORTLAND,** | |
| **DEFENDANT.** | |

Defendant, City of Portland, provides notice to the Court of attachments Exhibit A, Rosenbaum & Watson, LLP correspondence and Compliance and Outcome Assessment Report of the Compliance Officer and Community Liaison (COCL): All Sections with Remaining Compliance Issues.

Defendant submits COCL's report pursuant to the Settlement Agreement.

Dated: May 24, 2019.

Respectfully submitted,

*/s/ Tracy Reeve*
TRACY REEVE OSB # 891123
City Attorney
Email: tracy.reeve@portlandoregon.gov
Of Attorneys for Defendant

PORTLAND CITY ATTORNEY'S OFFICE
1221 SW 4TH AVENUE, RM 430
PORTLAND, OREGON 97204
PHONE: (503) 823-4047
FAX: (503) 823-3089