**BILLY J. WILLIAMS, OSB #901366**
United States Attorney
**RENATA A. GOWIE, OSB#175273**
Civil Division Chief
**JARED D. HAGER, WSB #38961**
Assistant United States Attorney
U.S. Attorney's Office for the District of Oregon
1000 SW Third Avenue, Suite 600
Portland, Oregon 97204-2902
Phone: 503.727.1120
Email: jared.hager@usdoj.gov

**ERIC DREIBAND**
Assistant Attorney General
**STEVEN H. ROSENBAUM**
Special Litigation Section Chief
**LAURA L. COWALL**
Special Counsel
**R. JONAS GEISSLER**
Trial Attorney
U.S. Department of Justice, Civil Rights Division
950 Pennsylvania Ave., NW
Washington, D.C. 20530
Phone: 202.514.6255
Email: jonas.geissler@usdoj.gov
Attorneys for the United States

**UNITED STATES DISTRICT COURT**

**DISTRICT OF OREGON**

**UNITED STATES OF AMERICA,**

Plaintiff,

v.

**CITY OF PORTLAND,**

Defendant.

Case No. 3:12-cv-02265-SI

JOINT MOTION FOR ORDER SETTING AGENDA FOR INTERIM STATUS CONFERENCE

The United States ("USA"), the City of Portland ("City"), Intervenor Portland Police Association ("PPA"), Enhanced Amicus Albina Ministerial Alliance Coalition for Justice and Police Reform ("AMAC"), and Amicus Mental Health Alliance ("MHA"), jointly propose the following agenda (exclusive of any questions and discussion the Court may have) for the next Interim Status Conference set for Thursday, June 6, 2019.

| | |
|---|---|
| 9:00 a.m. | Court's Introductory Remarks (10 minutes) |
| 9:10 a.m. | USA Presentation on the PCCEP Amendment (10 minutes) |
| 9:20 a.m. | City Presentation on the PCCEP Amendment (10 minutes) |
| 9:30 a.m. | PPA Presentation on the PCCEP Amendment (10 minutes) |
| 9:40 a.m. | AMAC Presentation on the PCCEP Amendment (20 minutes) |
| 10:00 a.m. | MHA Presentation on the PCCEP Amendment (20 minutes) |
| 10:20 a.m. | PCCEP Presentation on the PCCEP Amendment (10 minutes) |
| 10:30 a.m. | Break (10 minutes) |
| 10:40 a.m. | Public Testimony on the PCCEP Amendment (100 minutes) |
| 12:20 p.m. | Lunch (60 minutes) |
| 1:20 p.m. | USA Presentation on Compliance Assessment (30 minutes) |
| 1:50 p.m. | Compliance Officer Presentation on Compliance Assessment (30 minutes) |
| 2:20 p.m. | AMAC Presentation on Compliance Assessment (30 minutes) |
| 2:50 p.m. | Break (10 minutes) |
| 3:00 p.m. | MHA Presentation on Compliance Assessment (20 minutes) |
| 3:20 p.m. | PCCEP Presentation on Compliance Assessment (20 minutes) |
| 3:40 p.m. | PPA Presentation on Compliance Assessment (20 minutes) |
| 4:00 p.m. | City Presentation on Compliance Assessment (20 minutes) |
| 4:20 p.m. | Court's Closing Remarks (10 minutes) |

Dated this 31st day of May, 2019.

Respectfully submitted,

FOR THE UNITED STATES:

BILLY J. WILLIAMS
United States Attorney
District of Oregon

RENATA A. GOWIE
Chief, Civil Division

*/s/ Jared D. Hager*
JARED D. HAGER
Assistant U.S. Attorney

ERIC DREIBAND
Assistant Attorney General
Civil Rights Division

STEVEN H. ROSENBAUM
Chief, Special Litigation Section

*/s/ Laura L. Cowall*
LAURA L. COWALL
Special Counsel

*/s/ R. Jonas Geissler*
R. JONAS GEISSLER
Trial Attorney

FOR THE CITY OF PORTLAND:

*/s/ Tracy Pool Reeve*
TRACY POOL REEVE
City Attorney

FOR THE PORTLAND POLICE ASSOCIATION:

*/s/ Anil S. Karia*
ANIL S. KARIA
Attorney for Intervenor PPA

FOR THE ALBINA MINISTERIAL ALLIANCE COALITION FOR JUSTICE AND POLICE REFORM:

*/s/ J. Ashlee Albies*
J. ASHLEE ALBIES
Attorney for Enhanced Amicus AMAC

*/s/ Kristen Chambers*
KRISTEN CHAMBERS
Attorney for Enhanced Amicus AMAC

FOR THE MENTAL HEALTH ALLIANCE:

*/s/ Juan Chavez*
JUAN CHAVEZ
Attorney for Amicus MHA