TRACY REEVE, OSB# 891123
City Attorney
Email: tracy.reeve@portlandoregon.gov
MARK AMBERG, OSB# 922133
Chief Deputy City Attorney
Email: mark.amberg@portlandoregon.gov
DENIS M. VANNIER, OSB#044406
Senior Deputy City Attorney
Email: denis.vannier@portlandoregon.gov
Office of City Attorney
1221 SW 4th Avenue, Suite 430
Portland, OR 97204
Telephone: (503) 823-4047
Facsimile: (503) 823-3089
   *Of Attorneys for Defendant City of Portland*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF OREGON**

**PORTLAND DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA**, | 3:12-CV-02265-SI |
| **PLAINTIFF,** | |
| v. | **DECLARATION OF NICOLE GRANT** |
| **CITY OF PORTLAND,** | |
| **DEFENDANT.** | |

I, Nicole Grant, being first duly sworn, depose and declare as follows:

1. I am employed by the City of Portland (City) as the Mayor's Senior Policy Advisor and liaison to the Portland Committee on Community-Engaged Policing (PCCEP).

2. I make this declaration in support of the City of Portland's Second Memorandum Updating Status of Portland Committee on Community-Engaged Policing in Support of Final Approval of Settlement Agreement Amendments and the City's presentation during the Status Conference set for Thursday, June 6, 2019. The following is true to the

Page 1 – DECLARATION OF NICOLE GRANT

best of my knowledge, information and belief:

3.     The City engaged two facilitators to assist with the process of selecting and training the PCCEP members, Training 4 Transformation (T4T) and the Brad Taylor Group (BTG).  T4T participated extensively in engaging the community during the PCCEP selection process and both BTG and T4T participated in the selection process, and jointly facilitated an extensive orientation process for PCCEP members and alternates.   BTG eventually prepared a final PCCEP Facilitation Report for submission to the City and a true and correct copy of that report is attached as Exhibit 1.

4.     The PCCEP orientation process facilitated jointly by T4T and BTG was extensive as evidenced by the PCCEP Orientation Agenda, a true and correct copy of which is attached as Exhibit 2.

5.     Following the selection and orientation process, a conflict arose between T4T and a PCCEP member.  As the City was sorting through how to address the conflict respectfully for both the PCCEP member and T4T, T4T elected to withdraw from its contract.

6.     Many (but not all) of the materials used in the PCCEP Orientation Process are included in an Orientation Packet that was provided to members in a binder.   A true and correct copy of the Orientation Packet is attached as Exhibit 3.

7.     In addition to the facilitation work of BTG and T4T, the PCCEP has been staffed by the City of Portland.  As noted, I am the primary liaison from Mayor Wheeler's office.  The initial PCCEP Program Manager was Mandi Hood, who staffed the PCCEP until she had to take a medical leave in November of 2018.  At that time, the Mayor's Office asked Judith Mowry, Senior Policy Advisor with the Office of Equity and Human Rights to manage the PCCEP Program until a Program Manager could be hired.  Ms. Mowry is a very talented and experienced manager, facilitator and equity practitioner and has capably managed the PCCEP Program since Ms. Hood (who ultimately resigned) had to step away.

Page  2 – DECLARATION OF NICOLE GRANT

PORTLAND CITY ATTORNEY'S OFFICE
1221 SW 4TH AVENUE, RM 430
PORTLAND, OREGON 97204
PHONE: (503) 823-4047
FAX: (503) 823-3089

8. The City of Portland posted for a new PCCEP Program Manager and the recruitment has now closed. The selection process from that candidate pool is now well underway.

9. In November of 2018, the City also hired Claudia Claudio to support the PCCEP as the Project Assistant. Ms. Claudio brings experience in writing, social media, public relations and website management to the role. Ms. Claudio has been instrumental in improving and updating the PCCEP website so that it is now a valuable resource for members and the community, and it now contains all meeting agendas and minutes as well as a library page with important documents and links including videos of all PCCEP meetings, transcripts of the Court's recent status conferences, a few of the Court's orders, the amended Settlement Agreement, the Amended PCCEP Plan, the PCCEP Bylaws, the current DOJ and COCL Compliance Assessments, some historical documents as to the background of the DOJ investigation, and key PPB documents such as annual reports, PPB Office of Community Engagement Plan, and the PPB Strategic Insights Report (Section Re Community Engagement). Ms. Claudio also handles the logistics for PCCEP meetings, steering committee meetings and subcommittee meetings, and attends almost all of these meetings.

10. One of the Mayor's goals for the PCCEP has been to empower the body to have a much greater ability to self-determine how it organizes itself, how it structures its work and ultimately what work it chooses to undertake. To that end, the City is endeavoring to allow the PCCEP to determine to a large extent what support services it needs or would find useful. BTG facilitated the first PCCEP meeting in November 2018 following T4T's decision to withdraw. Since that time, PCCEP has elected to self-facilitate its meetings. I have communicated to PCCEP that in light of T4T's decision to withdraw, the City is ready and willing to contract for additional culturally specific facilitation services should the PCCEP believe it would be helpful. To date, PCCEP has elected not to request such support

Page 3 – DECLARATION OF NICOLE GRANT

PORTLAND CITY ATTORNEY'S OFFICE
1221 SW 4TH AVENUE, RM 430
PORTLAND, OREGON 97204
PHONE: (503) 823-4047
FAX: (503) 823-3089

and had elected not to engage BTG in meeting facilitation. Instead, PCCEP meetings have been facilitated by the PCCEP officers selected by the PCCEP itself.

11. PCCEP meetings are now generally held on the third Tuesday of the month, at a variety of venues in different parts of the City to ensure accessibility to a variety of Portlanders. Generally, meetings are from 5:30-8:30 p.m. on the third Tuesday of the month and a meal is provided for PCCEP members and other attendees. All meetings are also live streamed and captioned, again to make PCCEP meetings accessible to more Portlanders. PCCEP meetings are also generally interpreted in ASL.

12. It has been necessary to replace several PCCEP members with alternates for a variety of reasons. Three members have moved or are moving out of state. In addition, one original member decided quite early on that PCCEP membership was not the right volunteer activity for that person. Two other original members have recently concluded that, due to changed personal and family circumstances, continued service on the PCCEP is not feasible for them at this time. One of these two members also expressed frustration with the ability to access electronic communications through the City's email system. The City is taking this concern seriously and is working to streamline electronic access and minimize the need for password changes that have to go through the City's Bureau of Technology Services.

13. At the time that the initial PCCEP members were selected, the City also selected from the applicant pool a body of alternates who were trained with the original PCCEP members. A number of those alternates have now been seated on the PCCEP. As trained alternates began to be moved to the PCCEP, the City recognized that it would be important to replenish the alternate pool to ensure the PCCEP continued to have strong alternates available for appointment to the committee as needed.

14. The City accordingly requested a plan from BTG to create a new alternate pool, which BTG did. That Process to Develop Alternate Pool is attached as Exhibit 4. In coordination with the Mayor's office, BTG then undertook the facilitation of the alternate

Page  4 – DECLARATION OF NICOLE GRANT

PORTLAND CITY ATTORNEY'S OFFICE
1221 SW 4TH AVENUE, RM 430
PORTLAND, OREGON 97204
PHONE: (503) 823-4047
FAX: (503) 823-3089

selection process. The process that was used is described in BTG's final PCCEP Facilitation Report. As a result of this process, the City established an alternate pool with nine (9) outstanding alternates. Short biographies of the nine alternates are attached as Exhibit 5. The entire alternate pool will undergo orientation together to be ready to serve on the PCCEP as needed. The City and the Mayor are committed to continuing to ensure that a highly qualified pool of applicants is available and ready to be seated on the PCCEP as needed.

15.    Following its work facilitating the alternate election process, BTG has completed its contract with the City. Inasmuch as PCCEP has not elected to use further facilitation services at this time, neither the City nor BTG see a basis to extend the contract at this time. As noted, the City is willing to secure additional facilitation services for PCCEP should PCCEP request them.

Pursuant to 28 U.S.C. 1746, I declare under penalty of perjury that the foregoing is true and correct.

DATED: June 3, 2019.

Respectfully submitted,

_____
Nicole Grant

Page 5 – DECLARATION OF NICOLE GRANT