**Exhibit 1**



# PORTLAND COMMITTEE ON COMMUNITY ENGAGED POLICING: PROCESS FACILITATION FINAL REPORT



# TABLE OF CONTENTS

I. PORTLAND PLAN…………………………………………………………..PAGE 3

II. PRESS RELEASE FROM MAYOR'S OFFICE…………………………..PAGE 11

III. INITIAL FACILITATORS' MEETING…………………………………….PAGE 13

IV. FACILITATOR'S OUTREACH PLAN 5.17.18………………..……..PAGE 16

V.  BTG'S OUTREACH LIST……………………………………………..PAGE 18

VI. BTG'S RECOMMENDATIONS REGARDING PCCEP
          MEETINGS AND COMMUNITY ENGAGEMENT……….PAGE 20

V.  PROPOSED CANDIDATE INTERVIEW…………………….……..…PAGE 22

VI. CITY OF PDX PCCEP PRESENTATION OUTLINE……….….…… PAGE 23

VII. "THINK OUTLOUD" TALKING POINTS………………………………PAGE 28

VIII. SELECTION ADVISORY COMMITTEE (SAC)……………………PAGE 30

IX.  SAC APPLICATON SCORING GUIDE………………………………...PAGE 35

X.  LETTER TO PCCEP CANDIDATES-INTERVIEW……………………PAGE 36

XI.  PCCEP CANDIDATE INTERVIEW QUESTIONS……………..…....PAGE 37

XII. ROUND ONE ADULT INTERVIEW SCHEDULE………………..…PAGE 38

XIII. ROUND ONE ADULT INTERVIEW TEMPLATE……….…………PAGE 39

XIV. SAC PROCESS AND SUMMARY REPORT………………..….…. PAGE 40

XV.  PCCEP ORIENTATION AGENDA…………………………………….PAGE 42

XVI. CITY OF PORTLAND BYLAW TEMPLATE…………………..…….PAGE 45

XVII. BTG'S NOTES FROM PCCEP ORGANIZATIONAL
          STRUCTURE DEVELOPMENT………………..….PAGE 51

XVIII. PCCEP PLANNING MEETING AGENDA…………………….....PAGE 59

XIX.  PCCEP DRAFT BYLAWS…………………………………….....PAGE  60



# TABLE OF CONTENTS

XX. LETTER FROM MAYOR'S OFFICE REGARDING PCCEP FACILITATION…..........................................................…PAGE 67

XXI. MAYOR'S OFFICE STATEMENT ON T4T………………………….PAGE 68

XXII. OEHR LETTER TO PCCEP REGARDING FIRST MEETING……PAGE 73

XXIII. BTG LETTER TO PCCEP REGARDING FIRST MEETING……..PAGE 76

XXIV. BT. LETTER TO PCCEP FOLLOWING FIRST MEETING……..PAGE 78

XXV. BTG'S RECOMMENDATIONS TO PCCEP STEERING COMMITTEE…..........................................................…PAGE 81

XXVI. BTG'S UPDATES/RECOMMENDATONS FOR HIRING NEW FACILITTOR………………………………………….PAGE 87

XXVII. BTG'S PROPOSED PROCESS TO DEVELOP POOL OF ALTERNATE MEMBERS FOR PCCEP……………………….....PAGE 90

XXVIII. BTG'S REQUEST TO PCCEP FOR SAC APPOINTMENTS….PAGE 91

XXIX. BTG'S LETTER TO MAYOR'S OFFICE 2.4.19…………………PAGE 92

XXX. PCCEP ALTERNATES' INTERVIEW SCHEDULE……………PAGE 93

XXXI. PCCEP ALTERNATES' INTERVIEW QUESTIONS………..…..PAGE 96

XXXII. SAC ALTERNATE POOL PROCESS SUMMARY ……………PAGE 97



City of Portland Plan for
*Portland Committee on Community-Engaged Policing (PCCEP)*

I.      MISSION
To work with the Mayor/Police Commissioner, Portland Police Bureau, and Portland's diverse constituencies to solicit and exchange information between the community and Portland Police Bureau (PPB) to achieve the desired outcomes of equitable policing which exceeds constitutional requirements, and meaningful community engagement with and trust in PPB.

II.      GOALS
PCCEP members will independently assess the Settlement Agreement using the tools outlined in this Plan. PCCEP will work to facilitate positive police/community relationships and promote public safety by assessing PPB's current community engagement processes, and developing recommendations and strategies for systems to increase public outreach and engagement with a broad cross-section of the community, to build confidence and improve outcomes.  Additionally, PCCEP members will review and make recommendations on PPB policies touching the DOJ Settlement Agreement and/or key areas of concern, including constitutional policing, use of force, interactions with people experiencing mental illnesses, complaint investigations, and racial justice.

In order for PPB to effectively build trust with Portland's diverse communities, the communities' concerns must be heard and meaningful action by PPB must be taken.  To facilitate this outcome, PCCEP members will also make recommendations in the key areas of concern for Portland's diverse communities based on the communities' articulated experiences and grievances.

PCCEP's mission and goals will guide the following:
1. Scope of work
2. Membership
3. City's responsibilities
4. Available tools and resources
5. Members' responsibilities
6. Deliverable products

SCOPE OF WORK
PCCEP will engage with Portland's diverse communities in key areas of concern, including constitutional policing, use of force, interactions with people experiencing mental illnesses, complaint investigations, and racial justice. PCCEP will contribute to the development of the PPB Community Engagement Plan, as directed by the Settlement Agreement between the City of Portland and the United States. Specifically, PCCEP will be authorized to:



- Develop recommendations for PPB systems to engage meaningfully, both short-term and long-term, Portland's diverse communities and improve community relations.  Gather and synthesize information from Portland's diverse communities, and make recommendations based on that information in key areas of concern to communicate to the Mayor, PPB, the Office of Equity and Human Rights, the DOJ, and the public at large.
- Review and make recommendations on PPB directives touching the DOJ Settlement Agreement and/or key areas of concern. Provide information to the community on these directives, and solicit feedback and recommendations from the community to share with the PPB.
- With the Mayor's written approval, and after consultation with the other City Commissioners, PCCEP is authorized to identify for off-schedule review directives not related to the DOJ Settlement Agreement or key areas of concern.[1]  PCCEP must provide a written explanation for the request, which will be considered by the Mayor and City Commissioners.
- Provide information to and solicit feedback from Portland's diverse communities through focused and targeted round tables and town halls, to be held at least quarterly and be open to the public.  PPB presence is required at quarterly town halls.
- Continue to collaborate with the City on surveys regarding Portland residents' experiences with and perception of PPB's community outreach and accountability efforts. PCCEP will consider survey results in developing recommended strategies.
- Provide ongoing feedback to PPB regarding community engagement initiatives already in progress and those added/needed in the future.
- During the effective period of the Settlement Agreement, appear before the Court at the annual status conference to describe to the Court its assessment of the City's progress toward achieving the goals of the Settlement Agreement.

III.    MEMBERSHIP and REPORTING

PCCEP will be comprised of a diverse group of between thirteen mayoral-appointed volunteers, who are committed to improving systems-based police/community relationships and ensuring and exceeding constitutional policing standards. Two of the thirteen seats will be reserved for high schoolers. The PCCEP will report directly

---

[1] PPB directives are generally scheduled for Bureau review every two years. The City recognizes that the community has an interest in a number of directives, and particularly those that are relevant to current events (e.g., Directive 635.10. Crowd Management, with respect to demonstrations; Directive 810.10, Arrest of Foreign Nationals with respect to Portland's status as a Sanctuary City). This authority is intended to allow PCCEP to be responsive to community concerns when there is a compelling interest to review and revise a Bureau practice.



to the Mayor (Police Commissioner) and consult, separately and at least quarterly with the Director of the Office of Equity and Human Rights.

IV.    <u>SELECTION</u>

The Mayor, in consultation with the other Council offices, shall work with the community selection panel described below to develop selection criteria and public outreach strategies for the PCCEP selection process.  This process may begin before the Fairness Hearing and approval of the revised Settlement Agreement by the Court.  Following the development of the selection criteria, a written, downloadable application will be posted and available on the City's website.  Posted alongside the application will be the deadline for submission, selection criteria, selection process and a description of PCCEP member responsibilities.  The City will engage the community in a variety of ways to communicate the application and selection process, criteria and timelines.   Extra effort will be made to invite people who have experienced mental illnesses to apply.

The selection process will adhere to the following framework: (1) Application submission; (2) Initial screening of applicants by mayoral staff and a representative from any Council office who wishes to participate; (3) Review and further screening by the Selection Advisory Committee (a panel consisting of five diverse community members, each chosen by the Mayor and other Commissioners); (4) Candidate interviews with Mayor after soliciting feedback about final candidates from each Council office;  (5) Mayoral appointment and (6) Council confirmation.

In accordance with best practices for youth-adult partnerships, a separate process will be followed for high schoolers: 1) Application submission; 2) Recommendations by David Douglas School District, Parkrose School District, and Portland Public Schools (three students per district); 3) Group interviews by Selection Advisory Committee (with AMAC participation); 4) Recommendations by Selection Advisory Committee for advancement to the next stage; 5) Group interviews by the Mayor; 6) Mayoral appointment; and 7) Council confirmation.

Any high school students who apply through the regular process will be incorporated into the youth selection process. Any high school students under the age of 18 must obtain parental permission to apply and serve on the PCCEP.

A minimum of two youths will serve on the PCCEP together.

The Mayor will consider the selection criteria and views of the community in appointing volunteers.  City employees may not be appointed to sit on the PCCEP.

V.    <u>TERM</u>

Volunteers will serve two-year terms, with the option to re-apply at the end of a term. During the first year of PCCEP's life, volunteers will be appointed on a staggered basis where the majority of the board will serve two-year terms, and the remainder will serve one-year terms. Applicants will be able to indicate on their application forms whether they wish to serve one or two-year terms. Any volunteers who serve one-year terms will have the option of re-applying for the opportunity to serve a full



term. In accordance with City policy for advisory boards and commissions, volunteers can serve no more than eight years on the PCCEP.

## VI.    REMOVAL

The Mayor, after consultation with the Council, the PCCEP Program Manager and PCCEP chair (absent a conflict of interest) will have sole discretion to determine when PCCEP members are no longer fit to serve on the committee due to misconduct. If a member is removed or resigns, the selection process identified above will be used to recruit, appoint and confirm the new member.

## VII.    CITY'S RESPONSIBILITIES[2]

To establish the PCCEP and facilitate its work, the City will seek the services of an organizational development consultant to structure board orientation for PCCEP members. This orientation shall include training on the *United States v. City of Portland* Settlement Agreement. Specifically, as part of this training, the Albina Ministerial Alliance Coalition for Justice and Police Reform (AMAC) and mental health advocates will be invited to provide information on the history of the Settlement Agreement. After PCCEP's board orientation, the City shall continue to provide resources for member training as needed so that members continue to fulfill their obligations.

The City shall make appropriate information available regarding PPB's current community engagement initiatives, directives, and directive review and implementation process.

The PPB, in particular, and in accordance with its directive review schedule, shall meet with PCCEP during a universal review period to brief members on directives related to the DOJ Settlement Agreement and/or key areas of concern, provide

---

[2] With the amendments to Section IX of the Settlement Agreement and the development of the PCCEP, the City understands there is concern about the role of the Portland community in monitoring the Settlement Agreement, and updating the wider community on the status of terms of the Settlement Agreement. The City will provide updates to the community on the status of the City's compliance with its obligations under the Settlement Agreement in the following ways:  1) at the annual status conference before the federal district court; 2) through quarterly community meetings with the COCL either separate from or jointly with the PCCEP, and staffed by the City; 3) through reports on the COCL website; and 4) through other means as appropriate.  The United States Department of Justice and the COCL will continue to have responsibility for monitoring the City's compliance with its obligations under the Settlement Agreement during the effective period of the Agreement.   After the City is found to be in compliance with the Settlement Agreement and the Court, DOJ and COCL are no longer involved, PCCEP will provide recommendations to the Mayor/Police Commissioner regarding continued assessments of the City's progress, generally, and community engagement.



information as needed/requested, and solicit PCCEP member feedback. The PPB shall make the adjustments necessary to its current directive review system in order to integrate PCCEP into the PPB's work.

The City shall provide thorough and timely responses to PCCEP recommendations and requests for information, and shall endeavor to do so within 60 days.

The City shall provide staffing for the PCCEP including a program manager and administrative support.  The City will also provide staff support and funding for community organizing/outreach.

The City shall provide meeting locations, and work with PCCEP to identify neutral locations that are accessible to and appropriate for the community for public meetings.

To ensure constitutional policing, to closely interact with the community to resolve neighborhood problems, and to increase community confidence, PPB shall work with City resources knowledgeable about public outreach processes, the PCCEP and the PPB's Equity & Diversity Manager to develop a Community Engagement Plan, which shall be adopted by Council following a public hearing.

The Mayor's Office shall publish on the City website an annual report, commencing from the date PCCEP begins meeting through the duration of its existence, that will include updates on progress made by the City in key areas of concern and community engagement recommendations.

The Mayor or the Mayor's delegate, and the PPB Chief or the Chief's delegate, shall endeavor to attend all public meetings of PCCEP, unless PCCEP requests otherwise.  Other Commissioners or their delegates are encouraged to attend, unless PCCEP requests otherwise.  The purpose of such attendance is to listen to understand, provide information either at the meeting or as follow-up, and learn from PCCEP members and public testimony.



## VIII.    MEMBERS' RESPONSIBILITIES

PCCEP members must engage all participants in a respectful and collegial manner, and be responsible for the following:

- Prior to members' first PCCEP meeting:
  - o Learn about the history of the *United States v. City of Portland* Settlement Agreement.
  - o Attend PPB community academy. If necessary, the City is willing to provide an accommodation to this expectation that would allow a PCCEP member to observe a session of the community academy or be given a guided tour of the PPB Training Division (with the opportunity to ask detailed questions about the Training Division).
  - o Participate in a ride-along with PPB (1 per PCCEP member). If necessary, the City is willing to provide an accommodation to this expectation that would allow a PCCEP member to meet with a member of the PPB command staff in a location chosen by the PCCEP member, where the focus of the meeting is the development of a sense of trust and equity, and where the perspective of the PCCEP member is valued through the asking and answering of questions.
  - o Review lessons learned from the COAB.
  - o Participate in subject matter and board trainings.
  - o Learn about:
    - ▪ PPB organizational structure;
    - ▪ Policy development and implementation process;
    - ▪ PPB Racial Equity Plan;
    - ▪ PPB Training Division Plan;
    - ▪ PPB's Office of Community Engagement and current community engagement initiatives, generally; and
    - ▪ PPB advisory bodies.
- Gather input from Portlanders regarding experiences with and perceptions of PPB's community outreach. Input will be gathered through culturally responsive and relevant strategies that center the needs of the community. These strategies will include meeting community members where they are physically, mentally, emotionally and spiritually.
- Evaluate national best practices regarding police and community engagement leading to bias-free policing and community trust.
- Analyze prior community surveys and consult with the City to conduct additional community surveys.
- Receive public comment from Portlanders at large.
- Review PPB directives and make recommendations to PPB based on public feedback in key areas of concern.



- Provide ongoing feedback to PPB's Office of Community Engagement on its community engagement practices and initiatives, and provide feedback on PPB's Community Engagement Plan.
- Hold monthly meetings.  PCCEP meetings may be open to the public, with advance notice, if and when PCCEP determines a public meeting will further its mission.
- PCCEP shall coordinate with the COCL to host open town hall meetings (which may coincide with PCCEP's quarterly town hall meetings) at which the COCL provides quarterly reports and the COCL and PCCEP receives public comment on compliance assessments and recommendations to facilitate Portlanders' ability to review compliance and make recommendations.[3]
- Agendas and minutes from all PCCEP meetings will be published on the City website within 30 (10 working days would be closer to ideal) days after the meeting date.

IX.    DELIVERABLE PRODUCT

PCCEP shall be responsible for producing the following:

- Summary reports issued (to the Mayor, PPB, DOJ, and the public at large) contemporaneously with quarterly town halls, providing an overview of community concerns around and any recommendations regarding use of force, interactions with people experiencing mental illness, complaint investigations, and racial justice.  Strategies and recommendations developed to ensure greater public outreach and engagement, including opportunities for outreach to a broad cross-section of community members, to inform PPB's Community Engagement Plan, utilizing the following procedure:

    1. *PCCEP shall consult with community members and hold at least two (2) public hearings, to be completed within 180 days of PCCEP members being seated (PCCEP's town halls may be utilized for this purpose).  To gather public input on PPB's outreach efforts and progress towards eliminating unconstitutional disparate treatment, the hearings shall be held in locations to ensure that PPB receives input from all parts of the Portland community. PCCEP shall review PPB's prior community outreach efforts to contribute strategies to the development of a new Community Engagement Plan.*

---

[3] Should COCL decline to combine its quarterly town halls with PCCEP's town halls, the COCL may hold separate town halls for community feedback, with staff support from the City.



2. *PCCEP shall meet at least quarterly with the Director of the City's Office of Equity and Human Rights and PPB's Manager of Equity & Diversity, including a review of PPB's current Racial Equity Plan, and evaluate PPB's ongoing efforts to implement that plan.*

3. *PCCEP shall suggest for inclusion in the Community Engagement Plan strategies to ensure greater public outreach and engagement, including opportunities for outreach to a broad cross-section of community members. The parties recognize that meaningful public engagement involves the ability of community members to affect policies, practices, and PPB culture, thereby improving outcomes and eliminating unconstitutional actions.*

4. *PCCEP may also provide information to the PPB on other areas related to meaningful community engagement and outreach to contribute to the development of the Community Engagement Plan. The Plan will specify how to integrate community values and problem-oriented policing principles into PPB's management, policies and procedures.*

5. *PCCEP will spend the first year gathering information from the public and compiling recommendations for PPB's Community Engagement Plan. Recommendations shall be submitted to PPB within one year of PCCEP members being seated.*

6. *The Chief's Office shall consult with the PCCEP and shall consider and utilize to the extent practicable PCCEP's recommendations in developing and implementing the Community Engagement Plan. The Chief's Office shall present the final proposed Community Engagement Plan (with implementation timeline) to the PCCEP for its final review and comment within 45 days of receiving PCCEP's recommendations. The recommended Community Engagement Plan shall be considered by the City Council in a public hearing, leading to the Council's adoption of the Plan after review and amendments if indicated.*

*The PCCEP shall meet at least twice per year with the Chief, the Police Commissioner, PPB Precinct Commanders, PPB Neighborhood Response Teams, and a representative of the Office of Neighborhood Involvement Crime Prevention to assess and solicit comment on PPB's activities in regards to community outreach, engagement, and problem-solving policing. The PCCEP shall also provide the opportunity for public comment at each of its town hall and roundtable meetings to keep open lines of communication with the public at-large. The PCCEP may also invite testimony from other City bodies, including but not limited to PC OD, BHUAC, TAC, HRC, CRC and the citizen members of the PRB.*



PRESS RELEASE
MAYOR TED WHEELER

FOR IMMEDIATE RELEASE
June 1, 2018
Contact: Michael Cox, 503-823-6593

Application Deadline Extended for Portland Committee on Community-Engaged Policing

*City seeks applicants for 9 to 11 individuals to sit on the PCCEP*

Portland, OR—The deadline to apply application to sit on the Portland Committee on Community-Engaged Policing (PCCEP) has been extended until July 2.

The PCCEP will engage with a spectrum of Portland's communities in key areas of concern, including constitutional policing, use of force, interactions with people experiencing mental health conditions, complaint investigations, and racial justice. The PCCEP will also contribute to the development of the PPB Community Engagement Plan, as directed by the Settlement Agreement between the City of Portland and the DOJ.

The extension will allow for the City and program facilitators – Training for Transformation, and the Brad Taylor Group – to continue to do community outreach and public education, in order to receive a large and diverse pool of applicants. "When we joined this project in May, the Mayor asked us what we felt we needed to be successful. We requested an additional month to conduct meaningful outreach to a broad set of community groups and individuals," said Brad Taylor, a PCCEP program facilitator. "This time will give us the opportunity to attract even more qualified candidates to serve on the committee."

"The selection process is a crucial period for the PCCEP," said Mayor Wheeler. "It is a time to educate the community, build trust and legitimacy, and attract a large pool of candidates. Our mission is to engage the community about the future of policing in Portland, and our program facilitators have a great plan to that work."



The ideal PCCEP candidate is a person who is open-minded and willing to consider other opinions, demonstrates an ability to be impartial and objective, possesses sound communication and listening skills, leads and functions well in a group, and has the ability to actively listen to community concerns at meetings open to the public. Applicants must be willing to make a substantial time commitment — including trainings, at least two evening meetings per month (with one open to the public), and workgroup meetings. The PCCEP application is open to people who are at least 16 years old and live, work, worship, and/or go to school in Portland. PCCEP members cannot be current City employees or have an actual or perceived conflict of interest with the City.

Completed applications are due Friday, July 2. There are several options for submitting applications. The online version is available here, a Word version is available here and a PDF is available here.
Applicants may also pick up a copy at the Mayor's Office, or call Mandi Hood at 503-319-7736 to request a paper copy by mail. Application and Instructions are available in additional languages. If accommodations or translations are needed to submit a PCCEP application, please contact Mandi Hood at (503) 319-7736 or mandi.hood@portlandoregon.gov. For more information, visit https://www.portlandoregon.gov/wheeler/article/681102.



**PCCEP FACILITATORS' MEETING**

I.        Name- It was agreed that T4T and BTG would form a united collective and share in all of the responsibility and decision making involving the PCCEP Facilitation contracts.  Although it is important to both groups to continue to publicly represent our small business, in order to show a united team and to allow for the public, the City, and the PCCEP board to communicate with the facilitators more easily, we will adopt an umbrella title to use in addition to our company names.  We agreed to use the term *PCCEP Facilitators* as our shared and equal title.

We also decided that once our respective contracts are signed we will create a shared email account that may have the ability to have separate addresses.  For instance: info@pccepfacilitors.com, brandon@pccepfacilitators.com, and brad@pccepfacilitators.com.

II.        Media:  As there have already been media requests and as we can expect more to come, we discussed how we want to engage in the media.  We discussed that it was important that prior to engaging with the media as PCCEP Facilitators it would be important for Brandon and Brad to meet and deeply discuss their histories and thoughts on the PCCEP to ensure that once we begin representing the PCCEP facilitators we would do so in ways that embody our shared understandings and goals.

We discussed that in some cases it would make sense for Brandon and Brad to speak to the media together (i.e. OPB's Think Out Loud and/or other longer form media opportunities).  However, it was agreed that Brandon would be the best person to be the more public face of the PCCEP as we believe that it would be easier for the community to hear him describe how Brad's experience and perspective will add to the work than it would be for Brad to describe Brandon's experience and perspective.

III.        Partners:  Both T4T and BTG benefit from husband and wife teams.  We discussed how we work internally within our businesses and how both businesses work as collaborative endeavors.  Although Brandon and Brad will be the public faces of the PCCEP Facilitators, Hun and Meg will serve important roles behind the scenes and will add value with their thoughts, questions, vision, voices, and logistical supports.  T4T and BTG will use the model of collaboration that works with each group internally to nurture the partnership of PCCEP Facilitators.  We agreed that it is of vital importance that we build a solid relationship that is composed of trust, transparency, honesty, and integrity.

Therefore, T4T and BTG will invest time and energy into building a strong foundation to the relationship with intentional actions.  We will meet weekly, ideally prior to any meeting with the City, media, PCCEP board, and/or meetings where there is likely to be a need for us to ensure that we are all on the same page.  Additionally, we will use texting, email, and google docs to ensure that information is shared and that we all have an opportunity to feel heard.

It was agreed that at some points throughout the next year there would be communication errors, misunderstandings, and differences of approaches and opinions.  We agreed to address and tensions or conflicts as soon as they emerge and that we will give one another the space to share and to feel heard.



IV.    <u>Lead Roles</u>:  We highlighted a few of the main roles that the PCCEP Facilitators must fill, and we began to discuss how we would divide the work.  We discussed how we would like for each group to be involved in every aspect of the work to maintain continuity and to nurture the collaborative spirit. We also agreed that it would make sense for different groups to take the leadership role in certain areas.  It was noted that taking the leadership role includes involving and engaging the other group in the details of the work.

Here is an attempt to divide the leadership duties.

A.    Develop PCCEP Facilitators' Internal Mission, etc.                    T4T, BTG

    -Create mission statement, describe vision, brainstorm answers to likely questions
       from the media, City, and community
    -Develop language/content to be used in community outreach efforts
    -Develop language/content to be used at retreat

B.    Retreat                                                                BTG

    -Content to be based on work developed collaboratively in Part A
    -Develop and deliver retreat for PCCEP members
    -Coordinate logistics
    -Develop agenda
    -Engage and invite trainers and presenters
        -Trauma informed perspective
        -Micro aggressions
        -History of the Settlement Agreement
        -History of COAB
        -State of the PPB
        -Roles and Rules of public involvement

C.    Outreach                                                             T4T

    -Much of the outreach will be done collaboratively with each group taking the lead
    in the areas where natural relationships exist or could exist
    -Design outreach plan and strategies
    -Engage and involve:
        -Stakeholders
        -Community members who have been impacted by PPB
        -Historically and currently marginalized communities
        -Groups and individuals who identify as affected by mental health issues
        -Traditional groups
                -Alliances
                -Coalitions
                -Partners of the Settlement Agreement
                -City and community group



D.   Communication                                                                            T4T, BTG

    -Internal                                                                                    BTG
        -PCCEP members (including selection process)
        -Government officials (DOJ, PPB, COCL, City of Portland
    -External                                                                                   T4T
        -Public media, outreach

V.      <u>Scheduling</u>

E.   Facilitations                                                                            T4T,
BTG

    -All meetings will be designed and developed collaboratively and will be attended by
     both T4T and BTG
    -PCCEP meetings                                                                      BTG
        -Convene meeting
        -Oversee logistics of time, space, security, and materials
        -Set agenda
        -Facilitate discussion
        -Monitor time
        -ensure proper record keeping and share information with the public
    -Town Halls                                                                            T4T
        -Oversee outreach
        -Oversee logistics of time, space security, and materials
        -Set agenda
        -Facilitate discussion
        -Monitor time
        -Involve the public

F.   Documentation                                                                           BTG

    -Maintain record of meetings between T4T and BTG
    -Maintain record of community involvement in process
    -Maintain record of minutes of PCCEP meetings
    -Maintain record of town halls
    -Oversee notifications to the public about meetings
    -Manage information requests from the public

G.   Budget                                                                                  T4T

    -Oversee the development of the working budget to include:
        -Space rental
        -Food
        -Childcare
        -Transportation
        -Advertising
        -Gift card incentives
    -Deliver and advocate budget requests to the City



**PCCEP Facilitator's Outreach Plan** 5.17.18

GUIDING PRINCIPLES:
1. **Trust:** Establishing trust early in the PCCEP process will set the foundation for the success of this work. This requires attention to the challenges, complexities and experiences of our communities. Relationship building requires time set aside to develop ongoing communication, conversation and connection.
2. **Clarity:** Meaningful outreach involves a clear, concise and consistent message and plan with a sensible and intentional schedule
3. **Trauma-Informed:** Our role is to listen, learn, adapt and integrate the needs and concerns of community members. Every marginalized community that is heavily impacted by PPB requires a tailored intentional support that may require multiple attempts, involving peer support specialist, cultural and language translators, providing support and resources to overcome their immediate barriers, and meeting members where they are at physically, emotionally, mentally and spiritually.

GOALS OF OUTREACH:
1. Prioritize outreach and recruitment of people with mental illness, people with disability, youth, LGBTQ, houseless, Black/African American, Native Americans, Latinx, Immigrants and Refugees. Majority of applicants come from the intersections of these identities and lived experiences.
2. Providing complete, clear and accurate information to groups and individuals who will best represent the community as members of the PCCEP
3. Engaging interested individuals by being curious about their perspectives, honoring their truths and concerns, answering their questions, inviting them to apply, and encouraging them to learn more about the process and share what they discover with others in their community
4. Amassing a large number of applications from qualified community members who represent the community's complexities and ranges of experiences and perspectives
5. Communicate pathway for the larger community who do not apply for the positions to participate and engage in the process moving forward

PLAN FOR JUNE 1ST DEADLINE
• Identify 5 possible community and group meetings and events to attend with the goal of being available to answer questions about the process
• Although BTG and T4T has a history of trust in many of the impacted communities, the PCCEP is new and complex and requires more than one meeting to cultivate interest and commitment.
• Due to the limited time, interested applicants with whom we make contact will need to hear about the opportunity, consider the opportunity, review the application, decide to apply, fill out the application, and submit the application under a very tight timeline of possibly only several days.



- Disadvantages of June 1st Deadline
  - Is not trauma-informed and will not allow for the time needed to cultivate trust and prepare community members who may be interested
  - Does not allow time to develop comprehensive outreach plan
  - Limits opportunity to community members who receive information about opportunities in the traditional ways that have been used
  - We will get the usual suspects applying
  - Limits opportunity to community members who are savvy enough to move quickly in deciding to apply and following through with applying within a tight deadline
  - Limits the opportunities to conduct outreach to meetings/events that are scheduled to occur within the next two weeks
  - Does not allow for promoting outreach opportunities, securing space on agendas, or engaging with groups in intentional and meaningful ways

PLAN FOR JULY 1ST DEADLINE
- Develop comprehensive outreach plan that includes strategic focus on people with mental health conditions, people with disability, youth, LGBTQ, houseless, Black/African American, Native Americans, Latinx, Immigrants and Refugees.
- Develop clear, concise, and consistent messaging to be used throughout outreach efforts
- Identify key groups (15) and their upcoming meeting and events that should be targeted for outreach
- Engage leadership of identified groups through email and/or phone and attempt to identify times for outreach to occur within meetings and events
- Send a promotional flyer or announcement to the groups so that the PCCEP Facilitator's upcoming attendance will be promoted in order to encourage community members to be prepared to learn more about the process and its opportunities
- Establish trust in communities where outreach will occur before structured outreach (presenting at meetings/events) and afterwards to aid in building trust and comfort with the PCCEP process and its opportunities
- Follow up with those who have already applied to communicate why the change is occurring and allows for their questions, comments, and concerns to be expressed
- Advantage of July 1st Deadline
  - Models the relationship-based approach that the PCCEP will strive to reflect
  - Provides greater opportunity for community members to learn about the opportunity within the safety and convenience of their chosen community setting.
  - Allows time for individuals who need more time to decide to apply and to apply without feeling the pressure of a quick deadline
  - Provides the PCCEP Facilitators the opportunity reach out to and engage with community groups and organizations in an intentional and meaningful way that can serve to encourage greater awareness, trust, and participation with the PCCEP process moving forward.
  - Allows the PCCEP Facilitators to utilize their strengths in community engagement in support of the process



**Brad Taylor Group's PCCEP Outreach List**

MAHO
MHAO is an inclusive grassroots organization of persons dedicated to empowering consumer/peer voice and recovery through services, education, and policies that foster wellness and full participation in the community.
Mental Health Association of Oregon has been in existence in various capacities since the 1970s. MHAO is currently a 501(c)(3) organization, with more than 35 years of experience as a consumer-run advocacy, education and networking organization

SOCC
The System of Care Collaborative (SOCC) is comprised of youth, family members, mental health providers and public partners. SOCC replaced the Children's Mental Health Services Advisory Council (CMHSAC) and gives children, youth, and family members the opportunity to voice their perspective on the system of care for children and families.
SOCC meets the third Tuesday of each month from 5:30 to 7:30 pm in the Room 350 at the Multnomah Building, located at 501 SE Hawthorne Blvd. in Portland.

AMHSACC
The Adult Mental Health and Substance Abuse Advisory Council (AMHSAAC) is made up of consumers, advocates, mental health and addiction providers, public partners and family members. AMHSAAC makes recommendations to the Mental Health and Addiction Services Division about the adult system of care. Oregon Statute 430.630 (7)(link is external) requires every community mental health program to have such a group to ensure that consumers and their families can provide input about the mental health and addiction services available in their county.

AMHSAAC meets the first Wednesday of each month from 10 am to 12 pm in the Willamette/Columbia Conference Room of the Lincoln Building, located at 421 SW Oak St. in Portland

City of Portland Office of Neighborhood Involvement (ONI)
Promoting a culture of civic engagement by connecting and supporting all Portlanders working together and with government to build inclusive, safe and livable neighborhoods and communities.

> ~Crime Prevention
> Portland's crime prevention services are offered through the Office of Neighborhood Involvement and designed to reduce crime, increase livability, and get neighbors involved in community policing efforts. These services are provided by Crime Prevention Coordinators who are geographically assigned to neighborhoods throughout the city.

> ~Portland Committee on Disability
> The mission of the Portland Commission on Disability is to guide the City in ensuring that it is a more universally accessible city for all.



Folktime
Founded in 1985, Folk-Time, Inc. is a non-profit community service agency whose ongoing commitment is to provide a culture of inclusiveness. By providing and establishing connection through support, participation, wellness services, and dedication to the road of recovery,

FolkTime was provided support and advocacy for those with share lived experiences in the Portland Metro Area for over 30 years.

NAMI
**NAMI Multnomah** is the Portland affiliate and one of 1,100 nationwide affiliates of NAMI (National Alliance on Mental Illness) the nation's largest grassroots mental health organization.
NAMI Multnomah, with a handful of affiliates from around the country, met in Wisconsin in 1979 to found the National organization. NAMI Multnomah has remained independent to serve the local community, providing family support and education and advocacy under its own 501(c)3.
Our mission is to improve the quality of life for individuals and families living with mental illness through **support, education, and advocacy**.

NAMI Multnomah helps educate people in the Portland metro area about mental health issues. We hold regular educational events, weekly support groups, and quarterly classes to help individuals and families better understand how to live with mental illness, begin the process of recovery, and sustain wellness.

Sisters of the Road
As we continue to seek systemic solutions to homelessness and poverty we look to our community for leadership. Since 2016, we've been hosting community organizing forums every other week in the Cafe. We are going to ask our community what our priorities and action steps should be in creating a more healthy Portland for all.

Street Roots
Street Roots creates income opportunities for people experiencing homelessness and poverty by producing a newspaper and other media that are catalysts for individual and social change.

JOIN
JOIN exists to support the efforts of homeless individuals and families to transition out of homelessness into permanent housing. Our efforts are directed at individuals sleeping outside or in their car in the Portland Metro area. Our service provision is not dependent on age, gender, race, ethnicity, faith, culture, language, sexual identity, specific diagnosis, or identifiable issue.

P:ear
P:ear instills a curiosity that creates life-long learners.  While p:ear's Education Program supports youth pursuing their GED and High School Diplomas through individuals support, academic counseling and instruction, we also offer youth experiential learning of the core competencies through project learning.



**BTG Recommendations for PCCEP Meetings and Community Engagement**

Meeting Structure

Monthly, three hour meetings to be held at the PCCEP office in NE Portland (or other suitable location)

o       Meeting will be video recorded and live streamed to a viewing room down that hall that will be open to the public
o       Meeting recording will be uploaded to PCCEP website within 10 business days (less is ideal)
o       Meeting agenda will maintain space for PCCEP to reflect on public comment that has been given through various means since the last meeting

Enriched Community Outreach

Outside of the monthly meetings, PCCEP members (with support of PCCEP Facilitators) will reach out to the community and engage community members in the places where community members already are active and in ways that accommodate various communication styles and comfort levels.

I.            Community Office Hours
·     PCCEP members, and eventually City leaders, with the support of PCCEP Facilitators will be available for impacted/concerned community members by establishing times where they will be out in the community and available to engage, hear, and document the stories, concerns, questions, fears, experiencing, ideas, and wisdom of the community.
o       These experiences will be "recorded" in various ways
          ~The PCCEP member and/or City leader can take notes on what the person is sharing and confirm that the person was heard correctly and the notes can be disturbed to the PCCEP for further consideration.  The person's name can be named or remain anonymous.
          ~The PCCEP member and/or City official can create an audio recording of the person's expression to be shared with the PCCEP for further consideration. The person can be named or remain anonymous.
          ~The PCCPE member and/or City official can create a video recording of the person's expression to be shared with the PCCPE for further consideration.  The person can be named or remain anonymous.

II.           Traveling audio/video story box
·     A "photo booth" style box that is equipped with an audio and/or video recording option will be loaded out throughout the month to areas with staffed spaces (including drop in centers) where individuals can create a private 3-5 minute recording to be shared with PCCEP members for consideration. The person can be named or remain anonymous.
          ~The traveling box will also be present at the PCCEP meetings and community members can engage with it during both the first and second portions of the meeting.



III.    Documenting the process
·    All PCCEP meetings, including the social portion and some outreach efforts, will be video recorded.  These recordings will also be edited in order for a narrative of the work to be shared via the PCCEP website and during the quarterly Town Hall Community Celebrations

IV.    Community Town Hall Celebrations
·    Quarterly celebrations where the PCCEP will let the public know what they have heard and how the public's words are impacting the work of the PCCEP, including recommendations to PPB and the City.
·    Food, music and fun will be themes
·    Narrative videos will be shared
·    Quotes for the public will be featured in the décor
·    The COCL report will be shared
·    The public will be afforded the chance to give public comment to the PCCEP



**Proposed PCCEP Candidate Interview questions**

Developed by Training for Transformation

*Questions need to be finalized no later than end of day on Friday, August 10th.*

**Sample Question 1**

What is your inspiration to apply to this committee?

**Sample Question 2**

Talk about your interpersonal skills that would be helpful to this committee.

**Sample Question 3**

Talk about your lived experience that would be helpful to this committee.

Developed by Brad Taylor Group

**Question A:** How would you describe the community's role in improving the work of the police bureau?

**Question B:** What lived experience and interpersonal skills do you possess that would be helpful to this committee?

**Question C:** What are ways that you manage stress and practice self-care?



**PCCEP Presentation Outline**
**Developed by City of Portland**

1. **Overview of PCCEP:**
   - **Background: Settlement Agreement calls for reform to PPB Policies and training,** particularly related to use of force and interactions with people who have or are perceived to have a mental health condition.
   - **PCCEP's job is to independently assess the Settlement Agreement and work with PPPB to develop policies and assess community engagement efforts.**
     - One of the PCCEP's task in its first year is to listen to and collaborate with community on shaping PPB's Community Engagement Plan.
     - PCCEP has the authority to review and make recommendations on changes to PPB policy directives.
     - PCCEP will provide an annual assessment of the City's progress toward achieving the goals of the Settlement Agreement at the annual Status Conference with the parties to the Settlement Agreement and the Court.

2. **Who can apply?**
   - **People who are at least 16 years old and live, work, worship, and/or go to school in Portland.** (Please note that "worship" is broadly defined to include all religions and areas of worship.)
   - **PCCEP members can't be current City employees or have an actual or perceived conflict of interest with the City.**

3. **Who is an ideal PCCEP candidate?**
   a. People who are:
      - Open-minded and willing to consider other opinions
      - Demonstrate an ability to be impartial and objective
      - Possess the ability to self-reflect and address personal biases and privilege.
      - Possess sound communication and listening skills
      - Possess sound communication and listening skills
      - Lead and function well in a group
      - Are willing to make a substantial time commitment — including trainings, at least two evening meetings per month (with one open to the public), and workgroup meetings
      - Are able to listen to community concerns at meetings open to the public



4.  **PCCEP Selection Process**
    - **Apply! You can apply online via the Mayor's website — or Google "PCCEP application"; it will be your first hit.**
        - Paper applications are also available in the Mayor's office or by contacting Mandi Hood at Mandi.hood@portlandoregon.gov or (503)319-7736.
        - Applications must be received by ~~June 1~~ July 2.
        - Applications are also available in Spanish, Russian, Chinese, Somali and Vietnamese, and other languages by request. (Contact Mandi Hood)
    - **The Mayor, in consultation with the Selection Advisory Committee and Council Offices, will interview final candidates and select 13 individuals to sit on the PCCEP. (Note: there will be group interviews for youth candidates)** There will be five alternates. The Selection Advisory Committee, a five-member panel with representatives selected by the Mayor and each of the Commissioners, will review applications, conduct initial interviews and provide the Mayor with recommendations for final candidates.

5.  **PCCEP Member Responsibilities**
    - **If you are selected, commit to serve either a one or two-year term.**
    - **Prior to being seated on the PCCEP, be required to:**
        - Learn about the history of the City of Portland's Settlement Agreement with the DOJ;
        - Attend PPB community academy;
        - Participate in a ride-along with PPB; and
        - Participate in subject matter and board trainings.
    - **The minimum time commitment for PCCEP members will be about 8 hours a month**, including reading materials before meetings and attending meetings. The committee (with the agreement of its members) may lengthen the time commitment depending on the work it wishes to conduct.
    - **Engage and collaborate with other PCCEP members, law enforcement and the Portland community.**
    - **Provide information to and solicit feedback from Portland's diverse communities** through roundtables and town halls, to be held at least quarterly and open to the public. (PCCEP can elect to hold more meetings and can opt to have meetings be public meetings.)
    - **PCCEP members will be both public and city officials**. PCCEP members will have certain responsibilities and obligations that are different than those of private citizens. **Training will be provided to all members prior to being seated.**



## Questions/Answers that may be asked --

**How is this different from the COAB?**
- The COAB (Community Oversight Advisory Board) was overseen by the COCL (Compliance Officer Community Liaison). The PCCEP is in independent community body with the autonomy to determine its work plan and approach to the work including how meetings are structured.
- The PCCEP will benefit from facilitation that uses a trauma-informed approach. Peer support will also be on hand to support PCCEP members throughout their participation on the committee.
- Youth participation is highly encouraged.

**Are former COAB members prohibited from serving on the PCCEP?**
- No! Former COAB members may serve on the PCCEP. They would bring a great deal of institutional knowledge to the process, and the City respects and appreciates the work they put forth as COAB members.
- Only City employees and those who may have a conflict of interest with the City are prohibited from serving on the PCCEP.

**One of the biggest complaints about the COAB was that the City did not properly train and onboard the committee. Will training be provided to the PCCEP?**
- Yes! PCCEP members will be thoroughly trained on their roles and responsibilities, the history of the Settlement Agreement and COAB process, attend the PPB community academy, as well receiving training on mental health, implicit bias, and inclusive community-building.

**Is a criminal record a barrier to serving on the PCCEP?**
- No. The selection process does not require a criminal background check, therefore criminal history is not a barrier.
- *(If this comes up)* Training will involve participation in PPB's community academy and ride-alongs. PPB's community academy does not conduct a criminal background check for interested participants. Ride-alongs do require a background check, but criminal history is NOT a barrier. There are very few cases where someone's criminal history will prevent them from participating in a ride-along (e.g., an outstanding warrant). To the extent there are concerns, the Mayor's Office and PCCEP Program Manager will engage in conversations with the Bureau to carve out an exception or make accommodations for the individual.



**How will the City be held accountable to PCCEP?**
- The PCCEP Plan obligates the City to do the following:
    - Provide staffing for the PCCEP including a program manager and administrative support.
    - Provide thorough and timely responses to PCCEP recommendations and requests for information within 60 days.
    - Through PPB, meet with PCCEP during the universal review period to brief members on directives related to the DOJ Settlement Agreement and/or key areas of concern, provide information as needed/requested, and solicit PCCEP member feedback. PPB must make any necessary adjustments to its directive review process in order to integrate PCCEP into the PPB's work.

**Will PCCEP be able to meet with the Mayor/Police Commissioner and the Chief of Police?**
- Yes. The PCCEP will meet at least twice per year with the Mayor/Police Commissioner and the Chief of Police.

**Will stipends be provided? What expenses will be reimbursed for PCCEP members?**
- The City is currently unable to provide stipends to PCCEP members.
- Expenses approved for reimbursement include: transit fares, parking fees, private vehicle mileage, and occasional meals.
- Childcare is not an approved expense.

**Who is the facilitator? What will their role be?**
- There are actually two facilitators. Though there was initially an RFP for one facilitator, the evaluation committee – a group of community members – encouraged the City to engage both Training 4 Transformation (T4T) and the Brad Taylor Group (BTG) given their respective areas of expertise. T4T and BTG will work with the PCCEP Project Manager and PCCEP members to establish the work of the committee and facilitate conversations around race, mental health, and policing.
- Both T4T and BTG are local organizations with deep ties to the Portland community. In conducting this work, they are adopting a trauma-informed and trust-centered approach to recruiting and working with the following communities: youth; LGBTQAI+; houseless; black/African-American; Native; Latinx; and immigrants and refugees.
- The facilitators will not take on the role of the Compliance Officer Community Liaison (COCL). This will be a community-driven committee.



**Are seasonal and temporary employees of the City eligible to sit on the PCCEP?**

- If you are employed by the City at the time of being seated, then no.
- If you will not be employed by the City at the time of being seated, please indicate this on your application.

If someone asks a question you don't have the answer for, please take their name and contact information and Mandi will be in touch with them — or they can contact Mandi directly: Mandi.hood@portlandoregon.gov or (503) 319-7736.



**"Think OutLoud" Talking Points**

What is the PCCEP?

PCCEP will consist of Portland community members who will assess the City of Portland's implementation of the Settlement Agreement, and work with the Mayor/Police Commissioner, the Portland Police Bureau (PPB), and the Portland community to achieve the desired outcomes of equitable policing and meaningful engagement and trust in the PPB. The agreement calls for reforms to PPB policies and training, particularly as they relate to interactions with people who have or are perceived to be in mental health crisis.

The Consultant will, among other things, support the PCCEP by helping the City to establish an equitable process for recruiting and appointing PCCEP members, create a robust onboarding and training process for PCCEP members, and support the PCCEP in setting a direction and vision for their work, as well as support them in creating a Work Plan with a focus on community outreach, equity and inclusion.

> o One of the PCCEP's task in its first year is to listen to and collaborate with community on shaping PPB's Community Engagement Plan.
> o PCCEP has the authority to review and make recommendations on changes to PPB policy directives.
> o PCCEP will provide an annual assessment of the City's progress toward achieving the goals of the Settlement Agreement at the annual Status Conference with the parties to the Settlement Agreement and the Court.

Difference from COAB

- The COAB (Community Oversight Advisory Board) was overseen by the COCL (Compliance Officer Community Liaison). The PCCEP is in independent community body with the autonomy to determine its work plan and approach to the work including how meetings are structured.
- The PCCEP will benefit from facilitation that uses a trauma-informed approach. Peer support will also be on hand to support PCCEP members throughout their participation on the committee.
- Youth participation is highly encouraged.

Outreach:  members and community interest



GUIDING PRINCIPLES:

1. **Trust:** Establishing trust early in the PCCEP process will set the foundation for the success of this work. This requires attention to the challenges, complexities and experiences of our communities. Relationship building requires time set aside to develop ongoing communication, conversation and connection.

2. **Clarity:** Meaningful outreach involves a clear, concise and consistent message and plan with a sensible and intentional schedule

3. **Trauma-Informed:** Our role is to listen, learn, adapt and integrate the needs and concerns of community members. Every marginalized community that is heavily impacted by PPB requires a tailored intentional support that may require multiple attempts, involving peer support specialist, cultural and language translators, providing support and resources to overcome their immediate barriers, and meeting members where they are at physically, emotionally, mentally and spiritually.



**PCCEP Selection Advisory Committee~Facilitated by BTG**
**6.24.18**

SAC Members:  Cynthia Fowler, Bobbin Singh, Julie Ramos, Derald Walker, Musse Olol

*Meeting purpose: to establish evaluation/scoring criteria*

Agenda
I. Welcome and Introductions-20 minutes
II. Exercise: Brainstorm Scoring Criteria for Application Review-75 minutes
A. Characteristics
B. Life Experience
C. Skills
D. Perspective/Wisdom
E. Other
III. Reflections-15 minutes
IV. Next Steps-5 minutes
V. Closing-5 minutes

Next step for PCCEP Facilitators/City: The brainstormed statements will be compiled and organized and presented back to the group in the form of expressing 4-5 overarching themes that emerged. These themes will be used in the assessment and scoring of applications. Each theme will allow for a score of 1-4 in the scoring process.

The Selection Advisory Committee will provide guiding input on the final themes and will together determine the weighted value that each of the themes will represent in the overall scoring of the applications.

Next step for SAC: Meet to provide feedback on themes for the scoring criteria and their weighted value in the scoring process.



**PCCEP Selection Advisory Committee 6.24.18 ~Facilitated by BTG**

**Brainstorming Notes and Final Reflections**

Has lived experience of a marginalized community
Experience working/advocating within marginalized communities
Lived mental health experience
Interpersonal skills
Experience utilizing social services and engaging governmental processes

**Scoring Criteria Brainstorm**

Characteristics:

- Respectful
- **Part of minority or marginalized community/person of color/be from minority community (3)**
- *Respect authority but be willing to question it
- Effective communicator
- Can tolerate and accept opposing views
- Openness
- *Family with a criminal justice system in Portland or Multnomah County
- Ability to be decisive or have a position
- Ability to work in a group
- Has lived, worked, attended school or worshipped in Portland/Has knowledge of Portland (2)
- Critical thinking
- Ability to think systemically
- Humble and respectful of others
- *Has no color, ethnicity, religion or gender bias/Appreciates and understands diversity (2)
- Good listener
- Demonstrated commitment to community/civic engagement



**Life Experience**

- Familiarity with mediation or negotiations
- Work or live in a non-affluent part of town
- **Has lived with mental health challenges**
- **From a minority or marginalized group**/Member of or significant relationships with people of color or marginalized communities/Friends with minority community (Black community)/worked with marginalized or minority communities/Being a member of a marginalized group, including youth (5)
- **Part of community (or yourself) exposed to police/encounter with police (2)**
- **Has traveled the city using mass transportation**
- Experience with Portland
- Demonstrated leadership within community or faith groups
- **Experiences with Portland/Multnomah County services**
- Active volunteer
- Familiarity with law enforcement
- A community or religious leader
- Understanding or education about systems/training or learning about systemic racism (2)
- Committee work
- Involvement in civic or community organization/Experience with community groups or local government (2)
- Immigrant/noncitizen
- History of working in a group

**Skills**

- Worked in the justice system
- Legally trained
- Leading or facilitating group discussion
- Effective communicator/communication skills
- Ability to self-reflect
- Innovator/creative
- Negotiation/Mediation and negotiation (2)
- Ability to read and write on of the translated languages
- Working through problems
- *Leadership within a community group, agency or organizations that work with minority/marginalized groups
- Racial justice work/advocacy
- Coalition work
- Respect of others' time
- Knowledge of police role in the community
- Critical thinker/critical/critical thinkers (3)



- Mental health training
- Translating passion/emotion into respectful words
- Volunteer/unpaid work experience
- Good listener/listening skills (2)
- Some knowledge of how the police respond in urgent/emergency calls
- Some knowledge of the role of City leadership, Police and DOJ
- Reading or other way of taking in new information
- Task completion
- Coherent writing and note taking
- **Direct services provider in social services**
- Project management
- Diversity, equity, inclusion training
- Organizer within community, faith or school groups

**Perspective/Wisdom**

- Curious
- Community perspective, not just individual/Community versus individual perspective (2)
- Openness
- Small business owner
- Local government
- Law enforcement
- Public defender
- Hopeful
- More positive engagement between police and community
- Belief that problems can be remedied or that unjust situations can improve
- Lived experience with mental health and/or disability
- Understanding of how to work through problems
- **POC/lived experience as POC or member of marginalized community/person of color or other marginalized group (3)**
- Equity and inclusion lens/equity and inclusion
- Nonprofit advocacy
- **Student: high school or community college**
- **Faith community, specifically Muslim and Sikh**
- Agent of change
- **Social services: communities of color, mental health, homelessness**
- **Justice involved: Youth, women, adults**
- Personal or family interactions with police
- An ongoing police training in dealing with people with disabilities or mental health issues
- Immigrant/noncitizen
- **A system that can detect the "rogue" officer much sooner**



**Other**

- Create a system that ensures a police force that has a uniform kindness to all and value all equally
- **Understands what autism is, that mental disability is not a disease or mental sickness**
- **Wisdom of age; elderly person with years living in Portland or native (especially black or people of color)**
- Ability to create a safe environment for others as well as self
- Believe the police department needs to change
- Experience/knowledge of Black refugee community
- **Willingness to embrace a racial justice lens**
- Familiarity with Portland/Multnomah County justice system
- Willingness to embrace complexity, evidence and research
- **Can separate collective needs from personal needs**
- Commitment to the process
- *Strong believe in local institutions, accountability and transparency

**Committee members' reflections at the end of the meeting:**

- Should we think about how many people we ideally would like from, say, the youth community, faith community, etc. Concern is that we pick 13 community advocates, for example
  - Brad suggested reviewing all apps first to get a sense of who has applied before you focus on where they fall in terms of identities/communities
  - Hun: and you can reflect on that as a group when we meet again



**PCCEP Selection Advisory Committee**
**Application Scoring Guide ~ Developed by BTG**

Has lived experience of a marginalized community:

      4 possible points   weighted  30%

**1 pt.** Identifies self in racial terms other than Caucasian
**1 pt.** Currently lives or describes living in an impoverished neighborhood
**2 pt.** Describes experiencing an intersectionality of multiple oppressed identities

Lived mental/physical health experience and/or are alter abled:

      4 possible points   weighted  25%

**3 pt.** Identifies as living with a mental and/or physical disability or as alter abled
**1 pt.** Describes a deep and intimate long-term involvement with supporting a family
   member who identifies as living with a mental and/or physical disability or as alter

abled ***(self included:  person who receives three points will also receive this point)***

Interpersonal skills:

      4 possible points   weighted  15%

**1 pt.** Expresses a hopeful outlook on the prospect of the PCCEP being a successful effort
**1 pt.** Describes an experience that highlights them as an innovator, listener, critical
   thinker, and/or creative problem-solver
**1 pt.** Describes involvement with groups and social networks
**1 pt.** The application is well written, organized, and gives a clear a sense of who they are

Experience working/advocating within marginalized communities:

      4 possible points   weighted  15%

**2 pt.** Has experience holding a leadership position working with/advocating within
   marginalized communities (i.e. Religious, Immigrants, Refugees, LGBTQ, Disabilities,
etc.)
**1 pt.** Has three or more years of experience working/advocating within marginalized
   communities
**1 pt.** Has one to three years of experience working/advocating within marginalized
   Communities

Experience utilizing social services and engaging in government processes:

      4 possible points   weighted  15%

**1 pt.** Has personal experience using social services
**1 pt.** Has personal experience as a recipient of governmental system services (i.e. jail,
   prison,   involuntary hospitalization, etc.)
**1 pt.** Has experience working within social service system
**1 pt.** Has experience working within governmental system

**Total: 100%**



**BRAD TAYLOR GROUP**

## Letter to PCCEP Candidates-Interview

Hello,

Thank you for applying to sit on the Portland Committee on Community-Engaged Policing (PCCEP). The Selection Advisory Committee, a five-member group of community stakeholders appointed by each member of the City Council, received over 100 applications.  I'm pleased to inform you that you have been selected to interview with the Selection Advisory Committee. **Please review this email and reply to me no later than 5pm on Tuesday, August 7 to confirm you've accepted the interview and to provide me with your interview time preference (see "Next Steps" at the bottom of this email.)**

**What to expect in the interview:**

- Interviews will be 20-minutes long
- You will be sent interview questions in advance
- Who will be in the room during interviews: In addition to the five Selection Advisory Committee members, a PCCEP facilitator will facilitate the interviews. A member of the either the Department of Justice or the Compliance Officer Community Liaison (COCL) will be present to observe and ensure the fairness of the interviews. Project Manager Mandi Hood will also be present to answer any questions about the process.
- We'll have coffee, tea and water on hand

Interviews will be held at the PCCEP office, located at:

525 NE Oregon Street, Suite 250
Portland, OR 97232

The PCCEP office is located in the same building as the East-West College of the Healing Arts. It is near two MAX stations and business. There is also metered street parking and a parking garage across the street from the office. There are steps that lead up to the entrance on 6th Avenue. The Oregon Street entrance is at ground level and has an elevator that will take you to the second floor, where Room 250 is located. The City will reimburse for parking/bus fare.

If you need an accommodation to participate in the interview process, please contact me directly and I will be happy to assist you.

**Next steps:**

- **Please reply to this email by 5pm on Tuesday, August 7 and let me know your availability during the interview time blocks, along with your top three choices for interview times.** Interviews will be 20 minutes long and held every half hour on the following dates and between the following times:

    | | | |
    |---|---|---|
    | Thursday | August 16: | 5:00 pm - 9:00 pm |
    | Friday | August 17: | 5:00 pm - 7:00 pm |
    | Saturday | August 18: | 10:00 am - 5:00 pm |
    | Sunday | August 19: | 11:00am - 12:30 pm |



**PCCEP Candidate Interview Questions**

Hello all,

Here are the questions that will be asked in the adult interviews.  Thank you all for your feedback and suggestions.  The candidates will be sent these questions in advance in addition to the copy of the questions that will be provided for their reference during the interview.

1. How would you describe the community's role in improving the work of the police bureau?

2. What lived experience and interpersonal skills do you possess that would be helpful to this committee?

3. What are ways that you manage stress and practice self-care?

Best,

Brad



**PCCEP Round One Adult Interview Schedule**

August 16th -August 19th 2018
Facilitated by Brad Taylor Group

<u>Thursday, August 16, 2018</u>
5:00 Zachary Thornhill
5:30 Philip Wolfe
6:00 Yolanda Salguiero
6:30 Dinner Dinner
7:00 Daniel Rowe
7:30 Patrick Nolen
8:00 Sam Sachs
<u>Friday, August 17th, 2018</u>
5:00 Amy Anderson
5:30 Lakeesha Dumas
6:00 Aden Hassan
6:30 Dunja Marcum
<u>Saturday, August 18th, 2018</u>
10:00 AM Robert Dye
10:30 AM Andrew Kalloch
11:00 AM Yolanda Clay
11:30 AM Margaret Puckette
12:00 PM Taylor Ford
12:30 PM LUNCH
1:30 PM Steve Trujillo
2:00 PM Donna Hayes
2:30 PM Brandi Delahoz
3:00 PM Sharon Gary-Smith
<u>Sunday, August 19th, 2018</u>
11:00 AM Lakayana Drury; 8pm in South Africa - by Skype
11:30 AM Rachel Benjamin
12:00 PM Michelle Lang -by Skype
12:30 Lunch
1:00 PM Deliberation



**BTG** LLC
**BRAD TAYLOR GROUP**

<u>**Round 1 Adult Interviews Template**</u>

Date _____

Interviewer Name_____

Candidate _____

Score ___1___2___3___4

1. How would you describe the community's role in improving the work of the police bureau?

2. What lived experience and interpersonal skills do you possess that would be helpful to this committee?

3. What are ways that you manage stress and practice self-care?

<u>PCCEP Round One Candidate Scoring Sheet</u>

Zachary Thornhill _____
Philip Wolfe _____
Yolanda Salguiero _____
Daniel Rowe _____
Patrick Nolen _____
Sam Sachs _____
Amy Anderson _____
Lakeesha Dumas _____
Aden Hassan _____
Dunja Marcum _____
Robert Dye _____
Andrew Kalloch _____
Yolanda Clay _____
Margaret Puckette _____
Taylor Ford _____
Steve Trujillo _____
Donna Hayes _____
Brandi Delahoz _____
Sharon Gary-Smith _____
Lakayana Drury _____
Rachel Benjamin _____
Michelle Lang _____



**SAC Process Summary and Report**

After working together to draft interview questions and following an extensive outreach effort, the Selection Advisory Committee (SAC), whose five person membership was developed through direct appointments made by the City Commissioners and the Mayor, assessed the applications of over 100 candidates in an effort to determine who would be interviewed as the committee worked towards recommending 11 adult members and 3 adult alternate members for appointment to the Portland Committee on Community Engaged Policing (PCCEP) board.
Prior to assessing the applications, the SAC agreed upon a scoring method that allowed them as a group to weigh different areas of focus in determining which individuals would be the best candidates for membership. It was also discussed that the scoring methods used in the application review and the interview debriefs would be used as a tool to orient the conversation. SAC members were encouraged to put forth any candidates into the conversation for consideration for membership regardless of how they scored and to share their thoughts with the committee on why the believe that the certain candidate should be included in the following steps. (It should be noted that several candidates were brought up this way during the application review process and that a meaningful discussion ensued).
SAC members scored candidates in the following way:

Has lived experience of a marginalized community - 30%
Lived experience mental/physical health experience and/or are alter abled - 25%
Interpersonal skills- 15%
Experience working/advocating within marginalized communities- 15%
Experience utilizing social services & engaging in governmental processes- 15%

SAC members scored each candidate with a 1-4 for each of the five criteria, and then the number was weighted according to the formula above. A list was then developed that displayed each SAC member's top 25 candidates.

Through this process, 46 individuals were represented on one or more SAC's top 25 list. Of these:

6 individuals were on all five lists
10 individuals were on four lists
8 individuals were on three lists
9 individuals were on two lists
13 individuals were on one SAC member's list

The group then deliberated for over an hour and examined each applicant based on the scoring criteria along with the entirety of their application. A consensus model was used in determining that the Committee would interview 22 of the 46 individuals.



The interviews were scheduled to occur over four days in twenty-minute increments with a 10-minute break for deliberation between each interview. The SAC was provided with a copy of each candidate's application along with a scoring guide that was used as the candidates answered the following questions:

1. How would you describe the community's role in improving the work of the police bureau?

2. What lived experience and interpersonal skills do you possess that would be helpful to this committee?

3. What are ways that you manage stress and practice self-care?

SAC members scored each candidate on a scale of 1-10 based on their interview and application.

After the final interview, the SAC members turned in their scoring sheets and their scores were used to develop a visual aid that was used to assist them in selecting which candidates would be selected to be passed along to the Mayor as the proposed PCCEP members and alternates.

Candidates' names were displayed on a page that showed their combined score (the total of the scores that each of the five SAC members gave them) and a breakdown of the actual scores that they received from each SAC member. SAC members were able to meaningful discuss each candidate, regardless of their score, and to move to recommend any candidate to any of the tiers (member, alternate, reserve, not included for consideration) also regardless of their score.

The SAC spent over an hour discussing the candidates' applications, interview performances, abilities to represent the community, and how the group of individuals added up together to create the best board possible. There was considerable attention given to the gender imbalance of the top candidates and they paid attention to this dilemma as they proceeded. Eventually the SAC reached consensus in selecting 11 PCCEP members and ranking three alternates.

The SAC also ranked three additional candidates to fill a reserve list in case one or more of the applicants opted out of the process or if the Mayor found one or more of the candidates to not be an appropriate appointment. Additionally, this list could be used should there not be enough youth candidates to allow the SAC to both appoint two youth members and two youth alternates.

The SAC has sent their recommendations to the Mayor to consider as he makes appointments to the PCCEP board. They did so with the belief that they have recommended a board whose members are interconnected based on the lived experience and skill set of each member and the SAC requests that should any of their recommended members not be offered appointment that they be given an opportunity to reassess their other recommendations to adjust to the alteration.



PCCEP Orientation Agenda

Session 1                    Friday, September 28th 6pm-9pm          (3 hours)

A. Welcome "A Mindfulness Moment B. Diversity Welcome    (T4T)        6:00-6:15
B. Introductions        "Establish Group Agreements"       (T4T)        6:15-6:40
C. Ice Breaker                                            (BTG)        6:40-7:10
D. Mandi Orientation                                     Mandi        7:10-7:30
E. Break                                                              7:30-7:40
F. Activity/Discussion "I am From Poem/Drawing            (T4T)        7:40-8:25
G. Overview of Agendas/Timelines                          (BTG)        8:25-8:45
H. Closing "Next Steps; Mindful Outro"                    (T4T)
   8:45-9:00

Session 2                    Saturday, September 29th 9am-5 pm         (8 hours)

A. Welcome "3 Poems/Drawings"                            (BTG)
   9:00-9:15
B. Activity/Discussion "Rope Exercise"                   (T4T)
   9:15-9:45
C. Inst. Racism "Exclusion Laws, New Jim Crow, Cointelpo" (Fac: T4T)
   9:45-10:45
D. Break
   10:45-11:00
E. Activity                                              (BTG)
   11:00-11:45
F. Department of Justice                                 (Fac: BTG)
        11:45-12:30
G. Lunch                                                 (Fac:BTG)
   12:30-1:30
I. "3 Poems/Drawings"                                    (T4T)
   1:30-1:40
I. Mental Health Perspective "Jason Renaud"              (Fac: BTG)
   1:40-2:45
J. Break
   2:45-3:00
K. Discussion  "Know your Rights Videos; Comm. Insights"  (Fac:T4T)
   3:00-3:45
L. CRC/PCCEP Engagement                                  (Fac: BTG)
   3:45-4:45
M. Closing                                               (BTG)
   4:45-5:00



Session 3 Community Academy   October 4th-October 11th                    (8 hours)

Participants sign up to attend either
-Wednesday October 4th and Wednesday October 11th from 6pm-10pm
-Saturday, October 6th from 8am-5pm
-Or arrange for a reasonable accommodation


Session 4 Schedule Ride Along    October 7th-October 12th                    (4 hours)

Participants schedule a 4-hour ride along to occur between October 7th-October 12th or arrange for a reasonable accommodation


Session 5                          October 12th 6pm-9pm              (3 hours)

A.  Welcome "3 Poems or Drawings"                        (BTG)
    6:00-6:15
B.  Debrief Sessions 3, 4                                 (T4T)
    6:15-7:00
C.  Break
    7:00-7:10
D.  Activity                                             (BTG)
    7:10-7:30
E.  City Attorney                                        (Fac: BTG)
    7:30-8:20
F.  Break
    8:20-8:30
G.  Comm. Oversight "Ex Police Commission/CPRA Oak    (Fac: T4T)
    8:30-8:45
H.  Closing                                             (BTG)
    8:45-9:00



Session 6                          October 13th 8am-4pm                    (8 hours)

A.  Welcome "3 Poems or Drawings"                         (T4T)
     9:00-9:10
B.  Comm. Oversight "Ex Police Commission/CPRA Oak   (Fac: T4T)
     9:10-9:55
C.  PPB Panel Discussion                              (Fac: BTG)
     9:55-11:00

     (BHU, Training, Racial Equity Plan, Organizational Structure, Policy
          Development and Implementation Structure, Approaches to
               Community        Engagement, PPB Advisory Bodies)
D.  Break
     11:00-11:15
E.  AMAC                                              (Fac: T4T)
     11:15-12:00
F.  Lunch                                             (Fac:T4T)
     12:00-1:00
G.  "3 Poemes/Drawings"                               (T4T)
     1:00-1:10
H.  COAB Panel Discussion                             (Fac: BTG)
     1:10-2:15
I.   Break
     2:15-2:25
J.   Group Brainstorm Leadership Plan                 (BTG)
     2:25-3:15
     Develop leadership structure, organizational structure,
     plan for developing  mission/vision statement, bylaws)
K.  Small Groups Discussion of Plan                   (BTG)
     3:15-3:45
L.   Break
     3:45-3:55
M. Group Brainstorm Decide plan                       (BTG)
     3:55-4:25
N.  Reflections                                       (T4T)
     4:25-4:55
O.  Closing                                           (T4T)
     4:55-5:00



**BYLAW TEMPLATE FOR CITY ADVISORY BODIES**

**[Name of Body] ("Body")**

**I.    Body created on_____, by**
  ☐  Portland City Code _____
  ☐  Council Resolution _____
  ☐  Council Ordinance _____
  ☐   Bureau_____; by whom _____
  ☐  Other _____

  **A. Purpose**
  [Describe why this Body exists using plain language. What is its subject matter, objectives, goals, timelines and deadlines? Is there a time limit by which its work is expected to be completed? Is this Body perpetual or temporary?]

  **B. Sponsor Bureau:**
  ____

  **C. Bureau liaison/title:**

  ____

  **D. Advise to**
  ☐  City Council
  ☐  Elected-in-Charge[4]_____
  ☐  Bureau Director
  ☐  Designated bureau staff (title) _____

**II.    City Role**
The Bureau will provide a staff person to assist with technical support, substantive expertise, logistical assistance, administrative assistance, and advice to the Body. The Bureau will also provide public notice of all meetings, post materials to a webpage, and prepare meeting summaries that outline the issues discussed, the areas in which there is agreement, and any remaining issues on which agreement was not reached.

**III.    Frequency of Meetings**
The Body shall meet at least_____times each calendar year and as otherwise necessary to conduct its business. Meetings shall be conducted in accordance with the operating procedures specified herein.

_____
[4] The term Elected-in-Charge refers to any of the five elected Commissioners (including the Mayor) plus the City Auditor.



### IV. Membership and Term

Members of advisory bodies are public officials. They should become familiar with rules and responsibilities described at the "Oregon Government Ethics Law - A Guide for Public Officials" (Oregon Government Ethics Commission).

**A.** Total membership_____seats
_____seats for_____years;
_____seats for_____years;
_____seats for_____years.

**B.** Terms
□ Staggered
□ All terms begin/end at the same time

**C.** Term Limits
1. Members may serve any number of terms not to exceed **eight years of total consecutive service**. Completion of an unexpired term does not apply toward the eight-year cumulative.

2. At the completion of each term, regardless of term length, incumbents are required to complete notice of intent to continue to serve and discuss mutual benefits of continuing on the body with the designated bureau staff.

3. Members interested in continuing service beyond eight years must sit out for:
□ two years (if the body does not have set terms)
□ one term
before reapplying to serve on the same advisory body.

Members may not have alternates and all serving members are selected and appointed to full terms. Whether a seat is filled for the remainder of the vacated term or anew will be determined by the appointing entity. If there are vacancies, including if a position becomes vacated during a term, normal recruitment processes should follow. The process includes recruitment applications, vetting and selecting members, and appointment by the Elected-in-Charge (for types I and II bodies) or bureau director (for type III bodies).

**D.** Quorum
□ Simple majority: 50% plus 1 or greater number of seats
□ A specific number_____, per the authority of _____[other law]

(Type III advisory boards advising an individual rather than Council are not required to have a quorum to deliberate. These bodies may use alternative means to arrive at recommendations.)

**E.** Voting
□ Majority of seats per ORS 174.130
□ Majority of quorum present per the authority of_____[other law]



A quorum shall be necessary of voting members to make decisions that represent the position of the Body and to fulfill any other responsibilities. Proxy/absentee voting is not allowed.

(Type III advisory boards advising an individual rather than Council are not required to administer a formal vote to make recommendations.)

## V.  General Operating Procedures

**A.**  Disclosure of Conflicts of Interest [or other connection]

- A public official is required to make an announcement of the nature of a conflict of interest each time the issue giving rise to the conflict of interest is discussed or acted upon.
- The announcement needs to be made on each occasion when the public official is met with the conflict of interest, and the public official must disclose the nature of the conflict of interest.
- For example, an elected member of the City Council would have to make the public announcement one time when met with the conflict of interest, but only one time in each meeting of the City Council. If the matter giving rise to the conflict of interest is raised at another meeting, the disclosure must be made again at that meeting.
- Bureau liaison and/or staff are obligated to record and keep all conflicts of interest that are announced during each meeting.
- If it is found that a member did not disclose a conflict of interest, staff must alert the Bureau Director of the instance as soon as the incidence is known.
- Any potential or actual conflict of interest noted by staff will be included in the recommendation report provided to City Council or other final decision-making body.

**B.**  Meetings will be conducted to foster collaborative decision-making using either:

- Robert's Rules of Order culminating in a majority vote;
- Consensus Decision Making (including Modified Consensus Decision Making). This still requires a quorum and a final vote.

## VI.  Removal of Members and Resignations

**A.**  All members serve at the pleasure of the Elected-in-Charge of the Bureau (for types I and II bodies) or Bureau Director (for type III bodies) and may be asked to resign or be removed at the Elected-in-Charge or Director's discretion at any time unless authority (for instance, Code, statute, etc.) exists requiring a different process.

**B.**  Any member who does not give notice that they intend to be absent from a scheduled meeting for more than 25 percent of the meetings in any 12 months of the service will be removed by the Bureau Director.

Process for removal

- For unexcused absences: Bureau liaison keeps attendance and informs Bureau Director of absences, who in turn informs the member in writing that they have been removed as a member of the Body.



- By Elected-in-Charge: Elected informs the member in writing that they have been removed as a member of the Body.

**C.** Resignation process
Members are expected to make a good faith effort to complete their term. In cases where this is not possible, members are expected to provide notice to the City staff liaison in writing (preferred) or verbally. Members are encouraged to complete the Resignation Form and submit to City staff liaison.

## VII. Officers and Subcommittees (optional)

The presiding officers of the Body may consist of the following positions in sequential presiding order

- ☐ Chairperson (Chair)
- ☐ _____ Vice-chairperson(s) (Vice-Chair)
- ☐ coordinating committee (or similar)

and will act as designated leadership appointed by:

- ☐ Elected-in-Charge.
- ☐ Bureau Director.
- ☐ Majority vote of members or consensus decision-making.

The designated leadership shall be responsible for conducting the meetings and will be voting members of the advisory body. A presiding officer will be designated at all times. The designated leadership may look to Bureau liaison to facilitate meetings.

The designated leadership will encourage full and safe participation by representatives in all aspects of the process, assist in the process of building consensus, and ensure all participants abide by the Body's operating procedures. The

- ☐ Chair and the Bureau staff liaison
- ☐ Bureau staff liaison
- ☐ Other _____

will also serve as liaison between the members of the Body and the City. In consultation with the Facilitator (if there is one) and Bureau liaison, the designated leadership will develop meeting agendas, establish subcommittees if needed, and ensure an efficient advisory process.

The Body may divide its members into subcommittees authorized to act on behalf of the full Body for an assigned purpose.



Subcommittee meetings are also subject to Oregon Public Meetings Law and must abide by quorum requirements when voting. While subcommittees may engage non-members, only members may vote to approve reports and recommendations to be forwarded to the full Body. When voting, the quorum for subcommittee members is the simple majority of the subcommittee (50% plus 1 or greater number of seats).

**VIII. Facilitator Role (optional)**
The City may contract with an independent and neutral third party whose role is to facilitate meetings, help develop recommendations, and produce approved reports. The Facilitator will not act as an advocate on any issue, any interest group, or any member of the Body.

Specific facilitators' responsibilities are determined by the needs of the Bureau and advisory board, but may include:
- Ensure a welcoming meeting environment where all members can participate.
- Ensure a safe environment for minority opinions.
- Conduct meetings in a manner to foster collaborative decision-making and consensus building.

**IX.   Communications**
Members agree that transparency is essential to all deliberations. In that regard:
- Advisory body members are required to notify City staff liaison of verbal communications with interest groups and all communications with media. Members are required to copy the City staff liaison and, when appropriate, the Facilitator on all written communications from/to interest groups (other than a group specifically represented by a member) commenting on the Body's deliberations. These communications will be included in the public record as detailed below and copied to the Chair and/or full Body as appropriate.

**X.    Public Meetings and Records**
Meetings of the full body and subcommittee meetings are open to the public and will be conducted under the provisions of Oregon Public Meetings Law (ORS 192.610-690). The Bureau liaison will provide notice to the public regarding the dates, times, and locations of all meetings:
- Regular meetings:
    - Best practices: at least one week,
    - Minimum requirement: at least 48 hours,
- Special meetings: at least 24 hours.



Per ORS 192.670(1), advisory body members can participate through telephonic conference calls. Requests for any other electronic communication means require approval from the Bureau liaison with City Attorney consultation. All records of the Body, including formal documents, discussion drafts, meeting summaries, and exhibits are public records. Communications among members related to the subject matter of this Body should not be treated as confidential and may be subject to public records requests. "Communications" refers to all statements and votes made during meetings, memoranda, work projects, records, documents, text messages, pictures, or materials developed to fulfill the charge, including electronic mail correspondence by and among the members. The personal notes of individual members taken at public meetings might be considered to be public record to the extent they "relate to the conduct of the public's business," (ORS 192.410(4)). Members are not allowed to deliberate towards a decision over e-mail, as public participation needs to be guaranteed through that process.

## XI.  Amendment of Bylaws

The Body may vote to recommend to the Elected-in-Charge (or the Bureau Director, in the case of Type III advisory bodies) amendment or repeal of these Bylaws. The Bureau may also recommend changes to the Elected-in-Charge (or the Bureau Director). The Elected-in-Charge (or the Bureau Director) must sign off on original bylaws and any amendments to the bylaws. Members have no authority to amend bylaws without approval.

Original Bylaws Created by:_____, on_____.
                                         (name/title)                                                          (date)

Approved by:_____, on_____.
                        (Elected/Bureau Director)                                      (date approved)

Amended: _____, on_____.
                     (name, title)                                                              (date amended)

Approved by:_____, on_____.
                        (Elected/Bureau Director)                                      (date approved)

Amended: _____, on_____.
                     (name, title)                                                              (date amended)

Approved by:_____, on_____.
                        (Elected/Bureau Director)                                      (date approved)



**BTG Notes from PCCEP Organizational Structure Development Meeting**

Hello PCCEP member,

I am reflecting back what I have heard thus far as you have worked to plan your organizational structure and draft your bylaws.  The goal is to have one or more developed motions for adopting bylaws at the first meeting.  I am presenting the information in a Google document to allow for collaboration.
**Note:  Some of the comments are conflicting.  I included all comments for the sake of discussion.**

I ask that as you engage with the ideas that you maintain the common ground expectations that we have used during our in-person meetings.  Please be kind and thoughtful as you choose your words to engage in the thoughts and ideas.

You will have the opportunity to review:
 -PCCEP Group Values/Common Ground
-Deliverables (expectations that are specifically called out in the settlement
            agreement along with tasks that will need to be completed to ensure that
            you operate as a functional and cohesive board
            -Work plans:  I will attempt to reflect two unique visions that were described
            by attendees of Tuesday's meeting.  I invite you all to engage with the plans.
            Ideally one plan will emerge that can be presented as a motion at the first
            public meeting.  It is possible to have two plans that are presented for a vote
            in the meeting if that is how things take shape.

            **Leadership roles**:  Both work plans presented include a minimum of three
                        elected representatives.  These could be:  chair, vice chair, and
                        secretary or co-chairs and secretary.  Some of you have already
                        indicated if you would like to be listed on a ballot to serve in a formal
                        leadership position.  I will describe how this process may look and
                        how you can further provide information as to your willingness to
                        serve.
            -Bylaws:  I will present thoughts and ideas that were shared regarding the
            bylaws.    Also included is a Google Doc of the bylaws that can be
            commented on.  The two drafts will work together.  When an item on the
            generated list is either added to the bylaws or ruled out, a note will be made
            on the document to reflect the action.  The goal is that there will be an
            agreed upon draft of bylaws by November 9th so that the version can be
            shared with the public by November 13th and a motion to approve the bylaws
            can be made at the first meeting.
            -First Meeting Facilitation:  The bylaws should describe how meeting
            facilitation will be handled moving forward.  That said, the bylaws will not be
            passed before the first meeting and coordinating/leadership roles will not be



elected until during the meeting so an alternative plan outside of the bylaw description will need to be agreed upon.

-Draft Agenda:  This is my recommendation on how the first meeting is organized and structured to meet the goals of the Settlement Agreement and provides a positive and productive introduction to the community.

-Next Steps:  It is my suggestion that we schedule one final meeting before the first public meeting.  This meeting would serve to finalize the agenda, ensure that all necessary arrangements are made, and finalize the decision on facilitation for the first meeting.

<u>Group Values/Common Ground</u>

This is the list that was generated at your first meeting.  Please review and ensure that your intentions are clear and true.  This list can be displayed and shared at all PCCEP meetings if you so choose.

- Mistakes happen (and are human)
- Trust
- Open-Mindedness
- Listen with Intent
- Safety to be brave and vulnerable
- Effective Communication
- Multiple intelligences-different learning styles
- Don't take things personally, don't make assumptions
- Do your best, be impeccable with your word
- Feel comfortable clarifying things with questions
- Be free to call out bias
- Step up or step back (stepping back is a way of stepping up)
- Be mindful of your level of contribution
- Passion/Compassion
- Compromise
- Comfort with ambiguity
- Integrity
- Perseverance
- Self-care, Community Care
- Talk to each other, not about each other
- We as a group take care of one another
- Intention versus impact
- Be accountable



Deliverables
- Coordinate testimony from City bodies, such as but not limited to:
    - PCoD
    - BHUAC
    - TAC
    - HRC
    - CRC
    - PRB (Citizen Members)
    - IPR
- Solicit comments on PPB activities in regards to community outreach, engagement, and problem solving
- Coordinate quarterly meetings with:
    - Chief of Police
    - Police Commissioner
    - PPB Precinct Commanders
    - PPB Neighborhood Response Teams
    - Office of Community and Civic Life
- Coordinate communication with the media
- Coordinate/report on PCCEP community engagement activities
- Develop agendas for PCCEP general and sub committee meetings
- Facilitate PCCEP general and sub committee meetings
- Draft PCCEP Quarterly Report
- Plan and host quarterly community gatherings
- Review and promote PPB Community Survey
- Review/Collaborate regarding PPB Community Outreach Plan
- Review and comment on PPB Annual Report

Work Plans
Two separate plans were developed.  I will try to describe them here.  Feel free to kindly comment on both.  We will see if a common plan emerges or if two separate visions will make their way to a vote at the first meeting.



Comments received on work plans prior to the development of the plans below

- Subcommittees:  can address the legal opinion from the City as to public meetings should "provide an opportunity for the public to weigh in"
- Community Engagement subcommittee should plan quarterly events
- Every PCCEP member is responsible for engaging the community and representing the PCCEP in the community
- Engagement activities should be shared in a Google Doc
- Community Engagement should include engaging with:  schools and should create an incentive for community members of high school age to share their experiences with police and their opinions on community policing
- Facilitation responsibilities should rotate among interested members
- Communication responsibilities could be moved into Steering Committee
- Leaders of subcommittees should not be members of the steering committee in order to provide more leadership opportunities and divide the work
- How will public statements be given?  Social media? Web?  What about feedback?  Email/social media? **Work plan option "Blue"**

- This plan would be organized with three "officers" including two co-chairs and a secretary that would be elected by PCCEP members.  The officers would not meet as a steering committee but would instead conduct their responsibilities independently and within the general PCCEP meetings. The officers would be responsible for:  facilitating the meetings, developing the agendas, coordinating the meetings with City Bureaus (the Chief of Police, the Police Commissioner, PPB precinct Commanders, PPB Neighborhood Response Teams, and the Office of Community and Civic life) and coordinating testimony from City bodies (PCoD, BHUAC, TAC, HRC, CRC, PRB citizen members, and IPR)

- This plan would have the entire PCCEP hold responsibility for delivering on: reviewing/promoting the PPB Community Survey, reviewing and providing feedback on the PPB Annual Report, and reviewing and collaborating on the PPB Community Outreach Plan.

- This plan would include a subcommittee focused on Community Engagement and would be responsible for:  coordinating and reporting on outreach efforts, soliciting comments on PPB activities in regards to community outreach, engagement, and problem solving policing, planning quarterly gatherings.

- This plan would include a subcommittee focused on Communication and would be responsible for:  coordinating communication with the media and drafting the PCCEP Quarterly Report.



**Work plan option "Green"**

- This plan would be organized with a "Steering Committee" that would be composed of a leadership team that may include a chair or two co-chairs and others that would be elected by PCCEP members.  They would facilitate the PCCEP general meeting and would meet as a steering committee to: Develop the draft agenda to be shared with the PCCCEP members prior to the meeting, coordinating the meetings City Bureaus (the Chief of Police, the Police Commissioner, PPB precinct Commanders, PPB Neighborhood Response Teams, and the Office of Community and Civic life) and coordinating testimony from City bodies (PCoD, BHUAC, TAC, HRC, CRC, PRB citizen members, and IPR).  The Steering Committee members would be responsible for coordination the facilitation of subcommittees.

- This plan would have a "Review" Committee that would be responsible for coordinating/conducting:  the review and comment on the PPB Annual Report, the review and collaboration regarding the PPB Community Outreach Plan, the Review and Promotion of the PPB Community Survey, and would draft the PCCEP Quarterly Report.

- This plan would have an "Engagement" Committee that would be responsible for coordinating:  the efforts and reporting on Community Engagement Activities, the solicitation of comments on PPB activities in regard to community, communication with the media, the quarterly community gatherings.

Comments on Bylaws

**Purpose**
- Innovative ways to interact with those with mental illness
- Engaging racial and diverse community and those with mental illness and the police
- To facilitate a strong relationship between members of the community and PPB built on trust, through accountability, transparency, and community oriented policing
- Edit existing template by eliminating preliminary work from goals to be more accurate
- Place Settlement Agreement tasks in verbatim and include a summary in plain language
- Solicit community input on policing within PCCEP members' respective communities
- Foster positive collaborative relationships between community and PPB
- Execute the PCCEP Plan in accordance with the Settlement Agreement



- Describe mission and purpose to reflect PCCEP focus stretches beyond the Settlement Agreement and the PCCEP works in concert with: COCL, CRC, IPR, and the PPB Office of Diversity
- Collect and process feedback into what is feasible and implementable into and within the PPB structure for the sake of achieving "the desired outcomes…"
- Address the concerns of the Portland Community as it relates to the DOJ Settlement though active engagement between the Diverse Communities, Mayor's Office, and PPB, to ensure compliance and build meaningful Community/Police relations
- Mention stipend in bylaws for transparency

**General Operating Procedures**
▪ Quorum requires 7 of 13 PCCEP members
- Distinguish between "excused" and "unexcused" absences by if the person gave notice of an absence prior to the meeting
- Do not distinguish between "excused" and "unexcused" absences and treat all absences the same
- Members can participate and vote by phone or web, but will only be counted towards quorum if they are physically present (to avoid a situation where the public is looking at an empty table)
- Special accommodations can be made in advance to allow a member to be counted as present and towards qualm if they participate through phone or the web to maintain feelings of safety and wellness



**Removals/Resignations**

- Automatic call for resignation or removal upon 4 absences within 12 months
- Members facing removal due to attendance may petition PCCEP members to remain as member and can be allowed to continue service with 7 votes in favor
- Absence counts if participating on phone/web
- Before any removal the chair must attempt to contact member in question at least one time
- Removal may occur if an individual damages the integrity of the PCCEP either through personal action, public comment or action or association or participation with an organization or event that does not reflect the values and goals of PCCEP
- Non-attendance removals would require a 75% vote to remove (10 votes)
- The Mayor cannot directly/unilaterally remove a PCCEP member
- Removals should be debriefed with the removed member and (City Attorney's Office, DOJ, others?)
- Choosing alternates:
    - Youth replace youth, adults replace adults
    - Chosen by random drawing
    - Chosen based on participation in PCCEP meetings/events

**Voting**

- Vote requires 7 yes votes to pass regardless of number of members present
- Members can vote by phone/online
- Member must be physically present to vote (except for when accommodation has been granted)
- Proxy can be used if member had a chance to be informed prior to naming proxy

**Facilitation**

First Meeting
- Elect co-chairs at first meeting and have one facilitate
- A PCCEP member
- PCCEP Facilitators

On-going
- Chair/Co-Chairs
- Co-Chairs/Secretary
- Chair, Vice Chair, Secretary, with two rotating alternates
- By chair or person nominated by chair and approved by 7 votes
- PCCEP nominate and vote on facilitator
- PCCEP Facilitators until Judge Simon approves PCCEP



Sample November Meeting Agenda

| | |
|---|---|
| 5:30-5:35 | Welcome (Diversity Welcome read by Chosen Community Member) |
| 5:35-5:40 | Group Values/Common Ground shared with public |
| 5:40-5:55 | PCCEP Member Introductions |
| 5:55-6:10 | Review Bylaws |
| 6:10-6:30 | Public Comment |
| 6:30-6:45 | Vote on Bylaws |
| 6:45-7:00 | BREAK |
| 7:00-7:30 | PPB Survey Presentation |
| 7:30-7:45 | Steering Committee Nominees Statements |
| 7:45-8:05 | Public Comment |
| 8:05-8:10 | Steering Committee Election |
| 8:10-8:15 | Election Results |
| 8:15-8:25 | Reflections |
| 8:25-8:30 | Closing |
| 8:30 | Adjourn |



**PCCEP Planning Meeting Agenda**
November 5, 2018

- I.     Welcome
- II.    Overview of meeting goals
  - A.  Bylaws
  - B.  Nominations
  - C.  Agenda
  - D.  Facilitation

- III.   Bylaws

  We will review the feedback that has been submitted on the Google Doc along with feedback from that was shared at the last meeting and other feedback that has been submitted.  The goal will be to then develop a draft of the bylaws that can be shared with the public tomorrow in preparation for the November meeting.

  The public will be given the chance to submit comments prior to the November meeting and the public will be able to give public comment at the November meeting.

  It is important to note that once the PCCEP bylaws are passed, they can continue to be amended to reflect the group's needs.

- IV.   Nominations

  If a motion is made to vote on the bylaws and the bylaws pass, nominations for a Steering Committee as described in the bylaws can be made and the voting for the membership of the Steering Committee can occur at the November meeting.

  If bylaws are not passed at the November meeting, a motion can be made to develop a Temporary Steering Committee that can guide the work until the bylaws are passed.

- V.    Agenda

  The Agenda for the November meeting will be finalized.

- VI.   Facilitation

  The bylaws will describe how meetings will be facilitated.   We will discuss how the meetings shall be facilitated until the bylaws are passed, including at the November meeting.

- VII.    Adjourn



**PCCEP Draft Bylaws**

**I. Body created on** *September 5, 2018*, **by**
  □ Portland City Code x Council Resolution 37384
  □ Council
Ordinance
  □ Bureau ; by whom
  □Other

  **A. Purpose** [Describe why this Body exists using plain language. What is its subject matter, objectives, goals, timelines and deadlines? Is there a time limit by which its work is expected to be completed? Is this Body perpetual or temporary?]

  *Mission* The PCCEP's mission is to work with the Mayor/Police Commissioner, Portland Police Bureau (PPB), and Portland's diverse constituencies to solicit and exchange information between the community and PPB to achieve the desired outcomes of equitable policing which exceeds constitutional
requirements, and meaningful community engagement with and trust in PPB.

  *Goals* PCCEP members will independently assess the Settlement Agreement. PPCEP will work to facilitate positive police/community relationships and promote public safety by assessing PPB's current community engagement processes, and developing recommendations and strategies for systems to increase public outreach and engagement with a broad-cross section of the community, to build confidence and improve outcomes. Additionally, PCCEP members will review and make recommendations on PPB policies touching the DOJ Settlement Agreement and/or key areas of concern, including constitutional policing, use of force, interactions with people experiencing mental illnesses, complaint investigations, and racial justice. PCCEP members will also make recommendations in the key areas of concern for Portland's diverse communities base on the communities' articulated experiences and grievances.

  **B. Sponsor Bureau:** Mayor's Office

  **C. Bureau liaison/title:**
   Nicole Grant, Mayor's Senior Policy Advisor and Mandi Hood, PCCEP
      Project Manager

  **D. Advise to**
    □ City Council x Elected-in-Charge[1]: Mayor/Police Commissioner, Police
      Chief, OEHR Director
    □ Bureau
Director
    □ Designated bureau staff (title) _____

  **II. City Role** The Bureau will provide a staff person to assist with technical support, substantive expertise, logistical assistance, administrative assistance, and advice to



the Body. The Bureau will also provide public notice of all meetings, post materials to a webpage, and prepare meeting summaries that outline the issues discussed, the areas in which there is agreement, and any remaining issues on which agreement was not reached. Agendas will be posted a minimum of 10 business days before the PCCEP meeting. Minutes from all PCCEP meetings will be published on the City website within 10 business days after the meeting date.

**III. Frequency of Meetings** The Body shall meet at least one time a month each calendar year and as otherwise necessary to conduct its business. Meetings shall be conducted in accordance with the operating procedures specified herein.

**IV. Membership and Term** Members of advisory bodies are public officials. They should become familiar with rules and responsibilities described at the "Oregon Government Ethics Law - A Guide for Public Officials" (Oregon Government Ethics Commission).

    **A.** Total membership: 13 seats 8 adult seats for 2 years; 3 adult seats for 1 year; 2 youth seats for 9 months

    **B.** Terms
        x Staggered

[1] The term Elected-in-Charge refers to any of the five elected Commissioners (including the Mayor) plus the City Auditor.

        □ All terms begin/end at the same time

    **C.** Term Limits

        1. Members may serve any number of terms not to exceed eight years of total consecutive service. Completion of an unexpired term does not apply toward the eight-year cumulative.

        2. At the completion of each term, regardless of term length, incumbents are required to complete notice of intent to continue to serve and discuss mutual benefits of continuing on the body with the designated bureau staff.

        3. Members interested in continuing service beyond eight years must sit out for:

□ two years (if the body does not have set terms) x one term before reapplying to serve on the same advisory body.

Members may not have specific alternates and all serving members are selected and appointed to full terms. Whether a seat is filled for the remainder of the vacated term from the current pool of alternates or anew will be determined by the appointing entity. If there are vacancies, including if a



position becomes vacated during a term, and if there are not sufficient candidates in the current pool of alternates, normal recruitment processes should follow. The process includes recruitment applications, vetting and selecting members, and appointment by the Elected-in-Charge.

The PCCEP shall make a recommendation to the Mayor on appointing the alternate.

**D.**

Quorum

   x Simple majority: 50% plus 1 or greater number of seats (7)

   □ A specific number, per the authority of [other law]

(Type III advisory boards advising an individual rather than Council are not required to have a quorum to deliberate. These bodies may use alternative means to arrive at recommendations.)

**E.**

Voting

   x Majority of seats per ORS 174.130

   □ Majority of quorum present per the authority of [other law]

   A quorum shall be necessary of voting members to make decisions that represent the position of the Body and to fulfill any other responsibilities. Proxy/absentee voting is not allowed. Members may participate via teleconference.

(Type III advisory boards advising an individual rather than Council are not required to administer a formal vote to make recommendations.)

## V. General Operating Procedures

   • Disclosure of Conflicts of Interest [or other connection]

      • A public official is required to make an announcement of the nature of a conflict in writing or orally of interest each time the issue giving rise to the conflict of interest is discussed or acted upon.

      • The announcement needs to be made on each occasion when the public official is met with the conflict of interest, and the public official must disclose the nature of the conflict of interest.

      • For example, an elected member of the City Council would have to make the public announcement one time when met with the conflict of interest, but only one time in each meeting of the City Council. If the matter giving rise to the conflict of interest is raised at another meeting, the disclosure must be made again at that meeting.

      • Bureau liaison and/or staff are obligated to record and keep all conflicts of interest that are announced during each meeting.

      • If it is found that a member did not disclose a conflict of interest, staff



must alert the Bureau Director and PCCEP members of the instance as soon as the incidence is known.
• Any potential or actual conflict of interest noted by staff will be included in the recommendation report provided to City Council or other final decision-making body.
• PCCEP members shall decide how their meetings will be facilitated and may include the use of outside professional facilitators who operate using culturally informed perspective.
• Meetings will be conducted to foster collaborative decision-making using either:
• Consensus Decision Making (including Modified Consensus Decision Making). This still requires a quorum and a final majority vote.
• The public will be given the opportunity to provide comments prior to any vote.

## VI. Removal of Members and Resignations

**A.** All members serve at the pleasure of the Elected-in-Charge of the Bureau (for types I and II bodies) or Bureau Director (for type III bodies) and may be asked to resign or be removed at the Elected-in-Charge or Director's discretion at any time unless authority (for instance, Code, statute, etc.) exists requiring a different process. Should a member be removed or asked to resign, the PCCEP shall request a meeting with the Elected-in Charge.
**B.** If a member misses a meeting, the Project Manager will check in with the member to support them in attending future meetings. Any member who misses four or more meetings within a twelve-month period will be removed by the Bureau Director.

There is no distinction between excused and unexcused absences.
Removal from the PCCEP for attendance reasons does not preclude a person from applying to the PCCEP at a later time.
**A.** Reasons for removal
The Mayor, after consultation with the Council, the PCCEP Project Manager and PCCEP Chair (absent a conflict of interest) will have sole discretion to determine when PCCEP members are no longer fit to serve on the committee due to misconduct. If a member is removed or resigns, the selection process as outlined in the PCCEP Plan will be used to recruit, appoint and confirm the new member. The Mayor informs the member in writing that they have been removed as a member of the Body.
**B.** Resignation process Members are expected to make a good faith effort to complete their term. In cases where this is not possible, members are



expected to provide notice to the City staff liaison in writing (preferred) or verbally. Members are encouraged to complete the Resignation Form and submit to City staff liaison.

**VII. Officers and Subcommittees Maybe make this two sections?** The presiding officers of the Body may consist of the following positions in sequential presiding order

A steering committee shall be composed of Co-Chairs and Secretary. The steering committee may include chairs and members of subcommittees.

Position durations for co-chairs and secretary: one year not to exceed two years in the same role

An elected officer may choose to vacate the position in order to best take care of themselves. That member will continue to participate as a full member of the PCCEP.

The designated leadership shall be responsible for conducting the meetings and will be voting members of the advisory body. A presiding officer will be designated at all times. The designated leadership may look to Bureau liaison to facilitate meetings. The PCCEP can utilize culturally responsive facilitators. To facilitate PCCEP meetings.

The designated leadership will encourage full and safe participation by representatives in all aspects of the process, assist in the process of building consensus, and ensure all participants abide by the Body's operating procedures.

The

x Chair and the Bureau staff liaison

□ Bureau staff liaison

□ Other _____ will also serve as liaison between the members of the Body and the City. In consultation with the Facilitator (if there is one) and Bureau liaison, the designated leadership will develop meeting agendas, establish subcommittees if needed, and ensure an efficient advisory process.

The Body may divide its members into subcommittees authorized to act on behalf of the full Body for an assigned purpose.

Subcommittee meetings, including Steering Committee meetings, are also subject to Oregon Public Meetings Law and must abide by quorum requirements when voting. While subcommittees may engage non-members, only members may vote to approve reports and recommendations to be forwarded to the full Body. When voting, the quorum for subcommittee members is the simple majority of the subcommittee (50% plus 1 or greater number of seats).

**VIII. Facilitator Role** The City may contract with an independent and neutral third party whose role is to facilitate meetings, help develop recommendations, and produce approved reports. The Facilitator will not act as an advocate on any issue, any interest group, or any member of the Body.



Specific facilitators' responsibilities are determined by the needs of the Bureau and advisory board, but may include:
- • Ensure a welcoming meeting environment where all members can participate.
- • Ensure a safe environment for minority opinions.
- • Conduct meetings in a manner to foster collaborative decision-making and consensus building.
- •Timekeep
- • Facilitating public comment

The city may contract with an independent and neutral third party.

**IX. Communications** Members agree that transparency is essential to all deliberations. In that regard:
- • Advisory body members are required to notify City staff liaison of verbal communications involving the PCCEP with interest groups and all communications prior to speaking with media. Members are required to copy the City staff liaison on all written communications from/to interest groups (other than a group specifically represented by a member) commenting on the Body's deliberations. These communications will be included in the public record as detailed below and copied to the Chair and/or full Body as appropriate. PCCEP shall handle media requests in a deliberate way.

**X. Public Meetings and Records** Meetings of the full body and subcommittee meetings are open to the public and will be conducted under the provisions of Oregon Public Meetings Law (ORS 192.610-690). The Bureau liaison will provide notice to the public regarding the dates, times, and locations of all meetings:
- • Regular meetings: minimum of 10 business days

Per ORS 192.670(1), advisory body members can participate through telephonic conference calls. Requests for any other electronic communication means require approval from the Bureau liaison with City Attorney consultation. All records of the Body, including formal documents, discussion drafts, meeting summaries, and exhibits are public records. Communications among members related to the subject matter of this Body should not be treated as confidential and may be subject to public records requests. "Communications" refers to all statements and votes made during meetings, memoranda, work projects, records, documents, text messages, pictures, or materials developed to fulfill the charge, including electronic mail correspondence by and among the members. The personal notes of individual members taken at public meetings might be considered to be public record to the extent they "relate to the conduct of the public's business," (ORS 192.410(4)). Members are not allowed to deliberate towards a decision over e-mail, as public participation needs to be guaranteed through that process.

**XI. Amendment of Bylaws** The Body may vote to amend these bylaws. Amendments must be consistent with the PCCEP plan.



Original Bylaws Created by: , on .
                          (name/title) (date)
Approved by: , on .
            (Elected/Bureau Director) (date approved)
Amended: , on .
          (name, title) (date amended)
Approved by: , on .
            (Elected/Bureau Director) (date approved)
Amended: , on .
          (name, title) (date amended)
Approved by: , on .
            (Elected/Bureau Director) (date approved)



**Letter from Mayor's Office Regarding Meeting Facilitation**

*Dear PCCEP membership,*

*I hope you all had a restful and fulfilling Thanksgiving holiday.*

*As the first official PCCEP meeting approaches, and you all engage in this critical work, I wanted to reach out to you to provide a brief update on two major updates.*

1. *The first PCCEP meeting will be facilitated by Brad. I understand there was a request for culturally-responsive facilitation, and that remains a priority of the City and the facilitators. Because Brad worked with you all to create the agenda for the first meeting, in addition to supporting you during the drafting of the bylaws (which play a major role in the agenda), his facilitation of that work is important. T4T did not feel comfortable stepping into that role at this time given their lack of involvement in working towards the first meeting. Though not facilitating, Hun may be present on Wednesday evening for individual support of PCCEP members as requested.*

1. *Mandi Hood has taken a medical leave of absence for the six weeks. In her place, Judith Mowry and Claudia Claudio will be working hard to support you all as seamlessly as possible. We apologize for any lapses in communication during this transition and appreciate your patience.*

*If you have any questions comments or concerns, please do not hesitate to reach out to me.*

*I'm looking forward to a successful, first meeting on Wednesday.*

*Best,*
*Nicole*



**Mayor's Office Statement on Training for Transformation**

**From:** Grant, Nicole
**Sent:** Tuesday, November 27, 2018 3:00 PM

As I am sure you all noticed, T4T was not present for a period of time. This was due to a personnel issue that arose with T4T, which prompted them to voluntarily withdraw from direct involvement with PCCEP. As this personnel issue did not involve BTG, they continued on with the work. This personnel issue has taken too long to be addressed by the City, and the inefficiency around its resolution is not acceptable. It is also unfair to you all, who work under the expectation that you have two full-time facilitation companies. During the time of T4T's absence and since, there has been little communication between T4T and BTG. Again, T4T did not feel comfortable facilitating the meeting due to their lack of involvement in the preparation. I am currently working very hard to make sure that the appropriate channels within the City of Portland are engaged in order to resolve the personnel issue as quickly as possible. As a result of Mandi's absence, I am stepping in to fill gaps as needed and move things along. The City should have communicated this information before.



**BTG Letter to T4T**
**11.23.18**
From Brad Taylor:


Hello Brandon and Hun,

I hope that this email finds you well and that you had a joyous Thanksgiving with your family.  It has been a long time since we have been in touch, so I am reaching out to share my perspective on where we are and what some of our possible paths forward may look like.  I recognize that my perspective is by definition my own, and I am mindful that your impression of how things stand may vary from my own.  I am very curious about how you see things and I look forward to learning your thoughts.

The last time we spoke you were preparing to meet with Mandi and Nicole to discuss how to address the communication between Brandon and Patrick.  I did speak with you and with Mandi and Nicole prior to that meeting and shared my experiences and perspective with each of you.

I received your email expressing your feelings about the work environment not feeling safe and stating that you were both going to step back from the PCCEP work until the situation could be resolved.  I understood that you were doing what you needed to do to take care of yourselves and your business and I felt supportive of your actions.

In talking with Nicole, I realized that there was a benefit from me not being directly involved in resolving the situation.  I was not present or involved when the conversation between Brandon and Patrick occurred and it seemed appropriate for the resolution to be handled by the T4T and the City.

I have honored your desire to step back and have waited for the situation to be resolved and to be informed that you were stepping back into the process.  I was given general updates about scheduled meetings but I was not told that the situation had been resolved and that you were again working on the project.

BTG continued to work on preparing the PCCEP for its first meeting. We conducted our efforts in ways that we felt were consistent with the work that we have done with T4T up to this point.  It was challenging to move forward without T4T, but we felt that we continued to represent the overarching PCCEP Facilitators team and we did our best to represent the team in ways that you would support.
When we were told that Hun would be at the final meeting as an observer, we were unsure if and how the original situation had been



resolved. I would have preferred to have been directly informed that T4T was back in the fold so that we could have tried to touch base and calibrate our thoughts and energy.

This was the third meeting that was centered on the overall structure of the PCCEP.  Many of the conversations that occurred in that third meeting had begun during the first and had been enriched over time.

I feel that during the three meetings a working draft of the bylaws emerged and will be ready to be discussed at the general meeting. Should the bylaws pass there is a plan for electing leadership. And an agenda that addresses the mandatory deliverables for the first meeting has been developed.

The final issue centered around facilitation for the November meeting and for the meetings going forward.  Again, this conversation had begun during the first structural meeting and had evolved over time.  My objective was to facilitate a dialog that would lead to a decision on these points.  In past meetings it was made clear that there were thoughts on both sides of this question.  I have had several PCCEP members give me written feedback that they were willing and felt capable to facilitate the first and/or future meetings.  I also had heard from some individuals that they felt that the PCCEP Facilitators should facilitate the first and/or future meetings.

I felt that the conversation was somewhat cut short during the meeting.  I did hear that the PCCEP would prefer for the PCCEP Facilitators to facilitate the first meeting.  I heard some voices in favor of the PCCEP Facilitators facilitating the meetings going forward.  I also heard voices share that PCCEP should be self sufficient and handle its own facilitation soon.

When it was asked which member of the PCCEP Facilitator team would facilitate the meeting, I heard Hun say that it would be someone from T4T as it would be most appropriate for person of color to lead the conversation with the community.  The PCCEP members seemed in favor of this plan.  This is in line with our original PCCEP Facilitator organizational plan.

It is my professional opinion is that it is best for the PCCEP to quickly take control of its own leadership, including facilitation duties, so that they are not dependent on City resources (paid contractors) to complete their work.  However, I do think that it is appropriate for the PCCEP Facilitators to facilitate the meetings until the PCCEP is able to manage those duties. I hope that this communication is welcomed. I share all of this with you without actually being informed that the work environment has shifted in ways that make you both feel safe and comfortable doing this work. I



have done my best to respect your choice of stepping back and I hope that your recent involvement does indeed mean that the environment feels safe to you both. As we have said early and often, the physical and emotional safety of everyone is our main priority, and I fully support you doing whatever you need to do to ensure your own.

I hope that me not reaching out to you until now can be received as a sign of my respect for your wishes to step back. And I hope that the process that you have been engaged in with the City has been handled well and that the situation has been resolved in a way that everyone involved has felt seen and heard.

As we look forward, the most pressing situation is Wednesday's meeting. Here are some of my thoughts:

-I feel that the PCCEP members are expecting T4T to handle the facilitation of this meeting based on the conversation at the final planning meeting.

-I think that the scheduled location is not large enough to accommodate the number of community members that will show up (including media). I had been in conversation with Mandi about this and I encouraged her to seek out alternatives. At this point I think the only suitable alternative would be the auditorium or equivalent space the PCC Concordia campus as that move would be the least disruptive to community members.

I think the space is of vital importance and I will encourage the City to do anything possible to ensure that we can find a space that sends the correct first impression to the community on behalf of the PCCEP.

-I have seen correspondence from one PCCEP member who is willing to nominate themself for an elected leadership position. It would be good for us to send an email out to all PCCEP and ask for others who are planning to nominate themselves. It is possible to nominate oneself during the meeting, but it is best if we have some idea of the expected numbers of candidates.

-With Mandi gone I would like for us to know who is planning the food, printed materials, video support, interpreting needs, etc.



-There should be some plan for what happens if: the bylaws don't pass, the agenda gets sidetracked, the environment turns tense.

    -Portland Peace team had offered to support the meeting.  I forwarded the offer to Mandi, as I did not feel that the PCCEP Facilitators were the appropriate ones to make the decision of giving a role to an outside group

    -The agenda has two times reserved for public comment.  It should be decided how many minutes each person can speak, how the lists will be prioritized (i.e.:  if someone spoke during the first opportunity, should they be placed later on the list for the second opportunity to make space for others who haven't had a chance), will written testimony have the opportunity to be read during this portion?

    -How will security be handled (i.e.: will there be security?  Will they be the City security that has been used before?  Who will brief them on their role?

-I see BTG's role in this meeting as secondary.  We will plan to attend and will be as supportive as possible in this less public facing role.

    -It had been suggested by Nicole that T4T and BTG co-facilitate the meeting.  This option does not make sense given the fact that: co-facilitating is a very delicate process that would have required a great deal of preparation up to this point.

I wish that many things were true that are not.  I wish that BTG and T4T had been able to prepare for this meeting together.  I wish that we had more time to prepare.  I wish that we were receiving less time sensitive pressure from the Settlement Agreement. And I wish that Mandi was still working along our side as her gifts, experience, wisdom, and strengths are already so sorely missed.

I am thankful for the team that we do have with the very capable PCCEP members, T4T, BTG and Nicole.  I am certain that OEHR will add great value to our work in Mandi's absence.

I am very curious about your thoughts and perspectives.  I know that we have a couple of facilitated meetings coming up with OEHR and with HR.  I am not certain what the environment surrounding the calls for those meeting is, but I welcome them.  However, I think it is important for us to communicate prior to Wednesday and I look forward to learning about where you see things now and in the future.

Best,

Brad



**Office of Equity and Human Rights Letter to PCCEP Members
Regarding First Meeting
11.28.19**

From Mandi Hood:

Hi PCCEP members,

I hope this email finds you all well! Thank you for all the thoughtful and hard work you've put into on boarding, training and preparing for the first PCCEP meeting on November 28th. This email contains important information about the upcoming 11/28 PCCEP meeting, as well as some other items. Please read all the way through and let me know if you have any questions. Thank you!

**November 28th PCCEP Meeting**

Just a reminder that the PCCEP meeting will be held from 5:30-8:30pm. One of the things that will happen first is that you'll be sworn in as PCCEP members by the Auditor's Office. The Auditor representative will have paperwork you'll need to sign before she can swear you in. In order to keep the meeting on track and on time, it would be great if you can arrive 15-20 minutes early to sign the paperwork and get settled into the space. If that is a problem, just let me know and I can support you in getting the paperwork signed when you arrive.

**Agenda**

Many of you saw the draft agenda Tuesday night; the posted agenda as one addition: Chief Outlaw would like five minutes towards the beginning of the meeting to introduce herself and welcome you all to the PCCEP, so I added that to the beginning portion of the meeting. I'm attaching a copy of the 11/28 agenda, along with the draft bylaws.

**Draft Bylaws**

**It would be great if you can review the draft bylaws prior to the 11/28 meeting and come prepared with edits to share at the meeting.** The meeting announcement lets community know that they can share their feedback prior to the 11/28 meeting and that I will share that feedback with the PCCEP so you can utilize that feedback as you're thinking about the bylaws. You'll be sent a document with whatever feedback has come in so far by Wednesday of next week, and then we'll probably send another doc out on Monday 11/26 with anything else that came in…. and if any other feedback comes in on 11/27 or 11/28, it will be sent to you, as well.



**Officer positions:**

The draft bylaws outline three PCCEP Officer Positions:
- 2 Co-Chairs: Co-chairs handle the planning and running of PCCEP meetings
- 1 Secretary: The secretary serves as the administrative liaison between the City and the PCCEP. (City staff will take minutes at PCCEP meetings and handles administrative tasks, so the Secretary will not need to do this.)

These positions would be one year long, not to exceed two years in the same role. If you were elected to one of these positions but later decided it wasn't for you, you could vacate your position and continue your work on the PCCEP.

Elections will be held at the 11/28 PCCEP meeting. If you are interested in running, please ideally let me know by end of day on Monday, 11/26 so we can create the ballot for voting. I realize that discussion at the meeting could affect your decision to run so If you decide to run after the 11/26 deadline, that's fine — you can announce your intention to run at the meeting and we can add your name manually to the ballot.

**Other Updates**

**Mental Health Alliance sponsors Settlement Agreement study session on 11/26**

Below is a message from the Mental Health Alliance. They created this study session with PCCEP members in mind but are also offering it to anyone who would like to attend. You are not required to attend this study session but you are certainly more than welcome to!

*In anticipation of the first public meeting of Portland's Committee for Community-Engaged Policing, all are invited to an interactive study session of the Settlement Agreement to US DOJ v. City of Portland.*

*November 26, 6 PM - 8 PM, Taborspace - 5441 SE Belmont St, Portland*

*The study session will provide a detailed item-by-item understanding of the settlement agreement - the basis for reform of the Portland Police Bureau since 2014. PCCEP members, police officers, and community allies are encouraged to attend and participate.*

*The study session is hosted by the Mental Health Alliance and facilitated by their attorney Juan Chavez.*



**New Project Assistant: Claudia Claudio**

We now have a PCCEP Project Assistant! Claudia Claudio comes to us from the Bureau of Transportation. She is also the Media Specialist and a mentor for the Portland Rose Network, an organization whose mission is to build more minority female leaders for Portland's future, in a diverse array of professions. She's also a freelance writer with a focus on copywriting, public relations, and social media. Claudia has already proven to be an invaluable asset to our team, most notably working to get the PCCEP website launched! I look forward to you meeting her at the 11/28 meeting.

**PCCEP website**

The new PCCEP website, which was made public yesterday. Because only recently received access to the website (yesterday afternoon), it's pretty sparse at the moment, but we've got the calendar set up, the meeting announcement posted, among some other things.  Claudia is prioritizing completing the website over the next few weeks.

**Settlement Agreement Updates Email List**

This email list is used to send out announcements about upcoming PCCEP meetings, COCL Town Halls, and sharing information related to the settlement agreement. **If you give me permission to do so, I'll add your city email address to the list so you can receive these emails; just reply back and let me know.**

Here's a link to the email that was sent to the list yesterday announcing the 11/28 PCCEP meeting: https://mailchi.mp/1dbe9253d3c3/october-16th-cocl-town-hall-to-present-draft-compliance-and-outcome-assessment-report-1948153

Finally, how are you doing? I know the PCCEP on-boarding has been a lot! Please let me know if there are ways I can support you as you move forward with your work. That can include specific ways to support you, like providing more information about aspects of the work that might seem confusing, or maybe you have a general sense that you would like support but aren't sure what it is. I'm more than happy to connect with you and create strategies for support; just let me know if that's something you're interested in.

Best,

Mandi Hood

**BTG Letter to PCCEP Regarding First Meeting**

Hello everyone.



I hope that you are all well.  I am looking forward to seeing you tonight and officially kicking off the public component of the Portland Committee on Community Engaged Policing.  I am aware that there is a lot of energy and anticipation among our community about this first meeting and about the work that you are taking on in general. And I am sensitive to the fact that you are each opening yourselves up personally for the benefit of our community, and I applaud you for that.

Some may be looking tonight for an indication of whether or the not the PCCEP will succeed.  Or they may look for a sign of whether the relationship between the community and the PPB will improve.  Or they may seek signs of increased transparency and accountability from the City.

I would encourage you to look at tonight in a similar way that we have collectively looked at many of our moments together so far:  tonight is our present moment and our goal is to take a positive step forward.

I have said many times throughout this process that the most important thing that we can do is the thing that we are doing right now.

Right now, we are introducing the community to the PCCEP.  We are welcoming the community into the conversations that you have been having over the last several months.  We are joining with the community to help develop new conversations, new questions, new goals, and new solutions.  Tonight, you begin the work that you have been preparing for.

The pace and the energy and the expectations tonight may be higher than we have become accustomed to thus far.  I will work to keep our agenda on track and to help maintain a safe and productive space for you to work in.

I want to highlight the pillars of our agenda to calibrate our focus on the present tasks:



-Welcome
-Common ground:  we will share our list of common ground expectations with the community
--Introductions: Please be prepared to give a 30-90 second introduction of yourself to the community
-You will be officially sworn in
-We will hear from the Mayor and Chief Outlaw
-Bylaws will be discussed and hopefully bylaws will be passed
-You will be given a presentation on the PPB survey
-You will have elections according to the bylaws
-And you will hear from the public during two public comment sections

I understand that there is a desire to discuss PPB's annual report.  This report has been provided to you with the hopes of receiving individual feedback from each of you.  I do hear a desire to give some time discussing how this will look.  I would suggest that we hold this topic to the end of the agenda and use time permitting.  The bylaws, survey presentation, and election are vital to the meeting's success.

Discussing the report is also important and I will attempt to usher the meeting in a way that preserves 10-15 minute to discuss it amongst yourselves.  Also, any verbal feedback given in the meeting would be most effective if it is also shared in writing.

I recognize that there may be some confusion regarding the role of the contracted facilitators (including myself) and I look forward to a time when we can all explore our questions and share our perspectives.

I encourage you to reach out to me or one of the other paid individuals who are supporting your work if you have any thoughts, questions, or concerns regarding tonight.

I will arrive around 4:30 and I welcome you to meet me there if you would like to talk or simply take in the space.

I am very appreciative of my opportunity to work with you and I thank you for your generosity of time, wisdom, and spirit.

See you soon.

Best,

Brad



**BTG Letter to PCCEP Following First Meeting**

Hello PCCEP members,

I would like to congratulate you on a very successful first meeting.  We made it through the agenda, gave the community space to engage in the conversations, received the information regarding DHM's 2019 survey, passed the bylaws, and elected officers for the steering committee.  The minutes will be shared with you and with the public soon.

Here is the meeting's YouTube link: https://youtu.be/WEia9usEyKg

I was extremely impressed with the way that you presented yourselves as a united board while also allowing for your personal voices to add value to the discussions. I feel that the community was given the chance to benefit from the many days and hours that you have each already invested in this process.  I look forward to seeing the meaningful ways that you will impact our community.

There is a lot of information and a lot of expectations and deadlines flying around.  I would like to center us around the moment that we are currently in and the next steps that need to be taken.

I have had a chance to talk with Jared of the DOJ and Judith with the City and I would like to now outline some ideas around next steps and timelines.

PCCEP Steering Committee
You have elected four members to your steering committee and I commend you on your choices.  I will be reaching out to these members to set up a time for the first Steering Committee meeting.  Hopefully this will occur around the 13th or 14th of December so that we can allow time for public notice of the meeting.

I will propose that the agenda center around:
-Exploring roles and responsibilities
-Compiling submitted feedback from PCCEP members regarding the
          DHM Survey
-Compiling submitted feedback from PCCEP members regarding the
          PPB Annual Report
-Hearing in-person feedback on the Survey and Annual Report from
          PCCEP members who choose to attend
-Developing a proposal around possible subcommittees that can be
          formed to address required deliverables and goals of the
          PCCEP
-Hearing public comment



<u>DHM Survey</u>

As PCCEP members you are being asked to submit comments and/or recommendations regarding the 2016 DHM Community Survey which is set to go out without changes.   Because the timeline for feedback is short (feedback must be received by December 14th), I suggest that PCCEP members review the Survey and either submit written feedback to me (and cc Claudia and Jared) and/or plan to attend the Steering Committee meeting to give comments in person.  I have included the Survey as an attachment to this email.

Feedback will be forwarded to the Mayor's office.

During the November meeting, several PCCEP members noted limitations of the survey to collect information that accurately reflects the community's thoughts on PPB.  I would suggest that once feedback is given on the 2016 survey, the PCCEP may choose to take an early interest in providing feedback on the 2020 survey and/or consider other ways to collect the information (for instance, focus groups were mentioned as a useful tool of community engagement).

Additionally, the reports are available on the COAB-COCL website: http://www.cocl-coab.org/library/library-categories/surveys-audits

<u>PPB Annual Report</u>

As PCCEP members you are being asked to submit comments and/or recommendations regarding the PPB Annual Report.  Because the timeline for feedback is short (feedback must be received by December 14th), I suggest that PCCEP members review the Report and either submit written feedback to me (and cc Claudia and Jared) and/or plan to attend the Steering Committee meeting to give comments in person.  I have included the Annual Report as an attachment to this email.



PCCEP General Meeting

Your bylaws state that the PCCEP will meet at least one time per calendar month.  Therefore, the PCCEP will need to meet in December.  In order to provide sufficient public notice and avoid meeting during the week of December 24th, I propose that the next general meeting be held on December 19th from 5:30-8:30.  Please reply to me if you would be unable to attend this meeting.

I suggest that the agenda for the 19th meeting includes the following:
-Swearing in of PCCEP members
-Update on PCCEP collected responses to the DHM Survey
-Update on PCCEP collected responses to PPB Annual Report
-Possible proposal from Steering Committee regarding subcommittees
-Presentation from Jared of DOJ on the Settlement Agreement
-Two public comment sections

Moving forward I suggest that the PCCEP meet on the last Wednesday of the month.  January's meeting would be on January 30th.

Please reach out to me if you have any questions or concerns.  And again, please respond with feedback to the Survey and Annual Report to me and cc Claudia and Jared.

I am incredibly impressed with the work you have done so far and I am honored to be working along side you.

Best,


Brad



**BTG Recommendations to PCCEP Steering Committee**
**December 14th, 2018**

Attention: PCCEP Steering Committee

I am submitting this document to provide some best practices and practical advice for you to consider as you move forward in planning your important public work. I offer this along with an offer of my support, logistical and otherwise, in developing your work plans and coordinating your efforts as you work with and within the community.

These thoughts are meant for your consideration and not as a prescription. I welcome your thoughts, questions, concerns, and other feedback and I am open to working with you in ways that you and the City feel are beneficial to the community, the process, and the PCCEP.

This document is not intended as a complete list of recommendations, but as a starting point to a conversation with you and with the PCCEP members.

General Meeting
•	Schedule: I would recommend that the general meetings fall on a consistent day of the week at a consistent time during the month. For example, meetings could be on the 3rd Wednesday or the 4th Thursday. I would avoid using "the first" or "the last" as these can be difficult to program into calendars. I would recommend that the meetings be held from 5:30 pm-8:30 pm as the public is familiar with this time.
•	Location: I would recommend hosting the general meetings at a standing location that is centrally located, easily accessible using public transportation, has ample parking, has a capacity to hold at least 100 people, meets all current ADA standards, and has the ability to accommodate PowerPoint and other presentation options.

If there is a desire to move the meeting into various areas of town, I would recommend moving the meeting location no more often than quarterly as moving the meeting: makes planning for travel time and logistics more cumbersome, requires additional time to find locations and ensure that all of the necessary needs can be met, can be more expensive to secure space monthly versus an annual contract, and would locate the meetings outside of a central location, requiring large distance of travel for many attendees each month.

•	Room design/layout: The space itself is an important consideration as you will want PCCEP members and community members to feel as comfortable as possible.

   **Size of the room**: Ideally people will have ample space to walk around, sit, move, etc. Three hours is a long meeting and often the topics will become emotionally taxing for some individuals. It is best to avoid creating spaces where people feel limited in their mobility or confined to a seat or an area.



Additionally, seating should be arranged in ways that allows individuals to sit without rubbing arms with their neighbors. It is also good to avoid spaces that are too large and do not allow for a sense of intention or that lack warmth. Having a quiet space outside of the meeting room as an option for folks who need a break or who want to engage with their children is ideal.

**Lay out**: It is best to utilize the room's multiple exists in intentional ways that allow people to feel comfortable coming and going without drawing a lot of attention to themselves. Sign in and information tables are best kept just outside of the meeting room so that people can learn more about what is happening before committing to entering. Food should be located as close to the main entrance as possible. Support staff should be identified with name tags and mentioned in the opening statements so that attendees know who they can engage with questions.

**PCCEP Seating:** When considering PCCEP members' seating options, I favor U-shaped designs and half circles that allow PCCEP members to have some opportunity to see one another. This can also create a sense of connection with the public seating. Although it is easier to see PCCEP members if they are elevated, there is also a risk of creating a sense of division between PCCEP members and community members and, if possible, it is ideal to have the committee on the same level as the public.

Public comment microphones should be placed on opposite sides of the room to be more accessible to everyone, to offer easy access to exits on either side, and to give people an option of avoiding an area of the room or a particular person who may be signed up to speak during the same session. Someone should consult directly with sign language interpreters to determine the best location for them to stand while interpreting.
• Food: I would continue to offer food to the community at each PCCEP General meeting. I would ensure that there are always vegetarian protein options along with gluten free choices available. I recommend seeking out nutritious meals and working with local businesses. I suggest having the food available starting at 5:00pm so that PCCEP members and community members have the opportunity to eat prior to the start of the meeting. Ideally there will be a place for PCCEP members to choose to sit among the community and eat prior to the meeting.

• Roles: *The facilitator* should ensure that the space is set up to provide the best environment possible with regards to the layout, the temperature, and the flow. It is advised that the facilitator make a personal connection with all of the individuals who are supporting the event. This would include: City staff, technical staff, building representatives, presenting guests, catering staff, interpreters, PCCEP members, and members of the public. Although the City will be responsible for coordinating and supporting the logistics, when issues



arise during the meeting people will look towards the facilitator and it is best if that person have a sense of who is there and what they do so that issues can be quickly addressed.

The facilitator is responsible for calling the meeting to order, welcoming the audience, giving direction regarding the space and the location of bathrooms, exits, etc., managing the progress of the agenda (including involving the public's voice) with regards to the equitable use of time and space, the adherence to the common ground values including tone, words, volume and content, ensuring that time is managed in a way that ensures the completion of the agenda, and making space for individuals to speak, be heard, and feel heard while moving the agreed upon agenda topics forward.

There is a unique dynamic that exists when the facilitator of a meeting also serves as a member of a committee that is poised to represent the public. At times that facilitator will need to act in ways that seemingly contradict the representative role. For instance, the facilitator may need to redirect, cut off, and/or interrupt potentially harmful actions or statements involving members of the public. This is one area that reveals the power differential between the facilitator and the other PCCEP members along with members of the public. Intentional efforts should be made to lessen the impact of this power differential.

*PCCEP members* are in a unique position of being members of the general public while also representing members of the general public. Past processes have run into challenges when disconnects between the public and volunteer representatives have emerged. I recommend that the PCCEP members remain aware that there is a power to their role and that efforts must be made to lessen the impact of the power differential. Some ways this can be done is by seeking opportunities to engage with the community as members of the community before and after meetings, during breaks, and between meetings at locations and events where the PCCEP member is a guest and the community members are in a place and with people where they feel the most comfortable.

Subcommittees
Subcommittees offer excellent opportunities for committees to: engage the goals of the PCCEP more deeply than is possible at the general meeting; engage PCCEP members meaningfully in the work outside of the monthly general meetings; engage the public in the work more deeply than is possible at general meetings; collaborate with the public in a more balanced way; share responsibilities with the public; and collaborate with the City and PPB in a more balanced way. Following are some thoughts and recommendations for the Steering Committee to consider as proposals to the PCCEP are developed.
• Organization: I would suggest that subcommittees be designed broadly and in ways that are able to be flexible and that can address the specific deliverables that



are required. Each subcommittee should develop its own Mission and Vision Statements and create a set of bylaws specific to how they will do their work.

At this point I would recommend composing an inward-looking committee focused on the deliverables specific to the Settlement Agreement, including giving feedback as required, composing the quarterly reports, coordinating the logistics of the quarterly community events, and engaging with the City, PPB, DOJ, and COCL as necessary.

I also recommend the creation of an outward-looking committee focused on coordinating the outreach and engagement efforts of the PCCEP in ways that are consistent, wide stretching, and help to build the foundation for the PPB Outreach Plan and that are designed to provide meaningful content to the quarterly report and that will build community interest and engagement with the work of the PCCEP, including attending the quarterly events.

I would suggest tasking the Steering Committee with tasks including: developing the agenda for the general meeting, compiling the agendas and minutes from the subcommittee meetings, tracking the completion and coordinated efforts regarding the required deliverables, assuring that the City is meeting its requirements around public notice and the releasing of public documents pertaining to the PCCEP, coordinating training opportunities for the community and the PCCEP, coordinating presentations at general meetings, coordinating required conversations between PCCEP and City representatives , including the Mayor, Chief of Police, and Police Commissioner (if different than the Mayor), developing a process for PCCEP members to address internal and external conflicts and grievances, developing a process for members of the community to address conflicts and/or grievances that involve the PCCEP, developing a communication strategy to address media requests and public outreach and engagement needs to ensure consistency of PCCEP voice and message; ensuring that the PCCEP is given adequate legal guidance (either by the City Attorney or other legal expert), preparing and coordinating testimony at the status conference, ensure that the bylaws are up to date and that the PCCEP is in compliance of the bylaws, and manage the budget of the PCCEP.

Quarterly Community Events
• Location/Time: I recommend moving the quarterly community events around the city each quarter and intentionally hosting an event in St. John's, east county, downtown, and in SW Portland. I would suggest considering the option of having the community events during a weekend day if it is determined that doing so would make the event more accessible to the community.



**BRAD TAYLOR GROUP**

• Preparation: I recommend conducting enriched outreach and engagement to the hosting neighborhoods 6-8 weeks prior to the event. This would mean reaching out to groups via email and by phone to learn about upcoming meetings and events where one or more PCCEP members could attend and begin building relationships with the community. Attracting the community to the events is a great step towards developing long term interest in the work of the PCCEP.

• Space: The space should be able to accommodate a stage area for the PCCEP to briefly engage the community and to allow for other announcements, reports, and performances to be presented. There should be space for families with children and space for people who are wanting to take a break from the event.

• Food: Every effort should be made to feature food options that are created by businesses local to the neighborhood where the event is hosted and should be inclusive of various dietary needs.

• Agenda and Flow: The overarching goals of the Community Events should be to: express to the community what the PCCEP has heard from them so far, what work has been accomplished, what work is in process and planned. Recruitment of new PCCEP applicants and community participants should also be a primary goal.

I would recommend limiting the amount of structured work that the PCCEP would need to conduct during the Community Events. I would allow time for: Introductions/Welcome, PCCEP updates, brief (5 minute) updates from: DOJ, COCL, Albina Ministerial Alliance Coalition, Mental Health Alliance, PPB, and the Mayor, and at least two public comment periods.

I recommend having one or more performances (music, dance, spoken word, etc.), having local art decorating the space, having tables set up where those who presented can engage one to one with attendees, and having interactive activities where the community can give direct feedback about the PCCEP and/or the PPB and the PPB Outreach Plan.

Alternates

The bylaws have called for increasing the number of alternate members of the PCCEP. The process for selection should involve: convening a selection committee (involving 2 or more PCCEP members along with individuals nominated by the commissioners as was true during the initial selection), conducting extensive and intentional outreach and engagement, coordinating the application process, conducting an application review process, conducting at least two rounds of interviews, and proposing the required number of applicants for acceptance.



## Community Engagement

I recommend that the community be given the opportunity to give feedback and testimony in various ways and at various times and from locations where they feel the most comfortable and not rely solely on the public comment periods at meetings. Community engagement should serve the purposes of: giving the community the opportunity to share their perspectives, desires, thoughts, and critiques of the PPB; providing an opportunity for the community to be engaged in the work of the PCCEP; and inform the development of the PPB Outreach Plan. Community members should be given the opportunity to give feedback: via email, phone message, submitted papers, and through conversations with PCCEP members at events and meetings where the community is convening. I suggest that the PCCEP commission "mobile talk boxes" that can be easily transported and assembled to at various events and locations and that offer an opportunity for community members to give recorded testimony and feedback. I am happy to elaborate on the logistics of this effort should the PCCEP be interested in moving forward with their creation.



**BTG Updates/Recommendations for Hiring New Facilitator**
**1.7.2019**

Hello PCCEP members,

I hope that you are each enjoying the new year. It has been sometime since we have met and I want give some context as to where things stand regarding my involvement with your work and where I have been asked to focus my time and efforts moving forward. I appreciated being present for your last Steering Committee meeting and I was able to watch your general meeting through the YouTube link. I hope that the document that I shared with the Steering Committee prior to those meetings that outlined some of my recommendations was helpful.

I was unable to attend the December general meeting due to my commitment to another contract with the City. I regret that I am unable to attend the January 8th Steering Committee meeting, as I will be presenting at a meeting at City Hall during that time. Both of those commitments were made several weeks ago and could not be changed.

Several factors have shifted since the November Kick-Off meeting. Having T4T terminate their contract with the City has certainly impacted the work and specifically my role. As you may know, Brad Taylor Group, LLC and Training 4 Transformation were jointly hired by the City to facilitate the process of convening the PCCEP, providing orientation, and helping the PCCEP work towards becoming a self-sufficient committee. In our earliest meetings, BTG and T4T collaborated on designing a partnership that defined each of our roles around our natural strengths. Generally, we concluded that BTG would focus on inward facing matters (coordinating with the City, DOJ, COCL, and PPB) while T4T would focus more on outward facing matters (community outreach and engagement, media relations, and facilitating public meetings). T4T and BTG collaborated equally on the orientation and strategic planning. Regardless of who led what element, both groups participated in all matters.

When T4T stepped back from the project in mid-October, BTG continued to work with the PCCEP. I learned that I would be facilitating the November meeting two days prior to the meeting. I was mindful that you as a group had chosen to have T4T facilitate the meeting, and I felt that my being placed in the role of facilitator at the last minute was abrupt and I was concerned that some of you would be surprised and perhaps unhappy with the situation. That said, we had what I felt was a very successful meeting.

During this same time, Mandi stepped away from the process for her own reasons. Additionally, Patrick had been named in the media as being involved in an unresolved conflict with T4T.

There was a lot happening at once, and my instinct and desire was to be involved in helping you as a group manage not only the many situations that had come up but to also begin addressing the several expectations of the Settlement Agreement. Between the City and the DOJ and the COCL, you had a lot of voices communicating to you.



Your newly passed bylaws empowered you to make several decisions as a committee. One of your decisions was to have your co-chairs facilitate the initial Steering Committee meeting along with your December meeting. I offered recommendations and my assistance moving forward. I would like to again offer my support.

On that note, the City is in the process of hiring an additional facilitator. I applaud this move, as I am of the feeling that the role is best filled by someone who not only possesses the skills and knowledge and experience in managing complex conversations and leading complicated processes, but by someone who also has lived experience as a person of color in the Portland area.

I have been asked to develop a strategy and manage the process for hiring a new facilitator. Although time is an important factor considering the time sensitive deliverables required by the Settlement Agreement, choosing the right facilitator is also of vital importance.
I will give a general description of the hiring process outline here, and I am happy to discuss the details with you further as we move forward.

Step One: Establish a Nominating Committee to focus on the selection process. I would recommend that it be comprised of: one member from the Steering Committee, two members from the general PCCEP, and one to two members from the community (perhaps from the AMAC and the Mental Health Alliance).

Step Two: Survey each PCCEP member asking: (1) what personal and professional experience would you like your next PCCEP facilitator to possess; (2) what qualities and characteristics would like your next PCCEP facilitator to possess; (3) what other thoughts would you like to share with the hiring committee?

Step Three: Using the survey results, the Nominating Committee can develop a set of questions to send to each candidate and also develop a scale for measuring how well the candidates describe how they meet the established criteria through their answers, their resume, and their cover letter.

Step Four: Send questions to candidates and ask them to return their written responses along with their resume, cover letter, and three references.

Step Five: Share the responses, cover letters, and resumes with the entire PCCEP and solicit written feedback.

Step Six: The Nominating Committee will individually score the candidates based on the previously developed scale.

Step Seven: Develop interview questions that will allow the candidate(s) to more deeply describe their experience and vision as they pertain to the role of facilitator and a scoring scale to describe how effective the candidates are in meeting the PCCEP's criteria.

Step Eight: Interview the candidate(s) that the Nominating Committee believes could be successful in the role of facilitator. This could happen at a Steering Committee meeting so that it is open to the public.



**Step Nine:** Nominate a candidate for the PCCEP to vote on to formally nominate as the PCCEP Facilitator. If there is consensus, choose one person to give a description of why the Nominating Committee chose the person. If there is not consensus, choose a person to describe the option(s) that were preferred by less than the majority and one person to describe the reasoning behind the majority's choice. (This could happen at a general meeting or at a special public meeting).

**Step Ten:** Receive public comment; allow for additional conversation among the PCCEP; vote on formally nominating the preferred candidate to the City.

I have also been asked to design and facilitate a process to develop an adequate pool of alternates. I will recommend a process that results in identifying 12-15 individuals who are capable and willing to step into a role on the PCCEP to ensure the ability to maintain a pool of 9 formal alternates. I will share these details as they are developed.

Moving forward I will continue to honor your autonomy while offering to support you and your work in any way that you and/or the City feels is helpful. There has been a considerable amount of change in the short time that you have been a group, and I am sensitive to the fact that there are many voices giving you direction.

I feel that it is best for there to be one voice that is coordinating the support and guidance and direction that you are receiving while also connecting you to the various groups and agencies that are talking to you. The soon to be hired facilitator can be that voice.

A facilitator can be a strong force of clarity, calm, equity, and safety and I think that the person that is hired will be in the best spot to ensure productive communication among the PCCEP, the Community, the DOJ, the COCL, and the City. Although I have what I feel is valuable educational, professional, and life experience to offer this process, I am aware that my lived experience as a white male may not be the best fit for facilitating the incredibly important and valuable and complicated conversations that the PCCEP will host.

I will offer my support to the new facilitator as they take on a leadership role, and I will continue to offer my support to the City and to the PCCEP and am available to you as a resource moving forward.

Best,
Brad



**BTG's Proposed Process to Develop Pool of Alternate Members for PCCEP**
**January 22, 2019**

January 25th-January 29th
• BTG to coordinate the establishment of the Nominating Committee to focus on the selection process
    o I would recommend that it be comprised of a total of five individuals, including: two members from the PCCEP, one member from the PCCEP Selection and Advisory Committee, and two members from the community (one each from the AMAC and the Mental Health Alliance).
    o BTG to reach out to PCCEP members to seek volunteers willing to be voted in as representatives on the Nominating Committee

January 30th General PCCEP Meeting
• Nominating Committee established
    o PCCEP votes to appoint two representatives
    o 3 Community Representatives announced February 4th-February 26th
• Announcement and application provided to BTG and sent to print media, online media, radio, blogs, listservs, social media, and other outlets
• Outreach and engagement will be conducted by BTG and PCCEP members

February General PCCEP Meeting
• Update on number of applications received February 28th
• Applications Due March 1-8th
• The Nominating Committee will independently score the candidates based on the scale developed by Selection Advisory Committee
    *(with possible edits as provided to BTG by City)*

March 8th-10th
• The Nominating Committee will meet with BTG and share their scores and work together to select candidates to interview. The Nominating Committee will develop interview questions that will allow the candidate(s) to more deeply describe their experience.

March 13th-20th
• The Nominating Committee will interview the candidates that the Nominating Committee believes could be successful.

March 20th
    • Nominations for 9-15 Alternate Members shared with PCCEP and sent to the Mayor's Office for appointment March PCCEP General Meeting
• Nominees officially appointed to PCCEP as Alternate Members



**BTG Request to PCCEP for Appointments to Selection Advisory Committee (SAC)**
**1.29.19**
Hello PCCEP members,

I hope that you are all doing well.  Although it has been some time since I have shared space with you, I have been staying up to date on your conversations and meetings and I appreciate the incredible amount of time, heart, and energy that you are putting into your work.

I am reaching out to you now to ask if you can make space during tomorrow's meeting to consider appointing two members to a newly formed Nominating Committee.  This committee will be facilitated by me and will be charged with helping to review applications, interview, and eventually nominate 9 or more community members who have applied to fill the role as an Alternate to the PCCEP.

My hope is that the committee will include two PCCEP members, one member from the Selection Advisory Committee (the SAC oversaw the original selection of PCCEP members) one appointee from the AMAC and one appointee from the Mental Health Alliance.

I would expect the committee members to commit to spending 25-30 hours over the next 5-7 weeks, including: 5-8 hours working independently and meeting as a group 3 different times to screen applications, conduct interviews, and select nominees.

I have reached out to the AMAC and the Mental Health Alliance asking for an appointment as well.

Please let me know if you are able to appoint one, or ideally two, PCCEP members to serve on this Nominating Committee.  If you vote to appoint one or two members during tomorrow's meeting I will follow up with them to discuss the logistics and details.

On a related note, I have heard from several members of the community and a from a few from the PCCEP who are in favor of having intention around how departing members of the PCCEP are replaced, specifically related to their experience living within a marginalized community.  I have heard this regarding replacing a member who brings lived experience with a mental health issue with a person who also brings lived experience with a mental health issue.  I have heard the same sentiment regarding replacing individuals who bring lived experience from other historically and presently marginalized communities with individuals who bring those shared lived experiences.

Although the Nominating Committee can work to address these sentiments through their selection of candidates, if the PCCEP were to amend the bylaws to state that their nominations for replacements would be in line with that expectation, the Nominating Committee would then be able to operate under a mandate to nominate a pool of candidates that would allow for such intentional replacements. If such an amendment is passed, I will coordinate the work of the Nominating Committee accordingly.

I hope that you have a great meeting tomorrow night.  I recognize that things will be different, as you will be sharing time and space with the COCL. I expect that there will be a large crowd and I would expect there to be a lot of public comment and questions.  Please feel free to reach out to me today or tomorrow if you have any questions or concerns or would like to discuss tomorrow's meeting, the Nominating Committee or anything else. ~Brad



**BTG Letter to Mayor's Office 2.4.19**

Hi Nicole,

I am touching base with you regarding the retreat and regarding my role with the PCCEP in general.

Dr. Milner has made himself available to be at one of the Saturdays that we discussed. I am of the understanding now, however, that the retreat will take place over two days and I have been asked to facilitate the second of these dates with someone else facilitating the first session. I can let Dr. Milner know that we are no longer looking at those dates/times and that we may be in touch regarding alternative dates.

The Facilitator Candidates will not be involved with the retreat, as that hiring process has been put on hold. I think it will be best for the second session of the retreat to also be facilitated by someone else.

I am sensitive to the fact that following the November meeting the PCCEP members were given a lot of information that has caused a lot of feelings and inspired a lot of questions. The meetings and processes that have unfolded since then have reflected a lessening of trust and engagement among PCCEP members towards BTG.

Although I was not involved with the conflicts that T4T was processing with the City, I feel that my relationship with the PCCEP was damaged by the lack of transparency regarding T4T stepping away from the work in mid October. Although PCCEP members were told in November that they would have an opportunity to learn more about what happened and although many PCCEP members and I wanted to schedule that meeting and explore the situation, that opportunity was never provided.

I feel that the PCCEP was less receptive of support from BTG following the media reports regarding T4T. The Steering Committee scheduled their first meeting without engaging BTG. The December General Meeting and following Steering Committee meetings were scheduled without input or support from BTG and were scheduled at times that BTG had already shared that I would be unavailable. January's meeting was planned and managed without any input from BTG.

Since the November meeting, BTG has sent PCCEP members several emails and letters containing recommendations and we have not received any direct engagement with any of the ideas that we shared. It is my belief that BTG's relationship with the PCCEP was damaged by the conflict involving T4T.

Although BTG has not been engaged with the PCCEP's work since the November meeting, I do think that the PCCEP has been supported in their work. Since the November meeting, the DOJ has taken an active role in facilitating the process by drafting bylaws and minutes, presenting models of organizing the PCCEP into subcommittees, facilitating the sharing of ideas among different PCCEP members, suggesting motions, and otherwise participating in meetings. The PCCEP members appear to be generally comfortable with this relationship and so I have stepped back to make space for this relationship.

As I have not been engaged with the PCCEP as a facilitator, it would not be appropriate for me to facilitate the retreat and/or team strengthening or visioning processes. I am comfortable continuing to facilitate the process of selecting Alternates. I am also happy to facilitate the process of hiring a new facilitator when that process is activated.

Best, Brad



**PCCEP Alternates' Interview Schedule**
**12th-April 13th 2019**

<u>Selection Advisory Committee Members:</u>

Timothy Roessel, Yolanda Salguiero, Joe Smith

<u>April 12th, 2019</u>
    Intro/Welcome 9:30-10:00

    Justin Burger 10:00-10:15

    Transition 10:15-10:20

    K Mason 10:20-1:35

    Transition 10:35-10:40

    John Schlosser 10:40-10:55
    Transition 10:55-11:00

    DeEtte Waleed 11:00-11:15

    Break 11:15-11:30

    Shandi Muff 11:30-11:45
    Transition 11:45-11:50

    Ann Cambell (f/t) 11:50-12:05
    Transition 12:05-12:10

    Chris Snethen 12:10-12:25

    Transition 12:25-12:30

    Alex Bidwell 12:30-12:45

    Lunch 12:45-1:10

    Deliberation 1:10-1:30

    Philip J Wolfe 1:30-1:45

    Transition 1:45-1:50
    Dvarrio Rice 1:50-2:05



Transition 2:05-2:10

Quinton Blanton 2:10-2:25

Transition 2:25-2:30

Raju Subedi 2:30-2:45

Transition 2:45-2:50

Vadim Mozyrsky 2:50-3:05

Break 3:05-3:20

James Kahan 3:20-3:35

Transition 3:35-3:40
Kevin Neely 3:40-3:55

Transition 3:55-4:00

Lucy Keating 4:00-4:15

Deliberation 4:15-4:55

Closing 4:55-5:00

April 13th, 2019

Welcome 9:00-9:15

Edward Hershey (t/p) 9:15-9:30

Transition 9:30-9:35

Thabiti Lewis 9:35-9:50

Transition 9:50-9:55

Elliot Young (f/t) 9:55-10:10

Transition 10:10-10:15
_____
Candidate 20 10:15-10:30
Break 10:30-10:45

Amy Anderson 10:45-11:00



Transition 11:00-11:05

Cynthia Viola Harris 11:05-11:20

Transition 11:20-11:25

Marcia Perez 11:25-11:40

Transition 11:40-11:45

_____
Candidate 24 11:45-12:00

Transition 12:00-12:05

_____
Candidate 25 12:05-12:20

Lunch 12:20-12:50

Recommendations 12:50-1:45

Closing 1:45-2:00



**PCCEP Alternates' Interview Questions**

### PCCEP Round One
**Interview Questions and**
**Scoring April 12th – April 13th,**
**2019**

Interviewer:

Candidate:

1_____Should not be on PCCEP 2_____Probably should not be on PCCEP

3_____Should probably be on PCCEP 4_____Shoud definitely be on PCCEP

How would you describe the community's role in improving the work of the police bureau?

What lived experience and interpersonal skills do you possess that would be helpful to this committee?

What are ways that you manage stress and practice self-care?

What else would you like to add about your interest, experience, and/or qualifications?



**Alternate Pool Process Summary**
**April 15, 2019**

Greetings Nicole,

I am providing you with the outcomes of this weekend's interviews of candidates who applied to serve as alternates for the PCCEP.

The two days of interviews were successful, due in a large part to the efforts of Claudia Claudio. Claudia did a great job of scheduling the candidates, providing them with clear information, preparing and maintain the space with refreshments and supplies, coordinating lunch for the Selection Advisory Committee, and assisting with the daily logistics. I sincerely appreciate Claudia's help and support with this process.

Claudia scheduled interviews with 22 candidates. Some were interviewed in person while others choose to be interviewed on the phone. 5 candidates did not attend their interview for a variety of reasons.

The Selection Advisory Committee asked each candidate the following questions:

1. How would you describe the community's role in improving the work of the police bureau?

2. What lived experience and interpersonal skills do you possess that would be helpful to this community?

3. What are ways that you manage stress and practice self-care?

4. What else would you like to add about your interest, experience, and/or qualifications?

Candidates' answers were discussed following their interviews and during longer scheduled debriefing periods. Eventually SAC members scored the applicants to indicate whether they would recommend them to become alternates.

A conversation was facilitated to develop the recommendations that the SAC is sending to the Mayor. The SAC has identified 8 individuals that they unanimously feel should be considered to be appointed as alternates to the PCCEP. The SAC has also identified 6 candidates that they feel may be good candidates.



The SAC acknowledges that the candidates' applications were not reviewed or vetted prior to the interviews and that no effort was made in verifying any of the statements made in the application.

Several of the applications lacked detail and inspired questions that could not be asked during the interviews. Thus, the SAC provides these recommendations along with the request that the candidates' applications are reviewed by the Mayor's staff and that information is confirmed when possible.

The SAC also requests that candidates are asked to provide at least one professional reference.

The SAC nominates the following candidates to become PCCEP Alternates
_____(alphabetically)

1. Amy Anderson
2. Cynthia Harris
3. Dvario Rice
4. Elliott Young
5. James Kahan
6. Marcia Perez
7. Philip Wolfe
8. Vadim Mozyrsky

The SAC suggests that the following candidates be considered as needed
_____        (alphabetically)

1. Ann Campbell
2. DeEtte Waleed
3. Edward Hershey
4. Kevin Neely
5. Lucy Keating
6. Thabiti Lewis


BTG appreciates having the opportunity to serve as the facilitator for the interviews. Please reach out with any questions.

Best,
Brad