## Exhibit 2

PCCEP Orientation Process

Session 1                Friday, September 28th 6pm-9pm        (3 hours)

| | | |
|---|---|---|
| A. Welcome "A Mindfulness Moment B. Diversity Welcome | (T4T) | 6:00-6:15 |
| B. Introductions "Establish Group Agreements" | (T4T) | 6:15-6:40 |
| C. Ice Breaker | (BTG) | 6:40- |
| D. Mandi Orientation | Mandi | 7:10-7:30 |
| E. Break | | 7:30-7:40 |
| F. Activity/Discussion "I am From Poem/Drawing | (T4T) | 7:40-8:25 |
| G. Overview of Agendas/Timelines | (BTG) | 8:25-8:45 |
| H. Closing "Next Steps; Mindful Outro" | (T4T) | 8:45-9:00 |

Session 2                Saturday, September 29th 9am-5 pm        (8 hours)

| | | |
|---|---|---|
| A. Welcome "3 Poems/Drawings" | (BTG) | 9:00-9:15 |
| B. Activity/Discussion "Rope Exercise" | (T4T) | 9:15-9:45 |
| C. Inst. Racism "Exclusion Laws, New Jim Crow, Cointelpo" | (Fac: T4T) | 9:45-10:45 |
| D. Break | | 10:45-11:00 |
| E. Activity | (BTG) | 11:00-11:45 |
| F. Department of Justice | (Fac: BTG) | 11:45-12:30 |
| G. Lunch | (Fac: BTG) | 12:30-1:30 |
| "3 Poems/Drawings" | (T4T) | 1:30-1:40 |
| I. Mental Health Perspective "Jason Renaud" | (Fac: BTG) | 1:40-2:45 |
| J. Break | | 2:45-3:00 |
| K. Discussion "Know your Rights Videos; Comm. Insights" | (Fac: T4T) | 3:00-3:45 |
| L. CRC/PCCEP Engagement | (Fac: BTG) | 3:45-4:45 |
| M. Closing | (BTG) | 4:45-5:00 |

Session 3 Community Academy   October 4th-October 11th        (8 hours)

Participants sign up to attend either
-Wednesday October 4th and Wednesday October 11th from 6pm-10pm
-Saturday, October 6th from 8am-5pm
-Or arrange for a reasonable accommodation

Session 4 Schedule Ride Along   October 7th-October 12th        (4 hours)

Participants schedule a 4-hour ride along to occur between October 7th-October 12th or arrange for a reasonable accommodation

Session 5                    October 12th 6pm-9pm              (3 hours)

| | | |
|---|---|---|
| A. Welcome "3 Poems or Drawings" | (BTG) | 6:00-6:15 |
| B. Debrief Sessions 3, 4 | (T4T) | 6:15-7:00 |
| C. Break | | 7:00-7:10 |
| D. Activity | (BTG) | 7:10-7:30 |
| E. City Attorney | (Fac: BTG) | 7:30-8:20 |
| F. Break | | 8:20-8:30 |
| G. Comm. Oversight "Ex Police Commission/CPRA Oak | (Fac: T4T) | 8:30-8:45 |
| H. Closing | (BTG) | 8:45-9:00 |

Session 6                    October 13th 8am-4pm              (8 hours)

| | | |
|---|---|---|
| A. Welcome "3 Poems or Drawings" | (T4T) | 9:00-9:10 |
| B. Comm. Oversight "Ex Police Commission/CPRA Oak | (Fac: T4T) | 9:10-9:55 |
| C. PPB Panel Discussion | (Fac: BTG) | 9:55-11:00 |

(BHU, Training, Racial Equity Plan, Organizational Structure, Policy
Development and Implementation Structure, Approaches to Community
Engagement, PPB Advisory Bodies)

| | | |
|---|---|---|
| D. Break | | 11:00-11:15 |
| E. AMAC | (Fac: T4T) | 11:15-12:00 |
| F. Lunch | (Fac:T4T) | 12:00-1:00 |
| G. "3 Poemes/Drawings" | (T4T) | 1:00-1:10 |
| H. COAB Panel Discussion | (Fac: BTG) | 1:00-2:15 |
| I. Break | | 2:15-2:25 |
| J. Group Brainstorm Leadership Plan | (BTG) | 2:25-3:15 |

Develop leadership structure, organizational structure,
plan for developing  mission/vision statement, bylaws)

| | | |
|---|---|---|
| K. Small Groups Discussion of Plan | (BTG) | 3:15-3:45 |
| L. Break | | 3:45-3:55 |
| M. Group Brainstorm Decide plan | (BTG) | 3:55-4:25 |
| N. Reflections | (T4T) | 4:25-4:55 |
| O. Closing | (T4T) | 4:55-5:00 |

# PCCEP Retreat

(6-9pm) 10/12/18

Montavilla United Methodist Church, Fellowship Hall

| Suggested Time | Topic | Facilitator |
|---|---|---|
| 6 – 6:20<br><br>20 mins | **Welcome**<br>• Restroom<br>• Breaks – take care of yourself<br>• Mindfulness minute<br>**Introductions**<br>• How do you want to be referred to?<br>• What do you do to stay grounded? | Hun |
| 6:20 -6:35<br>15mins | **Sharing (Art/Poem)** | Hun |
| 6:35- 7<br>25 mins | **Debrief the Police Academy and Ride Along**<br>Small groups<br>• What was challenging?<br>• What did you learn?<br>Large group sharing | Hun |
| 7– 7:20<br>20 mins | **Debrief how it's been since you've stepped into this role**<br>• How did the recent police shooting impacted you?<br>• How did this incident impact different community groups/members? | B |
| 7:20 – 7:30<br>10  min | **Break** | |
| 7:30-8:20<br>50 min | **City Attorney** | Hun |
| 8:20-8:30<br>10 min | **Break** | Hun |
| 8:30 – 8:50<br>20 min | **Word is Bond - Know your rights video** | B |
| 8:50-9<br>10 min | **Closing: Tomorrow, we will end around 3pm** | B |