**Exhibit 4**



January 22, 2019

**Process to Develop Pool of Alternate Members for PCCEP**

<u>January 25th-January 29th</u>
- BTG to coordinate the establishment of the Nominating Committee to focus on the selection process
    - I would recommend that it be comprised of a total of five individuals, including: two members from the PCCEP, one member from the PCCEP Selection and Advisory Committee, and two members from the community (one each from the AMAC and the Mental Health Alliance).
    - BTG to reach out to PCCEP members to seek volunteers willing to be voted in as representatives on the Nominating Committee

<u>January 30th General PCCEP Meeting</u>
- Nominating Committee established
    - PCCEP votes to appoint two representatives
    - 3 Community Representatives announced

<u>February 4th-February 26th</u>
- Announcement and application provided to BTG and sent to print media, online media, radio, blogs, listservs, social media, and other outlets
- Outreach and engagement will be conducted by BTG and PCCEP members

<u>February General PCCEP Meeting</u>
- Update on number of applications received

<u>February 28th</u>
- Applications Due

<u>March 1-8th</u>
- The Nominating Committee will independently score the candidates based on the scale developed by Selection Advisory Committee (with possible edits as provided to BTG by City)

<u>March 8th-10th</u>
- The Nominating Committee will meet with BTG and share their scores and work together to select candidates to interview. The Nominating Committee will develop interview questions that will allow the candidate(s) to more deeply describe their experience.

<u>March 13th-20th</u>
- The Nominating Committee will interview the candidates that the Nominating Committee believes could be successful.

<u>March 20th</u>
- Nominations for 9-15 Alternate Members shared with PCCEP and sent to the Mayor's Office for appointmen

<u>March PCCEP General Meeting</u>
- Nominees officially appointed to PCCEP as Alternate Members