# Exhibit 5

Amy Anderson

Today I work as a Forensic Peer Wellness Specialist for Cascadia FACT team. The work I do involves people who are involved with the criminal justice systems, the mental health systems and the social systems at a very difficult level. I am also a volunteer Chaplain for Multnomah County Detention Center serving women there for over 21 years, providing chapel services and individual support. I have served as a Chair and Vice Chair of dozens of state and local oversight boards, committees and commissions, leading my groups into successful policy changes for many people in Oregon. I have an extensive history serving as a leader in my community and am also a Community Health Worker, Peer Support Specialist and a Systems Navigator. Most of all I am a committed, dedicated and loyal advocate for my community.


Elliot Young

Elliott Young is Professor in the History Department at Lewis and Clark College. Professor Young is the author of *Alien Nation: Chinese Migration in the Americas from the Coolie Era through WWII*, *Catarino Garza's Revolution on the Texas-Mexico Border*, and co-editor of *Continental Crossroads: Remapping US-Mexico Borderlands History*. He is co-founder of the Tepoztlán Institute for Transnational History of the Americas, and is currently finishing a book on the history of immigrant incarceration in the United States. He has also provided expert witness testimony for over 150 asylum cases.

DeEtte Waleed

DeEtte Waleed is a native Portlander. She has been teaching capstone courses on violence at Portland State University for 10 years. Prior to that she worked as a mediator and coordinated the Peacebuilding and Conflict Transformation program at Mindolo Ecumenical Foundation in Zambia, Africa. Along with her partner, Jala Waleed, she leads community education on racism and white supremacy. She is a community activist working for peaceful solutions to many complex problems.


Marcia Perez

Marcia Perez joined the Multnomah County Department of Community Justice in 2011. She has spent the majority of her time as a Juvenile Court Counselor in the Resource Intervention Services to Empower (RISE) unit. Marcia also was the lead of the RISE unit, where she supported a 10-member team that works to decrease the recurrence of crime for medium to high-risk youth who have been impacted by gangs.  Marcia currently works as the Youth and Gang Violence Prevention Coordinator in partnership with the Juvenile Services Division and the City of Portland, Office of Youth Violence Prevention. Under the Local Public Safety Coordinating Council, Marcia coordinates city and county efforts that aim to reduce violence in our community.

Marcia, who is Mexican-American, has focused on minority youth and stays well connected with community stakeholders to increase public safety through cultural adaptable practices. Before earning her Masters Degree in Criminology and Criminal Justice from Portland State University, she received her undergraduate degree from Western Oregon University. Also, during that time, she interned with the Marion County District Attorney's, Victim Assistance Division. Marcia is the first in her family to earn an advanced degree. Marcia was nominated and selected for Unid@s for Oregon, a transformative leadership development program of Latino Network that builds capacity among local community for cohesive change movement.

Marcia has a wealth of knowledge and experience in working with justice-involved individuals. She has presented in many guest lectures at local colleges and community agencies who also work with justice-involved individuals. Marcia was awarded the Multnomah County DCJ Director's Award for outstanding commitment to public safety and strives to be a change agent in the community.

In her spare time, she enjoys spending time with family and friends, live music and traveling internationally.

D'Vario Rice

My name Is Dvarrio Rice I am 26 years old. I am a Portland native who enjoys reading, coding, basketball, studying psychology and mentoring youth. I am planning on going back to school to pursue law and become a future defense attorney. I am passionate about community outreach, neighborhood clean ups, building community gardens, and supporting members of underserved communities; like myself, with resources that will aid with reaching educational/career success.

Vadim Mozyrsky

Vadim Mozyrsky was born in Kiev, Ukraine. He graduated with a Bachelor of Arts degree from the University of Texas and a juris doctorate degree from the University of Texas School of Law. After law school, he clerked for judges in state, federal, and international courts. He practiced in litigation and mediation before his current employment with the U.S. government. Mr. Mozyrsky is active in the Portland community. He is the director of hospitality for the Portland Film Festival and an advocate for disability rights. In his free time, Mr. Mozyrsky likes to travel and hike the beautiful Pacific Northwest.

Kevin Neely

Kevin is the Associate Vice President for Government Relations at Portland State University, Oregon's urban university.   In this role, he coordinates communications with local, state and federal government officials as well as a wide range of community organizations.  Over the last decade, he was president and co-owner of C&E Systems and Election Solutions, small businesses specializing in political campaign compliance, government relations and software development.  As the lead lobbyist for the Oregon District Attorneys Association, Kevin has worked extensively with representatives throughout the criminal justice system.  Prior to that he served as the spokesman and lead lobbyist for the Oregon Department of Justice.  Kevin's higher education experience includes several years as Executive Assistant to the President at Willamette University.

Lucy Keating

 After completing an Interdisciplinary Master's degree in Juvenile Corrections at the University of Oregon I worked on a research project in early education in the Special Education Department. Two years later I moved to Massachusetts to work in the planning office of the Department of Youth Services. In that position I was responsible for working with community agencies on program design to develop group homes throughout the state with the goal of first reducing the population and then closing the large state institutions housing youth in the Juvenile Justice system

From Massachusetts I moved to New Jersey where, as Regional Coordinator in the Division of Mental Health Services, I oversaw the beginning of the closures of the large state run adult Mental Hospitals. In the early 1980s I was appointed as the first Bureau Chief for Children's Services in the Division of Mental Health Services. From that position I moved to the private sector accepting the position of CEO of the Association of the Advancement of Mental Health Services a small mental health center serving persons with both developmental disabilities and mental health challenges. In the mid-1980s I accepted the position of Director of Children's Mental Health Services for the City of Philadelphia.

In the early 1990s I worked as a consultant to Philadelphia's Department of Mental Health Services and the Council on Accreditation of Services for Families grant writing, planning, providing technical assistance, training and research. During that period, I also conducted evaluations of the Ryan White funded programs serving persons with HIV and AIDS in northern New Jersey.

In 1997 I returned to the State of New Jersey as Assistant Director in the Division of Mental Health Services as Director of the Office of Children's Mental Health.  In 2007 after leaving state service I returned to private consulting working the Ryan White funded programs and the Tourette Syndrome Association of New Jersey.

Having spent my early formative years in Ashland and Eugene I decided to return to the Pacific Northwest. I moved to Portland in 2014.

My entire career has been devoted to improving the quality of and access to services for populations in need. I have extensive experience working with diverse family members and state and agencies negotiating funding decisions and recommendations for program priorities for the best outcomes for family members. Essential to this process was the child client and family voice in the provision and design of community-based services.

I look forward to the opportunity to use my knowledge and experience in recommending policies and procedures to address the police-community relations challenges in Portland in 2019. I believe in transparency of the processes of the development of  policies and procedures to improve community-police relations. One way to accomplish that may be more contact with the goal of building mutual respect.

Thabiti Lewis

Thabiti Lewis an associate professor at Washington State University in Vancouver and Interim Associate Academic Vice Chancellor.  He is a literary scholar whose work engages critical race theory and masculinity via sport culture. He is the author of *Ballers of the New School: Race and Sports in America* (2010).  Lewis has also produced two books about the life and fiction of feminist and Black Arts Movement writer Toni Cade Bambara (*Conversations with Toni Cade Bambara*, 2012, and *Black People Are My Business: Practices of Liberation in the Fiction of Toni Cade Bambara*, 2020). His essays have also appeared in journals, newspapers, and magazines on topics ranging from literature, sports culture and hip hop to racism and social justice.