## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **UNITED STATES OF AMERICA**, | Case No. 3:12-cv-02265-SI |
| Plaintiff, | |
| v. | **ORDER AUTHORIZING ASL INTERPRETERS** |
| **CITY OF PORTLAND**, | |
| Defendant. | |

**Michael H. Simon, District Judge.**

At the request of the Defendant, the Court is authorizing the services of two ASL Interpreters for a spectator at the Status Conference set for June 6, 2019 at 9:00AM in Portland, Courtroom 15B, before Judge Michael H. Simon.

**IT IS SO ORDERED.**

DATED this 5th day of June, 2019.

/s/ *Michael H. Simon*
Michael H. Simon
United States District Judge