**J. ASHLEE ALBIES, OSB #051846**
ashlee@albiesstark.com
ALBIES & STARK, LLC
1 SW Columbia Street, Ste. 1850
Portland, Oregon  97204
Phone:  (503) 308.4770
Fax:      (503) 427.9292

**KRISTEN CHAMBERS, OSB#130882**
kac@wysekadish.com
WYSE KADISH LLP
900 S.W. 5th Avenue, Suite 2000
Portland, OR 97204
Phone:  (503) 228.8848
Fax:      (503) 273.9135

*Of Attorneys for Amicus AMA Coalition for Justice and Police Reform*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>v.<br><br>CITY OF PORTLAND,<br><br>  Defendant. | Case No. 3:12-cv-02265-SI<br><br>ENHANCED AMICUS ALBINA MINISTERIAL ALLIANCE COALITION FOR JUSTICE AND POLICE REFORM COUNSEL'S NOTICE OF CHANGE OF ADDRESS |

To:   Plaintiff & Defendant, attorneys of Record for Plaintiff and Defendant, and the Clerk of

Oregon District Court, Portland Division:

Please take notice that effective July 22, 2019, the physical and mailing address for J. Ashlee

Albies of Enhanced Amicus Albina Ministerial Alliance Coalition for Justice and Police

Reform's ("AMAC") Counsel is:

PAGE 1 –  AMAC'S COUNSEL'S NOTICE OF CHANGE OF ADDRESS

J. Ashlee Albies

Albies & Stark

1 SW Columbia St., Ste. 1850

Portland, OR 97204

Telephone numbers, fax numbers and e-mail addresses remain the same.

All further pleadings, other than original service of process, should be served upon AMAC through their counsel at the address stated above, and upon Kristen Chambers at her original address.

DATED: July 23, 2019    Respectfully Submitted,

*s/ J. Ashlee Albies*
J. Ashlee Albies, OSB # 051846
ashlee@albiesstark.com