1                    IN THE UNITED STATES DISTRICT COURT

2                       FOR THE DISTRICT OF OREGON

3                          PORTLAND DIVISION

4
     UNITED STATES OF AMERICA,          )
5                          Plaintiff,   )  Case No. 3:12-cv-02265-SI
                                        )
6                     v.                )
                                        )  June 6, 2019
7    THE CITY OF PORTLAND,              )
                                        )
8                          Defendant.   )  Portland, Oregon

9

10

11

12                        STATUS CONFERENCE

13                     TRANSCRIPT OF PROCEEDINGS

14             BEFORE THE HONORABLE MICHAEL H. SIMON

15              UNITED STATES DISTRICT COURT JUDGE

16

17

18

19

20

21

22

23

24

25

```
1                              APPEARANCES

2    FOR THE PLAINTIFF:
                              BILLY J. WILLIAMS
3                             U.S. Attorney's Office
                              1000 SW Third Avenue
4                             Suite 600
                              Portland, OR 97204
5
     FOR THE PLAINTIFF:
6                             JARED HAGER
                              U.S. Attorney's Office
7                             1000 SW Third Avenue
                              Suite 600
8                             Portland, OR 97204

9    FOR THE PLAINTIFF:
                              R. JONAS ALEXANDER GEISSLER
10                            LAURA L. COWALL
                              U.S. Department of Justice Civil Rights
11                            Division
                              950 Pennsylvania Avenue, N.W.
12                            Washington, DC 20530

13

14   FOR DEFENDANT CITY OF PORTLAND:
                              DENIS M. VANNIER
15                            City Attorney's Office
                              1221 SW Fourth Avenue
16                            Room 430
                              Portland, OR 97204
17
     FOR DEFENDANT CITY OF PORTLAND:
18                            MARK P. AMBERG
                              City of Portland
19                            City Attorney's Office
                              1221 SW Fourth Avenue
20                            Suite 430
                              Portland, OR 97204
21
     FOR DEFENDANT CITY OF PORTLAND:
22                            TRACY POOL REEVE
                              City Attorney's Office
23                            City of Portland
                              1221 SW Fourth Avenue
24                            Suite 430
                              Portland, OR 97204
25
```

1                        APPEARANCES (Continued)

2

FOR INTERVENOR DEFENDANT PORTLAND POLICE ASSOCIATION:
3                           ANIL KARIA
                            Public Safety Labor Group
4                           3021 NE Broadway
                            Portland, OR 97232
5

FOR AMICUS ALBINA MINISTERIAL ALLIANCE COALITION FOR JUSTICE
6   AND POLICE REFORM:
                            KRISTEN A. CHAMBERS
7                           Wyse Kadish LLP
                            900 SW Fifth Avenue
8                           Suite 2000
                            Portland, OR 97204
9

FOR AMICUS ALBINA MINISTERIAL ALLIANCE COALITION FOR JUSTICE
10  AND POLICE REFORM:
                            JESSICA ASHLEE ALBIES
11                          Albies & Stark, LLC
                            210 SW Morrison Street
12                          Suite 400
                            Portland, OR 97204
13

FOR AMICUS MENTAL HEALTH ALLIANCE:
14                          JUAN C. CHAVEZ
                            Attorney at Law
15                          PO Box 5248
                            Portland, OR 97208
16

17

18

19

20

21

22

23  COURT REPORTER:      Dennis W. Apodaca, RDR, CSR
                         United States District Courthouse
24                       1000 SW Third Avenue, Room 301
                         Portland, OR 97204
25                       (503)326-8191

1                                   INDEX

2   Status conference held June 6, 2019                          5

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1

2                          (June 6, 2019)

3                      P R O C E E D I N G S

4            (Open court:)

5            THE CLERK:  Your Honor, this is the time set for a

6    status conference in civil case 12-2265-SI, United States of

7    America versus City of Portland, et al.

8            Could I have counsel, beginning with plaintiff,

9    please identify yourself for the record.

10           MR. GEISSLER:  Jonas Geissler, USDOJ Civil Rights

11   Division for the United States, Your Honor.

12           THE COURT:  Good morning.

13           MR. HAGER:  Jared Hager, Assistant U.S. Attorney, for

14   the United States.

15           THE COURT:  Good morning.

16           MS. CHAMBERS:  Kristen Chambers, counsel for AMAC.

17           THE COURT:  Welcome.  Good morning.

18           MR. KARIA:  Anil Karia, Portland Police Association.

19           THE COURT:  Good morning.

20           MS. REEVE:  Good morning.  Your Honor, Tracy Reeve

21   for the City of Portland.

22           THE COURT:  Good morning.

23           MR. VANNIER:  Good morning, Your Honor.

24   Denis Vannier for the City of Portland.

25           THE COURT:  Good morning and welcome.

1          All right.  We are here for a periodic status

2    conference on the settlement in the case of United States

3    versus the City of Portland.  I welcome all the parties here,

4    including the amicus.  I welcome the members of the public, who

5    are in attendance.  I welcome our city officials and elected

6    officials and other dignitaries as well.

7          At the joint request of all the parties, I am going

8    to proceed in the following fashion this morning:  First, I'll

9    hear from the United States, the plaintiff in the case, on the

10   pending amendment relating to the Portland Committee on

11   Community Engaged Policing.  Then I'll hear the City's

12   presentation on that issue, followed by comments from the

13   Portland Police Association, and the Albina Ministerial

14   Alliance Coalition for Justice and Police Reform, and then the

15   Mental Health Alliance.  Following that, I'll hear from a

16   representative or representatives from the Portland Committee

17   on Community Engaged Policing itself followed by any public

18   testimony.

19         Let me tell you there is a sign-up sheet outside the

20   courtroom.  It has been reported to me that so far we have

21   requests by the following members of the public to speak, and

22   they will all be invited and welcome:

23         On behalf of Portland Copwatch, Mr. Dan Handelman,

24   Regina Hannon, and Peter Parks; then also public-interested

25   citizen Ann Brayfield; and then on behalf of the League of

1    Women Voters, Ms. Debbie Aiona.

2          After that public testimony -- and the public

3    testimony will not be limited just to the pending amendment,

4    but, frankly, the public is welcome to speak on anything

5    germane to the settlement that they wish.

6          After that, I'll hear generally on the overall

7    compliance assessment, again, first, from the United States,

8    but then after that from the compliance officer followed by the

9    AMA Coalition, the Mental Health Alliance, comments from the

10   Portland Committee on Community Engaged Policing, the Portland

11   Police Association, and the City.

12         Let me tell you all that I have received a number of

13   documents, and I have read a number of documents, but I'm not

14   sure I have everything.  So let me tell you what I have

15   received and read and then you can all tell me if I'm missing

16   something.

17         I have received and read Plaintiff United States'

18   notice of fourth periodic compliance assessment and their

19   compliance assessment report, where I do note that there is

20   substantial compliance reported by the United States with most

21   aspects of the settlement agreement.  The two aspects in which

22   there is a notation of only partial compliance; and hence,

23   partial noncompliance relates to an investigation time frame

24   issue, and then, of course, the Portland Committee on Community

25   Engaged Policing.

1          I have also received and read the City of Portland's

2    notice of periodic compliance and the City of Portland's second

3    memorandum and memorandum in support of the final approval of

4    the proposed settlement agreement amendments.

5          I have received and read the June 2019 status report

6    from the Albina Ministerial Alliance Coalition for Justice and

7    Police Reform.  By the way, here, I must say I found very

8    helpful the articulation of the quantitative and qualitative

9    metrics.  That was something that I mentioned that I was

10   looking for assistance on and needed to contemplate when we met

11   about six months ago, and I found that articulation by the AMA

12   very helpful.  So thank you for that.

13         I have also received and read the June 19th status

14   report from the Mental Health Alliance and also found that very

15   helpful, and that's supported by the declaration of Mr. Chavez.

16         I have also received written comments from the League

17   of Women Voters, specifically from Debbie Kaye, its president,

18   and Debbie Aiona, its action committee chair, and I thank them

19   for that.

20         I have received an extensive email from Portland

21   Copwatch, Mr. Handleman, and I thank that organization for

22   those comments.

23         I've received, separately, comments from Kalei and

24   Ted Luyben, and I thank them both for their comments.

25         If anyone else has sent in written comments, I have

1  not seen it or received it or it hasn't been brought to my

2  attention.  If any other parties or anyone has sent in or filed

3  something else, please call it to my attention because it has

4  not been brought to my attention, or I must have overlooked it.

5  But that's the identification of what I have seen and read in

6  preparation for this hearing.

7       So unless anyone has any preliminary or procedural

8  comments before we begin, I'm ready to hear the presentation

9  from the United States.

10      MR. HAGER:  Thank you, Your Honor.

11      At the outset I want to remind the Court and the

12 public that the day-to-day work on this case is managed for the

13 United States by the career attorneys of the Department of

14 Justice, and we aren't driven by personal creed or political

15 idealogy, but we serve justice and the rule of law.  In this

16 case we're committed to faithfully monitoring the City's

17 compliance in representing the public's interests and

18 constitutional policing.

19      This morning we are here to renew the joint

20 stipulated motion to amend the settlement agreement by

21 substituting the Portland Committee on Community Engaged

22 Policing, or PCCEP, for the Community Oversight Advisory Board,

23 the COAB.  I will reference Docket 157.

24      The PCCEP reflects an intentional and inclusive

25 effort to create a perpetual body to increase community

1    confidence in the Portland Police Bureau through systemic

2    oversight and engagement.  Its members have earned Your Honor's

3    validation, and the PCCEP deserves the Court's final approval.

4    It bears mention that final approval in this context does not

5    mean the City is released from its obligation.  It just sets in

6    stone what that obligation is.

7            A bit of history will situate the United States

8    justification for approval.  The parties put the amendment

9    before the Court in December 2017, pursuant to the process

10   established by paragraph 184 of the agreement.  The Court

11   previously ruled that that process is fair, adequate, and

12   reasonable.

13           City Council unanimously approved the amendment, but

14   only after extensive revision following public comment.  The

15   United States agreed to the change, finding it necessary to

16   overcome unforeseen obstacles to compliance and consistent with

17   the principles embodied by the agreement.  The PPA and AMAC --

18   that's the union and the Albina Ministerial Alliance, Coalition

19   for Justice and Police Reform, they stipulated to the amendment

20   as a path forward to achieving the goals of the settlement.

21           In April of 2018, the Court conditionally approved

22   the PCCEP pending some experience that the body gets formed

23   according to plan and functions well according to its design,

24   and that's Docket 171.

25           In October 2018, the Court then deferred ruling on

1    the renewed joint motion until this status conference, and

2    that's Docket 192.  At that time the PCCEP had been formed, but

3    hadn't yet held a single meeting.  The record reflects the

4    Court's wish, then, to learn a little bit more about how the

5    PCCEP was proceeding before giving final approval.

6         We know a lot more now.  Since October, the parties

7    have invested quite a lot of time, quite a lot of money, and

8    quite a lot of hard work into performing under the terms of the

9    conditionally approved amendment.  The PCCEP's volunteer

10   members have too.  Today, we have more than a facially

11   reasonable set of terms.  We have more than blind faith and a

12   blank check, unverified by any account of experience.

13        Today, Your Honor, we have experienced a better

14   informed Court's endorsement.  The sweat equity that has been

15   poured into the PCCEP is real.  It is backed by demonstrable,

16   quantitative data, and let me share some of that.  The full

17   PCCEP has held seven regularly scheduled three-hour long

18   monthly public meetings/town halls.  Meetings are scheduled for

19   the fourth Tuesday of every month.  They are scheduled out for

20   the rest of the year.  They are scheduled at accessible

21   locations across Portland.

22        PCCEP has five committees that have collectively held

23   more than a dozen hour- or two-hour long meetings that have

24   been open to the public.  These subcommittees accept public

25   participation, accept the public as members of those

1    subcommittees, and we encourage everyone in this building,

2    including the amici, including the public, to participate in

3    those subcommittees.

4              Now, all of these meetings have given the community

5    face-to-face opportunities to voice their opinion.  There is

6    one designated website that contains all of this information.

7    It is at www.portlandoregon.gov/pccep.

8              Thousands of collective hours have been put into

9    advancing the PCCEP's mission by city employees and

10   contractors, by DOJ and compliance officer personnel providing

11   technical assistance, by PCCEP members doing the work, and by

12   Portland citizens giving public input.

13             The City has invested hundreds of thousands of

14   dollars into supporting the PCCEP, including dedicated

15   administrative staff, contract facilitation services, training,

16   office and meeting space, catering, and monthly stipends for

17   the PCCEP members.

18             Since its establishment, PCCEP has had 20 members,

19   due to seven stepping down for personal reasons before the end

20   of their term.  All of them have stepped down for personal

21   reasons, the most common of which is moving out of state.  None

22   have stepped down because of inadequate PCCEP staff support.

23             THE COURT:  7 out of 13 have stepped down?

24             MR. HAGER:  7 out of the original 13.  They have been

25   replaced by alternate members.

1              Before the initial pool of six alternates was

2     exhausted, the City moved with deliberate speed to appoint a

3     second slate of nine alternates, which PCCEP has now begun to

4     draw on.  A second round of training is in the works.

5              PCCEP has also made a handful of recommendations that

6     the City has accepted, responded to in writing, except for the

7     most recent one, which was formally recommended in the May

8     meeting.  Other recommendations have been proposed, but not

9     passed, after vigorous debate.  What we see is PCCEP building

10    capacity, and we expect to see increased progress toward

11    meeting substantive goals in the coming months.

12             Now, by highlighting these numbers, I don't mean to

13    imply that PCCEP can't be better or to downplay its challenges.

14    There have been a few, such as the high turnover that

15    Your Honor just mentioned.

16             We are also mindful, and we appreciate and

17    acknowledge some of the legitimate concerns that have been

18    raised by the alliances, by the public, including the League of

19    Women Voters, the Albina Ministerial Alliance, the Mental

20    Health Alliance, and their status reports.  But those relate

21    directly to implementation, not to a structure of PCCEP, and

22    they don't relate to whether the proposed amendment is fair,

23    adequate, and reasonable.

24             Your Honor, adequacy of the amendment shouldn't turn

25    on any particular snapshot of performance.  That's not the

1    legal standard.  More importantly, challenges have created

2    opportunities to rise up to show resilience and improve, and

3    PCCEP has not just that.  It amended its bylaws to ask for a

4    larger alternate pool.  It ironed out early dissensions to a

5    facilitated members-only retreat.  Its leadership team has

6    embraced the challenge of setting its own agenda and running

7    meetings.  Co-chairs Lakayana Drury and LaKeesha Dumas have

8    performed that role admirably.

9            Now, at the last status conference, the

10   Reverend Dr. Haynes raised the importance of building

11   relationships, in addition to some of the qualitative and

12   quantitative measures I've just discussed.  In this regard the

13   United States believes that PCCEP is hitting the mark.  PCCEP

14   has connected with Chief Outlaw, with PPB' Office of Community

15   Engagement, led by Officer Natasha Haunsperger, and PPB's

16   Equity and Diversity Office, led by Elle Weatheroy.

17           PCCEP's members have also established relationships

18   with the Office of Equity and Human Rights, the compliance

19   officer, the Mayor's Office, and other relevant groups,

20   including members of the Albina Ministerial Alliance and the

21   Mental Health Alliance, who both participated in the training

22   sessions for PCCEP members, and we will invite them again to

23   participate in training the alternates.

24           There is active cross-pollination between PCCEP

25   members and other city bodies, working to improve

1    police-community interaction.  For example, PCCEP Co-chair,

2    LaKeesha Dumas, sits on the Behavioral Health Unit Advisory

3    Committee.  Youth Sub-committee Co-Chair Britton Masback has

4    recently joined the Training Advisory Council.  Newest member,

5    Vadim Mozyrsky, serves on the Citizen Review Committee.

6         Now, PCCEP has also established relationships with

7    community members.  It regularly takes comment from members of

8    the public, including members of the amici groups, members of

9    Portland Copwatch, Phillip Wolf, Ann Brayfield, Kalei Luyben,

10   and others with whom this Court is very familiar.  It has also

11   heard heart-wrenching testimony from families of people who

12   have been shot by police.

13        Now, last October, the Reverend Dr. Bethel talked

14   about restoring hope.  That's a lofty goal for any government

15   body, especially so for a volunteer group of 13 citizens.  But

16   let me say I've walked with this group.  I've watched them come

17   together and become self-directed, and they are up for this

18   task.  Hope is a continuum, and we believe the PCCEP is moving

19   the needle in the right direction.  The City has endowed them

20   with a broad mandate, the flexibility to set their own agenda,

21   and a life beyond the settlement agreement.  PCCEP creates a

22   great chance for a lasting framework for community engagement

23   and oversight, but they need the support of Your Honor.

24        In sum, we ask that you now give final approval to

25   the amendment substituting PCCEP for the COAB for three

1    reasons:  First, the parties stipulated to and presented the

2    amendment in accordance with the settlement agreement.  Second,

3    the amendment is fair, adequate, and reasonable on its face, as

4    evidenced by Your Honor's direction to perform under the

5    conditionally approved amendment.  Third, in practice, the

6    PCCEP has demonstrated its adequacy.

7           At its core, conditional approval does just one

8    thing:  It preserves the possibility of rejection.  At this

9    stage, however, with the City fully invested and with

10   volunteers having devoted substantial time and energy,

11   rejecting the PCCEP would be both a disproportionate and

12   inequitable response to any perceived shortcoming.

13          More importantly, this Court's approval today will

14   validate the PCCEP's effort, the City's effort, and have a

15   corresponding positive effect on the legitimacy of the PCCEP in

16   the eyes of the public.

17          Your Honor, we ask that you please grant the joint

18   stipulated motion to amend the settlement.

19          THE COURT:  Thank you, Mr. Hager.  That was very

20   helpful.

21          Let me ask a follow-up question.  You said a few

22   moments ago that the PCCEP has demonstrated its adequacy, and

23   when we were together last, last October, one of the questions

24   that I posed to everyone is how will we know when the PCCEP is

25   working?  How we will know when the PCCEP's performance is

1    adequate?  And you said they've demonstrated their adequacy.

2            One of the specific enumerations of criteria that I

3    received in response to my question came from the AMA, where,

4    in their filing at Docket 201, page 4, they identify 18

5    quantitative criteria or measurements for the PCCEP and seven

6    qualitative criteria.

7            Does the United States agree that those are well

8    stated and good criteria for measuring the adequacy of the

9    PCCEP?  Are there any that you would add?  Are there any that

10   you would delete?

11           MR. HAGER:  We don't agree with all of them.  I

12   believe some of them conflate, very clearly, performance with

13   adequacy of an amendment on its face.

14           With respect to the quantitative measures, I think we

15   could agree with at least 14 of them, but we believe those have

16   been met.  That's 1 through 4, 7 through 11, and 13 through 17.

17           THE COURT:  So the ones you don't agree with are 5

18   and 6.  What else?

19           MR. HAGER:  5, 6, 7, 12, and 18.

20           THE COURT:  Do you address that in your written

21   submissions?  I'm not sure I saw that.

22           MR. HAGER:  No, we haven't, Your Honor.  We received

23   this on Tuesday and have not had a chance to get permission up

24   our flagpole.  Some of the things we do manage; some of the

25   things we don't manage.

1              THE COURT:  I understand.  I'm not being critical.  I
2   am just seeking information.
3              Are there any other qualitative metrics or
4   measurements with which the United States does not agree?
5              MR. HAGER:  I would think all of them, and the reason
6   being that these qualitative measures are even beyond the
7   settlement agreement.  They are very difficult to put on a
8   PCCEP member.  If the volunteers see this and say, "We aren't
9   effective/we aren't functioning just because we haven't changed
10  the culture of the Police Bureau," that's a heavy burden.  I
11  don't think the United States can agree to a single one of
12  these qualitative measures.
13             THE COURT:  All right.  Thank you, Mr. Hager.
14             All right.  Next, I look forward to the comments from
15  the City regarding the PCCEP.
16             MS. REEVE:  Thank you, Your Honor.
17             Mayor Wheeler is here and would like to make some
18  brief remarks.  He has got city-sister mayors in town, and he
19  is not able to stay all day.  So would it be possible for him
20  to make a couple of brief remarks?
21             THE COURT:  Yes, of course.
22             MS. REEVE:  The podium?
23             THE COURT:  What I generally do in this courtroom,
24  wherever anyone feels comfortable standing, as long as I can
25  hear you, you can stand wherever you want.

1              Welcome, Mr. Mayor.

2              MAYOR WHEELER:  Good morning, Your Honor.

3              I hope today finds you well.  As our attorney

4    indicated, time is short.  I wanted to be brief, but I wanted

5    to be here and express my unequivocal support for the

6    incredible work that I believe the Portland Committee on

7    Community Engaged Policing has been doing.  We have what I

8    would describe as an extremely talented, passionate, and

9    dedicated group of Portlanders who are working not only to

10   improve the way the Police Bureau engages with the community,

11   but I believe they have also improved the way that the City

12   engages with the community.  I also believe that the thoughtful

13   work that these volunteers have been doing, some of which has

14   been described by the U.S. attorney, should be honored, and it

15   should be supported unconditionally.  I ask the Court to grant

16   full approval to the settlement agreement amendments that

17   created the PCCEP.

18              Finally, I would like to add, from my perspective,

19   while I don't follow chapter and verse, I think one aspect that

20   we should have people talk about is the fact that there's

21   independence of this committee, and they get to decide what

22   issues they would like to raise, and they make recommendations

23   to the City, to the Police Bureau, to the chief, to myself, and

24   we implement the recommendations that they have put forward.

25   So from my perspective, that is one measurement of success I

1    would like to put on the table.

2            Thank you, Your Honor.

3            THE COURT:  Thank you, Mr. Mayor.  I appreciate your

4    perspectives and your views and all that you are doing.

5            Ms. Reeve or Mr. Vannier.

6            MS. REEVE:  Mr. Vannier will now address the

7    amendment.

8            MR. VANNIER:  Thank you, Your Honor.  Good morning,

9    Your Honor.

10           A year and a half ago the United States, the City,

11   and the AMAC filed a joint stipulated motion to enter the

12   amended stipulated settlement agreement in this case, and the

13   City joins in the United States' legal arguments as to that

14   motion, and so I will try to not duplicate them here.

15           But I do want to emphasize again that those

16   amendments were adopted using the processes set forth in

17   paragraph 194 of the original settlement agreement, which is

18   now paragraph 184 of the amended agreement, and that is a

19   process again that this Court had deemed fair, adequate, and

20   reasonable at the time the original settlement agreement was

21   adopted years ago.

22           Again, April 2018, this Court approved the amended

23   settlement agreement, except for the amendments pertaining to

24   the PCCEP, which this Court approved only conditionally; the

25   condition being that the parties report back to this Court

1    within six months.  The parties did so, reporting back to this

2    Court in October of last year.  At that time the City and the

3    United States renewed their motion to enter the amendments to

4    the settlement agreement related to the PCCEP.  At the

5    conclusion of that hearing, this Court deferred ruling on the

6    parties renewed motion until today.

7         Now, as this Court is aware from the parties' written

8    submissions, and as Your Honor will be hearing today, the PCCEP

9    has been an active functional body since last fall.  It has

10   held monthly meetings since November of 2018.  It adopted

11   bylaws.  It has formed four subcommittees, which have held 13

12   meetings to date.  It has elected officers.  It has held seven

13   public meetings in a variety of locations across the city.

14        Two of those meetings have been town halls at which

15   the compliance officer presented his quarterly reports.  I also

16   do want to correct just a small factual misstatement.  I wanted

17   to note that only six of the original 13 members of the PCCEP

18   have resigned.  The seventh was an alternate who had to move

19   out of town, and so I did want to correct that.

20        THE COURT:  Thank you.

21        MR. VANNIER:  So, in short, the PCCEP framework

22   established by the amended settlement agreement has been

23   implemented, and it is working.

24        Now, as Your Honor is aware from the City's

25   memorandum in this case and from the United States'

1    submissions, the City is not yet in full compliance with the

2    PCCEP amendments.  I also want to note that criticism has been

3    levied that PCCEP has not received adequate support because a

4    new permanent program director has not been hired.

5            I do want to note, though, that following the

6    resignation of the prior program director, the City had a very

7    experienced and capable Office of Equity and Human Rights

8    employee, Judith Mowry, serving as an interim program director.

9    The City has also hired a very capable program assistant, who

10   is providing program support and attending all meetings and has

11   updated and expanded the PCCEP website.  I want to note, as

12   well, that the City has posted and is scheduling interviews for

13   a permanent program director, but it is harder to hire when a

14   program is only conditionally approved.

15           THE COURT:  What's your evidence for that?

16           MR. VANNIER:  Well, that is the information that was

17   conveyed to me by my client in this case -- by the City.  I

18   would be happy to provide some evidence on that point if the

19   Court requires that.

20           THE COURT:  I would.  I'm especially interested if

21   that is a comment from any of the applicants or any people who

22   have said that they've declined to be an applicant because it

23   has only been conditionally approved.

24           I have tremendous respect for the City, but if it is

25   just simply their opinion without other evidence that it is

1    harder to hire when there is only conditional approval, that's

2    not as weighty as if there were evidence from applicants or

3    people who would otherwise be an applicant.  So I would

4    appreciate any evidence on that point that you would like to

5    provide.

6              MR. VANNIER:  I understand.  I also want to point out

7    that yesterday Mental Health Alliance, in its filing, raised

8    the point that would be desirable to have materials from the

9    former COAB website accessible on the PCCEP website, and we

10   agree with that.  We will be doing that.

11             Another concern that was raised in the filings is

12   that the PCCEP does not have an outside facilitator.  But,

13   again, the PCCEP was intended to have significant independence

14   and self-determination.  Today, the PCCEP has elected to

15   self-facilitate its meetings, and that has been occurring

16   capably by the two co-chairs.  If PCCEP does request the

17   services of an outside facilitator, then the City would provide

18   one.

19             Finally, again, I want to address, briefly, the

20   concerns regarding turnover.  So four members have resigned

21   because they have moved or are going to move out of the

22   Portland area.  Three members resigned for personal reasons.

23             THE COURT:  I take it none of those members stated

24   they resigned because there has only been conditional and not

25   final approval; am I correct?

1          MR. VANNIER:  I believe that's correct, Your Honor.

2     Yes.

3          All those vacancies were timely filled with

4     volunteers, initially, who had gone through the original

5     training process with PCCEP and now from a newly selected pool

6     of alternates who are going through orientation as a group, and

7     the City is qualified in maintaining a trained pool of

8     qualified alternates.

9          I do want to note, though, that while this Court may

10    hear concerns about the implementation of the PCCEP process,

11    those concerns ultimately don't have any bearing on whether the

12    amendments to the settlement agreement themselves are legally

13    deficient.

14          THE COURT:  Why not?

15          MR. VANNIER:  They do not because the process for

16    amending the settlement agreement is provided by paragraph 184

17    of the settlement agreement, and that process was complied

18    with.  And I do want to emphasize that the implementation of a

19    settlement is something that happens after the settlement is

20    adopted, and that is something that monitoring will go on even

21    if this Court approves the PCCEP amendments.

22          THE COURT:  Let me share with you my concern on that

23    point and give you an opportunity to respond.  I know that when

24    I approved the original settlement agreement, it was before any

25    implementation had taken place, precisely the arguments you are

1    making now, although by one of the predecessors for the City,

2    and then we saw what happened, that there was non-compliance

3    with a significant portion of it.

4              So perhaps from that lesson I needed to learn that

5    just because a structure looks good and looks like it will

6    likely result in compliance and even success, that maybe just

7    simply having an appropriate structure is not sufficient, and

8    that before approving any amendments, I would like a little bit

9    more assurance that it is being implemented appropriately.

10             Is that an incorrect way to look at it?

11             MR. VANNIER:  With respect, Your Honor, yes.

12             THE COURT:  By the way, "with respect" means, "Yeah,

13   I disagree with you," and that's fine.  That's why I'm asking

14   you.

15             MR. VANNIER:  Because, again, that is precisely why

16   the settlement agreement embodies a mechanism for amendment,

17   because, yes, amendments may prove necessary, and, yes, we

18   acknowledge what happened with the COAB.  So what I would say

19   is the concern that Your Honor is voicing are concerns tied to

20   limitation, but not to the legal standards for adopting

21   something.

22             THE COURT:  All right.

23             MR. VANNIER:  Turning to the policy concerns that I

24   do want to address briefly, the parties, members of the PCCEP,

25   and the public need and indeed at this point deserve to know

1   that the PCCEP is not at this point a sort of second-class body

2   under the settlement agreement or that it is somehow an

3   afterthought but that it is an integral part of the community

4   engagement process under the consent agreement.

5          THE COURT:  If you want me to say that it is not a

6   second-class citizen and it is an integral part, I so say it.

7          MR. VANNIER:  Thank you, Your Honor.

8          Relatedly, the parties, the members of the PCCEP, and

9   the public need clarity at this stage of the proceedings.  The

10  City needs to know what it is being required to comply with,

11  the United States needs to know what it is monitoring, and the

12  members of the PCCEP and the public need to know that the PCCEP

13  is not ephemeral; that the rug will not someday be pulled out

14  under them, but rather the PCCEP is a long-term body that has

15  an integral and ongoing role to play in the process of police

16  reform and accountability in the city of Portland.

17         Again, it is important to emphasize that approving

18  the PCCEP amendments to the settlement agreement is the key

19  step in that journey, but it is not the end of the journey.

20  The parties will still report to Your Honor at these

21  proceedings.  The United States will still be monitoring the

22  ongoing compliance and progress towards compliance under those

23  amendments, but at this point there is no reason for further

24  delay as a legal matter.

25         And for those reasons, Your Honor, the United States

1    and the City again renew their joint motion to enter the

2    amended settlement agreement in this case.  My understanding is

3    that the AMAC does not oppose that motion.

4              Thank you, Your Honor.

5              THE COURT:  Thank you, Mr. Vannier.

6              All right.  Are there comments from the Portland

7    Police Association, Mr. Karia?

8              MR. KARIA:  Thank you, Your Honor.  No comments

9    beyond PPA expressing its support for both the arguments

10   offered by Mr. Hager and Mr. Vannier and other members of the

11   City's team and, in addition, support for the submissions by

12   those parties with respect to the ongoing efforts of PCCEP.

13             I do want to note for the record that the PPA does

14   continue to join in the motion for final entry of the PCCEP

15   settlement agreement amendments.

16             THE COURT:  Very good.  Thank you, Mr. Karia.  I

17   appreciate those comments.

18             Now, for the AMA Coalition, Ms. Chambers or anyone

19   else that you wish to have speak for the AMA.

20             MS. CHAMBERS:  Thank you, Your Honor.  I will pass it

21   over to my clients in just a moment here, but I wanted to

22   preliminarily say, along the lines of what you mentioned

23   earlier, the AMAC agrees that implementation and structure are

24   very much intertwined, and we have serious concerns about some

25   of the ways in which the PCCEP has not progressed at this point

1   and some trouble points.

2          My reading of the amendments to the settlement

3   agreement is a big difference between the COAB and the PCCEP is

4   once this Court approves the settlement amendments, there isn't

5   a lot of leverage of the Court in terms of the actual structure

6   of the PCCEP.  So while AMAC believes that this very well could

7   be a great structure that could work well, we just haven't seen

8   enough of that yet to determine that.

9          I'm going to hand it over to Dr. Bethel here, who is

10  joining us.

11         THE COURT:  Very good.  Thank you, Ms. Chambers.

12         Whenever you are ready, Dr. Bethel.  Welcome, sir.

13         DR. BETHEL:  Good morning, Judge Simon.  Thank you.

14  I appreciate the opportunity to remain seated --

15         THE COURT:  Of course.

16         DR. BETHEL:  -- to address the Court today.

17         This is a very, very important part of what I do for

18  our community -- to be here.  I rushed all of my physicians

19  this week to kick me out of the hospital yesterday evening so I

20  could be here this morning.  I'm not here against their

21  directions.  I'm here because I am committed to this process.

22         I want to say to the Department of Justice, to the

23  City, as well as to PPA, that the AMAC appreciates the work and

24  the commitment of the PCCEP members and what they have done.

25  It has been a great job of them trying to attempt to replace

1    what was known as the COAB.  The PCCEP is a good attempt at

2    trying to do that for the oversight of the settlement

3    agreement, but it has not shown nor exhibited for me the hope

4    for replacement and action that we thought that PCCEP would

5    bring.

6           I will state that there has been action, and as

7    Mr. Hager stated, in the quantitative pieces.  And, yes, there

8    have been a lot of scheduled meetings.  They are in scattered

9    sites.  Some of those sites are not the best sites to encourage

10   community engagement because of location and the amount of

11   space.

12          And there has been, even in those scheduled meetings,

13   not a lot of participation or attendance by the community, not

14   even as much by those who are the PCCEP members.  In fact, in

15   one of the meetings, or two, I'm told that only the co-chairs

16   showed up, not even the other subcommittee members.  So no

17   substantial implementation really has been forthcoming.

18          Now, the City chose totally to be out of compliance

19   dealing with the COAB and moved to end the COAB for over a year

20   and then came with the conceived PCCEP.  We won't rehash all of

21   what we went through to get to that agreement, but we worked on

22   that.  But the COAB was problematic in that it had problems

23   with keeping facilitators that could control the meetings.

24          The COAB was problematic in that there were people

25   who always brought about unrest and made members of the COAB

1   feel unsafe.  While some of them were addressed, some of them

2   were not addressed, and when it began to reach what we might

3   call some loggerheads, then what we had was the City just

4   removed itself totally from it and created this new PCCEP.  It

5   was to be the new and improved and better model; however, that

6   has not been the case.

7           While there have been scheduled meetings, as I've

8   said before, and there are some forms of structure, those

9   meetings have not been, again, well attended and therefore

10  lacks the essential charge of the PCCEP:  Community engagement.

11          If it is working, if it is effective, if it is doing

12  what it is supposed to do, then community would be there.  I

13  need only go back and say that even though COAB meetings were

14  contentious they were attended; the community was there.  Now,

15  perhaps some of the community did not appreciate them being

16  there because of their actions, but they were there.  We are

17  lacking that now at these PCCEP meetings.

18          Again, we must say that we are not getting the

19  information of these meetings as quickly as it is being made

20  out to be.  Sometimes it is less than two weeks.  We ask for at

21  least two weeks.

22          THE COURT:  My understanding is that sometimes, too,

23  the materials that will be discussed at the meeting aren't

24  provided until about a day or two before the meeting.  Is that

25  correct?

1          DR. BETHEL:  That's correct, from my understanding.

2          Then we move on to say that the training of the

3     alternates have not risen, to my understanding, the level of

4     the training given to the original 13 members of the PCCEP.  If

5     performance is not to be any of the criteria in which we

6     evaluate its effectiveness, then the performance is not seen.

7     If it is not manifested, then it is not working effectively and

8     efficiently.

9          When we talk about the quantitative things, we are

10    talking about meetings being open to the public; members of the

11    PCCEP and community members in attendance at each meeting;

12    testimony being taken before votes; forms for the public;

13    policy initiatives; developing metrics to measure possible bias

14    to police stops; contact with the diversity of community

15    members; internal training, independent assessment and

16    implementation of the settlement agreement; response to COCL

17    reports, including at quarterly town hall meetings; diversified

18    locations; meetings in different communities; use of

19    diversified cultures; meeting with community groups listed in

20    PCCEP founding documents and others; to ensure diversity in the

21    PCCEP membership; to maintain an active list of trained

22    alternates so quorum is always met; announcements of meetings

23    at least two weeks in advance to mass media, community media,

24    and community; active work of subcommittees; to engage all of

25    City Council, not just the Mayor, on the progress of PCCEP and

1   the PPB.

2         When we move to talk about the quantitative things --

3   or qualitative things -- the DOJ, beyond the settlement

4   agreement, and it's difficult to put a PCCEP member in place,

5   we talk about change and transformation in the relationship

6   between the Portland Police and the community.  While we

7   recognize that this is going to be ongoing and take some time,

8   we are not seeing those steps moving at this particular time,

9   in particular communities of color or houseless persons and

10  persons with mental illness or perceived mental illness,

11  reduction of the use of force and increase of deescalation.

12         It seems in the last few months, in the cases that we

13  have had, that has been increased in terms of dealing with

14  those who have been with mental illness or perceived with

15  mental illness or in a crisis.  It has been increasing rather

16  than going down.

17         The reduction of disproportionate police in the

18  communities of color.  Stops are still out of sync compared to

19  where we are in the city, particularly with persons of color.

20         Houseless persons and other vulnerable communities.

21         Use of stop data and force date and arrest data to

22  measure progress.

23         Transformation in the Portland Police culture of "us

24  against them."

25         Surveys that are meaningfully inclusive of

1    communities of color and not just sporadically used and then

2    answered.

3            The issues that plague COAB are still present with

4    the PCCEP:  Lack of consistency in members.  Yes, you're

5    correct.  Six are gone; one is an alternate.  But the issue was

6    the same with COAB.  We had members leaving, and we could not

7    get them trained.

8            I will go back and say again, on the very first

9    meeting of the COAB, at the library, I said to then our judge

10   who was facilitating, one of the things that we have not done,

11   we have not provided for alternates, and we need to work on

12   that.  We went through all of COAB, and we really never got

13   that addressed until after COAB was taken away.

14           We still are dealing with the facilitation.  Yes,

15   COAB members -- PCCEP members are saying they want to

16   self-direct, but sometimes when you don't have the ability

17   totally to self-direct, you need to ensure that there is

18   someone beside to give you some assistance to go further.

19           When I learned to ride my bicycle, I put on those

20   things called training wheels.  The ability to pedal was my

21   ability, but to balance I needed some help.  I think PCCEP

22   needs some help -- not overbearing -- but the City needs to

23   provide that help to them.

24           I believe that, though, a program has not been

25   approved, legally a candidate can be hired and can be working,

1   and that will help with the implementation as well as the

2   outcome of what we should see.

3          Structure and implementation are not uniquely

4   separated in this, and we need to see a map:  How

5   implementation goes to determine the adequacy of structure.

6   Structure and adequacy are intertwined.

7          We appreciate the Court's question:  Should we see

8   how implementation is going to access the adequacy of

9   infrastructure?  We support and believe that that is true.

10          AMAC is not asking the Court to reject PCCEP, but it

11   needs more time before it is finally entered in so that we can

12   see that it will be working, for we have not seen that totally

13   in the settlement agreement, and we do not believe at this time

14   that PCCEP is ready to have that entered in.

15          Thank you, Judge, for your time and the Court's time.

16   If you have any follow-up questions, I will be happy to try to

17   answer them or respond.  If not, we do have some lawyers here.

18   (Laughter.)

19          THE COURT:  Thank you, Dr. Bethel.  I do have one

20   follow-up question.  You say that you are not asking that I

21   reject the PCCEP, and, frankly, I'll tell you, I'm not giving

22   any consideration at this time to rejecting the PCCEP.  I think

23   it shows tremendous progress, and it shows tremendous promise.

24   But you tell me that you think more time is needed before I

25   give it formal approval, which, among other things, would

1    result in a little bit less ability of the Court to exercise

2    oversight.

3            How much time do you think is needed?  How much more

4    time do you think is needed?

5            DR. BETHEL:  Judge, respectfully, I believe about

6    another six months.  The reason why I would have that -- that

7    time -- the City can hire a person who can help facilitate and

8    be totally dedicated to this process.

9            While I have great respect for the ones that they

10   have used, O'Grant and Judith Mowry, and there's nothing

11   against them or their character, utmost, I do really appreciate

12   them, but I do not believe they are the ones that are 100

13   percent dedicated to doing this because they have other things

14   in their portfolio, and that limits the amount that PCCEP gets.

15   And PCCEP is kind of getting the treatment of being the

16   stepchild.

17           THE COURT:  The what?

18           DR. BETHEL:  The stepchild.

19           THE COURT:  Do you think that the PCCEP being

20   perceived as the "stepchild," as you say, is in any way

21   contributed to by the fact that I have only given conditional

22   approval and not final approval?

23           DR. BETHEL:  I do not believe that because it has

24   conditional approval that it is being treated that way.  I

25   believe that it is just being treated that way to get to a

1    point to list the particular things that they listed as

2    qualitative.  We asked for a community organizer to help

3    organize, get the word out, and bring people into the meetings,

4    but the approval -- conditional or final -- does not keep it

5    from being what it should be.  If anything, because it has

6    conditional approval, it seems like the pedal has been put to

7    the metal to push it harder so that it would come in here

8    sparkling so great that everybody would have to throw up their

9    hands and shout, "Let's move with this thing."  But,

10   unfortunately, because it is not sparkling that way, we are

11   saying we're reserved because we don't see it doing what it has

12   the promise of being able to produce for our community.

13            THE COURT:  Thank you very much, Dr. Bethel.  As

14   always, I appreciate your comments and your insight and wisdom.

15   Thank you, sir.

16            Ms. Chambers.

17            MS. CHAMBERS:  I don't think we have any other

18   comments from AMAC.

19            THE COURT:  Do you want to address at this time some

20   of the concerns that I have heard from the United States

21   earlier in this hearing that they disagree with several of your

22   proposed metrics, specifically 5, 6, 7, 12, and 18 of the

23   quantitative side and all of the qualitative metrics?  Any

24   response that AMA Coalition can offer to that comment?

25            I understand they didn't submit it in writing.  They

1    answered it in response to my question.  I am putting you on

2    the spot, if you want to answer it now, or if you want to

3    submit something later, or both.

4            I'm going to give you this opportunity to respond now

5    orally if you wish.

6            MS. CHAMBERS:  Thank you, Your Honor.  I would like

7    the opportunity to submit something later in writing so my

8    clients can weigh in on it.

9            THE COURT:  Granted.

10           MS. CHAMBERS:  But, just initially, I would suggest

11   that, as far as these qualitative measures go, AMAC is not

12   saying that all of this has to be accomplished before the

13   settlement amendments can be approved.  These are indications

14   and aspirations and things that we see that there is progress

15   towards and potential towards, and so it's a much bigger

16   picture.  We don't expect it is all going to be changed

17   overnight.

18           But a lot of these quantitative measures are the

19   things that we can actually look at and are they happening

20   right now, and I would like to see from the DOJ why they don't

21   believe certain line items are important or required, such as

22   contact with the diversity community members and use of

23   diversified cultures, because I think those would be very

24   integral to a successful PCCEP, if we are working with all of

25   the members of the community, and I think that that is

1    something that we haven't seen happening so far.  So I would be

2    curious as to why that would not be an important consideration.

3             THE COURT:  Let me follow up with the following,

4    because I think what you've given me in your status update --

5    your June 2019 status update is very helpful.  But what I'm

6    still struggling with is if I do not give final approval today,

7    if I simply continue the conditional approval, what do I need

8    to see to know when it's time to give final approval?

9             Let me share with you that, as I said to Dr. Bethel,

10   I'm not at all inclined, at least now not at all, to disapprove

11   it.  I think the PCCEP shows promise and potential, and I think

12   it is going in a very good direction.  I agree with the

13   comments that I've seen so far in writing that much more needs

14   to be done, and the implementation is not quite there.

15            As Mr. Vannier from the City acknowledged, the City

16   is not yet in full compliance with the PCCEP amendments.  But

17   my question is, when will I know when is the right time to give

18   final approval?  Let me submit that I don't think that a

19   correct answer is "never."

20            MS. CHAMBERS:  Thank you, Your Honor.

21            THE COURT:  I think at some point in time it is going

22   to be time to either approve or disapprove.

23            MS. CHAMBERS:  Correct.  Dr. Bethel would like to

24   answer your question.

25            DR. BETHEL:  Thank you, Judge.  No, the answer is not

```
 1    "never," but I believe it should be stability.  Stability can

 2    be determined by the stability of members staying constant; the

 3    stability of attendance; the stability or great emphasis placed

 4    towards a community organizer making sure that there are people

 5    in attendance at the meetings; and also that we would see

 6    stability from the City where the entire City Council is

 7    involved and kept up-to-date and not just the Mayor.

 8            I think when we put some of those in, and some

 9    others, we will come to a place where we will say we are ready

10    to move forward.  I'm involved in something -- and this has

11    maybe a different -- but in order to move from a particular

12    financing of a venture in its construction phase to get to its

13    permanent phase, it requires that we remain at a certain level

14    of occupancy and maintain it for a period of 90 days.

15            If we cannot do that, then they say you are not

16    ready.  That's stability.  Let's bring some stability to the

17    PCCEP and watch us move this thing together.  As we have been

18    always in the position of saying, we're not here to just tear

19    things down or see nothing happen.  If that was the case, we

20    wouldn't take the time that we have placed in this for over ten

21    years in a congruent way.  When we add up all of our community

22    people who have been working on this in the last ten years, we

23    are hundreds of years invested into making our community safe,

24    not only for African-Americans, but for everyone, because

25    what's good for us is good for everyone in the city of
```

1   Portland.  Bring us stability.  And they can accomplish this, I

2   believe, within the next six months, and we will be willing to

3   say it's time to move forward.

4           THE COURT:  Thank you.  I appreciate those comments,

5   Dr. Bethel.

6           Speaking of making the community safe for everyone,

7   that includes those with mental health issues.  I think now is

8   the time, then, to hear the presentation on the PCCEP

9   amendments from the Mental Health Alliance.

10          Mr. Chavez.

11          MR. CHAVEZ:  Thank you, Your Honor.  Good morning.

12          THE COURT:  Good morning.

13          MR. CHAVEZ:  Co-presenting with me is

14  Mr. Jason Renaud.

15          THE COURT:  Of course.  Welcome.  Come on up.

16          MR. CHAVEZ:  Again, Your Honor, we are grateful for

17  your grant of our participation as an amici in this group and

18  in this settlement.  There are many comments this morning about

19  what is the central question about these amendments as to its

20  fairness, adequacy, and part of its equitability.

21          Now, that adequacy, that's not entirely for the City.

22  That's for the community, and that is why you asked us to watch

23  the PCCEP form, first, design for its implementation and to see

24  whether or not it is a sound structure.  I think at this time

25  we cannot say positively or negatively whether it is a sound

1    structure.

2            To echo Dr. Bethel, we are awaiting for that kind of

3    stability, that sign that we are there, and that there is

4    enough paint on the canvas to know what this picture looks

5    like.  We might have chosen some of the colors, got that on a

6    palette, but we don't know what this picture looks like.  We

7    need more time, more commitment, more resources; and again,

8    more community participation, particularly from persons with

9    mental illness to understand what we are dealing with.

10            To that end, many of these notes have been brought up

11   in our brief and also by AMAC.  But as to notices for meetings,

12   fundamentally, social media is not going to cut it.  There is

13   enough constant out there to drown out whatever it is that's

14   being put out by the City to notify the public about these

15   meetings, and it's not, frankly, accessible for all people who

16   might want to have input in these PCCEP community meetings.

17            We identified fundamental concepts that we need to

18   see first.  And from there, we can find, I'm sure, the other

19   quantitative metrics being met by AMAC as well as the

20   qualitative ones, and we will certainly be discussing the

21   qualitative metrics later today when we are discussing the full

22   implementation of the settlement agreement.

23            Fundamentally, substance is tied to process.  We need

24   to know whether implementation is happening to know whether or

25   not the structure is sound.  So, to that end, I would like to

1    invite Mr. Renaud up to discuss some of the substances that he

2    has helped develop and to provide context there.

3                THE COURT:  Very good.  Thank you, Mr. Chavez.

4                Welcome, Mr. Renaud.

5                MR. RENAUD:  Good morning, Your Honor.  I would like

6    to thank the Court again for giving our allies the opportunity

7    to participate in this process and being engaged formally with

8    this Court.  I also appreciate the amount of time the Court has

9    allotted for public testimony both today and in prior

10   conferences and the generous spirit that you have maintained

11   over the years of these hearings.  Because speaking up and

12   speaking out is a necessary part of empowerment for oneself and

13   for the community, persons with mental illness and addiction

14   who are not here today but who may be directly affected by the

15   decisions made in this room, it is essential for the

16   credibility of the settlement that those making decisions on

17   behalf of those areas take the time to listen and to learn.

18   Thank you.

19                There are about, based on some epidemiology and

20   census data, somewhere between 50,000 and 60,000 people who

21   live in Portland who share the experience of severe and

22   persistent mental illness.  There is about another 80,000

23   people who could be diagnosed today with alcoholism.  There is

24   about, probably, 200,000 people or more who are affected by

25   addiction of both illegal and legal drugs.  This is going to be

1    a big number.  There are maybe another 60,000 people in

2    Portland who have personality disorders.  That's a lot of

3    cross-over between those groups, but it is clearly collectively

4    one of the largest singularities in our community and by far

5    the largest diagnostic group.

6              As we are aware, these are also the people who are

7    arrested and tried and jailed and paroled.  So there is no

8    surprise that this entire diagnostic group is entirely

9    estranged from law enforcement.  That's no surprise at all.

10             Often people with mental illness have their worst day

11   of their lives spent in custody.  People with addiction, that

12   was the day everything collapsed:  The day they lost their

13   jobs, the day they lost their home, the day they lost their

14   kids, and some of those folks lost their lives.

15             So when the PCCEP plan and the PCCEP members speak

16   about community engagement, that community -- excuse me -- when

17   they talk about community engagement with reference to race or

18   youth or a religious community or a neighborhood and not mental

19   illness, I'm not surprised.  Those communities are relatively

20   easy to contact.  They are easy to relate to.  They are easy to

21   engage with.  It just takes money and skill and leadership and

22   facilitation and persistence and more money.  But it can be

23   done successfully.  The police can repair those relationships,

24   if they want to.

25             But the separation between law enforcement and the

1    courts and people with mental illness is wide and rather

2    terrifying.  We read in the paper every day how people with

3    mental illness are powerless and abused by law enforcement; how

4    over half the people arrested in Portland are people who are

5    homeless.  And for us, that's just a phase or illness; it is

6    not a condition independent of our illness.  People are queued

7    up on gurneys in hospitals and jails waiting to see a doctor.

8    Downtown, people are sleeping in the gutters and howling at the

9    moon.  Our people are statistically the ones harmed by police.

10           So what do we do about this?  I have ideas.  You have

11   ideas.  I think everybody here has ideas.  And as ideas are

12   okay, that's a good start.  They show some interest in the

13   problem.  But what are we going to do with these ideas?  There

14   are two things we can do.  We can keep them to ourselves, or we

15   can share them, talk about them, compare them, measure them,

16   augment them, build on them, and throw them out and start over.

17           So where and when does this sharing of ideas happen?

18   Well, we have agreed somehow that that's going to happen when

19   the PCCEP gets around.  After six months or so, the PCCEP still

20   has not created a safe forum to discuss the notion of abuse of

21   force against persons with mental illness.  We have a little

22   subcommittee that started it.  The co-chair, who was due to be

23   here today to speak, but, unfortunately, he doesn't have

24   updated ID, so he was stopped by the gentlemen at the front

25   desk.

1              But I don't think it is going to get there without

2    unbiased and unconflicted leadership.  I don't think it is

3    going to get there without people who have gentleness and

4    curiosity about the problem.  It might get there by talking to

5    people who have good ideas -- a facilitator or experts in this

6    area.  It might get there with a capable facilitator or a

7    reasonable budget to solicit community members to attend.

8    Those things might materialize over the next six months or so,

9    but I don't think they will.  It is hard to tell at the moment.

10   So today I oppose the full approval of the PCCEP.

11             Thank you.

12             THE COURT:  Thank you, Mr. Renaud.  I appreciate

13   that.

14             Next, I would like to hear from a representative from

15   the PCCEP itself.  After that, we will take a short mid-morning

16   recess.  After that, I'll invite public testimony, and I'll

17   discuss that process before we take our recess.

18             Who speaks for the PCCEP?

19             MR. DRURY:  I do.

20             THE COURT:  Please come forward.

21             MR. DRURY:  Good morning, Your Honor.

22             THE COURT:  Your names.

23             MR. DRURY:  Lakayana Drury, co-chair for PCCEP.

24             MS. DUMAS:  Good morning, Your Honor.  LaKeesha

25   Dumas, co-chair for PCCEP.

1            THE COURT:  Good morning.  Welcome to both of you.

2            MR. DRURY:  Thank you for having us and allowing us

3    to speak today.  It has been a very busy nine months.  I joined

4    PCCEP.  I speak on behalf as one of the members today and also

5    as a resident of north Portland, a high school teacher, and as

6    a black man.  A couple of reasons why I joined PCCEP was

7    because I don't want to see one of my students or one of our

8    youth be the next victim of police brutality.  I also don't

9    want to see mental health criminalized or people to be

10   endangered because of that.  I think that it is very important

11   that we have a body like PCCEP.

12           I want to start by just giving a few "thank yous" to

13   a number of organizations and people who have helped support

14   us, because it would have been impossible to do it.  We

15   wouldn't have done it without them:

16           AMAC for helping us during our training process,

17   which was key to getting us off the ground and providing us the

18   background and the work that has been done already.

19           And also the City; the history of policing here.

20           The Mental Health Alliance for supporting us in that

21   process and the training and also for helping out in our mental

22   health subcommittee, which I would say is our strongest

23   subcommittee that we have so far.

24           The City, the Mayor, various representatives for

25   helping getting us off the ground and being supportive but also

 1    giving us some space and distance to have enough time to really

 2    be an independent body, which is what we seek.

 3              Chief Outlaw and the other officers who participated

 4    and have come, presented to our meetings, and engaged with us,

 5    as they should.

 6              Our staff, which we have already noted, has changed a

 7    bit, but I really do want to single out Judith and Claudia for

 8    their outstanding support, which has been key.

 9              Also, the Department of Justice and Jared for

10    providing mentorship to our group and stepping in that

11    capacity.

12              In these nine months, we've done a lot.  I'm not

13    going to go over a lot.  It has been stated that in our first

14    few meetings we started with leadership structure to carry out

15    work.  We put together four subcommittees.  We had joint town

16    halls and meetings across the city in order to engage various

17    parts of the community, which is to say has been a community

18    process.

19              We still have challenges as well.  We have done this

20    all on the backbone of most of our members being new to public

21    service in this respect, having to conduct all of our business

22    in front of the public, having the turnover of several members,

23    not having a full-time program director, but often it does feel

24    that we do with the support I just mentioned.

25              But through all of this, when you come to our

1    meetings, they are well run.  We have prepared, and we have

2    created a platform to go out and do the work.  Do I think we

3    have actually completed it?  No.  We have just gotten to the

4    point where we can start digging in, and I thought that the

5    conditional approval was good initially, in the sense that it

6    allows us to see this as something that is working, and I do

7    think that it is.  I think we have created a balance and

8    well-structured format and the committee that can go on and do

9    the work.

10            Some of our challenges have already been stated, but

11   things like seeing people in a room in our meetings that have

12   my skin color or my age, or other groups for that matter, is

13   something that I think we obviously still need to do.  I'm not

14   so much concerned whether they show up or whether we engage

15   them in some way.  Even if they don't attend the meetings, we

16   are getting out to them.  Their voice is being included in the

17   recommendations that we are bringing forth, and I think that's

18   what's is important.

19            I will defer to the community partners as to whether

20   it should be conditional or final approval.  That's not going

21   to impact how I go about this work.  I know it is not going to

22   about how LaKeesha goes about this work.  For us, this goes

23   beyond a settlement agreement or a court order.  This is

24   something that's in our conscience and in our DNA to carry out

25   this work, and it is not affecting how our PCCEP members have

1    gone out and done their work.

2            THE COURT:  Let me make sure what you are saying on

3    that point, please.  If I continue the conditional approval, as

4    opposed to granting final approval right now, you do not see

5    that as interfering with the likelihood of PCCEP's succeeding

6    with its mission.  Am I hearing that correctly?

7            MR. DRURY:  Yes.  I think long-term, obviously, it

8    would, but in the immediate days to come and in our next few

9    weeks and months --

10           THE COURT:  What I'm hearing is approximately six

11   months.

12           MR. DRURY:  Yes.  Like I said, I will defer to the

13   group as to what that looks like.

14           THE COURT:  But you don't see any current

15   interference with the ability of PCCEP to succeed based on the

16   fact that it does not yet have final approval from the Court;

17   am I correct?

18           MR. DRURY:  Yes, that is correct.  We are committed

19   to this for a two-year term, and I will fulfill it to the best

20   of my ability.  Also, know that the people who have been

21   selected for this committee, our work was already in progress

22   before we joined this committee.  You asked what would you need

23   to see.  I think there are a couple of things already

24   mentioned.

25               A full-time program director, I think, would

1    solidify -- somebody who can fully, 100 percent, commit to

2    this.  Stability of members.  I'm not concerned with any of the

3    members that have stepped down.  Again, it has been for

4    personal reasons; things outside the committee.  People on the

5    committee feel safe and feel it is a space that they can engage

6    and have their voice.

7        It wasn't mentioned, but we also had, like, an

8    internal retreat midway through January, where we were able to

9    troubleshoot our own issues.  I thought that was very healthy

10   and showing we are able to carry out this work and facilitate

11   our own meetings.  We had a facilitator, which did a great job

12   to begin with.  When they stepped back, we were able to step up

13   and continue with a variety of voices.  I think those are two

14   key things.

15       The third thing I would say is not just community

16   engagement but community engagement through our subcommittees.

17   I mentioned our mental health subcommittee has done an

18   outstanding job so far.  We heard from (indiscernible) at the

19   last meeting I attended, and that's where I think our work is

20   going to be completed, not necessarily who shows up at the

21   monthly PCCEP meeting, but how are those subcommittees being

22   engaged and work out -- our race and ethnicity subcommittee,

23   our youth subcommittee -- now those committees get out and do

24   the work they need to do, then I'm confident that PCCEP will be

25   successful.  So that would be my measurement if we were to come

1    back at a later date:  How are those subcommittees looking?

2           All three of those have not been able to get to the

3    way that the mental health subcommittee has been, because there

4    has been a high turnover.  Some of the members on those

5    committees have left.  Once we are able to get those fully

6    going, which those can also be where community members can sit

7    on those subcommittees as well.  So once we can get each of

8    those to have a full body, I think that will be a very good

9    indication where PCCEP is.  I just want to be mindful of the

10   enormity of the task that we are looking at.

11          As someone mentioned, we are not going to change

12   police culture in the next six months or racism or anything of

13   that nature.  So I think we have to be realistic on what we can

14   accomplish, but I'm very proud of what PCCEP has done so far,

15   and I'm very proud of the members who are serving, and I think

16   we are off to a very good start.

17          Thank you.

18          THE COURT:  Thank you.  I appreciate those insights

19   and comments.

20          MS. DUMAS:  I echo that.

21          THE COURT:  Is there anything you want to add?

22          MS. DUMAS:  I am LaKeesha Dumas.  I feel like PCCEP

23   is functioning as it should right now.  It can be better.  We

24   have had a few setbacks, and we are doing our best.  The folks

25   who are seated are committed to this work.  Like me, I don't

1    personally live this experience.  I am a person -- a surveyor

2    of police brutality and a lot of things.  Now I have good

3    relationships with officers.  And I want to see that spread,

4    but trust takes time.  It won't happen in the next few months.

5    It might take years.  It might happen after my life time.

6            I'm committed to building those bridges and coming up

7    with some strategies to really help improve our relationships.

8    Whether it is conditional or final, like Lakayana said, the

9    work is still going to get done.  It won't make a difference,

10   because it is from the heart, not the mind.

11           THE COURT:  I appreciate that.

12           First of all, I appreciate both your comments and the

13   insights that you have presented.  Will you please convey to

14   all of the members of the PCCEP and all of the people that work

15   on the subcommittees that the Court very much values what they

16   do?  I value their contributions, their commitment, their work,

17   and their efforts.  I do think what your committee does is

18   very, very important.  As I said earlier today, I think it

19   shows a great deal of promise and potential, and I think it can

20   do an awful lot of good.

21           So whether I grant or decline final approval today,

22   that's not the issue.  The issue is that you are making good

23   progress, and I encourage you to continue.  Will you please

24   communicate to everyone involved with PCCEP that you have the

25   Court's appreciation and recognition?  Because you're an

1    important part of the settlement process.

2              Will you do that, please?

3              MS. DUMAS:  Yes, sir.  Thank you.

4              THE COURT:  Thank you, both.

5              MR. DRURY:  Thank you.

6              THE COURT:  Before we take a mid-morning recess, let

7    me again share with you the list that I have and ask if there

8    is anyone who wishes to participate in public testimony, which

9    we will do after our mid-morning recess.

10             I have Mr. Handleman, Ms. Hannon, Mr. Parks,

11   Ms. Brayfield, Ms. Aiona.

12             Is there anyone else?

13             Commissioner Hardesty.  Thank you.  Do you want to

14   speak now or after the recess?

15             Anyone else?  Can you state your name?

16             (Indiscernible.)

17             THE COURT:  Mary, will you make sure I get a copy of

18   the updated list during our recess?

19             All right.  Let's take a ten-minute recess.

20             (Recess.)

21             (Open court; proceedings resumed:)

22             THE CLERK:  Please be seated.

23             THE COURT:  All right.  We are back in session.

24   Welcome back.

25             So the updated list I have been given is as follows:

```
 1    I will hear from Mr. Handelman, Ms. Hannon, Mr. Parks -- and if
 2    you all want to come up together, that will be fine.  I
 3    understand there is that request, and that's fine -- followed
 4    by Ms. Brayfield, Ms. Aiona, Ms. Zingeser, Ms. Gary-Smith,
 5    Ms. Newell, Commissioner Hardesty, and Chief Outlaw.
 6              All right.
 7              So Mr. Handelman, Ms. Hannon, and Mr. Parks, you may
 8    come to the podium.
 9              Let me make a request of all of you.  We are making a
10    record of this through our court reporter, and so I would ask
11    everyone to speak slowly.  I didn't direct that to any
12    particular person.
13              MR. HANDELMAN:  Thank you, Your Honor.  If I might
14    count, there are ten people.  So that gives us ten minutes
15    each, perhaps?
16              THE COURT:  Do you really need ten minutes each?
17              MR. HANDELMAN:  I know myself and Mr. Parks and Ms.
18    Hannon would like ten minutes.
19              THE COURT:  All right.  You may proceed.
20              MR. HANDELMA:  Thank you.  I'm Dan Handelman from
21    Portland Copwatch.
22              On Tuesday, Portland Copwatch sent you an extensive
23    analysis about the suitability of the provisions in the
24    settlement agreement around the Portland Committee on Community
25    Engaged Policing (PCCEP), which also looked at compliance
```

1    reports.

2              THE COURT:  And I have read it.  Thank you.

3              MR. HANDELMAN:  We would like to go on the record to

4    summarize some of the points we made in our analysis.

5              The COCL and the U.S. Department of Justice think

6    that either 73 or 81 out of 88 paragraphs are in substantial

7    compliance, but Copwatch is among those who have witnessed or

8    read about various deadly force incidents taken note of the

9    PPB's over-policing of houseless persons and/or attended

10   demonstrations attacked by police who do not have the same

11   feeling of progress as these two reviewing bodies.  Our

12   analysis looks at 13 areas where the COCL and DOJ disagree.

13             Aside from the specific differences between the two

14   reviewing bodies, PCW called attention to some of the serious

15   issues which indicate the progress seems to be more about

16   quantity -- - did the City check boxes to create certain

17   policies or programs -- than quality?  Are those programs

18   resulting in meaningful change?

19             Our general observation about the PCCEP is this:

20   While it is possible the settlement agreement terms could be

21   the basis for a committee to fulfill the tasks outlined in

22   paragraph 142, the City is incapable of creating and nurturing

23   such a body.  The failure of the COAB has been attributed to

24   many factors, but the key is that the City of Portland did not

25   give that group the kinds of support it needed to succeed.

1  COCL didn't understand Dr. Bethel's comments earlier either

2  about nurturing them and giving them support without going

3  overboard and telling them exactly what to do.  That has been

4  resolved by letting them chair their own committee somewhat.

5        The PCCEP is already far behind in its work for

6  similar reasons.  One of their two contracted facilitators quit

7  in late November, the other only came to one early meeting but

8  was not "invited" to be back at others.  The main staff person

9  for COAB who helped usher in PCCEP also quit in late November,

10  and she has not yet been replaced, meaning people who have

11  other work to do for the City have been plugging in the hole

12  left.

13        A good example of the City's inability to make PCCEP

14  work is that at several general and subcommittee meetings one

15  of the DOJ's attorneys has been chiming in to suggest

16  procedural and substantive ideas to the PCCEP.  The DOJ's role

17  is to monitor the City to be sure they are coming into

18  compliance.  Once the DOJ is gone, nobody will be there to take

19  on this role.  Thus, to some extent, the PCCEP experiment is

20  already tainted.

21        The City's founding document for PCCEP promises a

22  staff community organizer, a key position, which could have

23  ensured that dozens of Portlanders would have continued

24  attending meetings after the initial meeting in November.

25  However, the COCL says the City only has to fill the

administrative position to be in compliance with paragraph 144.

The DOJ finds this paragraph is already in full compliance

because the temporary staff has, for instance, created a

website.  However, Copwatch and others in the community have

complained it is difficult to find things on this website.  For

example, PCCEP's first four formal recommendations are posted,

but it is not clear whether the City's written responses came

as separate documents or whether the Mayor's signature

approving of new members is what the COCL and DOJ consider to

be adequate responses.  The recommendations are mixed in with

dozen of other PCCEP-related documents on a single web page.

The community survey conducted by DHM Research, in conjunction

with PCCEP, was finished in February and released two days

after the group's May meeting; Portland Copwatch had to go to

The Oregonian's website to find a copy of the survey.

At least six original members and one alternate have

already resigned from PCCEP, as you have heard.  It is not

clear with all this turnover how they will be able to generate

the work products laid out in paragraph 142.  The DOJ believes

PCCEP already is in compliance because they recommended three

new members to the Mayor and made comments on the Bureau's

annual report.  One of PCCEP's few powers is to request a

certain PPB policy be reviewed for amendments, yet PCCEP has

not even made comments on a single Bureau policy in seven

months.

1              Truly confounding is the DOJ's assertion that PPB has

2     substantially complied with paragraph 145, asking that they

3     improve their community outreach in association with the PCCEP.

4     Both they and the COCL say the community engagement plan is

5     going to be wrapped into the Bureau's five-year strategic plan,

6     but apparently the PPB's "impressive array" of other outreach

7     activity led DOJ to their full compliance rating.  It should

8     also be noted that PCCEP has not received back the data from

9     DHM's community survey when DOJ gave this rating.

10             I should also point out that at the time these new

11    alternates were appointed were not announced by named publicly,

12    some of them who already seated were on the committee and, as

13    far as I know, the alternates aren't serving on the

14    subcommittees, which would be one way to make sure those

15    subcommittees complete their work.

16             Now, we are going to look at oversight.  The DOJ

17    thinks the City is already in full compliance with paragraph

18    128, asking for the "independent" police review to be able to

19    conduct "meaningful, independent investigations."  The COCL

20    wants to talk to supervisors and officers about how the system

21    is working.  However, they do not express an interest in

22    talking to complainants.  The COCL notes IPR is unable to

23    access all the documents they need for their investigations

24    because they are not a law enforcement agency, but doesn't

25    suggest the City try changing state law to fix that issue.

1    There is no meaningful analysis of why the COCL's quarter four

2    report showed 20 percent of all allegations "sustained."  But

3    only 1.57 of force allegations.  Based on IPR statistics, PCW

4    found that only 1 percent of force allegations have been

5    sustained since IPR began functioning in 2002.

6            Neither the DOJ nor COCL delves in any meaningful way

7    into how the Citizen Review Committee's appeals are being used

8    to change Bureau findings.  Three findings were changed to

9    sustained in the last two years as a result of CRC

10   recommendations.  DOJ incorrectly says CRC only sent one case

11   back for further investigation in 2018.  In fact, two cases

12   were sent back and a use-of-force finding was changed from

13   "unfounded" to "exonerated" by the Bureau after reinvestigation

14   in one.

15           The COCL and DOJ both think the Bureau is properly

16   using the Employee Information System, even though traumatic

17   incident flags led to intervention 72 percent of the time,

18   while force only leads to such supervisory action 34 percent of

19   the time and complaints just 11 percent of the time.

20   Supervisors previously admitted not coding interventions into

21   the system for fear of stigmatizing their officers.  There is

22   no analysis from either entity about whether interventions have

23   actually changed officer behavior in any way -- another "check

24   box versus quality" question.

25           In fact, as far as outreach, here again, it seems

1    both the COCL and DOJ are more interested in quantity -- how

2    many programs the Police Bureau creates to ostensibly engage

3    with the community -- than quality.  Is that fostering more

4    trust in the police?  The results of both the internal Bureau

5    non-scientific survey done in conjunction with their five-year

6    plan and the agreement-related survey by DHM show there is not

7    only a general distrust of police -- particularly in

8    communities of color -- but an overarching feeling that they

9    inappropriately use force against both people of color and

10   people in mental health crisis.

11           The DOJ and COCL define "community outreach" in their

12   draft metrics for measuring success to include when police

13   "provide services."  Portland Copwatch has cautioned over and

14   over not to count conducting investigative stops, giving

15   tickets, citing people, arresting people, and/or using force

16   against them as "community outreach."  It would be fine to

17   change the definition to acknowledge officers need to be

18   professional and treat each stop with the same neutrality and

19   respect as they do with active outreach efforts.

20           Finally, for my part, we urge the Court to comment to

21   the City about the implementation of paragraph 150.  The Bureau

22   was supposed to put out annual reports every year since

23   implementation, meaning we should have seen four by now.

24   However, only two of those reports were generated, and only one

25   was presented in the Bureau's precincts.  Neither has come to

1   City Council.  The Bureau has had to present the 2017 and 2018

2   reports at the same time after the new report allegedly gets

3   published later this month.

4        Moreover, Mayor Wheeler has decided to make a blanket

5   policy never to hear public testimony on reports, defeating one

6   of the main reasons the Bureau was required to present their

7   report to Council in the first place.  We hope the Court will

8   instruct the City that taking public testimony is not harmful

9   and may lead to better analysis of the changes being made

10  pertinent to the agreement.

11       Thank you.

12       THE COURT:  Good morning, Ms. Hannon.

13       MS. HANNON:  We now turn our attention to four areas

14  of key concern to our community:  Race, force, oversight, and

15  community engagement.

16       I will speak about race.  While relegated to two

17  paragraphs in the report, the issue of race has been a key

18  point of contention since the DOJ issued its initial findings

19  in 2012.  Over 25 percent of those shot or shot at by the

20  police are African-American in a city which is 6 percent black,

21  but the DOJ said they could find no pattern or practice of

22  unconstitutional policing.

23       In January, Portland Copwatch critiqued the COCL's

24  defense of the Bureau's 2016 stop data report, yet the April

25  COCL report includes the 2017 stops report as further evidence

1   of "progress" at the PPB.  The Bureau asserts African-Americans

2   are naturally being pulled over more because they are more

3   likely to be victims of crime.

4            In a rare occurrence, the City Auditor recently put

5   out a report about the stop data concurring with Portland

6   Copwatch that the benchmark of gang violence victimization is

7   not appropriate to apply to the gang enforcement team (now

8   known as the Gun Violence Reduction Team).

9            The Bureau's use of that benchmark led them to say

10  that the Gang Team was stopping African-Americans too

11  infrequently because they made up 6 to 10 percent less of the

12  stops than those affected by "gang violence."  The Bureau is

13  saying people who make up 6 percent of the population should be

14  63 to 71 percent of the Gang Team's stops instead of 57 to

15  61 percent.

16           None of the officials seem concerned that the

17  Bureau's pedestrian stop data indicates the police only stop 16

18  to 25 people per month on foot or riding bicycles, which seems

19  highly unlikely.  With just 192 stops reported in 2017, 34 --

20  or 18 percent -- were African-American, with no benchmark for

21  "pedestrians most likely to be victimized" to explain the

22  300 percent disparity in this figure.

23           The COCL and the DOJ both give substantial compliance

24  to paragraph 148 because it only requires the Bureau to collect

25  the stop data and deliver them to the PCCEP.  This is a key

 1   example of "check box over outcomes," as the disparate numbers

 2   have not changed significantly in the years since the DOJ

 3   arrived.

 4          Similarly, the other section, referring to race, asks

 5   the Bureau to collect demographic information for each of its

 6   three precincts to help them do outreach and tailor their

 7   programs appropriately.  The Court should be aware that the

 8   Training Advisory Council has formally requested the Bureau to

 9   put demographic data into the quarterly force reports, but to

10   date the Bureau has not done so.

11          In March, the training division claimed the census

12   data would not be up-to-date.  However, the Bureau's predict

13   data utilized census Bureau estimates, so that is not a valid

14   argument.

15          We now discuss force.  Neither the COCL nor DOJ

16   looked at the OIR group's analysis of Portland Police

17   shootings, which came out in February.  OIR's data tables

18   indicate deadly force against people in mental health crisis

19   went up from 55 percent to 65 percent after the DOJ agreement

20   was signed by Council at the end of 2012.

21          Moreover, the Bureau's average shootings per year

22   went from four to five since the DOJ came to town.  More

23   strikingly, there were seven deadly force incidents in just 99

24   days between the end of September and the beginning of January.

25   The last time there were seven deadly force incidents in one

1    year in Portland was 2006 when James Chasse, Junior was killed.

2         The DOJ continues to support the use of the term

3    "de-escalation" to mean both using verbal communication to

4    avoid using force and to lessen the amount of force already in

5    use.  Although the COCL seems to be concerned that some

6    officers give commands and then claim that is de-escalation,

7    they include a quote from an officer telling a suspect,

8    "I didn't want him to get bit by the dog."  This is really a

9    threat and not a form of de-escalation.

10        Also, under paragraph 69, DOJ says they looked at

11   four crowd-control incidents, noting the officers' reports

12   could be better, especially around documentation of warnings

13   and de-escalation.  They gave the Bureau a pass for a strike

14   (perhaps by a baton) and for using pepper spray on the wrong

15   person, saying that overall the PPB had a "measured" response

16   to a chaotic situation.  If a civilian were to "accidentally"

17   use force on an officer, they would be charged with a serious

18   crime.  Perhaps the DOJ needs to offer to role play as

19   protesters during the next PPB crowd training and be subjected

20   to such force before minimizing these outrageous actions.

21        Thank you.

22        THE COURT:  Thank you, Ms. Hannon.  I appreciate your

23   comments.

24        Mr. Parks.

25        MR. PARKS:  Good morning, Judge Simon.  I'm

1    Peter Parks.  I am a community member and member of Portland

2    Copwatch.

3              One area we would like to address in our testimony is

4    whether the City is properly enforcing its rules against

5    retaliation, paragraph 130.  The Department of Justice says

6    there aren't enough data to show whether this is being

7    enforced.  As it happens, retaliation was the subject of the

8    misconduct case, which led to a sustained finding by

9    City Council on May 16th, the first such finding in the 18

10   years of IPR's operations.  The officer in this case told

11   investigators that he wanted to give the complainant a

12   jaywalking ticket because he did not like the way she looked

13   disapprovingly at his armored vehicle and took pictures of it.

14   There is no explanation why he didn't just go up to her and ask

15   her what she was doing rather than selectively enforcing the

16   law on a street where many other people were also "jaywalking."

17   Thus, CRC and a majority of Council found the officer

18   retaliated.  It is our understanding that the police

19   association can still undercut any proposed discipline for the

20   officer, which leads to questions about whether officers are

21   properly being held accountable for misconduct, as required by

22   paragraph 169.

23             We also noted that in looking at whether the Bureau's

24   changed use-of-force policy is effective -- paragraph 66 -- the

25   DOJ examined 20 percent of serious force cases but excluded

crowd control and shootings.

        Portland Copwatch appreciated that the DOJ's report
notes that Your Honor asked the Behavioral Health Unit to find
ways to open its advisory committee's meetings to the public.
The DOJ's report says they were going to vote on the idea in
April, but apparently the BHUAC has not had a quorum for
several meetings and have not yet done so.

        In their review of paragraphs 118 and 119, looking at
Employee Information System thresholds, the DOJ praises the
Bureau for modifying their alerts by reporting "Category IV"
(low level) force as only half a use of force, resulting in
fewer triggers.  However, Portland Copwatch continues to
believe pointing a firearm at a person should always be counted
as a full use of force since it means that the officer thinks
they have the right to use deadly force, and an accidental
discharge could have disastrous results.

        Portland Copwatch also continues to disagree with the
DOJ and COCL that the City asking officers to do an on-scene
walk-through after deadly force incidents meets the intent of
paragraph 127.  Officers have universally refused to do so.

        In conclusion, Portland Copwatch continues to be
concerned that the Portland Bureau has only made minor changes
in its outward behavior, even though it is now collecting and
analyzing more reports and data.  Once the compliance officer
and the DOJ are done with the agreement, we wonder whether

1    PCCEP will take the time to review the Bureau's reports, and

2    more importantly, we wonder who will have the authority to make

3    the City keep collecting data to ensure ongoing improvements,

4    such as they are or may be.

5            It is unfortunate the Court's purview is limited to

6    the confines of the agreement and, to some extent, to the

7    question of whether the parties agree compliance has been

8    reached.  If a reasonable person could look at the information

9    in these reports through the same lens that Portland Copwatch

10   does, one would get a different picture about how far along the

11   reforms really are.

12           That's the end of the Portland Copwatch thing, but I

13   would like to take my Portland Copwatch hat off and make a

14   personal comment.  I would like to say that I have worked for

15   many years in the immigrant community here.  In the past year

16   I've dealt with houseless people in particular, and so I have

17   gained some particular feelings of my own.  I wouldn't say I'm

18   an expert.

19           The issue brought by the Department of Justice is the

20   use of excessive force by Portland Police, particularly in

21   cases of interactions with people experiencing mental illness.

22   It is my belief -- and I hear this from many members of the

23   community, there has been very little change in how police

24   treat the citizens of Portland since the settlement agreement

25   was made in 2012.  I ask the Court to consider carefully

1    whether the City of Portland's Police Bureau is actually making

2    significant progress.

3            Thank you.

4            THE COURT:  Thank you, Mr. Parks.  I appreciate your

5    comments.

6            Mr. Handelman, Ms. Hannon, and Mr. Parks, I also

7    appreciate the continued work of Portland Copwatch.  Thank you

8    for what you are doing.

9            Ms. Brayfield.

10           MS. BRAYFIELD:  Good morning, Your Honor.  I am

11   Ann Brayfield.  I, once again, thank you very much for opening

12   your court to public testimony.  Thank you.

13           I would like to address a couple of things.  One has

14   to do with PCCEP, and the other has to do with compliance.  I

15   think you invited us to make comments that way too.

16           First of all, I would like to say that with PCCEP I

17   see progress.  At the same time I would support you continuing

18   the conditional approval to the amendment.  A couple of things

19   that I would really hope that we could see and/or have more

20   clarity about in the amendment, the first is the future --

21   beyond when compliance is substantial across the board and

22   after the DOJ leaves a year after substantial compliance.

23           It is not clear to me how the PCCEP will move forward

24   in the future.  I think that Mr. Parks addressed some of those

25   questions, and that is a question that I have.  I think before

1   substantial compliance, before the DOJ leaves, it must be set

2   forth very clearly how the PCCEP will move forward with

3   independence, with oversight, and have the ability to handle

4   matters as they come up, whether it concerns the PPB and their

5   actions, shall we say.  So that's one I would like to see more

6   clarity on.

7          The second thing is there was a piece in the PCCEP's

8   authority that I would like to see them have some experience

9   with before we move out of the conditional approval, and that

10  is with the Mayor's written approval and after consultation

11  with the other city commissioners, PCCEP is authorized to

12  identify a schedule for review directives not related to the

13  DOJ settlement agreement or key areas of concern, and the PCCEP

14  must provide a written explanation for the request, which will

15  be considered by the Mayor and city commissioners.

16         I would like to see something happen in that regard

17  so that we can see whether this particular structure is going

18  to be effective or not.  I mean, I would certainly have

19  concerns that there would have to be so much approval before

20  the PCCEP can take action and look into matters.  I would like

21  to see something happen before the end of a conditional period

22  to reassure us all that they will be able to move forward with

23  some authority.

24         And as far as compliance with the settlement

25  agreement goes, I believe that compliance is the tip of the

1    iceberg, and I believe that there is still a gap -- a pretty

2    good-sized gap -- present between data and actual behavior.  I

3    think policy has happened.  Procedures have been put in place.

4    Data systems have happened.  But what about behavior?  That's a

5    gap that I would like to see close further before this whole

6    agreement is found to be in substantial compliance.

7                One hopeful thing, when it comes to behavior, I would

8    like to point out is recently, last month, the Technical

9    Advisory Committee brought forward a recommendation to the

10   Police Bureau when it comes to officers' health and wellness,

11   and they also presented that recommendation at the last PCCEP

12   meeting.  I'm hopeful that PCCEP will take hold of that and

13   also make that a strong recommendation, because as I look

14   across this state, I look at Bend, I look at Hillsboro, and I

15   look at other places in the country where there have been these

16   health and wellness programs, most of which contain, in part,

17   at least some yoga, some mindfulness, and I think what we

18   see -- and the results is different outcomes on the street.

19               I would say that I think one way or another this

20   needs to happen in Portland because our citizens need to be

21   safe, including our officers, and everyone needs to go home at

22   night.

23               Thank you.

24               THE COURT:  Thank you.  I appreciate those comments,

25   Ms. Brayfield.

1          Ms. Newell.

2          MS. NEWELL:  My name is Nancy Newell.  I am a

3    long-time activist here in Portland; 24 years.  I've closed

4    nuclear plants -- three of them.  The most recent one is a

5    small modular reactor out of Corvallis, and we killed that to

6    the tune of a billion dollars by the time we got to the state

7    of Idaho.  We all know here that we have a nuclear plant

8    operating, and it relates to mental illness.  It causes autism

9    in children at age 7.

10          And we have one operating -- that's illegally

11    operating -- that the public passed a law 13 years ago to close

12    it, and none of the public officials have closed it.  The Mayor

13    is out on peace-bank operations basically.  He gave our

14    Bull Run water system, the infrastructure repair that we have

15    already paid for in federal tax dollars, and now we are paying

16    double, with interest, to the people that were exonerated for

17    cheating the American public on their credit cards.

18          What kind of city is this?  Where are we living?

19    What are the conditions?  When are we going to change these

20    conditions?  How is the public going to believe that the

21    process is legitimate?

22          Michael Simon, you certainly have a responsibility

23    here today, because some of these factors are caused by this

24    plant continuing to operate.  It is worse than a nuclear

25    weapon.  Every day we eat salmon that's loaded with radiation,

1   and they blame it on the dams.  Most of the environmental

2   groups don't even talk about it.  Most people don't even know

3   it exists.  It nearly melted down in 2016, and 28 public

4   utility owners throughout the Northwest never reported it.  My

5   friends at Union of Concerned Scientists reported it.  What is

6   the atmosphere?  Look at it, Judge Simon, in this city.

7             And that's my comment.

8             THE COURT:  Thank you very much, Ms. Newell.

9             That reminds me.  I've got to turn to the dam case

10  pretty soon, but that's not today's issue.  I do appreciate

11  your comments, Ms. Newell.

12            Ms. Aiona.

13            MS. AIONA:  Good afternoon, Your Honor.

14            THE COURT:  Good afternoon.

15            MS. AIONA:  I'm Debbie Aiona, representing the League

16  of Women Voters of Portland.  The League has actively monitored

17  the City's Police Bureau for decades with a focus on public

18  participation, transparency, policy development, and

19  accountability.

20            League representatives have attended a number of

21  PCCEP's monthly meetings and have reviewed many of the relevant

22  reports issued every month.  In our view the committee is a

23  work in progress.  Setting up and organizing a new volunteer

24  City Council appointed body takes time and effort.

25            The committee is made up of sincere, hard-working

members with diverse backgrounds and perspectives.  As a group,
they've started to accomplish their assigned tasks.  They have
participated in the required training and learning about the
responsibilities of public officials and the history and
provisions of the settlement agreement.

        The League appreciated the public briefing on the
agreement that we suggested at the last status conference.
Inclusion of training materials and COCL report promoted
transparency and gave interested members of the public access
to useful information.

        The PCCEP encourages public participation in a number
of ways.  It gives community members the opportunity to comment
throughout its meetings.  The meetings are televised live so
that people who cannot attend in person can follow along and
submit questions and comments remotely.  Personnel from the
Police Bureau, City Attorney's Office, and the DOJ are present
and available to respond to questions when needed.

        The PCCEP formed subcommittees where recommendations
are developed and organizational issues are discussed, although
we understand these would benefit from broader participation.
The full committee has adopted several recommendations and
submitted them to the Bureau.  Before the vote was taken,
recommendations were presented and discussed, and the public
was given the opportunity to comment.

        Challenges facing the committee include member

1   resignations that result in constant turnover.   New committee

2   members have to be screened, appointed, and trained before they

3   can fully participate in the monthly meetings.   This takes time

4   and should be a high priority.

5          As far as we can tell, the Police Bureau leadership

6   has not responded to the recommendations the committee

7   submitted in February.   Those recommendations apply to the

8   annual report the Bureau is expected to present to the public

9   at precinct meetings and at a City Council hearing.   The League

10  is on a number of email distribution lists, but we have never

11  received a notice about the required precinct or City Council

12  presentations.

13         The Bureau should tap into the numerous

14  police-related contact lists and social media outlets to inform

15  the public when those precinct meetings are scheduled.   The

16  committee needs more staff support, and the City should fulfill

17  its obligation to supply it.

18         The project manager position has remained unfilled

19  for nearly six months, and the budgeted community organizer has

20  yet to be hired.   An organizer likely would help the committee

21  achieve its goal of reaching a broader diversity of community

22  members.

23         Facilitation services also might contribute to

24  meetings that remain inclusive but are more orderly and

25  efficient.   For example, with the help of a facilitator, the

1    committee might find it easier to limit public comment before a

2    vote to the item under consideration.  This would help focus

3    the discussion and expedite the proceedings.

4            In conclusion, the committee has made progress, but

5    much more needs to be done in order for it to fulfill the

6    committee's expectations and the requirements of the settlement

7    agreement.  The City should step up and provide the support it

8    needs to succeed.

9            Then, as you know, we submitted additional written

10    comments that sort of describe our sense of the disconnect

11    between what we are seeing and what this COCL evaluated in

12    February.

13            THE COURT:  And I have received those.  Those were

14    from you and Ms. Kaye, the President of the League of Women

15    Voters.  I have read those and appreciate those, and I

16    appreciate your comments here today.  I really do also

17    recognize and appreciate the work in many areas of the League

18    of Women Voters of Portland.  I commend you for that, and I

19    thank them for their work.

20            I also want to note that next year, 2020, will be the

21    100th anniversary of the Nineteenth Amendment that gave women

22    the right to vote.  You know, that's less than half of the life

23    of this country.  It does, on the one hand, show that we are

24    making progress, but it sure does seem to take a long time to

25    make progress.  With that said, we're making progress.

    1            Thank you for your comments and the work of the

    2    League of Women Voters.

    3            MS. AIONA:  As a follow-up, not only it is the

    4    Nineteenth Amendment's 100th anniversary, it is also the League

    5    of Women Voters'.

    6            THE COURT:  Congratulations.

    7            MS. AIONA:  We are celebrating our birthday next

    8    year.

    9            THE COURT:  Excellent.  Thank you, Ms. Aiona.

   10            Ms. Zingeser.

   11            Good morning.

   12            MS. ZINGESER:  Good morning.

   13            Judge Simon, thank you for the opportunity to speak.

   14    My name is Sylvia Zingeser.  I'm a NAMI Multnomah family

   15    member.  I served on the Crisis Intervention Training Board

   16    before the Department of Justice settlement agreement with the

   17    City of Portland and the Portland Police Bureau regarding

   18    excessive use of force on people in mental health crisis.

   19            I am one of the charter members of the Training

   20    Advisory Council.  Today I am speaking only as a community

   21    member.  I have a son who lives with mental illness.  He has

   22    struggled with suicidal ideation, severe depression, et cetera.

   23    On several occasions we have had to ask for help from the PPB.

   24    Many years ago, our first call did not go well when he was

   25    having a psychotic break.  He does not hear what people are

1    saying to him.  We have had Enhanced Crisis Intervention

2    Training officers and ECIT street officers intervene.  They

3    have saved his life on several occasions.  At one point they

4    actually cut him down from a tree where he was trying to hang

5    himself.

6            I have seen a paradigm change in officer attitude in

7    dealing with my family member.  I have seen this paradigm

8    change, as the Training Advisory Council works to recommend

9    training possibilities based on the Council's concerns of use

10   of excessive force of people who are in mental health crisis.

11   After recently reading The Oregonian article about the low

12   marks that the police have received from the community -- I'm

13   assuming that's PCCEP -- the use of force on people in a mental

14   health crisis, particularly in communities of color, I'm

15   concerned about the performance of the police officers in this

16   area and how the TAC might be able to facilitate change.

17           I am making a plea to all community members,

18   particularly community members of color and diversity to apply

19   for serving on the Training Advisory Council, also known as

20   TAC.  Quite frankly, the TAC is made up of mostly white

21   community members.  It is very difficult for white community

22   members to speak for community members of color and/or

23   diversity.  What looks like change to us may not seem like

24   change or help to your community.  We need your voice, your

25   input.  Otherwise, we may never be able to get where we need to

1   be as a city or as a community.

2           In closing, I want to thank Dan Handelman of Copwatch

3   and Debbie Aiona of the League of Women Voters for faithfully

4   attending the Training Advisory Council meetings and

5   participating in the community comments.  It has been very

6   helpful.

7           And, in closing, I did hear that Sean Campbell, who

8   is our chair for the Training Advisory Council, did go to a

9   PCCEP meeting, so that's good.  You heard about the wellness

10  program.  We are also looking at emotional intelligence and how

11  that might be of assistance.

12          How to apply:  Go to the Portland Police Bureau

13  website.  Go to the Training Advisory Council.  There is

14  information on how to apply for becoming a TAC member.  We need

15  your help.

16          THE COURT:  Thank you.

17          MS. ZINGESER:  Thank you.

18          THE COURT:  Thank you, Ms. Zingeser.  I appreciate

19  your comments and for you being here.

20          Ms. Gary-Smith.  Welcome.

21          MS. GARY-SMITH:  Thank you.  Again, I'm

22  Sharon Gary-Smith.  I chose to sign up at this point as a

23  community member, which I have always been, but I'm most

24  recently a former PCCEP as of a matter of days ago.  So I want

25  to talk about, just briefly, that experience; why I, having

1    grown up an African-American female and vertically challenged,

2    all of my life in Portland, Oregon, would take the step to join

3    a committee that could be a committee of struggle, in a place

4    of struggle, and a place where constantly people who look like

5    me, who think like me, who move around like me could be

6    dismissed, disrespected, disregarded, and invisible, despite my

7    face.

8            It was a very strong and difficult decision for me to

9    decide to cast myself in a public that I have always operated

10   in, but I live in the intersection between hope and reality

11   every day of my life.  The hope, despite what I know to be true

12   about many institutions that were organized to repress or to

13   marginalize us, who could possibly move to a place of

14   transformation and engagement so that I, my family, and my

15   community could be protected and served as all expect in our

16   community and our larger world.

17           The PCCEP -- which for a long time I called

18   "something other than the second coming of the COAB" -- could

19   be that body that could infuse, could inform, could

20   investigate, could critique, could ask questions, and expect an

21   engagement and a relationship with the Portland Police Bureau,

22   but also the City Council and those decision-makers who want to

23   create a community for all of us to thrive.

24           I look to and I represent and I appreciate the AMA

25   for staying the course, for causing us to, in fact, be together

1    today, and for all of these years that the settlement agreement

2    has been in effect.  What I learned as an elder member of that

3    committee, I tried to bring my thinking and my history and my

4    experience.  I am a second-generation organizer, activist, and

5    agitator.

6          My mother, the late Bobbi Lu Mosley-Gary (phonetic)

7    said, "You buy and pay for what you want; you don't have to beg

8    for you what need."  And I need a community where I'm

9    represented, where I'm safe, where my family and community can

10   thrive.  I believe the PCCEP had the opportunity, had the

11   benefit of training, had the benefit of facilitation, and has

12   organized itself, bumps and all, to represent the voices that

13   must be a part of any process of improving this city.

14         Yes, there has been hesitation.  Yes, there has been

15   turnover.  I'm one of those who not only said that I could not

16   serve in the same capacity but, because of constant technical

17   IT problems, I began to be isolated when I could no longer

18   access the City of Portland email.  I did not want anyone to

19   send me things privately that could compromise the system.

20         THE COURT:  I'm not following you.

21         MS. GARY-SMITH:  Passwords every six months need to

22   be changed.  I was on the system, and it was thanks to the

23   administrative support of a brand-new administrator for the

24   PCCEP, Claudia.  She and I worked to get me access to the City

25   email.  And I was on it, conveying information with my

1    colleagues, being able to represent some thinking, asking

2    questions.

3            At the password changeover, I was dropped and had no

4    access.  Despite the number of IT professionals who engaged

5    with me, we couldn't get me back on the system.  So I was

6    isolated, left out, unable to convey information or see

7    information.  I got frustrated over a period of two months and

8    felt that I didn't know what was going on, when it was going

9    on, where it was going on.

10           That, coupled with some family health issues, caused

11   me to decide that I could not maintain the pace or be a

12   valuable contributor.  So I want to say that the City has a

13   process for how you engage their system, I understand.  But

14   when it was so tiring to attempt to pursue engagement in a

15   system that you have got to call, you have to leave a message,

16   an IT person will get back to you, the back and forth, finally,

17   they said, "It must be your computer."  I said, "It was working

18   until this most recent change, so could it possibly be your

19   system," not in a confrontational way, but in an

20   information-sharing way.

21           What I believe about that experience in the PCCEP --

22   we have a nominal stipend.  It could hardly maintain any

23   lifestyle for the time and work we put in.  The lack of

24   significant resources for a body that is supposed to be

25   important, these are the kind of things and issues that I

1    believe can crop up.  So I want to say that on the record; that

2    my commitment, my engagement, and my hope is that we can move

3    community engagement to something more than PR or scripted

4    interactions to real deep, logical, informed presence with the

5    Police Bureau is my ultimate wish.

6            I am familiar and aware, though, that systems do not

7    move and change just on good intention or sanction, and so I

8    believe that our ability to be collaborative with new

9    administration at the top of the Police Bureau can be more than

10   just window dressing.  I believe the commitment and engagement

11   of our new chief, and not just because she is a woman that

12   reflects, looks like, and is as short as I am.  (Laughter.)  I

13   believe she walks tall, talks with intention, and that if we

14   can move the forces that were there before her, many of whom

15   believe they will be here after her, if we can do it, then that

16   community that is said to be missing will step up because we

17   have watched so long good intentions come and go.

18           I believe the PCCEP, when it is strengthened, when it

19   continues to be engaged, when it critiques and its

20   recommendations are recognized, then we have the substance of

21   things not yet seen.  That's the day I'm waiting for, and

22   that's the work I'm willing to continue to follow.

23           Thank you.

24           THE COURT:  Thank you, Ms. Gary-Smith.  I appreciate

25   your comments and, frankly, your optimism.  Thank you.

1              Commissioner Hardesty.

2              COMMISSIONER HARDESTY:  Good morning, Judge.

3              THE COURT:  Good morning.

4              COMMISSIONER HARDESTY:  To the Court, I am very

5    grateful for the opportunity to speak to you today.  What a

6    difference a few months make, right?  This is where I should be

7    sitting, but apparently I have done this crazy thing, like run

8    and get elected to Portland City Council.

9              As you know, Judge, I have been a proud member of the

10   AMAC since its inception with the goal of having an accountable

11   police force that would work for all of us.

12             Now that I'm sitting in a different seat, I still

13   care passionately about making sure that our Police Bureau

14   actually responds to every community member in a way that is

15   respectful and in a way that actually leads to good, positive

16   community engagement and outcomes.

17             You may know, Judge, that recently a community survey

18   was conducted that did a survey of both police officers and

19   community members to take the pulse of what does the community

20   and what does the police think of the current police force.  As

21   you may know, if you've read that survey, there is some very

22   interesting findings.  71 percent of the community members

23   indicated that they do not have a high level of trust in

24   Portland police officers.  And if you start talking to

25   communities of color, you will find that trust level is lesser.

1   85 percent of the black residents surveyed had a lack of trust

2   in Portland police; 87 percent of Asian-Pacific Islanders;

3   77 percent of people who are multiracial; and 75 percent that

4   are from a Native-American community.

5           I find those numbers very, very troubling, and I find

6   them troubling because, as the DOJ continues to applaud the

7   changes that have taken place based on the settlement

8   agreement, it is clear that we're not all having those same

9   experiences.  It is clear that the community does not feel like

10  we are safer today because the DOJ was requested to come to

11  town and get justice for our community.

12          As you consider whether or not you're going to extend

13  the timeline or not, I'd like to remind you of some things we

14  just haven't heard much about since the settlement agreement

15  was created.  The plan to address racial profiling was supposed

16  to be updated and supported by the Community Police Relations

17  Committee that never met after the settlement agreement was

18  filed, and no one that I know of recently has even mentioned

19  the plan to address racial profiling.  So that is something

20  that is not considered in this new reiteration.

21          You may also remember the settlement agreement

22  recommended that we start collecting data on mere

23  conversations.  As the Auditor's recent survey of the Police

24  Gang and Enforcement Unit showed, mere conversations make up

25  70 percent of those stops, and those stops are not required to

1    be calculated based on a racial impact.  However, what we know

2    from the Auditor's report is when 54 percent of the stops of

3    the Gang Enforcement Unit -- now called the Gun Violence

4    Reduction Team -- a committee by any other name that still does

5    the same work and still has the same outcomes will still lead

6    to the same conclusions, which is that African-Americans are

7    significantly impacted by over-policing in this community, and

8    nothing that the settlement agreement has done thus far has

9    done anything to correct that.

10           I do understand that the settlement agreement was

11   totally focused on people with mental health issues or people

12   perceived to have mental health issues, but the DOJ

13   acknowledged that the racial inequality and policing in the

14   city of Portland is something that we should not back away from

15   it.  However, we have backed away from it, because we don't

16   talk about it.

17           I want to remind you that the review of stop data --

18   even the data that the Portland Police Bureau collects

19   itself -- has never changed from predominantly impacting

20   African-American and other communities of color.  I am very

21   disappointed that the DOJ believes that we are 99 percent of

22   the way to success, because what we know is that since the DOJ

23   has been here, since the settlement agreement has been filed,

24   we are still killing people who have mental health issues, and

25   they're dying because they are doing what they are told to do

 1   when they encounter a police officer.  But we also know that

 2   people suffering from mental health issues will never do what

 3   they are told to do because that's the nature of having a

 4   mental health issue.

 5          What I would like to leave you with is hope, because

 6   I am "Ms. Doom and Gloom," and I can tell you all of the things

 7   we haven't done and all of the things that aren't working, but

 8   I want to leave you with hope, because in my new position I

 9   will have the opportunity to totally transform who shows up

10   when a community member calls 911.  And I have the privilege of

11   working with the Mayor and my colleagues to introduce the

12   Portland Street Response, which will be a more, I believe,

13   humane way of addressing what the community is experiencing on

14   the street.

15          It is modeled after the CAHOOTS Program in Eugene,

16   Oregon, but here what we're basically going to do is when

17   people call and think a police officer is the appropriate

18   response, our 911 call takers will be able to do an assessment

19   and figure out who the right first responders should be and

20   then deploy those folks.  It may be that we are sending a

21   social worker and an EMT.  It may be that we are sending a

22   community advocate and an EMT.  We are still designing the

23   system, as we speak, but because we've made a financial

24   commitment to actually fundamentally changing how this process

25   works, it is my belief that this will change how police

1    function without being actually having to change how police

2    function, because if we send the right people out, we will have

3    less opportunity for people to be harmed by people who are

4    first responders and who are supposed to protect and serve.

5            I thank you, Judge Simon.  You have been very open

6    with the community through this entire process, and I trust

7    that you will make a good decision that will benefit our

8    community

9            THE COURT:  Thank you.  And don't leave yet.  Thank

10   you very much for your comments.  I appreciate you being here.

11   I appreciate all of the work you do, and, frankly, those last

12   few words of optimism as well.

13           I have a question for you.  You talked about

14   conversations and interactions with police officers.  There was

15   something that we talked about several years ago that I have

16   not heard much talk about relatively recently, and I also

17   recall that you were one of the skeptics or people expressing

18   concerns and/or doubts about body cameras.

19           COMMISSIONER HARDESTY:  Yes.

20           THE COURT:  I would like to ask you and then also get

21   the views of Chief Outlaw too.  What's the state of the

22   thinking, or maybe there's a debate.  Maybe there is no common

23   view on body cameras.  But what's the state of your

24   understanding of pros and cons and where we may be going?  I

25   know it is not required under the settlement agreement, but it

 1   is not inconsistent with the settlement agreement.  We had some

 2   talk a few years ago that it may further the objectives of the

 3   settlement agreement, but then you also -- and some others --

 4   expressed some concerns and reservations.

 5            Where are we?

 6            COMMISSIONER HARDESTY:  I'm so glad you asked that

 7   question, Judge Simon.  The City of Portland will be hearing at

 8   the City Council meeting in the next couple of weeks a proposal

 9   for a pilot program around body cameras with Portland police

10   officers.

11            I still today am totally opposed to body cams.  I'm

12   really, really opposed to this pilot project because the former

13   mayor gave away any pretend oversight of body camera footage to

14   Portland Police Bureau.  So the policy that is not actually a

15   policy yet would allow police officers to view body cam footage

16   before writing a written report and reviewing any community

17   footage before they are investigated by a police investigative

18   entity.

19            I totally oppose us spending $162,000 on a pilot

20   project for several reasons:  One, we could not afford to buy

21   body cams and implement it based on the current costs and data

22   storage needs of body cams.  More importantly, we know more

23   today than we knew before about body cams and what the studies

24   that have been done that weren't paid for by the people trying

25   to sell body cams.  What those new studies tell us is that body

1    cams does nothing to change the behavior of officers or the

2    outcome for community members.

3              I will remind you, Judge, what I said a couple of

4    years ago.  We have seen lots of body cam footage all over the

5    country of community members being brutalized by law

6    enforcement, and we have seen none of those videos lead to the

7    prosecution and firing of police officers.

8              THE COURT:  I appreciate those comments.  I recall

9    what you said.  I do recall the studies from a number of years

10   ago that talked about the existence of body cameras playing a

11   positive role in de-escalating conflict.  I recall the response

12   is that they were financed largely by sellers of body cam

13   systems.

14             I do have observations, generally, that -- whereas

15   recollections and testimony can be inconsistent, infallible, or

16   even worse, and even photographs can be partial or

17   incomplete -- but where we have a complete photographic record

18   of what's going on, that tends to be pretty persuasive evidence

19   of what happened.

20             Go ahead.

21             COMMISSIONER HARDESTY:  Sorry, Judge.  I was just

22   going to say that the challenge for me is if I am at a scene of

23   an incident and I'm required to write a report before I go

24   home, I should not have to review the footage to determine what

25   I was involved in before I write my written report.  If we're

1   going to invest millions of dollars in buying the technology

2   and then more millions of dollars in actually storing data, it

3   is imperative that the public get something out of that

4   investment.

5        Based on what we've been presented, the public gets

6   absolutely nothing out of that investment of all those

7   resources, right, because if the police get to decide what the

8   public sees, that's not accountability.  That's a police tool

9   that they get to play with, and the public has no access to it.

10  The public doesn't know whether or not a good decision was

11  made.  If the police officer doesn't know what they did at the

12  end of the night and they can't write their report without

13  looking at a video, they are in the wrong line of work.

14       THE COURT:  As always, you make a very fair point.

15  But just because one particular way of implementing one

16  particular tool has a number of problems and drawbacks doesn't

17  mean that the tool implemented a different way wouldn't have

18  value.  That said, it is not my decision as part of this

19  settlement to order anything there.  I just want to facilitate

20  the discussion.  I appreciate you updating me on the state of

21  the discussion.

22       COMMISSIONER HARDESTY:  Thank you, Judge.  I

23  appreciate you asking the question, because your name comes up

24  every time we have this conversation at City Hall, and the

25  implication is that you want us to have this.  So I would be

1    greatly appreciative if you would put on the record today that

2    you are not weighing in one way or the other about whether the

3    City should invest in this resource.

4         THE COURT:  I would say it is not my decision to

5    make.  I will even say, by way of full disclosure, I don't live

6    within the city of Portland.  I live in

7    unincorporated/other areas, and so I don't even vote for the

8    City officials.

9         COMMISSIONER HARDESTY:  Then I will make sure to tell

10   my colleagues that.  Thank you, sir.

11        THE COURT:  But I do view my contribution here as

12   facilitating discussion, and I appreciate your role in that.

13        Thank you.

14        Chief Outlaw, thank you.

15        By the way, I do want to note, Chief Outlaw, I

16   believe you've been at every one of these hearings since moving

17   to Portland.  I recognize that and very much appreciate it, and

18   my guess is so does the community.

19        CHIEF OUTLAW:  Thank you, Your Honor.

20        I appreciate the invitation to address the Court.  I

21   don't have prepared remarks because I didn't expect to come up

22   here, but now that I do have the opportunity to say something,

23   I do want to go on the record and publicly acknowledge the

24   PCCEP members.  There is a lot of time and dedication and

25   commitment that has been put in over several months on a

1    volunteer basis, and I think that's very, very important to

2    recognize, because there are consultants all over the country

3    that get paid a lot of money to do what they are being asked to

4    do.  So I want to say thank you again, and I acknowledge the

5    work you do.

6              PPB has a huge vested interest in the success of the

7    PCCEP.  I'm not interested in another advisory committee that

8    meets for the sake of meeting.  We have blind spots.  We don't

9    know what we don't know, and I'm relying upon the PCCEP to

10    provide us with not only recommendations, but with the

11    perspectives and the insight that we don't regularly get,

12    either because we are going a mile a minute focused on one

13    thing over here, or we just don't have that representation that

14    is represented in the PCCEP.  So thank you for your time and

15    your effort.

16              I'm not coming up here to defend PPB against

17    everything that has been said, but I also want to say that I'm

18    proud of the work that the men and women at the PPB are doing.

19    We have made a lot of progress.  Of course, there is work to be

20    done.  There is always work to be done, because we're a

21    learning organization.

22              We all know that the nature and the role of our jobs

23    has changed over the years because of the change and complexity

24    of societal issues and, because of that, expectations of police

25    officers are also changing.  Where I personally struggle is

1    balancing those expectations, making realistic expectations,

2    but balancing the expectations of the community, of officers,

3    which are also part of the community, but also making it very

4    clear that we are still law enforcement and we have a job to

5    do.

6           But I believe we can continue to do our jobs with

7    compassion and recognizing the humanity of those who we provide

8    service to.  So I, too, come before you today with hope and

9    optimism.  All is not lost.  We are all partners here.  We are

10   not adversarial.  I meet with everyone in this room -- not

11   everyone -- but all of the partners at this table in this room

12   on a regular basis, because I welcome, again, the input and

13   feedback.  And I think we can get there.  It doesn't have to be

14   prolonged or over months and months and months, but I think we

15   will get there.  And I am excited about it.

16          Thank you for the opportunity to be heard today.  I

17   also want to acknowledge that my executive team is here as

18   well, and you'll be seeing them here in court with me whenever

19   we are in front of you.

20          THE COURT:  Thank you.  You're always welcome.  Thank

21   you, Chief Outlaw, for your comments as well.

22          I have a question for the Government's attorney.  The

23   next substantive item on our agenda is a presentation by the

24   United States regarding the compliance assessment overall with

25   the settlement.  I also know that the parties have requested

1   about 60 minutes for a lunch break.

2           Do you have a preference?  Would you like to do your

3   presentation on compliance assessment now and then we will take

4   a lunch break, or would you like to basically take a lunch

5   break until about a quarter to 1:00 and then we will do the

6   compliance assessment presentation at that time?  It's your

7   preference.

8           MR. GEISSLER:  Your Honor, it seems more logical to

9   do all of the presentation on compliance together and take a

10  break now.

11          THE COURT:  All right.  Is that acceptable to

12  everybody?

13          All right.  We will be in recess for 60 minutes.  We

14  will begin at 20 minutes to 1:00 by that clock.  So let's take

15  a 60-minute lunch recess.

16          MR. GEISSLER:  Thank you, Your Honor.

17          (Recess.)

18

19

20

21

22

23

24

25

1                    (Afternoon session; open court; proceedings resumed:)

2                    THE COURT:  The United States' presentation on

3     compliance assessment.  You may proceed whenever you are ready.

4                    MR. GEISSLER:  Thank you, Your Honor.

5                    May it please the Court.  We have divided the

6     compliance of the settlement agreement by provisions with my

7     colleague, Mr. Hager, and myself.  I will speak to Section 3,

8     use of force; 4, training; 7, EIS; and 8, accountability.

9                    Mr. Hager will speak to community-based mental

10    health, crisis intervention, and community engagement.

11                   The United States' compliance assessment report filed

12    with this Court provides the most wholesome explanation of our

13    current compliance regulations.  We are pleased to take this

14    opportunity today, however, Your Honor, to address a few

15    particular points within that report and then to address

16    Your Honor's questions, if any, with respect to our report for

17    the subject areas that Mr. Hager and I will be covering.

18                   Overall, Your Honor, the take-home message is that

19    the City of Portland is now in substantial compliance with all

20    of the provisions of the settlement agreement except the

21    180-day provisions that affect the accountability sections --

22    Section 8 and Section 9 -- where the City is making substantial

23    progress in the community engagement section.  This is a

24    significant achievement to be at this point for a settlement

25    agreement that has been in effect from final approval for fewer

1    than five years.

2           Once the City achieves substantial compliance with

3    all sections of the settlement agreement, as Your Honor pointed

4    out this morning and one of the other speakers addressed, the

5    City will need to maintain that state of compliance for a

6    period of one year before the parties come back before this

7    Court and seek final dismissal.

8           With respect to the use of force, Your Honor, in our

9    last compliance report, in 2017, we knew that PPB had adopted a

10   force policy as part of its force policy suites, as directive

11   1010.  That policy met the requirements of the settlement

12   agreement, but it's not static.  It was still subject to change

13   as the organization changed and subject to challenges.

14          We also reported that implementation of the approved

15   policy would require further training specifically concerning

16   de-escalation.  We have now had the time to see the results of

17   the full implementation of the use-of-force policies.  In this

18   past monitoring period, we have observed, of course,

19   use-of-force training, implementation, and outcomes.

20          Training has stressed critical decision-making skills

21   and de-escalation that the compliance officer and Department of

22   Justice reviewed and edited lesson plans and instructional

23   material.  Like before, PPB trained all officers on the

24   use-of-force policy, both through classroom settings and

25   through demonstration and scenarios, but this time PPB gave

1    even more emphasis to de-escalation throughout the course of

2    the interaction with an individual.

3            Importantly, PPB conducted a separate training, as

4    well, for supervisors on the requirements of force reporting

5    and investigations, including Directive 1010.10.  That is the

6    response to the most critical abuses of force.

7            We observed implementation not only through

8    assessment force reports, but also through ride-alongs with

9    field training officers, or sometimes called coaches, where

10    trainees are quizzed force policy requirements throughout

11    interactions of the day.  PPB force reports from all sorts of

12    interactions, not just those FTO interactions, showed frequent

13    use of disengagement and utilization of special units, like

14    ECIT.  PPB also had implemented more rigorous force audits and

15    provided force use data, both publicly and directly to the

16    Training Advisory Council.

17            So what outcomes have training and implementation

18    yielded?  We now have a palpable period of time to assess the

19    outcome of PPB's change-in-force policy.  In the fourth quarter

20    of 2017, shortly after the change-in-force policy, PPB used

21    force 226 times.  In the fourth quarter of 2018, after more

22    training and the effects of the after-action reviews for each

23    of the force uses, PPB has used force 177 times.  That's a

24    decrease of 22 percent.

25            Our review of the sample of force events that

1    actually did occur showed that PPB is now acting substantially

2    in compliance and in accordance with the approved force

3    policies.  One of the principal concerns in our original 2012

4    letter, if the Court will recall, was the use of Electronic

5    Control Weapons, ECWs, like tasers and other devices.

6            Data now show, as we have in our compliance report,

7    ECW use has dropped significantly since our investigation

8    began.  Even with a slight increase in reporting alone,

9    attributable to the more rigorous reporting requirements in the

10   force policy, PPB maintained a significantly lower level of use

11   of ECWs in the past five years than in the four years preceding

12   that period, and the graph at paragraph 68 of our report

13   substantially demonstrates that.

14           When PPB does use force, there is another outcome.

15   PPB has continued to internalize the value of providing medical

16   aid directly to the subjects rather than waiting for EMS.  PPB

17   has practiced that value many times, including in this

18   reporting period, providing immediate medical aid to an

19   individual who was the subject of a non-lethal officer-involved

20   shooting.

21           Next, Your Honor, I would like to turn to Section 4,

22   training.  We continue to observe that PPB highly values

23   training.  And as I've described today, in the monitoring

24   period, PPB implemented training, stress-equivalent

25   decision-making, and de-escalation.  PPB also responded to the

1    need for separate supervisory training, requiring a supervisory

2    in-service, which is in addition to the in-service for all

3    sworn officers.

4            PPB employed the competency-based evaluation system,

5    which we have lauded in the past, by way of tests, group

6    discussions, individual, ECW, and firearm qualifications,

7    physical skills demonstration-type scenarios.  Officers had to

8    demonstrate their proficiency in each required skill in which

9    they were trained, and then the instructors would critique the

10   outcome of each scenario.  Skills training, like ECW, continue

11   to include an oral quiz during the proficiency demonstration;

12   that is, integration on the policy within the training

13           PPB also shored up two areas that we previously said

14   needed improvement.  PPB developed a more comprehensive

15   training plan to address more than just the basic in-service

16   training, as the fire training plan had done.  PPB's training

17   plan now covers all training.  PPB was responsive to its own

18   needs assessment for training for force training and now

19   incorporates equity and procedural justice, use-of-force

20   decision-making and de-escalation.

21           The second area that needs to be shored up, PPB is

22   now utilizing its learning management software.  Your Honor

23   will recall that there was delay in the LMS implementation.  It

24   is now tracking all of its training.

25           Your Honor, with respect to Section 7, EIS, we noted

1   in our last report that PPB Employee Information System was a

2   work in progress and not well utilized.  Here, PPB's

3   performance has significantly improved.  With prompting from

4   the EIS administrator, supervisors are now performing the

5   required timely checks of their subordinates' EIS records,

6   their jacket, if you will, that follows them between

7   supervisors.

8        PPB has also enacted a series of standard operating

9   procedures, SOPs, for the handling of EIS alerts.  The alert

10  is, of course, when one crosses a threshold and should be

11  reviewed by a supervisor.  As we pointed out in our assessment

12  in paragraph 116, Your Honor, PPB is not closing as many EIS

13  alerts without action; rather PPB is now sending more alerts to

14  the responsible unit managers for their attention and action.

15       Consistent with this Court's approval of paragraph

16  117, as amended now, PPB has also developed SOP 47 on the

17  use-of-force inspector data to identify outliers as compared to

18  peers, supervisors, and groups.  The force inspector went even

19  further than what the settlement agreement now requires, and

20  for each of the outliers, he also identified solutions and

21  conclusions that the supervisor should addressed.

22       Chief Outlaw has gone beyond what paragraph 117

23  requires and has now directed for each of the patrol precincts

24  that PPB conduct risk assessment meetings.  We have directly

25  observed two of these meetings.  These efforts show that PPB

1    has internalized a risk mitigation framework that goes far

2    beyond and is more robust than what 117 requires

3              With respect to Section 8, Accountability,

4    Your Honor, that has been both the section where PPB has

5    demonstrated some of the most impressive progress during a

6    small training period, but also an area most difficult to bring

7    into substantial compliance.  PPB and the Independent Police

8    Review, IPR, implemented long plan changes to the

9    accountability system.  With significant input from the

10   compliance officer and the Department of Justice, PPB and IPR

11   each completed revisions to their directives on reporting and

12   investigation allegations of officer misconduct.

13             The City completed extensive joint training with IPR

14   and Internal Affairs investigators together to support

15   consistent investigative standards, even when IPR conducts its

16   own independent investigations.  The compliance officer and DOJ

17   attended these trainings directly and provided on-the-spot

18   feedback to better integrate the IPR and IA investigators

19   together in the training.

20             The outcome of the training is promising.  Our review

21   of a sample of the investigative files closed during this

22   monitoring period showed that by a preponderance of evidence

23   that supports the PPB's and IPR's findings sustained,

24   exonerated and unfounded.

25             Many of the accountability provisions in the

1   settlement agreement concern reporting and investigation of

2   critical force incidents as well.  Our review showed that the

3   City complied with its revised 1010.10 policy for each of these

4   incidents.  PPB sought on-scene public safety statements, when

5   necessary, and had witness officers provide on-scene

6   walk-throughs.  PPB also issued communication restriction

7   orders, CROs, even when required and even in a very chaotic

8   large situation.

9           The City improved the timeliness of many of its

10  investigations but still struggled with timeliness in some.

11  PPB and IPR are now taking steps to address that longstanding

12  issue.  In order to reach substantial compliance, the City

13  needs to implement corrective action plans to address the new

14  complaints and more expeditiously handle them and to identify

15  the times and areas in which the City, IPR, and PPB do not have

16  access to evidence and must reasonably toll the administrative

17  investigation.

18          The City must also demonstrate that changes to

19  investigations in which the Bureau of Human Resources

20  participates have cured the previously delinquent

21  investigations in those cases.

22          Are there any questions on my areas, Your Honor?

23          THE COURT:  Yes and no.  First of all, I understand

24  your report on the directions toward achieving substantial

25  compliance.

1          You mentioned de-escalation efforts.  I know it is

2     not required by the settlement agreement, but let me ask you,

3     does the United States have a view as to the relative benefits

4     and disadvantages of what we have talked about the last couple

5     of years, and that is body cameras?

6          MR. GEISSLER:  The United States does not have an

7     official view.  We do have cases that have body-worn cameras,

8     and we have been able to use those for the benefit of

9     enforcement and the consent decree --

10          THE COURT:  Do I correctly understand from that

11     answer, in the other cases where they have been used, they have

12     been shown to be helpful in achieving the objectives of those

13     settlements?

14          MR. GEISSLER:  They have.  They have been helpful in

15     ensuring compliance to a policy that is approved by the

16     United States for body cameras.  In that respect, that is an

17     action that comports with civil rights, and they have been

18     helpful in providing information that is subject to police

19     interactions and the officers themselves.

20          THE COURT:  Thank you very much, Mr. Geissler.  I

21     appreciate your report.

22          MR. GEISSLER:  Thank you, Your Honor.

23          THE COURT:  Mr. Hager.

24          MS. REEVE:  Thank you, Your Honor.  Jared Hager on

25     behalf of the United States.

1          As Mr. Geissler previewed, I am going to address

2     compliance with Sections 5, 6, and 9.  Section 5 is

3     community-based mental health services, paragraphs 88 to 90.

4     We find the City remains in substantial compliance with these

5     provisions.  As we previously reported, the City, through PPB

6     and the Bureau of Emergency Communication, or 911 in common

7     parlance, has regularly engaged their system partners to bridge

8     the gap in mental health services, and they continue to do so.

9          PPB works with community partners to increase

10    delivery of services and to decrease the number of contacts

11    with law enforcement.  The Behavior Health Unit has two

12    different teams that proactively reach individuals in need of

13    mental health addiction and related care services.  Those are

14    the Behavioral Health Response Teams, the BHRT, and the Service

15    Coordination Team.

16         This year, the City expanded the Behavior Health

17    Response Team, adding two units to the three that are required

18    by the agreement.  That's paragraph 106.  These units pair an

19    officer with a qualified mental health professional from

20    Cascadia's Project Respond, and they have been instrumental in

21    helping connect people with mental illness and frequent police

22    contacts to community-based services so that those people might

23    avoid the next law enforcement contact.

24         The Service Coordination Team, for its part,

25    collaborates with system partners throughout the region.  They

1    advise the Oregon Health Authority on implementing the State's

2    mental health performance plan.  Locally, they have reduced

3    arrests and increased employment and housing of community

4    members by helping connect people to key services.

5         Separately, PPB's patrol officers continue to use

6    their crisis intervention training and enhanced crisis

7    intervention training to recognize signs and symptoms of mental

8    illness and to engage ambulance services to take individuals to

9    a hospital rather than to jail.

10        Finally, the PPB Behavioral Health Unit Advisory

11   Committee is comprised of and works with a wide array of system

12   partners, including people with lived experience, non-profit

13   service providers, advocacy organizations, governmental

14   agencies, and peer advisers too.

15        As for BHUAC, it has deployed quality assurance

16   measures to better triage calls, including by diverting 911

17   calls away from a police response, when appropriate.  For

18   example, dispatchers can and do transfer suicide calls to the

19   Multnomah County Crisis Line when immediate counseling and

20   connection to services is more appropriate and more suitable

21   than an immediate police response.

22        These efforts provide clear benefits to the broader

23   community, and we expect the City to remain engaged with its

24   partners to address gaps in community-based mental health

25   services.  These, like other provisions of the agreement, are

1    continuing obligations.

2            Section 6 concerns crisis intervention, and that's

3    paragraphs 91 to 115.  The United States has now found the City

4    has substantially complied with all 24 provisions, as spelled

5    out in our compliance report.  So what has changed in the last

6    18 months?  Well, the City has demonstrated the overall

7    effectiveness of the crisis response model, which consists of

8    three things:  A, policy.  That's PPB directive 850.20, which

9    is titled "Police Response to Mental Health Crisis."

10           B, training.  And that's 40 hours of crisis

11   intervention training for all officers, an additional 40 hours

12   of enhanced crisis intervention training for the volunteer

13   group of 140-plus ECIT officers, as well as annual in-service

14   refresher training that all officers receive on mental health

15   response.

16           And C, its practice, which is backed now by reliable

17   data showing generally successful outcomes and quality

18   assurance measures to ensure continued improvement over time.

19           As a result of these three things, this year the

20   United States gave final approval to Directive 850.20.  This

21   policy emphasizes de-escalation and, where appropriate,

22   disengagement.  The policy also codifies PPB's efforts to

23   ensure a noncriminal resolution for persons with actual or

24   perceived mental illness, including by referral to mental

25   health services and by hand-off to an ambulance for transport

1   to a hospital.

2            Finally, the policy incorporates the ECIT's dispatch

3   criteria, which reflects the combined good work of PPB and

4   BHUAC to ensure the success of the City's mental health crisis

5   response model.

6            The criteria reflects a contextualized crisis

7   intervention approach to triage mental health crisis calls by

8   directly dispatching ECIT officers to those calls that pose a

9   relatively greater risk of harm to the subject or to the

10  public.

11           We had previously reminded the Court of these

12  criteria, but they recently expanded by adding a new category,

13  and it bears repeating, given that our evaluation of this

14  dispatch criteria, in practice, has resulted in our final

15  approval of the policy.

16           BHUAC will send an ECIT officer to seven types of

17  mental health crisis calls:

18            1.   Upon the request of a citizen.

19            2.   Upon the request of a responding officer.

20            3.   When the subject is violent.

21            4.   When the subject has a weapon.

22            5.   When the subject is threatening suicide and has

23  the means to carry through with that suicide.

24            6.   When a call is from a residential mental health

25  facility.

1        7.   The new category, when the subject's behavior is

2   escalating the risk of harm to self or others.

3        I want to emphasize that categories 1 and 2 could, in

4   theory, capture all mental health crisis calls.  We want

5   Portlanders to know that if you want a ECIT officer to respond

6   to your 911 mental health crisis call, you just have to ask,

7   and there is no magic set of words.  You could say, "Send ECIT.

8   You could say, "Send a specialist mental health officer," and

9   that would work.  BHUAC officers and PPB officers are trained

10  on that, and the BHU emphasizes that in both its training

11  internally and in the community.

12       As for training more broadly, the United States and

13  expert consultants have observed firsthand PPB's crisis

14  intervention, enhanced crisis intervention, and the annual

15  refresher training.  We have also observed BHUAC's training on

16  recognizing the signs and symptoms of mental health crisis to

17  ensure appropriate dispatch and triage decisions.

18       We have repeatedly found this training to be

19  qualitatively excellent, and we are not alone in that

20  assessment.  PPB and BHUAC have received regional and national

21  endorsement of their mental health response training.  BHUAC,

22  in particular, has been called on to train other groups

23  throughout the state and the nation.

24       For its part, PPB continues to improve its training

25  by incorporating community members and licensed professionals

1    and by expanding content.  As one example, a PPB officer, who

2    is also the mother of a child on the autism spectrum, joined

3    with a professional to lead a very well-received presentation

4    on appropriate interactions with those individuals.

5           PPB also added training focused on juveniles in

6    crisis.  As Mr. Geissler and the compliance officer have

7    mentioned in their reports on the training, PPB has folded into

8    its comprehensive plan both notions of equity and procedural

9    justice.

10           Good policy and training are the seeds of good

11    practice, and reliable data quantitatively confirms PPB's

12    improved response to calls involving a mental health component.

13    Over the 19-month period from October 2017 to April 2019, PPB

14    officers responded to over 40,000 calls involving an actual or

15    perceived mental health issue.

16           Force was used in fewer than 1 percent of those

17    calls.  The majority of that force is category 4, the lowest

18    level of force, defined as not reasonably likely to result in

19    physical injury.  40,000 calls; fewer than 300 uses of force.

20           Category 2 and 3 force, which includes the use of

21    ECWs or tasers, amount to 78 cases over that 19-month period,

22    or just one-fifth of 1 percent of encounters.  This is a

23    substantial and demonstrable improvement from when our

24    investigation began.

25           Now, the United States is mindful that the use of

1    deadly force, category 1 force, is the most consequential power

2    granted to law enforcement.  And a handful of these tragic

3    cases have an understandable impact on public perception of

4    PPB's approach to crisis intervention.

5         But in addition to overall force being way down, the

6    reality is that officers connected with PPB's Behavioral Health

7    Unit have saved many lives.  PPB's proactive response teams

8    have helped people to necessary life-changing services,

9    including housing and employment, and PPB's patrol officers,

10   the ECIT and non-ECIT, have regularly achieved positive

11   outcomes in terms of transporting those in need to a hospital

12   and avoiding the use of force altogether.

13        The final piece of our approval is data-driven

14   quality assurance.  At both PPB and BHUAC, we have seen efforts

15   to learn and to adapt and to improve through the collection and

16   analysis of relevant data.  For example, BHUAC and PPB

17   regularly audit 911 calls, in collaboration with system

18   partners, to improve training on ECIT dispatch protocol and

19   recognizing the signs and symptoms of mental illness.

20        These audit programs are designed to outlast the life

21   of the settlement agreement, and they serve as a testament to

22   the City's various bureaus, acting as a learning organization.

23   For these reasons, the United States believes the City has

24   demonstrated the effectiveness of its crisis intervention

25   approach and substantial compliance with Section 6 of the

1    agreement.  We expect and we will ensure that the City

2    maintains its compliance for the duration of the case.

3           The last topic I'll discuss is Section 9 on community

4    engagement.  That's paragraphs 141 to 152 of the amended

5    agreement.  These are conditionally approved terms by which the

6    Court has directed or advised us, I should say, to assess the

7    City's compliance.

8           Now, we talked at some length this morning about the

9    progress of the Portland Committee on Community Engaged

10   Policing, or PCCEP, but taking a step back, the United States

11   has observed that the City, through its various bureaus,

12   engages in outreach initiatives to hear community voices and to

13   advance equity inclusion and improve local government services.

14          PPB's noteworthy efforts include the universal review

15   process that take public comment on every one of its policies

16   every two years.  They have various councils and committees and

17   boards, like the Training Advisory Council that you have heard

18   a little bit about today, and they make recommendations too and

19   interface with the training division and numerous other

20   community events that the Bureau engages in.

21          Likewise, BHUAC and IPR, the Independent Police

22   Review, engage in community outreach to help members of

23   Portland's many diverse communities effectively access 911

24   services and lodge allegations of misconduct.  IPR, for its

25   part, now conducts a monthly outreach program that they call

1    cultural connections that has met so far the Muslim Advisory

2    Council, the City's Tribal Liaison, and similar groups.

3              As for the PCCEP, we have found that the City has

4    substantial compliance with 9 out of the 12 paragraphs.  This

5    isn't to say that those obligations aren't continuing.  Like

6    everything else, they're continuing obligations.

7              The City has empowered PCCEP to independently assess

8    the implementation of a settlement agreement.  They have

9    empowered PCCEP to solicit information from the community and

10   to make recommendations about policing, and the City has

11   enabled PCCEP members to conduct business without undue

12   influence or interference with their self-direction.

13             Thus, while some community members have criticized

14   PCCEP's failure to exercise a particular power or address a

15   particular issue, we are mindful that PCCEP's volunteer members

16   have allocated their scarce resource of time in a deliberate,

17   and we find, acceptable manner.

18             Its subcommittees, from the gamut, include a

19   settlement agreement and policy subcommittee, a youth

20   subcommittee, a race subcommittee, and a subcommittee for

21   persons with mental illness.  Those subcommittees all accept

22   public members, and so I would encourage anyone that is

23   dissatisfied with the direction that the PCCEP is taking to

24   come to a subcommittee meeting and join a subcommittee.

25             Now, PCCEP has begun to successfully discharge its

 1   duties under the PCCEP plan.  There have been challenges.

 2   PCCEP membership has seen over a 50 percent turnover in

 3   membership in the first nine months, but most resignations due

 4   to relocating, as I mentioned, and the PCCEP and the City moved

 5   swiftly to fill the vacancies to refill a pool of alternate

 6   candidates.  Orientation and training for the new alternates is

 7   slated for later this month.

 8        Work remains to be done, particularly as it relates

 9   to increasing the diversity of public participation and

10   creating recommendations for PPB's community engagement plan,

11   and the City also needs to provide PPB's 2018 annual report to

12   PCCEP for comment and release it to public.  Now, that's going

13   to happen later this month.  The draft has been formed that is

14   going to PCCEP.  Then they need to hold precinct meetings,

15   which I know several members have commented on today.

16        Like the rest of the settlement agreement, I want to

17   emphasize one more time the terms of Section 9, the continuing

18   obligation of the City, and we will continue to monitor PCCEP's

19   regular meetings.  We will provide technical assistance, if

20   needed, and report to the Court to ensure PCCEP continues to

21   accomplish the objectives set forth in the plan and in the

22   agreement.

23        Your Honor, that concludes my presentation.  I'm

24   happy to answer any questions you have

25        THE COURT:  Thank you very much, Mr. Hager.  I have

1    one question.  It's a very specific question, and it may simply

2    reflect my lack of understanding on this issue.

3             But you mentioned that for persons who are either

4    threatening suicide or exhibiting a risk of suicide, there's a

5    referral made over to the Multnomah County Crisis Line.  Can

6    you tell me what's the relationship between the Multnomah

7    County Crisis Line and Lines For Life?  Do you know?

8             MR. HAGER:  I don't know, but I'm happy to follow up.

9             THE COURT:  Well, let me ask.  Who here can tell me?

10            Please state your name for the record.

11            MS. PAYNE:  My name is Melanie Payne.  I am the

12   training manager for BHUAC.  Lines For Life is a national

13   nonprofit suicide hotline.  They do have a site here that

14   answer calls -- and all over the country.  The Multnomah County

15   Crisis Line is Multnomah County funded mental crisis line, and

16   they do all sorts of services.  We have a partnership with

17   Multnomah County Crisis Line.  We don't have a partnership with

18   Lines For Life.  That has been explored, but right now our

19   partnership is with Crisis Line.  The crisis line can also

20   connect you to -- they can get into walk-in clinics.  They have

21   access to a lot of other services.  Lines For Life frequently

22   refers callers to us.

23            THE COURT:  That's very helpful.  The reason I ask, I

24   know that Lines For Life has received national recognition for

25   their work in Oregon, in Portland, and I was just wondering

1    what that connection was, if any, and that was very helpful.

2            I appreciate that.  Thank you.

3            All right.  At this time I will invite the compliance

4    officer, Dr. Rosenbaum.

5            DR. ROSENBAUM:  Thank you, Your Honor.

6            Dennis Rosenbaum, compliance officer.  Since we last

7    appeared before you, the City and the Portland Police Bureau

8    have implemented a number of changes that you've heard about

9    here today and has brought them much closer to achieving

10   substantial compliance with the terms of the settlement

11   agreement.

12           The United States/DOJ has already covered much of

13   that.  I apologize for any redundancy.  I think they did a good

14   job of listing some of the details.  We are doing an

15   independent assessment, as you know.  But I do want to say that

16   there is substantial agreement between DOJ and the compliance

17   team.

18           I want to emphasize upfront that the substantial

19   compliance with the agreement does not mean that there is no

20   room for the Police Bureau to continue on a path of

21   improvement, especially in community police relations and

22   public trust.  As with all learning organizations, there is a

23   lot of work to always be done.  Rather than -- I guess

24   "substantial compliance" means, in my judgment and in our

25   judgment, that the City has completed the reforms required by

1     the settlement agreement and has made a good-faith effort to

2     fulfill this obligation without cutting corners and just

3     checking the boxes and that sort of thing.

4           It also means, especially for the way we have looked

5     at it, that the systems for tracking performance and for taking

6     corrective action are now in place and should help to prevent a

7     pattern or practice of misconduct from developing in the

8     future.

9           So let me just briefly summarize some of the status

10    of each of the major sections that DOJ did.

11          On Section 3, on use of force, we reported that the

12    City and the Bureau have received substantial compliance for

13    nearly all paragraphs and have created a complete system for

14    reviewing and managing use-of-force incidents, and that

15    includes policy changes, training changes, audits, and

16    accountability measures.

17          In addition, our independent review of use of force

18    indicates that the Police Bureau's overall uses of force are

19    consistent with constitutional standards in general.  Over the

20    past five years the Bureau has revised its use-of-force

21    directives, provided training on use of force, including Taser

22    deployment, provided training on de-escalation and force

23    mitigation, and implemented a system of review for all

24    use-of-force events.

25          As a result, for example, officers are no longer, in

1     general, confusing command and control tactics with

2     de-escalation during tense interactions, as they were in the

3     beginning.

4          The Bureau's inspector continues to conduct careful

5     reviews of all use-of-force events that they might have for

6     policy training, equipment, and personnel.  And in our review

7     of use-of-force cases independently confirm the findings of the

8     inspector's analysis regarding the objective reasonableness of

9     force applications and supervisory reviews of those incidents.

10    So when a problem did arise, the officers did receive

11    corrective action.

12         As required, the inspector also identified trends in

13    use of force at the officer unit and precinct levels and has

14    given feedback to unit commanders, supervisors, and training

15    divisions about these trends.  We have also seen evidence of

16    the inspector utilizing a formal feedback system, something

17    which we were insisting on, thereby memorializing the system

18    for future inspectors.  So these changes satisfied our

19    remaining recommendations for compliance with Section 3 on

20    force.

21         Section 4 on training, as you know, is at the heart

22    of the reform process, where new or revised policies on

23    use of force, accountability, crisis intervention, early

24    intervention with officers, and other key reforms are

25    translated into officer education and hands-on training.

1              After careful observation and analysis, we have

2     concluded that the Bureau has achieved substantial compliance

3     with nearly all of the paragraphs in Section 4.  They have

4     created an effective system of training that includes a careful

5     needs assessment upfront; high-quality training; rigorous

6     evaluation of instructors and students, as we have insisted on;

7     feedback of training results to training administrators; a

8     comprehensive audit of the training program; and user friendly

9     automated recordkeeping system on the training received.

10             If maintained, this training system should be a

11    driving force for continued improvement in street-level

12    decision-making by officers regarding force, de-escalation, and

13    procedurally just treatment of Portland residents.

14             Our assessment of training in 2018 revealed that only

15    three paragraphs had yet to achieve substantial compliance.

16    Two of those had reached substantial compliance by the end of

17    the first quarter of 2019; paragraph 81, requiring an

18    electronic database to capture all training records and one

19    that's accessible to supervisors; paragraph 85, requiring that

20    the inspector audit the training program.

21             The only remaining area of training where additional

22    work is needed, paragraph 84-A1A, which requires the Bureau to

23    increase the use of role-playing scenarios and interactive

24    exercises related to force, ethical decision-making, and peer

25    intervention.

1            And given the importance of procedurally just actions

2    for presenting escalation of tension and for making ethical

3    decisions, we have requested the Bureau's training division

4    give members more opportunities to practice interpersonal

5    skills related to procedural justice.

6            Specifically to achieve substantial compliance, the

7    Bureau is expected to design a training scenario where all

8    officers can rehearse the skills needed for a respectful, fair,

9    empathic, and effective communication with members of the

10   community and receive feedback on their performance.  We have

11   reviewed a draft of their scenario training and will be

12   providing feedback to the training division in the near future.

13           Sections 5 and 6 on mental health responses.  After

14   extensive analysis over several years, we are now confident

15   that the City is very near to substantial compliance with the

16   terms of Section 6 on crisis intervention and has already

17   substantially complied with Section 5 on community-based

18   mental health services.

19           I thought DOJ has done a very nice job of summarizing

20   some of those details.  The COCL team has previously maintained

21   that the dispatch criteria used by the BHUAC should be expanded

22   to allow ECIT officers to respond to more mental health calls

23   because of their demonstrated ability to handle these calls

24   differently than non-ECIT officers.

25           Over the past four years, the City has been

1   responsive by revising the BHUAC dispatch criteria, by revising

2   directive 850.20, and providing additional training to BHUAC

3   employees on multiple occasions.

4        More recently, BHUAC provided in-service training to

5   call-takers and dispatchers, expanding upon previous training

6   and reinforcing the mantra "when in doubt, send them out,"

7   referring to ECIT officers.

8        Initial impact of the training appears positive, with

9   a higher number of ECIT calls in April and May of 2019 compared

10  to those in the months of 2018.

11       We also bring to your attention, Your Honor, that the

12  Bureau has resolved data reliability issues that we had raised

13  earlier in paragraph 105.  Through the training of supervisors

14  and unified BHUAC and Bureau data set and quality assurance

15  checks on mental health templates submitted by officers, the

16  Bureau is now able to more accurately be able to document

17  interactions with persons with mental illness.

18       Looking at the larger picture, we want to emphasize

19  that the Bureau and the City have an excellent overall system

20  in mental health response compared to what we have seen in

21  other places.  When considering the Behavior Health Response

22  Team and the Service Coordination Team, working in conjunction

23  with the ECIT program, we believe Portland has a comprehensive

24  strategy that mitigates the original concerns articulated in

25  the settlement agreement.

1           Under Section 7, the Bureau is required to maintain

2    and enhance its Employee Information System, EIS, to more

3    effectively identify at-risk employees, supervisors, and a team

4    to address potentially problematic trends in a timely manner.

5    This includes the requirement that commanders and supervisors

6    conduct prompt reviews of EIS records for both current and new

7    employees under their supervision and to document the review;

8    that the review has occurred in the EIS performance tracker.

9           To achieve this, the Bureau has created a system that

10   notifies and reminds managers to complete their EIS reviews in

11   a timely manner.  Our analysis revealed that compliance rates

12   were low at the start, but the Bureau's enhanced notification

13   and reminder system for EIS reviews has led to nearly 100

14   percent compliance within the past six months.  Furthermore,

15   the between-unit differences that were observed have largely

16   disappeared with nearly all units completing the required

17   reviews on time.

18          The Bureau has also enhanced its EIS to identify and

19   address problematic trends at the individual group level.

20   Intervention rates for alerts related to force have increased,

21   suggesting that supervisor in-service training on this matter

22   was effective.

23          Additionally, the Bureau has begun performing

24   intervention for officers to receive EIS alerts for trends in

25   administrative complaints.

1            For paragraph 117, the Bureau continues to use force

2    audit data to identify groups, units, and supervisors.

3    Responding to our recommendations, the Bureau has revised its

4    SOP 47 to formalize the process for identifying outliers,

5    formally identifying groups to the RU managers, and managing

6    group-level transfers to improve trends.

7            Finally, as advocates for a more evidence-based

8    approach to policing, we are pleased that the Bureau is using a

9    risk management model to further identify potential problematic

10   officers, supervisors, and groups.  This risk management

11   approach, which involves the simultaneous analysis of multiple

12   variables that may help to predict at-risk employees and

13   at-risk behavior, goes beyond the requirements of a settlement

14   agreement and represents a more comprehensive approach to

15   potential problematic trends.

16           Section 8, on officer accountability, last year we

17   reported progress made by the City to achieve due process

18   during administrative investigations and enhanced civilian

19   oversight.  The independent police review, or IPR, has

20   continued to take on more cases, and we continue to believe

21   that additional civilian oversight is a good trend for Portland

22   and for the nation as a whole.  However, this translation has

23   not come without a price.  Such investigations were new to IPR

24   and IPR investigators, and so this required policy changes,

25   joint training, and other adjustments, as some others have

1   discussed.

2          But as we reported, IPR administrative

3   investigations, in general, are being done in a comprehensive

4   manner and are producing incredible and reliable findings.

5   Perhaps the most challenging requirement of the entire

6   settlement agreement is paragraph 121, which requires the City

7   to complete administrative investigations within 180 days of

8   the receipt of a complaint of misconduct or discovery of

9   misconduct by other means.

10          The Bureau and IPR have struggled with this

11   requirement but have made progress completing the various

12   stages of administrative investigation in the past six months,

13   as we have documented in our report empirically.

14          Over the past, the Bureau, IPR, DOJ, and COCL have

15   been engaged in a serious dialogue about this issue.  Both the

16   Bureau and IPR have critically reviewed their protocols for

17   conducting administrative investigations and have carefully

18   analyzed the reasons that cases have exceeded the 180-day

19   timeline.  So we are pleased with that kind of empirical

20   analysis.

21          A number of factors that can reasonably extend an

22   investigation beyond 120 days for good cause have been

23   identified, such as the number of alleged officers, the number

24   of witnesses, the number of allegations, the nature and

25   seriousness of those allegations, and the need for outside

1  forensic evidence testing, just to name a few.

2           However, there are other factors, such as a lack of

3  adequate supervision and management structure, that need to be

4  corrected and are in the process of being corrected.  This

5  week, the DOJ, COCL, and the City met to discuss this issue in

6  detail and to evaluate the factors that inhibit expeditious

7  investigations.

8           Some of the larger delays have occurred at IPR, and

9  in response they have proposed a new project management

10  structure that includes timelines for each stage of the

11  investigation, stronger supervision and management oversight,

12  and more support for our investigators who are facing difficult

13  cases or heavy workloads.  We believe this is a reasonable

14  approach to correcting this problem.  Also, IPR and Internal

15  Affairs hold weekly meetings to ensure that cases are moving

16  ahead with fewer interruptions, although keeping their

17  independent assessment.

18           As a result of these corrections, Your Honor, the

19  City has made considerable progress on this issue, as reflected

20  in the reduced time needed to complete various stages.

21  However, we wish to emphasize that efficiency is not the only

22  consideration.  The community, as well as our legal system,

23  expects a thorough and fair investigation of the facts and

24  carefully develop findings based upon the preponderance of the

25  evidence, and that takes time.

1              Section 9, as you know, requires the City to create

2      and support a system of community engagement around the terms

3      of the settlement agreement.  To achieve this goal, the

4      Portland Committee on Community Engaged Policing, or PCCEP, has

5      been empowered to replace the COAB.  This is obviously the

6      topic of the day

7              THE COURT:  Or at least the morning.

8              DR. ROSENBAUM:  The morning for sure.

9              Under Section 9, the Bureau is also expected to make

10     additional community outreach efforts to promote confidence in

11     the Bureau and facilitate police-community relations.  The

12     Bureau has done a lot of that, especially under the new chief

13     with their five-year outreach plan.  I'll talk about that in a

14     second.

15             In our fourth quarter report of 2018, we covered

16     community engagement that the Bureau is doing in considerable

17     detail, and we later provided an update in our first quarterly

18     report in 2019.

19             Let me briefly summarize some of this work, first of

20     the PCCEP and then the Bureau.

21             Our analysis suggested that the City invested

22     considerable time and resources in recruiting and training and

23     supporting members of the PCCEP, and we observed this entire

24     process.  Since then, PCCEP has continued to function as a new

25     body that seeks community input and makes recommendations about

1    ways to improve police-community relations.  PCCEP has met

2    regularly since their inaugural November meeting, including

3    holding town hall meetings in January and April of 2019 to

4    review our compliance findings and conduct other business.

5            PCCEP has established four subcommittees, as people

6    have already discussed, though attendance at these meetings has

7    been sparse.  Since PCCEP was originally seated, several

8    members have resigned, as has been discussed, but alternatives

9    have been elevated to fill these seats, and they're operating

10   at near full capacity.

11           More importantly, there are a number of people in the

12   pool of alternates, and the City's staff have finalized a

13   process to ensure that the alternate pool is repopulated, as

14   needed.

15           Our overall assessment, frankly, is that PCCEP is on

16   track to function as a legitimate body of community engagement

17   and feedback on the performance of the Bureau.  The members,

18   from our perspective, are very talented, thoughtful, and

19   motivated to make a difference in police-community relations,

20   and you've heard from them here already.

21           As we would expect from an independent body, the

22   members have not been elected to express criticism of the

23   Portland Police Bureau, which I think is equally important.  In

24   sum, we believe this group, if supported by the City and if

25   supported and endorsed by other stakeholders in Portland, has

1   the capacity to engage effectively with the Bureau and the

2   authority to hold them accountable for strategies linked to

3   public trust.

4        Substantial compliance for paragraph 142 will be

5   assigned when PCCEP can complete the work required in the PCCEP

6   plan and can contribute to the Bureau's community engagement

7   plan.  We are also tracking the City's progress to hire a PCCEP

8   project director, project manager, and community organizer.

9   The first round of interviews with this project director

10  occurred in early June, and our understanding is that the

11  hiring is expected by the end of this month.

12       Quickly, to the Bureau's work in community

13  engagement, as we described in our reports, the Police Bureau's

14  other community engagement work has been extensive, working

15  with marginalized and at-risk communities through various

16  outreach programs and activities.  The remaining community

17  engagement task for the Bureau to achieve substantial

18  compliance, under paragraph 145, are, A, to develop a working,

19  transparent working relationship with PCCEP; and B, to develop

20  a reasonable community engagement plan with input from PCCEP.

21       At the March PCCEP meeting, Chief Outlaw and her

22  staff presented the community engagement component of the

23  Bureau's five-year strategic plan to provide a framework for

24  developing the community engagement plan, as required under the

25  settlement agreement, and seek community input from PCCEP.

1              Furthermore, the Bureau has attended PCCEP

2    subcommittee meetings and distributed a template for receiving

3    community input on a community engagement plan.

4              A citywide survey, by the way, of community members,

5    required in paragraph 146, has been developed, has been

6    reviewed by PCCEP, and our professional opinion is that the

7    survey methods were sound.  I am happy to talk to you about

8    that more, if necessary.

9              The survey is complete now.  The results have been

10   delivered to PCCEP and released to the community.  So the final

11   step to achieve substantial compliance is for the City and

12   PCCEP to use the results to inform the work of the PCCEP and

13   the development and implementation of the community engagement

14   plan.

15             The Bureau has completed the requirements of 147 to

16   collect and distribute precinct level demographic data that can

17   be used for outreach and policing programs specifically

18   tailored to local residents and to inform the work of PCCEP.

19   Using Census Bureau data, the Bureau has now delivered this

20   information to PCCEP containing these precinct-level

21   demographic statistics.

22             The Bureau has also collected, analyzed, and reported

23   demographic data on police encounters with the public, as

24   required by paragraph 148, to examine potential bias and police

25   stops by race, age, sex, and mental health of a community

1  member.   The Bureau has submitted these data as well to PCCEP.

2           Paragraph 149 required the Bureau, the DOJ, and COCL

3  to agree on a set of metrics and present them to the PCCEP for

4  review.   That work has been completed, Your Honor, and we

5  agreed on several indicators of community engagement and

6  outreach for the Bureau.   I won't list those now, but I am

7  happy to, if you'd like.

8           Finally, in paragraph 150, it requires the Bureau to

9  issue an annual report with specific content.   The timely

10  release of these reports have been a problem in the past, but

11  that has been corrected this year.   The final version of the

12  2017 report has been released, and we are awaiting the 2018

13  report, which the Bureau anticipates releasing this month.   We

14  can assign substantial compliance with paragraph 150 when the

15  Bureau is completed precinct presentations on the report and

16  has presented its annual report to the City Council.

17           Thank you, Your Honor

18           THE COURT:   Thank you, Dr. Rosenbaum.   I appreciate

19  that presentation.

20           All right.   At this time let me invite the AMA

21  Coalition to discuss overall compliance with the agreement.

22           Is that you, Ms. Albies?

23           MS. ALBIES:   Good afternoon, Your Honor.   Dr. Bethel

24  will be presenting.

25           THE COURT:   Dr. Bethel.

1            DR. BETHEL:  Good afternoon, Your Honor.

2            The City has made progress on the settlement

3    agreement.  It seems to be that there are some discrepancies as

4    to what areas are in compliance and what areas are not in

5    compliance or in substantial compliance.  There really needs to

6    be a meeting of the minds between the COCL, the DOJ, and the

7    City, as well as the other partners, to help determine and

8    eliminate these areas where there is still compliance needed

9    and what has been complied with.

10           We must ask who determines the level of compliance

11   for the settlement agreement.  Certainly it should not be the

12   City alone, nor should it be the community.  I think COCL was

13   the one assigned to monitor this, as that officer, and DOJ to

14   concur, and we want to see that happen as quickly as possible.

15           We want to come back again and talk about the PCCEP

16   for just a few moments and talk about the budget for the PCCEP.

17   We still believe that the organizing community organizer is

18   needed.  This is not an area or a position that is optional.

19   It is a necessity to bring about full implementation and

20   encourage potential for the PCCEP.

21           Even if, as the PCCEP members/co-chairs implicated

22   this morning, are of the opinion that the subcommittees are the

23   place to get most productivity and work done and if they would

24   get out and engage the community, they believe that would be of

25   great help for accomplishing what PCCEP is to do, even if they

1    did not have the community in attendance at the meetings.

2    Well, even at that point, to give a voice of the community, you

3    need an organizer to help out, because currently and presently,

4    at this time, that is not being done.  The potential is there

5    to see that happen.  We feel that this organizer is very much a

6    necessity to have.

7           We also believe that transparency is being asked for

8    and needed in the area of knowing what is the total budget for

9    the PCCEP, not just a line item, but the line item detailed and

10   breakdown.  What is there for the members of the committee to

11   be supported?  What are the resources there for the community

12   organizer?  For the project manager?  We feel that would be of

13   help for us to further understand how PCCEP is to be

14   implemented and carried out.

15          We ask the question:  What was the intention of the

16   settlement agreement?  We've had many different answers.  But

17   basically it was to reduce the force of those against mental

18   illness or perceived to have mental illness and also, in

19   addition to that, we would have to talk about the use of force

20   against others, which is disparate to those persons of color.

21          It is still disheartening that those numbers are not

22   going down but seem to be rising, even since the Department of

23   Justice has come to town.  Is the settlement agreement work

24   being done, accomplishing what it was designed to accomplish?

25   The United States referred to the work in progress but was not

1    effectively being used -- the EIS information system -- on

2    officers.

3            We looked at the report from the COCL's quarterly

4    report, and it shows that supervisors intervene at a higher

5    percentage in traumatic incidents with officers -- about

6    72 percent -- as opposed to when it is dealing with those in

7    terms of force.  The intervention has been 38.7 percent as

8    compared to 71.9.  Then when we talk about complaints, it is

9    only 11.4 percent in terms of interventions.

10           We believe that when these thresholds are met,

11   interventions need to be just as effective and applied equally

12   between those of use of force and community complaints by

13   supervisors as they are dealing with those of traumatic

14   incidences with officers.

15           We concur with the United States that accountability

16   has had some progress, they say.  But we concur with the fact

17   that it is the most difficult to bring into compliance.  And

18   one continues to ask the question:  Why is there so much

19   resistance and what can really be done to bring about

20   compliance?  If it is the most difficult area -- or one of the

21   most difficult areas -- then it seems that we must begin to

22   apply some more strength to bring about cooperation to bring in

23   compliance the accountability of what we had.  We are still

24   finding that we're finding more and more no true bills being

25   returned from grand juries and more and more people are being

 1    impacted on the force that is being used on them by the

 2    Portland Police Bureau.

 3              We appreciate the fact that the use of force is down

 4    with regards to people with mental health issues or those who

 5    are perceived to be in mental health crisis.  We also agree

 6    with the Department of Justice that deadly force incidents have

 7    tremendous impact on the public's perception of the Portland

 8    Police Bureau's efforts in effectiveness in engaging safely

 9    with people in crisis, but so does Portland Police Bureau's

10    response to those critical incidences.  Lack of accountability

11    exacerbates community distrust in Portland Police Bureau in the

12    wake of these incidences.  77 percent of people, typically

13    African-Americans, saying they lack trust in the Bureau really

14    brings us back to the point that we must have a coming together

15    to build and develop more and more trust between community and

16    the Bureau.

17              For a moment let me address the IPR and the lack of

18    access that we're seeing of them to all confidential

19    information, such as CAD reports, et cetera.  There needs to be

20    some mechanism for IPR to gain access to these types of

21    information so they're able to conduct a more thorough

22    investigation.  We're still awaiting the release of the 2018

23    report that the Bureau is to present as well as to the precinct

24    and to the Council, and yet, to date, it is our understanding

25    that no presentation has been made to Council.

1              As we stated in our report to the Court, in order to

2    have effective community relations, to work on repairing the

3    harm of the past, we must have some type of truth and

4    reconciliation being done.  We need not only just refer back to

5    the report of black and blue.  We may not only just refer back

6    to the last several months of things that have happened.  We do

7    not look at our past to define us, nor do we look back to the

8    past to be our destiny.  We look back to the past so that it

9    educates us, to bring us about to progressive change, and not

10   just enough change to ease the pressure, not just enough pain

11   to change to remove the media coverage, not just enough change

12   to say we're trying, and we dress it up with some report of a

13   lot of quantitative things done, but no qualitative results

14   that are coming.

15             We call upon the collaboration of the partners, the

16   Department of Justice, the City, PPA, MHA, AMAC, and the

17   community to work on the settlement agreement and bring this to

18   a win/win for all of us.

19             I will conclude with this in this short period of

20   time today:  The City of Portland is a loving city.  I was

21   explaining to someone yesterday why I came to Portland and how

22   impressed I was about the City when I first got off the plane

23   and did some exploration around the City.  I have been here now

24   over 25 years.

25             I don't find it to be a place that is anti-police,

1  nor do I find it to be a place to be termed as a "cesspool."  I

2  must understandably recognize that we have issues.  What city

3  does not have issues?  But I celebrate our livability.  I

4  celebrate that we do have the ability to sit around the table

5  and discuss issues, even though we may not agree on all of

6  those issues, at least we have a seat at the table to talk

7  about those.

8            Understand that an encounter between a person with

9  another person colors the opinion of that person if it does not

10  go in a certain way, and the same as it is with institutions.

11  Where we are today with our struggle and our fight for justice

12  in quality, with those with mental health issues, illnesses, or

13  perceived; that of the use of force and excessive use of force

14  and all the other ramifications we have in the settlement

15  agreement did not get there overnight.  It will not go away

16  overnight.  But it's time for us to recognize that we really

17  have been and really began to do something about them, and

18  let's move the color off the palette and blend it together so

19  we can get a great portrait, a masterpiece, that the City of

20  Portland really is for all of her citizens.

21            Thank you, Judge

22            THE COURT:  Thank you, Dr. Bethel.

23            Dr. Bethel, one of the points that you made in your

24  oral comments was that the IPR is having difficulty getting

25  access to certain needed documents from the Police Bureau.

1      That's also, I noticed and I read, referenced in the AMA's

2      written comments as well.

3              Can someone here tell me a little bit more about the

4      progress that's being made about how are we going to get a

5      handle on that issue?  AMA may want to start or go to the

6      United States.

7              Mr. Geissler.

8              MR. GEISSLER:  Your Honor, there are a few categories

9      of documents.  There are dispatch records from the CAD system,

10     as there are LEDS records.  The LEDS records are governed by

11     state law, and the FBI also audits the data from NCIC.  Those

12     records, to my understanding -- and the Police Bureau can be

13     more expert on this -- those records are only available to law

14     enforcement officers, not to the Independent Police Review.

15             The CAD data, and such, are provided to the City.

16     Perhaps the City could generate a system where IPR could have

17     direct access to the terminal.  But, in either case, the

18     solution that has been in place and could continue to work is

19     to have access from IPR, making a request to the Police Bureau,

20     and the Police Bureau timely responding.  If the data show that

21     IPR cannot get the data in a timely fashion, then we need to

22     address what is the adequate remedy.  The adequate remedy may

23     not be trying to change state or federal law.  It may be having

24     the Police Bureau respond in a timely fashion or giving them

25     direct access if they walk across the street.

1              THE COURT:  So where are we in that problem?  Have

2    they made requests for documents that they believe have not

3    been timely provided?  Where are we on that issue?

4              MR. GEISSLER:  We did a postmortem on the series of

5    cases that IPR conducted independently.  That took more than

6    180 days.  We sat with Mr. Berry, with IPR, and went through as

7    a group.  Of those cases that IPR ran independently, and they

8    would need the data on their own and just not have internal

9    affairs do an investigation, none of those cases involved an

10   instance in which IPR identified to us a lack of timely

11   production of LEDS data or CAD data.

12             I know it would be easier and more expeditious,

13   perhaps, if they had the data immediately available themselves.

14   But it doesn't appear to be the driver, at least for that

15   postmortem of the cases.  It doesn't appear to be the driver of

16   the late cases.

17             THE COURT:  Does the AMA have any further insight

18   into what the nature of the problem is in terms of does the AMA

19   perceive that IPR has been requesting information and not

20   getting a timely response, as opposed to do I understand the

21   fact that they don't have a realtime delay to request some of

22   these things?

23             DR. BETHEL:  Judge Simon, we refer, again, to the

24   COCL's quarterly report where it says "related to this," and it

25   is talking about the IPR access to documents.  These are

1    remaining issues with administrative investigations beginning

2    on page 77 of that document, and may I read this short

3    paragraph?  "Related to this, one investigator noted that IPR

4    does not have direct access to confidential information," which

5    ultimately impedes timely and comprehensive investigations.

6         "Subsequent conversations reveal that because IPR

7    investigators are not law enforcement, information on records

8    management system and computer-aided dispatch records at times

9    requires redaction.  Determining the legality of IPR

10   investigators accessing confidential and/or system documents is

11   best reserved for those with better knowledge of Portland City

12   Code and state law.  We are, therefore, unaware whether this

13   issue is one that cannot be avoided or simply requires

14   additional background of IPR investigators.  However, where

15   possible, the Portland Police Bureau and the City should work

16   together to resolve outstanding issues related to document

17   access."

18        We call attention to that paragraph because the COCL

19   brought it out in its report, which is open, and all of us have

20   seen, and that's why we are addressing the issue that we have

21   concerns that they are not being able to access the information

22   they need to do timely and thorough investigations.

23        THE COURT:  Dr. Rosenbaum, do you have any insights

24   on this issue?  On the one hand, one can say you can't access

25   it because you don't have the ability directly to get online

1    information because you're not law enforcement, but on the

2    other hand, you can access it by making a request.  On the

3    third hand, making a request is not necessarily productive if

4    either the response to the request takes too much time or

5    results in something that has too much redaction to make it

6    unusable.

7            Any insight?

8            DR. ROSENBAUM:  Mr. Christoff will be addressing

9    this.

10           MR. CHRISTOFF:  Good afternoon, Your Honor.  I am

11   Tom Christoff, a member of the compliance officer team.  With

12   reference to the lack of access, one of the things we had done

13   for, I believe, our quarter four 2018 report, because of the

14   joint training that IPR and IA had gone through because of the

15   changes to the system, we interviewed both IA investigators as

16   IPR investigators.

17           One of the issues that was identified, and it was one

18   of a number of issues identified, was this lack of direct

19   access.  When we had spoken with folks from PPB, they informed

20   us that if IPR does make a request, that that request gets

21   priority over any other request for information.  It was an

22   issue that was identified by investigators, but like I say, it

23   was one of many.

24           I understand that the City has attempted to make

25   changes to the state of law, but they have been unsuccessful.

1    Again, it was a question of -- I don't know if it was -- we

2    don't have any indication that it is the cause of a delay over

3    180 days.  It was just one of the of issues that IPR

4    investigators brought to our attention.

5                THE COURT:  Thank you very much.

6                MR. CHRISTOFF:  Thank you.

7                THE COURT:  At this time I will call on the Mental

8    Health Alliance for its views on overall compliance.

9                Mr. Chavez.

10               MR. CHAVEZ:  Good afternoon, Your Honor.  I would

11   also like to call upon our MHA member, Jan Freidman.

12               THE COURT:  Of course.  Welcome.

13               MR. CHAVEZ:  So we would echo the concerns of AMAC,

14   as far as where we are in the implementation of the overall

15   settlement agreement.

16               Additionally, we would like to highlight a couple of

17   things that we cited in our brief.  Back in the hearing in

18   October, when discussing qualitative metrics, one of the ones

19   that Mr. Renaud cited was whether or not members of PCCEP would

20   feel comfortable calling the police themselves if they were in

21   crisis.

22               As you can see from the materials that we produced,

23   unfortunately, deadly force contact with police have

24   unfortunately affected persons with mental illness, which

25   brings our belief that we are far -- perhaps not far -- but we

1   need more time to work on that before we could ever say we are

2   in compliance.

3            And we would like to take the opportunity, since it

4   was questioned earlier regarding body cameras, MHA does have

5   some positions on whether or not body cameras would be

6   appropriate, particularly as it relates to persons with mental

7   illness.  So I would just like to convey some of our beliefs.

8            If there was, in fact, a body camera program

9   developed by the City and piloted, we would be okay with that

10  so long as it follows our recommendations, particularly that

11  the cameras will not be operated while on hospital property,

12  including hospital parking lots.  It will not be operated on

13  welfare checks; when a person is not a suspect or in an

14  ambulance or being assisted by medical personnel; when the

15  police are intervening on suicide or self-harm calls; a request

16  for medical assistance; on property of a mental health agency,

17  an alcohol and drug facility, or housing owned and operated by

18  such an organization.

19           They should not be used on property for clean and

20  sober housing, such as the Oxford House.  They should not be

21  used on property or on a person that is not a suspect or known

22  to be suspected to be experiencing symptoms of mental illness,

23  have a brain injury, or have an intellectual disability.

24           Cameras should not be operated when a person is not a

25  suspect and is known or suspected to be intoxicated or under

1    the influence of drugs, or when a person is not a suspect in an

2    alleged sex crime that has been committed against them, or when

3    a person is not a suspect and is known or suspected to be in

4    shock, or without permission of a parent or guardian when a

5    person is a minor, or against the wishes of that guardian and

6    conservator.

7         THE COURT:  When you say that it shouldn't be used on

8    some one who is intoxicated or suspected of intoxicated, so if

9    someone is making a disturbance somewhere, and the police

10   interact, it's your position that if it appears that person is

11   intoxicated, and that may be playing a role in that

12   disturbance, a body camera shouldn't be used?

13        MR. CHAVEZ:  Specifically when they are not a

14   suspect.  We believe if they are a suspect of that matter, if

15   they are causing a disturbance, or in the circumstance of a

16   disturbance that would give rise to them being a suspect, in

17   which case a camera would be appropriate.  But if it is purely

18   a circumstance where we have a person with a substance abuse

19   problem, having a camera present isn't presumed to be some

20   investigatory process.  So we don't believe a camera should be

21   operated at that time.

22        We would hardly advocate that the council create a

23   process whereby civilians can provide oversight and can request

24   and review those videos.  The recordings should be made

25   available to civilian and police oversight bodies, the

 1   auditor's officers, commissioners, the IPR, the Citizens Review

 2   Committee, PCCEP, and BHUAC.

 3          Additional recordings should not be accessible

 4   without court order to the Portland police officers who were at

 5   the recorded event.  The recording should be accessible to PPB

 6   commanding officers for use in supervision and for training

 7   department purposes for assistance in instruction.  The

 8   recording should be made available on request to defendants

 9   directly, without cost, if charges are not filed or are

10   dropped.  The recording should be made available on request to

11   attorneys for defendants if charges are filed.

12          The recordings should not be used by PPB or the City

13   in its documents or messages or promotion or improvement

14   materials.  The recordings should not be shared publicly online

15   by PPB or individual officers.

16          The recordings should be kept for at least two years,

17   and all persons appearing in the recording should be shared

18   with defendants or their attorney introduced as evidence in

19   trial, used in police training, reviewed by citizen oversight

20   committees or by -- city employees should be advised prior to

21   the release.

22          One last thing before I turn matters over to

23   Ms. Freidman.  We would also highlight again, as we have at the

24   prior hearing, that we do not believe that the City is in

25   compliance or substantial compliance with paragraphs 88 and 89

1    of Section 5 of the settlement agreement, particularly the

2    drop-off and walk-in center and support for creating --

3            THE COURT:  So what would be needed to come into

4    compliance with those paragraphs in the opinion of the MHA?

5            MR. CHAVEZ:  Certainly.  We believe that an effective

6    drop-off and walk-in center would be designed to provide a

7    client-centered trauma care that is based on the urgent or

8    emergent concerns identified at the time of arrival to such

9    location.  There should be resources for follow-up care and

10   support in the community, including geographic proximity to a

11   mental health officer or other services that might immediately

12   meet the clients' needs.

13           Peer support would be important.  Individuals with

14   mental health and/or substance abuse disorder, persons with

15   living experiences or trained to provide engagement and

16   assistance as well as access to mental health and substance

17   abuse providers for matters of greater acuity in an emergency.

18           Additionally, culturally relevant and specific

19   support and resources reflected with those that utilize the

20   services, they would provide opportunities to address basic

21   living needs at the time of the visit, including such services

22   such as restrooms, showers, laundry, food, places that charge

23   their phones.

24           We would hope that these facilities would divert

25   people from emergency departments and jails and corrections

1    facilities and that there would be support for police drop-off

2    and individual or referred walk-in methods for arrival and

3    access -- fundamental access.  They need to have a mental

4    health and a general health program that would allow people to

5    actually access them without cost or reduced cost.

6             So those are the factors that we're looking at, and

7    those are not being met currently with -- well, like the

8    Unity Center.  We are heartened that Multnomah County has made

9    a significant investment in developing a facility that could

10   meet a few of these needs, but we do not see the City's

11   involvement as significant in that requirement, and we would

12   ask that we could check that off our list.

13             THE COURT:  Thank you, Mr. Chavez.

14             Ms. Freidman, welcome.

15             MS. FREIDMAN:  Thank you.  I'm Jan Freidman.  I am

16   with the Mental Health Alliance.  I work at Disability Rights

17   of Oregon.  I'm here to talk about the same thing that

18   everybody else is here to talk about, which is the importance

19   of community engagement, communication, and trust building,

20   including with the Behavioral Health Unit Advisory Committee,

21   which, as you know, is specifically a unit that was a creation

22   of the settlement agreement to help people with mental health

23   issues in our community and the police in their interaction and

24   communication.

25             So I'm just going to read a quote from the National

1    Council on Disabilities recommendations from Privileges to

2    Rights.   This was almost 20 years ago, but it is still true

3    today.

4            "People labeled with mental health disabilities

5    should have a major role in the direction and control of

6    programs and services designed for their psychiatric

7    disabilities themselves and should not be confused with the

8    roles that family members, professional advocates, and others

9    often play when consumer input is sought."

10           This also is a similar underpinning of the peer

11   recovery programs.   So, as you know, the importance of

12   community engagement is emphasized all over the settlement

13   agreement.   Throughout it, it talks about trust between the

14   community and the Portland Police Bureau and the importance of

15   gaining that kind of confidence.

16           There is a quote that has to do with setting up the

17   COAB; that there's a significant community and city interest in

18   improving Portland Police Bureau's community relationships.

19   "The community is a critical resource in redefining and

20   restructuring the existing community input mechanisms to

21   provide for independent oversight of the agreement while also

22   enhancing Portland Police Bureau's current community outreach

23   efforts will promote community confidence in Portland Police

24   Bureau and facilitate police-community relations necessary to

25   promote public safety."

1          So the reason I bring this up is the Behavioral

2    Health Unit Advisory Committee is a governing body under the

3    Oregon public community laws, and they are giving

4    recommendations and thoughts and information to Portland Police

5    Bureau, as well as BHUAC, which are both public bodies, and

6    they need to gather information and make recommendations, and a

7    forum is used to make decisions.

8          As stated in our Mental Health Alliance's letter to

9    the Mayor dated February 1st of this year, BHUAC comes under

10   the Portland meeting laws.  Even if it were a close call, the

11   public community laws themselves say that if it is close,

12   construe it in favor of openness.  We've requested that the

13   BHUAC be under the meeting laws.  The City Attorney, who is

14   here, has responded, also in February, saying, well, they can

15   decide if they feel that's appropriate, and also that they're

16   not officially under the Oregon public meetings laws for a

17   variety of reasons, which we believe are not accurate.

18         Basically, the way the BHUAC works, there is a BHUAC

19   lieutenant.  There is also a BOEC representative.  They set up

20   the meeting.  They get the recommendations.  They get the

21   information.  They forward those on to the BOEC.  It gets

22   forwarded on further in Portland Police Bureau.  It gets

23   forwarded on to the compliance people, and it is done by forum.

24         So it really comes under the public meeting laws.

25   It's certainly within the spirit of the settlement agreement.

1    We very much appreciate you that, during all of these hearings,

2    you have welcomed and made accessible and been gracious to all

3    comers -- the public -- and that is key for there to be the

4    sort of healing and empowerment of everybody in our community.

5    It can't be an "us" and "them."  Well, we at the BHUAC

6    represent all these people.  Everybody needs to be able to

7    come, if they want to -- many people don't want to -- and have

8    a voice and at least have the doors opened and allow there to

9    be public input.

10          So that's something we feel that is important and is

11    really key on community engagement, especially for this unit

12    that has three functioning aspects that are allowing people

13    with mental health issues to be served better by the police.  I

14    mean, this is something that would help engender trust if

15    people actually knew about it.  But they should also not find

16    out about it after the fact, but actually have some input.

17    "You know, I think it would work better if you did it this

18    way."

19          It seems like sometimes, with having the public come,

20    there is this fear that it is just going it make everything

21    worse; but, no, you could have someone come who is going to

22    come up with ideas, like they did today, that nobody would say.

23    And they're important.  They're making us think, and they're

24    making us improve our city and improve our relations.

25          So on behalf of the Mental Health Alliance, I request

1    that you consider taking whatever action you feel appropriate

2    in terms of allowing BHUAC to feel comfortable in opening their

3    doors and allowing people to see what they are doing and have

4    input and see what's happening.

5            THE COURT:  Thank you, Ms. Freidman.

6            Any comments or responses from the United States,

7    from AMA, PPA, or the City on that specific issue?

8            MR. HAGER:  Your Honor, we have not required the

9    meeting be public and have deferred to the self-determination

10   of the committee.  We don't take a position on whether it is

11   subject to Oregon public meetings law.  I think that would be

12   up for the state courts to decide.

13           THE COURT:  On the merits or the suggestion, not the

14   legality of it, you're saying that you're leaving that to the

15   self-determination?

16           MR. HAGER:  Yeah.  Earlier this year Jason Renaud

17   gave a presentation to the Behavioral Health Unit Advisory

18   Committee urging them to vote in favor of opening their

19   meeting.  That had been scheduled.  They hadn't had their

20   quorum.  I understand they are going to be taking that vote up,

21   but from the United States' perspective it is up to the

22   committee.

23           THE COURT:  Thank you.  Does anyone else want to be

24   heard on that issue at this time?

25           MS. REEVE:  Your Honor, from the City's perspective,

1    we don't believe that there is a requirement under the public

2    meetings law that the meetings be open.  I have provided that

3    written analysis to the BHUAC and the Mental Health Alliance

4    and also came and briefed them at the meeting.  We also agreed

5    and understand that the Police Bureau has taken the position

6    that the BHUAC itself should make the determination about how

7    it can function best.

8            THE COURT:  Am I correct in concluding that the City,

9    though, does not believe that if the unit wishes to open its

10   meetings, all of its meetings or some of its meetings, there

11   would be anything legally that would preclude that?  Am I

12   correct?

13           MS. REEVE:  Correct.

14           THE COURT:  Anyone else?

15           MS. ALBIES:  The AMAC, as most people can probably

16   guess, believe in transparency and accountability, and so we

17   would support opening up those meetings regardless of the legal

18   position.

19           THE COURT:  When you say "regardless of the legal

20   position," I think we have a consensus, a complete agreement,

21   there's no legal prohibition for them opening it up.  Whether

22   or not there is a legal requirement is not before me, nor as I

23   think is my place to opine upon, at least not without briefing,

24   argument, and jurisdiction.

25           But everybody seems to agree that there is no legal

1   prohibition.  We have heard some arguments in terms of why it

2   would be helpful and a transparency if at least some of the

3   meetings were opened up.

4          As I hear from Mr. Hager, a final decision has not

5   yet been made by a self-determining body on that question?

6          MR. HAGER:  That's correct.

7          THE COURT:  The remaining items on my agenda are to

8   hear compliance assessment overall from the PCCEP, from the

9   Portland Police Association, and then finally from the City.

10  Would you all like one final ten-minute recess?

11         THE COURT REPORTER:  I would, Judge.

12         THE COURT:  That's a good answer.  Some votes count

13  more than others.  (Laughter.)

14         Ten-minute recess.

15         (Recess.)

16         (Open court; proceedings resumed:)

17         THE COURT:  All right.  Good afternoon.

18         At this time I invite comments from the PCCEP

19  regarding compliance assessment.

20         Welcome back.

21         MR. DRURY:  It's good to be up here again,

22  Your Honor.  I am going to keep my remarks brief.  I feel a lot

23  of the groups have already had a lot to do with this.  I am

24  just going to speak on my behalf.  Some of our other members

25  are here.  They would articulate some of this, but I don't want

1    to speak for all of them.

2            As far as the issue of compliance is concerned with

3    the settlement, I find the words "substantial compliance" to be

4    very difficult, given the state of police-community relations

5    in our city right now.  That being said, I think PPB will

6    fulfill its compliance requirements.

7            So what I've always kept in mind and talked to our

8    fellow committee members and the officers that have come to

9    present before us with regard to compliance, compliance does

10   not equal community trust or community trust in the institution

11   of policing.  I think there's still a substantial way to go

12   before that's there.  So when we talk about compliance, I'm

13   looking at the larger goal that goes beyond the settlement, and

14   the settlement certainly works, specifically with persons with

15   mental health issues.

16           I look at the broader scope of people of color,

17   houseless people, and I think there's a substantial amount of

18   work to be done, particularly training improvement, how we

19   respond to certain calls, policy transformation.

20           There are many areas that I've mentioned, like

21   houseless persons.  A recent report is that over half of the

22   calls are to houseless people, persons obviously with mental

23   health issues, people of color.  When I'm out teaching, I talk

24   to my students, students of color, and where they are at with

25   the police.  There's a huge gap.

1           We are doing a research project with the Multnomah

2    Youth Commission right now, another organization I work with.

3    We have been talking with a lot of youth about their views on

4    policing, and there is a substantial gap in the latino

5    community, especially with regards to immigration and obviously

6    a person's mental health problems.

7           So I'm looking at more of like a community compliance

8    initiative, I think, is what we need.  Like I mentioned

9    earlier, I will go back to our subcommittee, and those are the

10   groups that are really going to have to push to see engagement.

11   So when we talk about engaging the community and seeing them at

12   our meetings, it is not like a group of people that are out

13   there waiting to be invited.  That's a group that you have to

14   earn their trust, and it goes even beyond the institution of

15   policing.  It is an education.  It is in every layer of our

16   city that we are failing to engage and properly interact with

17   those groups.

18          So that is all I have to say as far as the

19   compliance.  I think there is a lot to be done.  It is up to us

20   to go out there and get to work.

21          THE COURT:  Thank you.  It sounds like it is in good

22   hands.

23          MR. DRURY:  Thank you, Your Honor.

24          MS. REEVE:  Your Honor, if I could.  At this time

25   Judith Mowry, who is the PCCEP interim program manager, would

1    like to speak.  I don't know if you would like her to speak now

2    during the remainder of the PCCEP time.

3                THE COURT:  What's your recommendation?

4                MS. REEVE:  Either now or during part of the City's

5    time.

6                THE COURT:  I defer to your recommendation.

7                MS. REEVE:  Let's have her speak now since we are

8    talking PCCEP.

9                Thank you.

10               THE COURT:  Thank you.

11               Mary, could you get the hand-held microphone.  It

12   might be easier if you stay on that side of counsel table.

13               Thank you.

14               State your full name, please.

15               MS. MOWRY:  My name is Judith Mowry.  My day job is

16   that I am a senior policy advisor in the Office of Equity and

17   Human Rights.  I was the supervisor of the last project manager

18   for PCCEP.  When she had to leave unexpectedly, I was asked to

19   step in and try to fill the void and go.

20               I really want to thank everyone in the room.  This is

21   such an important issue.  I wanted you to know my background is

22   I have done a lot.  I was a mediator, a facilitator.  I have

23   done a lot of complex multiparty policy development, community

24   meetings.

25               And when you want to really include people from

1    different walks of life, who come from different life

2    experiences, what that looks like might not look like what you

3    might put out in a dominate cultured court order for how a

4    meeting would go.  I just wanted to share -- first, I wanted to

5    assure everybody we are checking references for the finalists

6    for the project director.  That's in play.  We are arranging

7    the orientation for the new alternates and anyone who has

8    missed it otherwise.

9           But one of my observations is there is so many

10   tensions here that we are trying to hold.  The tension of

11   independence for this committee and at the same time giving

12   enough guidance and enough support that they can function.

13          The thing with location.  It was very important to

14   the steering committee and the members that the meetings be all

15   over town so there's accessible places around town for the

16   meetings.  Well, the downside of that is there is not perfect

17   locations for every public meeting in every neighborhood, and

18   we don't have -- sometimes it is hard to build up a following

19   for that.

20          Another thing that is, historically, this group --

21   and this goes back to the COAB -- has dealt with some very

22   challenging public comment time, to the point of sometimes

23   being disruptive, clearly being rude, sometimes being

24   frightening.  So I do know that that's been difficult for

25   people, and I think I might be looking in on YouTube rather

1    than going into the room, if that was my choice, because it can

2    feel really overwhelming.

3         I think the way that particularly Lakayana and his

4    facilitation and the way the meetings have been handled has

5    just been masterful.  It is not an easy situation.  One of the

6    first people we lost from the PCCEP was someone with lived

7    experience.  She had a social anxiety disorder, and it just

8    overwhelmed her completely.  This is very public, very high

9    conflict.  Nobody else but the City Council has to sit through

10   public involvement and just get slammed on, right, with nothing

11   else to do.

12        So I thought it was important to say that I think if

13   we want people who are coming from different walks of life, who

14   bring lived experience, we have to figure out that might look

15   different.  I know we are kind of partway through a settlement

16   agreement.

17        I appreciate the oversight and the diligence of the

18   AMA and the mental health community and everybody who is

19   working so hard on this, but I did just also want you to know

20   that we feel -- I speak for Claudia, the other staff member,

21   and myself -- we are very conscientious about the integrity of

22   the group, the integrity of the experience, and, really, again,

23   wanting to support them.

24        They didn't want an outside facilitator.  They wanted

25   to figure out how to do it for themselves.  They made

1    tremendous strides in that.  You know, sometimes we miss an

2    agenda item or public comment goes on very long or we don't

3    cover everything on an agenda.  The folks at that table are

4    really interested in engaging with the community, and that's

5    what they really want.

6            And, again, the last thing I want to say is that

7    this -- particularly about helping the Police Bureau learn how

8    to engage with the community, there are so many expectations on

9    the PCCEP in terms of their own engagement and other tasks that

10   they're supposed to perform.  It's just a huge amount to ask

11   any community volunteer to do.

12           And the last thing, it was written into the agreement

13   about having a community outreach person.  I didn't know about

14   that until a little ways into things.  There is already an

15   issue where people don't trust you because you work for the

16   City.  That's a heartbreak for me sometimes, when people trust

17   my care about the community because of where I work.  What

18   we've been thinking is would it make more sense to actually

19   have branding agreements with different community-based

20   organizations for them to do organizing in their communities;

21   to identify the issues they care about that are related to the

22   PCCEP; to bring members, to get people engaged.  Because I

23   think that's actually more of a best practice if we really want

24   to start to empower communities to be a part of this community.

25           So that's some of what's been going on behind the

1  scenes, and I thought it was only fair to everyone in the room

2  to just have sort of an up-to-date update.

3          THE COURT:  That makes sense, and I very much

4  appreciate your perspectives on this.

5          Thank you.

6          MS. MOWRY:  Thank you so much.

7          THE COURT:  I believe it is time for Mr. Karia and

8  the Portland Police Association.

9          MR. KARIA:  Thank you, Your Honor.

10          I don't have any particular comments on any specific

11  issue of compliance related to a settlement agreement term, but

12  I did notice an important pattern, I think one that is

13  highlighted for the Court, if the Court has not picked up on

14  it, after listening to the United States and the COCL and

15  reading their status reports.

16          The pattern I picked up on, Your Honor, is that even

17  with final approval by this Court of incredibly important

18  settlement agreement terms, terms that deal with things of

19  high-public interest, such as training, use of force,

20  accountability, to name a few, at least three things have

21  resulted:

22          One is the City has shown and its officers have shown

23  commitment to reaching substantial compliance.  The City and

24  its officers have, in fact, reached substantial compliance on a

25  whole number of measurements set forth in the settlement

1    agreement, and the parties have actively come before this Court

2    and briefed this Court in public settings to provide some

3    light, if you will, on the work of the Police Bureau and its

4    officers on a day-to-day basis.

5              With respect to the core issue that's before this

6    Court as it relates to PCCEP and final approval of those PCCEP

7    amendments, I think it's worth highlighting, once again, that

8    final approval does not stop monitoring by the United States or

9    the COCL.  It does not stop the City's active work towards

10   substantial compliance, and it does not stop the PCCEP from

11   doing its incredibly important work.

12             This Court's approval of those PCCEP settlement

13   agreement terms does provide for a stable footing for reaching

14   substantial compliance, which is the parties' ultimate goal

15   with respect to the settlement agreement.

16             Thank you, sir.

17             THE COURT:  Thank you, Mr. Karia.

18             All right.  Now it is time for further comments from

19   the City, either Ms. Reeve or Mr. Vannier, or both of you.

20             MS. REEVE:  Thank you, Your Honor.  I have some brief

21   comments on compliance.  Then Mr. Vannier will have some final

22   comments on the issue of the renewed motion for approval of the

23   amendment.

24             I hope everyone will bear with me a bit.  I kind of

25   ditched my prepared remarks because I felt they were going to

1    be too repetitive of what we have already heard.

2            So I want to start by acknowledging and this is, I

3    think, in keeping with the point that Mr. Drury just made --

4    the City and PPB both recognize that we have continued work to

5    do to improve an area of providing public safety services and

6    that the settlement agreement was never intended to address all

7    of those issues.  Even when the City does achieve substantial

8    compliance with the many obligations in the settlement

9    agreement, much work in other areas will remain.

10           It's important to note, as many people have, that

11   after the Department of Justice investigation and as a result

12   of that investigation, the settlement agreement in its terms is

13   focused on mental health and largely not on other extremely

14   important issues, such as racial equity.  That does not mean

15   that those other issues aren't just as important, but it does

16   mean that they are not the focus of the settlement agreement,

17   which is largely what we are here today to discuss.

18           With regard to mental health, and as Chief Outlaw

19   noted in her remarks, our society is changing.  Over a period

20   of many years, the good news is we've shifted from

21   over-institutionalization of people with mental health

22   conditions to a philosophy of community-based mental health

23   services.  The downside, of course, as we all know, is that the

24   resources have not been there to provide community-based mental

25   health services to the extent that they are required.  And

1    we've heard much from the MHA today about that.

2            As a result, police officers have been put in the

3    position of often being first responders to mental health

4    crises.  I know I'm covering old ground, but the City of

5    Portland and the Police Bureau have worked many years, frankly

6    since well before the Department of Justice's investigation, to

7    try to improve how the City provides public safety services to

8    people experiencing mental illness or a mental health crisis.

9            And as I have noted, that's been the primary focus of

10   the settlement agreement, and tremendous progress in that area

11   has been made.  Every single PPB officer now receives 40 hours

12   of crisis intervention training.  Every Bureau of Emergency

13   Communications call taker and dispatcher now receives crisis

14   intervention training.  A large subset of Portland Police

15   Bureau officers volunteer as members of the Enhanced Crisis

16   Intervention Team and receive another 40 hours of crisis

17   intervention training.

18           As we've heard today, the City has the Behavioral

19   Health Unit and the Behavioral Health Unit Advisory Council and

20   the Behavior Health Unit response teams that try to ensure that

21   the Bureau continues to refine and grow and better serve people

22   with mental health needs.

23           The City is also providing services in other ways,

24   including the service coordination team, and I would just note

25   again, along with there not being enough community-based mental

1    health services, there is also not enough addiction and

2    recovery services for folks.

3            As we heard from Commissioner Hardesty this morning,

4    the City Council is considering a new pilot project for Project

5    Street Respond, which will be another effort to reduce the

6    times when a PPB officer, rather than another more appropriate

7    responder, is dispatched to folks in a mental health crisis.

8            All of these programs have had and hopefully will

9    continue to have beneficial impacts.  None of them is a silver

10   bullet.  Honestly, the City, the Portland Police Bureau, the

11   City Council, all of us would love to get to zero uses of

12   force -- serious force against people experiencing a mental

13   health crisis.  That may not be necessarily possible to get to

14   zero, and it is not the goal or requirement of the settlement

15   agreement.

16           What is a reasonable expectation and what is a

17   requirement of the settlement agreement is that PPB delivers

18   police services to the people of Portland in a manner that

19   effectively supports officer and public safety and that

20   complies with the constitutional laws of the United States.

21   That's the goal of the settlement agreement.  That's what we

22   are working towards -- substantial compliance.

23           I'm going to even abbreviate my abbreviated remarks a

24   little bit in some of these areas.  The settlement agreement

25   recognized, at the time we entered into it and negotiated it,

1  which was several years before it was finally entered, as we

2  know, that there has been an accelerating movement toward a

3  model police management that relies on existing and developing

4  management tools, data, auditing, what I know the compliance

5  officer team calls being a learning organization.

6          Much of the most important work that has been done is

7  to enshrine those systems within the Portland Police Bureau,

8  and some of those systems allow PPB to use data to evaluate its

9  development and compliance of policies, uses of force, its

10  training needs and outcomes, and data on its interaction with

11  people in mental illness.

12          PPB has been extremely fortunate for the last --

13  Chief Outlaw has been here for the last 18 months.  She was

14  closely involved in similar systemic reforms in Oakland.  She

15  believes in them.  She is familiar with them, and they are a

16  key focus of her leadership team.

17          PPM now has a comprehensive audit system in place.

18  We have heard a lot about that.  It enables it to audit its own

19  uses of force, to have a lot of data about its own use of

20  force, and, in particular, its use of force in connection with

21  people where there's a mental health component.

22          To some extent, it's hard to compare our current data

23  with prior data because we didn't previously have the systems

24  in place to track it as effectively as we do now -- outcomes

25  and what interactions are necessarily interactions with people

1    experiencing a mental health crisis or having mental health

2    illness.

3         But we can do that now and we can see -- and it has

4    been alluded to here today -- that the vast majority for 2018,

5    over 99.3 percent, over 26,000 interactions in 2018, involved

6    no use of force.  I don't want to lose sight of that because,

7    of course, there are some interactions that we have talked

8    about today, when you have an officer-involved shooting and

9    someone loses their life, that is tremendously impactful, and

10   it should be, and there should be very extensive review of

11   that, and there is.

12        But 99.7 percent of the time when Portland police

13   officers have a call that involves some mental illness or

14   mental health crisis component, 99.3 percent of the time no

15   force at all is used.  When force is used, 65 percent of the

16   time -- approximately -- it's the lowest category.  Two of

17   those components are resistance against handcuffing, meaning

18   the officers have to use some level of force to apply

19   handcuffs, or to patrol against resistance, where the officer

20   is trying to physically control a subject and has to use some

21   level of force to control their movement.

22        So the percentage of calls where anything other than

23   extremely minimal uses of force are used is very, very small.

24   I didn't do well in math.  I tried to quickly do the

25   percentage, but it was so small, and I couldn't be sure if I

1    was doing it correctly, but it is very small.

2            We talked about some of the other systems, and I'm

3    not going to go over those, other than to say that, as I

4    mentioned, Chief Outlaw is extremely committed to not only

5    utilizing the systems, but continuing them beyond the life of

6    the settlement agreement, ensuring their independence, and I

7    know that she is going to be -- and she told me that I could

8    say this -- she is going to be announcing organizational

9    changes to further strengthen the independence of some of the

10   auditing and review functions in the very near future.

11           I would like to briefly address some issues that have

12   been raised earlier today.  I mentioned the number of uses of

13   force.  I want to point out -- there's, I'm sure, an

14   inadvertent error in the Mental Health Association's

15   submission.  In an exhibit to its submission, the Mental Health

16   Association says that in 2018 five people were killed in

17   officer-involved shootings.  In fact, there were three such

18   deaths in 2018.  To date, in 2019, there have been two deaths

19   from officer-involved shootings

20           Of the five officer-involved shootings since

21   January 1, 2018, every subject was armed with either a firearm,

22   a realistic replica of a firearm, or a knife.  The majority of

23   those officer-involved shootings were in defense of others and

24   not just a threat to the officers themselves.

25           Finally, I do want to mention the League of Women

1   Voters had some very good feedback, and we appreciate their

2   wonderful organization that is reviewing and engaged in

3   monitoring much of this.  They did note in their submission

4   that PCCEP has reviewed PPB's 2017 annual plan and made five

5   recommendations, and they were asking what had occurred with

6   those.  All five of the recommendations that were forwarded to

7   Chief Outlaw from the PCCEP, with regard to the annual report,

8   were approved by the chief.

9          The first was that the draft of the 2018 annual

10  report be prepared no later than June 2019 to allow PCCEP to

11  review and comment in time for PPB no later than September

12  2019.  That report has been prepared and is being finalized.

13  It is in the final draft.  It is currently being edited and

14  will be provided to PCCEP before its June meeting later this

15  month.

16         The precinct meetings, because, as we all know, COAB

17  was not functioning for a period of time, and so there was no

18  community engagement body to review the 2017 report until PCCEP

19  was seated.  So PCCEP did review that, but we didn't have

20  separate precinct meetings because it was getting compressed

21  with the 2018 meetings.  So precinct meetings will be scheduled

22  in the near future.  Both of those annual reports will be

23  reviewed, and then we will get back to the one annual review.

24         Notice of those meetings will be pushed for a variety

25  of meetings that include PPB's website, the City's website,

1    including Twitter, Facebook, Instagram, all of the existing

2    advisory councils, and each precinct also has its own network

3    of city and advisory councils that will put that information

4    out.   PCCEP will post it on their website and push it out to

5    their network.

6            In closing, I just want to note that the City and the

7    Portland Police Bureau have made systematic reforms that will

8    enable the Portland Police Bureau to audit its own performance

9    and to gather data and make data and to inform decisions and

10   corrections as it goes forward.   These systems have resulted in

11   both improvements, to date, in reductions in uses of force and

12   improved training, but perhaps equally importantly, they enable

13   PPB to monitor its own performance and determine where

14   improvement is needed and make that improvement and to truly

15   become learning organizations.   Those systems will be extremely

16   useful beyond the life of the settlement agreement, and they

17   will be extremely useful as PPB is able to devote more focus to

18   other system issues, including continued progress on racial

19   equity.

20           Thank you very much

21           THE COURT:   Thank you, Ms. Reeve.   I appreciate those

22   comments very much.

23           Mr. Vannier.

24           MR. VANNIER:   Thank you, Your Honor.

25           So I'm here to just hopefully wrap things up a little

1    bit and just offer some brief argument on the parties' joint

2    renewed motion to enter the settlement.

3              Now, as Your Honor heard today, the PCCEP is a

4    functioning body and has been operating as such for slightly

5    over six months at this point.  As a matter of law, the parties

6    have met the legal requirements for entry of the full amended

7    settlement agreement at this time.

8              THE COURT:  And those legal requirements are what?

9              MR. VANNIER:  The legal requirements are those

10   provided by -- so it was paragraph -- I believe it is 194 of

11   the original settlement agreement and now paragraph 184 of the

12   amended settlement agreement.  That process is essentially that

13   those amendments were formulated with the United States.  They

14   are submitted to this Court by stipulation of the parties, and

15   they become effective, I believe it states after 45 days,

16   absent further action by the Court.  Our position is that under

17   the circumstances of this case, it is not a discretionary

18   matter; that the legal standard for the entry of the amendments

19   have been made.

20             Now, I do want to also add that even if it were a

21   discretionary matter, on this record, declining to enter the

22   PCCEP amendments, I believe, on this record, would be an abuse

23   of discretion, and I'll explain why.

24             On this record, there is nothing that suggests that

25   the PCCEP amendments are not fair, adequate, and reasonable.

1    You have heard concerns about the implementation of the PCCEP

2    amendments.  However, you have heard no concerns about the

3    underlying structure, and that is something that is important

4    to emphasize.  Concerns about implementation do not provide a

5    valid legal basis for declining to adopt -- to accept -- I'm

6    sorry -- the parties' stipulated amendment.  Again, approving

7    the amendments is just part of the journey.  The parties and

8    the City will be reporting to this Court.  The DOJ will be

9    monitoring the City's compliance.  However, at this time the

10   parties especially need clarity.  The City does need to know

11   what it is being legally required to comply with and the U.S.

12   DOJ needs to know what it is monitoring.

13           So for those reasons, Your Honor, we would urge this

14   Court to accept the joint motion to enter the stipulated

15   agreement at this time.

16           THE COURT:  Thank you, Mr. Vannier.

17           Anything further from anyone else?

18           All right.  Let me state that --

19           MR. GEISSLER:  Your Honor --

20           THE COURT:  Yes.  Mr. Geissler.

21           MR. GEISSLER:  One suggestion.  If Your Honor would

22   be inclined to grant final approval today of the PCCEP

23   amendments, we would be amenable to showing up in three months

24   or six months to report back on the status of further

25   implementation.  I don't want to give the impression to either

1   the Court or the audience that there is a capacity involved

2   here.  This is an open process, as transparent as the AMAC

3   rightfully seeks.  If we could have finality to know what we

4   should monitor, we would still report back to the Court.

5           Thank you.

6           THE COURT:  I understand.  I also understand

7   Mr. Vannier's position to be not inconsistent with what you

8   just said as well.

9           To the extent that anyone here or the City is arguing

10  that there is no discretionary action needed by the Court, I

11  disagree.  But if you are right, well, then there is an

12  appellate process to correct that.  But I don't agree.

13          I think that, ultimately, here the question is:  Are

14  the PCCEP amendments, which is the only part that has been

15  conditionally approved and that remains, are they fair,

16  reasonable, and adequate?  I have already found that other

17  portions of the amendment are fair, reasonable, and adequate.

18          Now, let me take a step back.  Looking at the

19  settlement agreement as a whole -- and by the way, before we

20  get into that detail, I do want to say that when the settlement

21  agreement was first presented in the latter part of 2012 and in

22  the six-plus years that we all have been living with it, I have

23  seen substantial progress.  I'm not going to use the words

24  "substantial compliance," but you have used the words

25  "substantial compliance," and I agree there is substantial

1    compliance on many, many aspects.  But I am trying to keep the

2    legalisms out of it for now.

3              I've seen tremendous progress.  I think overall it

4    has been very, very good for the City.  I have seen good faith

5    performance by all of the parties involved.  We now have a new

6    chief, who also embraces the values and spirit as well as the

7    letter of the settlement agreement.  I think that this is

8    really, really good for the City.

9              And so I commend everyone involved in this process.

10   You have the respect of the Court, all of you, and this

11   includes the United States, the City, Portland Police

12   Association, the AMA, the MHA, and everyone else who is

13   involved in this, the COCL, the folks that were involved in the

14   previous COAB process, and the folks currently involved in the

15   PCCEP process.  You are all doing a tremendous benefit for the

16   City and for the people that live in the city, and so I commend

17   you for that.

18             All right.  So don't misunderstand anything I'm about

19   to say when we looked at the entire settlement agreement and

20   its structure, there were two things about it that strike me as

21   very significant procedurally.  No. 1 is that it didn't

22   envision that the United States would be supervising the City

23   and the City police forever.  The plan was that, once

24   substantial compliance has been achieved and maintained for 12

25   months, then, upon motion of the parties, the case will be

1    fully dismissed.  And I think that's a very good way to

2    approach it.  I notice something very interesting, though, in

3    that.  It is not the case that once substantial compliance has

4    been received a motion will be received and then if the Court

5    agrees that there is substantial compliance the case will be

6    dismissed.  There has to be an achievement of substantial

7    compliance followed by one year of showing, yeah, we're going

8    to continue with substantial compliance, and that was very

9    wise, and that's something that informs my analysis of the

10    structure and wisdom of the settlement.

11           A second procedural aspect of this settlement, which

12    we talked about at our very first hearing on whether or not the

13    settlement was fair, reasonable, and adequate, and there was

14    some divergence of opinion, and so I heard some opinions from

15    the public who offered some views along these lines, was that

16    there was no ongoing Court supervision.

17           You know, this was not the first of this type of

18    lawsuit filed by the United States Department of Justice around

19    the country, but it was the first to not have a court monitor

20    or a consent decree.  It was a settlement agreement.

21           Am I right on that?

22           MR. GEISSLER:  Your Honor, the Warren, Ohio,

23    agreement is phrased as a settlement agreement, and the

24    United States is the only monitor.

25           THE COURT:  Was that before this agreement?

1          MR. GEISSLER:  It was before this agreement, and

2    there has not been ongoing Court oversight.

3          THE COURT:  Okay.  But the ones, at least the ones I

4    looked at -- Washington, Los Angeles, St. Louis, and a few of

5    the others -- they had court monitors that reported to the

6    Court and continuing Court oversight.  And when we had our

7    fairness hearing, one of the criticisms, one of the arguments

8    we heard from some people is that I should not approve this

9    settlement agreement as fair, reasonable, and adequate because

10   it didn't have continuing Court oversight; only oversight by

11   the United States.

12         Notwithstanding those arguments, which were well

13   articulated, I accepted the arguments by the United States and

14   the City and others, and I approved the settlement as fair,

15   reasonable, and adequate, even though it didn't have continuing

16   Court oversight.  Was that a mistake in hindsight?  I'll leave

17   academics and others to opine upon that in the future.  It is

18   not for me to opine upon right now, and I may be a little too

19   close to it, in any event.

20         But upon approving the settlement agreement as fair,

21   reasonable, and adequate, it very rapidly became clear that a

22   significant portion of it or piece of it was not adequate.

23   There was substantial compliance achieved in many areas, and I

24   think that was very good.  But the community engagement aspect

25   of it, which I thought was a critically important part, it

1    wasn't maybe -- it is certainly not the only part, and it may

2    not even be the most important part, but it was an important

3    piece, it fell apart.

4           And as everybody conceded, the United States and the

5    City and everyone else, there was non-compliance with the COAB

6    aspect, Article 9 of the settlement agreement, and that lasted

7    for several years.  There was several years of inaction, and

8    that was a problem.

9           So at least in hindsight that portion of the

10   settlement agreement dealing with community involvement and

11   engagement was not adequate.  It just wasn't sufficient to

12   address the problems that needed to be addressed.

13          So after a little bit of delay, a little bit of other

14   activity, the parties came together -- the United States, the

15   City, with the assistance of PPA and the AMA -- and they came

16   together with a proposed amendment.

17          The amendment dealt with a number of other issues,

18   and, as you know, I have already approved those other issues.

19   Those are good changes.  And the amendment proposed totally

20   revamping the community involvement and engagement portion,

21   completely eliminating the COAB structure, creating the PCCEP

22   structure, and they presented that to me for my approval as

23   fair, reasonable, and adequate.

24          It was presented to me before it had actually been

25   formed.  I think the members of the PCCEP had only been

1    appointed a matter of days or a week or two before we had this

2    hearing.  They hadn't even yet had their first official

3    meeting.  They had a little bit of training, but they hadn't

4    even had their first official meeting.  And people wanted me to

5    approve that.

6            The City moved that I approve it as fair, reasonable,

7    and adequate, and I said I couldn't do that at that time.  I

8    wasn't disapproving it.  It looked like it had a lot of promise

9    and potential.  Frankly, it still does.  And I'm even more

10   impressed now with the direction that the PCCEP solution is

11   heading than I was back when we knew nothing at all about it

12   last October.

13           I really am very impressed with the dedication of the

14   people involved in the PCCEP process, the way it seems to be

15   coming together.  I am very impressed with its promise and its

16   potential.

17           As I ask myself, as I have to, is it adequate, I also

18   think I must learn from history.  I thought the COAB process

19   was adequate.  That's why I approved it originally.  I've now

20   learned from hindsight that the COAB structure that was

21   proposed wasn't adequate.

22           So now I'm a little bit more skeptical about giving

23   approval until I have further confidence that something is

24   adequate.  As a matter of fact, even this morning, when we

25   heard from Mr. Vannier on behalf of the City, and he

1    acknowledged -- and I appreciate your candor to the Court --

2    the City is not in full compliance.  I appreciate your candor.

3    We are not in full compliance with the PCCEP process.  There

4    are a number of things to be done.  Hopefully, some will be

5    done in the very near future in terms of hiring a project

6    director and manager.  There is progress that still needs to be

7    made before this portion of the settlement agreement or the

8    amended agreement is in substantial compliance.

9            So one of the things that I was struggling with when

10   we met in October, one of the questions put to me is what do I

11   need to see?  Well, the answer is -- and now I'm basing my

12   lesson on the overall structure of the settlement agreement.

13   The structure of the settlement agreement is very wise.  It

14   says that before this case is going to be dismissed, I must see

15   not only substantial compliance, but I must see it for a

16   reasonable enough period of time to know that it is working.

17   And now that's my answer to your question what must I see to be

18   satisfied that this aspect of the proposed amendment is fair,

19   reasonable, and adequate, especially the "adequate" piece of

20   that.

21           So I want to see that the PCCEP structure is in

22   substantial compliance.  I want to see that it has been in

23   substantial compliance for an appropriate amount of time.  I

24   don't know whether that's a full year or not.  We have heard

25   some comments about six months.  By the way, I'll share with

1    you right now, so you can start looking at your calendars, my

2    trial calendar at the end of this year is really busy, and so

3    let me give the following dates to you all, and you can check

4    your calendars.  I will give you time and we will talk later.

5          The week of February 18th, Tuesday, February 18th --

6    Mary, will you double-check this too to make sure that these

7    days I'm giving we would be available for a full day, if need

8    be?  That week of February 18th -- Tuesday, the 18th; Tuesday,

9    19th; Thursday, the 20th; Friday, the 21st.  I think I can give

10   you any one of those days for a full day.  The following week:

11   Monday, February 24th.  And then possibly on possibly Monday or

12   Tuesday, March 2nd or March 3rd.  I think I can give you full

13   days on all those, subject to Mary checking.

14         I'm thinking that I want to see full compliance --

15   maybe full compliance -- and the advice I've heard is

16   approximately six months.  That gives us maybe two months or

17   so, 60 to 90 days, to achieve full compliance with PCCEP, and

18   then let's have that run for six months.  Then you can report

19   back to me when we meet, maybe at the end of February or early

20   March, that there has been full compliance.

21         Now, that said, I did have one concern going into

22   this hearing, but this concern has been answered from your

23   answers during this hearing.  I wanted to make sure that not

24   having final approval of this amendment wasn't interfering with

25   achieving substantial compliance of this PCCEP portion of the

1    proposed amendment, and I'm satisfied, based upon what I heard

2    today, that not having final approval is not interfering with

3    achieving substantial compliance.   I heard the argument from a

4    few others, including Mr. Karia who just recently said that

5    approval will provide substantial footing.   You know, I don't

6    really know what that means, but I know that the inverse of

7    that is -- that the lack of final approval is not interfering

8    with providing substantial footing.   I've not heard any

9    specific information today that tells me the lack of approval

10   is in any way interfering with achieving stability or stable

11   footing.

12          You've heard me say I have a lot of hope and promise,

13   as all of you do, for the PCCEP approach here.   I am not going

14   today to disapprove it.   I think it's going in the right

15   direction.   I commend you all for that.   But I've learned my

16   lesson from the COAB in the original hearing.   I'm not ready to

17   conclude that it's adequate until I see that it is in

18   substantial compliance and has been in substantial compliance

19   for some period of time.   I'm just following the basic

20   framework of this agreement.

21          So for that reason, I am continuing my conditional

22   approval.   I am continuing to express optimism and support for

23   the PCCEP process.   I have already asked the co-chairs of PCCEP

24   to tell the members of PCCEP and subcommittees my appreciation

25   and commendation for the hard work they're doing.   I think it

1   is probably the case that PCCEP will succeed where COAB did

2   not.

3          But before you get a final sign-off by the Court that

4   something is fair, reasonable, and adequate, especially

5   adequate -- it seems fair, it seems reasonable, but I can't

6   tell that it is adequate.  And especially in light of the

7   history in this case, I'm not going to conclude that it's

8   adequate until I see a record of positive performance; namely,

9   some period of time, perhaps six months, of substantial

10  compliance.  So that answers the pending questions.

11         I do give it continuing conditional approval.  I am

12  at this time declining to give final approval; but, for the

13  reasons I've stated on the record, to get substantial

14  compliance and for an appropriate period of time, it is my

15  expectation that I will give it full and final approval, and I

16  do not believe that the lack of final approval at this time is

17  in any way interfering with achieving substantial compliance.

18         So that said --

19         MS. REEVE:  Can I ask a clarifying question,

20  Your Honor?  Do I understand correctly that the Court is

21  stating that the criteria for substantial compliance are the

22  criteria contained in the conditionally approved amendments and

23  the PCCEP plan appended to the settlement agreement?

24         THE COURT:  No.  I view the criteria as is the

25  agreement fair, reasonable, and adequate.  That's what I view.

1   I think, as I discussed back when we had our original fairness

2   hearing, at that time I viewed the entire agreement as fair,

3   reasonable, and adequate.  Since then, there has been

4   non-compliance with the COAB portion.  We now have a proposal

5   to replace the COAB portion.  As part of that proposal, I've

6   approved so many other pieces of it.  The one other remaining

7   piece is to replace the COAB proposal with the PCCEP structure.

8   I am being asked is that fair, reasonable, and adequate.  And

9   the answer is, as of right now, I can't tell.

10          MS. REEVE:  And does Your Honor have any criteria

11  that Your Honor will be applying to make that determination?

12          THE COURT:  I thought I said it.  I thought I said

13  when I see substantial compliance for a sufficient period of

14  time, and right now it has been urged upon me that six months

15  of substantial compliance will be sufficient, then I will feel

16  more comfortable in concluding that it is adequate.

17          MS. REEVE:  I'm sorry, Your Honor.  I am probably

18  misstating my question, but that was my question.  Is the

19  criteria whether we achieve substantial compliance with the

20  terms of the conditionally approved amendments to the

21  settlement agreement and the PCCEP appended to the settlement

22  agreement?  That's what Your Honor is going to be judging

23  substantial compliance on?

24          THE COURT:  Along with the basic structure of the

25  entire settlement.  What I heard from counsel from the City

1    this morning is that we are not yet in substantial compliance

2    on the PCCEP issue.  What I've heard from the friend of the

3    Court, amicus curiae, AMA, is "I think we're going in that

4    direction," but their advice is let's wait and see after we

5    have had about six months of compliance with the PCCEP program,

6    let's make sure it is working, before I can conclude it is

7    adequate.  And that's my criteria.  If you think that's legally

8    inappropriate, you know what to do, because you've done it

9    before.

10           MS. REEVE:  No, Your Honor.  I'm just trying to have

11   some clarity as we try to make sure that we are complying with

12   what the Court is looking for.  So we will continue to work to

13   substantial compliance with the conditionally approved

14   amendments and with the conditionally approved plan.

15           THE COURT:  Because they are conditionally approved,

16   there are absolutely no legal impediments at all for the City

17   to comply with all aspects of the proposed amendment.  That's

18   what "conditional approval" means.  They are conditionally

19   approved.  Go forth and comply with them, I hope.

20           MS. REEVE:  Thank you, Your Honor.

21           THE COURT:  All right.  So if those dates do not

22   work, then we can go back to the drawing board and look again.

23           Do any of those look workable?

24           MR. GEISSLER:  My only preference, Your Honor, is to

25   avoid a Monday or Friday, if possible.

1              THE COURT:  So that would leave us with Tuesday,

2    February 18th; Wednesday, the 19th; or Thursday, the 20th.

3              Mary, are we free the 25th?

4              THE CLERK:  Yes.

5              THE COURT:  You could have Tuesday, the 25th, or

6    Tuesday, March 3.

7              Do all of those work, Mary?

8              THE CLERK:  Yes.

9              THE COURT:  All right.  So Tuesday, Wednesday

10   Thursday, February 18, 19, 20; Tuesday, February 25; Tuesday,

11   March 3rd.

12             If any of those look particularly better for you all,

13   speak up.  If any of them look problematic or inconvenient,

14   speak up, and I'll accommodate you.

15             MS. ALBIES:  Your Honor, counsel for AMA, I have a

16   trial set for the week of the 17th, 18th, and 19th of February.

17   We prefer the 25th or March 3rd.

18             THE COURT:  All right.  How are we doing on the

19   25th or on March 3rd?

20             MS. REEVE:  25th works for us, Your Honor.

21             THE COURT:  Does it work for the United States?

22             MR. GEISSLER:  It does, Your Honor.  Thank you.

23             THE COURT:  All right.  We will schedule our next

24   status conference and hearing on February 25th.

25             Is there anything further than any party would like

1   me to address in today's hearing?

2            MR. HAGER:  Just one question.  Is the joint motion

3   deferred or denied?

4            THE COURT:  Deferred --

5            MR. HAGER:  Thank you.

6            THE COURT:  -- and continued, to be addressed again

7   on February 25th, 2020.

8            Do you all prefer 9:00 a.m. or 10:00 a.m.  9:00 a.m.

9   seems to work.  Is that all right?

10           MR. GEISSLER:  It does, Your Honor.  Thank you.

11           THE COURT:  February 25th at 9:00 a.m.  The pending

12  motion is deferred and will be addressed on February 25th,

13  2020, at 9:00 a.m.  I do appreciate and commend everyone.  I

14  think your written submissions, including from the public, have

15  been extremely helpful.  I think our oral presentations today,

16  oral argument today from the parties and counsel and the public

17  have been very, very helpful.  I appreciate everyone being

18  here.

19           We will be in recess until February 25th .

20           Thank you.

21           COUNSEL:  Thank you.

22           (Court adjourned.)

23

24

25

--oOo--

        I certify, by signing below, that the foregoing is a
correct transcript of the record of proceedings in the
above-entitled cause.  A transcript without an original
signature, conformed signature, or digitally signed signature
is not certified.

/s/ Dennis W. Apodaca                    July 25, 2019
DENNIS W. APODACA, RDR, RMR, FCRR, CRR            DATE
Official Court Reporter

CHIEF OUTLAW: [1] 91/18
COMMISSIONER HARDESTY: [7] 83/1 83/3 87/18 88/5 89/20 90/21 91/8
COUNSEL: [1] 183/20
DR. BETHEL: [9] 28/12 28/15 30/25 35/4 35/17 35/22 38/24 129/25 137/22
DR. ROSENBAUM: [3] 115/4 125/7 139/7
MAYOR WHEELER: [1] 19/1
MR. CHAVEZ: [7] 40/10 40/12 40/15 140/9 140/12 142/12 144/4
MR. CHRISTOFF: [2] 139/9 140/5
MR. DRURY: [10] 45/18 45/20 45/22 46/1 49/6 49/11 49/17 53/4 151/20 153/22
MR. GEISSLER: [16] 5/9 94/7 94/15 95/3 103/5 103/13 103/21 136/7 137/3 169/18 169/20 172/21 172/25 181/23 182/21 183/9
MR. HAGER: [13] 5/12 9/9 12/23 17/10 17/18 17/21 18/4 114/7 149/7 149/15 151/5 183/1 183/4
MR. HANDELMA: [1] 54/19
MR. HANDELMAN: [3] 54/12 54/16 55/2
MR. KARIA: [3] 5/17 27/7 158/8
MR. PARKS: [1] 64/24
MR. RENAUD: [1] 42/4
MR. VANNIER: [13] 5/22 20/7 21/20 22/15 23/5 23/25 24/14 25/10 25/14 25/22 26/6 167/23 168/8
MS. AIONA: [4] 72/12 72/14 76/2 76/6
MS. ALBIES: [3] 129/22 150/14 182/14
MS. BRAYFIELD: [1] 68/9
MS. CHAMBERS: [7] 5/15 27/19 36/16 37/5 37/9 38/19 38/22
MS. DUMAS: [4] 45/23 51/19 51/21 53/2
MS. FREIDMAN: [1] 145/14
MS. GARY-SMITH: [2] 78/20 80/20
MS. HANNON: [1] 61/12
MS. MOWRY: [2] 154/14 158/5
MS. NEWELL: [1] 71/1
MS. PAYNE: [1] 114/10
MS. REEVE: [17] 5/19 18/15 18/21 20/5 103/23 149/24 150/12 153/23 154/3 154/6 159/19 179/18 180/9 180/16 181/9 181/19 182/19
MS. ZINGESER: [2] 76/11 78/16
THE CLERK: [4] 5/4 53/21 182/3 182/7
THE COURT REPORTER: [1] 151/10
THE COURT: [138] 5/11 5/14 5/16 5/18 5/21 5/24 12/22 16/18 17/16 17/19 17/25 18/12 18/20 18/22 20/2 21/19 22/14 22/19 23/22 24/13 24/21 25/11 25/21 26/4 27/4 27/15 28/10 28/14 30/21 34/18 35/16 35/18 36/12 36/18 37/8 38/2 38/20 40/3 40/11 40/14 42/2 45/11 45/19 45/21 45/25 49/1 49/9 49/13 51/7 51/20 52/10 53/3 53/5 53/16 53/22 54/15 54/18 55/1 61/11 64/21 68/3 70/23 72/7 72/13 75/12 76/5 76/8 78/15 78/17 80/19 82/23 83/2 87/8 87/19 89/7 90/13 91/3 91/10 93/19 94/10 95/1 102/22 103/9 103/19 103/22 113/24 114/8 114/22 125/6 129/17 129/24 135/21 136/25 137/16 138/22 140/4 140/6 140/11 142/6 144/2 145/12 149/4 149/12 149/22 150/7 150/13 150/18 151/6 151/11 151/16 153/20 154/2 154/5 154/9 158/2 158/6 159/16 167/20 168/7 169/15 169/19 170/5 172/24 173/2 179/23 180/11 180/23 181/14 181/20 181/25 182/4 182/8 182/17 182/20 182/22 183/3 183/5 183/10

$

$162,000 [1] 88/19

-

--oOo [1] 184/4

/

/s [1] 184/11

1

1.57 [1] 59/3
10 percent [1] 62/11
100 [3] 35/12 50/1 121/13
1000 [3] 2/3 2/7 3/24

100th [2] 75/21 76/4
1010.11 [1] 96/15
1010.10 [2] 97/5 102/3
105 [1] 120/13
106 [1] 104/18
10:00 [1] 183/8
11 [1] 17/16
11 percent [1] 59/19
11.4 percent [1] 132/9
115 [1] 106/3
116 [1] 100/12
117 [4] 100/16 100/22 101/2 122/1
118 [1] 66/8
119 [1] 66/8
12 [4] 17/19 36/22 112/4 171/24
12-2265-SI [1] 5/6
120 [1] 123/22
121 [1] 123/6
1221 [3] 2/15 2/19 2/23
127 [1] 66/20
128 [1] 58/18
13 [9] 12/23 12/24 15/15 17/16 21/11 21/17 31/4 55/12 71/11
130 [1] 65/5
14 [1] 17/15
140-plus [1] 106/13
141 [1] 111/4
142 [3] 55/22 57/19 127/4
144 [1] 57/1
145 [2] 58/2 127/18
146 [1] 128/5
147 [1] 128/15
148 [2] 62/24 128/24
149 [1] 129/2
150 [3] 60/21 129/8 129/14
152 [1] 111/4
157 [1] 9/23
16 [1] 62/17
169 [1] 65/22
16th [1] 65/9
17 [1] 17/16
171 [1] 10/24
177 [1] 97/23
17th [1] 182/16
18 [7] 17/4 17/19 36/22 65/9 106/6 163/13 182/10
18 percent [1] 62/20
180 [3] 123/7 137/6 140/3
180-day [2] 95/21 123/18
184 [4] 10/10 20/18 24/16 168/11
18th [6] 177/5 177/5 177/8 177/8 182/2 182/16
19 [1] 182/10
19-month [2] 109/13 109/21
192 [2] 11/2 62/19
194 [2] 20/17 168/10
19th [3] 8/13 177/9 182/2
19th of [1] 182/16
1:00 [2] 94/5 94/14
1st [1] 147/9

2

20 [4] 12/18 94/14 146/2 182/10
20 percent [2] 59/2 65/25
200,000 [1] 42/24
2000 [1] 3/8
2002 [1] 59/5
2006 [1] 64/1
201 [1] 17/4
2012 [5] 61/19 63/20 67/25 98/3 170/21
2016 [2] 61/24 72/3
2017 [10] 10/9 61/1 61/25 62/19 96/9 97/20 109/13 129/12 166/4 166/18
2018 [21] 10/21 10/25 20/22 21/10 59/11 61/1 97/21 113/11 118/14 120/10 125/15 129/12 133/22 139/13 164/4 164/5 165/16 165/18 165/21 166/9 166/21

**2019 [14]** 1/6 4/2 5/2 8/5 38/5 109/12 118/17 120/9 125/18
126/3 165/18 166/10 166/12 184/11
**2020 [3]** 75/20 183/7 183/13
**20530 [1]** 2/12
**20th [2]** 177/9 182/2
**210 [1]** 3/11
**21st [1]** 177/9
**22 percent [1]** 97/24
**226 [1]** 97/21
**24 [2]** 71/3 106/4
**24th [1]** 177/11
**25 [4]** 62/18 134/24 182/10 184/11
**25 percent [1]** 61/19
**25th [7]** 182/3 182/5 182/24 183/7 183/11 183/12 183/19
**25th or [2]** 182/17 182/19
**25th works [1]** 182/20
**26,000 [1]** 164/5
**28 [1]** 72/3

**3**

**300 [1]** 109/19
**300 percent [1]** 62/22
**301 [1]** 3/24
**3021 [1]** 3/4
**326-8191 [1]** 3/25
**34 [1]** 62/19
**34 percent [1]** 59/18
**38.7 percent [1]** 132/7
**3:12-cv-02265-SI [1]** 1/5
**3rd [4]** 177/12 182/11 182/17 182/19

**4**

**40 [4]** 106/10 106/11 161/11 161/16
**40,000 [2]** 109/14 109/19
**400 [1]** 3/12
**430 [3]** 2/16 2/20 2/24
**45 [1]** 168/15
**47 [2]** 100/16 122/4

**5**

**50 percent [1]** 113/2
**50,000 [1]** 42/20
**503 [1]** 3/25
**5248 [1]** 3/15
**54 percent [1]** 85/2
**55 percent [1]** 63/19
**57 [1]** 62/14

**6**

**6 percent [2]** 61/20 62/13
**60 [3]** 94/1 94/13 177/17
**60,000 [2]** 42/20 43/1
**60-minute [1]** 94/15
**600 [2]** 2/4 2/7
**61 percent [1]** 62/15
**63 [1]** 62/14
**65 percent [2]** 63/19 164/15
**66 [1]** 65/24
**68 [1]** 98/12
**69 [1]** 64/10

**7**

**70 percent [1]** 84/25
**71 percent [2]** 62/14 83/22
**71.9 [1]** 132/8
**72 percent [2]** 59/17 132/6
**73 [1]** 55/6
**75 percent [1]** 84/3
**77 [2]** 133/12 138/2
**77 percent [1]** 84/3
**78 [1]** 109/21

**80,000 [1]** 42/22
**81 [2]** 55/6 118/17
**8191 [1]** 3/25
**84-A1A [1]** 118/22
**85 [1]** 118/19
**85 percent [1]** 84/1
**850.20 [3]** 106/8 106/20 120/2
**87 percent [1]** 84/2
**88 [3]** 55/6 104/3 143/25
**89 [1]** 143/25

**9**

**90 [3]** 39/14 104/3 177/17
**900 [1]** 3/7
**91 [1]** 106/3
**911 [7]** 86/10 86/18 104/6 105/16 108/6 110/17 111/23
**950 [1]** 2/11
**97204 [8]** 2/4 2/8 2/16 2/20 2/24 3/8 3/12 3/24
**97208 [1]** 3/15
**97232 [1]** 3/4
**99 [1]** 63/23
**99 percent [1]** 85/21
**99.3 percent [2]** 164/5 164/14
**99.7 [1]** 164/12
**9:00 [3]** 183/8 183/11 183/13
**9:00 a.m [1]** 183/8

**A**

**a.m [5]** 183/8 183/8 183/8 183/11 183/13
**A1A [1]** 118/22
**abbreviate [1]** 162/23
**abbreviated [1]** 162/23
**ability [11]** 33/16 33/20 33/21 35/1 49/15 49/20 69/3 82/8
119/23 135/4 138/25
**able [21]** 18/19 36/12 50/8 50/10 50/12 51/2 51/5 57/18 58/18
69/22 77/16 77/25 81/1 86/18 103/8 120/16 120/16 123/21
138/21 148/6 167/17
**about [118]** 8/11 11/4 15/14 19/20 24/10 27/24 29/25 30/24
31/9 31/10 32/2 32/5 35/5 40/18 40/19 41/14 42/19 42/22 42/24
43/16 43/17 44/10 44/15 45/4 48/21 48/22 48/22 54/23 55/8
55/15 55/19 56/2 58/20 59/22 60/21 61/16 62/5 65/20 67/10
68/20 70/4 72/2 73/3 74/11 77/11 77/15 78/9 78/25 79/12 81/21
83/13 84/14 85/16 87/13 87/15 87/16 87/18 88/23 89/10 91/2
93/15 94/1 94/5 103/4 111/8 111/18 112/10 115/8 117/15
123/15 125/13 125/25 128/7 130/15 130/16 130/19 131/19
132/5 132/8 132/19 132/22 134/9 134/22 135/7 135/17 136/3
136/4 137/25 145/17 145/18 146/13 148/15 148/16 150/6
152/12 153/3 153/11 156/21 157/7 157/13 157/13 157/17
157/21 161/1 163/18 163/19 164/8 165/2 169/1 169/2 169/4
171/18 171/20 172/12 175/11 175/22 176/25 181/5
**above [1]** 184/8
**above-entitled [1]** 184/8
**absent [1]** 168/16
**absolutely [2]** 90/6 181/16
**abuse [5]** 44/20 142/18 144/14 144/17 168/22
**abused [1]** 44/3
**abuses [1]** 97/6
**academics [1]** 173/17
**accelerating [1]** 163/2
**accept [5]** 11/24 11/25 112/21 169/5 169/14
**acceptable [2]** 94/11 112/17
**accepted [2]** 13/6 173/13
**access [28]** 34/8 58/23 73/9 80/18 80/24 81/4 90/9 102/16
111/23 114/21 133/18 133/20 135/25 136/17 136/19 136/25
137/25 138/4 138/17 138/21 138/24 139/2 139/12 139/19
144/16 145/3 145/3 145/5
**accessible [8]** 11/20 23/9 41/15 118/19 143/3 143/5 148/2
155/15
**accessing [1]** 138/10
**accidental [1]** 66/15
**accidentally [1]** 64/16

**accommodate [1]** 182/14
**accomplish [5]** 40/1 51/14 73/2 113/21 131/24
**accomplished [1]** 37/12
**accomplishing [2]** 130/25 131/24
**accordance [2]** 16/2 98/2
**according [2]** 10/23 10/23
**account [1]** 11/12
**accountability [16]** 26/16 72/19 90/8 95/8 95/21 101/3 101/9 101/25 116/16 117/23 122/16 132/15 132/23 133/10 150/16 158/20
**accountable [3]** 65/21 83/10 127/2
**accurate [1]** 147/17
**accurately [1]** 120/16
**achieve [11]** 74/21 118/15 119/6 121/9 122/17 125/3 127/17 128/11 160/7 177/17 180/19
**achieved [4]** 110/10 118/2 171/24 173/23
**achievement [2]** 95/24 172/6
**achieves [1]** 96/2
**achieving [8]** 10/20 102/24 103/12 115/9 177/25 178/3 178/10 179/17
**acknowledge [6]** 13/17 25/18 60/17 91/23 92/4 93/17
**acknowledged [3]** 38/15 85/13 176/1
**acknowledging [1]** 160/2
**across [6]** 11/21 21/13 47/16 68/21 70/14 136/25
**acting [2]** 98/1 110/22
**action [15]** 8/18 29/4 29/6 59/18 69/20 97/22 100/13 100/14 102/13 103/17 116/6 117/11 149/1 168/16 170/10
**actions [4]** 30/16 64/20 69/5 119/1
**active [6]** 14/24 21/9 31/21 31/24 60/19 159/9
**actively [2]** 72/16 159/1
**activist [2]** 71/3 80/4
**activities [1]** 127/16
**activity [2]** 58/7 174/14
**actual [4]** 28/5 70/2 106/23 109/14
**actually [18]** 37/19 48/3 59/23 68/1 77/4 83/14 83/15 86/24 87/1 88/14 90/2 98/1 145/5 148/15 148/16 157/18 157/23 174/24
**acuity [1]** 144/17
**adapt [1]** 110/15
**add [5]** 17/9 19/18 39/21 51/21 168/20
**added [1]** 109/5
**addiction [5]** 42/13 42/25 43/11 104/13 162/1
**adding [2]** 104/17 107/12
**addition [6]** 14/11 27/11 99/2 110/5 116/17 131/19
**additional [8]** 75/9 106/11 118/21 120/2 122/21 125/10 138/14 143/3
**Additionally [3]** 121/23 140/16 144/18
**address [28]** 17/20 20/6 23/19 25/24 28/16 36/19 65/3 68/13 84/15 84/19 91/20 95/14 95/15 99/15 102/11 102/13 104/1 105/24 112/14 121/4 121/19 133/17 136/22 144/20 160/6 165/11 174/12 183/1
**addressed [9]** 30/1 30/2 33/13 68/24 96/4 100/21 174/12 183/6 183/12
**addressing [3]** 86/13 138/20 139/8
**adequacy [11]** 13/24 16/6 16/22 17/1 17/8 17/13 34/5 34/6 34/8 40/20 40/21
**adequate [37]** 10/11 13/23 16/3 17/1 20/19 22/3 57/10 124/3 136/22 136/22 168/25 170/16 170/17 172/13 173/9 173/15 173/21 173/22 174/11 174/23 175/7 175/17 175/19 175/21 175/24 176/19 176/19 178/17 179/4 179/5 179/6 179/8 179/25 180/3 180/8 180/16 181/7
**adjourned [1]** 183/22
**adjustments [1]** 122/25
**administration [1]** 82/9
**administrative [11]** 12/15 57/1 80/23 102/16 121/25 122/18 123/2 123/7 123/12 123/17 138/1
**administrator [2]** 80/23 100/4
**administrators [1]** 118/7
**admirably [1]** 14/8
**admitted [1]** 59/20
**adopt [1]** 169/5
**adopted [6]** 20/16 20/21 21/10 24/20 73/21 96/9

**adopting [1]** 25/20
**advance [2]** 31/23 111/13
**advancing [1]** 12/9
**adversarial [1]** 93/10
**advice [2]** 177/15 181/4
**advise [1]** 105/1
**advised [2]** 111/6 143/20
**advisers [1]** 105/14
**advisor [1]** 154/16
**advisory [23]** 9/22 15/2 15/4 63/8 66/4 70/9 76/20 77/8 77/19 78/4 78/8 78/13 92/7 97/16 105/10 111/17 112/1 145/20 147/2 149/17 161/19 167/2 167/3
**advocacy [1]** 105/13
**advocate [2]** 86/22 142/22
**advocates [2]** 122/7 146/8
**affairs [3]** 101/14 124/15 137/9
**affect [1]** 95/21
**affected [4]** 42/14 42/24 62/12 140/24
**affecting [1]** 48/25
**afford [1]** 88/20
**African [9]** 39/24 61/20 62/1 62/10 62/20 79/1 85/6 85/20 133/13
**African-American [4]** 61/20 62/20 79/1 85/20
**African-Americans [5]** 39/24 62/1 62/10 85/6 133/13
**after [37]** 7/2 7/6 7/8 10/14 13/9 24/19 33/13 44/19 45/15 45/16 52/5 53/9 53/14 56/24 57/14 59/13 61/2 63/19 66/19 68/22 68/22 69/10 77/11 82/15 84/17 86/15 97/20 97/21 97/22 118/1 119/13 148/16 158/14 160/11 168/15 174/13 181/4
**after-action [1]** 97/22
**afternoon [8]** 72/13 72/14 95/1 129/23 130/1 139/10 140/10 151/17
**afterthought [1]** 26/3
**again [35]** 7/7 14/22 20/15 20/19 20/22 23/13 23/19 25/15 26/17 27/1 30/9 30/18 33/8 40/16 41/7 42/6 50/3 53/7 59/25 68/11 78/21 92/4 93/12 130/15 137/23 140/1 143/23 151/21 156/22 157/6 159/7 161/25 169/6 181/22 183/6
**against [16]** 28/20 32/24 35/11 44/21 60/9 60/16 63/18 65/4 92/16 131/17 131/20 142/2 142/5 162/12 164/17 164/19
**age [3]** 48/12 71/9 128/25
**agencies [1]** 105/14
**agency [2]** 58/24 141/16
**agenda [6]** 14/6 15/20 93/23 151/7 157/2 157/3
**agitator [1]** 80/5
**ago [12]** 8/11 16/22 20/10 20/21 71/11 76/24 78/24 87/15 88/2 89/4 89/10 146/2
**agree [15]** 17/7 17/11 17/15 17/17 18/4 18/11 23/10 38/12 67/7 129/3 133/5 135/5 150/25 170/12 170/25
**agreed [4]** 10/15 44/18 129/5 150/4
**agreement [145]** 7/21 8/4 9/20 10/10 10/17 15/21 16/2 18/7 19/16 20/12 20/17 20/18 20/20 20/23 21/4 21/22 24/12 24/16 24/17 24/24 25/16 26/2 26/4 26/18 27/2 27/15 28/3 29/3 29/21 31/16 32/4 34/13 41/22 48/23 54/24 55/20 60/6 61/10 63/19 66/25 67/6 67/24 69/13 69/25 70/6 73/5 73/7 75/7 76/16 80/1 84/8 84/14 84/17 84/21 85/8 85/10 85/23 87/25 88/1 88/3 95/6 95/20 95/25 96/3 96/12 100/19 102/1 103/2 104/18 105/25 110/21 111/1 111/5 112/8 112/19 113/16 113/22 115/11 115/16 115/19 116/1 120/25 122/14 123/6 125/3 127/25 129/21 130/3 130/11 131/16 131/23 134/17 135/15 140/15 144/1 145/22 146/13 146/21 147/25 150/20 156/16 157/12 158/11 158/18 159/1 159/13 159/15 160/6 160/9 160/12 160/16 161/10 162/15 162/17 162/21 162/24 165/16 167/18 168/1 168/12 169/15 170/19 170/21 171/7 171/19 172/20 172/23 172/23 172/25 173/1 173/9 173/20 174/6 174/10 176/7 176/8 176/12 176/18 180/20 179/23 179/25 180/22
**agreement-related [1]** 60/6
**agreements [1]** 157/19
**agrees [2]** 27/23 172/5
**ahead [2]** 89/20 124/16
**aid [2]** 98/16 98/18
**aided [1]** 138/8
**Aiona [8]** 7/1 8/18 53/11 54/4 72/12 72/15 76/9 78/3
**al [1]** 5/7
**ALBIES [3]** 3/10 3/11 129/22

**ALBINA [7]**  3/5 3/9 6/13 8/6 10/18 13/19 14/20
**alcohol [1]**  141/17
**alcoholism [1]**  42/23
**alert [1]**  100/9
**alerts [6]**  66/10 100/9 100/13 100/13 121/20 121/24
**ALEXANDER [1]**  2/9
**all [144]**  6/1 6/3 6/6 6/22 7/12 7/15 12/4 12/6 12/20 17/11 18/5
18/13 18/14 18/19 20/4 22/10 24/3 25/22 27/6 28/18 29/20
31/24 33/12 36/23 37/12 37/16 37/24 38/10 38/10 39/21 41/15
43/9 47/20 47/21 47/25 51/2 52/12 52/14 52/14 53/19 53/23
54/2 54/6 54/9 54/19 57/18 58/23 59/2 68/16 69/22 71/12 77/17
79/2 79/15 79/23 80/1 80/12 83/11 84/8 86/6 86/7 87/11 89/4
90/6 92/2 92/22 93/9 93/9 93/11 94/9 94/11 94/13 95/19 96/3
96/23 97/11 99/2 99/17 99/24 102/23 106/4 106/11 106/14
108/4 112/21 114/14 114/16 115/3 115/22 116/13 116/23 117/5
118/3 118/18 119/7 121/16 129/20 133/18 134/18 135/5 135/14
135/20 138/19 143/17 146/12 148/1 148/2 148/6 150/10 151/10
151/17 152/1 153/18 155/14 159/18 160/6 160/23 162/8 162/11
164/15 166/6 166/16 167/1 169/18 170/22 171/5 171/10 171/15
171/18 175/11 177/3 177/13 178/13 178/15 181/16 181/17
181/21 182/7 182/9 182/12 182/18 182/23 183/8 183/9
**allegations [7]**  59/2 59/3 59/4 101/12 111/24 123/24 123/25
**alleged [2]**  123/23 142/2
**allegedly [1]**  61/2
**ALLIANCE [20]**  3/5 3/9 3/13 6/14 6/15 7/9 8/6 8/14 10/18 13/19
13/20 14/20 14/21 23/7 40/9 46/20 140/8 145/16 148/25 150/3
**Alliance's [1]**  147/8
**alliances [1]**  13/18
**allies [1]**  42/6
**allocated [1]**  112/16
**allotted [1]**  42/9
**allow [6]**  88/15 119/22 145/4 148/8 163/8 166/10
**allowing [4]**  46/2 148/12 149/2 149/3
**allows [1]**  48/6
**alluded [1]**  164/4
**almost [1]**  146/2
**alone [3]**  98/8 108/19 130/12
**along [6]**  27/22 67/10 73/14 161/25 172/15 180/24
**alongs [1]**  97/8
**already [24]**  46/18 47/6 48/10 49/21 49/23 56/5 56/20 57/2
57/17 57/20 58/12 58/17 64/4 71/15 115/12 119/16 126/6
126/20 151/23 157/14 160/1 170/16 174/18 178/23
**also [107]**  6/24 8/1 8/13 8/14 8/16 13/5 13/16 14/17 15/6 15/10
19/11 19/12 21/15 22/2 22/9 23/6 39/5 41/11 42/8 43/6 46/4
46/8 46/19 46/21 46/25 47/9 49/20 50/7 51/6 54/25 56/9 58/8
58/10 64/10 65/16 65/23 66/17 68/6 70/11 70/13 74/23 75/16
75/20 76/4 77/19 78/10 79/22 84/21 86/1 87/16 87/20 88/3
92/17 92/25 93/3 93/3 93/17 93/25 96/14 97/8 97/14 98/25
99/13 100/8 100/16 100/20 101/6 102/6 102/18 106/22 108/15
109/2 109/5 113/11 114/19 116/4 117/12 117/15 120/11 121/18
124/14 125/9 127/7 128/22 131/7 131/18 133/5 136/1 136/11
140/11 143/23 146/10 146/21 147/14 147/15 147/19 148/15
150/4 150/4 156/19 161/23 162/1 167/2 168/20 170/6 171/6
175/17
**alternate [7]**  12/25 14/4 21/18 33/5 57/16 113/5 126/13
**alternates [13]**  13/1 13/3 14/23 24/6 24/8 31/3 31/22 33/11
58/11 58/13 113/6 126/12 155/7
**alternatives [1]**  126/8
**although [4]**  25/1 64/5 73/19 124/16
**altogether [1]**  110/12
**always [12]**  29/25 31/22 36/14 39/18 66/13 78/23 79/9 90/14
92/20 93/20 115/23 152/7
**am [45]**  6/7 18/2 23/25 28/21 37/1 49/6 49/17 51/22 52/1 65/1
68/10 71/2 76/19 76/20 77/17 80/4 82/6 82/12 83/4 85/20 86/6
88/11 89/22 93/15 104/1 114/11 128/7 129/6 139/10 145/15
150/8 150/11 151/22 151/23 154/16 171/1 172/21 175/13
175/15 178/13 178/21 178/22 179/11 180/8 180/17
**AMA [17]**  7/9 8/11 17/3 27/18 27/19 36/24 79/24 129/20 136/5
137/17 137/18 149/7 156/18 171/12 174/15 181/3 182/15
**AMA's [1]**  136/1
**AMAC [18]**  5/16 10/17 20/11 27/3 27/23 28/6 28/23 34/10 36/18

**AMBERG [1]**  2/9
**ambulance [3]**  105/8 106/25 141/14
**amenable [1]**  169/23
**amend [2]**  9/20 16/18
**amended [11]**  14/3 20/12 20/18 20/22 21/22 27/2 100/16 111/4
168/6 168/12 176/8
**amending [1]**  24/16
**amendment [28]**  6/10 7/3 10/8 10/13 10/19 11/9 13/22 13/24
15/25 16/2 16/3 16/5 17/13 20/7 25/16 68/18 68/20 75/21
159/23 169/6 170/17 174/16 174/17 174/19 176/18 177/24
178/1 181/17
**Amendment's [1]**  76/4
**amendments [32]**  8/4 19/16 20/16 20/23 21/3 22/2 24/12 24/21
25/8 25/17 26/18 26/23 27/15 28/2 28/4 37/13 38/16 40/9 40/19
57/23 159/7 168/13 168/18 168/22 168/25 169/2 169/7 169/23
170/14 179/22 180/20 181/14
**AMERICA [2]**  1/4 5/7
**American [6]**  61/20 62/20 71/17 79/1 84/4 85/20
**Americans [5]**  39/24 62/1 62/10 85/6 133/13
**amici [3]**  12/2 15/8 40/17
**amicus [5]**  3/5 3/9 3/13 6/4 181/3
**among [2]**  34/25 55/7
**amount [8]**  29/10 35/14 42/8 64/4 109/21 152/17 157/10 176/23
**analysis [17]**  54/23 55/4 55/12 59/1 59/22 61/9 63/16 110/16
117/8 118/1 119/14 121/11 122/11 123/20 125/21 150/3 172/9
**analyzed [2]**  123/18 128/22
**analyzing [1]**  66/24
**and/or [7]**  55/9 60/15 68/19 77/22 87/18 138/10 144/14
**Angeles [1]**  173/4
**ANIL [2]**  3/3 5/18
**Ann [3]**  6/25 15/9 68/11
**Ann Brayfield [1]**  68/11
**anniversary [2]**  75/21 76/4
**announced [1]**  58/11
**announcements [1]**  31/22
**announcing [1]**  165/8
**annual [13]**  57/22 60/22 74/8 106/13 108/14 113/11 129/9
129/16 166/4 166/7 166/9 166/22 166/23
**another [14]**  23/11 35/6 42/22 43/1 59/23 70/19 92/7 98/14
135/9 153/2 155/20 161/16 162/5 162/6
**answer [12]**  34/17 37/2 38/19 38/24 38/25 103/11 113/24
114/14 151/12 176/11 176/17 180/9
**answered [3]**  33/2 37/1 177/22
**answers [3]**  131/16 177/23 179/10
**anti [1]**  134/25
**anti-police [1]**  134/25
**anticipates [1]**  129/13
**anxiety [1]**  156/7
**any [57]**  6/17 9/2 9/7 11/12 13/25 15/14 16/12 17/9 17/9 18/3
22/21 22/21 23/4 24/11 24/24 25/8 31/5 34/16 34/22 35/20
36/17 36/23 49/14 50/2 54/11 59/6 59/23 65/19 80/13 81/22
85/4 88/13 88/16 95/16 102/22 113/24 115/1 115/13 137/17
138/23 139/7 139/21 140/2 149/6 157/11 158/10 158/10 173/19
177/10 178/8 178/10 179/17 180/10 181/23 182/12 182/13
182/25
**anyone [15]**  8/25 9/2 9/7 18/24 27/18 53/8 53/12 53/15 80/18
112/22 149/23 150/14 155/7 169/17 170/9
**anything [11]**  7/4 36/5 51/12 51/21 85/9 90/19 150/11 164/22
169/17 171/18 182/25
**apart [1]**  174/3
**Apodaca [3]**  3/23 184/11 184/12
**apologize [1]**  115/13
**apparently [3]**  58/6 66/6 83/7
**appeals [1]**  59/7
**appear [2]**  137/14 137/15
**APPEARANCES [2]**  2/1 3/1
**appeared [1]**  115/7
**appearing [1]**  143/17
**appears [2]**  120/8 142/10
**appellate [1]**  170/12
**appended [2]**  179/23 180/21
**applaud [1]**  84/6

**A**

applicant [2] 22/22 23/3
applicants [2] 22/21 23/2
applications [1] 117/9
applied [1] 132/11
apply [7] 62/7 74/7 77/18 78/12 78/14 132/22 164/18
applying [1] 180/11
appoint [1] 13/2
appointed [4] 58/11 72/24 74/2 175/1
appreciate [47] 13/16 20/3 23/4 27/17 28/14 30/15 34/7 35/11 36/14 40/4 42/8 45/12 51/18 52/11 52/12 64/22 68/4 68/7 70/24 72/10 75/15 75/16 75/17 78/18 79/24 82/24 87/10 87/11 89/8 90/20 90/23 91/12 91/17 91/20 103/21 115/2 129/18 133/3 148/1 156/17 158/4 166/1 167/21 176/1 176/2 183/13 183/17
appreciated [2] 66/2 73/6
appreciates [1] 28/23
appreciation [2] 52/25 178/24
appreciative [1] 91/1
approach [9] 107/7 110/4 110/25 122/8 122/11 122/14 124/14 172/2 178/13
appropriate [15] 25/7 62/7 86/17 105/17 105/20 106/21 108/17 109/4 141/6 142/17 147/15 149/1 162/6 176/23 179/14
appropriately [2] 25/9 63/7
approval [56] 8/3 10/3 10/4 10/8 11/5 15/24 16/7 16/13 19/16 23/1 23/25 34/25 35/22 35/22 35/24 36/4 36/6 38/6 38/7 38/8 38/18 45/10 48/5 48/20 49/3 49/4 49/16 52/21 68/18 69/9 69/10 69/19 95/25 100/15 106/20 107/15 110/13 158/17 159/6 159/8 159/12 159/22 169/22 174/22 175/23 177/24 178/2 178/5 178/7 178/9 178/22 179/11 179/12 179/15 179/16 181/18
approve [4] 38/22 173/8 175/5 175/6
approved [27] 10/13 10/21 11/9 16/5 20/22 20/24 22/14 22/23 24/24 33/25 37/13 96/14 98/2 103/15 111/5 166/8 170/15 173/14 174/18 175/19 179/22 180/6 180/20 181/13 181/14 181/15 181/19
approves [2] 24/21 28/4
approving [5] 25/8 26/17 57/9 169/6 173/20
approximately [3] 49/10 164/16 177/16
April [7] 10/21 20/22 61/24 66/6 109/13 120/9 126/3
April 2018 [1] 20/22
April 2019 [1] 109/13
are [298]
area [12] 23/22 45/6 65/3 77/16 99/21 101/6 118/21 130/18 131/8 132/20 160/5 161/10
areas [18] 42/17 55/12 61/13 69/13 75/17 91/7 95/17 99/13 102/15 102/22 130/4 130/4 130/8 132/21 152/20 160/9 162/24 173/23
aren't [9] 9/14 18/8 18/9 30/23 58/13 65/6 86/7 112/5 160/15
arguing [1] 170/9
argument [5] 63/14 150/24 168/1 178/3 183/16
arguments [7] 20/13 24/25 27/9 151/1 173/7 173/12 173/13
arise [1] 117/10
armed [1] 165/21
armored [1] 65/13
around [10] 44/19 54/24 64/12 79/5 88/9 125/2 134/23 135/4 155/15 172/18
arranging [1] 155/6
array [2] 58/6 105/11
arrest [1] 32/21
arrested [2] 43/7 44/4
arresting [1] 60/15
arrests [1] 105/3
arrival [2] 144/8 145/2
arrived [1] 63/3
article [2] 77/11 174/6
articulate [1] 151/25
articulated [2] 120/24 173/13
articulation [2] 8/8 8/11
as [266]
ASHLEE [1] 3/10
Asian [1] 84/2
Asian-Pacific [1] 84/2
Aside [1] 55/13

ask [24] 14/3 15/24 16/21 19/15 30/20 53/7 54/10 65/14 67/23 76/22 79/24 87/20 102/5 108/8 114/1 114/4 131/15 132/18 145/12 157/10 175/17 179/19
asked [10] 36/2 40/22 49/22 66/3 88/6 92/3 131/7 154/18 178/23 180/8
asking [9] 25/13 34/10 34/20 58/2 58/18 66/18 81/1 90/23 166/5
asks [1] 63/4
aspect [5] 19/19 172/11 173/24 174/6 176/18
aspects [5] 7/21 7/21 148/12 171/1 181/17
aspirations [1] 37/14
assertion [1] 58/1
asserts [1] 62/1
assess [3] 97/18 111/6 112/7
assessment [22] 7/7 7/18 7/19 31/15 86/18 93/24 94/3 94/6 95/3 95/11 97/8 99/18 100/11 100/24 108/20 115/15 118/5 118/14 124/17 126/15 151/8 151/19
assign [1] 129/14
assigned [3] 73/2 127/5 130/13
assistance [9] 8/10 12/11 33/18 78/11 113/19 141/16 143/7 144/16 174/15
assistant [2] 5/13 22/9
assisted [1] 141/14
association [3] 3/2 5/18 6/13 7/11 27/7 58/3 65/19 151/9 158/8 165/16 171/12
Association's [1] 165/14
assuming [1] 77/13
assurance [5] 25/9 105/15 106/18 110/14 120/14
assure [1] 155/5
at-risk [4] 121/3 122/12 122/13 127/15
atmosphere [1] 72/6
attacked [1] 55/10
attempt [3] 28/25 29/1 81/14
attempted [1] 139/24
attend [3] 45/7 48/15 73/14
attendance [7] 6/5 29/13 31/11 39/3 39/5 126/6 131/1
attended [7] 30/9 30/14 50/19 55/9 72/20 101/17 128/1
attending [3] 22/10 56/24 78/4
attention [9] 9/2 9/3 9/4 55/14 61/13 100/14 120/11 138/18 140/4
attitude [1] 77/6
attorney [7] 3/14 5/13 19/3 19/14 93/22 143/18 147/13
Attorney's [4] 2/3 2/6 2/15 2/19 2/22 73/16
attorneys [3] 9/13 56/15 143/11
attributable [1] 98/9
attributed [1] 55/23
audience [1] 170/1
audit [8] 110/17 110/20 118/8 118/20 122/2 163/17 163/18 167/8
auditing [2] 163/4 165/10
Auditor [1] 62/4
auditor's [3] 84/23 85/2 143/1
audits [3] 97/14 116/15 136/11
augment [1] 44/16
authority [5] 67/2 69/8 69/23 105/1 127/2
authorized [1] 69/11
autism [2] 71/8 109/2
automated [1] 118/9
available [7] 73/17 136/13 137/13 142/25 143/8 143/10 177/7
Avenue [8] 2/3 2/7 2/11 2/15 2/19 2/23 3/7 3/24
average [1] 63/21
avoid [3] 64/4 104/23 181/25
avoided [1] 138/13
avoiding [1] 110/12
awaiting [3] 41/2 129/12 133/22
aware [5] 21/7 21/24 43/6 63/7 82/6
away [6] 33/13 85/14 85/15 88/13 105/17 135/15
awful [1] 52/20

**B**

back [36] 20/25 21/1 30/13 33/8 50/12 51/1 53/23 53/24 56/8 58/8 59/11 59/12 81/5 81/16 81/16 85/14 96/6 111/10 130/15 133/14 134/4 134/5 134/7 134/8 140/17 151/20 153/9 155/21 166/23 169/24 170/4 170/18 175/11 177/19 180/1 181/22

**backbone [1]** 47/20
**backed [3]** 11/15 85/15 106/16
**background [3]** 46/18 138/14 154/21
**backgrounds [1]** 73/1
**balance [2]** 33/21 48/7
**balancing [2]** 93/1 93/2
**bank [1]** 71/13
**based [22]** 42/19 49/15 59/3 77/9 84/7 85/1 88/21 90/5 95/9 99/4 104/3 104/22 105/24 119/17 122/7 124/24 144/7 157/19 160/22 160/24 161/25 178/1
**basic [4]** 99/15 144/20 178/19 180/24
**basically [5]** 71/13 86/16 94/4 131/17 147/18
**basing [1]** 176/11
**basis [5]** 55/21 92/1 93/12 159/4 169/5
**baton [1]** 64/14
**be [285]**
**bear [1]** 159/24
**bearing [1]** 24/11
**bears [2]** 10/4 107/13
**became [1]** 173/21
**because [83]** 9/3 12/22 18/9 22/3 22/22 23/21 23/24 24/15 25/5 25/15 25/17 28/21 29/10 30/16 35/13 35/23 36/5 36/10 36/11 37/23 38/4 39/24 42/11 46/7 46/10 46/14 51/3 52/10 52/25 57/3 57/20 58/24 62/2 62/11 62/24 65/12 70/13 70/20 71/23 80/16 82/11 82/16 84/6 84/10 85/15 85/22 85/25 86/3 86/5 86/8 86/23 87/2 88/12 90/7 90/15 90/23 91/21 92/2 92/12 92/20 92/23 92/24 93/12 119/23 131/3 138/6 138/18 138/25 139/1 139/13 139/14 156/1 157/15 157/17 157/22 159/25 163/23 164/6 166/16 166/20 173/9 181/8 181/15
**become [3]** 15/17 167/15 168/15
**becoming [1]** 78/14
**been [155]** 6/20 9/1 9/4 11/2 11/14 11/24 12/8 12/24 13/8 13/14 13/17 15/12 17/16 19/7 19/13 19/14 21/9 21/14 21/22 22/2 22/4 22/23 23/15 23/24 28/25 29/6 29/8 29/12 29/17 30/6 30/7 30/9 32/13 32/14 32/15 33/24 36/6 39/17 39/22 41/10 46/3 46/14 46/18 47/8 47/13 47/17 48/10 49/20 50/3 51/2 51/3 51/4 53/25 55/23 56/3 56/10 56/11 56/15 59/4 61/17 67/7 67/23 70/3 70/15 78/5 78/23 80/2 80/14 80/14 83/9 85/23 85/23 87/5 88/24 90/5 91/16 91/25 92/17 95/25 101/4 103/8 103/11 103/12 103/14 103/17 104/20 108/22 113/1 113/13 114/18 119/25 123/15 123/22 125/5 126/7 126/8 126/9 126/22 127/14 128/5 128/5 128/9 129/4 129/10 129/11 129/12 130/9 132/7 133/25 134/23 135/17 136/18 137/3 137/19 139/25 142/2 148/2 149/19 151/5 153/3 155/24 156/4 156/5 157/18 157/25 160/24 161/2 161/9 161/11 163/2 163/9 163/12 163/13 164/4 165/12 165/18 166/12 168/4 168/19 170/14 170/22 171/4 171/24 172/4 173/2 174/24 174/25 176/22 177/20 177/22 178/18 180/3 180/14 183/15 183/17
**before [59]** 1/14 9/8 10/9 11/5 12/19 13/1 24/24 25/8 30/8 30/24 31/12 34/11 34/24 37/12 45/17 49/22 53/6 64/20 68/25 69/1 69/9 69/19 69/21 70/5 73/22 74/2 75/1 76/16 82/14 88/16 88/17 88/23 89/23 89/25 93/8 96/6 96/6 96/23 115/7 141/1 143/22 150/22 152/9 152/12 159/1 159/5 161/6 163/1 166/14 170/19 172/25 173/1 174/24 175/1 176/7 176/14 179/3 181/6 181/9
**beg [1]** 80/7
**began [6]** 30/2 59/5 80/17 98/8 109/24 135/17
**begin [4]** 9/8 50/12 94/14 132/21
**beginning [4]** 5/8 63/24 117/3 138/1
**begun [3]** 13/3 112/25 121/23
**behalf [8]** 6/23 6/25 42/17 46/4 103/25 148/25 151/24 175/25
**behavior [12]** 59/23 66/23 70/2 70/4 70/7 89/1 104/11 104/16 108/1 120/21 122/13 161/20
**Behavioral [10]** 11/5 22/2 66/3 104/14 105/10 110/6 145/20 147/1 149/17 161/18 161/19
**behind [2]** 56/5 157/25
**being [61]** 18/1 18/6 20/25 25/9 26/10 30/15 30/19 31/10 31/12 35/15 35/19 35/24 35/25 36/5 36/12 41/14 41/19 42/7 46/25 47/20 48/16 50/21 59/7 61/9 62/2 65/6 65/21 78/19 81/17 87/1 87/10 89/5 92/3 110/5 123/3 124/4 131/4 131/7 131/24 132/1 132/24 132/25 133/1 134/4 136/4 138/21 141/14 142/16 145/7 152/5 155/23 155/23 161/3 161/25 163/5 166/12 166/13

169/11 180/8 183/17
**belief [3]** 87/22 66/25 140/23
**beliefs [1]** 141/7
**believe [55]** 15/18 17/12 17/15 19/6 19/11 19/12 24/1 33/24 34/9 34/13 35/5 35/12 35/23 35/25 37/21 39/1 40/2 66/13 69/25 70/1 71/20 80/10 81/21 82/1 82/8 82/10 82/13 82/15 82/18 86/12 91/16 93/6 120/23 122/20 124/13 126/24 130/17 130/24 131/7 132/10 137/2 139/13 142/14 142/20 143/24 144/5 147/17 150/1 150/9 150/16 158/7 168/10 168/15 168/22 179/16
**believes [6]** 14/13 28/6 57/19 85/21 110/23 163/15
**below [1]** 184/6
**benchmark [3]** 62/6 62/9 62/20
**Bend [1]** 70/14
**beneficial [1]** 162/9
**benefit [6]** 73/20 80/11 80/11 87/7 103/8 171/15
**benefits [2]** 103/3 105/22
**Berry [1]** 137/6
**beside [1]** 33/18
**best [6]** 29/9 49/19 51/24 138/11 150/7 157/23
**Bethel [13]** 15/13 28/9 28/12 34/19 36/13 38/9 38/23 40/5 41/2 129/23 129/25 135/22 135/23
**Bethel's [1]** 56/1
**better [13]** 11/13 13/13 30/5 51/23 61/9 64/12 101/18 105/16 138/11 148/13 148/17 161/21 182/12
**between [20]** 14/24 28/3 32/6 42/20 43/3 43/25 55/13 63/24 70/2 75/11 79/10 100/6 114/6 115/16 121/15 130/6 132/12 133/15 135/8 146/13
**between-unit [1]** 121/15
**beyond [14]** 15/21 18/6 27/9 32/3 48/23 68/21 100/22 101/2 122/13 122/22 152/13 153/14 165/5 167/16
**BHRT [1]** 104/14
**BHU [1]** 108/10
**BHUAC [26]** 66/6 105/15 107/4 107/16 108/9 108/20 108/21 110/14 110/16 111/21 114/12 119/21 120/1 120/2 120/4 120/14 143/2 147/5 147/9 147/13 147/18 147/18 148/5 149/2 150/3 150/6
**BHUAC's [1]** 108/15
**bias [2]** 31/13 128/24
**bicycle [1]** 33/19
**bicycles [1]** 62/18
**big [2]** 28/3 43/1
**bigger [1]** 37/15
**billion [1]** 71/6
**bills [1]** 132/24
**BILLY [1]** 2/2
**birthday [1]** 76/7
**bit [15]** 10/7 11/4 25/8 35/1 47/7 64/8 111/18 136/3 159/24 162/24 168/1 174/13 174/13 175/3 175/22
**black [4]** 46/6 61/20 84/1 134/5
**blame [1]** 72/1
**blank [1]** 11/12
**blanket [1]** 61/4
**blend [1]** 135/18
**blind [2]** 11/11 92/8
**blue [1]** 134/5
**board [4]** 9/22 68/21 76/15 181/22
**boards [1]** 111/17
**Bobbi [1]** 80/6
**bodies [5]** 14/25 55/11 55/14 142/25 147/5
**body [41]** 9/25 10/22 15/15 21/9 26/1 26/14 46/11 47/2 51/8 55/23 72/24 79/19 81/24 87/18 87/23 88/9 88/11 88/13 88/15 88/21 88/22 88/23 88/25 88/25 89/4 89/10 89/12 103/5 103/7 103/16 125/25 126/16 126/21 141/4 141/5 141/8 142/12 147/2 151/5 166/18 168/4
**body-worn [1]** 103/7
**BOEC [2]** 147/19 147/21
**both [32]** 8/24 14/21 16/11 27/9 37/3 42/9 42/25 46/1 52/12 53/4 58/4 59/15 60/1 60/4 60/9 62/23 64/3 83/18 96/24 97/15 101/4 108/10 109/8 110/14 121/6 123/15 139/15 147/5 159/19 160/4 166/22 167/1
**box [3]** 3/15 59/24 63/1
**boxes [2]** 55/16 116/3
**brain [1]** 141/23

**brand** [1] 80/23
**brand-new** [1] 80/23
**branding** [1] 157/19
**Brayfield** [7] 6/25 15/9 53/11 54/4 68/9 68/11 70/25
**break** [5] 76/25 94/1 94/4 94/5 94/10
**breakdown** [1] 131/10
**bridge** [1] 104/7
**bridges** [1] 52/6
**brief** [8] 18/18 18/20 19/4 41/11 140/17 151/22 159/20 168/1
**briefed** [2] 150/4 159/2
**briefing** [2] 73/6 150/23
**briefly** [6] 23/19 25/24 78/25 116/9 125/19 165/11
**bring** [17] 29/5 36/3 39/16 40/1 80/3 101/6 120/11 130/19 132/17 132/19 132/22 132/22 134/9 134/17 147/1 156/14 157/22
**bringing** [1] 48/17
**brings** [2] 133/14 140/25
**Britton** [1] 15/3
**broad** [1] 15/20
**broader** [4] 73/20 74/21 105/22 152/16
**broadly** [1] 108/12
**Broadway** [1] 3/4
**brought** [9] 9/1 9/4 29/25 41/10 67/19 70/9 115/9 138/19 140/4
**brutality** [2] 46/8 52/2
**brutalized** [1] 89/5
**budget** [3] 45/7 130/16 131/8
**budgeted** [1] 74/19
**build** [3] 44/16 133/15 155/18
**building** [5] 12/1 13/9 14/10 52/6 145/19
**Bull** [1] 71/14
**Bull Run** [1] 71/14
**bullet** [1] 162/10
**bumps** [1] 80/12
**burden** [1] 18/10
**Bureau** [109] 10/1 18/10 19/10 19/23 57/24 59/8 59/13 59/15 60/2 60/4 60/21 61/1 61/6 62/1 62/12 62/24 63/5 63/8 63/10 63/13 64/13 66/10 66/22 68/1 70/10 72/17 73/16 73/22 74/5 74/8 74/13 76/17 78/12 79/21 82/5 82/9 83/13 85/18 88/14 102/19 104/6 111/20 115/7 115/20 116/12 116/20 118/2 118/22 119/7 120/12 120/14 120/16 120/19 121/1 121/9 121/18 121/23 122/1 122/3 122/8 123/10 123/14 123/16 125/9 125/11 125/12 125/16 125/20 126/17 126/23 127/1 127/17 128/1 128/15 128/19 128/19 128/24 129/1 129/2 129/6 129/8 129/13 129/15 133/2 133/11 133/13 133/16 133/23 135/25 136/12 136/19 136/20 136/24 138/15 146/14 146/24 147/5 147/22 150/5 157/7 159/3 161/5 161/12 161/15 161/21 162/10 163/7 167/7 167/8
**Bureau's** [22] 57/21 58/5 60/25 61/24 62/9 62/17 63/12 63/21 65/23 67/1 116/18 117/4 119/3 121/12 127/6 127/12 127/13 127/23 133/8 133/9 146/18 146/22
**bureaus** [2] 110/22 111/11
**business** [3] 47/21 112/11 126/4
**busy** [2] 46/3 177/2
**buy** [2] 80/7 88/20
**buying** [1] 90/1
**bylaws** [2] 14/3 21/11

---

**C**

**CAD** [4] 133/19 136/9 136/15 137/11
**CAHOOTS** [1] 86/15
**calculated** [1] 85/1
**calendar** [1] 177/2
**calendars** [2] 177/1 177/4
**call** [17] 9/3 30/3 76/24 81/15 86/17 86/18 107/24 108/6 111/25 120/5 134/15 138/18 140/7 140/11 147/10 161/13 164/13
**call-takers** [1] 120/5
**called** [6] 33/20 55/14 79/17 85/3 97/9 108/22
**callers** [1] 114/22
**calling** [1] 140/20
**calls** [22] 86/10 105/16 105/17 105/18 107/7 107/8 107/17 108/4 109/12 109/14 109/17 109/19 110/17 114/14 119/22 119/23 120/9 141/15 152/19 152/22 163/5 164/22

---

**cam** [3] 88/15 89/4 89/12
**came** [10] 7/7 32/4 32/20 56/7 63/17 63/17 63/22 84/21 150/4 174/14 174/15
**camera** [6] 88/13 141/8 142/12 142/17 142/19 142/20
**cameras** [11] 87/18 87/23 88/9 89/10 103/5 103/7 103/16 141/4 141/5 141/11 141/24
**Campbell** [1] 78/7
**cams** [6] 88/11 88/21 88/22 88/23 88/25 89/1
**can** [84] 7/15 18/11 18/24 18/25 33/25 33/25 34/11 35/7 35/7 36/24 37/8 37/13 37/19 39/1 40/1 41/18 43/22 43/23 44/14 44/14 44/15 48/4 48/8 50/1 50/5 51/6 51/6 51/7 51/13 51/23 52/19 53/15 65/19 69/17 69/20 73/14 74/3 74/5 80/9 82/1 82/2 82/9 82/14 82/15 86/6 89/15 89/16 93/6 93/13 105/18 114/5 114/9 114/19 114/20 119/8 123/21 127/5 127/6 128/16 129/14 132/19 135/19 136/3 136/12 138/24 139/2 140/22 142/23 142/23 147/14 150/7 150/15 155/12 156/1 164/3 164/3 177/1 177/3 177/9 177/12 177/18 179/19 181/6 181/22
**can't** [6] 13/13 90/12 138/24 148/5 179/5 180/9
**candidate** [1] 33/25
**candidates** [1] 113/6
**candor** [2] 176/1 176/2
**cannot** [5] 39/15 40/25 73/14 136/21 138/13
**canvas** [1] 41/4
**capable** [3] 22/7 22/9 45/6
**capably** [1] 23/16
**capacity** [6] 13/10 47/11 80/16 126/10 127/1 170/1
**capture** [2] 108/4 118/18
**cards** [1] 71/17
**care** [6] 83/13 104/13 144/7 144/9 157/17 157/21
**career** [1] 9/13
**careful** [3] 117/4 118/1 118/4
**carefully** [3] 67/25 123/17 124/24
**carried** [1] 131/14
**carry** [4] 47/14 48/24 50/10 107/23
**Cascadia's** [1] 104/20
**case** [26] 1/5 5/6 6/2 6/9 9/12 9/16 20/12 21/25 22/17 27/2 30/6 39/19 59/10 65/8 65/10 72/9 111/2 136/17 142/17 168/17 171/25 172/3 172/5 176/14 179/1 179/7
**cases** [19] 32/12 59/11 65/25 67/21 102/21 103/7 103/11 109/21 110/3 117/7 122/20 123/18 124/13 124/15 137/5 137/7 137/9 137/15 137/16
**cast** [1] 79/9
**categories** [2] 108/3 136/8
**category** [7] 66/10 107/12 108/1 109/17 109/20 110/1 164/16
**catering** [1] 12/16
**cause** [3] 123/22 140/2 184/8
**caused** [2] 71/23 81/10
**causes** [1] 71/8
**causing** [2] 79/25 142/15
**cautioned** [1] 60/13
**celebrate** [2] 135/3 135/4
**celebrating** [1] 76/7
**census** [4] 42/20 63/11 63/13 128/19
**center** [3] 144/2 144/6 145/8
**centered** [1] 144/7
**central** [1] 40/19
**certain** [7] 37/21 39/13 55/16 57/23 135/10 135/25 152/19
**certainly** [8] 41/20 69/18 71/22 130/11 144/5 147/25 152/14 174/1
**certified** [1] 184/10
**certify** [1] 184/6
**cesspool** [1] 135/1
**cetera** [2] 76/22 133/19
**chair** [8] 8/18 15/1 15/3 44/22 45/23 45/25 56/4 78/8
**chairs** [5] 14/7 23/16 29/15 130/21 178/23
**challenge** [2] 14/6 89/22
**challenged** [1] 79/1
**challenges** [7] 13/13 14/1 47/19 48/10 73/25 96/13 113/1
**challenging** [2] 123/5 155/22
**CHAMBERS** [5] 3/6 5/16 27/18 28/11 36/16
**chance** [2] 15/22 17/23
**change** [27] 10/15 32/5 51/11 55/18 59/8 60/17 67/23 71/19 77/6 77/8 77/16 77/23 77/24 81/18 82/7 86/25 87/1 89/1 92/23

**change...** [8]  96/12 97/19 97/20 134/9 134/10 134/11 134/1
136/23
**change-in-force** [2]  97/19 97/20
**changed** [13]  18/9 37/16 47/6 59/8 59/12 59/23 63/2 65/24
80/22 85/19 92/23 96/13 106/5
**changeover** [1]  81/3
**changes** [14]  61/9 66/22 84/7 101/8 102/18 115/8 116/15
116/15 117/18 122/24 139/15 139/25 165/9 174/19
**changing** [5]  58/25 86/24 92/25 110/8 160/19
**chaotic** [2]  64/16 102/7
**chapter** [1]  19/19
**character** [1]  35/11
**charge** [2]  30/10 144/22
**charged** [1]  64/17
**charges** [2]  143/9 143/11
**charter** [1]  76/19
**Chasse** [1]  64/1
**CHAVEZ** [6]  3/14 8/15 40/10 42/3 140/9 145/13
**cheating** [1]  71/17
**check** [7]  11/12 55/16 59/23 63/1 145/12 177/3 177/6
**checking** [3]  116/3 155/5 177/13
**checks** [3]  100/5 120/15 141/13
**chief** [18]  14/14 19/23 47/3 54/5 82/11 87/21 91/14 91/15 93/21
100/22 125/12 127/21 160/18 163/13 165/4 166/7 166/8 171/6
**child** [1]  109/2
**children** [1]  71/9
**chiming** [1]  56/15
**choice** [1]  156/1
**chose** [2]  29/18 78/22
**chosen** [1]  41/5
**Christoff** [2]  139/8 139/11
**circumstance** [2]  142/15 142/18
**circumstances** [1]  168/17
**cited** [2]  140/17 140/19
**citing** [1]  60/15
**citizen** [6]  6/25 15/5 26/6 59/7 107/18 143/19
**citizens** [6]  12/12 15/15 67/24 70/20 135/20 143/1
**city** [207]
**City Council** [1]  65/9
**City's** [21]  6/11 9/16 16/14 21/24 27/11 56/13 56/21 57/7 72/17
107/4 110/22 111/7 112/2 126/12 127/7 145/10 149/25 154/4
159/9 166/25 169/9
**city-sister** [1]  18/18
**citywide** [1]  128/4
**civil** [4]  2/10 5/6 5/10 103/17
**civilian** [4]  64/16 122/18 122/21 142/25
**civilians** [1]  142/23
**claim** [1]  64/6
**claimed** [1]  63/11
**clarifying** [1]  179/19
**clarity** [5]  26/9 68/20 69/6 169/10 181/11
**class** [2]  26/1 26/6
**classroom** [1]  96/24
**Claudia** [3]  47/7 80/24 156/20
**clean** [1]  141/19
**clear** [8]  57/7 57/18 68/23 84/8 84/9 93/4 105/22 173/21
**clearly** [4]  17/12 43/3 69/2 155/23
**client** [2]  22/17 144/7
**client-centered** [1]  144/7
**clients** [2]  27/21 37/8
**clients'** [1]  144/12
**clinics** [1]  114/20
**clock** [1]  94/14
**close** [5]  70/5 71/11 147/10 147/11 173/19
**closed** [3]  71/3 71/12 101/21
**closely** [1]  163/14
**closer** [1]  115/9
**closing** [4]  78/2 78/7 100/12 167/6
**co** [11]  14/7 15/1 15/3 23/16 29/15 40/13 44/22 45/23 45/25
130/21 178/23
**co-chair** [5]  15/1 15/3 44/22 45/23 45/25
**co-chairs** [4]  14/7 23/16 29/15 178/23
**Co-presenting** [1]  40/13
**COAB** [35]  9/23 15/25 23/9 25/18 28/3 29/1 29/19 29/19 29/22
29/24 29/25 30/13 33/3 33/6 33/9 33/12 33/13 33/15 55/23 56/9
79/18 125/5 146/17 155/21 166/16 171/14 174/5 174/21 175/18
175/20 178/16 179/1 180/4 180/5 180/7
**coaches** [1]  97/9
**COALITION** [9]  3/5 3/9 6/14 7/9 8/6 10/18 27/18 36/24 129/21
**COCL** [30]  31/16 55/5 55/12 56/1 56/25 57/9 58/4 58/19 58/22
59/6 59/15 60/1 60/11 61/25 62/23 63/15 64/5 66/18 73/8 75/11
119/20 123/14 124/5 129/2 130/6 130/12 138/18 158/14 159/9
171/13
**COCL's** [4]  59/1 61/23 132/3 137/24
**Code** [1]  138/12
**codifies** [1]  106/22
**coding** [1]  59/20
**collaborates** [1]  104/25
**collaboration** [2]  110/17 134/15
**collaborative** [1]  82/8
**collapsed** [1]  43/12
**colleague** [1]  95/7
**colleagues** [3]  81/1 86/11 91/10
**collect** [3]  62/24 63/5 128/16
**collected** [1]  128/22
**collecting** [3]  66/23 67/3 84/22
**collection** [1]  110/15
**collective** [1]  12/8
**collectively** [2]  11/22 43/3
**collects** [1]  85/18
**color** [17]  32/9 32/18 32/19 33/1 48/12 60/8 60/9 77/14 77/18
77/22 83/25 85/20 131/20 135/18 152/16 152/23 152/24
**colors** [2]  41/5 135/9
**combined** [1]  107/3
**come** [30]  15/16 36/7 39/9 40/15 45/20 47/4 47/25 49/8 50/25
54/2 54/8 60/25 69/4 82/17 84/10 91/21 93/8 96/6 112/24
122/23 130/15 131/23 144/3 148/7 148/19 148/21 148/22 152/8
155/1 159/1
**comers** [1]  148/3
**comes** [5]  70/7 70/10 90/23 147/9 147/24
**comfortable** [4]  18/24 140/20 149/2 180/16
**coming** [9]  13/11 52/6 56/17 79/18 92/16 133/14 134/14 156/13
175/15
**command** [1]  117/1
**commanders** [2]  117/14 121/5
**commanding** [1]  143/6
**commands** [1]  64/6
**commend** [5]  75/18 171/9 171/16 178/15 183/13
**commendation** [1]  178/25
**comment** [15]  10/14 15/7 22/21 36/24 60/20 67/14 72/7 73/12
73/24 75/1 111/15 113/12 155/22 157/2 166/11
**commented** [1]  113/15
**comments** [47]  6/12 7/9 8/16 8/22 8/23 8/24 8/25 9/8 18/14
27/6 27/8 27/17 36/14 36/18 38/13 40/4 40/18 51/19 52/12 56/1
57/21 57/24 64/23 68/5 68/15 70/24 72/11 73/15 75/10 75/16
76/1 78/5 78/19 82/25 87/10 89/8 93/21 135/24 136/2 149/6
151/18 158/10 159/18 159/21 159/22 167/22 176/25
**Commission** [1]  153/2
**Commissioner** [4]  53/13 54/5 83/1 162/3
**commissioners** [3]  69/11 69/15 143/1
**commit** [1]  50/1
**commitment** [8]  28/24 41/7 52/16 82/2 82/10 86/24 91/25
158/23
**committed** [7]  9/16 28/21 49/18 51/25 52/6 142/2 165/4
**committee** [51]  6/10 6/16 7/10 7/24 8/18 9/21 15/3 15/3 15/5
19/6 19/21 48/8 49/21 49/22 50/4 50/5 52/17 54/24 55/21 56/4
58/12 70/9 72/22 72/25 73/21 73/25 74/1 74/6 74/16 74/20 75/1
75/4 79/3 79/3 80/3 84/17 85/4 92/7 105/11 111/9 125/4 131/10
143/2 145/20 147/2 149/10 149/18 149/22 152/8 155/11 155/14
**committee's** [3]  59/7 66/4 75/6
**committees** [5]  11/22 50/23 51/5 111/16 143/20
**common** [3]  12/21 87/22 104/6
**communicate** [1]  52/24
**communication** [6]  64/3 102/6 104/6 119/9 145/19 145/24

**Communications [1]** 161/13

**communities [14]** 31/18 32/9 32/18 32/20 33/1 43/19 60/8 77/14 83/25 85/20 111/23 127/15 157/20 157/24

**community [208]**

**community-based [9]** 95/9 104/3 104/22 105/24 119/17 157/19 160/22 160/24 161/25

**compare [2]** 44/15 163/22

**compared [5]** 32/18 100/17 120/9 120/20 132/8

**compassion [1]** 93/7

**competency [1]** 99/4

**competency-based [1]** 99/4

**complainant [1]** 65/11

**complainants [1]** 58/22

**complained [1]** 57/5

**complaint [1]** 123/8

**complaints [5]** 59/19 102/14 121/25 132/8 132/12

**complete [9]** 58/15 89/17 116/13 121/10 123/7 124/20 127/5 128/9 150/20

**completed [8]** 48/3 50/20 101/11 101/13 115/25 128/15 129/4 129/15

**completely [2]** 156/8 174/21

**completing [2]** 121/16 123/11

**complex [1]** 154/23

**complexity [1]** 92/23

**compliance [159]** 7/7 7/8 7/18 7/19 7/20 7/22 8/2 9/17 10/16 12/10 14/18 21/15 22/1 25/2 25/6 26/22 26/22 29/18 38/16 54/25 55/7 56/18 57/1 57/2 57/20 58/7 58/17 62/23 66/24 67/7 68/14 68/21 68/22 69/1 69/24 69/25 70/6 93/24 94/3 94/6 94/9 95/3 95/6 95/11 95/13 95/19 96/2 96/5 96/9 96/21 98/2 98/6 101/7 101/10 101/16 102/12 102/25 103/15 104/2 104/4 106/5 109/6 110/25 111/2 111/7 112/4 115/3 115/6 115/10 115/16 115/19 115/24 116/12 117/19 118/2 118/15 118/16 119/6 119/15 121/11 121/14 126/4 127/4 127/18 128/11 129/14 129/21 130/4 130/5 130/5 130/8 130/10 132/17 132/20 132/23 139/11 140/8 141/2 143/25 143/25 144/4 147/23 151/8 151/19 152/2 152/3 152/6 152/9 152/9 152/12 153/7 153/19 158/11 158/23 158/24 159/10 159/14 159/21 160/8 162/22 163/4 163/9 169/9 170/24 170/25 171/1 171/24 172/3 172/5 172/7 172/8 173/23 174/5 176/2 176/3 176/8 176/15 176/22 176/23 177/14 177/15 177/17 177/20 177/25 178/3 178/18 178/18 179/10 179/14 179/17 179/21 180/4 180/13 180/15 180/19 180/23 181/1 181/5 181/13

**complied [6]** 24/1 58/2 102/3 106/4 119/17 130/9

**complies [1]** 162/20

**comply [4]** 26/10 169/11 181/17 181/19

**complying [1]** 181/11

**component [4]** 109/12 127/22 163/21 164/14

**components [1]** 164/17

**comports [1]** 103/17

**comprehensive [8]** 99/14 109/8 118/8 120/23 122/14 123/3 138/5 163/17

**compressed [1]** 166/20

**comprised [1]** 105/11

**compromise [1]** 80/19

**computer [2]** 81/17 138/8

**computer-aided [1]** 138/8

**conceded [1]** 174/4

**conceived [1]** 29/20

**concepts [1]** 41/17

**concern [8]** 23/11 24/22 25/19 61/14 69/13 102/1 177/21 177/22

**concerned [8]** 48/14 50/2 62/16 64/5 66/22 72/5 77/15 152/2

**concerning [1]** 96/15

**concerns [22]** 13/17 23/20 24/10 24/11 25/19 25/23 27/24 36/20 69/4 69/19 77/9 87/18 88/4 98/3 106/2 120/24 138/21 140/13 144/8 169/1 169/2 169/4

**conclude [4]** 134/19 178/17 179/7 181/6

**concluded [1]** 118/2

**concludes [1]** 113/23

**concluding [2]** 150/8 180/16

**conclusion [3]** 21/5 66/21 75/4

**conclusions [2]** 85/6 100/21

**concur [3]** 136/14 132/15 98/16

**concurring [1]** 62/5

**condition [2]** 20/25 44/6

**conditional [18]** 16/7 23/1 23/24 35/21 35/24 36/4 36/6 38/7 48/5 48/20 49/3 52/8 68/18 69/9 69/21 178/21 179/11 181/18

**conditionally [14]** 10/21 11/9 16/5 20/24 22/14 22/23 111/5 170/15 179/22 180/20 181/13 181/14 181/15 181/18

**conditions [3]** 71/19 71/20 160/22

**conduct [8]** 47/21 58/19 100/24 112/11 117/4 121/6 126/4 133/21

**conducted [4]** 57/12 83/18 97/3 137/5

**conducting [2]** 60/14 123/17

**conducts [2]** 101/15 111/25

**conference [8]** 1/12 4/2 5/6 6/2 11/1 14/9 73/7 182/24

**conferences [2]** 42/10

**confidence [5]** 10/1 125/10 146/15 146/23 175/23

**confident [5]** 50/24 119/14

**confidential [3]** 133/18 138/4 138/10

**confines [1]** 67/6

**confirm [1]** 117/7

**confirms [1]** 109/11

**conflate [1]** 17/12

**conflict [2]** 89/11 156/9

**conformed [1]** 184/9

**confounding [1]** 58/1

**confrontational [1]** 81/19

**confused [1]** 146/7

**confusing [1]** 117/1

**Congratulations [1]** 76/6

**congruent [1]** 39/21

**conjunction [3]** 57/12 60/5 120/22

**connect [3]** 104/21 105/4 114/20

**connected [2]** 14/14 110/6

**connection [3]** 105/20 115/1 163/20

**connections [1]** 112/1

**cons [1]** 87/24

**conscience [1]** 48/24

**conscientious [1]** 156/21

**consensus [1]** 150/20

**consent [3]** 26/4 103/9 172/20

**consequential [1]** 110/1

**conservator [1]** 142/6

**consider [4]** 57/9 67/25 84/12 149/1

**considerable [3]** 124/19 125/16 125/22

**consideration [4]** 34/22 38/2 75/2 124/22

**considered [2]** 69/15 84/20

**considering [2]** 120/21 162/4

**consistency [1]** 33/4

**consistent [4]** 10/16 100/15 101/15 116/19

**consists [1]** 106/7

**constant [4]** 39/2 41/13 74/1 80/16

**constantly [1]** 79/4

**constitutional [3]** 9/18 116/19 162/20

**construction [1]** 39/12

**construe [1]** 147/12

**consultants [2]** 92/2 108/13

**consultation [1]** 69/10

**consumer [1]** 146/9

**contact [6]** 31/14 37/22 43/20 74/14 104/23 140/23

**contacts [2]** 104/10 104/22

**contain [1]** 70/16

**contained [1]** 179/22

**containing [1]** 128/20

**contains [1]** 12/6

**contemplate [1]** 8/10

**content [2]** 109/1 129/9

**contention [1]** 61/18

**contentious [1]** 30/14

**context [2]** 10/4 42/2

**contextualized [1]** 107/6

**continue [18]** 27/14 38/7 49/3 50/13 52/23 82/22 93/6 98/22 99/10 104/8 105/5 113/18 115/20 122/20 136/18 162/9 172/8

# C

continue... **[1]** 181/12
continued **[11]** 3/1 56/23 68/7 98/15 106/18 118/11 122/20 125/24 160/4 167/18 183/6
continues **[12]** 64/2 66/16 66/17 66/21 82/19 84/6 108/24 113/20 117/4 122/1 132/18 161/21
continuing **[13]** 68/17 71/24 106/1 112/5 112/6 113/17 165/5 173/6 173/10 173/15 178/21 178/22 179/11
continuum **[1]** 15/18
contract **[1]** 12/15
contracted **[1]** 56/6
contractors **[1]** 12/10
contribute **[2]** 74/23 127/6
contributed **[1]** 35/21
contribution **[1]** 91/11
contributions **[1]** 52/16
contributor **[1]** 81/12
control **[8]** 29/23 64/11 66/1 98/5 117/1 146/5 164/20 164/21
conversation **[1]** 90/24
conversations **[4]** 84/23 84/24 87/14 138/6
convey **[3]** 52/13 81/6 141/7
conveyed **[1]** 22/17
conveying **[1]** 80/25
cooperation **[1]** 132/22
coordination **[4]** 104/15 104/24 120/22 161/24
Copwatch **[21]** 6/23 8/21 15/9 54/21 54/22 55/7 57/4 57/14 60/13 61/23 62/6 65/2 66/2 66/12 66/17 66/21 67/9 67/12 67/13 68/7 78/2
copy **[2]** 53/17 57/15
core **[2]** 16/7 159/5
corners **[1]** 116/2
correct **[18]** 21/16 21/19 23/25 24/1 30/25 31/1 33/5 38/19 38/23 49/17 49/18 85/9 150/8 150/12 150/13 151/6 170/12 184/7
corrected **[3]** 124/4 124/4 129/11
correcting **[1]** 124/14
corrections **[3]** 124/18 144/25 167/10
corrective **[3]** 102/13 116/6 117/11
correctly **[4]** 49/6 103/10 165/1 179/20
corresponding **[1]** 16/15
Corvallis **[1]** 71/5
cost **[3]** 143/9 145/5 145/5
costs **[1]** 88/21
could **[47]** 5/8 17/15 28/6 28/7 28/20 29/23 33/6 42/23 55/20 56/22 61/21 64/12 66/16 67/8 68/19 79/3 79/5 79/13 79/15 79/78 79/19 79/19 79/20 79/20 79/20 80/15 80/17 80/19 81/11 81/18 81/22 88/20 108/3 108/7 108/8 136/16 136/16 136/18 141/1 145/9 145/12 148/21 153/24 154/11 165/7 170/3 182/5
couldn't **[3]** 81/5 164/25 175/7
council **[34]** 10/13 15/4 31/25 39/6 61/1 67/3 63/8 63/20 65/9 65/17 72/24 74/9 74/11 76/20 77/8 77/19 78/4 78/8 78/13 79/22 83/8 88/8 97/16 111/7 112/2 129/16 133/24 133/25 142/22 146/1 156/9 161/19 162/4 162/11
Council's **[1]** 77/9
councils **[3]** 111/16 167/2 167/3
counsel **[6]** 5/8 5/16 154/12 180/25 182/15 183/16
counseling **[1]** 105/19
count **[3]** 54/14 60/14 151/12
counted **[1]** 66/13
country **[6]** 70/15 75/23 89/5 92/2 114/14 172/19
County **[7]** 105/19 114/5 114/7 114/14 114/15 114/17 145/8
couple **[9]** 18/20 46/6 49/23 68/13 68/18 88/8 89/3 103/4 140/16
coupled **[1]** 81/10
course **[12]** 7/24 18/21 28/15 40/15 79/25 92/19 96/18 97/1 100/10 140/12 160/23 164/7
court **[84]** 1/1 1/15 3/23 5/4 9/11 10/9 10/10 10/21 10/25 15/10 19/15 20/19 20/22 20/24 20/25 21/2 21/5 21/7 22/19 24/9 24/21 28/4 28/5 28/16 34/10 35/1 42/6 42/8 44/8 52/9 52/15 53/21 54/10 60/20 61/7 63/7 67/25 68/12 83/4 91/20 93/18 95/1 95/5 95/12 96/7 98/4 107/11 111/6 113/20 134/1 143/4 151/16 155/3 158/13 158/13 158/17 159/1 159/2 159/6 168/14 168/16

169/8 169/14 170/1 170/4 170/10 171/10 171/10 172/4 172/16 172/19 172/20 172/25 172/25 172/25 172/25 173/6 173/9 176/16 177/16 179/1 179/3 179/20 181/3 181/12 183/22 184/12
Court's **[10]** 10/3 11/4 11/14 16/13 34/7 34/15 52/25 67/5 100/15 159/12
Courthouse **[1]** 3/23
courtroom **[2]** 6/20 18/23
courts **[2]** 44/1 149/12
cover **[1]** 157/3
coverage **[1]** 134/11
covered **[2]** 115/12 125/15
covering **[2]** 95/17 161/4
covers **[1]** 99/17
COWALL **[1]** 2/10
crazy **[1]** 83/7
CRC **[3]** 59/9 59/10 65/17
create **[5]** 9/25 55/16 79/23 125/1 142/22
created **[11]** 14/1 19/17 30/4 44/20 48/2 48/7 57/3 84/15 116/13 118/4 121/9
creates **[2]** 15/21 60/2
creating **[4]** 55/22 113/10 144/2 174/21
creation **[1]** 145/21
credibility **[1]** 42/16
credit **[1]** 71/17
creed **[1]** 9/14
crime **[3]** 62/3 64/18 142/2
criminalized **[1]** 46/9
crises **[1]** 161/4
crisis **[50]** 32/15 60/10 63/18 76/15 76/18 77/1 77/10 77/14 95/10 105/6 105/6 105/19 106/2 106/7 106/9 106/10 106/12 107/4 107/6 107/7 107/17 108/4 108/6 108/13 108/14 108/16 109/6 110/4 110/24 114/5 114/7 114/15 114/15 114/17 114/19 114/19 117/23 119/16 133/5 133/9 140/21 161/8 161/12 161/13 161/15 161/16 162/7 162/13 164/1 164/14
criteria **[17]** 17/2 17/5 17/6 17/8 31/5 107/3 107/6 107/12 107/14 119/21 120/1 179/21 179/22 179/24 180/10 180/19 181/7
critical **[6]** 18/1 96/20 97/6 102/2 133/10 146/19
critically **[2]** 123/16 173/25
criticism **[2]** 22/2 126/22
criticisms **[1]** 173/7
critique **[2]** 79/20 99/9
critiqued **[1]** 61/23
critiques **[1]** 82/19
crop **[1]** 82/1
CROs **[1]** 102/7
cross **[2]** 14/24 43/3
cross-over **[1]** 43/3
cross-pollination **[1]** 14/24
crosses **[1]** 100/10
crowd **[3]** 64/11 64/19 66/1
crowd-control **[1]** 64/11
CRR **[1]** 184/12
CSR **[1]** 3/23
cultural **[1]** 112/1
culturally **[1]** 144/18
culture **[3]** 18/10 32/23 51/12
cultured **[1]** 155/3
cultures **[2]** 31/19 37/23
cured **[1]** 102/20
curiae **[1]** 181/3
curiosity **[1]** 45/4
curious **[1]** 38/2
current **[7]** 49/14 83/20 88/21 95/13 121/6 146/22 163/22
currently **[4]** 131/3 145/7 166/13 171/14
custody **[1]** 43/11
cut **[2]** 41/12 77/4
cutting **[1]** 116/2
cv **[1]** 1/5

# D

dam **[1]** 72/9

**dams** [1] 72/1
**Dan** [3] 6/23 54/20 78/2
**data** [53] 11/16 32/21 32/21 42/20 58/8 61/24 62/5 62/17 62/25 63/9 63/12 63/13 63/17 65/6 66/24 67/3 70/2 70/4 84/22 85/17 85/18 88/21 90/2 97/15 98/6 100/17 106/17 109/11 110/13 110/16 120/12 120/14 122/2 128/16 128/19 128/23 129/1 136/11 136/15 136/20 136/21 137/8 137/11 137/11 137/13 163/4 163/8 163/10 163/19 163/22 163/23 167/9 167/9
**data-driven** [1] 110/13
**database** [1] 118/18
**date** [11] 21/12 32/21 39/7 51/1 63/10 63/12 133/24 158/2 165/18 167/11 184/12
**dated** [1] 147/9
**dates** [2] 177/3 181/21
**day** [22] 9/12 9/12 18/19 30/24 43/10 43/12 43/12 43/13 43/13 44/2 71/25 79/11 82/21 95/21 97/11 123/18 125/6 154/15 159/4 159/4 177/7 177/10
**day-to-day** [2] 9/12 159/4
**days** [15] 39/14 49/8 57/13 63/24 78/24 123/7 123/22 137/6 140/3 168/15 175/1 177/7 177/10 177/13 177/17
**DC** [1] 2/12
**de** [15] 64/3 64/6 64/9 64/13 89/11 96/16 96/21 97/1 98/25 99/20 103/1 106/21 116/22 117/2 118/12
**de-escalating** [1] 89/11
**de-escalation** [14] 64/3 64/6 64/9 64/13 96/16 96/21 97/1 98/25 99/20 103/1 106/21 116/22 117/2 118/12
**deadly** [9] 55/8 63/18 63/23 63/25 66/15 66/19 110/1 133/6 140/23
**deal** [2] 52/19 158/18
**dealing** [8] 29/19 32/13 33/14 41/9 77/7 132/6 132/13 174/10
**dealt** [3] 67/16 155/21 174/17
**deaths** [2] 165/18 165/18
**debate** [2] 13/9 87/22
**Debbie** [5] 7/1 8/17 8/18 72/15 78/3
**decades** [1] 72/17
**December** [1] 10/9
**December 2017** [1] 10/9
**decide** [6] 19/21 79/9 81/11 90/7 147/15 149/12
**decided** [1] 61/4
**decision** [12] 79/8 79/22 87/7 90/10 90/18 91/4 96/20 98/25 99/20 118/12 118/24 151/4
**decision-makers** [1] 79/22
**decision-making** [5] 96/20 98/25 99/20 118/12 118/24
**decisions** [6] 42/15 42/16 108/17 119/3 147/7 167/9
**declaration** [1] 8/15
**decline** [1] 52/21
**declined** [1] 22/22
**declining** [3] 168/21 169/5 179/12
**decrease** [2] 97/24 104/10
**decree** [2] 103/9 172/20
**dedicated** [4] 12/14 19/9 35/8 35/13
**dedication** [2] 91/24 175/13
**deemed** [1] 20/19
**deep** [1] 82/4
**deescalation** [1] 32/11
**defeating** [1] 61/5
**defend** [1] 92/16
**Defendant** [5] 1/8 2/14 2/17 2/21 3/2
**defendants** [3] 143/8 143/11 143/18
**defense** [2] 61/24 165/23
**defer** [3] 48/19 49/12 154/6
**deferred** [6] 10/25 21/5 149/9 183/3 183/4 183/12
**deficient** [1] 24/13
**define** [2] 60/11 134/7
**defined** [1] 109/18
**definition** [1] 60/17
**delay** [5] 26/24 99/23 137/21 140/2 174/13
**delays** [1] 124/8
**delete** [1] 17/10
**deliberate** [2] 13/2 112/16
**delinquent** [1] 102/20

**deliver** [1] 62/25
**delivered** [2] 126/10 126/18
**delivers** [1] 162/17
**delivery** [1] 104/10
**delves** [1] 59/6
**demographic** [5] 63/5 63/9 128/16 128/21 128/23
**demonstrable** [2] 11/15 109/23
**demonstrate** [2] 99/8 102/18
**demonstrated** [7] 16/6 16/22 17/1 101/5 106/6 110/24 119/23
**demonstrates** [1] 98/13
**demonstration** [3] 96/25 99/7 99/11
**demonstration-type** [1] 99/7
**demonstrations** [1] 55/10
**denied** [1] 183/3
**DENIS** [2] 2/14 5/24
**Denis Vannier** [1] 5/24
**Dennis** [4] 3/23 115/6 184/11 184/12
**department** [17] 2/10 9/13 28/22 47/9 55/5 65/5 67/19 76/16 96/21 101/10 131/22 133/6 134/16 143/7 160/11 161/6 172/18
**departments** [1] 144/25
**deploy** [1] 86/20
**deployed** [1] 105/15
**deployment** [1] 116/22
**depression** [1] 76/22
**describe** [2] 19/8 75/10
**described** [3] 19/14 98/23 127/13
**deserve** [1] 25/25
**deserves** [1] 10/3
**design** [3] 10/23 40/23 119/7
**designated** [1] 12/6
**designed** [4] 110/20 131/24 144/6 146/6
**designing** [1] 86/22
**desirable** [1] 23/8
**desk** [1] 44/25
**despite** [3] 79/6 79/11 81/4
**destiny** [1] 134/8
**detail** [3] 124/6 125/17 170/20
**detailed** [1] 131/9
**details** [2] 115/14 119/20
**determination** [5] 23/14 149/9 149/15 150/6 180/11
**determine** [5] 28/8 34/5 89/24 130/7 167/13
**determined** [1] 39/2
**determines** [1] 130/10
**determining** [2] 138/9 151/5
**develop** [5] 42/2 124/24 127/18 127/19 133/15
**developed** [5] 73/19 99/14 100/16 128/5 141/9
**developing** [5] 31/13 116/7 127/24 145/9 163/3
**development** [4] 72/18 128/13 154/23 163/9
**devices** [1] 98/5
**devote** [1] 167/17
**devoted** [1] 16/10
**DHM** [2] 57/12 60/6
**DHM's** [1] 58/9
**diagnosed** [1] 42/23
**diagnostic** [2] 43/5 43/8
**dialogue** [1] 123/15
**did** [30] 21/1 21/19 30/15 50/11 55/16 55/24 65/12 76/24 78/7 78/8 80/18 83/18 90/11 98/1 115/13 116/10 117/10 117/10 131/1 134/23 135/15 137/4 148/17 148/22 156/19 158/12 166/3 166/19 177/21 179/1
**didn't** [15] 36/25 54/11 56/1 64/8 65/14 81/8 91/21 156/24 157/13 163/23 164/24 166/19 171/21 173/10 173/15
**difference** [4] 28/3 52/9 83/6 126/19
**differences** [2] 55/13 121/15
**different** [13] 31/18 39/11 67/10 70/18 83/12 90/17 104/12 131/16 155/1 155/1 155/15 156/15 157/19
**differently** [1] 119/24
**difficult** [12] 18/7 32/4 57/5 77/21 79/8 101/6 124/12 132/17 132/20 132/21 152/4 155/24
**difficulty** [1] 135/24
**digging** [1] 48/4
**digitally** [1] 184/9
**dignitaries** [1] 6/6

**diligence [1]** 156/17
**direct [7]** 33/16 33/17 54/11 136/17 136/25 138/4 139/18
**directed [3]** 15/17 100/23 111/6
**direction [9]** 15/19 16/4 38/12 112/12 112/23 146/5 175/10 178/15 181/4
**directions [2]** 28/21 102/24
**directive [5]** 96/10 97/5 106/8 106/20 120/2
**directives [3]** 69/12 101/11 116/21
**directly [9]** 13/21 42/14 97/15 98/16 100/24 101/17 107/8 138/25 143/9
**director [10]** 22/4 22/6 22/8 22/13 47/23 49/25 127/8 127/9 155/6 176/6
**disabilities [3]** 146/1 146/4 146/7
**disability [2]** 141/23 145/16
**disadvantages [1]** 103/4
**disagree [5]** 25/13 36/21 55/12 66/17 170/11
**disappeared [1]** 121/16
**disappointed [1]** 85/21
**disapprove [1]** 38/10 38/22 178/14
**disapproving [1]** 175/8
**disapprovingly [1]** 65/13
**disastrous [1]** 66/16
**discharge [2]** 66/16 112/25
**discipline [1]** 65/19
**disclosure [1]** 91/5
**disconnect [1]** 75/10
**discovery [1]** 123/8
**discrepancies [1]** 130/3
**discretion [1]** 168/23
**discretionary [3]** 168/17 168/21 170/10
**discuss [9]** 42/1 44/20 45/17 63/15 111/3 124/5 129/21 135/5 160/17
**discussed [8]** 14/12 30/23 73/19 73/23 123/1 126/6 126/8 180/1
**discussing [3]** 41/20 41/21 140/18
**discussion [4]** 75/3 90/20 90/21 91/12
**discussions [1]** 99/6
**disengagement [2]** 97/13 106/22
**disheartening [1]** 131/21
**dismissal [1]** 96/7
**dismissed [4]** 79/6 172/1 172/6 176/14
**disorder [2]** 144/14 156/7
**disorders [1]** 43/2
**disparate [2]** 63/1 131/20
**disparity [1]** 62/22
**dispatch [8]** 107/2 107/14 108/17 110/18 119/21 120/1 136/9 138/8
**dispatched [1]** 162/7
**dispatcher [1]** 161/13
**dispatchers [2]** 105/18 120/5
**dispatching [1]** 107/8
**disproportionate [2]** 16/11 32/17
**disregarded [1]** 79/6
**disrespected [1]** 79/6
**disruptive [1]** 155/23
**dissatisfied [1]** 112/23
**dissensions [1]** 14/4
**distance [1]** 47/1
**distribute [1]** 128/16
**distributed [1]** 128/2
**distribution [1]** 74/10
**DISTRICT [4]** 1/1 1/2 1/15 3/23
**distrust [2]** 60/7 133/11
**disturbance [4]** 142/9 142/12 142/15 142/16
**ditched [1]** 159/25
**divergence [1]** 172/14
**diverse [2]** 73/1 111/23
**diversified [3]** 31/17 31/19 37/23
**diversity [8]** 14/16 31/14 31/20 37/22 74/21 77/18 77/23 113/9
**divert [1]** 144/24
**diverting [1]** 105/16

**divided [1]** 95/5
**division [7]** 4/21 5/1 5/5 5/7 119/1 119/5 119/12
**divisions [1]** 117/15
**DNA [1]** 48/24
**do [137]** 7/19 17/20 17/24 18/23 20/15 21/16 22/5 24/9 24/15 24/18 25/24 27/13 28/17 29/2 30/12 34/13 34/17 34/19 35/3 35/4 35/11 35/12 35/19 35/23 36/19 38/6 38/7 39/15 44/10 44/10 44/13 44/14 45/19 46/14 47/7 47/24 48/2 48/2 48/6 48/8 48/13 49/4 50/23 50/24 52/16 52/17 52/20 53/2 53/9 53/13 54/16 55/10 56/3 56/11 58/21 60/19 63/6 66/18 66/20 68/14 68/14 72/10 75/16 82/6 82/15 83/23 85/10 85/25 86/2 86/3 86/16 86/18 87/11 89/9 89/14 91/11 91/15 91/22 91/23 92/3 92/4 92/5 93/5 93/6 94/2 94/2 94/5 94/9 102/15 103/7 103/10 104/8 105/18 114/7 114/13 114/16 115/15 130/25 134/6 134/7 135/1 135/4 135/17 137/9 137/20 138/22 138/23 143/24 145/10 146/16 151/23 155/24 156/11 156/25 157/11 157/20 160/5 163/24 164/3 164/24 164/24 165/25 168/20 169/4 170/20 175/7 176/10 178/13 179/11 179/16 179/20 181/8 181/21 181/23 182/7 183/8 183/13
**Docket [4]** 9/23 10/24 11/2 17/4
**doctor [1]** 44/7
**document [5]** 56/21 120/16 121/7 138/2 138/16
**documentation [1]** 64/12
**documented [1]** 123/13
**documents [12]** 7/13 7/31 21/20 57/8 57/11 58/23 135/25 136/9 137/2 137/25 138/10 143/13
**does [51]** 10/4 16/7 17/7 18/4 23/12 23/16 27/3 27/13 36/4 44/17 47/23 49/16 52/17 67/10 75/23 75/24 76/25 83/19 83/20 84/9 85/4 89/1 91/18 98/14 103/3 103/6 115/19 133/9 135/3 135/9 137/17 137/18 138/4 139/20 141/4 149/23 150/9 152/9 159/8 159/9 159/10 159/13 160/7 160/14 160/15 169/10 175/9 180/10 182/21 182/22 183/10
**doesn't [8]** 44/23 58/24 90/10 90/11 90/16 93/13 137/14 137/15
**dog [1]** 64/8
**doing [22]** 12/11 19/7 19/13 20/4 23/10 30/11 35/13 36/11 51/24 65/15 68/8 85/25 92/18 115/14 125/16 149/3 153/1 159/11 165/1 171/15 178/25 182/18
**DOJ [51]** 12/10 32/3 37/20 55/12 56/18 57/2 57/9 57/19 58/7 58/9 58/16 59/6 59/10 59/15 60/1 60/11 61/18 61/21 62/23 63/2 63/15 63/19 63/22 64/2 64/10 64/18 65/25 66/9 66/18 66/25 68/22 69/1 69/13 73/16 84/6 84/10 85/12 85/21 85/22 101/16 115/12 115/16 116/10 119/19 123/14 124/5 129/2 130/6 130/13 169/8 169/12
**DOJ's [5]** 56/15 56/16 58/1 66/2 66/5
**dollars [5]** 12/14 71/6 71/15 90/1 90/2
**dominate [1]** 155/3
**don't [58]** 13/12 13/22 17/11 17/17 17/25 18/11 19/19 24/11 33/16 36/11 36/17 37/16 37/20 38/18 41/6 45/1 45/2 45/9 46/7 46/8 48/15 49/14 51/25 72/2 72/2 80/7 85/15 87/9 91/5 91/7 91/21 92/8 92/9 92/11 92/13 114/8 114/17 134/25 137/21 138/25 140/1 140/2 142/20 148/7 149/10 150/1 151/25 154/1 155/18 157/2 157/15 158/10 164/6 169/25 170/12 171/18 176/24 178/5
**done [46]** 28/24 33/10 38/14 43/23 46/15 46/18 47/12 47/19 49/1 50/17 51/14 52/9 60/5 63/10 66/7 66/25 75/5 83/7 85/8 85/9 86/7 88/24 92/20 92/20 99/16 113/8 115/23 119/19 123/3 125/12 130/23 131/4 131/24 132/19 134/4 134/13 139/12 147/23 152/18 153/19 154/22 154/23 163/6 176/4 176/5 181/8
**Doom [1]** 86/6
**doors [2]** 148/8 149/3
**double [2]** 71/16 177/6
**double-check [1]** 177/6
**doubt [1]** 120/6
**doubts [1]** 87/18
**down [12]** 12/19 12/20 12/22 12/23 32/16 39/19 50/3 72/3 77/4 110/5 131/22 133/3
**downplay [1]** 13/13
**downside [2]** 155/16 160/23
**Downtown [1]** 44/8
**dozen [2]** 11/23 57/11
**dozens [1]** 56/23
**Dr. [18]** 14/10 15/13 28/9 28/12 34/19 36/13 38/9 38/23 40/5 41/2 56/1 115/4 129/18 129/23 129/25 135/22 135/23 138/23

**D**

**Dr. Bethel [13]** 15/13 28/9 28/12 34/19 36/13 38/9 38/23 40/5
41/2 129/23 129/25 135/22 135/23
**Dr. Bethel's [1]** 56/1
**Dr. Rosenbaum [3]** 115/4 129/18 138/23
**draft [5]** 60/12 113/13 119/11 166/9 166/13
**draw [1]** 13/4
**drawbacks [1]** 90/16
**drawing [1]** 181/22
**dress [1]** 134/12
**dressing [1]** 82/10
**driven [2]** 9/14 110/13
**driver [2]** 137/14 137/15
**driving [1]** 118/11
**drop [3]** 144/2 144/6 145/1
**drop-off [3]** 144/2 144/6 145/1
**dropped [3]** 81/3 98/7 143/10
**drown [1]** 41/13
**drug [1]** 141/17
**drugs [2]** 42/25 142/1
**Drury [3]** 14/7 45/23 160/3
**due [4]** 12/19 44/22 113/3 122/17
**Dumas [4]** 14/7 15/2 45/25 51/22
**duplicate [1]** 20/14
**duration [1]** 111/2
**during [12]** 46/16 53/18 64/19 99/11 101/5 101/21 117/2 122/18
148/1 154/2 154/4 177/23
**duties [1]** 113/1
**dying [1]** 85/25

**E**

**each [16]** 31/11 51/7 54/15 54/16 60/18 63/5 97/22 99/8 99/10
100/20 100/23 101/11 102/3 116/10 124/10 167/2
**earlier [9]** 27/23 36/21 52/18 56/1 120/13 141/4 149/16 153/9
165/12
**early [5]** 14/4 56/7 117/23 127/10 177/19
**earn [1]** 153/14
**earned [1]** 10/2
**ease [1]** 134/10
**easier [3]** 75/1 137/12 154/12
**easy [4]** 43/20 43/20 43/20 156/5
**eat [1]** 71/25
**echo [3]** 41/2 51/20 140/13
**ECIT [15]** 77/2 97/14 106/13 107/8 107/16 108/5 108/7 110/10
110/10 110/18 119/22 119/24 120/7 120/9 120/23
**ECIT's [1]** 107/2
**ECW [3]** 98/7 99/6 99/10
**ECWs [3]** 98/5 98/11 109/21
**edited [1]** 96/22 166/13
**educates [1]** 134/9
**education [2]** 117/25 153/15
**effect [3]** 16/15 80/2 95/25
**effective [11]** 18/9 30/11 65/24 69/18 118/4 119/9 121/22
132/11 134/2 144/5 168/15
**effective/we [1]** 18/9
**effectively [7]** 31/7 111/23 121/3 127/1 132/1 162/19 163/24
**effectiveness [4]** 31/6 106/7 110/24 133/8
**effects [1]** 97/22
**efficiency [1]** 124/21
**efficient [1]** 74/25
**efficiently [1]** 31/8
**effort [7]** 9/25 16/14 16/14 72/24 92/15 116/1 162/5
**efforts [12]** 27/12 52/17 60/19 100/25 103/1 105/22 106/22
110/14 111/14 125/10 133/8 146/23
**EIS [14]** 95/8 99/25 100/4 100/5 100/9 100/12 121/2 121/6
121/8 121/10 121/13 121/18 121/24 132/1
**EIS records [1]** 100/5
**either [12]** 38/22 55/6 56/1 59/22 92/12 114/3 136/17 139/4
154/4 159/19 165/21 169/25
**elder [1]** 80/2
**elected [5]** 6/5 21/12 23/14 83/8 126/22
**electronic [1]** 98/4 118/18

**elevated [1]** 126/9
**eliminate [1]** 130/9
**eliminating [1]** 174/21
**Elle [1]** 14/16
**else [15]** 8/25 9/3 17/18 27/19 53/12 53/15 112/6 145/18 149/23
150/14 156/9 156/11 169/17 171/12 174/5
**email [4]** 8/20 74/10 80/18 80/25
**embodied [1]** 10/17
**embodies [1]** 25/16
**embraced [1]** 14/6
**embraces [1]** 171/6
**emergency [4]** 104/6 144/17 144/25 161/12
**emergent [1]** 144/8
**emotional [1]** 78/10
**empathic [1]** 119/9
**emphasis [2]** 39/3 97/1
**emphasize [9]** 20/15 24/18 26/17 108/3 113/17 115/18 120/18
124/21 169/4
**emphasized [1]** 146/12
**emphasizes [2]** 106/21 108/10
**empirical [1]** 123/19
**empirically [1]** 123/13
**employed [1]** 99/4
**employee [5]** 22/8 59/16 66/9 100/1 121/2
**employees [6]** 12/9 120/3 121/3 121/7 122/12 143/20
**employment [2]** 105/3 110/9
**empower [1]** 157/24
**empowered [3]** 112/7 112/9 125/5
**empowerment [2]** 42/12 148/4
**EMS [1]** 98/16
**EMT [2]** 86/21 86/22
**enable [2]** 167/8 167/12
**enabled [1]** 112/11
**enables [1]** 163/18
**enacted [1]** 100/8
**encounter [2]** 86/1 135/8
**encounters [2]** 109/22 128/23
**encourage [5]** 12/1 29/9 52/23 112/22 130/20
**encourages [1]** 73/11
**end [14]** 12/19 26/19 29/19 41/10 41/25 63/20 63/24 67/12
69/21 90/12 118/16 127/11 177/2 177/19
**endangered [1]** 46/10
**endorsed [1]** 126/25
**endorsement [2]** 11/14 108/21
**endowed [1]** 15/19
**energy [1]** 16/10
**enforced [1]** 65/7
**enforcement [16]** 43/9 43/25 44/3 58/24 62/7 84/24 85/3 89/6
93/4 103/9 104/11 104/23 110/2 136/14 138/7 139/1
**enforcing [2]** 65/4 65/15
**engage [13]** 31/24 43/21 47/16 48/14 50/5 60/2 81/13 105/8
111/22 127/1 130/24 153/16 157/8
**engaged [19]** 6/11 6/17 7/10 7/25 9/21 19/7 42/7 47/4 50/2
54/25 81/4 82/19 104/7 105/23 111/9 123/15 125/4 157/22
166/2
**engagement [46]** 10/2 14/15 15/22 26/4 29/10 30/10 43/16
43/17 50/16 50/16 58/4 61/15 79/14 79/21 81/14 82/2 82/3
82/10 83/16 95/10 95/23 111/4 113/10 125/2 125/16 126/16
127/6 127/13 127/14 127/17 127/20 127/22 127/24 128/3
128/13 129/5 144/15 145/19 146/12 148/11 153/10 157/8
159/9 166/18 173/24 174/11 174/20
**engages [4]** 19/10 19/12 111/12 111/20
**engaging [3]** 133/8 153/11 157/4
**engender [1]** 148/14
**enhance [1]** 121/2
**enhanced [8]** 77/1 105/6 106/12 108/14 121/12 121/18 122/18
161/15
**enhancing [1]** 146/22
**enormity [1]** 51/10
**enough [13]** 28/8 41/4 41/13 47/1 65/6 134/10 134/10 134/11
155/12 155/12 161/25 162/1 176/16
**enshrine [1]** 163/7
**ensure [12]** 31/20 33/17 67/3 106/18 106/23 107/4 108/17

**E**

ensure... **[5]** 111/1 113/20 124/15 126/13 161/20
ensured **[1]** 56/23
ensuring **[2]** 103/15 165/6
enter **[6]** 20/11 21/3 27/1 168/2 168/21 169/14
entered **[4]** 34/11 34/14 162/25 163/1
entire **[8]** 39/6 43/8 87/6 123/5 125/23 171/19 180/2 180/25
entirely **[2]** 40/21 43/8
entitled **[1]** 184/8
entity **[2]** 59/22 88/18
entry **[3]** 27/14 168/6 168/18
enumerations **[1]** 17/2
environmental **[1]** 72/1
envision **[1]** 171/22
ephemeral **[1]** 26/13
epidemiology **[1]** 42/19
equal **[1]** 152/10
equally **[3]** 126/23 132/11 167/12
equipment **[1]** 117/6
equitability **[1]** 40/20
equity **[10]** 11/14 14/16 14/18 22/7 99/19 109/8 111/13 154/16 160/14 167/19
equivalent **[1]** 98/24
error **[1]** 165/14
escalating **[2]** 89/11 108/2
escalation **[15]** 64/3 64/6 64/9 64/13 96/16 96/21 97/1 98/25 99/20 103/1 106/21 116/22 117/2 118/12 119/2
especially **[12]** 15/15 22/20 64/12 115/21 116/4 125/12 148/11 153/5 169/10 176/19 179/4 179/6
essential **[2]** 30/10 42/15
essentially **[1]** 168/12
established **[5]** 10/10 14/17 15/6 21/22 126/5
establishment **[1]** 12/18
estimates **[1]** 63/13
estranged **[1]** 43/9
et **[3]** 5/7 76/22 133/19
et cetera **[2]** 76/22 133/19
ethical **[2]** 118/24 119/2
ethnicity **[1]** 50/22
Eugene **[1]** 86/15
evaluate **[3]** 31/6 124/6 163/8
evaluated **[1]** 75/11
evaluation **[3]** 99/4 107/13 118/6
even **[42]** 18/6 24/20 25/6 29/12 29/14 29/16 30/13 48/15 57/24 59/16 66/23 72/2 72/2 84/18 85/18 89/16 89/16 91/5 91/7 97/1 98/8 100/18 101/15 102/7 102/7 130/21 130/25 131/2 131/22 135/5 147/10 153/14 158/16 160/7 162/23 168/20 173/15 174/2 175/2 175/4 175/9 175/24
evening **[1]** 28/19
event **[2]** 143/5 173/19
events **[4]** 97/25 111/20 116/24 117/5
ever **[1]** 141/1
every **[18]** 11/19 44/2 60/22 71/25 72/22 79/11 80/21 83/14 90/24 91/16 111/15 111/16 153/15 155/17 155/17 161/11 161/12 165/21
everybody **[10]** 36/8 44/11 94/12 145/18 148/4 148/6 150/25 155/5 156/18 174/4
everyone **[18]** 12/1 16/24 39/24 39/25 40/6 52/24 54/11 70/21 93/10 93/11 154/20 158/1 159/24 171/9 171/12 174/5 183/13 183/17
everything **[6]** 7/14 43/12 92/17 112/6 148/20 157/3
evidence **[14]** 22/15 22/18 22/25 23/2 23/4 61/25 89/18 101/22 102/16 117/15 122/7 124/1 124/25 143/18
evidence-based **[1]** 122/7
evidenced **[1]** 16/4
exacerbates **[1]** 133/11
exactly **[1]** 56/3
examine **[1]** 128/24
examined **[1]** 65/25
example **[9]** 15/1 56/13 57/6 63/1 74/25 105/18 109/1 110/16 116/25
exceeded **[1]** 123/18

excellent **[3]** 76/9 108/19 120/19
except **[3]** 73/6 76/23 95/20
excessive **[4]** 67/20 76/18 77/10 135/13
excited **[1]** 93/15
excluded **[1]** 65/25
excuse **[1]** 43/16
executive **[1]** 93/17
exercise **[2]** 35/1 112/14
exercises **[1]** 118/24
exhausted **[1]** 13/2
exhibit **[1]** 165/15
exhibited **[1]** 29/3
exhibiting **[1]** 114/4
existence **[1]** 89/10
existing **[3]** 146/20 163/3 167/1
exists **[1]** 72/3
exonerated **[3]** 59/13 71/16 101/24
expanded **[4]** 22/11 104/16 107/12 119/21
expanding **[2]** 109/1 120/5
expect **[8]** 13/10 37/16 79/15 79/20 91/21 105/23 111/1 126/21
expectation **[2]** 162/16 179/15
expectations **[6]** 75/6 92/24 93/1 93/1 93/2 157/8
expected **[4]** 74/8 119/7 125/9 127/11
expects **[1]** 124/23
expedite **[1]** 75/3
expeditious **[2]** 124/6 137/12
expeditiously **[1]** 102/14
experience **[12]** 10/22 11/12 42/21 52/1 69/8 78/25 80/4 81/21 105/12 156/7 156/14 156/22
experienced **[2]** 11/13 22/7
experiences **[3]** 84/9 144/15 155/2
experiencing **[6]** 67/21 86/13 141/22 161/8 162/12 164/1
experiment **[1]** 56/19
expert **[3]** 67/18 108/13 136/13
experts **[1]** 45/5
explain **[2]** 62/21 168/23
explaining **[1]** 134/21
explanation **[3]** 65/14 69/14 95/12
exploration **[1]** 134/23
explored **[1]** 114/18
express **[4]** 19/5 58/21 126/22 178/22
expressed **[1]** 88/4
expressing **[2]** 27/9 87/17
extend **[2]** 84/12 123/21
extensive **[7]** 8/20 10/14 54/22 101/13 119/14 127/14 164/10
extent **[5]** 56/19 67/6 160/25 163/22 170/9
extremely **[8]** 19/8 160/13 163/12 164/23 165/4 167/15 167/17 183/15
eyes **[1]** 16/16

**F**

face **[5]** 12/5 12/5 16/3 17/13 79/7
face-to-face **[1]** 12/5
Facebook **[1]** 167/1
facially **[1]** 11/10
facilitate **[7]** 23/15 35/7 50/10 77/16 90/19 125/11 146/24
facilitated **[1]** 14/5
facilitating **[2]** 33/10 91/12
facilitation **[6]** 12/15 33/14 43/22 74/23 80/11 156/4
facilitator **[8]** 23/12 23/17 45/5 45/6 50/11 74/25 154/22 156/24
facilitators **[2]** 29/23 56/6
facilities **[2]** 144/24 145/1
facility **[3]** 107/25 141/17 145/9
facing **[2]** 73/25 124/12
fact **[15]** 19/20 29/14 35/21 49/16 59/11 59/25 79/25 132/16 133/3 137/21 141/8 148/16 158/24 165/17 175/24
factors **[6]** 55/24 71/23 123/21 124/2 124/6 145/6
facts **[1]** 124/23
factual **[1]** 21/16
failing **[1]** 153/16
failure **[2]** 55/23 112/14
fair **[23]** 10/11 13/22 16/3 20/19 90/14 119/8 124/23 158/1 168/25 170/15 170/17 172/13 173/9 173/14 173/20 174/23

**fair... [7]**  175/6 176/18 179/4 179/5 179/25 180/2 180/8
**fairness [3]**  40/20 173/7 180/1
**faith [3]**  11/11 116/1 171/4
**faithfully [2]**  9/16 78/3
**fall [1]**  21/9
**familiar [3]**  15/10 82/6 163/15
**families [1]**  15/11
**family [6]**  76/14 77/7 79/14 80/9 81/10 146/8
**far [22]**  6/20 37/11 38/1 38/13 43/4 46/23 50/18 51/14 56/5 58/13 59/25 67/10 69/24 74/5 85/8 101/1 112/1 140/14 140/25 140/25 152/2 153/18
**fashion [3]**  6/8 136/21 136/24
**favor [2]**  147/12 149/18
**FBI [1]**  136/11
**FCRR [1]**  184/12
**fear [2]**  59/21 148/20
**February [20]**  57/13 63/17 74/7 75/12 147/9 147/14 177/5 177/5 177/8 177/11 177/19 182/2 182/10 182/10 182/16 182/24 183/7 183/11 183/12 183/19
**February 18 [1]**  182/10
**February 18th [4]**  177/5 177/5 177/8 182/2
**February 1st [1]**  147/9
**February 24th [1]**  177/11
**February 25 [1]**  182/10
**February 25th [4]**  183/7 183/11 183/12 183/19
**federal [2]**  71/15 136/23
**feedback [9]**  93/13 101/18 117/14 117/16 118/7 119/10 119/12 126/17 166/1
**feel [17]**  30/1 47/23 50/5 50/5 51/22 84/9 131/5 131/12 140/20 147/15 148/10 149/1 149/2 151/22 156/2 156/20 180/15
**feeling [2]**  55/11 60/8
**feelings [1]**  67/17
**feels [1]**  18/24
**fell [1]**  174/3
**fellow [1]**  152/8
**felt [2]**  81/8 159/25
**female [1]**  79/1
**few [20]**  13/14 16/21 32/12 46/12 47/14 49/8 51/24 52/4 57/22 83/6 87/12 88/2 95/14 124/1 130/16 136/8 145/10 158/20 173/4 178/4
**fewer [5]**  66/12 95/25 109/16 109/19 124/16
**field [1]**  97/9
**fifth [2]**  3/7 109/22
**fight [1]**  135/11
**figure [4]**  62/22 86/19 156/14 156/25
**filed [8]**  9/2 20/11 84/18 85/23 95/11 143/9 143/11 172/18
**files [1]**  101/21
**filing [2]**  17/4 23/7
**filings [1]**  23/11
**fill [4]**  56/25 113/5 126/9 154/19
**filled [1]**  24/3
**final [39]**  8/3 10/3 10/4 11/5 15/24 23/25 27/14 35/22 36/4 38/6 38/8 38/18 48/20 49/4 49/16 52/8 52/21 95/25 96/7 106/20 107/14 110/13 128/10 129/11 151/4 151/10 158/17 159/6 159/8 159/21 166/13 169/22 177/24 178/2 178/7 179/3 179/12 179/15 179/16
**finalists [1]**  155/5
**finality [1]**  170/3
**finalized [2]**  126/12 166/12
**finally [12]**  19/18 23/19 34/11 60/20 81/16 105/10 107/2 122/7 129/8 151/9 163/1 165/25
**financed [1]**  89/12
**financial [1]**  86/23
**financing [1]**  39/12
**find [15]**  41/18 57/5 57/15 61/21 66/3 75/1 83/25 84/5 84/5 104/4 112/17 134/25 135/1 148/15 152/3
**finding [6]**  10/15 59/12 65/8 65/9 132/24 132/24
**findings [9]**  59/8 59/8 61/18 83/22 101/23 117/7 123/4 124/24 126/4
**finds [2]**  19/3 57/2
**fine [1]**  25/13 54/2 54/3 60/16

**finished [1]**  57/13
**fire [2]**  99/16
**firearm [4]**  66/13 99/6 165/21 165/22
**firing [1]**  89/7
**first [33]**  6/8 7/7 16/1 33/8 40/23 41/18 47/13 52/12 57/6 61/7 65/9 68/16 68/20 76/24 86/19 87/4 102/23 113/3 118/17 125/17 125/19 127/9 134/22 155/4 156/6 161/3 166/9 170/21 172/12 172/17 172/19 175/2 175/4
**firsthand [1]**  108/13
**five [13]**  11/22 58/5 60/5 63/22 96/1 98/11 116/20 125/13 127/23 165/16 165/20 166/4 166/6
**five-year [4]**  58/5 60/5 125/13 127/23
**fix [1]**  58/25
**flagpole [1]**  17/24
**flags [1]**  59/17
**flexibility [1]**  15/20
**focus [6]**  72/17 75/2 160/16 161/9 163/16 167/17
**focused [4]**  85/11 92/12 109/5 160/13
**folded [1]**  109/7
**folks [9]**  43/14 51/24 86/20 139/19 157/3 162/2 162/7 171/13 171/14
**follow [10]**  16/21 19/19 34/16 34/20 38/3 73/14 76/3 82/22 114/8 144/9
**follow-up [5]**  16/21 34/16 34/20 76/3 144/9
**followed [5]**  6/12 6/17 7/8 54/3 172/7
**following [11]**  6/8 6/15 6/21 10/14 22/5 38/3 80/20 155/18 177/3 177/10 178/19
**follows [3]**  53/25 100/6 141/10
**food [1]**  144/22
**foot [1]**  62/18
**footage [5]**  88/13 88/15 88/17 89/4 89/24
**footing [4]**  159/13 178/5 178/8 178/11
**for the [1]**  163/12
**force [114]**  32/11 32/21 44/21 55/8 59/3 59/4 59/12 59/18 60/9 60/15 61/14 63/9 63/15 63/18 63/23 63/25 64/4 64/4 64/17 64/20 65/24 65/25 66/11 66/14 66/15 66/19 67/20 76/18 77/10 77/13 83/11 83/20 95/8 96/8 96/10 96/10 96/17 96/19 96/24 97/4 97/6 97/8 97/10 97/11 97/14 97/15 97/19 97/20 97/21 97/23 97/23 97/25 98/2 98/10 98/14 99/18 99/19 100/17 100/18 102/2 109/16 109/17 109/18 109/19 109/20 110/1 110/1 110/5 110/12 116/11 116/14 116/17 116/18 116/20 116/21 116/22 116/24 117/5 117/7 117/9 117/13 117/20 117/23 118/11 118/12 118/24 121/20 122/1 131/17 131/19 132/7 132/12 132/13 133/3 133/6 135/13 135/13 140/23 158/19 162/12 162/12 163/9 163/19 163/20 163/20 164/6 164/15 164/15 164/18 164/21 164/23 165/13 167/11
**forces [1]**  82/14
**foregoing [1]**  184/6
**forensic [1]**  124/1
**forever [1]**  171/23
**form [2]**  40/23 64/9
**formal [3]**  34/25 57/6 117/16
**formalize [1]**  122/4
**formally [4]**  13/7 42/7 63/8 122/5
**format [1]**  48/8
**formed [6]**  10/22 11/2 21/11 73/18 113/13 174/25
**former [3]**  23/9 78/24 88/12
**forms [2]**  30/8 31/12
**formulated [1]**  168/13
**forth [7]**  20/16 48/17 69/2 81/16 113/21 158/25 181/19
**forthcoming [1]**  29/17
**fortunate [1]**  163/12
**forum [3]**  44/20 147/7 147/23
**forward [12]**  10/20 18/14 19/24 39/10 40/3 45/20 68/23 69/2 69/22 70/9 147/21 167/10
**forwarded [3]**  147/22 147/23 166/6
**fostering [1]**  60/3
**found [10]**  8/7 8/11 8/14 59/4 65/17 70/6 106/3 108/18 112/3 170/16
**founding [2]**  31/20 56/21
**four [13]**  21/11 23/20 47/15 57/6 59/1 60/23 61/13 63/22 64/11 98/11 119/25 126/5 139/13
**fourth [8]**  2/15 2/19 2/23 7/18 11/19 97/19 97/21 125/15

## F

**frame [1]** 7/23
**framework [5]** 15/22 21/21 101/1 127/23 178/20
**frankly [9]** 7/4 34/21 41/15 77/20 82/25 87/11 126/15 161/5 175/9
**free [1]** 182/3
**Freidman [5]** 140/11 143/23 145/14 145/15 149/5
**frequent [2]** 97/12 104/21
**frequently [1]** 114/21
**Friday [2]** 177/9 181/25
**friend [1]** 181/2
**friendly [1]** 118/8
**friends [1]** 72/5
**frightening [1]** 155/24
**front [3]** 44/24 47/22 93/19
**frustrated [1]** 81/7
**FTO [1]** 97/12
**fulfill [6]** 49/19 55/21 74/16 75/5 116/2 152/6
**full [31]** 11/16 19/16 22/1 38/16 41/21 45/10 47/23 49/25 51/8 57/2 58/7 58/17 66/14 73/21 91/5 96/17 126/10 130/19 154/14 168/6 176/2 176/3 176/24 177/7 177/10 177/12 177/14 177/15 177/17 177/20 179/15
**full-time [2]** 47/23 49/25
**fully [5]** 16/9 50/1 51/5 74/3 172/1
**function [6]** 87/1 87/2 125/24 126/16 150/7 155/12
**functional [1]** 21/9
**functioning [6]** 18/9 51/23 59/5 148/12 166/17 168/4
**functions [2]** 10/23 165/10
**fundamental [2]** 41/17 145/3
**fundamentally [3]** 41/12 41/23 86/24
**funded [1]** 114/15
**further [19]** 26/23 33/18 59/11 61/25 70/5 88/2 96/15 100/19 122/9 131/13 137/17 147/22 159/18 165/9 168/16 169/17 169/24 175/23 182/25
**Furthermore [2]** 121/14 128/1
**future [9]** 68/20 68/24 116/8 117/18 119/12 165/10 166/22 173/17 176/5

## G

**gain [1]** 133/20
**gained [1]** 67/17
**gaining [1]** 146/15
**gamut [1]** 112/18
**gang [7]** 62/6 62/7 62/10 62/12 62/14 84/24 85/3
**gap [6]** 70/1 70/2 70/5 104/8 152/25 153/4
**gaps [1]** 105/24
**Gary [5]** 54/4 78/20 78/22 80/6 82/24
**gather [2]** 147/6 167/9
**gave [9]** 58/9 64/13 71/13 73/9 75/21 88/13 96/25 106/20 149/17
**GEISSLER [7]** 2/9 5/10 103/20 104/1 109/6 136/7 169/20
**general [7]** 55/19 56/14 60/7 116/19 117/1 123/3 145/4
**generally [4]** 7/6 18/23 89/14 106/17
**generate [2]** 57/18 136/16
**generated [1]** 60/24
**generation [1]** 80/4
**generous [1]** 42/10
**gentlemen [1]** 44/24
**gentleness [1]** 45/3
**geographic [1]** 144/10
**germane [1]** 7/5
**get [53]** 17/23 19/21 29/21 33/7 35/25 36/3 39/12 45/1 45/3 45/4 45/6 50/23 51/2 51/5 51/7 52/9 53/17 64/8 67/10 77/25 80/24 81/5 81/16 83/8 84/11 87/20 90/3 90/7 90/9 92/3 92/11 93/13 93/15 114/20 130/23 130/24 135/15 135/19 136/4 136/21 138/25 147/20 147/25 154/11 156/10 157/22 162/11 162/13 166/23 170/20 179/3 179/13
**gets [8]** 10/22 35/14 44/19 61/2 90/5 139/20 147/21 147/22
**getting [8]** 30/18 35/15 46/17 46/25 48/16 135/24 137/20 166/20
**give [23]** 15/24 24/23 33/18 34/25 37/4 38/6 38/8 38/17 55/25 62/23 64/6 65/11 119/4 131/2 142/16 169/25 177/3 177/4 177/9

**given [10]** 17/12 129/11 179/12 179/15
17/7 12/9 43/4 35/2 158/4 59/25 93/24 107/13 117/14 119/1 152/4
**gives [3]** 54/14 73/12 177/16
**giving [13]** 11/5 12/12 34/21 42/6 46/12 47/1 56/2 60/14 136/24 147/3 155/11 175/22 177/7
**glad [1]** 88/6
**Gloom [1]** 86/6
**go [32]** 24/20 30/13 33/8 33/18 37/11 47/13 48/2 48/8 48/21 55/3 57/14 65/14 70/21 76/24 78/8 78/12 78/13 82/17 89/20 89/23 91/23 135/10 135/15 136/5 152/11 153/9 153/20 154/19 155/4 165/3 181/19 181/22
**goal [8]** 15/14 74/21 83/10 125/3 152/13 159/14 162/14 162/21
**goals [2]** 10/20 13/11
**goes [11]** 34/5 48/22 48/22 69/25 101/1 122/13 152/13 153/14 155/21 157/2 167/10
**going [69]** 6/7 23/21 24/6 28/9 32/7 32/16 34/8 37/4 37/16 38/12 38/21 41/12 42/25 44/13 44/18 45/1 45/3 47/13 48/20 48/21 50/20 51/6 51/11 52/9 56/2 58/5 58/16 66/5 69/17 71/19 71/20 81/8 81/8 81/9 84/12 86/16 87/24 89/18 89/22 90/1 92/12 104/1 113/12 113/14 131/22 136/4 145/25 148/20 148/21 149/20 151/22 151/24 153/10 156/1 157/25 159/25 162/23 165/3 165/7 165/8 170/23 172/7 176/14 177/21 178/13 178/14 179/7 180/22 181/3
**gone [6]** 24/4 33/5 49/1 56/18 100/22 139/14
**good [74]** 5/12 5/15 5/17 5/19 5/20 5/22 5/23 5/25 17/8 19/2 20/8 25/5 27/16 28/11 28/13 29/1 38/12 39/25 39/25 40/11 40/12 42/3 42/5 44/12 45/5 45/21 45/24 46/1 48/5 51/8 51/16 52/2 52/20 52/22 56/13 61/12 64/25 68/10 70/2 72/13 72/14 76/11 76/12 78/9 82/7 82/17 83/2 83/3 83/15 87/7 90/10 107/3 109/10 109/10 115/13 116/1 122/21 123/22 129/23 130/1 139/10 140/10 151/12 151/17 151/21 153/21 160/20 166/1 171/4 171/4 171/8 172/1 173/24 174/19
**good-faith [1]** 116/1
**good-sized [1]** 70/2
**got [8]** 18/18 33/12 41/5 71/6 72/9 81/7 81/15 134/22
**gotten [1]** 48/3
**governed [1]** 136/10
**governing [1]** 147/2
**government [2]** 15/14 111/13
**Government's [1]** 93/22
**governmental [1]** 105/13
**gracious [1]** 148/2
**grand [1]** 132/25
**grant [5]** 16/17 19/15 40/17 52/21 169/22
**granted [2]** 37/9 110/2
**granting [1]** 49/4
**graph [1]** 98/12
**grateful [2]** 40/16 83/5
**great [10]** 15/22 28/7 28/25 35/9 36/8 39/3 50/11 52/19 130/25 135/19
**greater [2]** 107/9 144/17
**greatly [1]** 91/1
**ground [3]** 46/17 46/25 161/4
**group [22]** 3/3 15/15 15/16 19/9 24/6 40/17 43/5 43/8 47/10 49/13 55/25 73/1 99/5 106/13 121/19 122/6 126/24 137/7 153/12 153/13 155/20 156/22
**group's [2]** 57/14 63/16
**group-level [1]** 122/6
**groups [15]** 14/19 15/8 31/19 43/3 48/12 72/2 100/18 108/22 112/2 122/2 122/5 122/10 151/23 153/10 153/17
**grow [1]** 161/21
**grown [1]** 79/1
**guardian [2]** 142/4 142/5
**guess [3]** 91/18 115/23 150/16
**guidance [1]** 155/12
**Gun [2]** 62/8 85/3
**gurneys [1]** 44/7
**gutters [1]** 44/8

## H

**had [64]** 11/2 12/18 17/23 20/19 21/18 22/6 24/4 24/25 29/22 30/3 32/13 33/6 47/15 50/7 50/11 51/24 57/14 61/1 64/15 66/6

**had...** [44] 76/23 77/1 80/10 80/10 80/11 81/3 84/1 88/1 96/9 96/16 97/14 99/7 99/16 102/5 107/11 118/15 118/16 120/12 131/16 132/16 132/23 137/13 139/12 139/14 139/19 149/19 149/19 151/23 154/18 156/7 162/8 166/1 166/5 173/5 173/6 174/24 174/25 175/1 175/2 175/3 175/4 175/8 180/1 181/5
**hadn't** [4] 11/3 149/19 175/2 175/3
**HAGER** [13] 2/6 5/13 16/19 18/13 27/10 29/7 95/7 95/9 95/17 103/23 103/24 113/25 151/4
**half** [5] 20/10 44/4 66/11 75/22 152/21
**hall** [3] 31/17 90/24 126/3
**halls** [3] 11/18 21/14 47/16
**hand** [7] 28/9 75/23 106/25 138/24 139/2 139/3 154/11
**hand-held** [1] 154/11
**hand-off** [1] 106/25
**handcuffing** [1] 164/17
**handcuffs** [1] 164/19
**Handelman** [6] 6/23 54/1 54/7 54/20 68/6 78/2
**handful** [2] 13/5 110/2
**handle** [4] 69/3 102/14 119/23 136/5
**handled** [1] 156/4
**Handleman** [2] 8/21 53/10
**handling** [1] 100/9
**hands** [3] 36/9 117/25 153/22
**hands-on** [1] 117/25
**hang** [1] 77/4
**Hannon** [8] 6/24 53/10 54/1 54/7 54/18 61/12 64/22 68/6
**happen** [11] 39/19 44/17 44/18 52/4 52/5 69/16 69/21 70/20 113/13 130/14 131/5
**happened** [6] 25/2 25/18 70/3 70/4 89/19 134/6
**happening** [4] 37/19 38/1 41/24 149/4
**happens** [2] 24/19 65/7
**happy** [6] 22/18 34/16 113/24 114/8 128/7 129/7
**hard** [7] 11/8 45/9 72/25 155/18 156/19 163/22 178/25
**hard-working** [1] 72/25
**harder** [3] 22/13 23/1 36/7
**Hardesty** [4] 53/13 54/5 83/1 162/3
**hardly** [2] 81/22 142/22
**harm** [4] 107/9 108/2 134/3 141/15
**harmed** [2] 44/9 87/3
**harmful** [1] 61/8
**has** [250]
**hasn't** [1] 9/1
**hat** [1] 67/13
**Haunsperger** [1] 14/15
**have** [421]
**haven't** [6] 17/22 18/9 28/7 38/1 84/14 86/7
**having** [20] 16/10 25/7 46/2 47/21 47/22 47/23 76/25 78/25 83/10 84/8 86/3 87/1 135/24 136/23 142/19 148/19 157/13 164/1 177/24 178/2
**Haynes** [1] 14/10
**he** [15] 18/18 18/18 42/1 44/23 44/24 65/11 65/12 65/14 71/13 76/21 76/24 76/25 77/4 100/20 175/25
**heading** [1] 175/11
**healing** [1] 148/4
**health** [107] 3/13 6/15 7/9 8/14 13/20 14/21 15/2 23/7 40/7 40/9 46/9 46/20 46/22 50/17 51/3 60/10 63/18 66/3 70/10 70/16 76/18 77/10 77/14 81/10 85/11 85/12 85/24 86/2 86/4 95/10 104/3 104/8 104/11 104/13 104/14 104/16 104/19 105/1 105/2 105/10 105/24 106/9 106/14 106/25 107/4 107/7 107/17 107/24 108/4 108/6 108/8 108/16 108/21 109/12 109/15 110/6 119/13 119/18 119/22 120/15 120/20 120/21 128/25 133/4 133/5 135/12 140/8 141/16 144/11 144/14 144/16 145/4 145/4 145/16 145/20 145/22 146/4 147/2 147/8 148/13 148/25 149/17 150/3 152/15 152/23 153/6 156/18 160/13 160/18 160/21 160/22 160/25 161/3 161/8 161/19 161/19 161/20 161/22 162/1 162/7 162/13 163/21 164/1 164/1 164/14 164/14 165/15
**healthy** [1] 50/9
**hear** [17] 6/9 6/11 6/15 7/6 9/8 18/25 24/10 40/8 45/14 54/1 61/5 67/22 76/25 78/7 111/12 154/4 151/8
**heard** [32] 15/11 36/20 50/18 57/17 78/9 84/14 87/16 93/16 111/17 115/8 126/20 149/24 151/1 160/1 161/1 161/18 162/3

163/18 168/3 169/1 169/2 172/14 173/8 175/25 176/24 177/15 178/10 178/13 178/17 178/18 183/13
**hearing** [19] 9/6 21/5 21/8 36/21 49/6 49/10 74/9 88/7 140/17 143/24 172/12 173/7 175/2 177/22 177/23 178/16 180/2 182/24 183/1
**hearings** [3] 42/11 91/16 148/1
**heart** [11] 52/10 117/21
**heart-wrenching** [1] 15/11
**heartbeat** [1] 157/16
**heartened** [1] 145/8
**heavy** [2] 18/10 124/13
**held** [9] 4/2 11/3 11/17 11/22 21/10 21/11 21/12 65/21 154/11
**help** [23] 33/21 33/22 33/23 34/1 35/7 36/2 52/7 63/6 74/20 74/25 75/2 76/23 77/24 78/15 111/22 116/6 122/12 130/7 130/25 131/3 131/13 145/22 148/14
**helped** [4] 42/2 46/13 56/9 110/8
**helpful** [14] 8/8 8/12 8/15 16/20 38/5 78/6 103/12 103/14 103/18 114/23 115/1 151/2 183/15 183/17
**helping** [6] 46/16 46/21 46/25 104/21 105/4 157/7
**hence** [1] 7/22
**her** [11] 65/14 65/15 82/14 82/15 127/21 135/20 154/1 154/7 156/8 160/19 163/16
**here** [60] 6/1 6/3 8/7 9/19 18/17 19/5 20/14 27/21 28/9 28/18 28/20 28/20 28/21 34/17 36/7 39/18 42/14 44/11 44/23 46/19 59/25 67/15 71/3 71/7 71/23 75/16 78/19 82/15 85/23 86/16 87/10 91/11 91/22 92/13 92/16 93/9 93/17 93/18 100/2 114/9 114/13 115/9 126/20 134/23 136/3 145/17 145/18 147/14 151/21 151/25 155/10 160/17 163/13 164/4 167/25 170/2 170/9 170/13 178/13 183/18
**hesitation** [1] 80/14
**high** [8] 13/14 46/5 51/4 74/4 83/23 118/5 156/8 158/19
**high-public** [1] 158/19
**high-quality** [1] 118/5
**higher** [2] 120/9 132/4
**highlight** [2] 140/16 143/23
**highlighted** [1] 158/13
**highlighting** [2] 13/12 159/7
**highly** [2] 62/19 98/22
**Hillsboro** [1] 70/14
**him** [4] 18/19 64/8 77/1 77/4
**himself** [1] 77/5
**hindsight** [3] 173/16 174/9 175/20
**hire** [4] 22/13 23/1 35/7 127/7
**hired** [4] 22/4 22/9 33/25 74/20
**hiring** [2] 127/11 176/5
**his** [4] 21/15 65/13 77/3 156/3
**historically** [1] 155/20
**history** [6] 10/7 46/19 73/4 80/3 175/18 179/7
**hitting** [1] 14/13
**hold** [5] 70/12 113/14 124/15 127/2 155/10
**holding** [1] 126/3
**hole** [1] 56/11
**home** [4] 43/13 70/21 89/24 95/18
**homeless** [1] 44/5
**Honestly** [1] 162/10
**Honor** [91] 5/5 5/11 5/20 5/23 9/10 11/13 13/15 13/24 15/23 16/17 17/22 18/16 19/12 20/2 20/8 20/9 21/8 21/24 24/1 25/11 25/19 26/7 26/20 26/25 27/4 27/8 27/20 37/6 38/20 40/11 40/16 42/5 45/21 45/24 54/13 66/3 68/10 72/13 91/19 94/8 94/16 95/4 95/14 95/18 96/3 96/8 98/21 99/22 99/25 100/12 101/4 102/22 103/22 103/24 113/23 115/5 120/11 124/18 129/4 129/17 129/23 130/1 136/8 139/10 140/10 149/8 149/25 151/22 153/23 153/24 158/9 158/16 159/20 167/24 168/3 169/13 169/19 169/21 172/22 179/20 180/10 180/11 180/17 180/22 181/10 181/20 181/24 182/15 182/20 182/22 183/10
**Honor's** [3] 10/2 16/4 95/16
**HONORABLE** [1] 1/14
**honored** [1] 19/14
**hope** [16] 15/14 15/18 19/3 29/3 61/7 68/19 79/10 79/11 82/2 86/5 86/8 93/8 144/24 159/24 178/12 181/19
**hopeful** [2] 70/7 70/12
**hopefully** [3] 162/8 167/25 176/4
**hospital** [6] 28/19 105/9 107/1 110/11 141/11 141/12

**hospitals [1]** 44/7
**hotline [1]** 114/13
**hour [3]** 11/17 11/23 11/23
**hours [5]** 12/8 106/10 106/11 161/11 161/16
**House [1]** 141/20
**houseless [7]** 32/9 32/20 55/9 67/16 152/17 152/21 152/22
**housing [4]** 105/3 110/9 141/17 141/20
**how [41]** 11/4 16/24 16/25 34/4 34/8 35/3 35/3 44/2 44/3 48/21
48/22 48/25 50/21 51/1 57/18 58/20 59/7 60/1 67/10 67/23
68/23 69/2 71/20 77/16 78/10 78/12 78/14 81/13 86/24 86/25
87/1 131/13 134/21 136/4 150/6 152/18 155/3 156/25 157/7
161/7 182/18
**however [17]** 16/9 30/5 56/25 57/4 58/21 60/24 63/12 66/12
85/1 85/15 95/14 122/22 124/2 124/21 138/14 169/2 169/9
**howling [1]** 44/8
**huge [3]** 92/6 152/25 157/10
**Human [4]** 14/18 22/7 102/19 154/17
**humane [1]** 86/13
**humanity [1]** 93/7
**hundreds [2]** 12/13 39/23

**I**

**I didn't [1]** 64/8
**I'd [1]** 84/13
**I'll [13]** 6/8 6/11 6/15 7/6 34/21 45/16 45/16 111/3 125/13
168/23 173/16 176/25 182/14
**I'm [77]** 7/13 7/15 9/8 17/21 18/1 22/20 25/13 28/9 28/20 28/21
29/15 34/21 37/4 38/5 38/10 39/10 41/18 43/19 47/12 48/13
49/10 50/2 50/24 51/14 51/15 52/6 54/20 64/25 67/17 70/12
72/15 76/14 77/12 77/14 78/21 78/23 80/8 80/9 80/15 80/20
82/21 82/22 83/12 88/6 88/11 89/23 92/7 92/9 92/16 92/17
113/23 114/8 145/15 145/17 145/25 152/12 152/23 153/7 161/4
162/23 165/2 165/13 167/25 169/5 170/23 171/18 175/9 175/22
176/11 177/7 177/14 178/1 178/16 178/19 179/7 180/17 181/10
**I've [20]** 8/23 14/12 15/16 15/16 30/7 38/13 67/16 71/3 72/9
98/23 152/7 152/20 171/3 175/19 177/15 178/8 178/15 179/13
180/5 181/2
**IA [3]** 101/18 139/14 139/15
**iceberg [1]** 70/1
**ID [1]** 44/24
**Idaho [1]** 71/7
**idea [1]** 66/5
**idealogy [1]** 9/15
**ideas [9]** 44/10 44/11 44/11 44/11 44/13 44/17 45/6 56/16
148/22
**ideation [1]** 76/22
**identification [1]** 9/5
**identified [9]** 41/17 100/20 117/12 123/23 137/10 139/17
139/18 139/22 144/8
**identify [10]** 5/9 17/4 69/12 100/17 102/14 121/3 121/18 122/2
122/9 157/21
**identifying [2]** 122/4 122/5
**illegal [1]** 42/25
**illegally [1]** 71/10
**illness [32]** 32/10 32/10 32/14 32/15 41/9 42/13 42/22 43/10
43/19 44/1 44/3 44/5 44/6 44/21 67/21 71/8 76/21 104/21 105/8
106/24 110/19 112/21 120/17 131/18 131/18 140/24 141/7
141/22 161/8 163/11 164/2 164/13
**illnesses [1]** 135/12
**immediate [4]** 49/8 98/18 105/19 105/21
**immediately [2]** 137/13 144/11
**immigrant [1]** 67/15
**immigration [1]** 153/5
**impact [5]** 48/21 85/1 110/3 120/8 133/7
**impacted [2]** 85/7 133/1
**impactful [1]** 164/9
**impacting [1]** 85/19
**impacts [1]** 162/9
**impedes [1]** 138/5
**impediments [1]** 181/16
**imperative [1]** 90/3

**implement [3]** 19/24 88/21 102/13
**implementation [39]** 13/24 14/6 14/18 24/25 27/23 29/17
31/16 34/1 34/3 34/5 34/8 38/14 40/23 41/22 41/24 60/21 60/23
96/14 96/17 96/19 97/7 97/17 99/23 112/8 128/13 130/19
140/14 169/1 169/4 169/25
**implemented [9]** 21/23 25/9 90/17 97/14 98/24 101/8 115/8
116/23 131/14
**implementing [2]** 90/15 105/1
**implicated [1]** 130/21
**implication [1]** 90/25
**imply [1]** 13/13
**importance [5]** 14/10 119/1 145/18 146/11 146/14
**important [28]** 26/17 28/17 37/21 38/2 46/10 48/18 52/18 53/1
81/25 92/1 126/23 144/13 148/10 148/23 154/21 155/13 156/12
158/12 158/17 159/11 160/10 160/14 160/15 163/6 169/3
173/25 174/2 174/2
**importantly [7]** 14/1 16/13 67/2 88/22 97/3 126/11 167/12
**impossible [1]** 46/14
**impressed [4]** 134/22 175/10 175/13 175/15
**impression [1]** 169/25
**impressive [2]** 58/6 101/5
**improve [15]** 14/2 14/25 19/10 52/7 58/3 108/24 110/15 110/18
111/13 122/6 126/1 148/24 148/24 160/5 161/7
**improved [6]** 19/11 30/5 100/3 102/9 109/12 167/12
**improvement [9]** 99/14 106/18 109/23 115/21 118/11 143/13
152/18 167/14 167/14
**improvements [2]** 67/3 167/11
**improving [2]** 80/13 146/18
**in-service [6]** 99/2 99/2 99/15 106/13 120/4 121/21
**inability [1]** 56/13
**inaction [1]** 174/7
**inadequate [1]** 12/22
**inadvertent [1]** 165/14
**inappropriate [1]** 181/8
**inappropriately [1]** 60/9
**inaugural [1]** 126/2
**incapable [1]** 55/22
**inception [1]** 83/10
**incidences [3]** 132/14 133/10 133/12
**incident [2]** 59/17 89/23
**incidents [11]** 55/8 63/23 63/25 64/11 66/19 102/2 102/4
116/14 117/9 132/5 133/6
**inclined [2]** 38/10 169/22
**include [8]** 60/12 64/7 73/25 99/11 111/14 112/18 154/25
166/25
**included [1]** 48/16
**includes [8]** 40/7 61/25 109/20 116/15 118/4 121/5 124/10
171/11
**including [26]** 6/4 12/2 12/2 12/14 13/18 14/20 15/8 31/17
70/21 97/5 98/17 105/12 105/16 106/24 110/9 116/21 126/2
141/12 144/10 144/21 145/20 161/24 167/1 167/18 178/4
183/14
**inclusion [2]** 73/8 111/13
**inclusive [3]** 9/24 32/25 74/24
**incomplete [1]** 89/17
**inconsistent [3]** 88/1 89/15 170/7
**inconvenient [1]** 182/13
**incorporates [1]** 99/19 107/2
**incorporating [1]** 108/25
**incorrect [1]** 25/10
**incorrectly [1]** 59/10
**increase [5]** 9/25 32/11 98/8 104/9 118/23
**increased [4]** 13/10 32/13 105/3 121/20
**increasing [2]** 32/15 113/9
**incredible [2]** 19/6 123/4
**incredibly [2]** 158/17 159/11
**indeed [1]** 25/25
**independence [6]** 19/21 23/13 69/3 155/11 165/6 165/9
**independent [15]** 31/15 44/6 47/2 58/18 58/19 101/7 101/16
111/21 115/15 116/17 122/19 124/17 126/21 136/14 146/21
**independently [4]** 112/7 117/7 137/5 137/7
**INDEX [1]** 4/1
**indicate [2]** 55/15 63/18

**I**

**indicated [2]** 19/4 83/23
**indicates [2]** 62/17 116/18
**indication [2]** 51/9 140/2
**indications [1]** 37/13
**indicators [1]** 129/5
**indiscernible [2]** 50/18 53/16
**individual [6]** 97/2 98/19 99/6 121/19 143/15 145/2
**individuals [4]** 104/12 105/8 109/4 144/13
**inequality [1]** 85/13
**inequitable [1]** 16/12
**infallible [1]** 89/15
**influence [2]** 112/12 142/1
**inform [5]** 74/14 79/19 128/12 128/18 167/9
**information [33]** 12/6 18/2 22/16 30/19 59/16 63/5 66/9 67/8
73/10 78/14 80/25 81/6 81/7 81/20 100/1 103/18 112/9 121/2
128/20 132/1 133/19 133/21 137/19 138/4 138/7 138/21 139/1
139/21 147/4 147/6 147/21 167/3 178/9
**information-sharing [1]** 81/20
**informed [3]** 11/14 82/4 139/19
**informs [1]** 172/9
**infrastructure [2]** 34/9 71/14
**infrequently [1]** 62/11
**infuse [1]** 79/19
**inhibit [1]** 124/6
**initial [4]** 13/1 56/24 61/18 120/8
**initially [3]** 24/4 37/10 48/5
**initiative [1]** 153/8
**initiatives [2]** 31/13 111/12
**injury [2]** 109/19 141/23
**input [14]** 12/12 41/16 77/25 93/12 101/9 125/25 127/20 127/25
128/3 146/9 146/20 148/9 148/16 149/4
**insight [4]** 36/14 92/11 137/17 139/7
**insights [3]** 51/18 52/13 138/23
**insisted [1]** 118/6
**insisting [1]** 117/17
**inspector [6]** 100/17 100/18 117/4 117/12 117/16 118/20
**inspector's [1]** 117/8
**inspectors [1]** 117/18
**Instagram [1]** 167/1
**instance [2]** 57/3 137/10
**instead [1]** 62/14
**institution [2]** 152/10 153/14
**institutionalization [1]** 160/21
**institutions [2]** 79/12 135/10
**instruct [1]** 61/8
**instruction [1]** 143/7
**instructional [1]** 96/22
**instructors [2]** 99/9 118/6
**instrumental [1]** 104/20
**integral [4]** 26/3 26/6 26/15 37/24
**integrate [1]** 101/18
**integration [1]** 99/12
**integrity [2]** 156/21 156/22
**intellectual [1]** 141/23
**intelligence [1]** 78/10
**intended [2]** 23/13 160/6
**intent [1]** 66/19
**intention [3]** 82/7 82/13 131/15
**intentional [1]** 9/24
**intentions [1]** 82/17
**interact [2]** 142/10 153/16
**interaction [4]** 15/1 97/2 145/23 163/10
**interactions [14]** 67/21 82/4 87/14 97/11 97/12 97/12 103/19
109/4 117/2 120/17 163/25 163/25 164/5 164/7
**interactive [1]** 118/23
**interest [6]** 44/12 58/21 71/16 92/6 146/17 158/19
**interested [6]** 6/24 22/20 60/1 73/9 92/7 157/4
**interesting [2]** 83/22 172/2
**interests [1]** 9/17
**interface [1]** 111/19
**interference [2]** 49/15 112/12

**interfering [6]** 49/5 177/24 178/2 178/7 178/10 179/17
**interim [2]** 22/8 153/25
**internal [6]** 31/15 50/8 60/4 101/14 124/14 137/8
**internalize [1]** 98/15
**internalized [1]** 101/1
**internally [1]** 108/11
**interpersonal [1]** 119/4
**interruptions [1]** 124/16
**intersection [1]** 79/10
**intertwined [2]** 27/24 34/6
**intervene [2]** 77/2 132/4
**intervening [1]** 141/15
**INTERVENOR [1]** 3/2
**intervention [25]** 59/17 76/15 77/1 95/10 105/6 105/7 106/2
106/11 106/12 107/7 108/14 108/14 110/4 110/24 117/23
117/24 118/25 119/16 121/20 121/24 132/7 161/12 161/14
161/16 161/17
**interventions [4]** 59/20 59/22 132/9 132/11
**interviewed [1]** 139/15
**interviews [2]** 22/12 127/9
**intoxicated [4]** 141/25 142/8 142/8 142/11
**introduce [1]** 86/11
**introduced [1]** 143/18
**inverse [1]** 178/6
**invest [2]** 90/1 91/3
**invested [5]** 11/7 12/13 16/9 39/23 125/21
**investigate [1]** 79/20
**investigated [1]** 88/17
**investigation [16]** 7/23 59/11 98/7 101/12 102/1 102/17 109/24
123/12 123/22 124/11 124/23 133/22 137/9 160/11 160/12
161/6
**investigations [16]** 58/19 58/23 97/5 101/16 102/10 102/19
102/21 122/18 122/23 123/3 123/7 123/17 124/7 138/1 138/5
138/22
**investigative [4]** 60/14 88/17 101/15 101/21
**investigator [1]** 138/3
**investigators [12]** 65/11 101/14 101/18 122/24 124/12 138/7
138/10 138/14 139/15 139/16 139/22 140/4
**investigatory [1]** 142/20
**investment [3]** 90/4 90/6 145/9
**invisible [1]** 79/6
**invitation [1]** 91/20
**invite [6]** 14/22 42/1 45/16 115/3 129/20 151/18
**invited [4]** 6/22 56/8 68/15 153/13
**involved [20]** 39/7 39/10 52/24 89/25 98/19 137/9 163/14 164/5
164/8 165/17 165/19 165/20 165/23 170/1 171/5 171/9 171/13
171/13 171/14 175/14
**involvement [4]** 145/11 156/10 174/10 174/20
**involves [2]** 122/11 164/13
**involving [2]** 109/12 109/14
**IPR [42]** 58/22 59/3 59/5 101/8 101/10 101/13 101/15 101/18
102/11 102/15 111/21 111/24 122/19 122/23 122/24 123/2
123/10 123/14 123/16 124/8 124/14 133/17 133/20 135/24
136/16 136/19 136/21 137/5 137/6 137/7 137/10 137/19 137/25
138/3 138/6 138/9 138/14 139/14 139/16 139/20 140/3 143/1
**IPR and [1]** 133/17
**IPR's [2]** 65/10 101/23
**ironed [1]** 14/4
**is [603]**
**Islanders [1]** 84/2
**isn't [3]** 28/4 112/5 142/19
**isolated [2]** 80/17 81/6
**issue [33]** 6/12 7/24 33/5 52/22 52/22 58/25 61/17 67/19 72/10
86/4 102/12 109/15 112/15 124/15 124/5 124/19 129/9
136/5 137/3 138/13 138/20 138/24 139/22 149/7 149/24 152/2
154/21 157/15 158/11 159/5 159/22 181/2
**issued [3]** 61/18 72/22 102/6
**issues [37]** 19/22 33/3 40/7 50/9 55/15 73/19 81/10 81/25 85/11
85/12 85/24 86/2 92/24 120/12 133/4 135/2 135/3 135/5 135/6
135/12 138/1 138/16 139/17 139/18 140/3 145/23 148/13
152/15 152/23 157/21 160/7 160/14 160/15 165/11 167/18
174/17 174/18
**it [410]**

**I**

**it's [20]** 32/4 37/15 38/8 40/3 41/15 94/6 96/12 114/1 135/16 142/10 147/25 151/21 157/10 159/7 160/10 163/22 164/16 178/14 178/17 179/7
**item [1]** 75/2 93/23 131/9 131/9 157/2
**items [2]** 37/21 151/7
**its [88]** 8/17 8/18 10/2 10/5 10/23 12/18 13/13 14/3 14/5 14/6 16/3 16/6 16/7 16/22 17/13 23/7 23/15 27/9 31/6 39/12 39/12 40/19 40/20 40/23 49/6 56/5 61/18 63/5 65/4 66/4 66/23 73/13 74/17 74/21 82/19 83/10 96/10 99/17 99/22 99/24 101/15 102/3 102/9 104/24 105/23 106/16 108/10 108/24 108/24 109/8 110/24 111/2 111/11 111/15 111/24 112/18 112/25 116/20 121/2 121/18 122/3 129/16 138/19 140/8 143/13 150/9 150/10 150/10 152/6 158/24 159/3 159/11 160/12 163/8 163/9 163/10 163/18 163/19 163/20 165/15 166/14 167/2 167/8 167/13 171/20 175/15 175/15
**itself [6]** 6/17 30/4 45/15 80/12 85/19 150/6
**IV [1]** 66/10

**J**

**jacket [1]** 100/6
**jail [1]** 105/9
**jailed [1]** 43/7
**jails [2]** 44/7 144/25
**James [1]** 64/1
**Jan [2]** 140/11 145/15
**January [5]** 50/8 61/23 63/24 126/3 165/21
**January 1 [1]** 165/21
**JARED [4]** 2/6 5/13 47/9 103/24
**Jason [2]** 40/14 149/16
**jaywalking [2]** 65/12 65/16
**JESSICA [1]** 3/10
**job [7]** 28/25 50/11 50/18 93/4 115/14 119/19 154/15
**jobs [3]** 43/13 92/22 93/6
**join [3]** 27/14 79/2 112/24
**joined [5]** 15/4 46/3 46/6 49/22 109/2
**joining [1]** 28/10
**joins [1]** 20/13
**joint [13]** 6/7 9/19 11/1 16/17 20/11 27/1 47/15 101/13 122/25 139/14 168/1 169/14 183/2
**JONAS [2]** 2/9 5/10
**journey [3]** 26/19 26/19 169/7
**JUAN [1]** 3/14
**judge [20]** 1/15 28/13 33/9 34/15 35/5 38/25 64/25 72/6 76/13 83/2 83/9 83/17 87/5 88/7 89/3 89/21 90/22 135/21 137/23 151/11
**Judge Simon [7]** 28/13 64/25 72/6 76/13 87/5 88/7 137/23
**judging [1]** 180/22
**judgment [2]** 115/24 115/25
**Judith [5]** 22/8 35/10 47/7 153/25 154/15
**July [1]** 184/11
**June [9]** 1/6 4/2 5/2 8/5 8/13 38/5 127/10 166/10 166/14
**June 19th [1]** 8/13
**June 2019 [3]** 8/5 38/5 166/10
**Junior [1]** 64/1
**juries [1]** 132/25
**jurisdiction [1]** 150/24
**just [86]** 7/3 10/5 13/15 14/3 14/12 16/7 18/2 18/9 21/16 22/25 25/5 25/6 27/21 28/7 30/3 31/25 33/1 35/25 37/10 39/7 39/18 43/21 44/5 46/12 47/24 48/3 50/15 51/9 59/19 62/19 63/23 65/14 78/25 82/7 82/10 82/11 84/14 89/21 90/15 90/19 92/13 97/12 99/15 108/6 109/22 114/25 116/2 116/9 118/13 119/1 124/1 130/16 131/9 132/11 134/4 134/5 134/10 134/10 134/11 137/8 140/3 141/7 145/25 148/20 151/24 155/4 156/5 156/7 156/10 156/19 157/10 158/2 160/3 160/15 161/24 165/24 167/6 167/25 168/1 169/7 170/8 174/11 178/4 178/19 181/10 183/2
**justice [26]** 2/10 3/5 3/9 6/14 8/6 9/14 9/15 10/19 28/22 47/9 55/5 65/5 67/19 76/16 84/11 96/22 99/19 101/10 109/9 119/5 131/23 133/6 134/16 135/11 160/11 172/18
**Justice's [1]** 161/6
**justification [1]** 10/8
**juveniles [1]** 109/5

**K**

**Kadish [1]** 3/7
**Kalei [2]** 8/23 15/9
**KARIA [7]** 3/3 5/18 27/7 27/16 158/7 159/17 178/4
**Kaye [2]** 8/17 75/14
**keep [5]** 36/4 44/14 67/3 151/22 171/1
**keeping [3]** 29/23 124/16 160/3
**kept [3]** 39/7 143/16 152/7
**key [15]** 26/18 46/17 47/8 50/14 55/24 56/22 61/14 61/17 62/25 69/13 105/4 117/24 148/3 148/11 163/16
**kick [1]** 28/19
**kids [1]** 43/14
**killed [3]** 64/1 71/5 165/16
**killing [1]** 85/24
**kind [8]** 35/15 41/2 71/18 81/25 123/19 146/15 156/15 159/24
**kinds [1]** 55/25
**knew [4]** 88/23 96/9 148/15 175/11
**knife [1]** 165/22
**know [77]** 11/6 16/24 16/25 24/23 25/25 26/10 26/11 26/12 38/8 38/17 41/4 41/6 41/24 41/24 48/21 49/20 54/17 58/13 71/7 72/2 75/9 75/22 79/11 81/8 83/9 83/17 83/21 84/18 85/1 85/22 86/1 87/25 88/22 90/10 90/11 92/9 92/9 92/22 93/25 103/1 108/5 113/15 114/7 114/8 114/24 115/15 117/21 125/1 137/12 140/1 145/21 146/11 148/17 154/1 154/21 155/24 156/15 156/19 157/1 157/13 160/23 161/4 163/2 163/4 165/7 166/16 169/10 169/12 170/3 172/17 174/18 176/16 176/24 178/5 178/6 178/6 181/8
**knowing [1]** 131/8
**knowledge [1]** 138/11
**known [6]** 29/1 62/8 77/19 141/21 141/25 142/3
**KRISTEN [2]** 3/6 5/16

**L**

**labeled [1]** 146/4
**Labor [1]** 3/3
**lack [14]** 33/4 81/23 84/1 114/2 124/2 133/10 133/13 133/17 137/10 139/12 139/18 178/7 178/9 179/16
**lacking [1]** 30/17
**lacks [1]** 30/10
**laid [1]** 57/19
**Lakayana [4]** 14/7 45/23 52/8 156/3
**LaKeesha [5]** 14/7 15/2 45/24 48/22 51/22
**LaKeesha Dumas [1]** 15/2
**large [2]** 102/8 161/14
**largely [4]** 89/12 121/15 160/13 160/17
**larger [5]** 14/4 79/16 120/18 124/8 152/13
**largest [2]** 43/4 43/5
**last [30]** 14/9 15/13 16/23 16/23 21/2 21/9 32/12 39/22 50/19 59/9 63/25 70/8 70/11 73/7 87/11 96/9 100/1 103/4 106/5 111/3 115/6 122/16 134/6 143/22 154/17 156/6 157/12 163/12 163/13 175/12
**lasted [1]** 174/6
**lasting [1]** 15/22
**late [4]** 56/7 56/9 80/6 137/16
**later [12]** 37/3 37/7 41/21 51/1 61/3 113/7 113/13 125/17 166/10 166/11 166/14 177/4
**latino [1]** 153/4
**latter [1]** 170/21
**lauded [1]** 99/5
**Laughter [3]** 34/18 82/12 151/13
**laundry [1]** 144/22
**LAURA [1]** 2/10
**law [24]** 3/14 9/15 43/9 43/25 44/3 58/24 58/25 65/16 71/11 89/5 93/4 104/11 104/23 110/2 136/11 136/13 136/23 138/7 138/12 139/1 139/25 149/11 150/2 168/5
**laws [7]** 147/3 147/10 147/11 147/13 147/16 147/24 162/20
**lawsuit [1]** 172/18
**lawyers [1]** 34/17
**layer [1]** 153/15
**lead [4]** 61/9 85/5 89/6 109/3
**leadership [6]** 14/5 43/21 45/2 47/14 74/5 163/16
**leads [3]** 59/18 65/20 83/15

**L**

**League [14]** 6/25 8/16 13/18 72/15 72/16 72/20 73/6 74/9 75/14 75/17 76/2 76/4 78/3 165/25
**learn [6]** 11/4 25/4 42/17 110/15 157/7 175/18
**learned [4]** 33/19 80/2 175/20 178/15
**learning [7]** 73/3 92/21 99/22 110/22 115/22 163/5 167/15
**least [16]** 17/15 30/21 31/23 38/10 57/16 70/17 125/7 135/6 137/14 143/16 148/8 150/23 151/2 158/20 173/3 174/9
**leave [7]** 81/15 86/5 86/8 87/9 154/18 173/16 182/1
**leaves [2]** 68/22 69/1
**leaving [3]** 33/6 149/14
**led [14]** 14/15 14/16 58/7 59/17 62/9 65/8 121/13
**LEDS [3]** 136/10 136/10 137/11
**left [3]** 51/5 56/12 81/6
**legal [17]** 14/1 20/13 25/20 26/24 42/25 124/22 150/17 150/19 150/21 150/22 150/25 168/6 168/8 168/9 168/18 169/5 181/16
**legalisms [1]** 171/2
**legality [2]** 138/9 149/14
**legally [5]** 24/12 33/25 150/11 169/11 181/7
**legitimacy [1]** 16/15
**legitimate [3]** 13/17 71/21 126/16
**length [1]** 111/8
**lens [1]** 67/9
**less [5]** 30/20 35/1 62/11 75/22 87/3
**lessen [1]** 64/4
**lesser [1]** 83/25
**lesson [4]** 25/4 96/22 176/12 178/16
**let [22]** 6/19 7/12 7/14 11/6 15/16 16/21 24/22 38/3 38/9 38/18 49/2 53/6 54/9 103/2 114/9 116/9 125/19 129/20 133/17 169/18 170/18 177/3
**let's [9]** 36/9 39/16 53/19 94/14 135/18 154/7 177/18 181/4 181/6
**lethal [1]** 98/19
**letter [3]** 98/4 147/8 171/7
**letting [1]** 56/4
**level [15]** 31/3 39/13 66/11 83/23 83/25 98/10 109/18 118/11 121/19 122/6 128/16 128/20 130/10 164/18 164/21
**levels [1]** 117/13
**leverage [1]** 28/5
**levied [1]** 22/3
**Liaison [1]** 112/2
**library [1]** 33/9
**licensed [1]** 108/25
**lieutenant [1]** 147/19
**life [19]** 15/21 52/5 75/22 77/3 79/2 79/11 110/8 110/20 114/7 114/12 114/18 114/21 114/24 155/1 155/1 156/13 164/9 165/5 167/16
**life-changing [1]** 110/8
**lifestyle [1]** 81/23
**light [2]** 159/3 179/6
**like [82]** 18/17 19/18 19/22 20/1 23/4 25/5 25/8 36/6 37/6 37/20 38/23 41/5 41/6 41/25 42/5 45/14 46/11 48/11 49/12 49/13 50/7 51/22 51/25 52/8 54/18 55/3 65/3 65/12 67/13 67/14 68/13 68/16 69/5 69/8 69/16 69/20 70/5 70/8 77/23 77/23 79/4 79/5 79/5 82/12 83/7 84/9 84/13 86/5 87/20 94/2 94/4 96/23 97/13 98/5 98/21 99/10 105/25 111/17 112/5 113/16 129/7 139/22 140/11 140/16 141/3 141/7 145/7 148/19 148/22 151/10 152/20 153/7 153/8 153/12 153/21 154/1 154/1 155/2 155/2 165/11 175/8 182/25
**likelihood [1]** 49/5
**likely [5]** 25/6 62/3 62/21 74/20 109/18
**Likewise [1]** 111/21
**limit [1]** 75/1
**limitation [1]** 25/20
**limited [2]** 7/3 67/5
**limits [1]** 35/14
**line [12]** 37/21 90/13 105/19 114/5 114/7 114/15 114/15 114/17 114/19 114/19 131/9 131/9
**lines [7]** 27/22 114/7 114/12 114/18 114/21 114/24 172/15
**linked [1]** 127/2
**list [7]** 31/21 36/1 53/7 53/18 53/25 129/6 145/12
**listed [2]** 31/19 36/1

**listen [1]** 42/17
**listening [1]** 156/17
**listing [1]** 115/14
**lists [2]** 74/10 74/14
**little [15]** 11/4 25/8 35/1 44/21 67/23 111/18 136/3 157/14 162/24 167/25 173/18 174/13 174/13 175/3 175/22
**livability [1]** 135/3
**live [7]** 42/21 52/1 73/13 79/10 91/5 91/6 171/16
**lived [3]** 105/12 156/6 156/14
**lives [4]** 43/11 43/14 76/21 110/7
**living [4]** 71/18 144/15 144/21 170/22
**LLC [1]** 3/11
**LLP [1]** 3/7
**LMS [1]** 99/23
**loaded [1]** 71/25
**local [2]** 111/13 128/18
**Locally [1]** 105/2
**location [3]** 29/10 144/9 155/13
**locations [4]** 11/21 21/13 31/18 155/17
**lodge [1]** 111/24
**lofty [1]** 15/14
**loggerheads [1]** 30/3
**logical [2]** 82/4 94/8
**long [12]** 11/17 11/23 18/24 26/14 49/7 71/3 75/24 79/17 82/17 101/8 141/10 157/2
**long-term [2]** 26/14 49/7
**long-time [1]** 71/3
**longer [2]** 80/17 116/25
**longstanding [1]** 102/11
**look [23]** 18/14 25/10 37/19 58/16 67/8 69/20 70/13 70/14 70/14 70/15 72/6 79/4 79/24 134/7 134/7 134/8 152/16 155/2 156/14 181/22 181/23 182/12 182/13
**looked [9]** 54/25 63/16 64/10 65/12 116/4 132/3 171/19 173/4 175/8
**looking [15]** 8/10 51/1 51/10 65/23 66/8 78/10 90/13 120/18 145/6 152/13 153/7 155/25 170/18 177/1 181/12
**looks [9]** 25/5 25/5 41/4 41/6 49/13 55/12 77/23 82/12 155/2
**Los [1]** 173/4
**Los Angeles [1]** 173/4
**lose [1]** 164/6
**loses [1]** 164/9
**lost [6]** 43/12 43/13 43/13 43/14 93/9 156/6
**lot [30]** 11/6 11/7 11/7 11/8 28/5 29/8 29/13 37/18 43/2 47/12 47/13 52/2 52/20 91/24 92/3 92/19 114/21 115/23 125/12 134/13 151/22 151/23 153/3 153/19 154/22 154/23 163/18 163/19 175/8 178/12
**lots [2]** 89/4 141/12
**Louis [1]** 173/4
**love [1]** 162/11
**loving [1]** 134/20
**low [3]** 66/11 77/11 121/12
**lower [1]** 98/10
**lowest [2]** 109/17 164/16
**Lu [1]** 80/6
**lunch [4]** 94/1 94/4 94/4 94/15
**Luyben [2]** 8/24 15/9

**M**

**made [40]** 13/5 29/25 30/19 42/15 55/4 57/21 57/24 61/9 62/11 66/22 67/25 72/25 75/4 77/20 86/23 90/11 92/19 114/5 116/1 122/17 123/11 124/19 130/2 133/25 135/23 136/4 137/2 142/24 143/8 143/10 145/8 148/2 151/5 156/25 160/3 161/11 166/4 167/7 168/19 176/7
**magic [1]** 108/7
**main [2]** 56/8 61/6
**maintain [6]** 31/21 39/14 81/11 81/22 96/5 121/1
**maintained [5]** 42/10 98/10 118/10 119/20 171/24
**maintaining [1]** 24/7
**maintains [1]** 111/2
**major [2]** 116/10 146/5
**majority [4]** 65/17 109/17 164/4 165/22
**make [41]** 18/17 18/20 19/22 49/2 52/9 53/17 54/9 56/13 58/14 61/4 62/13 67/2 67/13 68/15 70/13 75/25 83/6 84/24 87/7 90/14

**make... [21]** 91/5 91/9 111/18 112/10 125/9 126/19 139/5 139/20 139/24 147/6 147/7 148/20 150/6 157/18 167/9 167/14 177/6 177/23 180/11 181/6 181/11
**makers [1]** 79/22
**makes [2]** 125/25 158/3
**making [27]** 25/1 39/4 39/23 40/6 42/16 52/22 54/9 68/1 75/24 75/25 77/17 83/13 93/1 93/3 95/22 96/20 98/25 99/20 118/12 118/24 119/2 136/19 139/2 139/3 142/9 148/23 148/24
**man [1]** 46/6
**manage [2]** 17/24 17/25
**managed [1]** 9/12
**management [9]** 99/22 122/9 122/10 124/3 124/9 124/11 138/8 163/3 163/4
**manager [7]** 74/18 114/12 127/8 131/12 153/25 154/17 176/6
**managers [3]** 100/14 121/10 122/5
**managing [2]** 116/14 122/5
**mandate [1]** 15/20
**manifested [1]** 31/7
**manner [5]** 112/17 121/4 121/11 123/4 162/18
**mantra [1]** 120/6
**many [32]** 40/18 41/10 55/24 60/2 65/16 67/15 67/22 72/21 75/17 76/24 79/12 82/14 98/17 100/12 101/25 102/9 110/7 111/23 131/16 139/23 148/7 152/20 155/9 157/8 160/8 160/10 160/20 161/5 171/1 171/1 173/23 180/6
**map [1]** 34/4
**March [9]** 63/11 127/21 177/12 177/12 177/20 182/6 182/11 182/17 182/19
**March 2nd or [1]** 177/12
**March 3 [1]** 182/6
**March 3rd [3]** 177/12 182/11 182/17
**marginalize [1]** 79/13
**marginalized [1]** 127/15
**mark [2]** 2/18 14/13
**marks [1]** 77/12
**Mary [6]** 53/17 154/11 177/6 177/13 182/3 182/7
**Masback [1]** 15/3
**mass [1]** 31/23
**masterful [1]** 156/5
**masterpiece [1]** 135/19
**material [1]** 96/23
**materialize [1]** 45/8
**materials [5]** 23/8 30/23 73/8 140/22 143/14
**math [1]** 164/24
**matter [10]** 26/24 48/12 78/24 121/21 142/14 168/5 168/18 168/21 175/1 175/24
**matters [4]** 69/4 69/20 143/22 144/17
**may [34]** 13/7 24/9 25/17 42/14 54/7 54/19 57/14 61/9 65/9 67/4 77/23 77/25 83/17 83/21 84/21 86/20 86/21 87/24 88/2 95/3 95/5 114/1 120/9 122/12 134/5 135/5 136/5 136/22 136/23 138/2 142/11 162/13 173/18 174/1
**May 16th [1]** 65/9
**maybe [9]** 25/6 39/11 43/1 87/22 87/22 174/1 177/15 177/16 177/19
**mayor [13]** 18/17 19/1 20/3 31/25 39/7 46/24 57/21 61/4 69/15 71/12 86/11 88/13 147/9
**Mayor Wheeler [1]** 61/4
**Mayor's [3]** 14/19 57/8 69/10
**mayors [1]** 18/18
**me [65]** 6/19 6/20 7/12 7/14 7/15 11/16 15/16 16/21 22/17 24/22 26/5 28/19 29/3 34/24 38/3 38/4 38/9 38/18 40/13 43/16 49/2 51/25 53/7 54/9 68/23 72/9 79/5 79/5 79/5 79/18 80/19 80/24 81/5 81/5 81/11 89/22 90/20 93/18 103/2 114/6 114/9 114/9 116/9 125/19 129/20 133/17 136/3 150/22 157/16 159/24 165/7 169/18 170/18 171/20 173/18 174/22 174/24 175/4 176/10 177/3 177/19 178/9 178/12 180/14 183/1
**mean [9]** 10/5 13/12 64/3 69/18 90/17 115/19 148/14 160/14 160/16
**meaning [3]** 56/10 60/23 164/17
**meaningful [4]** 55/18 58/19 59/1 59/6
**meaningfully [1]** 32/25
**means [8]** 25/12 66/14 97/23 115/24 116/4 123/9 178/6 181/18

**measure [3]** 31/13 32/22 44/15
**measured [1]** 84/9
**measurement [2]** 19/25 50/25
**measurements [3]** 17/5 18/4 158/25
**measures [9]** 14/12 17/14 18/6 18/12 37/11 37/18 105/16 106/18 116/16
**measuring [2]** 17/8 60/12
**mechanism [2]** 25/16 133/20
**mechanisms [1]** 146/20
**media [5]** 31/23 31/23 41/12 74/14 134/11
**mediator [1]** 154/22
**medical [4]** 98/15 98/18 141/14 141/16
**meet [4]** 93/10 144/12 145/10 177/19
**meeting [34]** 11/3 12/16 13/8 13/11 30/23 30/24 31/11 31/19 33/9 50/19 50/21 56/7 56/24 57/14 70/12 78/9 88/8 92/8 112/24 126/2 127/21 130/6 147/10 147/13 147/20 147/24 149/9 149/19 150/4 155/4 155/17 166/14 175/3 175/4
**meetings [77]** 11/18 11/18 11/23 12/4 14/7 21/10 21/12 21/13 21/14 22/10 23/15 29/8 29/12 29/15 29/23 30/7 30/9 30/13 30/17 30/19 31/10 31/17 31/18 31/22 36/3 39/5 41/11 41/15 41/16 47/4 47/14 47/16 48/1 48/11 48/15 50/11 56/14 56/24 66/4 66/7 72/21 73/13 73/13 74/3 74/9 74/15 74/24 78/4 100/24 100/25 113/14 113/19 124/15 126/3 126/6 128/2 131/1 147/16 149/11 150/2 150/2 150/10 150/10 150/10 150/17 151/3 153/12 154/24 155/14 155/16 156/4 166/16 166/20 166/21 166/21 166/24 166/25
**meetings/town [1]** 11/18
**meets [2]** 66/19 92/8
**Melanie [1]** 114/11
**melted [1]** 72/3
**member [19]** 15/4 18/8 32/4 65/1 65/1 73/25 76/15 76/21 77/7 78/14 78/23 80/2 83/9 83/14 86/10 129/1 139/11 140/11 156/20
**members [99]** 6/4 6/21 10/2 11/10 11/25 12/11 12/17 12/18 12/25 14/5 14/17 14/20 14/22 14/25 15/7 15/7 15/8 15/8 21/17 23/20 23/22 23/23 25/24 26/8 26/12 27/10 28/24 29/14 29/16 29/25 31/4 31/10 31/11 31/15 33/4 33/6 33/15 33/5 37/22 37/25 39/2 43/15 45/7 46/4 47/20 47/22 48/25 50/2 50/3 51/4 51/6 51/15 52/14 57/9 57/16 57/21 67/22 73/1 73/9 73/12 74/2 74/22 76/19 77/17 77/18 77/21 77/22 77/22 83/19 83/22 89/2 89/5 91/24 105/4 108/25 111/22 112/11 112/13 112/15 112/22 113/15 119/4 119/9 125/23 126/8 126/17 126/22 128/4 130/21 131/10 140/19 146/8 151/24 152/8 155/14 157/22 161/15 174/25 178/24
**members-only [1]** 14/5
**members/co-chairs [1]** 130/21
**membership [3]** 31/21 113/2 113/3
**memorandum [3]** 8/3 8/3 21/25
**memorializing [1]** 117/17
**men [1]** 92/18
**mental [118]** 3/13 6/15 7/9 8/14 13/19 14/21 23/7 32/10 32/10 32/14 32/15 40/7 40/9 41/9 42/13 42/22 43/10 43/18 44/1 44/3 44/21 46/9 46/20 46/21 50/17 51/3 60/10 63/18 67/21 71/8 76/18 76/21 77/10 77/13 85/11 85/12 85/24 86/2 86/4 95/9 104/3 104/8 104/13 104/19 104/21 105/2 105/7 105/24 106/9 106/14 106/24 106/24 107/4 107/7 107/17 107/24 108/4 108/6 108/8 108/16 108/21 109/12 109/15 110/19 112/21 114/15 119/13 119/18 119/22 120/15 120/17 120/20 128/25 131/17 131/18 133/4 133/5 135/12 140/7 140/24 141/6 141/16 141/22 148/25 150/3 152/15 152/22 153/6 156/18 160/13 160/18 160/21 160/22 160/24 161/3 161/8 161/8 161/22 161/25 162/7 162/12 163/11 163/21 164/1 164/13 164/14 165/14 165/15
**mention [2]** 10/4 165/25
**mentioned [17]** 8/9 13/15 27/22 47/24 49/24 50/7 50/17 51/11 84/18 103/1 109/7 113/4 114/3 152/20 153/8 165/4 165/12
**mentorship [1]** 47/10
**mere [2]** 84/22 84/24
**merits [1]** 149/13
**message [2]** 81/15 95/18
**messages [1]** 143/13
**met [13]** 8/10 17/16 31/22 41/19 84/17 96/11 112/1 124/5 126/1 132/10 147/7 168/6 176/10

**metal [1]** 36/7
**methods [2]** 128/7 145/2
**metrics [10]** 8/9 18/3 31/13 36/22 36/23 41/19 41/21 60/12 129/3 140/18
**MHA [6]** 134/16 140/11 141/4 144/4 161/1 171/12
**MICHAEL [2]** 1/14 71/22
**microphone [1]** 154/11
**mid [3]** 45/15 53/6 53/9
**mid-morning [3]** 45/15 53/6 53/9
**midway [1]** 50/8
**might [21]** 30/2 41/5 41/16 45/4 45/6 45/8 52/5 52/5 54/13 74/23 75/1 77/16 78/11 104/22 117/5 144/11 154/12 155/2 155/3 155/25 156/14
**mile [1]** 92/12
**millions [2]** 90/1 90/2
**mind [2]** 52/10 152/7
**mindful [4]** 13/16 51/9 109/25 112/15
**mindfulness [1]** 70/17
**minds [1]** 130/6
**minimal [1]** 164/23
**minimizing [1]** 64/20
**MINISTERIAL [7]** 3/5 3/9 6/13 8/6 10/18 13/19 14/20
**minor [2]** 66/22 142/5
**minute [5]** 53/19 92/12 94/15 151/10 151/14
**minutes [6]** 54/14 54/16 54/18 94/1 94/13 94/14
**misconduct [7]** 65/8 65/21 101/12 111/24 116/7 123/8 123/9
**miss [1]** 157/1
**missed [1]** 155/8
**missing [1]** 7/15 82/16
**mission [2]** 12/9 49/6
**misstatement [1]** 21/16
**misstating [1]** 180/18
**mistake [1]** 173/16
**misunderstand [1]** 171/18
**mitigates [1]** 120/24
**mitigation [2]** 101/1 116/23
**mixed [1]** 57/10
**model [5]** 30/5 106/7 107/5 122/9 163/3
**modeled [1]** 86/15
**modifying [1]** 66/10
**modular [1]** 71/5
**moment [3]** 27/21 45/9 133/17
**moments [2]** 16/22 130/16
**Monday [3]** 177/11 177/11 181/25
**money [4]** 11/7 43/21 43/22 92/3
**monitor [7]** 56/17 113/18 130/13 167/13 170/4 172/19 172/24
**monitored [1]** 72/16
**monitoring [11]** 9/16 24/20 26/11 26/21 96/18 98/23 101/22 159/8 166/3 169/9 169/12
**monitors [1]** 173/5
**month [12]** 11/19 61/3 62/18 70/8 72/22 109/13 109/21 113/7 113/13 127/11 129/13 166/15
**monthly [7]** 11/18 12/16 21/10 50/21 72/21 74/3 111/25
**months [41]** 8/11 13/11 21/1 32/12 35/6 40/2 44/19 45/8 46/3 47/12 49/9 49/11 51/12 52/4 57/25 74/19 80/21 81/7 83/6 91/25 93/14 93/14 93/14 106/6 113/3 120/10 121/14 123/12 134/6 163/13 168/5 169/23 169/24 171/25 176/25 177/16 177/16 177/18 179/9 180/14 181/5
**moon [1]** 44/9
**more [84]** 11/4 11/6 11/10 11/11 11/23 14/1 16/13 25/9 34/11 34/24 35/3 38/13 41/7 41/7 41/7 41/8 42/24 43/22 55/1 60/1 60/3 62/2 62/2 63/22 66/24 67/2 68/19 69/5 74/16 74/24 75/5 82/3 82/9 86/12 88/22 88/22 90/2 94/8 97/1 97/14 97/21 98/9 99/14 99/15 100/13 101/2 102/14 105/20 105/20 108/12 113/17 119/4 119/22 120/4 120/16 121/2 122/7 122/14 122/20 124/12 126/11 128/8 132/22 132/24 132/24 132/25 132/25 133/15 133/15 133/21 136/3 136/13 137/5 137/12 141/1 151/13 153/7 157/18 157/23 162/6 167/17 175/9 175/22 180/16
**Moreover [2]** 61/4 63/21
**morning [39]** 5/12 5/15 5/17 5/19 5/20 5/22 5/23 5/25 6/8 9/19 9/2 20/8 28/13 28/20 40/11 40/12 40/18 42/5 45/15 45/21

45/24 46/1 53/6 53/9 61/12 64/25 68/10 76/11 76/12 83/2 83/3 96/16 110/16 125/17 125/18 130/25 169/3 175/24
**Morrison [1]** 3/11
**Mosley [1]** 80/6
**Mosley-Gary [1]** 80/6
**most [25]** 7/20 12/21 13/7 47/20 62/21 70/16 71/4 72/1 72/2 78/23 81/18 95/12 97/6 101/5 101/6 110/1 113/3 123/5 130/23 132/17 132/20 132/21 150/15 163/6 174/2
**mostly [1]** 77/20
**mother [2]** 80/6 109/2
**motion [17]** 9/20 11/1 16/18 20/11 20/14 21/3 21/6 27/1 27/3 27/14 159/22 168/2 169/14 171/25 172/4 183/2 183/12
**motivated [1]** 126/19
**move [19]** 21/18 23/21 31/2 32/2 36/9 39/10 39/11 39/17 40/3 68/23 69/2 69/9 69/22 79/5 79/13 82/2 82/7 82/14 135/18
**moved [5]** 13/2 23/21 29/19 113/4 175/6
**movement [2]** 163/2 164/21
**moving [12]** 15/18 32/8 91/16 124/15
**Mowry [4]** 22/8 35/10 153/25 154/15
**Mozyrsky [1]** 15/5
**Mr [12]** 18/13 19/1 27/10 27/16 45/12 95/7 95/9 95/17 103/23 113/25 139/8 151/4
**Mr. [48]** 6/23 8/15 8/21 16/19 20/3 20/5 20/6 27/5 27/7 27/10 29/7 38/15 40/10 40/14 42/1 42/3 42/4 53/10 53/10 54/1 54/1 54/7 54/7 54/17 64/24 68/4 68/6 68/6 68/24 103/20 104/1 109/6 136/7 137/6 140/9 140/19 145/13 158/7 159/17 159/19 159/21 160/3 167/23 169/16 169/20 170/7 175/25 178/4
**Mr. Berry [1]** 137/6
**Mr. Chavez [5]** 8/15 40/10 42/3 140/9 145/13
**Mr. Dan [1]** 6/23
**Mr. Drury [1]** 160/3
**Mr. Geissler [5]** 103/20 104/1 109/6 136/7 169/20
**Mr. Hager [2]** 16/19 29/7
**Mr. Handelman [3]** 54/1 54/7 68/6
**Mr. Handleman [2]** 8/21 53/10
**Mr. Jason Renaud [1]** 40/14
**Mr. Karia [4]** 27/7 158/7 159/17 178/4
**Mr. Mayor [1]** 20/3
**Mr. Parks [8]** 53/10 54/1 54/7 54/17 64/24 68/4 68/6 68/24
**Mr. Renaud [3]** 42/1 42/4 140/19
**Mr. Vannier [10]** 20/5 20/6 27/5 27/10 38/15 159/19 159/21 167/23 169/16 175/25
**Mr. Vannier's [1]** 170/7
**Ms [4]** 54/17 61/12 70/25 149/5
**Ms. [34]** 7/1 20/5 27/18 28/11 36/16 53/10 53/11 53/11 54/1 54/4 54/4 54/4 54/4 54/5 54/7 64/22 68/6 68/9 71/1 72/8 72/11 72/12 75/14 76/9 76/10 78/18 78/20 82/24 86/6 129/22 143/23 145/14 159/19 167/21
**Ms. Aiona [4]** 53/11 54/4 72/12 76/9
**Ms. Albies [1]** 129/22
**Ms. Brayfield [3]** 53/11 54/4 68/9
**Ms. Chambers [3]** 27/18 28/11 36/16
**Ms. Debbie [1]** 7/1
**Ms. Doom [1]** 86/6
**Ms. Freidman [2]** 143/23 145/14
**Ms. Gary-Smith [3]** 54/4 78/20 82/24
**Ms. Hannon [5]** 53/10 54/1 54/7 64/22 68/6
**Ms. Kaye [1]** 75/14
**Ms. Newell [4]** 54/5 71/1 72/8 72/11
**Ms. Reeve [3]** 20/5 159/19 167/21
**Ms. Zingeser [3]** 54/4 76/10 78/18
**much [35]** 27/24 29/14 35/3 35/3 36/13 37/15 38/13 48/14 52/15 68/11 69/19 72/8 75/5 84/14 87/10 87/16 91/17 103/20 113/25 115/12 131/5 132/18 139/4 139/5 140/5 148/1 158/3 158/6 160/9 161/1 163/6 166/3 167/20 167/22
**multiparty [1]** 154/23
**multiple [2]** 120/3 122/11
**multiracial [1]** 84/3
**Multnomah [9]** 76/14 105/19 114/5 114/6 114/14 114/15 114/17 145/8 153/1
**Muslim [1]** 112/1
**must [18]** 8/7 9/4 30/18 69/1 69/14 80/13 81/17 102/16 102/18 130/10 132/21 133/14 134/3 135/2 175/18 176/14 176/15

**M**

must... **[1]** 176/17
**my [94]** 9/1 9/3 9/4 17/3 19/5 19/18 19/25 22/17 24/22 27/2
27/21 28/2 28/18 30/22 31/1 31/3 33/19 33/20 37/1 37/7 38/17
46/7 48/12 48/12 49/20 50/25 52/5 60/20 67/13 67/17 67/22
71/2 72/4 72/7 76/14 77/7 79/2 79/6 79/11 79/14 79/14 80/3
80/3 80/3 80/6 80/9 80/25 82/2 82/2 82/2 82/5 86/8 86/11 86/25
89/25 90/18 91/4 91/10 91/11 91/18 93/17 95/6 102/22 113/23
114/2 114/11 115/24 136/12 150/23 151/7 151/22 151/24
152/24 154/15 154/15 154/21 155/9 156/1 157/17 159/25
162/23 172/9 174/22 176/11 176/17 177/1 178/15 178/21
178/24 179/18 180/18 180/18 181/7 181/24
**myself [6]** 19/23 54/17 79/9 95/7 156/21 175/17

**N**

N.W **[1]** 2/11
**name [11]** 53/15 71/2 76/14 85/4 90/23 114/10 114/11 124/1
154/14 154/15 158/20
**named [1]** 58/11
**namely [1]** 179/8
**names [1]** 45/22
**NAMI [1]** 76/14
**Nancy [1]** 71/2
**Natasha [1]** 14/15
**nation [2]** 108/23 122/22
**national [4]** 108/20 114/12 114/24 145/25
**Native [1]** 84/4
**Native-American [1]** 84/4
**naturally [1]** 62/2
**nature [5]** 51/13 86/3 92/22 123/24 137/18
**NCIC [1]** 136/11
**NE [1]** 3/4
**near [6]** 119/12 119/15 126/10 165/10 166/22 176/5
**nearly [6]** 72/3 74/19 116/13 118/3 121/13 121/16
**necessarily [4]** 50/20 139/3 162/13 163/25
**necessary [7]** 10/15 25/17 42/12 102/5 110/8 128/8 146/24
**necessity [2]** 130/19 131/6
**need [46]** 15/23 25/25 26/9 26/12 30/13 33/11 33/17 34/4 38/7
41/7 41/17 41/23 48/13 49/22 50/24 54/16 58/23 60/17 70/20
77/24 77/25 78/14 80/4 80/8 80/21 96/5 99/1 104/12 110/11
113/14 123/25 124/3 131/3 132/11 134/4 136/21 137/8 138/22
141/1 145/3 147/6 153/8 169/10 169/10 176/11 177/7
**needed [22]** 8/10 25/4 33/21 34/24 35/3 35/4 55/25 73/17 99/14
113/20 118/22 119/8 124/20 126/14 130/8 130/18 131/8 135/25
144/3 167/14 170/10 174/12
**needle [1]** 15/19
**needs [28]** 26/10 26/11 33/22 33/22 34/11 38/13 64/18 70/20
70/21 74/16 75/5 75/8 88/22 99/18 99/21 102/13 113/11 118/5
130/5 133/19 144/12 144/21 145/10 148/6 161/22 163/10
169/12 176/6
**negatively [1]** 40/25
**negotiated [1]** 162/25
**neighborhood [2]** 43/18 155/17
**Neither [3]** 59/6 60/25 63/15
**network [2]** 167/2 167/5
**neutrality [1]** 60/18
**never [11]** 33/12 38/19 39/1 61/5 72/4 74/10 77/25 84/17 85/19
86/2 160/6
**new [29]** 22/4 30/4 30/5 47/20 57/9 57/21 58/10 61/2 72/23 74/1
80/23 82/8 82/11 84/20 86/8 88/25 102/13 107/12 108/1 113/6
117/22 121/6 122/23 124/9 125/12 125/24 157/2 162/4 171/5
**Newell [5]** 54/5 71/1 71/2 72/8 72/11
**Newest [1]** 15/4
**newly [1]** 24/5
**news [1]** 160/20
**next [16]** 18/14 40/2 45/8 45/14 46/8 49/8 51/12 52/4 64/19
75/20 76/7 88/8 93/23 98/21 104/23 182/23
**nice [1]** 119/19
**night [2]** 70/22 90/12
**nine [4]** 13/3 46/3 47/12 113/3
**Nineteenth [2]** 75/21 76/4
**Nineteenth Amendment [1]** 75/21

**N.W** [continued]
**filed [40]** 1/5 17/22 25/23 27/8 29/16 38/25 43/7 43/9 48/3 59/1
59/22 61/21 62/18 85/14 86/9 91/8 94/18 97/22 90/9 102/23
108/7 115/19 116/25 132/24 133/25 134/13 148/21 150/21
150/25 164/6 164/14 166/10 166/11 166/17 169/2 170/10
172/16 179/24 181/10 181/16
**no one [1]** 84/18
**No. [1]** 171/21
**No. 1 [1]** 171/21
**nobody [3]** 56/18 148/22 156/9
**nominal [1]** 81/22
**non [8]** 25/2 60/5 98/19 105/12 110/10 119/24 174/5 180/4
**non-compliance [3]** 25/2 174/5 180/4
**non-ECIT [2]** 110/10 119/24
**non-lethal [1]** 98/19
**non-profit [1]** 105/12
**non-scientific [1]** 60/5
**noncompliance [1]** 7/23
**noncriminal [1]** 106/23
**none [7]** 12/21 23/23 62/16 71/12 89/6 137/9 162/9
**nonprofit [1]** 114/13
**north [1]** 46/5
**Northwest [1]** 72/4
**not [302]**
**notation [1]** 7/22
**note [14]** 7/19 21/17 22/2 22/5 22/11 24/9 27/13 55/8 75/20
91/15 160/10 161/24 166/3 167/6
**noted [7]** 47/6 58/8 65/23 99/25 138/3 160/19 161/9
**notes [3]** 41/10 58/22 66/3
**noteworthy [1]** 111/14
**nothing [8]** 35/10 39/19 85/8 89/1 90/6 156/10 168/24 175/11
**notice [6]** 7/18 8/2 74/11 158/12 166/24 172/2
**noticed [1]** 136/1
**notices [1]** 41/11
**notification [1]** 121/12
**notifies [1]** 121/10
**notify [1]** 41/14
**noting [1]** 64/11
**notion [1]** 44/20
**notions [1]** 109/8
**Notwithstanding [1]** 173/12
**November [5]** 21/10 56/7 56/9 56/24 126/2
**now [99]** 11/6 12/4 13/3 13/12 14/9 15/6 15/13 15/24 20/6 20/18
21/7 21/24 24/5 25/1 27/18 29/18 30/14 30/17 37/2 37/4 37/20
38/10 40/7 40/21 49/4 50/23 51/23 52/2 53/14 58/16 60/23
61/13 62/7 63/15 66/23 71/15 83/12 85/3 91/22 94/3 94/10
95/19 96/16 97/18 98/1 98/6 99/17 99/18 99/22 99/24 100/4
100/13 100/16 100/19 100/23 102/11 106/3 106/16 109/25
111/8 111/25 112/25 113/12 114/18 116/9 119/14 120/16 128/9
128/19 129/6 134/23 152/5 153/2 154/1 154/4 154/7 159/18
161/11 161/13 163/17 163/24 164/3 168/3 168/11 168/20
170/18 171/2 171/5 173/18 175/10 175/19 175/22 176/11
176/17 177/1 177/21 180/4 180/9 180/14
**nuclear [3]** 71/4 71/7 71/24
**number [23]** 7/12 7/13 43/1 46/13 72/20 73/11 74/10 81/4 89/9
90/16 104/10 115/8 120/9 123/21 123/23 123/23 123/24 126/11
139/18 158/25 165/12 174/17 176/4
**numbers [4]** 13/12 63/1 84/5 131/21
**numerous [2]** 74/13 111/19
**nurturing [2]** 55/22 56/2

**O**

**O'Grant [1]** 35/10
**Oakland [1]** 163/14
**objective [1]** 117/8
**objectives [3]** 88/2 103/12 113/21
**obligation [5]** 10/5 10/6 74/17 113/18 116/2
**obligations [4]** 106/1 112/5 112/6 160/8
**observation [2]** 55/19 118/1
**observations [2]** 89/14 155/9
**observe [1]** 98/22
**observed [8]** 96/18 97/7 100/25 108/13 108/15 111/11 121/15
125/23
**obstacles [1]** 10/16

**obviously [5]** 48/13 49/7 125/5 152/22 153/5
**occasions [3]** 76/23 77/3 120/3
**occupancy [1]** 39/14
**occur [1]** 98/1
**occurred [4]** 121/8 124/8 127/10 166/5
**occurrence [1]** 62/4
**occurring [1]** 23/15
**October [9]** 10/25 11/6 15/13 16/23 21/2 109/13 140/18 175/12 176/10
**October 2017 [1]** 109/13
**October 2018 [1]** 10/25
**off [12]** 46/17 46/25 51/16 67/13 106/25 134/22 135/18 144/2 144/6 145/1 145/12 179/3
**offer [3]** 36/24 64/18 168/1
**offered [2]** 27/10 172/15
**office [13]** 2/3 2/6 2/15 2/19 2/22 12/16 14/14 14/16 14/18 14/19 22/7 73/16 154/16
**officer [47]** 7/8 12/10 14/15 14/19 21/15 59/23 64/7 64/17 65/10 65/17 65/20 66/14 66/24 77/6 86/1 86/17 90/11 96/21 98/19 101/10 101/12 101/16 104/19 107/16 107/19 108/5 108/8 109/1 109/6 115/4 115/6 117/13 117/25 122/16 130/13 139/11 144/11 161/11 162/6 162/19 163/5 164/8 164/19 165/17 165/19 165/20 165/23
**officer-involved [6]** 98/19 164/8 165/17 165/19 165/20 165/23
**officers [68]** 21/12 47/3 52/3 58/20 59/21 60/17 64/6 65/20 66/18 66/20 70/21 77/2 77/2 77/15 83/18 83/24 87/14 88/10 88/15 89/1 89/7 92/25 93/2 96/23 97/9 99/3 99/7 102/5 103/19 105/5 106/11 106/13 106/14 107/8 108/9 108/9 109/14 110/6 110/9 116/25 117/10 117/24 118/12 118/9 119/22 119/24 120/7 120/15 121/24 122/10 123/23 132/2 132/5 132/14 136/14 143/1 143/4 143/6 143/15 152/8 158/22 158/24 159/4 161/2 161/15 164/13 164/18 165/24
**officers' [2]** 64/11 70/10
**official [4]** 103/7 175/2 175/4 184/12
**officially [1]** 147/16
**officials [6]** 6/5 6/6 62/16 71/12 73/4 91/8
**often [4]** 43/10 47/23 146/9 161/3
**Ohio [1]** 172/22
**OIR [1]** 63/16
**OIR's [1]** 63/17
**okay [3]** 44/12 141/9 173/3
**old [1]** 161/4
**on-scene [3]** 66/18 102/4 102/5
**on-the-spot [1]** 101/17
**once [10]** 28/4 51/5 51/7 56/18 66/24 68/11 96/2 159/7 171/23 172/3
**one [91]** 12/6 13/7 16/7 16/23 17/2 18/11 19/19 19/25 23/18 25/1 29/15 33/5 33/10 34/19 43/4 46/4 46/4 46/7 56/6 56/7 56/14 57/16 57/22 58/14 59/10 59/14 60/24 61/5 63/25 65/3 67/10 68/13 69/5 70/7 70/19 71/4 71/10 75/23 76/19 77/3 80/15 84/18 87/17 88/20 90/15 90/15 91/2 91/16 92/12 96/4 96/6 98/3 100/10 109/1 109/22 111/5 113/17 114/1 118/18 130/13 132/18 132/20 135/23 138/3 138/13 138/24 138/24 139/12 139/17 139/17 139/23 140/3 140/18 142/8 143/22 151/10 155/9 156/5 158/12 158/22 166/23 169/21 172/7 173/7 173/7 176/9 176/10 177/10 177/21 180/6 183/2
**one-fifth [1]** 109/22
**ones [8]** 17/17 35/9 35/12 41/20 44/9 140/18 173/3 173/3
**oneself [1]** 42/12
**ongoing [7]** 26/15 26/22 27/12 32/7 67/3 172/16 173/2
**online [2]** 138/25 143/14
**only [48]** 7/22 10/14 14/5 19/9 20/24 21/17 22/14 22/23 23/1 23/24 29/15 30/13 35/21 39/24 56/7 56/25 59/3 59/4 59/10 59/18 60/7 60/24 60/24 62/17 62/24 66/11 66/22 76/3 76/20 80/15 92/10 97/7 118/14 118/21 124/21 132/9 134/4 134/5 136/13 158/1 165/4 170/14 172/24 173/10 174/1 174/25 176/15 181/24
**oOo [1]** 184/4
**open [12]** 5/4 11/24 31/10 53/21 66/4 87/5 95/1 138/19 150/2 150/9 151/16 170/2
**opened [2]** 148/8 151/3

**opening [5]** 68/11 149/2 149/18 150/17 150/21
**openness [1]** 147/12
**operate [1]** 71/24
**operated [6]** 79/9 141/11 141/12 141/17 141/24 142/21
**operating [6]** 71/8 71/10 71/11 100/8 126/9 168/4
**operations [2]** 65/10 71/13
**opine [3]** 150/23 173/17 173/18
**opinion [7]** 12/5 22/25 128/6 130/22 135/9 144/4 172/14
**opinions [1]** 172/14
**opportunities [4]** 12/5 14/2 119/4 144/20
**opportunity [16]** 24/23 28/14 37/4 37/7 42/6 73/12 73/24 76/13 80/10 83/5 86/9 87/3 91/22 93/16 95/14 141/3
**oppose [3]** 27/3 45/10 88/19
**opposed [5]** 49/4 88/11 88/12 132/6 137/20
**optimism [4]** 82/25 87/12 93/9 178/22
**optional [1]** 130/18
**oral [4]** 99/11 135/24 183/15 183/16
**orally [1]** 37/5
**order [9]** 39/11 47/16 48/23 75/5 90/19 102/12 134/1 143/4 155/3
**orderly [1]** 74/24
**orders [1]** 102/7
**OREGON [10]** 1/2 1/8 79/2 86/16 105/1 114/25 145/17 147/3 147/16 149/11
**Oregonian [1]** 77/11
**Oregonian's [1]** 57/15
**organization [8]** 8/21 92/21 96/13 110/22 141/18 153/2 163/5 166/2
**organizational [2]** 73/19 165/8
**organizations [5]** 46/13 105/13 115/22 157/20 167/15
**organize [1]** 36/3
**organized [2]** 79/12 80/12
**organizer [11]** 36/2 39/4 56/22 74/19 74/20 80/4 127/8 130/17 131/3 131/5 131/12
**organizing [3]** 72/23 130/17 157/20
**orientation [3]** 24/6 113/6 155/7
**original [14]** 12/24 20/17 20/20 21/17 24/4 24/24 31/4 57/16 98/3 120/24 168/11 178/16 180/1 184/8
**originally [2]** 126/7 175/19
**ostensibly [1]** 60/2
**other [67]** 6/6 9/2 13/8 14/19 14/25 18/3 22/25 27/10 29/16 32/20 34/25 35/13 36/17 41/18 47/3 48/12 56/7 56/11 57/11 58/6 63/4 65/16 68/14 69/11 70/15 79/18 85/4 85/20 91/2 91/7 96/4 98/5 103/11 105/25 108/22 111/19 114/21 117/24 120/21 122/25 123/9 124/2 126/4 126/25 127/14 130/7 135/14 139/2 139/21 144/11 151/24 156/20 157/9 160/9 160/13 160/15 161/23 164/22 165/2 165/3 167/18 170/16 174/13 174/17 174/18 180/6 180/6
**others [16]** 15/10 31/20 39/9 56/8 57/4 88/3 108/2 122/25 131/20 146/8 151/13 165/23 173/5 173/14 173/17 178/4
**otherwise [3]** 23/3 77/25 155/8
**our [142]** 6/5 17/24 19/3 28/18 33/9 36/12 39/21 39/23 40/17 41/11 42/6 43/4 44/6 44/9 45/17 46/7 46/16 46/21 46/22 47/4 47/6 47/10 47/13 47/20 47/21 47/25 48/10 48/11 48/24 48/24 48/25 49/8 49/21 50/9 50/11 50/16 50/17 50/19 50/22 50/23 51/24 52/7 53/9 53/18 54/10 55/4 55/11 55/19 61/13 61/14 65/3 65/18 70/20 70/21 71/13 72/22 75/10 76/7 76/24 78/8 79/15 79/16 82/8 82/11 83/13 84/11 86/18 87/7 92/22 93/6 93/23 95/12 95/16 96/8 97/25 98/3 98/6 98/7 98/12 100/1 100/11 101/20 102/2 106/5 107/13 107/14 109/23 110/13 114/18 115/24 116/17 117/6 117/18 118/14 121/11 122/3 123/13 124/12 124/22 125/15 125/17 125/21 126/4 126/15 126/18 127/10 127/13 128/6 133/24 134/1 134/7 134/8 135/3 135/11 135/11 139/13 140/4 140/11 140/17 140/25 141/7 141/10 145/12 145/23 147/8 148/4 148/24 148/24 151/24 152/5 152/7 153/9 153/12 153/15 160/19 163/22 168/16 172/12 173/6 180/1 182/23 183/15
**ourselves [1]** 44/14
**out [64]** 11/9 12/21 12/23 12/24 14/4 21/19 23/6 23/21 26/13 28/19 29/18 30/20 32/18 36/3 41/13 41/13 41/14 42/12 44/16 46/21 47/7 47/14 48/2 48/16 48/24 49/1 50/10 50/22 50/23 55/6 57/19 58/10 60/22 62/5 63/17 69/9 70/8 71/5 71/13 81/6 86/19 87/2 90/3 90/6 96/4 100/11 106/5 112/4 120/6 130/24 131/3

**O**

**out... [13]** 131/14 138/19 148/16 152/23 153/12 153/20 155/3 156/14 156/25 165/13 167/4 167/4 171/2
**outcome [6]** 34/2 89/2 97/19 98/14 99/10 101/20
**outcomes [10]** 63/1 70/18 83/16 85/5 96/19 97/17 106/17 110/11 163/10 163/24
**outlast [1]** 110/20
**Outlaw [13]** 14/14 47/3 54/5 87/21 91/14 91/15 93/21 100/22 127/21 160/18 163/3 165/4 166/7
**outlets [1]** 74/14
**outliers [3]** 100/17 100/20 122/4
**outlined [1]** 55/21
**outrageous [1]** 64/20
**outreach [17]** 58/3 58/6 59/25 60/11 60/16 60/19 63/6 111/12 111/22 111/25 125/10 125/13 127/16 128/17 129/6 146/22 157/13
**outset [1]** 9/11
**outside [6]** 6/19 23/12 23/17 50/4 123/25 156/24
**outstanding [3]** 47/8 50/18 138/16
**outward [1]** 66/23
**over [48]** 27/21 28/9 29/19 39/20 42/11 43/3 44/4 44/16 45/8 47/13 55/9 60/13 60/14 61/19 62/2 63/1 81/7 85/7 89/4 91/25 92/2 92/13 92/23 93/14 106/18 109/13 109/14 109/21 113/2 114/5 114/14 116/19 119/14 119/25 123/14 134/24 139/21 140/2 143/22 146/12 152/21 155/15 160/19 160/21 164/5 164/5 165/3 168/5
**over-institutionalization [1]** 160/21
**over-policing [2]** 55/9 85/7
**overall [15]** 7/6 64/15 93/24 95/18 106/6 110/5 116/18 120/19 126/15 129/21 140/8 140/14 151/8 171/3 176/12
**overarching [1]** 60/8
**overbearing [1]** 33/22
**overboard [1]** 56/3
**overcome [1]** 10/16
**overlooked [1]** 9/4
**overnight [3]** 37/17 135/15 135/16
**oversight [22]** 9/22 10/2 15/23 29/2 35/2 58/16 61/14 69/3 88/13 122/19 122/21 124/11 142/23 142/25 143/19 146/21 156/17 173/2 173/6 173/10 173/10 173/16
**overwhelmed [1]** 156/8
**overwhelming [1]** 156/2
**own [15]** 14/6 15/20 50/9 50/11 56/4 67/17 99/17 101/16 137/8 157/9 163/18 163/19 167/2 167/8 167/13
**owned [1]** 141/17
**owners [1]** 72/4
**Oxford [1]** 141/20

**P**

**pace [1]** 81/11
**Pacific [1]** 84/2
**page [3]** 17/4 57/11 138/2
**paid [3]** 71/15 88/24 92/3
**pain [1]** 134/10
**paint [1]** 41/4
**pair [1]** 104/18
**palette [2]** 41/6 135/18
**palpable [1]** 97/18
**paper [1]** 44/2
**paradigm [2]** 77/6 77/7
**paragraph [39]** 10/10 20/17 20/18 24/16 55/22 57/1 57/2 57/19 58/2 58/17 60/21 62/24 64/10 65/5 65/22 65/24 66/20 98/12 100/12 100/15 100/22 104/18 118/17 118/19 118/22 120/13 122/1 123/6 127/4 127/18 128/5 128/24 129/2 129/8 129/14 138/3 138/18 168/10 168/11
**paragraphs [12]** 55/6 61/17 66/8 104/3 106/3 111/4 112/4 116/13 118/13 118/15 143/25 144/4
**parent [1]** 142/4
**parking [1]** 141/12
**Parks [10]** 6/24 53/10 54/1 54/7 54/17 64/24 65/1 68/4 68/6 68/24
**parlance [1]** 104/7
**paroled [1]** 43/7

**part [24]** 26/3 26/6 28/17 40/20 42/12 53/1 60/20 70/16 80/13 90/18 93/5 96/10 104/24 106/24 111/25 124/5 157/24 169/7 170/14 170/21 173/25 174/1 174/2 180/5
**partial [3]** 7/22 7/23 89/16
**participate [5]** 12/2 14/23 42/7 53/8 74/3
**participated [3]** 14/21 47/3 73/3
**participates [1]** 102/20
**participating [1]** 78/5
**participation [8]** 11/25 29/13 40/17 41/8 72/18 73/11 73/20 113/9
**particular [17]** 13/25 32/8 32/9 36/1 39/11 54/12 67/16 67/17 69/17 90/15 90/16 95/15 108/22 112/14 112/15 158/10 163/20
**particularly [14]** 32/19 41/8 60/7 67/20 77/14 77/18 113/8 141/6 141/10 144/1 152/18 156/3 157/7 182/12
**parties [25]** 6/3 6/7 9/2 10/8 11/6 16/1 20/25 21/1 21/6 25/24 26/8 26/20 27/12 67/7 93/25 96/6 159/1 168/5 168/14 169/7 169/10 171/5 171/25 174/14 183/16
**parties' [4]** 21/7 159/14 168/1 169/6
**partners [11]** 48/19 93/9 93/11 104/7 104/9 104/25 105/12 105/24 110/18 130/7 134/15
**partnership [3]** 114/16 114/17 114/19
**parts [1]** 47/17
**partway [1]** 156/15
**party [1]** 182/25
**pass [2]** 27/20 64/13
**passed [2]** 13/9 71/11
**passionate [1]** 19/8
**passionately [1]** 83/13
**password [1]** 81/3
**Passwords [1]** 80/21
**past [14]** 67/15 96/18 98/11 99/5 116/20 119/25 121/14 123/12 123/14 129/10 134/3 134/7 134/8 134/8
**path [2]** 10/20 115/20
**patrol [4]** 100/23 105/5 110/9 164/19
**pattern [4]** 61/21 116/7 158/12 158/16
**pay [1]** 80/7
**paying [1]** 71/15
**Payne [1]** 114/11
**pccep [251]**
**PCCEP's [13]** 11/9 12/9 14/17 16/14 16/25 49/5 57/6 57/22 69/7 72/21 112/14 112/15 113/18
**PCCEP-related [1]** 57/11
**PCW [2]** 55/14 59/3
**peace [1]** 71/13
**peace-bank [1]** 71/13
**pedal [2]** 33/20 36/6
**pedestrian [1]** 62/17
**pedestrians [1]** 62/21
**peer [4]** 105/14 118/24 144/13 146/10
**peers [1]** 100/18
**pending [5]** 6/10 7/3 10/22 179/10 183/11
**Pennsylvania [1]** 2/11
**people [110]** 15/11 19/20 22/21 23/3 29/24 36/3 39/4 39/22 41/15 42/20 42/23 42/24 42/25 43/1 43/6 43/10 44/1 44/1 44/2 44/4 44/6 44/8 44/9 45/3 45/5 46/9 46/13 48/11 49/20 50/4 52/14 54/14 56/10 60/9 60/10 60/15 60/15 62/13 62/18 63/18 65/16 67/16 67/21 71/16 72/2 73/14 76/18 76/25 77/10 77/13 79/4 84/3 85/11 85/11 85/24 86/2 86/17 87/2 87/3 87/3 87/17 88/24 104/21 104/22 105/14 105/12 110/8 126/5 126/11 132/25 133/4 133/9 133/12 144/25 145/4 145/22 146/4 147/23 148/6 148/7 148/12 148/15 149/3 150/15 152/16 152/17 152/22 152/23 153/12 154/25 155/25 156/6 156/13 157/15 157/16 157/22 160/10 160/21 161/8 161/21 162/12 162/18 163/11 163/21 163/25 165/16 171/16 173/8 175/4 175/14
**pepper [1]** 64/14
**per [2]** 62/18 63/21
**perceive [1]** 137/19
**perceived [10]** 16/12 32/10 32/14 35/20 85/12 106/24 109/15 131/18 133/5 135/13
**percent [39]** 35/13 50/1 59/2 59/4 59/17 59/18 59/19 61/19 61/20 62/11 62/13 62/14 62/15 62/20 62/22 63/19 63/19 65/25 83/22 84/1 84/2 84/3 84/3 84/25 85/2 85/21 97/24 109/16 109/22 113/2 121/14 132/6 132/7 132/9 133/12 164/5 164/12

**percent... [2]** 164/14 164/15
**percentage [3]** 132/5 164/22 164/25
**perception [2]** 110/3 133/7
**perfect [1]** 155/16
**perform [2]** 16/4 157/10
**performance [16]** 13/25 16/25 17/12 31/5 31/6 77/15 100/3 105/2 116/5 119/10 121/8 126/17 167/8 167/13 171/5 179/8
**performed [1]** 14/8
**performing [3]** 11/8 100/4 121/23
**perhaps [11]** 25/4 30/15 54/15 64/14 64/18 123/5 136/16 137/13 140/25 167/12 179/9
**period [21]** 39/14 69/21 81/7 96/6 96/18 97/18 98/12 98/18 98/24 101/6 101/22 109/13 109/21 134/19 160/19 166/17 176/16 178/19 179/9 179/14 180/13
**periodic [3]** 6/1 7/18 8/2
**permanent [3]** 22/4 22/13 39/13
**permission [2]** 17/23 142/4
**perpetual [1]** 9/25
**persistence [1]** 43/22
**persistent [1]** 42/22
**person [21]** 35/7 52/1 54/12 56/8 64/15 66/13 67/8 73/14 81/16 135/8 135/9 135/9 141/13 141/21 141/24 142/1 142/3 142/5 142/10 142/18 157/13
**person's [1]** 153/6
**personal [6]** 9/14 12/19 12/20 23/22 50/4 67/14
**personality [1]** 43/2
**personally [2]** 52/1 92/25
**personnel [4]** 12/10 73/15 117/6 141/14
**persons [20]** 32/9 32/10 32/19 32/20 41/8 42/13 44/21 55/9 106/23 112/21 114/3 120/17 131/20 140/24 141/6 143/17 144/14 152/14 152/21 152/22
**perspective [5]** 19/18 19/25 126/18 149/21 149/25
**perspectives [4]** 20/4 73/1 92/11 158/4
**persuasive [1]** 89/18
**pertaining [1]** 20/23
**pertinent [1]** 61/10
**Peter [2]** 6/24 65/1
**phase [3]** 39/12 39/13 44/5
**Phillip [1]** 15/9
**philosophy [1]** 160/22
**phones [1]** 144/23
**phonetic [1]** 80/6
**photographic [1]** 89/17
**photographs [1]** 89/16
**phrased [1]** 172/23
**physical [2]** 99/7 109/19
**physically [1]** 164/20
**physicians [1]** 28/18
**picked [2]** 158/13 158/16
**picture [5]** 37/16 41/4 41/6 67/10 120/18
**pictures [1]** 65/13
**piece [6]** 69/7 110/13 173/22 174/3 176/19 180/7
**pieces [2]** 29/7 180/6
**pilot [4]** 88/9 88/12 88/19 162/4
**piloted [1]** 141/9
**place [17]** 24/25 32/4 39/9 61/7 70/3 79/3 79/4 79/13 84/7 116/6 130/23 134/25 135/1 136/18 150/23 163/17 163/24
**placed [2]** 39/3 39/20
**places [4]** 70/15 120/21 144/22 155/15
**plague [1]** 33/3
**plaintiff [7]** 1/5 2/2 2/5 2/9 5/8 6/9 7/17
**plan [28]** 10/23 43/15 58/4 58/5 60/6 84/15 84/19 99/15 99/16 99/17 101/8 105/2 109/8 113/1 113/10 113/21 125/13 127/6 127/7 127/20 127/23 127/24 128/3 128/14 166/4 171/23 179/23 181/14
**plane [1]** 134/22
**plans [2]** 96/22 102/13
**plant [2]** 71/7 71/24
**plants [1]** 71/4
**platform [1]** 48/2
**play [5]** 26/15 64/18 90/9 146/9 155/6

**playing [3]** 89/10 118/23 142/11
**plea [1]** 97/25
**please [12]** 5/9 9/3 16/17 45/20 49/3 52/13 52/23 53/2 53/22 95/5 114/10 154/14
**pleased [3]** 95/13 122/8 123/19
**plugging [1]** 56/11
**plus [2]** 106/13 170/22
**PO [1]** 3/15
**podium [2]** 18/22 54/8
**point [26]** 22/18 23/4 23/6 23/8 24/23 25/25 26/1 26/23 27/25 36/1 38/21 48/4 49/3 58/10 61/18 70/8 77/3 78/22 90/14 95/24 131/2 133/14 155/22 160/3 165/13 168/5
**pointed [2]** 96/3 100/11
**pointing [1]** 66/13
**points [4]** 28/1 55/4 95/15 135/23
**police [142]** 3/2 3/6 3/10 5/18 6/13 6/14 7/11 8/7 10/1 10/19 15/1 15/12 18/10 19/10 19/23 26/15 27/7 31/14 32/6 32/17 32/23 43/23 44/9 46/8 51/12 52/2 55/10 58/18 60/2 60/4 60/7 60/12 61/20 62/17 63/16 65/18 67/20 67/23 68/1 70/10 72/17 73/16 74/5 74/14 76/17 77/12 77/15 78/12 79/21 82/5 82/9 83/11 83/13 83/18 83/20 83/24 84/2 84/16 84/23 85/18 86/1 86/17 86/25 87/1 87/14 88/9 88/14 88/15 88/17 89/7 90/7 90/8 90/11 92/24 101/7 103/18 104/21 105/17 105/21 106/9 111/21 115/7 115/20 115/21 116/18 122/19 125/11 126/1 126/19 126/23 127/13 128/23 128/24 133/2 133/8 133/9 133/11 134/25 135/25 136/12 136/14 136/19 136/20 136/24 138/15 140/20 140/23 141/15 142/9 142/25 143/4 143/19 145/1 145/23 146/14 146/18 146/22 146/24 147/4 147/4 147/22 148/13 150/5 151/9 152/4 152/25 157/7 158/8 159/3 161/2 161/5 161/14 162/10 162/18 163/3 163/7 164/12 167/7 167/8 171/11 171/23
**police-community [6]** 15/1 125/11 126/1 126/19 146/24 152/4
**police-related [1]** 74/14
**policies [6]** 55/17 96/17 98/3 111/15 117/22 163/9
**policing [21]** 6/11 6/17 7/10 7/25 9/18 9/22 19/7 46/19 54/25 55/9 61/22 85/7 85/13 111/10 112/10 122/8 125/4 128/17 152/11 153/4 153/15
**policy [35]** 25/23 31/13 57/23 57/24 61/5 65/24 70/3 72/18 88/14 88/15 96/10 96/11 96/15 96/24 97/10 97/19 97/20 98/10 99/12 102/3 103/15 106/8 106/21 106/22 107/2 107/15 109/10 112/19 116/15 117/6 122/24 152/19 154/16 154/23
**political [1]** 9/14
**pollination [1]** 14/24
**pool [8]** 2/22 13/1 14/4 24/7 113/5 126/12 126/13
**population [1]** 62/13
**portfolio [1]** 35/14
**portion [8]** 25/3 173/22 174/9 174/20 176/7 177/25 180/4 180/5
**portions [1]** 170/17
**PORTLAND [129]** 1/3 1/7 1/8 2/4 2/8 2/14 2/16 2/17 2/18 2/20 2/21 2/23 2/24 3/2 3/4 3/8 3/12 3/15 3/24 5/7 5/18 5/21 5/24 6/3 6/10 6/13 6/16 6/23 7/10 7/10 7/24 8/20 9/21 10/1 11/21 12/12 15/9 19/6 23/22 26/16 27/6 32/6 32/23 40/1 42/21 43/2 44/4 46/5 54/21 54/22 54/24 55/24 57/14 60/13 61/23 62/5 63/16 64/1 65/1 66/2 66/12 66/17 66/21 66/22 67/9 67/12 67/13 67/20 67/24 68/7 70/20 71/3 72/16 75/18 76/17 76/17 78/12 79/2 79/21 80/18 83/8 83/24 84/2 85/14 85/18 86/12 88/7 88/9 88/14 91/6 91/17 95/19 111/9 114/25 115/7 118/13 120/23 122/21 125/4 126/23 126/25 133/2 137/7 133/9 133/11 134/20 134/21 135/20 138/11 138/15 143/4 146/14 146/18 146/22 146/23 147/4 147/10 147/22 151/9 158/8 161/5 161/14 162/10 162/18 163/7 164/12 167/7 167/8 171/11
**Portland's [4]** 8/1 8/2 68/1 111/23
**Portlanders [3]** 19/9 56/23 108/5
**portrait [1]** 135/19
**pose [1]** 107/8
**posed [1]** 16/24
**position [14]** 39/18 56/22 57/1 74/18 86/8 130/18 142/10 149/10 150/5 150/18 150/20 161/3 168/16 170/7
**positions [1]** 141/5
**positive [6]** 16/15 83/15 89/11 110/10 120/8 179/8
**positively [1]** 40/25
**possibilities [1]** 77/9
**possibility [1]** 16/8

**possible [7]** 18/19 31/13 55/20 130/14 138/15 162/13 181/25
**possibly [4]** 79/13 81/18 177/11 177/11
**post [1]** 167/4
**posted [2]** 22/12 57/6
**postmortem [2]** 137/4 137/15
**potential [10]** 37/15 38/11 52/19 122/9 122/15 128/24 130/20 131/4 175/9 175/16
**potentially [1]** 121/4
**poured [1]** 11/15
**power [2]** 110/1 112/14
**powerless [1]** 44/3
**powers [1]** 57/22
**PPA [7]** 10/17 27/9 27/13 28/23 134/16 149/7 174/15
**PPB [74]** 32/1 57/23 58/1 62/1 64/15 64/19 69/4 76/23 92/6 92/16 92/18 96/9 96/23 96/25 97/3 97/11 97/14 97/20 97/23 98/1 98/10 98/14 98/15 98/16 98/22 98/24 98/25 99/4 99/13 99/14 99/17 99/21 100/1 100/8 100/12 100/13 100/16 100/24 100/25 101/4 101/7 101/10 102/4 102/6 102/11 102/15 104/5 104/9 105/10 106/8 107/3 108/9 108/20 108/24 109/1 109/5 109/7 109/13 110/14 110/16 139/19 143/5 143/12 143/15 152/5 160/4 161/11 162/6 162/17 163/8 163/12 166/11 167/13 167/17
**PPB' [1]** 14/14
**PPB's [20]** 14/15 55/9 58/6 97/19 99/16 100/2 101/23 105/5 106/22 108/13 109/11 110/4 110/6 110/7 110/9 111/14 113/10 113/11 166/4 166/25
**PPM [1]** 163/17
**PR [1]** 82/3
**practice [8]** 16/5 61/21 106/16 107/14 109/11 116/7 119/4 157/23
**practiced [1]** 98/17
**praises [1]** 66/9
**preceding [1]** 98/11
**precinct [13]** 74/9 74/11 74/15 113/14 117/13 128/16 128/20 129/15 133/23 166/16 166/20 166/21 167/2
**precinct-level [1]** 128/20
**precincts [3]** 60/25 63/6 100/23
**precisely [2]** 24/25 25/15
**preclude [1]** 150/11
**predecessors [1]** 25/1
**predict [2]** 63/12 122/12
**predominantly [1]** 85/19
**prefer [2]** 182/17 183/8
**preference [3]** 94/2 94/7 181/24
**preliminarily [1]** 27/22
**preliminary [1]** 9/7
**preparation [1]** 9/6
**prepared [5]** 48/1 91/21 159/25 166/10 166/12
**preponderance [2]** 101/22 124/24
**presence [1]** 82/4
**present [10]** 33/3 61/1 61/6 70/2 73/16 74/8 129/3 133/23 142/19 152/9
**presentation [13]** 6/12 9/8 40/8 93/23 94/3 94/6 94/9 95/2 109/3 113/23 129/19 133/25 149/17
**presentations [3]** 74/12 129/15 183/15
**presented [13]** 16/1 21/15 47/4 52/13 60/25 70/11 73/23 90/5 127/22 129/16 170/21 174/22 174/24
**presenting [3]** 40/13 119/2 129/24
**presently [1]** 131/3
**preserves [1]** 16/8
**president [2]** 8/17 75/14
**pressure [1]** 134/10
**presumed [1]** 142/19
**pretend [1]** 88/13
**pretty [3]** 70/1 72/10 89/18
**prevent [1]** 116/6
**previewed [1]** 104/1
**previous [2]** 120/5 171/14
**previously [8]** 10/11 59/20 99/13 102/20 104/5 107/11 119/20 163/23
**price [1]** 122/23
**primary [1]** 161/9

**principal [1]** 98/3
**principles [1]** 9/4
**prior [5]** 22/6 42/9 143/20 143/24 163/23
**priority [2]** 74/4 139/21
**privately [1]** 80/19
**privilege [1]** 86/10
**Privileges [1]** 146/1
**proactive [1]** 110/7
**proactively [1]** 104/12
**probably [4]** 42/24 150/15 179/1 180/17
**problem [9]** 44/13 45/4 117/10 124/14 129/10 137/1 137/18 142/19 174/8
**problematic [7]** 29/22 29/24 121/4 121/19 122/9 122/15 182/13
**problems [5]** 29/22 80/17 90/16 153/6 174/12
**procedural [6]** 9/7 56/16 99/19 109/8 119/5 172/11
**procedurally [3]** 118/13 119/1 171/21
**procedures [2]** 70/3 100/9
**proceed [3]** 6/8 54/19 95/3
**proceeding [1]** 11/5
**proceedings [8]** 1/13 26/9 26/21 53/21 75/3 95/1 151/16 184/7
**process [42]** 10/9 10/11 20/19 24/5 24/10 24/15 24/17 26/4 26/15 28/21 35/8 41/23 42/7 45/17 46/16 46/21 47/18 53/1 71/21 80/13 81/13 86/24 87/6 111/15 117/22 124/4 122/17 124/4 125/24 126/13 142/20 142/23 168/12 170/2 170/12 171/9 171/14 171/15 175/14 175/18 176/3 178/23
**processes [2]** 20/16
**produce [1]** 36/12
**produced [1]** 140/22
**producing [1]** 123/4
**production [1]** 137/11
**productive [1]** 139/3
**productivity [1]** 130/23
**products [1]** 57/19
**professional [5]** 60/18 104/19 109/3 128/6 146/8
**professionals [2]** 81/4 108/25
**proficiency [2]** 99/8 99/11
**profiling [2]** 84/15 84/19
**profit [1]** 105/12
**program [21]** 22/4 22/6 22/8 22/9 22/10 22/13 22/14 33/24 47/23 49/25 78/10 86/15 88/9 111/25 118/8 118/20 120/23 141/8 145/4 153/25 181/5
**programs [11]** 55/17 55/17 60/2 63/7 70/16 110/20 127/16 128/17 146/6 146/11 162/8
**progress [36]** 13/10 26/22 31/25 32/22 34/23 37/14 49/21 52/23 55/11 55/15 62/1 68/2 68/17 72/23 75/4 75/24 75/25 75/25 92/19 95/23 100/2 101/5 111/9 122/17 123/11 124/19 127/7 130/2 131/25 132/16 136/4 161/10 167/18 170/23 171/3 176/6
**progressed [1]** 27/25
**progressive [1]** 134/9
**prohibition [2]** 150/21 151/1
**project [15]** 74/18 88/12 88/20 104/20 124/9 127/8 127/8 127/9 131/12 153/1 154/17 155/6 162/4 162/4 176/5
**prolonged [1]** 93/14
**promise [7]** 34/23 36/12 38/11 52/19 175/8 175/15 178/12
**promises [1]** 56/21
**promising [1]** 101/20
**promote [3]** 125/10 146/23 146/25
**promoted [1]** 73/8
**promotion [1]** 143/13
**prompt [1]** 121/6
**prompting [1]** 100/3
**properly [4]** 59/15 65/4 65/21 153/16
**property [4]** 141/11 141/16 141/19 141/21
**proposal [4]** 88/8 180/4 180/5 180/7
**proposed [12]** 8/4 13/8 13/22 36/22 65/19 124/9 174/16 174/19 175/21 176/18 178/1 181/17
**pros [1]** 87/24
**prosecution [1]** 89/7
**protect [1]** 87/4
**protected [1]** 79/15
**protesters [1]** 64/19
**protocol [1]** 110/18
**protocols [1]** 123/16

**P**

proud [4] 51/14 51/15 83/9 92/18
prove [1] 25/17
provide [25] 22/18 23/5 23/17 33/23 42/2 60/13 69/14 75/7 92/10 93/7 102/5 105/22 113/11 113/19 127/23 142/23 144/6 144/15 144/20 146/21 159/2 159/13 160/24 169/4 178/5
provided [14] 24/16 30/24 33/11 97/15 101/17 116/21 116/22 120/4 125/17 136/15 137/3 150/2 166/14 168/10
providers [2] 105/13 144/17
provides [2] 95/12 161/7
providing [12] 12/10 22/10 46/17 47/10 98/15 98/18 103/18 119/12 120/2 160/5 161/23 178/8
provisions [9] 54/23 73/5 95/6 95/20 95/21 101/25 104/5 105/25 106/4
proximity [1] 144/10
psychiatric [1] 146/6
psychotic [1] 76/25
public [90] 3/3 6/4 6/17 6/21 6/24 7/2 7/2 7/4 9/12 10/14 11/18 11/24 11/24 11/25 12/2 12/12 13/18 15/8 16/16 21/13 25/25 26/9 26/12 31/10 31/12 41/14 42/9 45/16 47/20 47/22 53/8 61/5 61/8 66/4 68/12 71/11 71/12 71/17 71/20 72/3 72/17 73/4 73/6 73/9 73/11 73/23 74/8 74/15 75/1 79/9 90/3 90/5 90/8 90/9 90/10 102/4 107/10 110/3 111/15 112/22 113/9 113/12 115/22 127/3 128/23 146/25 147/3 147/5 147/11 147/16 147/24 148/3 148/9 148/19 149/9 149/11 150/1 155/17 155/22 156/8 156/10 157/2 158/19 159/2 160/5 161/7 162/19 172/15 183/14 183/16
public's [2] 9/17 133/7
public-interested [1] 6/24
publicly [4] 58/11 91/23 97/15 143/14
published [1] 61/3
pulled [2] 26/13 62/2
pulse [1] 83/19
purely [1] 142/17
purposes [1] 143/7
pursuant [1] 10/9
pursue [1] 81/14
purview [1] 67/5
push [3] 36/7 153/10 167/4
pushed [1] 166/24
put [22] 10/8 12/8 18/7 19/24 20/1 32/4 33/19 36/6 39/8 41/14 47/15 60/22 62/4 63/9 70/3 81/23 91/1 91/25 155/3 161/2 167/3 176/10
putting [1] 37/1

**Q**

qualifications [1] 99/6
qualified [3] 24/7 24/8 104/19
qualitative [14] 8/8 14/11 17/6 18/3 18/6 18/12 32/3 36/2 36/23 37/11 41/20 41/21 134/13 140/18
qualitatively [1] 108/19
quality [9] 55/17 59/24 60/3 105/15 106/17 110/14 118/5 120/14 135/12
quantitative [12] 8/8 11/16 14/12 17/5 17/14 29/7 31/9 32/2 36/23 37/18 41/19 134/13
quantitatively [1] 109/11
quantity [2] 55/16 60/1
quarter [7] 59/1 94/5 97/19 97/21 118/17 125/15 139/13
quarterly [6] 21/15 31/17 63/9 125/17 132/3 137/24
question [27] 16/21 17/3 34/7 34/20 37/1 38/17 38/24 40/19 59/24 67/7 68/25 87/13 88/7 90/23 93/22 114/1 114/1 131/15 132/18 140/1 151/5 170/13 176/17 179/19 180/18 180/18 183/2
questioned [1] 141/4
questions [13] 16/23 34/16 65/20 68/25 73/15 73/17 79/20 81/2 95/16 102/22 113/24 176/10 179/10
queued [1] 44/6
quickly [4] 30/19 127/12 130/14 164/24
quit [2] 56/6 56/9
quite [5] 11/7 11/7 11/8 38/14 77/20
quiz [1] 99/11
quizzed [1] 97/10
quorum [3] 31/22 66/6 149/20
quote [3] 64/7 145/25 146/16

**R**

race [8] 43/17 50/22 61/14 61/16 61/17 63/4 112/20 128/25
racial [8] 84/15 84/19 85/1 85/13 160/14 167/18
racism [1] 51/12
radiation [1] 71/25
raise [1] 19/22
raised [6] 13/18 14/10 23/7 23/11 120/12 165/12
ramifications [1] 135/14
ran [1] 137/7
rapidly [1] 173/21
rare [1] 62/4
rates [2] 121/11 121/20
rather [10] 26/14 32/15 44/1 65/15 98/16 100/13 105/9 115/23 155/25 162/6
rating [2] 58/7 58/9
RDR [2] 3/23 184/12
reach [3] 30/2 102/12 104/12
reached [3] 67/8 118/16 158/24
reaching [3] 74/21 158/23 159/13
reactor [1] 71/5
read [15] 7/13 7/15 7/17 8/1 8/5 8/13 9/5 44/2 55/2 55/8 75/15 83/21 136/1 138/2 145/25
reading [3] 28/2 77/11 158/15
ready [7] 9/8 28/12 34/14 39/9 39/16 95/3 178/16
real [2] 11/15 82/4
realistic [3] 51/13 93/1 165/22
reality [2] 79/10 110/6
really [34] 29/17 33/12 35/11 47/1 47/7 52/7 54/16 64/8 67/11 68/19 75/16 88/12 88/12 130/5 132/19 133/13 135/16 135/17 135/20 147/24 148/11 153/10 154/20 154/25 156/2 156/22 157/4 157/5 157/23 171/8 171/8 175/13 177/2 178/6
realtime [1] 137/21
reason [6] 18/5 26/23 35/6 114/23 147/1 178/21
reasonable [26] 10/12 11/11 13/23 16/3 20/20 45/7 67/8 124/13 127/20 162/16 167/16 170/17 172/13 173/9 173/15 173/21 174/23 175/6 176/16 176/19 179/4 179/5 179/25 180/3 180/8
reasonableness [1] 117/8
reasonably [3] 102/16 109/18 123/21
reasons [15] 12/19 12/21 16/1 23/22 26/25 46/6 50/4 56/6 61/6 88/20 110/23 123/18 147/17 169/13 179/13
reassure [1] 69/22
recall [6] 87/17 89/8 89/9 89/11 98/4 99/23
receipt [1] 123/8
receive [5] 106/14 117/10 119/10 121/24 161/16
received [24] 7/12 7/15 7/17 8/1 8/5 8/13 8/16 8/20 8/23 9/1 17/3 17/22 22/3 58/8 74/11 75/13 77/12 108/20 109/3 114/24 116/12 118/9 172/4 172/4
receives [2] 161/11 161/13
receiving [1] 128/2
recent [5] 13/7 71/4 81/18 84/23 152/21
recently [11] 15/4 62/4 70/8 77/11 78/24 83/17 84/18 87/16 107/12 120/4 178/4
recess [15] 45/16 45/17 53/6 53/9 53/14 53/18 53/19 53/20 94/13 94/15 94/17 151/10 151/14 151/15 183/19
recognition [2] 52/25 114/24
recognize [8] 32/7 75/17 91/17 92/2 105/7 135/2 135/16 160/4
recognized [2] 82/20 162/25
recognizing [3] 93/7 108/16 110/19
recollections [1] 89/15
recommend [1] 77/8
recommendation [5] 70/9 70/11 70/13 154/3 154/6
recommendations [28] 13/5 13/8 19/22 19/24 48/17 57/6 57/10 59/10 73/18 73/21 73/23 74/6 74/7 82/20 92/10 111/18 112/10 113/10 117/19 122/3 125/25 141/10 146/1 147/4 147/6 147/20 166/5 166/6
recommended [3] 13/7 57/20 84/22
reconciliation [1] 134/4
record [16] 5/9 11/3 27/13 54/10 55/3 82/1 89/17 91/1 91/23 114/10 168/21 168/22 168/24 178/8 179/13 184/7
recorded [1] 89/15
recording [4] 143/5 143/8 143/10 143/17

recordings [5]  142/24 143/3 143/12 143/14 143/16
recordkeeping [1]  118/9
records [10]  100/5 118/18 121/6 136/9 136/10 136/10 136/12
136/13 138/7 138/8
recovery [2]  146/11 162/2
recruiting [1]  125/22
redaction [2]  138/9 139/5
redefining [1]  146/19
reduce [2]  131/17 162/5
reduced [3]  105/2 124/20 145/5
reduction [4]  32/11 32/17 62/8 85/4
reductions [1]  167/11
redundancy [1]  115/13
REEVE [5]  2/22 5/20 20/5 159/19 167/21
refer [3]  134/4 134/5 137/23
reference [3]  9/23 43/17 139/12
referenced [1]  136/1
references [1]  155/5
referral [2]  106/24 114/5
referred [2]  131/25 145/2
referring [2]  63/4 120/7
refers [1]  114/22
refill [1]  113/5
refine [1]  161/21
reflect [1]  114/2
reflected [2]  124/19 144/19
reflects [5]  9/24 11/3 82/12 107/3 107/6
reform [7]  3/6 3/10 6/14 8/7 10/19 26/16 117/22
reforms [5]  67/11 115/25 117/24 163/14 167/7
refresher [2]  106/14 108/15
refused [1]  66/20
regard [5]  14/12 69/16 152/9 160/18 166/7
regarding [8]  18/15 23/20 76/17 93/24 117/8 118/12 141/4
151/19
regardless [1]  150/17 150/19
regards [2]  133/4 153/5
Regina [1]  6/24
region [1]  104/25
regional [1]  108/20
regular [2]  93/12 113/19
regularly [7]  11/17 15/7 92/11 104/7 110/10 110/17 126/2
regulations [1]  95/13
rehash [1]  29/20
rehearse [1]  119/8
reinforcing [1]  120/6
reinvestigation [1]  59/13
reiteration [1]  84/20
reject [2]  34/10 34/21
rejecting [2]  16/11 34/22
rejection [1]  16/8
relate [3]  13/20 13/22 43/20
related [6]  21/4 57/11 60/6 69/12 74/14 104/13 118/24 119/5
121/20 137/24 138/3 138/16 157/21 158/11
Relatedly [1]  26/8
relates [5]  7/23 71/8 113/8 141/6 159/6
relating [1]  6/10
relations [9]  84/16 115/21 125/11 126/1 126/19 134/2 146/24
148/24 152/4
relationship [4]  32/5 79/21 114/6 127/19
relationships [7]  14/11 14/17 15/6 43/23 52/3 52/7 146/18
relative [1]  103/3
relatively [3]  43/19 87/16 107/9
release [4]  113/12 129/10 133/22 143/21
released [4]  10/5 57/13 128/10 129/12
releasing [1]  129/13
relegated [1]  61/16
relevant [4]  14/19 72/21 110/16 144/18
reliability [1]  120/12
reliable [3]  106/16 109/11 123/4
relies [1]  163/3
religious [1]  43/18

relocating [1]  113/4
relying [1]  92/9
remain [5]  28/14 39/13 74/24 105/23 160/9
remainder [1]  154/2
remained [1]  74/18
remaining [6]  117/19 118/21 127/16 138/1 151/7 180/6
remains [3]  104/4 113/8 170/15
remarks [7]  18/18 18/20 91/21 151/22 159/25 160/19 162/23
remedy [2]  136/22 136/22
remember [1]  84/21
remind [4]  9/11 84/13 85/17 89/3
reminded [1]  107/11
reminder [1]  121/13
reminds [2]  72/9 121/10
remotely [1]  73/15
remove [1]  134/11
removed [1]  30/4
Renaud [6]  40/14 42/1 42/4 45/12 140/19 149/16
renew [2]  9/19 27/1
renewed [5]  11/1 21/3 21/6 159/22 168/2
repair [2]  43/23 71/14
repairing [1]  134/2
repeatedly [1]  108/18
repeating [1]  107/13
repetitive [1]  160/1
replace [4]  28/25 125/5 180/5 180/7
replaced [2]  12/25 56/10
replacement [1]  29/4
replica [1]  165/22
repopulated [1]  126/13
report [60]  7/19 8/5 8/14 20/25 26/20 57/22 59/2 61/2 61/7
61/7 61/24 61/25 61/25 62/5 66/2 66/5 73/8 74/8 85/2 88/16
89/23 89/25 90/12 95/11 95/15 95/16 96/9 98/6 98/12 100/1
102/24 103/21 106/5 113/11 113/20 123/1 125/15 125/18
129/9 129/12 129/13 129/15 129/16 132/3 132/4 133/23 134/1
134/5 134/12 137/24 138/19 139/13 152/21 166/7 166/10
166/12 166/18 169/24 170/4 177/18
reported [12]  6/20 7/20 62/19 72/4 72/5 96/14 104/5 116/11
122/17 123/2 128/22 173/5
reporter [3]  3/23 54/10 184/12
reporting [9]  21/1 66/10 97/4 98/8 98/9 98/18 101/11 102/1
169/8
reports [22]  13/20 21/15 31/7 55/1 60/22 60/24 61/2 61/5 63/9
64/11 66/24 67/1 67/9 72/22 97/8 97/11 109/7 127/13 129/10
133/19 158/15 166/22
represent [4]  79/24 80/12 81/1 148/6
representation [1]  92/13
representative [3]  6/16 45/14 147/19
representatives [3]  6/16 46/24 72/20
represented [2]  80/9 92/14
representing [2]  9/17 72/15
represents [1]  122/14
repress [1]  79/12
request [21]  6/7 23/16 54/3 54/9 57/22 69/14 107/18 107/19
136/19 137/21 139/2 139/3 139/4 139/20 139/20 139/21 141/15
142/23 143/8 143/10 148/25
requested [5]  63/8 84/10 93/25 119/3 147/12
requesting [1]  137/19
requests [2]  6/21 137/2
require [1]  96/15
required [27]  16/20 37/21 61/6 65/21 73/3 74/11 84/25 87/25
89/23 99/8 100/5 102/7 103/2 104/17 115/25 117/12 121/1
121/16 122/24 127/5 127/24 128/5 128/24 129/2 149/8 160/25
169/11
requirement [8]  121/5 123/5 123/11 145/11 150/1 150/22
162/14 162/17
requirements [11]  75/6 96/11 97/4 97/10 98/9 122/13 128/15
152/6 168/6 168/8 168/9
requires [12]  22/19 39/13 62/24 100/19 100/23 101/2 118/22
123/6 125/1 129/8 138/9 138/13
requiring [1]  99/1 118/17 118/19
research [2]  57/12 153/1
reservations [1]  88/4

## R

reserved [2] 36/11 138/11
resident [1] 46/5
residential [1] 107/24
residents [3] 84/1 118/13 128/18
resignation [1] 22/6
resignations [2] 74/1 113/3
resigned [6] 21/18 23/20 23/22 23/24 57/17 126/8
resilience [1] 14/2
resistance [3] 132/19 164/17 164/19
resolution [1] 106/23
resolve [1] 138/16
resolved [2] 56/4 120/12
resource [3] 91/3 112/16 146/19
resources [9] 41/7 81/24 90/7 102/19 125/22 131/11 144/9
144/19 160/24
respect [16] 17/14 22/24 25/11 25/12 27/12 35/9 47/21 60/19
95/16 96/8 99/25 101/3 103/16 159/5 159/15 171/10
respectful [2] 83/15 119/8
respectfully [1] 35/5
respond [10] 24/23 34/17 37/4 73/17 104/20 108/5 119/22
136/24 152/19 162/5
responded [5] 13/6 74/6 98/25 109/14 147/14
responder [1] 162/7
responders [3] 86/19 87/4 161/3
responding [3] 107/19 122/3 136/20
responds [1] 83/14
response [28] 16/12 17/3 31/16 36/24 37/1 64/15 86/12 86/18
89/11 97/6 104/14 104/17 105/17 105/21 106/7 106/9 106/15
107/5 108/21 109/12 110/7 120/20 120/21 124/9 133/10 137/20
139/4 161/20
responses [4] 57/7 57/10 119/13 149/6
responsibilities [1] 73/4
responsibility [1] 71/22
responsible [1] 100/14
responsive [2] 99/17 120/1
rest [2] 11/20 113/16
restoring [1] 15/14
restriction [1] 102/6
restrooms [1] 144/22
restructuring [1] 146/20
result [10] 25/6 35/1 59/9 74/1 106/19 109/18 116/25 124/18
160/11 161/2
resulted [3] 107/14 158/21 167/10
resulting [2] 55/18 66/11
results [9] 60/4 66/16 70/18 96/16 118/7 128/9 128/12 134/13
139/5
resumed [3] 53/21 95/1 151/16
retaliated [1] 65/18
retaliation [2] 65/5 65/7
retreat [2] 14/5 50/8
returned [1] 132/25
revamping [1] 174/20
reveal [1] 138/6
revealed [2] 118/14 121/11
Reverend [2] 14/10 15/13
Reverend Dr. Haynes [1] 14/10
review [31] 15/5 58/18 59/7 66/8 67/1 69/12 85/17 89/24 97/25
101/8 101/20 102/2 111/14 111/22 116/17 116/23 117/6 121/7
121/8 122/19 126/4 129/18 136/14 142/24 143/1 164/10 165/10
166/11 166/18 166/19 166/23
reviewed [10] 57/23 72/21 96/22 100/11 119/11 123/16 128/6
143/19 164/4 166/23
reviewing [5] 55/11 55/14 88/16 116/14 166/2
reviews [7] 97/22 117/5 117/9 121/6 121/10 121/13 121/17
revised [4] 102/3 116/20 117/22 122/3
revising [2] 120/1 120/1
revision [1] 10/14
revisions [1] 101/11
ride [2] 33/19 97/8
ride-alongs [1] 97/8
riding [1] 62/18

right [44] 6/1 15/19 18/13 18/14 25/22 27/6 37/20 38/17 49/4
51/23 53/19 59/23 84/6 84/9 84/15 84/23 85/8 86/19 87/2 90/7
94/11 94/13 114/18 115/3 129/20 151/17 152/5 153/2 156/10
159/18 169/14 171/18 172/21 173/18 177/1 178/14
180/9 180/14 181/21 182/9 182/18 182/23 183/9
rightfully [1] 170/3
rights [8] 2/10 5/10 14/18 22/7 103/17 145/16 146/2 154/17
rigorous [3] 97/14 98/9 118/5
rise [2] 14/2 142/16
risen [1] 31/3
rising [1] 131/22
risk [11] 100/24 101/1 107/9 108/2 114/4 121/3 122/9 122/10
122/12 122/13 127/15
RMR [1] 184/12
robust [1] 101/2
role [11] 14/8 26/15 56/16 56/19 64/18 89/11 91/12 92/22
118/23 142/11 146/5
role-playing [1] 118/23
roles [1] 146/8
room [10] 2/16 3/24 42/15 48/11 93/10 93/11 115/20 154/20
156/1 158/1
Rosenbaum [4] 115/4 115/6 129/18 138/23
round [2] 13/4 127/9
RU [1] 122/5
rude [1] 155/23
rug [1] 26/13
rule [1] 9/15
ruled [1] 10/11
rules [1] 65/4
ruling [2] 10/25 21/5
run [4] 48/1 71/14 83/7 177/18
running [1] 14/6
rushed [1] 28/18

## S

safe [6] 39/23 40/6 44/20 50/5 70/21 80/9
safely [1] 133/8
safer [1] 84/10
safety [6] 3/3 102/4 146/25 160/5 161/7 162/19
said [29] 16/21 17/1 22/22 30/8 33/9 38/9 49/12 52/8 52/18
61/21 75/25 80/7 80/15 81/17 81/17 82/16 89/3 89/9 90/18
92/17 99/13 152/5 170/8 175/7 177/21 178/4 179/18 180/12
180/12
sake [1] 92/8
salmon [1] 71/25
same [14] 33/6 55/10 60/18 61/2 67/9 68/17 80/16 84/8 85/5
85/5 85/6 135/10 145/17 155/11
sample [2] 97/25 101/21
sanction [1] 82/7
sat [1] 137/6
satisfied [3] 117/18 176/18 178/1
saved [2] 77/3 110/7
saw [2] 17/21 25/2
say [58] 8/7 15/16 18/8 25/18 26/5 26/6 27/22 28/22 30/13
30/18 31/2 33/8 34/20 35/20 39/9 39/15 40/3 40/25 46/22 47/17
50/15 58/4 62/9 67/14 67/17 68/16 69/5 70/19 81/12 82/1 89/22
94/1 91/5 91/22 92/4 92/17 108/7 108/8 111/6 112/5 115/15
132/16 134/12 138/24 139/22 141/1 142/7 147/11 148/22
150/19 153/18 156/12 157/6 165/3 165/8 170/20 171/19 178/12
saying [11] 33/15 36/11 37/12 39/18 49/2 62/13 64/15 77/1
133/13 147/14 149/14
says [8] 56/25 59/10 64/10 65/5 66/5 137/24 165/16 176/14
scarce [1] 112/16
scattered [1] 29/8
scenario [3] 99/10 119/7 119/11
scenarios [3] 96/25 99/7 118/23
scene [4] 66/18 89/22 102/4 102/5
scenes [1] 158/1
schedule [2] 69/12 182/23
scheduled [10] 11/17 11/18 11/19 11/20 29/8 29/12 30/7 74/15
149/19 166/21
scheduling [1] 22/12
school [1] 46/5

**scientific** [1] 60/5
**Scientists** [1] 72/5
**scope** [1] 152/16
**screened** [1] 74/2
**scripted** [1] 82/3
**Sean** [1] 78/7
**seat** [2] 83/12 135/6
**seated** [6] 28/14 51/25 53/22 58/12 126/7 166/19
**seats** [1] 126/9
**second** [12] 8/2 13/3 13/4 16/2 26/1 26/6 69/7 79/18 80/4 99/21 125/14 172/11
**second-class** [2] 26/1 26/6
**second-generation** [1] 80/4
**section** [25] 63/4 95/7 95/22 95/22 95/23 98/21 99/25 101/3 101/4 104/2 106/2 110/25 111/3 113/17 116/11 117/19 117/21 118/3 119/16 119/17 121/1 122/16 125/1 125/9 144/1
**Section 3** [3] 95/7 116/11 117/19
**Section 4** [3] 98/21 117/21 118/3
**Section 5** [2] 119/17 144/1
**Section 6** [3] 106/2 110/25 119/16
**Section 7** [2] 99/25 121/1
**Section 8** [3] 95/22 101/3 122/16
**Section 9** [5] 95/22 111/3 113/17 125/1 125/9
**sections** [5] 95/21 96/3 104/2 116/10 119/13
**see** [53] 13/9 13/10 18/8 34/2 34/4 34/7 34/12 36/11 37/14 37/20 38/8 39/5 39/19 40/23 41/18 44/7 46/7 46/9 48/6 49/4 49/14 49/23 52/3 68/17 68/19 69/5 69/8 69/16 69/17 69/21 70/5 70/18 81/6 96/16 130/14 131/5 140/22 145/10 149/3 149/4 153/10 164/3 176/11 176/14 176/15 176/17 176/21 176/22 177/14 178/17 179/8 180/13 181/4
**seeds** [1] 109/10
**seeing** [6] 32/8 48/11 75/11 93/18 133/18 153/11
**seek** [3] 47/2 96/7 127/25
**seeking** [1] 18/2
**seeks** [2] 125/25 170/3
**seem** [4] 62/16 75/24 77/23 131/22
**seems** [15] 32/12 36/6 55/15 59/25 62/18 64/5 94/8 130/3 132/21 148/19 150/25 175/14 179/5 179/5 183/9
**seen** [21] 9/1 9/5 28/7 31/6 34/12 38/1 38/13 60/23 77/6 77/7 82/21 89/4 89/6 110/14 113/2 117/15 120/20 138/20 170/23 171/3 171/4
**sees** [1] 90/8
**selected** [2] 24/5 49/21
**selectively** [1] 65/15
**self** [11] 15/17 23/14 23/15 33/16 33/17 108/2 112/12 141/15 149/9 149/15 151/5
**self-determination** [3] 23/14 149/9 149/15
**self-determining** [1] 151/5
**self-direct** [2] 33/16 33/17
**self-directed** [1] 15/17
**self-direction** [1] 112/12
**self-facilitate** [1] 23/15
**self-harm** [1] 141/15
**sell** [1] 88/25
**sellers** [1] 89/12
**send** [6] 80/19 87/2 107/16 108/7 108/8 120/6
**sending** [3] 86/20 86/21 100/13
**senior** [1] 154/16
**sense** [4] 48/5 75/10 157/18 158/3
**sent** [5] 8/25 9/2 54/22 59/10 59/12
**separate** [4] 57/8 97/3 99/1 166/20
**separated** [1] 34/4
**separately** [2] 8/23 105/5
**separation** [1] 43/25
**September** [2] 63/24 166/11
**series** [2] 100/8 137/4
**serious** [6] 27/24 55/14 64/17 65/25 123/15 162/12
**seriousness** [1] 123/25
**serve** [5] 9/15 80/16 87/4 110/21 161/21
**served** [3] 76/15 79/15 148/13
**serves** [1] 15/5

**service** [13] 47/21 93/8 99/2 99/2 99/15 104/14 104/24 105/13 108/19 120/4 120/22 147/3 161/24
**services** [32] 12/15 23/17 60/13 74/23 104/3 104/8 104/10 104/13 104/22 105/4 105/8 105/20 105/25 106/25 110/8 111/13 111/24 114/16 114/21 119/18 144/11 144/20 144/21 146/6 160/5 160/23 160/25 161/7 161/23 162/1 162/2 162/18
**serving** [4] 22/8 51/15 58/13 77/19
**session** [2] 53/23 95/1
**sessions** [1] 14/22
**set** [12] 5/5 11/11 15/20 20/16 69/1 108/7 113/21 120/14 129/3 147/19 158/25 182/16
**setbacks** [1] 51/24
**sets** [1] 10/5
**setting** [3] 14/6 72/23 146/16
**settings** [2] 96/24 159/2
**settlement** [136] 6/2 7/5 7/21 8/4 9/20 10/20 15/21 16/2 16/18 18/7 19/16 20/12 20/17 20/20 20/23 21/4 21/22 24/12 24/16 24/17 24/19 24/19 24/24 25/16 26/2 26/18 27/2 27/15 28/2 28/4 29/2 31/16 32/3 34/13 37/13 40/18 41/22 42/16 48/23 53/1 54/24 55/20 67/24 69/13 69/24 73/15 76/8 80/1 84/7 84/14 84/17 84/21 85/8 85/10 85/23 87/25 88/1 88/3 90/19 93/25 95/6 95/20 95/24 96/3 96/11 100/19 102/1 103/2 110/21 112/8 112/19 113/16 115/10 116/1 120/25 122/13 123/6 125/3 127/25 130/2 130/11 131/16 131/23 134/17 135/14 140/15 144/1 145/22 146/12 147/25 152/3 152/13 152/14 156/15 158/11 158/18 158/25 159/12 159/15 160/6 160/8 160/12 160/16 161/10 162/14 162/17 162/21 162/24 165/6 167/16 168/2 168/7 168/11 168/12 170/19 170/20 171/7 171/19 172/10 172/11 172/13 172/20 172/23 173/9 173/14 173/20 174/6 174/10 176/7 176/12 176/13 179/23 180/21 180/21 180/25
**settlements** [1] 103/13
**seven** [8] 11/17 12/19 17/5 21/12 57/24 63/23 63/25 107/16
**seventh** [1] 21/18
**several** [18] 36/21 47/22 56/14 66/7 73/21 76/23 77/3 87/15 88/20 91/25 113/15 119/14 126/7 129/5 134/6 163/1 174/7 174/7
**severe** [2] 42/21 76/22
**sex** [2] 128/25 142/2
**shall** [1] 69/5
**share** [8] 11/16 24/22 38/9 42/21 44/15 53/7 155/4 176/25
**shared** [2] 143/14 143/17
**sharing** [2] 44/17 81/20
**Sharon** [1] 78/22
**Sharon Gary-Smith** [1] 78/22
**she** [14] 56/10 65/12 65/15 80/24 82/11 82/13 154/18 156/7 163/13 163/14 163/15 165/7 165/7 165/8
**sheet** [1] 6/19
**shifted** [1] 160/20
**shock** [1] 142/4
**shooting** [2] 98/20 164/8
**shootings** [7] 63/17 63/21 66/1 165/17 165/19 165/20 165/23
**shored** [2] 99/13 99/21
**short** [6] 19/4 21/21 45/15 82/12 134/19 138/2
**shortcoming** [1] 16/12
**shortly** [1] 97/20
**shot** [3] 15/12 61/19 61/19
**should** [57] 19/14 19/15 19/20 34/2 34/7 36/5 39/1 47/5 48/20 51/23 58/7 58/10 60/23 62/13 63/7 66/13 74/4 74/13 74/16 75/7 83/6 85/14 86/19 89/24 91/3 100/10 100/21 111/6 116/6 118/10 119/21 130/11 130/12 138/15 141/19 141/20 141/24 142/20 142/24 143/3 143/5 143/8 143/10 143/12 143/14 143/16 143/17 143/20 144/9 146/5 146/7 148/15 150/6 164/10 164/10 170/4 173/8
**shouldn't** [3] 13/24 142/7 142/12
**shout** [1] 36/9
**show** [9] 14/2 44/12 48/14 60/6 65/6 75/23 98/6 100/25 136/20
**showed** [7] 29/16 59/2 84/24 97/12 98/1 101/22 102/2
**showers** [1] 144/22
**showing** [4] 50/10 106/17 169/23 172/7
**shown** [4] 29/3 103/12 158/22 158/22
**shows** [7] 34/23 34/23 38/11 50/20 52/19 86/9 132/4
**SI** [2] 1/5 5/6
**side** [2] 36/23 154/12

**sight** [1]  164/6
**sign** [4]  6/19 41/3 78/22 179/3
**sign-off** [1]  179/3
**sign-up** [1]  6/19
**signature** [4]  57/8 184/9 184/9 184/9
**signed** [2]  63/20 184/9
**significant** [11]  23/13 25/3 68/2 81/24 95/24 101/9 145/9 145/11 146/17 171/21 173/22
**significantly** [5]  63/2 85/7 98/7 98/10 100/3
**signing** [1]  184/6
**signs** [3]  105/7 108/16 110/19
**silver** [1]  162/9
**similar** [4]  56/6 112/2 146/10 163/14
**Similarly** [1]  63/4
**SIMON** [9]  1/14 28/13 64/25 71/22 72/6 76/13 87/5 88/7 137/23
**simply** [5]  22/25 25/7 38/7 114/1 138/13
**simultaneous** [1]  122/11
**since** [27]  11/6 12/18 21/9 21/10 59/5 60/22 61/18 63/2 63/22 66/14 67/24 83/10 84/14 85/22 85/23 91/16 98/7 115/6 125/24 126/2 126/7 131/22 141/3 154/7 161/6 165/20 180/3
**sincere** [1]  72/25
**single** [6]  11/3 18/11 47/7 57/11 57/24 161/11
**singularities** [1]  43/4
**sir** [5]  28/12 36/15 53/3 91/10 159/16
**sister** [1]  18/18
**sit** [3]  51/6 135/4 156/9
**site** [1]  114/13
**sites** [3]  29/9 29/9 29/9
**sits** [1]  15/2
**sitting** [2]  83/7 83/12
**situate** [1]  10/7
**situation** [3]  64/16 102/8 156/5
**six** [25]  8/11 13/1 21/1 21/17 33/5 35/6 40/2 44/19 45/8 49/10 51/12 57/16 74/19 80/21 121/14 123/12 168/5 169/24 170/22 176/25 177/16 177/18 179/9 180/14 181/5
**six-plus** [1]  170/22
**sized** [1]  70/2
**skeptical** [1]  175/22
**skeptics** [1]  87/17
**skill** [2]  43/21 99/8
**skills** [5]  96/20 99/7 99/10 119/5 119/8
**skin** [1]  48/12
**slammed** [1]  156/10
**slate** [1]  13/3
**slated** [1]  113/7
**sleeping** [1]  44/8
**slight** [1]  98/8
**slightly** [1]  168/4
**slowly** [1]  54/11
**small** [6]  21/16 71/5 101/6 164/23 164/25 165/1
**Smith** [4]  54/4 78/20 78/22 82/24
**snapshot** [1]  13/25
**so** [153]  6/20 7/14 8/12 9/7 15/15 17/17 18/19 19/25 20/14 21/1 21/19 21/21 23/3 23/20 25/4 25/18 26/6 28/6 28/19 29/16 31/22 34/11 36/7 36/8 37/7 37/15 38/1 38/1 38/13 41/25 43/7 43/15 44/10 44/17 44/19 44/24 45/8 45/10 46/23 48/14 50/18 50/25 51/7 51/13 51/14 52/21 53/25 54/7 54/10 54/14 63/10 63/13 66/7 66/20 67/16 69/5 69/17 69/19 73/13 78/9 78/24 79/14 81/5 81/12 81/14 81/18 82/1 82/7 82/17 84/19 88/6 88/14 90/25 91/7 91/18 92/4 92/14 93/8 94/14 97/17 104/8 104/22 106/5 112/1 112/22 116/9 117/10 117/18 122/24 123/19 128/10 132/18 133/9 133/21 134/8 135/18 137/1 140/13 141/7 141/10 142/8 142/20 144/3 145/6 145/25 146/11 147/1 147/24 148/10 148/25 150/16 152/7 152/12 153/7 153/11 153/18 155/9 155/15 155/24 156/12 156/19 157/8 157/25 158/6 160/2 164/22 164/25 166/17 166/19 166/21 167/25 168/10 169/13 171/9 171/16 171/14 172/14 174/9 174/13 175/22 176/9 176/21 177/1 177/2 177/17 178/21 179/10 179/18 180/6 181/12 181/21 182/1 182/9
**sober** [1]  141/20
**social** [4]  41/12 74/14 86/21 156/7
**societal** [1]  92/24

**society** [1]  160/19
**software** [1]  49/22
**solicit** [2]  45/7 112/9
**solidify** [1]  50/1
**solution** [2]  136/18 175/10
**solutions** [1]  100/20
**some** [113]  1/22 11/6 13/17 14/11 17/12 17/24 17/24 18/17 19/13 22/18 27/24 28/1 29/9 30/1 30/1 30/3 30/8 30/15 32/7 33/18 33/21 33/22 34/17 36/19 38/21 39/8 39/8 39/16 41/5 42/1 42/19 43/14 44/12 47/1 48/10 48/15 51/4 52/7 55/4 55/14 56/19 58/12 64/5 67/6 67/17 68/24 69/8 69/23 70/17 70/17 71/23 81/1 81/10 83/21 84/13 88/1 88/3 88/4 101/5 102/10 111/8 112/13 115/14 116/9 119/20 122/25 124/8 125/19 130/3 132/16 132/22 133/20 134/3 134/12 134/23 137/21 141/5 141/7 142/8 142/19 148/16 150/10 151/1 151/2 151/12 151/24 151/25 155/21 157/25 159/2 159/20 159/21 162/24 163/8 163/22 164/7 164/13 164/18 164/20 165/2 165/9 165/11 166/1 168/1 172/14 172/14 172/15 173/8 176/4 176/25 178/19 179/9 181/11
**somebody** [1]  50/1
**someday** [1]  26/13
**somehow** [2]  26/2 44/18
**someone** [8]  33/18 51/11 134/21 136/3 142/9 148/21 156/6 164/9
**something** [32]  7/16 8/9 9/3 24/19 24/20 25/21 37/3 37/7 38/1 39/10 48/6 48/13 48/24 69/16 69/21 79/18 82/3 84/19 85/14 87/15 90/3 91/22 117/16 135/17 139/5 148/10 148/14 169/3 172/2 172/9 175/23 179/4
**sometimes** [10]  30/20 30/22 33/16 97/9 148/19 155/18 155/22 155/23 157/1 157/16
**somewhat** [1]  56/4
**somewhere** [2]  42/20 142/9
**son** [1]  76/21
**soon** [1]  72/10
**SOP** [2]  100/16 122/4
**SOPs** [1]  100/9
**sorry** [3]  89/21 169/6 180/17
**sort** [5]  26/1 75/10 116/3 148/4 158/2
**sorts** [2]  97/11 114/16
**sought** [2]  102/4 146/9
**sound** [4]  40/24 40/25 41/25 128/7
**sounds** [1]  153/21
**space** [4]  12/16 29/11 47/1 50/5
**sparkling** [2]  36/8 36/10
**sparse** [1]  126/7
**speak** [24]  6/21 7/4 27/19 43/15 44/23 46/3 46/4 53/14 54/11 61/16 76/13 77/22 83/5 86/23 95/7 95/9 151/24 152/1 154/1 154/1 154/7 156/20 182/13 182/14
**speakers** [1]  96/4
**speaking** [4]  40/6 42/11 42/12 76/20
**speaks** [1]  45/18
**special** [1]  97/13
**specialist** [1]  108/8
**specific** [8]  17/2 55/13 114/1 129/9 144/18 149/7 158/10 178/9
**specifically** [8]  8/17 36/22 96/15 119/6 128/17 142/13 145/21 152/14
**spectrum** [1]  109/2
**speed** [1]  13/2
**spelled** [1]  106/4
**spending** [1]  88/19
**spent** [1]  43/11
**spirit** [3]  42/10 147/25 171/6
**spoken** [1]  139/19
**sporadically** [1]  33/1
**spot** [2]  37/2 101/17
**spots** [1]  92/8
**spray** [1]  64/14
**spread** [1]  52/3
**St.** [1]  173/4
**St. Louis** [1]  173/4
**stability** [12]  39/1 39/1 39/2 39/3 39/3 39/6 39/16 39/16 40/1 41/3 50/2 178/10
**stable** [2]  159/13 178/10
**staff** [10]  12/15 12/22 47/6 56/8 56/22 57/3 74/16 126/12

**staff... [2]** 127/22 156/20
**stage [3]** 16/9 26/9 124/10
**stages [2]** 123/12 124/20
**stakeholders [1]** 126/25
**stand [1]** 18/25
**standard [3]** 14/1 100/8 168/18
**standards [3]** 25/20 101/15 116/19
**standing [1]** 18/24
**Stark [1]** 3/11
**start [12]** 44/12 44/16 46/12 48/4 51/16 83/24 84/22 121/12 136/5 157/24 160/2 177/1
**started [3]** 44/22 47/14 73/2
**state [20]** 12/21 29/6 53/15 58/25 70/14 71/6 87/21 87/23 90/20 96/5 108/23 114/10 136/11 136/23 138/12 139/25 149/12 152/4 154/14 169/18
**State's [1]** 105/1
**stated [8]** 17/8 23/23 29/7 47/13 48/10 134/1 147/8 179/13
**statements [1]** 102/4
**states [55]** 1/1 1/4 1/15 3/23 5/6 5/11 5/14 6/2 6/9 7/7 7/20 9/9 9/13 10/7 10/15 14/13 17/7 18/4 18/11 20/10 21/3 26/11 26/21 26/25 36/20 93/24 103/3 103/6 103/16 103/25 106/3 106/20 108/12 109/25 110/23 111/10 115/12 131/25 132/15 136/6 149/6 158/14 159/8 162/20 168/13 168/15 171/11 171/22 172/18 172/24 173/11 173/13 174/4 174/14 182/21
**States' [6]** 7/17 20/13 21/25 95/2 95/11 149/21
**static [1]** 96/12
**stating [1]** 179/21
**statistically [1]** 44/9
**statistics [2]** 59/3 128/21
**status [16]** 1/12 4/2 5/6 6/1 8/5 8/13 11/1 13/20 14/9 38/4 38/5 73/7 116/9 158/15 169/24 182/24
**stay [2]** 18/19 154/12
**staying [2]** 39/2 79/25
**steering [1]** 155/14
**step [9]** 26/19 50/12 75/7 79/2 82/16 111/10 128/11 154/19 170/18
**stepchild [3]** 35/16 35/18 35/20
**stepped [5]** 12/20 12/22 12/23 50/3 50/12
**stepping [2]** 12/19 47/10
**steps [2]** 32/8 102/11
**stigmatizing [1]** 59/21
**still [32]** 26/20 26/21 32/18 33/3 33/14 38/6 44/19 47/19 48/13 52/9 65/19 70/1 83/12 85/4 85/5 85/5 85/24 86/22 88/11 93/4 96/12 102/10 130/8 130/17 131/21 132/23 133/22 146/2 152/11 170/4 175/9 176/6
**stipend [1]** 81/22
**stipends [2]** 12/16
**stipulated [8]** 9/20 10/19 16/1 16/18 20/11 20/12 169/6 169/14
**stipulation [1]** 168/14
**stone [1]** 10/6
**stop [11]** 32/21 60/18 61/24 62/5 62/17 62/17 62/25 85/17 159/8 159/9 159/10
**stopped [1]** 44/24
**stopping [1]** 62/10
**stops [11]** 31/14 32/18 60/14 61/25 62/12 62/14 62/19 84/25 84/25 85/2 128/25
**storage [1]** 88/22
**storing [1]** 90/2
**strategic [2]** 58/5 127/23
**strategies [2]** 52/7 127/2
**strategy [1]** 120/24
**street [9]** 3/11 65/16 70/18 77/2 86/12 86/14 118/11 136/25 162/5
**street-level [1]** 118/11
**strength [1]** 132/22
**strengthen [1]** 165/9
**strengthened [1]** 82/18
**stress [1]** 98/24
**stress-equivalent [1]** 98/24
**stressed [1]** 96/20
**strides [1]** 157/1
**strike [2]** 64/13 171/20
**strikingly [1]** 63/23
**strong [2]** 70/13 79/8
**stronger [1]** 124/11
**strongest [1]** 46/22
**structure [28]** 13/21 25/5 25/7 27/23 28/5 28/7 30/8 34/3 34/5 34/6 40/24 41/1 41/25 47/14 69/17 124/3 124/10 169/3 171/20 172/10 174/21 174/22 175/20 176/12 176/13 176/21 180/7 180/24
**structured [1]** 48/8
**struggle [4]** 79/3 79/4 92/25 135/11
**struggled [3]** 76/22 102/10 123/10
**struggling [2]** 38/6 176/9
**students [4]** 46/7 118/6 152/24 152/24
**studies [3]** 88/23 88/25 89/9
**Sub [1]** 15/3
**Sub-committee [1]** 15/3
**subcommittee [17]** 29/16 44/22 46/22 46/23 50/17 50/22 50/23 51/3 56/14 112/19 112/20 112/20 112/20 112/24 112/24 128/2 153/9
**subcommittees [19]** 11/24 12/1 12/3 21/11 31/24 47/15 50/16 50/21 51/1 51/7 52/15 58/14 58/15 73/18 112/18 112/21 126/5 130/22 178/24
**subject [14]** 65/7 95/17 96/12 96/13 98/19 103/18 107/9 107/20 107/21 107/22 149/11 164/20 165/21 177/13
**subject's [1]** 108/1
**subjected [1]** 64/19
**subjects [1]** 98/16
**submission [3]** 165/15 165/15 166/3
**submissions [5]** 17/21 21/8 22/1 27/11 183/14
**submit [5]** 36/25 37/3 37/7 38/18 73/15
**submitted [6]** 73/22 74/7 75/9 120/15 129/1 168/14
**subordinates' [1]** 100/5
**Subsequent [1]** 138/6
**subset [1]** 161/14
**substance [5]** 41/23 82/20 142/18 144/14 144/16
**substances [1]** 42/1
**substantial [75]** 7/20 16/10 29/17 55/6 62/23 68/21 68/22 69/1 70/6 95/19 95/22 96/2 101/7 102/12 102/24 104/4 109/23 110/25 112/4 115/10 115/16 115/18 115/24 116/12 118/2 118/15 118/16 119/6 119/15 127/4 127/17 128/11 129/14 130/5 143/25 152/3 152/11 152/17 153/4 158/23 158/24 159/10 159/14 160/7 162/22 170/23 170/24 170/25 170/25 171/24 172/3 172/5 172/6 172/8 173/23 176/8 176/15 176/22 176/23 177/25 178/3 178/5 178/8 178/18 178/18 179/9 179/13 179/17 179/21 180/13 180/15 180/19 180/23 181/1 181/13
**substantially [5]** 58/2 98/1 98/13 106/4 119/17
**substantive [3]** 13/11 56/16 93/23
**substituting [2]** 9/21 15/25
**succeed [4]** 49/15 55/25 75/8 179/1
**succeeding [1]** 49/5
**success [6]** 19/25 25/6 60/12 85/22 92/6 107/4
**successful [3]** 37/24 50/25 106/17
**successfully [2]** 43/23 112/25
**such [22]** 13/14 37/21 55/23 59/18 64/20 65/9 67/4 122/23 123/23 124/2 133/19 136/15 141/18 141/20 144/8 144/21 144/22 154/21 158/19 160/14 165/17 168/4
**suffering [1]** 86/2
**sufficient [4]** 25/7 174/11 180/13 180/15
**suggest [3]** 37/10 56/15 58/25
**suggested [2]** 73/7 125/21
**suggesting [1]** 121/21
**suggestion [2]** 149/13 169/21
**suggests [1]** 168/24
**suicidal [1]** 76/22
**suicide [7]** 105/18 107/22 107/23 114/4 114/4 114/13 141/15
**suitability [1]** 54/23
**suitable [1]** 105/20
**Suite [6]** 2/4 2/7 2/20 2/24 3/8 3/12
**suites [1]** 96/10
**sum [2]** 15/24 126/24
**summarize [3]** 55/4 116/9 125/19
**summarizing [1]** 119/19

**S**

**supervising [1]** 171/22
**supervision [5]** 121/7 124/3 124/11 143/6 172/16
**supervisor [4]** 100/11 100/21 121/21 154/17
**supervisors [15]** 58/20 59/20 97/4 100/4 100/7 100/18 117/14
118/19 120/13 121/3 121/5 122/2 122/10 132/4 132/13
**supervisory [4]** 59/18 99/1 99/1 117/9
**supply [1]** 74/17
**support [31]** 8/3 12/22 15/23 19/5 22/3 22/10 27/9 27/11 34/9
46/13 47/8 47/24 55/25 56/2 64/2 68/17 74/16 75/7 80/23
101/14 124/12 125/2 144/2 144/10 144/13 144/19 145/1 150/17
155/12 156/23 178/22
**supported [6]** 8/15 19/15 84/16 126/24 126/25 131/11
**supporting [3]** 12/14 46/20 125/23
**supportive [1]** 46/25
**supports [2]** 101/23 162/19
**supposed [6]** 30/12 60/22 81/24 84/15 87/4 157/10
**sure [18]** 7/14 17/21 39/4 41/18 49/2 53/17 56/17 58/14 75/24
83/13 91/9 125/8 164/25 165/13 177/6 177/23 181/6 181/11
**surprise [2]** 43/8 43/9
**surprised [1]** 43/19
**survey [12]** 57/12 57/15 58/9 60/5 60/6 83/17 83/18 83/21 84/23
128/4 128/7 128/9
**surveyed [1]** 84/1
**surveyor [1]** 52/1
**Surveys [1]** 32/25
**suspect [9]** 64/7 141/13 141/21 141/25 142/1 142/3 142/14
142/14 142/16
**suspected [4]** 141/22 141/25 142/3 142/8
**sustained [5]** 59/2 59/5 59/9 65/8 101/23
**SW [8]** 2/3 2/7 2/15 2/19 2/23 3/7 3/11 3/24
**sweat [1]** 11/14
**swiftly [1]** 113/5
**sworn [1]** 99/3
**Sylvia [1]** 76/14
**symptoms [4]** 105/7 108/16 110/19 141/22
**sync [1]** 32/18
**system [40]** 58/20 59/16 59/21 66/9 71/14 80/19 80/22 81/5
81/13 81/15 81/19 86/23 99/4 100/1 101/9 104/7 104/25 105/11
110/17 116/13 116/23 117/16 117/17 118/4 118/9 118/10
120/19 121/2 121/9 121/13 124/22 125/2 132/1 136/9 136/16
138/8 138/10 139/15 163/17 167/18
**systematic [1]** 167/7
**systemic [2]** 10/1 163/14
**systems [11]** 70/4 82/6 89/13 116/5 163/7 163/8 163/23 165/2
165/5 167/10 167/15

**T**

**table [6]** 20/1 93/11 135/4 135/6 154/12 157/3
**tables [1]** 63/17
**TAC [4]** 77/16 77/20 77/20 78/14
**tactics [1]** 117/1
**tailor [1]** 63/6
**tailored [1]** 128/18
**tainted [1]** 56/20
**take [29]** 23/23 32/7 39/20 42/17 45/15 45/17 52/5 53/6 53/19
56/18 67/1 67/13 69/20 70/12 75/24 79/2 83/19 94/3 94/4 94/9
94/14 95/13 95/18 105/8 111/15 122/20 141/3 149/10 170/18
**take-home [1]** 95/18
**taken [7]** 24/25 31/12 33/13 55/8 73/22 84/7 150/5
**taker [1]** 161/13
**takers [2]** 86/18 120/5
**takes [7]** 15/7 43/21 52/4 72/24 74/3 124/25 139/4
**taking [7]** 61/8 102/11 111/10 112/23 116/5 149/1 149/20
**talented [2]** 19/8 126/18
**talk [25]** 19/20 31/9 32/2 32/5 43/17 44/15 58/20 72/2 78/25
85/16 87/16 88/2 125/13 128/7 130/15 130/16 131/19 132/8
135/6 145/17 145/18 152/12 152/23 153/11 177/4
**talked [10]** 15/13 87/13 87/15 89/10 103/4 111/8 152/7 164/7
165/2 172/12
**talking [7]** 31/10 45/4 58/22 83/24 137/25 153/3 154/8
**talks [2]** 82/13 146/13

**tall [1]** 82/13
**tap [1]** 74/13
**Taser [1]** 116/21
**tasers [2]** 98/5 109/21
**task [3]** 15/18 51/10 127/17
**tasks [3]** 55/21 73/2 157/9
**tax [1]** 71/15
**teacher [1]** 46/5
**teaching [1]** 152/23
**team [20]** 14/5 27/11 62/7 62/8 62/10 85/4 93/17 104/15 104/17
104/24 115/17 119/20 120/22 120/22 121/3 139/11 161/16
161/24 163/5 163/16
**Team's [1]** 62/14
**teams [4]** 104/12 104/14 110/7 161/20
**tear [1]** 39/18
**technical [4]** 12/11 70/8 80/16 113/19
**technology [1]** 90/1
**Ted [1]** 8/24
**televised [1]** 73/13
**tell [17]** 6/19 7/12 7/14 7/15 34/21 34/24 45/9 74/5 86/6 88/25
91/9 114/6 114/9 136/3 178/24 179/6 180/9
**telling [2]** 56/3 64/7
**tells [1]** 178/9
**template [1]** 128/2
**templates [1]** 120/15
**temporary [1]** 57/3
**ten [9]** 39/20 39/22 53/19 54/14 54/14 54/16 54/18 151/10
151/14
**ten-minute [3]** 53/19 151/10 151/14
**tends [1]** 89/18
**tense [1]** 117/2
**tension [2]** 119/2 155/10
**tensions [1]** 155/10
**term [6]** 12/20 26/14 49/7 49/19 64/2 158/11
**termed [1]** 135/1
**terminal [1]** 136/17
**terms [23]** 11/8 11/11 28/5 32/13 55/20 110/11 111/5 113/17
115/10 119/16 125/2 132/7 132/9 137/18 149/2 151/1 157/9
158/18 158/18 159/1 160/12 176/5 180/20
**terrifying [1]** 44/2
**testament [1]** 110/21
**testimony [13]** 6/18 7/2 7/3 15/11 31/12 42/9 45/16 53/8 61/5
61/8 65/3 68/12 89/15
**testing [1]** 124/1
**tests [1]** 99/5
**than [37]** 11/10 11/11 11/23 30/20 32/16 55/17 60/3 62/12
65/15 71/24 75/22 79/18 82/3 82/9 88/23 96/1 98/11 98/16
99/15 100/19 101/2 105/9 105/21 109/16 109/19 115/23 119/24
137/5 151/13 156/1 162/6 164/22 165/3 166/10 166/11 175/11
182/25
**thank [122]** 8/12 8/18 8/21 8/24 9/10 16/19 18/13 18/16 20/2
20/3 20/8 21/20 26/7 27/4 27/5 27/8 27/16 27/20 28/11 28/13
34/15 34/19 36/13 36/15 37/6 38/20 38/25 40/4 40/11 42/3 42/6
42/18 45/11 45/12 46/2 46/12 51/17 51/18 53/3 53/4 53/5 53/13
54/13 54/20 55/2 61/11 64/21 64/22 68/3 68/4 68/7 68/11 68/12
70/23 70/24 72/8 75/19 76/1 76/9 76/13 78/2 78/16 78/17 78/18
78/21 82/23 82/24 82/25 87/5 87/9 87/9 90/22 91/10 91/13
91/14 91/19 92/4 92/14 93/16 93/20 93/20 94/16 95/4 103/20
103/22 103/24 113/25 115/2 115/5 129/17 129/18 135/21
135/22 140/5 140/6 145/13 145/15 149/5 149/23 153/21 153/23
154/9 154/10 154/13 154/20 158/5 158/6 158/9 159/16 159/17
159/20 167/20 167/21 167/24 169/16 170/5 181/20 182/22
183/5 183/10 183/20 183/21
**thanks [1]** 80/22
**that [928]**
**that's [83]** 8/15 9/5 10/18 10/24 11/2 13/25 15/14 17/16 18/10
23/1 24/1 25/13 25/13 31/1 39/16 40/21 40/22 41/13 43/2 43/9
44/5 44/12 44/18 48/17 48/20 48/24 50/19 52/22 54/3 67/12
69/5 70/4 71/10 71/25 72/7 72/10 75/22 77/13 78/9 82/21 82/22
86/3 90/8 90/8 92/1 97/23 104/18 106/2 106/8 106/10 111/4
113/12 114/23 118/19 136/1 136/4 138/20 147/15 148/10 151/6
151/12 152/12 153/13 155/6 155/24 157/4 157/16 157/23
157/25 159/5 161/9 162/21 162/21 172/1 172/9 175/19 176/17

that's... [6]  176/24 179/25 180/22 181/7 181/7 181/17

their [93]  7/18 8/24 12/5 12/20 13/20 15/20 17/1 17/4 21/3
22/25 27/1 28/20 30/16 35/11 35/14 36/8 43/10 43/11 43/12
43/13 43/13 43/14 47/8 48/16 49/1 50/6 52/16 52/16 52/16
52/17 56/4 56/6 58/3 58/7 58/15 58/23 59/21 60/5 60/11 61/6
63/6 66/8 66/10 69/4 71/17 73/2 75/19 81/13 90/12 99/8 100/5
100/6 100/14 101/11 104/7 105/6 108/21 109/7 112/12 112/16
114/25 119/10 119/11 119/23 121/7 121/10 123/16 124/16
125/13 126/2 137/8 143/18 144/23 145/23 146/6 149/2 149/18
149/19 153/3 153/14 157/9 157/20 158/15 164/9 164/21 165/6
166/1 166/3 167/4 167/5 175/2 175/4 181/4

them [76]  8/18 8/24 12/20 14/22 15/16 15/19 17/11 17/12 17/15
18/5 20/14 26/14 28/25 30/1 30/1 30/15 32/24 33/7 33/23 34/17
35/11 35/12 44/14 44/15 44/15 44/15 44/15 44/16 44/16 44/16
46/15 48/15 48/16 56/2 56/3 56/4 58/12 60/16 62/9 62/25
63/6 69/8 71/4 73/22 75/19 84/6 93/18 100/6 102/14 115/9
120/6 126/20 127/2 129/3 133/1 133/18 135/17 136/24 142/2
142/16 145/5 148/5 149/18 150/4 150/21 152/1 153/11 156/23
157/20 162/9 163/15 163/15 165/5 181/19 182/13

themselves [8]  24/12 103/19 137/13 140/20 146/7 147/11
156/25 165/24

then [53]  6/11 6/14 6/24 6/25 7/8 7/15 7/24 10/25 11/4 23/17
25/2 29/20 30/3 30/12 31/2 31/6 31/7 33/1 33/9 39/15 40/8
50/24 64/6 75/9 82/15 82/20 86/20 87/20 88/3 90/2 91/9 94/3
94/5 95/15 99/9 113/14 125/20 125/24 132/8 132/21 136/21
151/9 159/21 166/23 170/11 171/25 172/4 177/11 177/18
177/18 180/3 180/15 181/22

theory [1]  108/4

there [156]  6/19 7/19 7/22 12/5 13/14 14/24 17/9 17/9 18/3 23/1
23/2 23/24 25/2 26/23 27/6 28/4 29/6 29/7 29/12 29/24 30/7
30/8 30/12 30/14 30/16 30/16 33/17 37/14 38/14 39/4 40/18
41/3 41/3 41/12 41/13 41/18 42/2 42/19 42/22 42/23 43/1 43/7
44/13 45/1 45/3 45/4 45/6 49/23 51/3 51/21 53/7 53/12 54/3
54/14 56/18 59/1 59/21 60/6 63/23 63/25 65/6 65/14 67/23 69/7
69/19 70/1 70/15 78/13 80/14 80/14 82/14 83/21 87/14 87/22
90/19 91/24 92/2 92/19 92/20 93/13 93/15 98/14 99/23 102/22
108/7 113/1 115/16 115/19 115/22 124/2 126/11 130/3 130/5
130/8 131/4 131/10 131/11 132/18 133/19 135/15 136/8 136/9
136/10 141/8 144/9 145/1 146/16 147/18 147/19 148/3 148/8
148/20 150/1 150/10 150/22 150/25 152/12 152/20 153/4
153/13 153/19 153/20 155/9 155/16 157/8 157/14 160/24
161/25 162/1 163/2 164/7 164/10 164/11 165/17 165/18 166/17
168/24 170/1 170/10 170/11 170/25 171/20 172/5 172/6 172/13
172/16 173/2 173/23 174/5 174/7 176/3 176/6 177/20 180/3
181/16 182/25

there's [12]  19/20 35/10 87/22 114/4 146/17 150/21 152/11
152/17 152/25 155/15 163/21 165/13

thereby [1]  117/17

therefore [2]  30/9 138/12

these [69]  11/24 12/4 13/12 18/6 18/12 19/13 26/20 30/17 30/19
37/11 37/13 37/18 40/19 41/10 41/14 41/16 42/11 43/6 44/13
47/12 55/11 58/10 64/20 67/9 70/15 71/19 71/23 73/20 80/1
81/25 91/16 100/25 100/25 101/17 102/3 104/4 104/18 105/22
105/25 106/19 107/11 110/2 110/20 110/20 110/23 111/5 117/15
117/18 119/23 124/18 126/6 126/9 128/20 129/1 129/10 130/8
132/10 133/12 133/20 137/22 137/25 144/24 145/10 148/1
148/6 162/8 162/24 167/10 172/15 177/6

they [185]

they're [10]  85/25 112/6 126/9 133/21 147/15 148/23 148/23
148/23 157/10 178/25

they've [3]  17/1 22/22 73/2

thing [16]  16/8 36/9 39/17 50/15 67/12 69/7 70/7 83/7 92/13
116/3 143/22 145/17 155/13 155/20 157/6 157/12

things [43]  17/24 17/25 31/9 32/2 32/3 33/10 33/20 34/25 35/13
36/1 37/14 37/19 39/19 44/14 45/8 48/11 49/23 50/4 50/14 52/2
57/5 68/13 68/18 80/19 81/25 82/21 84/13 86/6 86/7 106/8
106/19 134/6 134/13 137/22 139/12 140/17 157/14 158/18
158/20 167/25 171/20 176/4 176/9

think [92]  17/14 18/5 18/11 19/19 33/21 34/22 34/24 35/3 35/4
35/19 36/17 37/23 37/25 38/4 38/11 38/11 38/18 38/21 39/8
40/7 40/24 44/11 45/1 45/2 45/9 46/10 48/2 48/7 48/17 48/13
48/17 49/7 49/23 49/25 50/13 50/19 51/8 51/13 51/15 52/17
52/18 52/19 55/5 58/15 63/9 64/24 65/25 70/3 70/17 70/19
79/5 83/20 86/17 92/1 93/13 93/14 115/13 126/23 130/12
148/17 148/23 149/11 150/20 150/23 152/5 152/11 152/17
153/8 153/19 155/25 156/3 156/12 157/23 158/12 159/7 160/3
170/13 171/3 171/7 172/1 173/24 174/25 175/18 177/9 177/12
178/14 178/25 180/1 181/3 181/7 183/14 183/15

thinking [5]  80/3 81/1 87/22 157/18 177/14

thinks [2]  58/17 66/14

third [6]  2/3 2/7 3/24 16/5 50/15 139/3

this [275]

thorough [3]  124/23 133/21 138/22

those [143]  8/22 11/25 12/3 13/20 17/7 17/15 20/15 21/14
23/23 24/3 24/11 26/22 26/25 27/12 27/17 29/9 29/12 29/14
30/8 32/8 32/14 33/19 37/23 39/8 40/4 40/7 42/16 42/17 43/3
43/14 43/19 43/23 45/8 50/13 50/21 50/23 51/1 51/2 51/4 51/5
51/6 51/7 51/8 51/18 52/6 55/7 55/17 58/14 60/24 61/19 62/12
68/24 70/24 74/7 74/15 75/13 75/13 75/15 75/15 79/22 80/15
84/5 84/8 84/25 84/25 86/20 87/11 88/25 89/6 89/8 90/6 93/1
93/7 97/12 102/21 103/8 103/12 104/13 104/22 107/8 109/4
109/16 110/11 112/5 112/21 117/9 118/16 119/20 120/10
123/25 129/6 131/17 131/20 131/21 132/6 132/12 132/13 133/4
133/10 135/6 135/7 135/12 136/11 136/13 137/7 137/9 138/11
142/24 144/4 144/19 145/6 145/7 147/21 150/17 153/9 153/17
159/6 159/12 160/7 160/15 163/7 163/8 164/17 165/3 165/23
166/6 166/22 166/24 167/15 167/21 168/8 168/9 168/13 169/13
173/12 174/18 174/19 177/10 177/13 181/21 181/23 182/7
182/12

though [12]  22/5 24/9 30/13 33/24 59/16 66/23 82/6 126/6
135/5 150/9 172/2 173/15

thought [10]  29/4 48/4 50/9 119/19 156/12 158/1 173/25 175/18
180/12 180/12

thoughtful [2]  19/12 126/18

thoughts [1]  147/4

thousands [2]  12/8 12/13

threat [2]  64/9 165/24

threatening [2]  107/22 114/4

three [16]  11/17 15/25 23/22 51/2 57/20 59/8 63/6 71/4 104/17
106/8 106/19 118/15 148/12 158/20 165/17 169/23

three-hour [1]  11/17

threshold [1]  100/10

thresholds [2]  66/9 132/10

thrive [2]  79/23 80/10

through [29]  10/1 17/16 17/16 17/16 24/4 24/6 29/21 33/12
47/25 50/8 50/16 54/10 66/19 67/9 87/6 96/24 96/25 97/7 97/8
104/5 107/23 115/11 111/11 120/13 127/15 137/6 139/14 156/9
156/15

throughout [7]  72/4 73/13 97/1 97/10 104/25 108/23 146/13

throughs [1]  102/6

throw [2]  36/8 44/16

Thursday [3]  177/9 182/2 182/10

thus [4]  56/19 65/17 85/8 112/13

ticket [1]  65/12

tickets [1]  60/15

tied [2]  25/19 41/23

time [105]  5/5 7/23 11/2 11/7 16/10 19/4 20/20 21/2 32/7 32/8
34/11 34/13 34/15 34/15 34/22 34/24 35/3 35/4 35/7 36/19 38/8
38/17 38/21 38/22 39/20 40/3 40/8 40/24 41/7 42/8 42/17 47/1
47/23 49/25 52/4 52/5 58/10 59/7 59/19 59/19 61/2 63/25 67/1
68/17 71/3 71/6 72/24 74/3 75/24 79/17 81/23 90/24 91/24
92/14 94/6 96/16 96/25 97/18 106/18 112/16 113/17 115/3
121/17 124/20 124/25 125/22 129/20 131/4 134/20 135/16
139/4 140/7 141/1 142/21 144/8 144/21 149/24 151/18 153/24
154/2 154/5 155/11 155/22 158/7 159/18 162/25 164/12 164/14
164/16 166/11 166/17 168/7 169/9 169/15 175/7 176/16 176/23
177/4 178/19 179/9 179/12 179/14 179/16 180/2 180/14

timeline [2]  84/13 123/19

timelines [1]  124/10

timeliness [2]  102/9 102/10

timely [13]  24/3 100/5 121/4 121/11 129/9 136/20 136/21
136/24 137/3 137/10 137/20 138/5 138/22

times [6]  97/21 97/23 98/17 102/15 138/8 162/6

tip [1]  69/25

# T

**tiring** [1] 81/14
**titled** [1] 106/9
**today** [52] 11/10 11/13 16/13 19/3 21/6 21/8 23/14 28/16 38/6 41/21 42/9 42/14 42/23 44/23 45/10 46/3 46/4 52/18 52/21 71/23 75/16 76/20 80/1 83/5 84/10 88/11 88/23 91/1 93/8 93/16 95/14 98/23 111/18 113/15 115/9 134/20 135/11 146/3 148/22 160/17 161/1 161/18 164/4 164/8 165/12 168/3 169/22 178/2 178/9 178/14 183/15 183/16
**today's** [2] 72/10 183/1
**together** [15] 15/17 16/23 39/17 47/15 54/2 79/25 94/9 101/14 101/19 133/14 135/18 174/14 174/16 175/15
**told** [5] 29/15 65/10 85/25 86/3 165/7
**toll** [1] 102/16
**Tom** [1] 139/11
**Tom Christoff** [1] 139/11
**too** [13] 11/10 30/22 62/10 68/15 87/21 93/8 105/14 111/18 139/4 139/5 160/1 173/18 177/6
**took** [2] 65/13 137/5
**tool** [3] 90/8 90/16 90/17
**tools** [1] 163/4
**top** [1] 82/9
**topic** [2] 111/3 125/6
**total** [1] 131/8
**totally** [10] 29/18 30/4 33/17 34/12 35/8 85/11 86/9 88/11 88/19 174/19
**toward** [3] 13/10 102/24 163/2
**towards** [6] 26/22 37/15 37/15 39/4 159/9 162/22
**town** [12] 11/18 18/18 21/14 21/19 31/17 47/15 63/22 84/11 126/3 131/23 155/15 155/15
**track** [2] 126/16 163/24
**tracker** [1] 121/8
**tracking** [3] 99/24 116/5 127/7
**TRACY** [1] 2/22 5/20
**tragic** [1] 110/2
**train** [1] 108/22
**trained** [8] 24/7 31/21 33/7 74/2 96/23 99/9 108/9 144/15
**trainees** [1] 97/10
**training** [116] 12/15 13/4 14/21 14/23 15/4 24/5 31/2 31/4 31/15 33/20 46/16 46/21 63/8 63/11 64/19 73/3 73/8 76/15 76/19 77/2 77/8 77/9 77/19 78/4 78/8 78/13 80/11 95/8 96/15 96/19 96/20 97/3 97/9 97/16 97/17 97/22 98/22 98/23 98/24 99/1 99/10 99/12 99/15 99/16 99/16 99/16 99/17 99/18 99/18 99/24 101/6 101/13 101/19 101/20 105/5 105/7 106/10 106/11 106/12 106/14 108/10 108/12 108/15 108/15 108/18 108/21 108/24 109/5 109/7 109/10 110/18 111/17 111/19 113/6 114/12 116/15 116/21 116/22 117/6 117/14 117/21 117/25 118/4 118/5 118/7 118/7 118/8 118/9 118/10 118/14 118/18 118/20 118/21 119/3 119/7 119/11 119/12 120/2 120/4 120/5 120/8 120/13 121/21 122/25 125/22 139/14 143/6 143/19 152/18 158/19 161/12 161/14 161/17 163/10 167/12 175/3
**trainings** [1] 101/17
**transcript** [3] 1/13 184/7 184/8
**transfer** [1] 105/18
**transfers** [1] 122/6
**transform** [1] 86/9
**transformation** [4] 32/5 32/23 79/14 152/19
**translated** [1] 117/25
**translation** [1] 122/22
**transparency** [5] 72/18 73/9 131/7 150/16 151/2
**transparent** [2] 127/19 170/2
**transport** [1] 106/25
**transporting** [1] 110/11
**trauma** [1] 144/7
**traumatic** [3] 59/16 132/5 132/13
**treat** [2] 60/18 67/24
**treated** [2] 35/24 35/25
**treatment** [2] 35/15 118/13
**tree** [1] 77/4
**tremendous** [8] 22/24 34/23 34/23 133/7 157/1 161/10 171/3 171/15
**tremendously** [1] 164/9

**trend** [1] 122/21
**trend** [1] 122/25
**trends** [7] 1/77/2 71/15 71/19 121/22 122/6 122/15
**triage** [3] 105/16 107/7 108/17
**trial** [3] 143/19 177/2 182/16
**Tribal** [1] 112/2
**tried** [3] 43/7 80/3 164/24
**triggers** [1] 66/12
**trouble** [1] 28/1
**troubleshoot** [1] 50/9
**troubling** [2] 84/5 84/6
**true** [4] 34/9 79/11 132/24 146/2
**truly** [2] 58/1 167/14
**trust** [18] 52/4 60/4 83/23 83/25 84/1 87/6 115/22 127/3 133/13 133/15 145/19 146/13 148/14 152/10 152/10 153/14 157/15 157/16
**truth** [1] 134/3
**try** [7] 20/14 34/16 58/25 154/19 161/7 161/20 181/11
**trying** [10] 28/25 29/2 77/4 88/24 134/12 136/23 155/10 164/20 171/1 181/10
**Tuesday** [11] 11/19 17/23 54/22 177/5 177/8 177/8 177/12 182/1 182/5 182/6 182/9 182/10 182/10
**tune** [1] 71/6
**turn** [5] 13/24 61/13 72/9 98/21 143/22
**Turning** [1] 25/23
**turnover** [8] 13/14 23/20 47/22 51/4 57/18 74/1 80/15 113/2
**Twitter** [1] 167/1
**two** [33] 7/21 11/23 21/14 23/16 29/15 30/20 30/21 30/24 31/23 44/14 49/19 50/13 55/11 55/13 56/6 57/13 59/9 59/11 60/24 61/16 81/7 99/13 100/25 104/11 104/17 111/16 118/16 143/16 164/16 165/18 171/20 175/1 177/16
**two-hour** [1] 11/23
**two-year** [1] 49/19
**type** [3] 99/7 134/3 172/17
**types** [2] 107/16 133/20
**typically** [1] 133/12

# U

**U.S** [7] 2/3 2/6 2/10 5/13 19/14 55/5 169/11
**ultimate** [2] 82/5 159/14
**ultimately** [3] 24/11 138/5 170/13
**unable** [2] 58/22 81/6
**unanimously** [1] 10/13
**unaware** [1] 138/12
**unbiased** [1] 45/2
**unconditionally** [1] 19/15
**unconflicted** [1] 45/2
**unconstitutional** [1] 61/22
**under** [24] 11/8 16/4 26/2 26/14 26/22 64/10 75/2 87/25 113/1 121/1 121/7 125/9 125/12 127/18 127/24 141/25 147/2 147/9 147/13 147/16 147/24 150/1 168/16
**undercut** [1] 65/19
**underlying** [1] 169/3
**underpinning** [1] 146/10
**understand** [20] 18/1 23/6 36/25 41/9 54/3 56/1 73/20 81/13 85/10 102/23 103/10 131/13 135/8 137/20 139/24 149/20 150/5 170/6 170/6 179/20
**understandable** [1] 110/3
**understandably** [1] 135/2
**understanding** [10] 27/2 30/22 31/1 31/3 65/18 87/24 114/2 127/10 133/24 136/12
**undue** [1] 112/11
**unequivocal** [1] 19/5
**unexpectedly** [1] 154/18
**unfilled** [1] 74/18
**unforeseen** [1] 10/16
**unfortunate** [1] 67/5
**unfortunately** [4] 36/10 44/23 140/23 140/24
**unfounded** [2] 59/13 101/24
**unified** [1] 120/14
**unincorporated** [1] 91/7
**unincorporated/other areas** [1] 91/7
**union** [2] 10/18 72/5
**uniquely** [1] 34/3

**U**

unit [20]  15/2 66/3 84/24 85/3 100/14 104/11 105/10 110/7 117/13 117/14 121/15 145/20 145/21 147/2 148/11 149/17 150/9 161/19 161/19 161/20

UNITED [60]  1/1 1/4 1/15 3/23 5/6 5/11 5/14 6/2 6/9 7/7 7/17 7/20 9/9 9/13 10/7 10/15 14/13 17/7 18/4 18/11 20/10 20/13 21/3 21/25 26/11 26/21 26/25 36/20 93/24 95/2 95/11 103/3 103/6 103/16 103/25 106/3 106/20 108/12 109/25 110/23 111/10 115/12 131/25 132/15 136/6 149/6 149/21 158/14 159/8 162/20 168/13 171/11 171/22 172/18 172/24 173/11 173/13 174/4 174/14 182/21

United States [49]  5/6 5/11 5/14 6/2 6/9 7/7 7/20 9/9 9/13 10/7 10/15 14/13 17/7 18/4 18/11 20/10 21/3 26/11 26/21 26/25 36/20 93/24 103/3 103/6 103/16 103/25 106/3 106/20 108/12 109/25 110/23 111/10 131/25 132/15 136/6 149/6 158/14 159/8 162/20 168/13 171/11 171/22 172/18 172/24 173/11 173/13 174/4 174/14 182/21

United States' [6]  7/17 20/13 21/25 95/2 95/11 149/21

United States/DOJ [1]  115/12

units [5]  97/13 104/17 104/18 121/16 122/2

Unity [1]  145/8

Unity Center [1]  145/8

universal [1]  111/14

universally [1]  66/20

unless [1]  9/7

unlikely [1]  62/19

unrest [1]  29/25

unsafe [1]  30/1

unsuccessful [1]  139/25

until [12]  11/1 21/6 30/24 33/13 81/18 94/5 157/14 166/18 175/23 178/17 179/8 183/19

unusable [1]  139/6

unverified [1]  11/12

up [67]  6/19 14/2 15/17 16/21 17/23 29/16 34/16 34/20 36/8 38/3 39/7 39/21 40/15 41/10 42/1 42/11 44/7 48/14 50/12 50/20 52/6 54/2 62/11 62/13 63/12 63/19 65/14 69/4 72/23 72/25 75/7 76/3 77/20 78/22 79/1 82/1 82/16 84/24 86/9 90/23 91/21 92/16 99/13 99/21 114/8 134/12 144/9 146/16 147/1 147/19 148/22 149/12 149/20 149/21 150/17 150/21 151/3 151/21 153/19 155/18 158/2 158/13 158/16 167/25 169/23 182/14

up-to-date [3]  39/7 63/12 158/2

update [4]  38/4 38/5 125/17 158/2

updated [5]  22/11 44/24 53/18 53/25 84/16

updating [1]  90/20

upfront [2]  115/18 118/5

upon [14]  92/9 107/18 107/19 120/5 124/24 134/15 140/11 150/23 171/25 173/17 173/18 173/20 178/1 180/14

urge [2]  60/20 169/13

urged [1]  180/14

urgent [1]  144/7

urging [1]  149/18

us [52]  28/10 32/23 39/17 39/25 40/1 40/22 44/5 46/2 46/2 46/14 46/16 46/17 46/17 46/20 46/25 47/1 47/4 48/6 48/22 54/14 68/15 69/22 77/23 79/13 79/23 79/25 83/11 88/19 88/25 90/25 92/10 111/6 114/22 131/13 133/14 134/7 134/9 134/9 134/18 135/16 137/10 138/19 139/20 148/5 148/23 148/24 152/9 153/19 162/11 177/16 182/1 182/20

USDOJ [1]  5/10

use [63]  31/18 32/11 32/21 37/22 59/12 60/9 62/9 64/2 64/5 64/17 65/24 66/11 66/14 66/15 67/20 76/18 77/13 95/8 96/8 96/17 96/19 96/24 97/13 97/15 98/4 98/7 98/10 98/14 99/19 100/17 103/8 105/5 109/20 109/25 110/12 116/11 116/14 116/17 116/20 116/21 116/24 117/5 117/7 117/13 117/23 118/23 122/1 128/12 131/19 132/12 133/14 135/13 135/13 143/6 158/19 163/8 163/19 163/20 164/6 164/18 164/20 170/23

use-of-force [12]  59/12 65/24 96/17 96/19 96/24 99/19 100/17 116/14 116/20 116/24 117/5 117/7

used [22]  33/1 35/10 59/7 97/20 97/23 103/11 109/16 119/21 128/17 132/1 133/1 141/19 141/21 142/7 142/12 143/12 143/19 147/7 164/15 164/15 164/23 170/24

useful [3]  73/10 167/16 167/17

user [1]  118/8

uses [9]  97/23 109/19 116/18 162/11 163/9 163/19 164/23 169/5 167/15

usher [1]  56/9

using [8]  20/16 59/16 60/15 64/3 64/4 64/14 122/8 128/19

utility [1]  72/4

utilization [1]  97/13

utilize [1]  144/19

utilized [2]  63/13 100/2

utilizing [3]  99/22 117/16 165/5

utmost [1]  35/11

**V**

vacancies [2]  24/3 113/5

Vadim [1]  15/5

valid [2]  63/13 169/5

validate [1]  16/14

validation [1]  10/3

valuable [1]  81/12

value [4]  52/16 90/18 98/15 98/17

values [3]  52/15 98/22 171/6

VANNIER [12]  2/14 5/24 20/5 20/6 27/5 27/10 38/15 159/19 159/21 167/23 169/16 175/25

Vannier's [1]  170/7

variables [1]  122/12

variety [4]  21/13 50/13 147/17 166/24

various [9]  46/24 47/16 55/8 110/22 111/11 111/16 123/11 124/20 127/15

vast [1]  164/4

vehicle [1]  65/13

venture [1]  39/12

verbal [1]  64/3

verse [1]  19/19

version [1]  129/11

versus [3]  5/7 6/3 59/24

vertically [1]  79/1

very [94]  8/7 8/12 8/14 15/10 16/19 17/12 18/7 22/6 22/9 27/16 27/24 28/6 28/11 28/17 28/17 33/8 36/13 37/23 38/5 38/12 42/3 46/3 46/10 50/9 51/8 51/14 51/15 51/16 52/15 52/18 52/18 67/23 68/11 69/2 72/8 77/21 78/5 79/8 83/4 83/21 84/5 84/5 85/20 87/5 87/10 90/14 91/17 92/1 92/1 93/3 102/7 103/20 109/3 113/25 114/1 114/23 115/1 119/19 126/18 131/5 140/5 148/1 152/4 155/3 155/21 156/8 156/8 156/21 157/2 158/3 164/10 164/23 164/23 165/1 165/10 166/1 167/20 167/22 171/4 171/4 171/21 172/1 172/2 172/8 172/12 173/21 173/24 175/13 175/15 176/5 176/13 183/17 183/17

vested [1]  92/6

victim [1]  46/8

victimization [1]  62/6

victimized [1]  62/21

victims [1]  62/3

video [1]  90/13

videos [2]  89/6 142/24

view [8]  72/22 87/23 88/15 91/11 103/3 103/7 179/24 179/25

viewed [1]  180/2

views [5]  20/4 87/21 140/8 153/3 172/15

vigorous [1]  13/9

violence [4]  62/6 62/8 62/12 85/3

violent [1]  107/20

visit [1]  144/21

voice [6]  12/5 48/16 50/6 77/24 131/2 148/8

voices [3]  50/13 80/12 111/12

voicing [1]  25/19

void [1]  154/19

volunteer [8]  11/9 15/15 72/23 92/1 106/12 112/15 157/11 161/15

volunteers [4]  16/10 18/8 19/13 24/4

vote [7]  66/5 73/22 75/2 75/22 91/7 149/18 149/20

Voters [9]  7/1 8/17 13/19 72/16 75/15 75/18 76/2 78/3 166/1

Voters' [1]  76/5

votes [2]  31/12 151/12

vulnerable [1]  32/20

**waiting [4]** 44/7 82/21 98/16 153/13
**wake [1]** 133/12
**walk [7]** 66/19 102/6 114/20 136/25 144/2 144/6 145/2
**walk-in [4]** 114/20 144/2 144/6 145/2
**walk-through [1]** 66/19
**walk-throughs [1]** 102/6
**walked [1]** 15/16
**walks [3]** 82/13 155/1 156/13
**want [82]** 9/11 18/25 20/15 21/16 21/19 22/2 22/5 22/11 23/6 23/19 24/9 24/18 25/24 26/5 27/13 28/22 33/15 36/19 37/2 37/2 41/16 43/24 46/7 46/9 46/12 47/7 51/9 51/21 53/13 54/2 64/8 75/20 78/2 78/24 79/22 80/7 80/18 81/12 82/1 85/17 86/6 90/19 90/25 91/15 91/23 92/4 92/17 93/17 108/3 108/4 108/5 113/16 115/15 115/18 120/18 130/14 130/15 136/5 148/7 148/7 149/23 151/25 154/20 154/25 156/13 156/19 156/24 157/5 157/6 157/23 160/2 164/6 165/13 165/25 167/6 168/20 169/25 170/20 176/21 176/22 177/14
**wanted [11]** 19/4 19/4 21/16 27/21 65/11 154/21 155/4 155/4 156/24 175/4 177/23
**wanting [1]** 156/23
**wants [1]** 58/20
**warnings [1]** 64/12
**Warren [1]** 172/22
**was [156]** 8/9 8/9 11/5 13/1 13/7 16/19 20/20 21/18 22/16 23/11 23/13 24/17 24/24 25/2 29/1 29/22 29/24 30/3 30/5 30/14 33/5 33/10 33/13 33/20 39/19 43/12 44/22 44/24 46/6 46/17 48/5 49/21 50/9 56/8 57/13 59/12 60/22 60/25 61/6 62/10 63/20 64/1 64/1 65/7 65/15 67/25 69/7 73/22 73/24 76/24 77/4 79/8 80/22 80/22 80/25 81/3 81/5 81/8 81/8 81/9 81/14 81/17 83/18 84/10 84/15 84/17 85/10 87/14 89/21 89/25 90/10 96/12 98/4 98/19 99/17 99/23 100/1 109/16 114/25 115/1 115/1 121/22 126/7 130/12 131/15 131/17 131/24 131/25 134/20 134/22 135/24 139/17 139/17 139/18 139/21 139/22 139/23 140/1 140/1 140/3 140/19 141/4 141/8 145/21 146/2 154/17 154/18 154/22 155/13 156/1 156/6 156/12 157/12 158/1 160/6 163/1 163/1 163/13 164/25 165/1 165/21 166/9 166/17 166/17 166/19 166/20 168/10 170/21 171/23 172/8 172/13 172/13 172/15 172/16 172/17 172/19 172/20 172/25 173/1 173/16 173/22 173/23 173/24 173/25 174/2 174/5 174/7 174/8 174/11 174/24 175/11 175/19 175/20 176/9 180/18
**Washington [2]** 2/12 173/4
**wasn't [6]** 50/7 174/1 174/11 175/8 175/21 177/24
**watch [2]** 39/17 40/22
**watched [2]** 15/16 82/17
**water [1]** 71/14
**way [45]** 8/7 19/10 19/11 25/10 25/12 35/20 35/24 35/25 36/10 39/21 48/15 51/3 58/14 59/6 59/23 65/12 68/15 70/19 81/9 81/20 83/14 83/15 85/22 86/13 90/15 90/17 91/2 91/5 91/15 99/5 110/5 116/4 128/4 135/10 147/18 148/18 152/11 156/3 156/4 170/19 172/1 175/14 176/25 178/10 179/17
**ways [6]** 27/25 66/4 73/12 126/1 157/14 161/23
**we [502]**
**we're [15]** 9/16 36/11 39/18 75/25 84/8 86/16 89/25 92/20 132/24 133/18 133/22 134/12 145/6 172/7 181/3
**we've [9]** 47/12 86/23 90/5 131/16 147/12 157/18 160/20 161/1 161/18
**weapon [2]** 71/25 107/21
**Weapons [1]** 98/5
**Weatheroy [1]** 14/16
**web [1]** 57/11
**website [11]** 12/6 22/11 23/9 23/9 57/4 57/5 57/15 78/13 166/25 166/25 167/4
**Wednesday [2]** 182/2 182/9
**week [7]** 28/19 124/5 175/1 177/5 177/8 177/10 182/16
**weekly [1]** 124/15
**weeks [5]** 30/20 30/21 31/23 49/9 88/8
**weigh [1]** 37/8
**weighing [1]** 91/2
**weighty [1]** 23/2
**welcome [19]** 5/17 5/25 6/3 6/4 6/5 6/22 7/4 19/1 28/12 40/15 42/4 46/1 53/24 66/12 93/20 140/12 145/14 151/20

**welcomed [1]** 148/2
**welfare [4]** 147/19 147/19
**well [47]** 6/6 10/23 17/7 19/3 22/12 22/16 28/6 28/7 28/23 30/9 34/1 41/19 44/18 47/19 48/1 48/8 57/7 76/24 87/12 93/18 93/21 97/4 100/2 102/2 106/6 106/13 109/3 114/9 124/22 129/1 130/7 131/2 133/23 136/2 144/16 145/7 147/5 147/14 148/5 155/16 161/6 164/24 170/8 170/11 171/6 173/12 176/11
**well-received [1]** 109/3
**well-structured [1]** 48/8
**wellness [3]** 70/10 70/16 78/9
**went [6]** 29/21 33/12 63/19 63/22 100/18 137/6
**were [55]** 16/23 20/16 23/2 24/3 29/24 30/1 30/2 30/13 30/14 30/16 50/8 50/12 50/25 58/11 58/11 58/12 59/8 59/12 60/24 62/20 63/23 63/25 64/16 65/16 66/5 71/16 73/23 75/13 79/12 82/14 87/17 89/12 99/9 117/2 117/17 121/12 121/15 122/23 128/7 140/20 143/4 147/10 151/3 159/25 165/16 165/17 165/23 166/5 166/6 166/8 168/13 168/20 171/13 171/20 173/12
**weren't [1]** 88/24
**what [137]** 7/14 9/5 10/6 13/9 17/18 18/23 19/7 19/21 25/2 25/18 25/18 26/10 26/21 27/22 28/17 28/24 29/1 29/21 30/2 30/3 30/12 34/2 35/17 36/5 36/11 38/4 38/5 38/7 40/19 41/4 41/6 41/9 44/10 44/13 47/2 49/2 49/10 49/22 51/13 51/14 52/15 52/17 56/3 57/9 65/15 68/8 70/4 70/17 71/18 71/19 72/5 75/11 75/11 76/25 77/23 79/11 80/2 80/7 80/8 81/8 81/21 83/5 83/19 83/20 85/1 85/22 85/25 86/2 86/5 86/13 86/16 88/23 88/25 89/3 89/9 89/19 89/24 90/5 90/7 90/11 92/3 92/9 97/17 100/19 100/22 101/2 103/4 106/5 115/1 120/20 130/4 130/4 130/9 130/25 131/8 131/10 131/11 131/15 131/24 132/19 132/23 135/2 136/22 137/18 144/3 149/3 152/7 153/8 155/2 155/2 157/5 157/17 160/1 160/17 162/16 162/16 162/21 163/4 163/25 166/5 168/8 169/11 169/12 170/3 170/7 176/10 176/17 178/1 178/6 179/25 180/22 180/25 181/2 181/8 181/12 181/18
**what's [10]** 22/15 39/25 48/18 87/21 87/23 89/18 114/6 149/4 154/3 157/25
**whatever [2]** 41/13 149/1
**Wheeler [2]** 18/17 61/4
**wheels [1]** 33/20
**when [98]** 8/10 16/23 16/24 16/25 22/13 23/1 24/23 30/2 31/9 32/2 33/16 33/19 38/8 38/17 38/17 39/8 39/21 41/21 43/15 43/16 44/17 44/18 47/25 50/12 58/9 60/12 64/1 68/21 70/7 70/10 71/19 73/17 74/15 76/24 80/17 81/8 81/14 82/18 82/18 82/19 85/2 86/1 86/10 86/16 98/14 100/10 101/15 102/4 102/7 105/17 105/19 107/20 107/21 107/22 107/24 108/1 109/23 117/10 120/6 120/21 127/5 129/14 132/6 132/8 132/10 134/22 139/19 140/18 141/13 141/14 141/24 142/1 142/2 142/4 142/7 142/13 146/9 150/19 152/12 152/23 153/11 154/18 154/25 157/16 160/7 162/6 164/8 164/12 164/15 170/20 171/19 173/6 175/11 175/24 176/9 177/19 180/1 180/13
**whenever [3]** 28/12 93/18 95/3
**where [53]** 7/19 17/3 32/19 39/6 39/9 44/17 48/4 50/8 50/19 51/6 51/9 55/12 65/16 70/15 71/18 73/18 77/4 77/25 79/4 80/8 80/9 80/9 81/9 83/6 87/24 88/5 89/17 92/25 95/22 97/9 101/4 103/11 106/21 117/22 118/21 119/7 130/8 135/11 136/16 137/1 137/3 137/24 138/14 140/14 142/18 152/24 157/15 157/17 163/21 164/19 164/22 167/13 179/1
**whereas [1]** 89/14
**whereby [1]** 142/23
**wherever [2]** 18/24 18/25
**whether [34]** 13/22 24/11 40/24 40/25 41/24 41/24 48/14 48/14 48/19 52/8 52/21 57/7 57/8 59/22 65/4 65/6 65/20 65/23 66/25 67/7 68/1 69/4 69/17 84/12 90/10 91/2 138/12 140/19 141/5 149/10 150/21 172/12 176/24 180/19
**whether the [1]** 57/8
**which [74]** 7/21 12/21 13/3 13/7 18/4 19/13 20/17 20/24 21/11 21/14 27/25 31/5 34/25 46/17 46/22 47/2 47/6 47/8 47/17 50/11 51/6 53/8 54/25 55/15 56/22 58/14 61/20 62/18 63/17 65/8 65/20 69/14 70/16 78/23 79/17 85/6 86/12 93/3 99/2 99/5 99/8 102/15 102/19 106/7 106/8 106/16 107/3 109/20 111/5 113/15 117/17 118/22 122/11 123/6 126/23 129/13 131/20 137/10 138/4 138/19 140/24 142/17 145/18 145/21 147/5 147/17 159/14 160/17 162/5 163/1 170/14 172/11 173/12 173/25
**while [13]** 19/19 24/9 28/6 30/1 30/7 32/6 35/9 55/20 59/18 61/16 112/13 141/11 146/21

**W**

**white [2]** 77/20 77/21
**who [85]** 6/4 14/21 15/11 19/9 21/18 22/9 22/21 23/3 24/4 24/6 28/9 29/14 29/25 32/14 33/10 35/7 39/22 41/15 42/14 42/14 42/20 42/21 42/23 42/24 43/2 43/6 44/4 44/22 45/3 45/5 45/18 46/13 47/3 49/20 50/1 50/20 51/15 51/25 53/8 55/7 55/10 56/9 56/10 58/12 62/13 67/2 73/14 76/21 77/10 78/7 79/4 79/5 79/5 79/13 79/22 80/15 81/4 84/3 85/24 86/9 86/19 87/3 87/4 93/7 98/19 109/1 114/3 114/9 124/12 130/10 133/4 142/8 143/4 147/13 148/21 153/25 155/1 155/7 156/13 156/13 156/18 171/6 171/12 172/15 178/4
**whole [4]** 70/5 122/22 158/25 170/19
**wholesome [1]** 95/12
**whom [2]** 15/10 82/14
**why [17]** 24/14 25/13 25/15 35/6 37/20 38/2 40/22 46/6 59/1 65/14 78/25 132/18 134/21 138/20 151/1 168/23 175/19
**wide [2]** 44/1 105/11
**will [136]** 6/22 7/3 9/23 10/7 14/22 16/13 16/24 16/25 20/6 20/14 21/8 23/10 24/20 25/5 26/13 26/20 26/21 27/20 29/6 30/23 33/8 34/1 34/12 34/16 38/17 39/9 39/9 40/2 41/20 45/9 45/15 48/19 49/12 49/19 50/24 51/8 52/13 52/23 53/2 53/9 53/17 54/1 54/2 56/18 57/18 61/7 61/16 67/1 67/2 68/23 69/2 69/14 69/22 70/12 75/20 81/16 82/15 82/16 83/25 85/5 86/2 86/9 86/12 86/18 86/25 87/2 87/7 87/7 88/7 89/3 91/5 91/9 93/15 94/3 94/5 94/13 94/14 95/7 95/9 95/17 96/5 98/4 99/23 100/6 107/16 111/1 113/18 113/19 115/3 119/11 127/4 129/24 134/19 135/15 139/8 140/7 141/11 141/12 146/23 152/5 153/9 159/3 159/21 159/24 160/9 162/5 162/8 166/14 166/21 166/22 166/23 166/24 167/3 167/4 167/7 167/15 167/17 169/8 169/8 171/25 172/4 172/5 176/4 177/4 177/4 177/6 178/5 179/1 179/15 180/11 180/15 180/15 181/12 182/23 183/12 183/19
**WILLIAMS [1]** 2/2
**willing [2]** 40/2 82/22
**win [2]** 134/18 134/18
**win/win [1]** 134/18
**window [1]** 82/10
**wisdom [2]** 36/14 172/10
**wise [2]** 172/9 176/13
**wish [6]** 7/5 11/4 27/19 37/5 82/5 124/21
**wishes [3]** 53/8 142/5 150/9
**within [9]** 21/1 40/2 91/6 95/15 99/12 121/14 123/7 147/25 163/7
**without [17]** 22/25 45/1 45/3 46/15 56/2 87/1 90/12 100/13 112/11 116/2 122/23 142/4 143/4 143/9 145/5 150/23 184/8
**witness [1]** 102/5
**witnessed [1]** 55/7
**witnesses [1]** 123/24
**Wolf [1]** 15/9
**woman [1]** 82/11
**women [12]** 7/1 8/17 13/19 72/16 75/14 75/18 75/21 76/2 76/5 78/3 92/18 165/25
**won't [4]** 29/20 52/4 52/9 129/6
**wonder [2]** 66/25 67/2
**wonderful [1]** 166/2
**wondering [1]** 114/25
**word [1]** 36/3
**words [5]** 87/12 108/7 152/3 170/23 170/24
**work [87]** 9/12 11/8 12/11 19/6 19/13 28/7 28/23 31/24 33/11 46/18 47/15 48/2 48/9 48/21 48/22 48/25 49/1 49/21 50/10 50/19 50/22 50/24 51/25 52/9 52/14 52/16 56/5 56/11 56/14 57/19 58/15 68/7 72/23 75/17 75/19 76/1 81/23 82/22 83/11 85/5 87/11 90/13 92/5 92/18 92/19 92/20 100/2 107/3 108/9 113/8 114/25 115/23 118/22 125/19 127/5 127/12 127/14 128/12 128/18 129/14 130/23 131/23 131/25 134/2 134/17 136/18 138/15 141/1 145/16 148/17 152/18 153/2 153/20 157/15 157/17 159/3 159/9 159/11 160/4 160/9 163/6 178/25 181/12 181/22 182/7 182/21 183/9
**workable [1]** 181/23
**worked [4]** 29/21 67/14 80/24 161/5
**worker [1]** 86/21
**working [24]** 14/25 16/25 19/9 21/23 30/11 31/7 33/25 34/12 37/24 39/22 48/8 58/21 72/25 81/17 86/7 86/11 120/22 127/14 127/18 127/19 156/9 162/22 176/16 181/6
**workloads [1]** 52/13
**works [8]** 13/4 77/8 86/25 104/9 105/11 147/18 152/14 182/20
**world [1]** 79/16
**worn [1]** 103/7
**worse [3]** 71/24 89/16 148/21
**worst [1]** 43/10
**worth [1]** 159/7
**would [141]** 16/11 17/9 17/10 18/5 18/17 18/19 19/8 19/18 19/22 20/1 22/18 22/20 23/3 23/3 23/4 23/8 23/17 25/8 25/18 29/4 30/12 34/25 35/6 36/7 36/8 37/6 37/10 37/20 37/23 38/1 38/2 38/23 39/5 41/25 42/5 45/14 46/14 46/22 49/8 49/22 49/25 50/15 50/25 54/10 54/18 55/3 56/23 58/14 60/16 63/12 64/17 65/3 67/10 67/13 67/14 68/13 68/16 68/17 68/19 69/5 69/8 69/16 69/18 69/19 69/20 70/5 70/7 70/19 73/20 74/20 75/2 79/2 83/11 86/5 87/20 88/15 90/25 91/1 91/4 94/2 94/4 96/15 98/21 99/9 108/9 112/22 126/21 130/23 130/24 131/12 131/19 137/8 137/12 140/10 140/13 140/16 140/19 141/3 141/5 141/7 141/9 142/16 142/17 142/22 143/23 144/3 144/6 144/13 144/20 144/24 144/24 145/1 145/4 145/11 148/14 148/17 148/22 149/11 150/11 150/11 150/17 151/2 151/10 151/11 151/25 153/25 154/1 155/4 157/18 161/24 162/11 165/11 168/22 169/13 169/21 169/23 170/4 171/22 177/7 182/1 182/25
**wouldn't [4]** 39/20 46/15 67/17 90/17
**wrap [1]** 167/25
**wrapped [1]** 58/5
**wrenching [1]** 15/11
**write [3]** 89/23 89/25 90/12
**writing [5]** 13/6 30/25 37/7 38/13 88/16
**written [14]** 8/16 8/25 17/20 21/7 57/7 69/10 69/14 75/9 88/16 89/25 136/2 150/3 157/12 183/14
**wrong [2]** 64/14 90/13
**www.portlandoregon.gov [1]** 12/7
**www.portlandoregon.gov/pccep [1]** 12/7
**Wyse [1]** 3/7

**Y**

**yeah [3]** 25/12 149/16 172/7
**year [26]** 11/20 20/10 21/2 29/19 49/19 58/5 60/5 60/22 63/21 64/1 67/15 68/22 75/20 76/8 96/6 104/16 106/19 122/16 125/13 127/23 129/11 147/9 149/16 172/7 176/24 177/2
**years [36]** 20/21 39/21 39/22 39/23 42/11 52/5 59/9 63/2 65/10 67/15 71/3 71/11 76/24 80/1 87/15 88/2 89/14 89/9 92/23 96/1 98/11 98/11 103/5 111/16 116/20 119/14 119/25 134/24 143/16 146/2 160/20 161/5 163/1 170/22 174/7 174/7
**yes [19]** 18/21 24/2 25/11 25/17 25/17 29/7 33/4 33/14 49/7 49/12 49/18 53/3 80/14 80/14 87/19 102/23 169/20 182/4 182/8
**yesterday [3]** 23/7 28/19 134/21
**yet [18]** 11/3 22/1 28/8 38/16 49/16 56/10 57/23 61/24 66/7 74/20 82/21 87/9 88/15 118/15 133/24 151/5 175/2 181/1
**yielded [1]** 97/18
**yoga [1]** 70/17
**you [331]**
**you'd [1]** 129/7
**you'll [1]** 93/18
**you're [7]** 33/4 52/25 84/12 93/20 139/1 149/14 149/14
**you've [7]** 38/4 83/21 91/16 115/8 126/20 178/12 181/8
**your [152]** 5/5 5/11 5/20 5/23 9/10 10/2 11/13 13/15 13/24 15/23 16/4 16/17 17/20 17/22 18/16 19/2 20/2 20/3 20/4 20/8 20/9 21/8 21/24 22/15 24/1 25/11 25/19 26/7 26/20 26/25 27/4 27/8 27/20 34/15 36/14 36/14 36/21 37/6 38/4 38/5 38/20 38/24 40/11 40/16 40/17 42/5 45/21 45/22 45/24 52/12 52/17 53/15 54/13 64/22 66/3 68/4 68/10 68/12 72/11 72/13 75/16 76/1 77/24 77/24 77/24 78/15 78/19 81/17 81/18 82/25 82/25 87/10 87/23 90/23 91/12 91/19 92/14 92/15 93/21 94/2 94/6 94/8 94/16 95/4 95/14 95/16 95/18 96/3 96/8 98/21 99/22 99/25 100/12 101/4 102/22 102/24 103/21 103/22 103/24 108/6 113/23 114/10 115/5 120/11 120/11 124/18 129/4 129/17 129/23 130/1 135/23 136/8 139/10 140/10 142/10 149/8 149/25 151/22 153/23 153/24 154/3 154/6 154/14 158/4 158/9 158/16 159/20 167/24 168/3 169/13 169/19 169/21 172/22 176/1 176/2 176/17 177/1 177/4 177/22 179/20 180/10 180/11 180/17 180/22 181/10 181/20 181/24 182/15 182/20 182/22 183/10

**Y**

your... **[1]** 183/14
**Your Honor [63]** 5/5 5/11 5/20 5/23 9/10 11/13 13/15 13/24
15/23 16/17 17/22 21/8 21/24 24/1 25/11 25/19 26/20 26/25
27/20 40/16 42/5 66/3 68/10 72/13 95/14 95/18 96/3 96/8 99/25
100/12 101/4 102/22 103/22 113/23 115/5 120/11 124/18 129/4
130/1 136/8 140/10 149/8 149/25 151/22 153/24 158/9 158/16
159/20 168/3 169/13 169/19 169/21 172/22 179/20 180/10
180/11 180/17 180/22 181/10 182/15 182/20 182/22 183/10
**Your Honor's [3]** 10/2 16/4 95/16
**yourself [1]** 5/9
**yous [1]** 46/12
**youth [7]** 15/3 43/18 46/8 50/23 112/19 153/2 153/3
**YouTube [1]** 155/25

**Z**

**zero [2]** 162/11 162/14
**Zingeser [4]** 54/4 76/10 76/14 78/18