TRACY REEVE, OSB# 891123
City Attorney
Email: tracy.reeve@portlandoregon.gov
DENIS M. VANNIER, OSB#044406
Deputy City Attorney
Email:  denis.vannier@portlandoregon.gov
Office of City Attorney
1221 SW 4th Avenue, Suite 430
Portland, OR 97204
Telephone: (503) 823-4047
Facsimile: (503) 823-3089
*Of Attorneys for Defendant City of Portland*

## UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## PORTLAND DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA**, | **3:12-cv-02265-SI** |
| **PLAINTIFF,** | |
| v. | **DEFENDANT CITY OF PORTLAND'S NOTICE OF WITHDRAWL** |
| **CITY OF PORTLAND,** | |
| **DEFENDANT.** | |

Pursuant to LR 83-11(b), Defendant City of Portland, hereby proves notice of withdrawal of Mark Amberg as an attorney of record for this matter.

Dated:  November 26, 2019.

Respectfully submitted,

*/s/ Tracy Reeve*
TRACY REEVE OSB # 891123
City Attorney
Email:tracy.reeve@portlandoregon.gov

Page  1  –  NOTICE OF WITHDRAWL