TRACY REEVE, OSB# 891123
City Attorney
Email: tracy.reeve@portlandoregon.gov
DENIS M. VANNIER, OSB#044406
Deputy City Attorney
Email: denis.vannier@portlandoregon.gov
Office of City Attorney
1221 SW 4th Avenue, Suite 430
Portland, OR  97204
Telephone: (503) 823-4047
Facsimile: (503) 823-3089
*Of Attorneys for Defendant City of Portland*

## UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## PORTLAND DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA**, <br><br>**PLAINTIFF,** <br><br>v. <br><br>**CITY OF PORTLAND,** <br><br>**DEFENDANT.** | Case No. 3:12-cv-02265-SI <br><br>**DEFENDANT CITY OF PORTLAND'S NOTICE OF PERIODIC COMPLIANCE REPORTS** |

Defendant, City of Portland, provides notice to the Court of attachment Exhibit A, Rosenbaum & Watson, LLP Compliance and Outcome Assessment Report of the Compliance Officer and Community Liaison (COCL): All Sections with Remaining Compliance Issues and 2019 Updates on Other Sections.

Defendant submits COCL's report pursuant to the Settlement Agreement.

Dated:  November 26, 2019.

                                                        Respectfully submitted,

                                                        */s/ Tracy Reeve*
                                                        TRACY REEVE OSB # 891123
                                                        City Attorney
                                                        Email: tracy.reeve@portlandoregon.gov
                                                        Of Attorneys for Defendant

Page  1 – DEFENDANT CITY OF PORTLAND'S NOTICE OF PERIODIC COMPLIANCE REPORTS

PORTLAND CITY ATTORNEY'S OFFICE
1221 SW 4TH AVENUE, RM 430
PORTLAND, OREGON 97204
PHONE: (503) 823-4047
FAX: (503) 823-3089