IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **UNITED STATES OF AMERICA**, <br><br> Plaintiff, <br><br> v. <br><br> **CITY OF PORTLAND**, <br><br> Defendant. | Case No. 3:12-cv-02265-SI <br><br> **ORDER AUTHORIZING ASL INTERPRETERS** |

**Michael H. Simon, District Judge.**

At the request of the Plainitff, the Court is authorizing the services of two ASL Interpreters for a spectator at the Status Conference set for February 25, 2020 at 9:00AM in Portland, Courtroom 15B, before Judge Michael H. Simon.

**IT IS SO ORDERED.**

DATED this 29th day of January, 2020.

                                               /s/ *Michael H. Simon* <br>
                                               Michael H. Simon <br>
                                               United States District Judge