TRACY REEVE, OSB# 891123
City Attorney
Email: tracy.reeve@portlandoregon.gov
DENIS M. VANNIER, OSB#044406
Senior Deputy City Attorney
Email:  denis.vannier@portlandoregon.gov
Office of City Attorney
1221 SW 4th Avenue, Suite 430
Portland, OR  97204
Telephone: (503) 823-4047
Facsimile: (503) 823-3089
        *Of Attorneys for Defendant City of Portland*

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## PORTLAND DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA**, | Case No. 3:12-cv-02265-SI |
| **PLAINTIFF,** | **DECLARATION OF TRACY REEVE** |
| v. | |
| **CITY OF PORTLAND,** | |
| **DEFENDANT.** | |

I, Tracy Reeve, being first duly sworn, do depose and say:

1.I am the City Attorney for the defendant City of Portland, Oregon in the above-entitled matter.

2.I make this declaration in support of the City of Portland's Third Memorandum Updating Status of Portland Committee on Community-Engaged Policing in Support of Final Approval of Settlement Agreement Amendments to Sections IX and X.

3.Attached hereto as Exhibit 1 is a true and correct copy of the current PCCEP Plan, as amended by the Portland City Council on December 18, 2019, by Resolution No. 37470 (Approve Further Amendments to the Plan for the Portland Committee on Community-Engaged Policing).

Page  1 – DECLARATION OF TRACY REEVE

      I hereby declare that the above statement is true to the best of my knowledge and belief, and that I understand it is made for use as evidence in court and is subject to penalty for perjury pursuant to 28 U.S.C. § 1746.

      Dated:  February 18, 2020.

                                      Respectfully submitted,

                                      */s/ Tracy Reeve*
                                      TRACY REEVE, OSB # 891123
                                      City Attorney
                                      Email: tracy.reeve@portlandoregon.gov
                                      Of Attorneys for Defendant

Page  2 – DECLARATION OF TRACY REEVE