**BILLY J. WILLIAMS, OSB #901366**
United States Attorney
**RENATA GOWIE, OSB #175273**
Civil Division Chief
**JARED D. HAGER, WSB #38961**
Assistant United States Attorney
U.S. Attorney's Office for the District of Oregon
1000 SW Third Avenue, Suite 600
Portland, Oregon 97204-2902
Phone: 503.727.1120
Email: jared.hager@usdoj.gov

**ERIC DREIBAND**
Assistant Attorney General
**STEVEN H. ROSENBAUM**
Special Litigation Section Chief
**LAURA L. COWALL**
Deputy Chief
**R. JONAS GEISSLER**
Trial Attorney
U.S. Department of Justice, Civil Rights Division
950 Pennsylvania Ave., NW
Washington, D.C. 20530
Phone: 202.514.6255
Email: jonas.geissler@usdoj.gov
    Attorneys for the United States

### UNITED STATES DISTRICT COURT

### DISTRICT OF OREGON

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | Case No. 3:12-cv-02265-SI |
| Plaintiff, | |
| v. | JOINT MOTION FOR ORDER SETTING AGENDA FOR INTERIM STATUS CONFERENCE/CONTINUED HEARING ON JOINT STIPULATED MOTION TO ENTER AMENDED SETTLEMENT AGREEMENT |
| **CITY OF PORTLAND,** | |
| Defendant. | |

The United States ("USA"), the City of Portland ("City"), Intervenor Portland Police Association ("PPA"), Enhanced Amicus Albina Ministerial Alliance Coalition for Justice and Police Reform ("AMAC"), and Amicus Mental Health Alliance ("MHA"), jointly propose the following agenda (exclusive of any questions and discussion the Court may have) for the Interim Status Conference/Continued Hearing on Parties Joint Stipulated Motion to Enter Amended Settlement Agreement (ECF 157) set for 9:00 a.m. on Tuesday, February 25, 2020.

| Time | Item |
|---|---|
| 9:00 a.m. | Court's Introductory Remarks (10 minutes) |
| 9:10 a.m. | USA Presentation (10 minutes) |
| 9:20 a.m. | City Presentation (10 minutes) |
| 9:30 a.m. | PPA Presentation (10 minutes) |
| 9:40 a.m. | Compliance Officer Presentation (10 minutes) |
| 9:50 a.m. | AMAC Presentation (20 minutes) |
| 10:10 a.m. | MHA Presentation (20 minutes) |
| 10:30 a.m. | PCCEP Presentation (20 minutes) |
| 10:50 a.m. | Break (10 minutes) |
| 11:00 a.m. | Public Comment (defer to the Court on timing) |
| TBD | Court's Closing Remarks (10 minutes) |

Dated this 21st day of February, 2020.

Respectfully submitted,

| FOR THE UNITED STATES: | |
|---|---|
| BILLY J. WILLIAMS<br>United States Attorney<br>District of Oregon | ERIC DREIBAND<br>Assistant Attorney General<br>Civil Rights Division |
| RENATA A. GOWIE<br>Chief, Civil Division | STEVEN H. ROSENBAUM<br>Chief, Special Litigation Section |
| /s/ Jared D. Hager<br>JARED D. HAGER<br>Assistant U.S. Attorney | LAURA L. COWALL<br>Deputy Chief |
| | /s/ R. Jonas Geissler<br>R. JONAS GEISSLER<br>Trial Attorney |

FOR THE CITY OF PORTLAND:

/s/ Tracy Pool Reeve
TRACY POOL REEVE
City Attorney

FOR THE PORTLAND POLICE ASSOCIATION:

/s/ Anil S. Karia
ANIL S. KARIA
Attorney for Intervenor PPA

FOR THE ALBINA MINISTERIAL ALLIANCE COALITION FOR JUSTICE AND POLICE REFORM:

| /s/ J. Ashlee Albies | /s/ Kristen Chambers |
|---|---|
| J. ASHLEE ALBIES | KRISTEN CHAMBERS |
| Attorney for Enhanced Amicus AMAC | Attorney for Enhanced Amicus AMAC |

FOR THE MENTAL HEALTH ALLIANCE:

/s/ Juan Chavez
JUAN CHAVEZ
Attorney for Amicus MHA