**Franz H. Bruggemeier**, OSB # 163533
Email: fbruggemeier@ojrc.info
Oregon Justice Resource Center
PO Box 5248
Portland, OR 97208
Telephone: 503-944-2270
Facsimile: 971-275-1839
 Of Attorneys for *Amicus Curiae* Mental Health Alliance

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON
PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>CITY OF PORTLAND,<br><br>　　　　　Defendant. | Case No. 3:12-cv-02265<br><br>Notice of Attorney Appearance |

　　　　NOTICE IS HEREBY GIVEN that Franz Bruggemeier, OSB No. 163533, of the law firm Oregon Justice Resource Center, telephone number 503-944-2270 ext 204, facsimile number (971) 275-1839, and email addresses fbruggemeier@ojrc.info are associated as counsels of record for *Amicus Curiae* Mental Health Alliance in this matter. Please include Franz Bruggemeier on all future court notices, pleadings, memoranda, correspondence, and other papers regarding this matter and direct them to my office, located at PO Box 5248, Portland, OR 97208.

　　　DATED: February 24, 2020

　　　　　　　　　　　　　　　　　　　　　　　　　　　*/s/ Franz H. Bruggemeier*

　　　　　　　　　　　　　　　　　　　　　　　　　　　Franz H. Bruggemeier
　　　　　　　　　　　　　　　　　　　　　　　　　　　OSB #163533
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Attorney for Amicus Curiae
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Mental Health Alliance