TRACY REEVE, OSB# 891123
City Attorney
Email: tracy.reeve@portlandoregon.gov
HEIDI K. BROWN, OSB # 922410
Chief Deputy City Attorney
Email: heidi.brown@portlandoregon.gov
DENIS M. VANNIER, OSB#044406
Deputy City Attorney
Email: denis.vannier@portlandoregon.gov
Office of City Attorney
1221 SW 4th Avenue, Suite 430
Portland, OR  97204
Telephone: (503) 823-4047
Facsimile: (503) 823-3089
*Of Attorneys for Defendant City of Portland*

## UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## PORTLAND DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA**, <br><br> **PLAINTIFF,** <br><br> v. <br><br> **CITY OF PORTLAND,** <br><br> **DEFENDANT.** | Case No. 3:12-cv-02265-SI <br><br> **DEFENDANT CITY OF PORTLAND'S NOTICE OF PERIODIC COMPLIANCE REPORTS** |

Defendant, City of Portland, provides notice to the Court of attachments Exhibit A, Rosenbaum & Watson, LLP Compliance and Outcome Assessment Report of the Compliance Officer and Community Liaison (COCL): Quarter 2 Updates and Analysis (April – June 2020); and Exhibit B, Rosenbaum & Watson, LLP Compliance and Outcome Assessment Report of the Compliance Officer and Community Liaison (COCL): Quarter 3 Updates and Analysis (July – September 2020).  Defendant submits COCL reports pursuant to the Settlement Agreement.

Dated:  December 8, 2020.

Respectfully submitted,

*/s/ Tracy Reeve*
TRACY REEVE OSB # 891123
City Attorney
Email: tracy.reeve@portlandoregon.gov
Of Attorneys for Defendant

Page  1 – DEFENDANT CITY OF PORTLAND'S NOTICE OF PERIODIC COMPLIANCE REPORTS

PORTLAND CITY ATTORNEY'S OFFICE
1221 SW 4TH AVENUE, RM 430
PORTLAND, OREGON 97204
TELEPHONE: (503) 823-4047
FAX: (503) 823-3089