HEIDI K. BROWN, OSB # 922410
Chief Deputy City Attorney
Email: heidi.brown@portlandoregon.gov
DENIS M. VANNIER, OSB#044406
Deputy City Attorney
Email:  denis.vannier@portlandoregon.gov
Office of City Attorney
1221 SW 4th Avenue, Suite 430
Portland, OR 97204
Telephone: (503) 823-4047
Facsimile: (503) 823-3089
*Of Attorneys for Defendant City of Portland*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF OREGON**

**PORTLAND DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA**, | 3:12-cv-02265-SI |
| **PLAINTIFF,** | |
| v. | **DEFENDANT CITY OF PORTLAND'S NOTICE OF WITHDRAWL** |
| **CITY OF PORTLAND,** | |
| **DEFENDANT.** | |

Pursuant to LR 83-11(b), Defendant City of Portland, hereby proves notice of withdrawal of Tracy Reeve as an attorney of record for this matter.

Dated:  January 26, 2021.

                                                          Respectfully submitted,

                                                         */s/ Heidi K. Brown*
                                                         HEIDI K. BROWN, OSB # 922410
                                                         Chief Deputy City Attorney
                                                         Email: heidi.brown@portlandoregon.gov