ANIL S. KARIA, OSB No. 063902
E-mail: anil@pslglawyers.com
Public Safety Labor Group
3021 NE Broadway
Portland, OR  97232
Telephone:  866-486-5556
Facsimile:  866-401-2201
    Attorney for Intervenor-Defendant
    Portland Police Association

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>    Plaintiff,<br><br>    v.<br><br>**THE CITY OF PORTLAND,**<br><br>    Defendant. | Civil Case No. 3:12-CV-02265-SI<br><br>**INTERVENOR-DEFENDANT PORTLAND POLICE ASSOCIATION'S RESPONSE TO COURT ORDER REGARDING 2021 SCHEDULING AND REQUESTING COMMENTS** |

    Intervenor-Defendant Portland Police Association (PPA) submits this response to the Court's Order Regarding 2021 Scheduling and Requesting Comments, dated January 12, 2021 (Docket No. 227).

The PPA respectfully:

1.      Joins in Defendant City of Portland's request to reschedule the February 25, 2021 annual status conference to mid-June 2021, which may be held virtually if COVID restrictions prohibit an in-person status conference;

2.      Requests that the rescheduled annual status conference not be held the week of June 21, 2021 to accommodate the undersigned counsel's scheduling conflicts; and

3.      Requests that a scheduling conference be held in early June 2021 to discuss the format for the in-person or virtual annual status conference.

DATED this 26th day of January, 2021.

                                              PUBLIC SAFETY LABOR GROUP

                                              By: *s/ Anil S. Karia*
                                              ANIL S. KARIA, OSB No. 063902
                                              3021 NE Broadway
                                              Portland, OR  97232
                                              E-mail: anil@pslglawyers.com
                                              Telephone:  866-486-5556
                                              Facsimile:  866-401-2201
                                                          Attorneys for Intervenor-Defendant
                                                          Portland Police Association

Page 2 – INTERVENOR-DEFENDANT PORTLAND POLICE ASSOCIATION'S RESPONSE
      TO COURT ORDER REGARDING 2021 SCHEDULING AND REQUESTING
      COMMENTS