**BILLY J. WILLIAMS, OSB #901366**
United States Attorney
**RENATA A. GOWIE, OSB#175273**
Chief, Civil Division
**JARED D. HAGER, WSB #38961**
Assistant U.S. Attorney
U.S. Attorney's Office for the District of Oregon
1000 SW Third Avenue, Suite 600
Portland, Oregon 97204-2902
Phone: 503.727.1120
Email: jared.hager@usdoj.gov

**GREGORY B. FRIEL**
Deputy Assistant Attorney General
**STEVEN H. ROSENBAUM**
Chief, Special Litigation Section
**LAURA L. COWALL**
Deputy Chief
**R. JONAS GEISSLER**
Trial Attorney
U.S. Department of Justice, Civil Rights Division
950 Pennsylvania Ave., NW
Washington, D.C. 20530
Phone: 202.514.6255
Email: jonas.geissler@usdoj.gov
    Attorneys for the United States

## UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | Case No. 3:12-cv-02265-SI |
| Plaintiff, | |
| v. | PLAINTIFF'S RESPONSE TO THE COURT'S ORDER REGARDING 2021 SCHEDULING |
| **CITY OF PORTLAND,** | |
| Defendant. | |

Page 1 – Response to the Court's Order Regarding 2021 Scheduling

Plaintiff United States respectfully submits this response to the Court's request for comments on scheduling in its January 12, 2021, Order Regarding 2021 Scheduling Conference. ECF 227.

The United States does not oppose the Court rescheduling the February 25 in-person hearing to the summer or fall, as public health conditions permit. As suggested by the Court, DOJ does not anticipate requesting termination of the Agreement in February. *See* ECF 171, Am. Settlement Agreement, ¶ 175 (establishing prerequisites for termination).

DOJ is preparing its fifth periodic compliance assessment report and plans to file it with the Court in February, even if the in-person hearing is postponed. After filing its report with the Court, DOJ intends to follow past practice and present its compliance assessment to the Portland Committee on Community Engaged Policing at a monthly public meeting.

In addition, DOJ sees value in holding a virtual hearing on February 25, 2021, regarding DOJ's forthcoming compliance assessment report, in addition to an in-person hearing in the summer or fall. This would afford the opportunity for contemporaneous consideration of the report.

Dated this 26th day of January, 2021.

| | |
|---|---|
| BILLY J. WILLIAMS<br>United States Attorney<br>District of Oregon<br><br>RENATA A. GOWIE<br>Chief, Civil Division<br><br>*/s/ Jared D. Hager*<br>JARED D. HAGER<br>Assistant U.S. Attorney | GREGORY B. FRIEL<br>Deputy Assistant Attorney General<br>United States Department of Justice<br>Civil Rights Division<br><br>STEVEN H. ROSENBAUM<br>Chief, Special Litigation Section<br><br>*/s/ Laura L. Cowall*<br>LAURA L. COWALL<br>Deputy Chief<br><br>*/s/ R. Jonas Geissler*<br>R. JONAS GEISSLER<br>Trial Attorney |