**J. ASHLEE ALBIES, OSB #051846**
ashlee@albiesstark.com
ALBIES & STARK, LLC
1 SW Columbia Street, Ste. 1850
Portland, Oregon  97204
Phone:   (503) 308.4770
Fax:       (503) 427.9292

**KRISTEN CHAMBERS, OSB#130882**
kristen@prism-legal.com
PRISM LEGAL LLC
3519 NE 15th Ave., Ste. 424
Portland, OR 97212
Phone:   (503) 809-0902

**JUAN C. CHAVEZ**, OSB #136428
jchavez@ojrc.info
**FRANZ H. BRUGGEMEIER**, OSB #163533
fbruggemeier@ojrc.info
OREGON JUSTICE RESOURCE CENTER
PO Box 5248
Portland, OR 97208
Phone:   (503) 944.2270

*Of Attorneys for Amici AMA Coalition for Justice and Police Reform and Mental Health Association of Oregon*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　Plaintiff,<br><br>v.<br><br>CITY OF PORTLAND,<br><br>　　Defendant. | Case No. 3:12-cv-02265-SI<br><br>ENHANCED AMICUS ALBINA MINISTERIAL ALLIANCE COALITION FOR JUSTICE AND POLICE REFORM AND AMICUS MENTAL HEALTH ALLIANCE OF OREGON'S JOINT RESPONSE TO THE COURT'S 1/12/21 ORDER REGARDING 2021 SCHEDULING |

At the Court's invitation, Dkt. # 227, Enhanced Amicus the Albina Ministerial Alliance Coalition for Justice and Police Reform ("AMAC") and Amicus Mental Health Alliance of Oregon ("MHA"), collectively "Amici," submit the following joint position on the Court's 1/12/21 scheduling order.

As an initial matter, Amici note that Portland voters recently passed a police oversight ballot measure by over 80% that will replace the Independent Police Review. AMAC and MHA strongly urge the U.S. Department of Justice, the Portland Police Association, and the City of Portland to support implementation of the ballot measure, and not use the Settlement Agreement to avoid implementation of the will of Portland voters.

Secondly, Amici inform the Court that, at this juncture, the Court's directive to the parties at February 2020 hearing to collectively determine metrics for PCCEP success has not yet been fulfilled. AMAC and MHA collaborated on and drafted a series of metrics to determine PCCEP success; these metrics are guidelines rather than mandates. Amici presented these metrics to the U. S. Department of Justice, who deferred to the City, and to the City, who largely deferred to the PCCEP. PCCEP considered the metrics at its September 2020 meeting and ultimately voted not to vote on whether to adopt the metrics. Amici will continue to work on objective criteria to assess the PCCEP's success. Moreover, Amici intend to file more substantive status reports in the coming months.

/ / /

/ / /

/ / /

/ / /

/ / /

PAGE 2 –  AMAC AND MHA'S JOINT RESPONSE TO THE COURT'S 1/12/21 ORDER
REGARDING 2021 SCHEDULING

Finally, Amici support the Court's stated intent to move the status hearing to summer or Fall of 2021, as Amici value in-person hearings, but would support remote hearings if the time comes and an in-person hearing is not feasible.

DATED: January 26, 2021

Respectfully Submitted,

*s/ J. Ashlee Albies*
J. Ashlee Albies, OSB #051846
ashlee@albiesstark.com
Kristen Chambers, OSB #130882
kristen@prism-legal.com

*s/ Juan Chavez*
Juan Chavez, OSB #136428
jchavez@ojrc.info
Franz Bruggemeier, OSB #163533
fbruggemeier@ojrc.info