**J. ASHLEE ALBIES, OSB #051846**
ashlee@albiesstark.com
ALBIES & STARK, LLC
1 SW Columbia Street, Ste. 1850
Portland, Oregon  97204
Phone:   (503) 308.4770
Fax:        (503) 427.9292

**KRISTEN CHAMBERS, OSB#130882**
kristen@prism-legal.com
PRISM LEGAL LLC
3519 NE 15th Ave., Ste. 424
Portland, OR 97212
Phone:   (503) 809-0902

*Of Attorneys for Enhanced Amici AMA Coalition for Justice and Police Reform*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>v.<br><br>CITY OF PORTLAND,<br><br>  Defendant. | Case No. 3:12-cv-02265-SI<br><br>NOTICE OF CHANGE OF ADDRESS |

      Notice is hereby given that Kristen A. Chambers, counsel for *Amici AMA Coalition for Justice and Police Reform,* has changed her contact information to the following:

        PRISM LEGAL LLC
        3519 NE 15th Ave. 424
        Portland, OR 97212
        Phone:(503) 809-0902
        Email:kristen@prism-legal.com

DATED: February 1, 2021

PAGE 1 –   NOTICE OF CHANGE OF ADDRESS

Respectfully Submitted,

*s/ Kristen A. Chambers*
Kristen Chambers, OSB #130882
kristen@prism-legal.com

PAGE 2 –  NOTICE OF CHANGE OF ADDRESS