HEIDI K. BROWN, OSB # 922410
Chief Deputy City Attorney
Email: heidi.brown@portlandoregon.gov
DENIS M. VANNIER, OSB#044406
Deputy City Attorney
Email:  denis.vannier@portlandoregon.gov
Office of City Attorney
1221 SW 4th Avenue, Suite 430
Portland, OR 97204
Telephone: (503) 823-4047
Facsimile: (503) 823-3089
*Of Attorneys for Defendant City of Portland*

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## PORTLAND DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA**, **PLAINTIFF,** v. **CITY OF PORTLAND,** **DEFENDANT.** | 3:12-cv-02265-SI **DEFENDANT CITY OF PORTLAND'S SUPPLEMENTAL RESPONSE TO THE COURT ORDER REGARDING 2021 SCHEDULING AND REQUESTING COMMENTS** |

The City of Portland submits the letter, attached hereto as Exhibit A, in supplemental response to the Court Order Regarding 2021 Scheduling and Requesting Comments (ECF 227).

Dated:  February 9, 2021.

                                                            Respectfully submitted,

                                                            */s/ Heidi K. Brown*
                                                            HEIDI K. BROWN, OSB # 922410
                                                           Chief Deputy City Attorney
                                                           Email: heidi.brown@portlandoregon.gov

Page  1 –   DEFENDANT CITY OF PORTLAND'S SUPPLEMENTAL RESPONSE TO THE COURT ORDER REGARDING 2021 SCHEDULING AND REQUESTING COMMENTS

PORTLAND CITY ATTORNEY'S OFFICE
1221 SW 4TH AVENUE, RM 430
PORTLAND, OREGON 97204
TELEPHONE: (503) 823-4047
FAX: (503) 823-3089