ANIL S. KARIA, OSB No. 063902
E-mail: anil@pslglawyers.com
Public Safety Labor Group
P.O. Box 12070
Portland, OR  97212
Telephone:  866-486-5556
Facsimile:  866-401-2201
   Attorney for Intervenor-Defendant
   Portland Police Association

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | Civil Case No. 3:12-CV-02265-SI |
| Plaintiff, | |
| | **NOTICE OF CHANGE OF ADDRESS** |
| v. | |
| **THE CITY OF PORTLAND,** | |
| Defendant. | |

Notice is hereby given that Anil S. Karia, counsel for Intervenor-Defendant Portland Police Association, has changed his mailing address to the following:

   Anil S. Karia
   Public Safety Labor Group
   P.O. Box 12070
   Portland, OR  97212
   E-mail: anil@pslglawyers.com
   Telephone:  866-486-5556
   Facsimile:  866-401-2201

DATED this 12th day of February, 2021.

PUBLIC SAFETY LABOR GROUP


By: *s/ Anil S. Karia*

ANIL S. KARIA, OSB No. 063902
P.O. Box 12070
Portland, OR  97212
E-mail: anil@pslglawyers.com
Telephone:  866-486-5556
Facsimile:  866-401-2201
Attorneys for Intervenor-Defendant
Portland Police Association