HEIDI K. BROWN, OSB # 922410
Chief Deputy City Attorney
Email: heidi.brown@portlandoregon.gov
DENIS M. VANNIER, OSB#044406
Deputy City Attorney
Email: denis.vannier@portlandoregon.gov
Office of City Attorney
1221 SW 4th Avenue, Suite 430
Portland, OR  97204
Telephone: (503) 823-4047
Facsimile: (503) 823-3089
*Of Attorneys for Defendant*

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## PORTLAND DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA**, <br><br>**PLAINTIFF,** <br><br>v. <br><br>**CITY OF PORTLAND,** <br><br>**DEFENDANT.** | Case No. 3:12-cv-02265-SI <br><br> **DEFENDANT CITY OF PORTLAND'S NOTICE OF PERIODIC COMPLIANCE REPORTS** |

Defendant, City of Portland, provides notice to the Court of attachment Exhibit A, Rosenbaum & Watson, LLP Compliance and Outcome Assessment Report of the Compliance Officer and Community Liaison (COCL): Quarter 4 Updates and Analysis (October – December 2020).  Defendant submits the COCL report pursuant to the Settlement Agreement.

Dated:  March 25, 2021.

Respectfully submitted,

*/s/ Heidi K. Brown*
HEIDI K. BROWN, OSB # 922410
Chief Deputy City Attorney
Email: heidi.brown@portlandoregon.gov
Of Attorneys for Defendant

Page  1 – DEFENDANT CITY OF PORTLAND'S NOTICE OF PERIODIC COMPLIANCE REPORTS

PORTLAND CITY ATTORNEY'S OFFICE
1221 SW 4TH AVENUE, RM 430
PORTLAND, OREGON 97204
TELEPHONE: (503) 823-4047
FAX: (503) 823-3089