**SCOTT ERIK ASPHAUG, OSB #833674**
Acting United States Attorney
**RENATA A. GOWIE, OSB#175273**
Civil Division Chief
**JARED D. HAGER, WSB #38961**
Assistant United States Attorney
U.S. Attorney's Office for the District of Oregon
1000 SW Third Avenue, Suite 600
Portland, Oregon 97204-2902
Phone: 503.727.1120
Email: jared.hager@usdoj.gov

**KRISTEN CLARKE**
Assistant Attorney General
**STEVEN H. ROSENBAUM**
Special Litigation Section Chief
**LAURA L. COWALL**
Deputy Chief
**R. JONAS GEISSLER**
Trial Attorney
U.S. Department of Justice, Civil Rights Division
950 Pennsylvania Ave., NW
Washington, D.C. 20530
Phone: 202.514.6255
Email: jonas.geissler@usdoj.gov
    Attorneys for the United States

## UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | Case No. 3:12-cv-02265-SI |
| Plaintiff, | |
| v. | JOINT MOTION FOR ORDER SETTING AGENDA FOR INTERIM STATUS CONFERENCE |
| **CITY OF PORTLAND,** | |
| Defendant. | |

Page 1      Joint Motion for Order Setting Agenda

The United States ("USA"), the City of Portland ("City"), Intervenor Portland Police Association ("PPA"), Enhanced Amicus Albina Ministerial Alliance Coalition for Justice and Police Reform ("AMAC"), and Amicus Mental Health Alliance ("MHA"), jointly propose the following agenda (exclusive of any questions and discussion the Court may have) for the next Interim Status Conference set for 9:00 a.m. on Tuesday, August 24, 2021.

| Time | Item |
|---|---|
| 9:00 a.m. | Court's Introductory Remarks (15 minutes) |
| 9:15 a.m. | USA Presentation (30 minutes) |
| 9:45 a.m. | Compliance Officer Presentation (20 minutes) |
| 10:05 a.m. | City Presentation (30 minutes) |
| 10:35 a.m. | PPA Presentation (30 minutes) |
| 11:05 a.m. | Break (15 minutes) |
| 11:20 a.m. | AMAC Presentation (20 minutes) |
| 11:40 a.m. | MHA Presentation (20 minutes) |
| 12:00 p.m. | PCCEP Members Presentation (30 minutes) |
| 12:30 p.m. | Lunch Break (60 minutes) |
| 1:30 p.m. | Public Comment (120 minutes, to be extended if necessary) |
| 3:30 p.m. | Court's Closing Remarks (15 minutes) |

Dated this 16th day of August, 2021.

Respectfully submitted,

| FOR THE UNITED STATES: | |
|---|---|
| SCOTT ERIK ASPHAUG<br>Acting United States Attorney<br>District of Oregon | KRISTEN CLARKE<br>Assistant Attorney General<br>Civil Rights Division |
| RENATA A. GOWIE<br>Chief, Civil Division | STEVEN H. ROSENBAUM<br>Chief, Special Litigation Section |
| /s/ Jared D. Hager<br>JARED D. HAGER<br>Assistant U.S. Attorney | LAURA L. COWALL<br>Deputy Chief<br><br>/s/ R. Jonas Geissler<br>R. JONAS GEISSLER<br>Trial Attorney |

| FOR THE CITY OF PORTLAND: | |
|---|---|
| /s/ Robert Taylor<br>ROBERT TAYLOR<br>City Attorney | /s/ Heidi Brown<br>HEIDI BROWN<br>Chief Deputy City Attorney |

FOR THE PORTLAND POLICE ASSOCIATION:

/s/ Anil S. Karia
ANIL S. KARIA
Attorney for Intervenor PPA

FOR THE ALBINA MINISTERIAL ALLIANCE COALITION FOR JUSTICE AND POLICE REFORM:

| /s/ J. Ashlee Albies<br>J. ASHLEE ALBIES<br>Attorney for Enhanced Amicus AMAC | /s/ Kristen Chambers<br>KRISTEN CHAMBERS<br>Attorney for Enhanced Amicus AMAC |
|---|---|

| FOR THE MENTAL HEALTH ALLIANCE: | |
|---|---|
| /s/ Juan Chavez<br>JUAN CHAVEZ<br>Attorney for Amicus MHA | /s/ Franz Bruggemeier<br>FRANZ BRUGGEMEIER<br>Attorney for Amicus MHA |