IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **UNITED STATES OF AMERICA**,<br><br>    Plaintiff,<br><br>    v.<br><br>**CITY OF PORTLAND**,<br><br>    Defendant. | Case No. 3:12-cv-2265-SI<br><br>**ORDER REGARDING COVID-19 SAFETY PROTOCOLS AND SETTING AGENDA FOR INTERIM STATUS CONFERENCE** |

**Michael H. Simon, District Judge.**

    As previously scheduled, the Court will hold an interim status conference on Tuesday, August 24, 2021, at 9:00 a.m. in Courtroom 15B, with an overflow courtroom available in Courtroom 12A if needed, at the Mark O. Hatfield U. S. Courthouse, 1000 S.W. Third Avenue, Portland, Oregon. **Only fully vaccinated persons will be allowed in these courtrooms; in addition, all persons (regardless of vaccination status) must wear face shields or masks covering nose and mouth at all times while in the Courthouse, including the two courtrooms.** These requirements apply to attorneys, party and amici representatives, anyone seeking to provide public comment, and all other persons physically present in either courtroom. People also may participate or attend by telephone or, if available, video. Please contact the Courtroom Deputy, Mary Austad, by email at mary_austad@ord.uscourts.gov for further information on how to attend the status conference remotely.

Page 1 – ORDER

Court staff will have a sign-up sheet outside Courtroom 15B for those who wish to provide public comment. If a person who is not fully vaccinated wishes to provide public comment, please state your intention to participate when emailing the Courtroom Deputy to request remote call-in or login information.

The agenda for this status conference is as follows:

| Time | Agenda Item |
|---|---|
| 9:00 a.m. | Court's Introductory Remarks (15 minutes) |
| 9:15 a.m. | Plaintiff United States of America Presentation (30 minutes) |
| 9:45 a.m. | Compliance Officer Presentation (20 minutes) |
| 10:05 a.m. | Defendant City of Portland Presentation (30 minutes) |
| 10:35 a.m. | Intervenor Portland Police Association Presentation (25 minutes) |
| 11:00 a.m. | Break (15 minutes) |
| 11:15 a.m. | Enhanced Amicus Albina Ministerial Alliance Coalition for Justice and Police Reform Presentation (25 minutes) |
| 11:40 a.m. | Amicus Mental Health Alliance Presentation (25 minutes) |
| 12:05 p.m. | Portland Committee on Community Engaged Policing Members' Presentation (25 minutes) |
| 12:30 p.m. | Lunch Break (60 minutes) |
| 1:30 p.m. | Public Comment (120 minutes; may be extended, if necessary) |
| TBD | Mid-afternoon break (15 minutes) |
| 3:30 p.m. | Court's Closing Remarks (15 minutes) |

**IT IS SO ORDERED.**

DATED this 17th day of August, 2021.

/s/ *Michael H. Simon*
Michael H. Simon
United States District Judge