Amicus Metrics For PCCEP Success
Working Draft Revised 5/13/20

<u>DIVERSITY</u>

1. Measure success of use of diversified cultures by checking with various communities, particularly communities of color, to be sure they know what PCCEP is and what it does, including contacting the following organizations at least once per year and including them on the PCCEP's regular mailing list:
    a. Disability Rights Oregon
    b. NAMI Oregon
    c. NAMI Multnomah County
    d. Folktime
    e. Northstar Clubhouse
    f. AMHSAAC
    g. PSU RRI - clients not staff
    h. CAP - clients not staff
    i. Dual Diagnosis Anonymous
    j. Street Roots
    k. OHSU Department of Psychiatry - clients not staff
    l. Central City Concern - clients not staff
    m. Cascadia - clients not staff
    n. Lifeworks NW - clients not staff
    o. Portland Rescue Mission
    p. OFSN
    q. Outside In
    r. New Avenues for Youth
    s. Portland DBT - clients not staff
    t. Oregon Recovers
    u. Fourth Dimension
    v. Portland Alano
    w. North Portland Alano
    x. Miracles Club
    y. MAAPPs
    z. Quest Center - clients not staff
    aa. Mental Health Association of Portland
    bb. Q Center - clients not staff
    cc. SMYRC
    dd. Dougy Center
    ee. ILR
    ff. Brain Injury Alliance
    gg. ARC of Oregon
    hh. William Temple House
    ii. Jewish Family and Children Services
    jj. NARA NW
    kk. Conexiones

Exhibit 1
Page 1 of 5

Amicus Metrics For PCCEP Success
Working Draft Revised 5/13/20

- ll. Janus
- mm. Transition Projects
- nn. Communities of Color
- oo. APANO
- pp. Urban League
- qq. NAACP
- rr. Coalition of Black Men
- ss. Avel Gordly Center clients
- tt. NAYA
- uu. Lines for Life
- vv. Muslim Education Trust
- ww. Community Alliance of Tenants
- xx. Familias in Accion
- yy. SEI
- zz. POIC – Portland Opportunities Industrialization center
- aaa. Hacienda
- bbb. Voz
- ccc. Interfaith Movement for Immigrant Justice

2. Add questions about the PCCEP to all community surveys regarding the police, including their understanding of what the PCCEP is, what it does, whether they think the PCCEP is working.

3. Include a variety of age, race, gender, ethnic groups, sexual orientation, ability, skills and lived experience of mental illness and/or addiction among PCCEP members.

PUBLIC ACCESS

1. Public disclosure and review of PCCEP budget line items including staff, food, space rental, advertising and subcommittees.

2. All PCCEP meetings open to the public and recorded and posted on Youtube and Facebook.

3. Public testimony taken before every PCCEP vote and opportunity for subcommittees to consider modifying each proposal after receiving public testimony before PCCEP votes

4. Public forums 3-4 times a year to include PCCEP sharing its goals and reviewing progress of police reforms with substantial community feedback. Per the PCCEP plan these forums should include reports from the COCL (and/or their successors): an annual presentation plan, semi-annual progress report, and year-end report.

COMMUNITY INVOLVEMENT

Exhibit 1
Page 2 of 5

Amicus Metrics For PCCEP Success
Working Draft Revised 5/13/20

1. Announce meetings at least 3 weeks in advance broadly to mass media and community calendars/community media outlets (Asian Report, the Skanner, the Observer, El Hispanic News)and 1 week reminders

2. Consistent meeting locations rotating on a predictable schedule between a few different geographical/building type locations

3. Conduct community surveys using tools appropriate for the targeted populations that are meaningfully diverse and inclusive of communities of color and people with disabilities including people with lived experience of mental illness and / or addiction who are at risk of police force. Use representatives of those target populations to develop relevant inquiries and surveys strategies.  Hold focus groups in target communities to develop culturally-relevant inquiries and conduct surveys in diverse neighborhoods with a variety of inclusive ways to participate.

4. Encourage community engagement as reflected by: a minimum of 2/3 of the attendees of PCCEP meetings consisting of different communities and individuals (including people of different ages, races, genders, ethnic groups, sexual orientation, abilities, skills and mental health experiences) who are not officials or staff; prohibiting officers from bringing guns to meetings; reducing the number of staff and officials to only those persons who are necessary for PCCEP'S agenda; and offering a variety of ways to participate in meetings, including invitations to and mechanisms for collecting feedback from community members in written form and via private conversations.

5. Invest in community organizers (i.e. community relations coordinator) to engage people with mental illness and/or addiction and communities of color. Staff hired as administrators and PCCEP members can get guidance from a hired coordinator/organizer on outreach/engagement

MEMBER RETENTION

1. Conduct formal recorded exit interviews with each departing PCCEP member asking what worked well, what did not work well, and how the City can be more supportive of members with barriers to meaningful participation and report results and action plan for addressing issues raised to City Council and community during regular semi-annual reporting.

2. Develop and implement an initial orientation and training curriculum that is consistent and comprehensive in collaboration with MHA and AMAC.

3. Create, and make available to PCCEP members at the initial training and thereafter, formal forms and a variety of alternate methods, including anonymous, for PCCEP members to explicitly request accommodations and solutions to barriers to each member's meaningful participation in the PCCEP.

4. Provide ongoing internal training so that PCCEP members have the relevant historical knowledge and practical knowledge that enables them to effectively perform their duties, which includes: For instance,

Exhibit 1
Page 3 of 5

allocate time requested by community organizations to present at trainings. Trainings each quarter with a variety of content that pertains directly to PCCEP's work so that members get hands-on training on how to perform their duties and engage the community (e.g. When they are looking at a directive, what does community policing mean?/Participating in a walk-along with a retired police officer who is familiar with a particular neighborhood).

5. Retain at least 50% of PCCEP members for a full year.

6. Keep an adequate pool of PCCEP alternates to maintain at least two persons with lived experience of mental illness on the PCCEP and no less than one person with lived experience of mental illness at all times.

7. Provide staff support with either professional or lived experience of mental illness for those persons. (could be community organizer's responsibility).


MONITORING PCCEP AFTER COCL IS GONE

1. PCCEP presents reports on status of PCCEP goals and metrics, perception of changes in policing, and a review of actual PPB reforms, and City presents reports on actions taken in prior 6 months to address issues raised by PCCEP or community and plan of action for correction during next 6 month period to city council and community semi-annually with opportunity for public testimony; notice of hearing and written reports from PCCEP and City distributed community-wide at least 3 weeks in advance with a 1 week reminder

2. PCCEP meets with community groups listed in PCCEP founding documents at least once per year. (Office of Neighborhood Involvement (and/or District Coalitions), Coalition of Communities of Color, and ONI's Diverse Civic Leadership partners, AMAC, Portland Commission on Disabilities, the Human Rights Commission, and New Portlander Policy Commission)

3. Maintain active list of available trained alternates so quorum is always met.

4. Subcommittees make recommendations to the general body at least 2-3 times a year.  If the recommendation is not adopted, PCCEP provides a written response

5. Create a comprehensive governance for all parts of the PCCEP so there is consistency in how subcommittees and PCCEP operate, how recommendations are presented and agenda items prioritized, including educating PCCEP on and implementing parliamentary procedure.

6. Work with Auditor's office, which shall conduct annual comprehensive review of implementation of settlement agreement and assessment of use of force incidents and disproportionate policing against people with mental illness, perceived mental illness, and/or people of color, changes to community

Exhibit 1
Page 4 of 5

Amicus Metrics For PCCEP Success
Working Draft Revised 5/13/20

relationship with police with report to city council and community during one of the semi-annual reports to city council.

PCCEP WORK PRODUCT

1. PCCEP develops metrics to measure possible bias in police stops in conjunction with presentation of annual stops data report at general PCCEP meeting after initial review in the Racial Equity subcommittee."

2. PCCEP makes recommendations on PPB Directives at least 3-4 times a year.

3. PCCEP assesses implementation of the Settlement Agreement and any future reforms at least annually.

4. PCCEP reports to City Council and community (see "Monitoring after COCL is gone" #1).

Exhibit 1
Page 5 of 5