


about 300 in development across the US and Canada

San Francisco, Anchorage, Denver, Rochester, Aurora, Albuquerque, Chicago, Philadelphia, Columbus, Toronto to name a few



