Honorable Judge Simon,

## On Anonymity

Following your last hearing on 8-24, leaders amongst the far left and some of the lawyers in your court room held a Twitter Spaces meeting summarizing what happened and put out a call to identify anyone by name who provided testimony. These intimidation tactics have become common place amongst those who wish to abolish police, prisons or radically change the American justice system. For this reason, I'm asking you keep my name private in order to avoid the types of anonymous retaliatory attacks we've seen visited upon Mayor Wheeler(physical assault), Commissioner Dan Ryan(property damage) and Dr. Peter Boghossian(employment/character attack). **Redacted by Court Order**, I simply do not need these areas of my life to be negatively impacted by a desire to pre-censor and punish others for speaking on politics in a public forum.

## Violent Protests and Obligatory Police Response

Any American who believes their society can be regenerated by small factions, burning, looting or causing violence as it was once regenerated before during The Boston Tea Party of 1773, leading into the start of the American Revolutionary War is living in a world of fantasy. That is to say, the violence required to establish a Democracy does not entail perpetual violence within a Democracy. Portland has endured over 150 nights of "Tea Parties" in which idealogues pelt the police with rocks, fireworks/mortars, Molotov cocktails, lasers, paint balloons, feces and other weapons. Their direct-action events spread beyond the Multnomah County Justice Center and into Hawthorn, Burnside, Sandy, Mississippi, Pearl and Alphabet districts. These neighborhoods are hardly beacons of systematic oppression and if one where to walk around them they would find many signs and symbols supporting positive social change.

Such societal change however is slow and personal. It cannot be done at the behest of an angry mob who are willing to debase morals and social contracts. Such petty tyrants preaching destruction have nibbled away piece-by-piece at the foundation of civil society and those who choose who protect and serve their community. I am relying on those representing the City of Portland to understand that such events have ill-considered the personal and psychological harm done unto those whom it proports to be helping. Yet, I have consistently found some of the individuals representing the city in this legal case one step away from radical activism so I want to unequivocally say; these radicals do not represent me and I reject them as spokespersons on my behalf. I do not believe in unrestrained destruction no matter how righteous the cause. The attached detailed cartoon map of Portland on fire proudly displays their lawlessness and shows why police had a societal and constitutional obligation to respond. Source: https://www.wweek.com/arts/visual-arts/2021/06/30/a-local-artist-illustrated-portlands-year-of-protest-heres-their-guide-to-some-of-the-most-important-scenes/

I believe a good police officer's worst enemy is a bad cop. However, it is not the job of the police to be the best bare-knuckled boxer in a fight. I've seen many cases where Portland police responded in proportion to the threat yet others seem to hold the opinion that any police response is excessive force. These views cannot be reconciled. I stand with our police who are the only legal barrier between such a lawless, immoral populism and our constitution.

**Identity redacted by Court Order**