ROBERT TAYLOR, OSB #044287
City Attorney
Email: robert.taylor@portlandoregon.gov
HEIDI BROWN, OSB #922410
Chief Deputy City Attorney
Email: heidi.brown@portlandoregon.gov
DENIS M. VANNIER, OSB #044406
Senior Deputy City Attorney
Email: denis.vannier@portlandoregon.gov
Office of City Attorney
1221 SW 4th Avenue, Suite 430
Portland, OR 97204
Telephone: (503) 823-4047
Facsimile: (503) 823-3089
*Of Attorneys for Defendant City of Portland*

## UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## PORTLAND DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA**, | **Case No. 3:12-cv-02265-SI** |
| **PLAINTIFF,** | |
| v. | **DEFENDANT CITY OF PORTLAND'S NOTICE OF APPEARANCE** |
| **CITY OF PORTLAND,** | |
| **DEFENDANT.** | |

COMES NOW the Office of City Attorney, City of Portland, by and through the

undersigned to enter appearance of Counsel on behalf of defendant City of Portland in the above-

captioned case.

     Dated:  September 17, 2021

          Respectfully submitted,

          */s/ Robert Taylor*
          ROBERT TAYLOR, OSB #044287
          City Attorney
          Email: robert.taylor@portlandoregon.gov
          Of Attorneys for Defendant

Page  1 – NOTICE OF APPEARANCE