**SCOTT ERIK ASPHAUG, OSB #833674**
Acting United States Attorney
**RENATA A. GOWIE, OSB #175273**
Civil Division Chief
**JARED D. HAGER, WSB #38961**
Assistant United States Attorney
U.S. Attorney's Office for the District of Oregon
1000 SW Third Avenue, Suite 600
Portland, Oregon 97204-2902
Phone: 503.727.1120
Email: jared.hager@usdoj.gov

**KRISTEN CLARKE**
Assistant Attorney General
**STEVEN H. ROSENBAUM**
Special Litigation Section Chief
**LAURA L. COWALL**
Deputy Chief
**R. JONAS GEISSLER**
Trial Attorney
U.S. Department of Justice, Civil Rights Division
950 Pennsylvania Ave., NW
Washington, D.C. 20530
Phone: 202.514.6255
Email: jonas.geissler@usdoj.gov
    Attorneys for the United States

## UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | Case No. 3:12-cv-02265-SI |
| Plaintiff, | |
| v. | JOINT MOTION FOR FINAL APPROVAL OF CONDITIONALLY APPROVED AMENDMENTS TO THE SETTLEMENT AGREEMENT |
| **CITY OF PORTLAND,** | |
| Defendant. | |

**Page 1    Joint Motion for Final Approval of Conditionally Approved Amendments**

Plaintiff the United States, Defendant the City of Portland (City), Intervenor Portland Police Association (PPA) (collectively, the Stipulators), jointly move this Court for final approval of conditionally approved amendments to Sections IX and X of the Amended Settlement Agreement, which was previously entered in this matter.  ECF No. 171.  A proposed stipulated Order is attached as Exhibit 1.  *See* LR 5-9(c)(1).

Paragraph 184 of the Amended Settlement enables the parties to "jointly stipulate to make changes, modifications, and amendments to this Agreement, which shall be effective, absent further action by the Court, 45 days after a joint motion has been filed with the Court." ECF No. 171.  Since being conditionally approved on May 15, 2018, the amendments related to community engagement and oversight have been subject to extensive further evaluation by the Court, including at hearings held on October 4, 2018, June 6, 2019, February 25, 2020, and August 24, 2021.  *See* ECF No. 191; ECF No. 206; ECF No. 222; ECF No. 249.

In addition, the conditionally approved amendments are fair, adequate, and reasonable changes from the original terms.  *See United States v. Oregon*, 913 F.2d 576, 586 (9th Cir. 1990). The United States, the City, and the PPA support final approval of the amendments.  Similarly, as a path going forward for implementation of the goals of the Amended Settlement Agreement and beyond, Enhanced *Amicus Curiae* the Albina Ministerial Alliance Coalition for Justice and Police Reform does not object to final approval of the conditionally approved amendments.[1]

---

[1] *Amicus Curiae* Mental Health Alliance takes no position on the relief sought but expresses concern that the amendment does not include the qualitative and quantitative metrics contemplated by the Court in previous hearings.

**Page 2    Joint Motion for Final Approval of Conditionally Approved Amendments**

The Stipulators ask the Court to enter the Amended Settlement Agreement, which is attached as Exhibit 2, as an Order of the Court superseding the version previously entered in this matter.  ECF No. 171.

Dated this 21st day of September, 2021.

Respectfully submitted,

FOR THE UNITED STATES:

SCOTT ERIK ASPHAUG                    KRISTEN CLARKE
Acting United States Attorney          Assistant Attorney General
District of Oregon                     Civil Rights Division

RENATA A. GOWIE                       STEVEN H. ROSENBAUM
Chief, Civil Division                  Chief, Special Litigation Section

/s/ Jared D. Hager                    LAURA L. COWALL
JARED D. HAGER                        Deputy Chief
Assistant U.S. Attorney

                                       /s/ R. Jonas Geissler
                                       R. JONAS GEISSLER
                                       Trial Attorney

FOR THE CITY OF PORTLAND:

/s/ Robert Taylor                     /s/ Heidi Brown
ROBERT TAYLOR                         HEIDI BROWN
City Attorney                         Chief Deputy City Attorney

FOR THE PORTLAND POLICE ASSOCIATION:

/s/ Anil S. Karia
ANIL S. KARIA
Attorney for Intervenor PPA

FOR THE ALBINA MINISTERIAL ALLIANCE COALITION FOR JUSTICE AND POLICE REFORM:

/s/ J. Ashlee Albies                  /s/ Kristen Chambers
J. ASHLEE ALBIES                      KRISTEN CHAMBERS
Attorney for Enhanced Amicus AMAC     Attorney for Enhanced Amicus AMAC

**Page 3    Joint Motion for Final Approval of Conditionally Approved Amendments**