**SCOTT ERIK ASPHAUG, OSB #833674**
Acting United States Attorney
**RENATA A. GOWIE, OSB #175273**
Civil Division Chief
**JARED D. HAGER, WSB #38961**
Assistant United States Attorney
U.S. Attorney's Office for the District of Oregon
1000 SW Third Ave., Suite 600
Portland, Oregon 97204-2902
Phone: 503.727.1120
Email:  jared.hager@usdoj.gov

**KRISTEN CLARKE**
Assistant Attorney General
Civil Rights Division
**STEVEN H. ROSENBAUM**
Chief
**LAURA L. COWALL**
Deputy Chief
**R. JONAS GEISSLER**
Trial Attorney
Special Litigation Section
Civil Rights Division
U.S. Department of Justice
950 Pennsylvania Ave., NW
Washington, D.C.  20530
Phone: 202.514.6255
Fax:     202.514.4883
     Attorneys  for Plaintiff United States

# UNITED STATES DISTRICT COURT

# DISTRICT OF OREGON

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>Plaintiff,<br><br>v.<br><br>**THE CITY OF PORTLAND,**<br><br>Defendant. | Case No. 3:12-cv-02265-SI<br><br>JOINT STATUS REPORT FOLLOWING MEDIATION PURSUANT TO PARAGRAPH 182 |

Page 1     Joint Status Report Following Mediation

Plaintiff United States of America and Defendant City of Portland (City) jointly submit this status report following mediation pursuant to Paragraph 182 of the Amended Settlement Agreement (Agreement), previously entered in this matter (ECF No. 262).

On September 8, September 24, October 6, October 13, and October 20, the United States and the City met in mediation, along with the Intervenor-Defendant Portland Police Association (PPA, the Enhanced Amicus Curiae Albina Ministerial Alliance Coalition for Justice and Police Reform (AMAC), and Amicus Curiae Mental Health Alliance (MHA). *See* ECF Nos. 256, 263, 266, 267, 268. United States Magistrate Judge Stacie Beckerman facilitated the mediation.

In advance of the Court's status conference set for November 9, 2021, the United States and the City hereby advise the Court and the public of the mediation's outcome, consisting of proposed amendments to add new Section XI – Addendum of Additional Remedies to the Agreement. The proposed Section XI contains eight paragraphs, numbered 188 to 195, which identify actions the City will take to resolve compliance concerns raised by the United States.[1] The United States has approved the terms of the proposed amendments. A formal joint motion to amend the Agreement cannot be filed with the Court until the City approves the proposed amendments, as required by Paragraph 184. We have been advised that the PPA will not object to the proposed amendments.

The United States and the City understand that after we file a joint motion to amend the Agreement, the Court would hold a fairness hearing to determine whether Section XI is fair, adequate, and reasonable. The City anticipates City Council will vote on the amendments in early December, after which the parties would immediately file a joint motion to amend the Agreement. We will be prepared to discuss potential dates for a fairness hearing at the Court's status conference on November 9, 2021.

---

[1] The proposed Section XI is attached as Exhibit 1.

**Page 2**   **Joint Status Report Following Mediation**

DATED: November 8, 2021.

Respectfully submitted,

FOR THE UNITED STATES:

SCOTT ERIK ASPHAUG
Acting United States Attorney
District of Oregon

RENATA A. GOWIE
Civil Division Chief

/s/ Jared D. Hager
JARED D. HAGER
Assistant U.S. Attorney

KRISTEN CLARKE
Assistant Attorney General
Civil Rights Division

STEVEN H. ROSENBAUM
Special Litigation Section Chief

/s/ Laura L. Cowall
LAURA L. COWALL
Deputy Chief

/s/ R. Jonas Geissler
R. JONAS GEISSLER
Trial Attorney

FOR THE CITY OF PORTLAND:

/s/ Robert Taylor
ROBERT TAYLOR
City Attorney

/s/ Heidi Brown
HEIDI BROWN
Chief Deputy City Attorney