**SCOTT ERIK ASPHAUG, OSB #833674**
United States Attorney
**RENATA A. GOWIE, OSB #175273**
Civil Division Chief
**JARED D. HAGER, WSB #38961**
Assistant United States Attorney
U.S. Attorney's Office for the District of Oregon
1000 SW Third Ave., Suite 600
Portland, Oregon 97204-2902
Phone: 503.727.1120
Email: jared.hager@usdoj.gov

**KRISTEN CLARKE**
Assistant Attorney General
Civil Rights Division
**STEVEN H. ROSENBAUM**
Chief
**LAURA L. COWALL**
Deputy Chief
**R. JONAS GEISSLER**
Trial Attorney
Special Litigation Section
Civil Rights Division
U.S. Department of Justice
950 Pennsylvania Ave., NW
Washington, D.C. 20530
Phone: 202.514.6255
Fax:     202.514.4883
     Attorneys for Plaintiff United States

# UNITED STATES DISTRICT COURT

# DISTRICT OF OREGON

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | Case No. 3:12-cv-02265-SI |
| Plaintiff, | |
| v. | JOINT STATUS REPORT FOLLOWING MEDIATION PURSUANT TO PARAGRAPH 182 |
| **THE CITY OF PORTLAND,** | |
| Defendant. | |

Page 1     Joint Status Report Following Mediation

Plaintiff United States of America (United States) and Defendant City of Portland (City) jointly submit this status report following mediation to resolve the United States' notice of the City's noncompliance with the Amended Settlement Agreement (Agreement), previously entered in this matter (ECF No. 262). The mediation was conducted pursuant to Paragraph 182 of the Agreement.

Between September and December 2021, United States Magistrate Judge Stacie Beckerman facilitated mediation between the United States and the City, along with the Intervenor-Defendant Portland Police Association (PPA), Enhanced Amicus Curiae the Albina Ministerial Alliance Coalition for Justice and Police Reform (AMAC), and Amicus Curiae the Mental Health Alliance (MHA). *See* ECF Nos. 256, 263, 266, 267, 268, 272.

The United States and the City hereby advise the Court of the mediation's proposed outcome, consisting of proposed amendments to add new Section XI – Addendum of Additional Remedies to the Agreement. The proposed Section XI contains eight paragraphs, numbered 188 to 195, which identify actions the City will take to resolve compliance concerns raised by the United States.[1] The PPA has advised that it will not object to the proposed amendments.

The City anticipates the City Council will schedule a public hearing on the proposed amendments for January 26, 2022. If the City Council thereafter approves the proposed amendments, as required by Paragraph 184 of the Agreement, the Parties promptly will file a joint motion to amend the Agreement. The AMAC and the MHA have advised that they do not object to the Parties having no further mediation sessions and the Court scheduling a fairness hearing to consider the proposed amendments. We anticipate asking the Court to schedule that fairness hearing at the Court's earliest convenience. If approved by the Parties and adopted by the Court, this proposed Section XI would resolve the United States' pending notice of the City's noncompliance with the Agreement.

---

[1] The proposed Section XI is attached as Exhibit 1.

**Page 2      Joint Status Report Following Mediation**

DATED: January 10, 2022.

Respectfully submitted,

**FOR THE UNITED STATES:**

SCOTT ERIK ASPHAUG
United States Attorney
District of Oregon

RENATA A. GOWIE
Civil Division Chief

/s/ Jared D. Hager
JARED D. HAGER
Assistant U.S. Attorney

KRISTEN CLARKE
Assistant Attorney General
Civil Rights Division

STEVEN H. ROSENBAUM
Special Litigation Section Chief

/s/ Laura L. Cowall
LAURA L. COWALL
Deputy Chief

/s/ R. Jonas Geissler
R. JONAS GEISSLER
Trial Attorney

**FOR THE CITY OF PORTLAND:**

/s/ Robert Taylor
ROBERT TAYLOR
City Attorney

/s/ Vamshi Reddy
VAMSHI REDDY
Deputy City Attorney

/s/ Heidi Brown
HEIDI BROWN
Chief Deputy City Attorney

/s/ Sarah Ames
SARAH AMES
Deputy City Attorney