ROBERT TAYLOR, OSB #044287
City Attorney
Email: robert.taylor@portlandoregon.gov
HEIDI BROWN, OSB #922410
Chief Deputy City Attorney
Email: heidi.brown@portlandoregon.gov
SREEVAMSHI REDDY, OSB #140560
Deputy City Attorney
Email: vamshi.reddy@portlandoregon.gov
Office of City Attorney
1221 SW 4th Avenue, Suite 430
Portland, OR 97204
Telephone: (503) 823-4047
Facsimile: (503) 823-3089
*Of Attorneys for Defendant City of Portland*

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## PORTLAND DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA**, | Case No. 3:12-cv-02265-SI |
| **PLAINTIFF,** | |
| v. | **DEFENDANT CITY OF PORTLAND'S NOTICE OF APPEARANCE** |
| **CITY OF PORTLAND,** | |
| **DEFENDANT.** | |

COMES NOW the Office of City Attorney, City of Portland, by and through the undersigned to enter appearance of Counsel on behalf of defendant City of Portland in the above-captioned case.

Dated: April 8, 2022

                                                    Respectfully submitted,

                                                  */s/ SreeVamshi C. Reddy*
                                                  SREEVAMSHI C. REDDY, OSB #140560
                                                  Deputy City Attorney
                                                  Email: vamshi.reddy@portlandoregon.gov
                                                  Of Attorneys for Defendant

Page 1 – NOTICE OF APPEARANCE

PORTLAND CITY ATTORNEY'S OFFICE
1221 SW 4TH AVENUE, RM 430
PORTLAND, OREGON 97204
PHONE: (503) 823-4047
FAX: (503) 823-3089