IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **UNITED STATES OF AMERICA**,<br><br>         Plaintiff,<br><br>    v.<br><br>**CITY OF PORTLAND**,<br><br>         Defendant. | Case No. 3:12-cv-2265-SI<br><br>**ORDER REGARDING COVID-19 PROTOCOLS AND AVAILABILITY OF REMOTE ACCESS FOR FAIRNESS HEARING AND STATUS CONFERENCE** |

**Michael H. Simon, District Judge.**

As previously scheduled, the Court will hold a Fairness Hearing and Status Conference on Friday, April 29, 2022, at 9:00 a.m. in Courtroom 15B, with a designated overflow courtroom available if needed, at the Mark O. Hatfield U. S. Courthouse, 1000 SW Third Avenue, Portland, Oregon. **Only fully vaccinated persons will be allowed in these courtrooms; in addition, all persons (regardless of vaccination status) must wear face masks at all times while in the Courthouse, including these two courtrooms.** These requirements apply to attorneys, party and amici representatives,

Page 1 – ORDER

anyone seeking to provide public comment, and all other persons physically present in either courtroom.

Persons also may participate or attend by telephone or, if available, video conference. **Anyone who wishes to provide testimony or oral comments at the hearing by either telephone or video conference must contact the Courtroom Deputy, Mary Austad, by email at mary_austad@ord.uscourts.gov <u>not later than Friday, April 22, 2022</u>**.

**IT IS SO ORDERED.**

DATED this 12th day of April, 2022.

/s/ *Michael H. Simon*<br>Michael H. Simon<br>United States District Judge