**SCOTT ERIK ASPHAUG, OSB #833674**
United States Attorney
**RENATA A. GOWIE, OSB #175273**
Civil Division Chief
**JARED D. HAGER, WSB #38961**
Assistant United States Attorney
U.S. Attorney's Office for the District of Oregon
1000 SW Third Ave., Suite 600
Portland, Oregon 97204
Phone: 503.727.1120
Email: jared.hager@usdoj.gov

**KRISTEN CLARKE**
Assistant Attorney General
Civil Rights Division
**STEVEN H. ROSENBAUM**
Chief
**LAURA L. COWALL**
Deputy Chief
**R. JONAS GEISSLER**
Trial Attorney
Special Litigation Section
Civil Rights Division
U.S. Department of Justice
950 Pennsylvania Ave., NW
Washington, D.C. 20530
Phone: 202.514.6255
Fax: 202.514.4883
    Attorneys for Plaintiff United States

# UNITED STATES DISTRICT COURT

# DISTRICT OF OREGON

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | Case No. 3:12-cv-02265-SI |
| Plaintiff, | |
| v. | JOINT MOTION FOR ORDER SETTING AGENDA FOR FAIRNESS HEARING |
| **CITY OF PORTLAND,** | |
| Defendant. | |

Page 1   Joint Motion for Order Setting Agenda for Fairness Hearing

The United States of America (USA), the City of Portland (City), Intervenor Portland Police Association (PPA), Enhanced Amicus Albina Ministerial Alliance Coalition for Justice and Police Reform (AMAC), and Amicus Mental Health Alliance (MHA) jointly move the Court to set the following agenda for the Fairness Hearing on the Unopposed Motion to Amend the Amended Settlement Agreement set for Friday, April 29, 2022 (ECF No. 277).

| Time | Agenda Item |
|---|---|
| 9:00 a.m. | Court's Introductory Remarks (10 minutes) |
| 9:10 a.m. | USA Remarks (10 minutes) |
| 9:20 a.m. | City Remarks (10 minutes) |
| 9:30 a.m. | PPA Remarks (10 minutes) |
| 9:40 a.m. | AMAC Remarks (10 minutes) |
| 9:50 a.m. | MHA Remarks (10 minutes) |
| 10:00 a.m. | COCL Remarks (10 minutes) |
| 10:10 a.m. | PCCEP Member Remarks (20 minutes) |
| 10:30 a.m. | Break (15 minutes) |
| 10:45 a.m. | Public Remarks (2 hours) |
| 12:45 p.m. | Lunch (1 hour) |
| 1:45 p.m. | Public Remarks (2 hours) |
| 3:45 p.m. | Court's closing remarks (15 minutes) |
| 4:00 p.m. | Adjourn |

If the allotted time is insufficient to allow the Court to receive oral remarks from members of the public at the Fairness Hearing, the Parties defer to the Court's view on whether, in that case, to take additional oral remarks at the end of the day or via written and/or video-recorded statements submitted to the Court within a reasonable time after the Hearing.

**Page 2   Joint Motion for Order Setting Agenda for Fairness Hearing**

Respectfully submitted this 21st day of April, 2022.

| FOR THE UNITED STATES: | |
|---|---|
| SCOTT ERIK ASPHAUG<br>United States Attorney<br>District of Oregon | KRISTEN CLARKE<br>Assistant Attorney General<br>Civil Rights Division |
| RENATA A. GOWIE<br>Chief, Civil Division | STEVEN H. ROSENBAUM<br>Chief, Special Litigation Section |
| /s/ Jared D. Hager<br>JARED D. HAGER<br>Assistant U.S. Attorney | /s/ Laura L. Cowall<br>LAURA L. COWALL<br>Deputy Chief |
| | /s/ R. Jonas Geissler<br>R. JONAS GEISSLER<br>Trial Attorney |

| FOR THE CITY OF PORTLAND: | |
|---|---|
| /s/ Robert Taylor<br>ROBERT TAYLOR<br>City Attorney | /s/ Vamshi Reddy<br>VAMSHI REDDY<br>Deputy City Attorney |
| /s/ Heidi Brown<br>HEIDI BROWN<br>Chief Deputy City Attorney | /s/ Sarah Ames<br>SARAH AMES<br>Deputy City Attorney |

| FOR THE PPA: |
|---|
| /s/ Anil S. Karia<br>ANIL S. KARIA<br>Attorney for Intervenor PPA |

| FOR THE AMAC: | FOR THE AMAC: |
|---|---|
| /s/ J. Ashlee Albies<br>J. ASHLEE ALBIES<br>Attorney for Enhanced Amicus AMAC | /s/ Kristen Chambers<br>KRISTEN CHAMBERS<br>Attorney for Enhanced Amicus AMAC |

| FOR THE MHA: | |
|---|---|
| /s/ Juan Chavez<br>JUAN CHAVEZ<br>Attorney for Amicus MHA | /s/ Franz Bruggemeier<br>FRANZ BRUGGEMEIER<br>Attorney for Amicus MHA |