**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF OREGON**

| | |
|---|---|
| **UNITED STATES OF AMERICA**, <br><br> Plaintiff, <br><br> v. <br><br> **CITY OF PORTLAND**, <br><br> Defendant. | Case No. 3:12-cv-02265-SI <br><br> **ORDER SETTING AGENDA FOR JULY 2022 INTERIM STATUS CONFERENCE** |

**Michael H. Simon, District Judge.**

The Court sets the following agenda and time limitations for the interim status conference to be held on Wednesday, July 27, 2022.

| | | |
|---|---|---|
| 9:00 a.m. | Court's Introductory Remarks | 5 minutes |
| 9:05 a.m. | USA Presentation | 20 minutes |
| 9:25 a.m. | City Presentation | 20 minutes |
| 9:45 a.m. | PPA Presentation | 10 minutes |
| 9:55 a.m. | AMAC Presentation | 10 minutes |
| 10:05 a.m. | MHA Presentation | 10 minutes |
| 10:15 a.m. | PCCEP Presentation | 10 minutes |

| | | |
|---|---|---|
| 10:25 a.m. | Break | 15 minutes |
| 10:40 a.m. | Compliance Officer Presentation | 10 minutes |
| 10:50 a.m. | Public Comments | 20 minutes |

        a.   Dan Handelman   5 minutes
        b.   Barbara Bochinski   5 minutes
        c.   Marc Poris   5 minutes

| | | |
|---|---|---|
| 11:10 a.m. | Concluding Comments<br>(Court, USA, City, PPA, AMAC, MHA) | 20 minutes |
| 11:30 a.m. | Conclude Hearing | |

**IT IS SO ORDERED.**

DATED this 26th day of July, 2022.

                                                /s/ *Michael H. Simon*
                                                Michael H. Simon
                                                United States District Judge