July 25, 2022

The Honorable Michael H Simon
US District Court
District of Oregon
Portland OR 97204

Dear Judge Simon,

Last August you raised the question with the City and the DOJ of adding a court-appointed monitor. You said "maybe to at least try to protect the progress that has been made and to prevent the slippage going forward, maybe it might be a good idea now.."

As I reviewed the DOJ's Sixth Periodic Compliance Report filed 6/30/2022, I concluded that the time for a court-appointed monitor has come. While 51 items have remained in substantial compliance, 14 items in substantial compliance in the DOJ's Fifth Periodic Compliance Report have now moved to partial compliance and none of the 12 items previously in partial compliance have moved to substantial compliance. In my view ground is being lost and the slippage you mentioned last August is occurring.

The items currently in partial compliance are in areas of particular concern including use of force, training, officer accountability and the PCCEP. The recent slippage has occurred in items 72, 74-77, 79, 81, 85, 86, 125, 126, 128, 129, 131, 137.

The community including the PPB cannot afford to lose more ground. Please move forward in appointing a court-appointed monitor.

Thank you,

Ann Brayfield

CAUTION - EXTERNAL EMAIL: This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.