**NATALIE A. WIGHT, OSB #035576**
United States Attorney
**RENATA A. GOWIE, OSB #175273**
Civil Division Chief
**JARED D. HAGER, WSB #38961**
Assistant United States Attorney
U.S. Attorney's Office for the District of Oregon
1000 SW Third Avenue, Suite 600
Portland, Oregon 97204-2936
Phone:  503.727.1120
Email:  jared.hager@usdoj.gov

**KRISTEN CLARKE**
Assistant Attorney General
**STEVEN H. ROSENBAUM**
Special Litigation Section Chief
**LAURA L. COWALL**
Deputy Chief
**R. JONAS GEISSLER**
Trial Attorney
U.S. Department of Justice, Civil Rights Division
950 Pennsylvania Ave., NW
Washington, D.C. 20530
Phone:  202.514.6255
Email:  jonas.geissler@usdoj.gov
    Attorneys for the United States

# UNITED STATES DISTRICT COURT

# DISTRICT OF OREGON

| | |
|---|---|
| **UNITED STATES OF AMERICA**, | No. 3:12-cv-02265-SI |
| Plaintiff, | |
| v. | JOINT MOTION FOR ORDER SETTING AGENDA FOR INTERIM |
| **CITY OF PORTLAND**, | STATUS CONFERENCE ON NOVEMBER 9, 2022 |
| Defendant. | |

**Page 1    Joint Motion for Order Setting Agenda**

Plaintiff United States of America (USA), Defendant City of Portland (City), Intervenor-Defendant Portland Police Association (PPA), Enhanced Amicus Curiae Albina Ministerial Alliance Coalition for Justice and Police Reform (AMAC), and Amicus Curiae Mental Health Alliance (MHA), jointly propose the following agenda (exclusive of any questions and discussion the Court may have) for the Status Conference set for Wednesday, November 9, 2022, at 9:00 a.m. in Portland, Courtroom 15B, before Judge Michael H. Simon.

| | | |
|---|---|---|
| 9:00 a.m. | Court's Introductory Remarks | (10 minutes) |
| 9:10 a.m. | USA Presentation | (10 minutes) |
| 9:20 a.m. | City Presentation | (10 minutes) |
| 9:30 a.m. | PPA Presentation | (10 minutes) |
| 9:40 a.m. | AMAC Presentation | (10 minutes) |
| 9:50 a.m. | MHA Presentation | (10 minutes) |
| 10:00 a.m. | PCCEP Presentation | (10 minutes) |
| 10:10 a.m. | Compliance Officer Presentation | (10 minutes) |
| 10:20 a.m. | Morning Break | (10 minutes) |
| 10:30 a.m. | Public Comment | (90 minutes, to be extended if necessary) |
| 12:00 p.m. | Lunch Break | (60 minutes) |
| 1:00 p.m. | Public Comment | (120 minutes, to be extended if necessary) |
| 3:00 p.m. | Court's Closing Remarks | (10 minutes) |

**Page 2    Joint Motion for Order Setting Agenda**

Respectfully submitted this 4th day of November, 2022.

FOR THE UNITED STATES:

| | |
|---|---|
| NATALIE A. WIGHT<br>United States Attorney<br>District of Oregon | KRISTEN CLARKE<br>Assistant Attorney General<br>Civil Rights Division |
| RENATA A. GOWIE<br>Chief, Civil Division | STEVEN H. ROSENBAUM<br>Chief, Special Litigation Section |
| /s/ Jared D. Hager<br>JARED D. HAGER<br>Assistant U.S. Attorney | /s/ Laura L. Cowall<br>LAURA L. COWALL<br>Deputy Chief |
| | /s/ R. Jonas Geissler<br>R. JONAS GEISSLER<br>Trial Attorney |

FOR THE CITY OF PORTLAND:

| | |
|---|---|
| /s/ Robert Taylor<br>ROBERT TAYLOR<br>City Attorney | /s/ Heidi Brown<br>HEIDI BROWN<br>Chief Deputy City Attorney |
| /s/ Vamshi Reddy<br>VAMSHI REDDY<br>Deputy City Attorney | /s/ Sarah Ames<br>SARAH AMES<br>Deputy City Attorney |

FOR THE PORTLAND POLICE ASSOCIATION:

/s/ Anil S. Karia
ANIL S. KARIA
Attorney for PPA

FOR THE ALBINA MINISTERIAL ALLIANCE COALITION FOR JUSTICE AND POLICE REFORM:

| | |
|---|---|
| /s/ J. Ashlee Albies<br>J. ASHLEE ALBIES<br>Attorney for AMAC | /s/ Kristen Chambers<br>KRISTEN CHAMBERS<br>Attorney for AMAC |

FOR THE MENTAL HEALTH ALIANCE:

| | |
|---|---|
| /s/ Juan Chavez<br>JUAN CHAVEZ<br>Attorney for MHA | /s/ Franz Bruggemeier<br>FRANZ BRUGGEMEIER<br>Attorney for MHA |

**Page 3    Joint Motion for Order Setting Agenda**