B"H

FILED 1 NOV '22 15:33 USDC-ORP

John Mauritz Hummasti

2704 SE 136th Ave.

Portland, Oregon 97236-2806

503-327-4268

johnhummasti@yahoo.com

RE: USA v. City of Portland, OR US DC No. 3:12-cv-02265-SI; AND – USA v. John Mauritz Hummasti, OR US DC No. 91-cr-120-FR (now "SI")

Clerk of the Court

Oregon US District Court

1000 SW Third Ave

Portland, Oregon 97204

RE: United States of America v. City of Portland, OR US DC No. 3:12-cv-02265-SI; AND – USA v. John Mauritz Hummasti, OR US DC No. 91-cr-120-FR (now "SI"); Assault on Rabbi Mordechai ("Yochanan") Ezra Taiblum ben Avraham de'Hurst, aka John Mauritz Hummasti; Subornation of Perjury and US Customs Informant/Contract Agent, Witness Tampering, Evidence Tampering, Privacy Act Violations and Right to Appointment of Counsel Ehud Olmert for BLANTANT and PLAINLY MANIFESTED Privacy Act Violations and 6th Amendment Representation by Counsel in USA v. Hummasti, 91-120-SI and USA v Hummasti, 97-127-JOF, and the right to rescind the settlement agreement in Hummasti v. Bell, et. al., 98-3651-JTC as set forth in the enclosed legal pleadings and supporting documents for the Right to Assistance and Representation by Counsel, Ehud Olmert and to appear by special appearance with Armed Escort by Portland, Oregon FBI Agents Craig Mueller and Richard Darko (503-460-8511) for their appearance in Hummasti's behalf and for their sworn testimony regarding Hummasti's status with the FBI and US Army and IDF as a Military Arttache to the Israeli Consulate and special advisor to Ehud Olmert, and US Marshals in State of Oregon v. John Mauritz Hummasti, Circuit Court of the State of Oregon for the County of Multnomah, Case Nos. 1545999 Assault Police Officer, x2 and 154599 Interference with Police x1, because the Portland, Oregon police have refused to provide Hummasti with law enforcement protection, or respond appropriately to Hummasti's 911 calls falsely alleging in the PPB data base that Hummasti is mentally ill and in need of civil commitment I the Oregon State Hospital … as said PPB officers stated to Hummasti flowing their assault and arrest of Hummasti on 22 September 2022 resulting in Hummasti becoming homeless in Portland Oregon in violation of the Americans With Disabilities Act and Hummasti's rights under the UCMJ and the Anglo-American Treaty of 1924 which is the Supreme Law of the Land under the United States Constitution and Oregon Law!

Please file UNDER SEAL the enclosed Motion to Intervene and Enjoin the Defendants PPB and City of Portland and the supporting Declarations and other Motions and pleadings.

Thank you for your time and attention to the above matter and the enclosed legal pleadings.

Toddah Rabbah,

Kol tov,

Mordechai Ezra Taiblum

ben Avraham de'Hurst

aka John Mauritz Hummasti