**J. ASHLEE ALBIES, OSB #051846**
E-mail: ashlee@albiesstark.com
ALBIES, STARK & GUERRIERRO
1 S.W. Columbia Street, Suite 1850
Portland, Oregon  97204
Phone:   (503) 308.4770
Fax:       (503) 427.9292

**KRISTEN CHAMBERS, OSB#130882**
kristen@prism-legal.com
PRISM LEGAL LLC
3519 NE 15th Ave., Ste. 424
Portland, OR 97212
Phone:  (503) 809-0902

*Attorney for Amicus AMA Coalition for Justice and Police Reform*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA**, <br><br> Plaintiff, <br><br> v. <br><br> **CITY OF PORTLAND**, <br><br> Defendant. | Case No. 3:12-cv-02265-SI <br><br> **NOVEMBER 2022 STATUS REPORT OF THE ALBINA MINISTERIAL ALLIANCE COALITION FOR JUSTICE AND POLICE REFORM** |

The Albina Ministerial Alliance Coalition for Justice and Police Reform ("AMA

Coalition") hereby submits its status report for the November 9, 2022, Status Conference.

### B.    INTRODUCTION

At the status conference on July 27, 2022, the Court requested updates from the City on

the status of body worn camera bargaining, the "Prayer for the Alt Knight" slide investigations,

and discussions about appointment of an independent monitor to oversee the Settlement

Agreement. As discussed below, many of the updates provide little substantive information.

## II.    AMAC ISSUES OF IMMINENT CONCERN

### A.    Body Worn Cameras

Despite a year of discussion, with community groups stressing repeatedly the importance of community engagement, neither the AMA Coalition nor the MHA have been involved in or substantively updated on the collective bargaining process and why it is taking so long. The City and the Portland Police Association remain in the bargaining process over this critical issue, but months have passed, seemingly without movement.

The AMA Coalition maintains its position that if body cameras are used by PPB, certain parameters must be met, as drafted and adopted by the AMA Coalition in 2015 and reiterated in Dkt. 288, at 3. Critically, the AMA Coalition strenuously opposes any BWC policy that allows officers to review footage before writing their reports. Body worn cameras are a tool for accountability and should be treated as such. The AMA Coalition believes a third-party Oregon company subject to Oregon law, who is not the manufacturer, nor any law enforcement entity should store the footage, to ensure access/storage and prevent tampering. The AMA Coalition strongly urges the PPA and the City to agree to policies that are consistent with the AMA Coalition's stated principles.

### B.    Long Delays of the Slide Deck Investigation

The AMA Coalition remains concerned that the two investigations in to the offensive and inaccurate training slides has not concluded. This process demonstrates the glacial pace at which the City's accountability processes operate. The City's memo indicates that only two items were under investigation: the final right-wing meme slide and the "outdated legal information." Nothing indicates that the racist nature of some of the slides is being reviewed.

### C.    Court Monitor

The parties have been discussing the potential hiring of a Court Monitor to oversee compliance with the Settlement Agreement. The AMA Coalition believes a Court Monitor is necessary and that the process should begin right away. The COCL has informed the parties that he will be resigning from his position in 2023; it is therefore essential that we move rapidly toward the job description, interview process, and budget for a Court Monitor. The AMA Coalition is eager to be a part of this process and seeks the Court's support. The AMAC reiterates that the Court Monitor should be from the Portland region and be required to interact with and take input from community members.

### D.    Training Civilian Dean

The AMA Coalition understands the City is in the process of hiring a civilian training dean and supports this role in general. However, the process is going too slowly and has not involved sufficient community input. Although the AMAC is slated to have a person on the first interview panel, other community engagement, such as a public meeting with finalists as described by the COCL, would be more meaningful. The AMA Coalition urges hiring of the new training dean no later than February 2023.

### E.    BHUAC

The AMA Coalition is concerned about the lack of community engagement by the BHUAC. Recently, the BHUAC voted that it does not have to address issues raised by the community at its quarterly public meetings. This trajectory will lead to less engagement from the community, which is the opposite of what it needs.

/ / /

/ / /

F.    **Public Safety Support Specialists**

The AMA Coalition generally supports the use of Public Safety Support Specialists, designed to reduce violent interactions between PPB and people with mental health conditions by reducing contact with armed officers who are not equipped to safely manage mental health crises. However, the Coalition is greatly concerned that, according to an item before the City Council on November 9th, such specialists will not have to pass a psychological exam, and if later hired as sworn officers, may be able to retake the psychological exam multiple times. As the Coalition has long advocated, psychological exams with a cultural awareness component are an essential screening tool to support community policing. The City's approach is inconsistent with the AMA Coalition's goals to create safety for both officers and the community.

G.    **Portland Committee on Community Engaged Policing**

The AMA Coalition remains supportive of the PCCEP and appreciates the PCCEP's community engagement. While PCCEP has made progress, there is still high turnover, inconsistent quorums at the meetings, and lack of capacity and resources to meet the requirements of some paragraphs of the Agreement. The AMA Coalition remains committed to continue to work in collaboration with the PCCEP and continues to attend PCCEP meetings and send the meeting announcements to its large email list but maintains that a community organizer for outreach and engagement is necessary to PCCEP's success.

Because of the consistently high turnover and the great deal of work the PCCEP is expected to engage with, the AMA Coalition believes that City Council should authorize PCCEP to set its own quorum based on the number of seated members which will allow them to take action instead of waiting to have full or near full participation from all members. Historically, PCCEP has struggled to maintain steady numbers at its meetings, and such an allowance would

grant the entity further flexibility. The City has pledged to fill empty seats in a timely way. If so, the worst that will happen is that the rule is never invoked, but in the meantime, allowing the seated-member quorum and filling the seats is an ideal "both-and" situation. Furthermore, the staff for the PCCEP should be supporting the PCCEP as requested but should not be taking on all tasks for the PCCEP. The AMA Coalition believes it is important for the PCCEP to be able to set its own agenda and draft its own documents.

## III.    CONCLUSION

The AMA Coalition will continue to support transformative change within the bureau that will lead to the safety of all community members and remains committed to bringing a community voice to this very important process. The AMA Coalition will continue to advocate for implementation of the Settlement Agreement and PCCEP reforms that the Coalition supports and will continue to oppose attempts to weaken or dilute the Settlement Agreement and PCCEP reforms it supports.

DATED: November 7, 2022

Respectfully submitted,

*/s/ J. Ashlee Albies*
J. Ashlee Albies, OSB # 051846
ashlee@albiesstark.com

*/s/ Kristen A. Chambers*
Kristen A. Chambers, OSB # 130882
kristen@prism-legal.com