Public Written Comment by Tia Palafox

11/04/2022

Case No: 3:12-CV-02265-SI

For November 9 status hearing

Dear Judge Michael H. Simon,

I am writing my testimony to you as a current PCCEP member since August 2021 and resident of Portland, Oregon.

I attended the online PBAC, police bureau wide advisory council meeting on 4/20/22. I learned the updates on PPB recruiting & hiring.

It is my belief that no matter how much training a police officer has, it is crucial that The City is hiring individuals, from a diverse background, including female identified and BIPOC persons. People who truly have the desire to protect & serve our community; and people who have experience working with a variety of people, hopefully with empathy.

When I heard that the PPB recruits at places such as the Redmond, OR Sportsman Show and the Military branches & events, I felt concerned. I, of course was being stereotypical, in thinking about the types of people recruited from these sites. Other areas were listed that were interesting, but not as concerning.

It is my hope that PPB is recruiting & hiring ethical people with experience or trained in diversity, equity & inclusion and human services, and that becomes a priority.

Thank you for your time.

Sincerely, Tia Palafox