# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **UNITED STATES OF AMERICA**, | Case No. 3:12-cv-2265-SI |
| Plaintiff, | |
| v. | **ORDER SETTING AGENDA FOR NOVEMBER 2022 STATUS CONFERENCE** |
| **CITY OF PORTLAND**, | |
| Defendant. | |

**Michael H. Simon, District Judge.**

The Court sets the following agenda and time limitations for the interim status conference to be held on Wednesday, November 9, 2022.

| | | |
|---|---|---|
| 9:00 a.m. | Court's Introductory Remarks | 10 minutes |
| 9:10 a.m. | USA Presentation | 10 minutes |
| 9:20 a.m. | City Presentation | 10 minutes |
| 9:30 a.m. | PPA Presentation | 10 minutes |
| 9:40 a.m. | AMAC Presentation | 10 minutes |
| 9:50 a.m. | MHA Presentation | 10 minutes |
| 10:00 a.m. | PCCEP Presentation | 10 minutes |

| | | |
|---|---|---|
| 10:10 a.m. | Compliance Officer Presentation | 10 minutes |
| 10:20 a.m. | Break | 10 minutes |
| 10:30 a.m. | Public Comments | 60 minutes |

|   |   |   |
|---|---|---|
| a. | Mayor Ted Wheeler | 5 minutes |
| b. | Commissioner Jo Ann Hardesty | 5 minutes |
| c. | Ann Campbell (PCCEP) | 5 minutes |
| d. | Byron Vaughn (PCCEP) | 5 minutes |
| e. | Portland Copwatch (Dan Handelman and others) | 5 minutes |
| f. | Ann Brayfield | 5 minutes |
| g. | Marc Poris | 5 minutes |
| h. | Jake Dockter | 5 minutes |
| i. | Other | 20 minutes |

| | | |
|---|---|---|
| 11:30 a.m. | Court Concluding Comments | 10 minutes |
| 11:40 p.m. | Conclude Hearing | |

**IT IS SO ORDERED.**

DATED this 8th day of November, 2022.

/s/ *Michael H. Simon*
Michael H. Simon
United States District Judge