# Mary Austad

**To:** Ann Brayfield
**Subject:** RE: Status conference Nov 9

**From:** Ann Brayfield <abrayfield@yahoo.com>
**Sent:** Wednesday, November 9, 2022 6:38 PM
**To:** Mary Austad <Mary_Austad@ord.uscourts.gov>
**Subject:** Re: Status conference Nov 9

Dear Judge Simon,

I look forward to addressing you at the interim status conference November 9.  I had hoped the DOJ's recent status report would provide a recommendation regarding a court-appointed monitor.  Sadly, it appears as of the status report the DOJ and City had not reached any agreement about a court-appointed monitor and planned to include this item in their October 25 mediation session.  Hopefully the DOJ will report a definitive agreement on this item when they address you on November 9.

As I read the COCL's second quarter 2022 report, I don't see much forward progress bringing the 26 items in partial compliance into substantial compliance or a plan to get to substantial compliance any time soon.  It feels like this process will continue indefinitely to the detriment of the community including the PPB.

Hopefully the DOJ and City will have some good news out of their October 25 mediation session.

Best,

Ann Brayfield