# Lewis & Clark

0615 S.W. Palatine Hill Road
Portland, Oregon 97219-7899
Phone 503-768-7000
www.lclark.edu



November 9, 2022

Dear Judge Michael Simon,

I am writing to you regarding the Department of Justice Settlement Agreement with the City of Portland. I served as a member of the Portland Committee on Community Engaged Policing (PCCEP) from August 2019- August 2021, and was co-chair or alternate co-chair for most of that time. During my tenure on PCCEP, there were issues with the City's support for PCCEP including lack of response by the Mayor to our recommendations and lack of adequate city staff support.

Following my resignation from PCCEP in August 2021, the city ended the leadership structure of the committee which had allowed members to set the agenda, hold sub-committee meetings and make recommendations. Since early 2022, it is my understanding that sub-committees have not been meeting, agendas are set by a city staff person who also facilitates the meetings. These structural changes have completely ended the independence of PCCEP, and makes it ineffective as a community oversight body. Even though some meetings have been held this year, PCCEP is no longer independent. My students who attended a [PCCEP Town Hall with the Independent Monitor](#) on October 12 described the meeting as the "worst" they had ever seen due to its poor facilitation and chaotic nature.

I have expressed my critiques of the effectiveness of PCCEP in the past, but the current structure completely undermines the ability of PCCEP to function as a legitimate conduit for community concerns about policing in Portland. It is my view that given these changes to PCCEP, the city should be found out of substantial compliance with the Settlement Agreement.

Sincerely,

*Elliott Young*

Professor of History