# Mary Austad

**To:** Jason Renaud
**Subject:** RE: Late Testimony


Jason Renaud
503-367-6128
Mental Health Association of Portland
Twitter
Linked In

---------- Forwarded message ---------
From: **Patrick Nolen** <patrick.l.nolen@gmail.com>


My name is Patrick Nolen. I am a member of the mental health alliance, a former member of pccep, a person with lived experience with both mental health and homelessness… I use he/him pronouns.

 I would like to read the last sentence of the first paragraph of the introduction of the settlement agreement, dated October 2012, 10 years ago.

It reads…

Specifically, this agreement is targeted to strengthen initiatives already begun by PPB to ensure that encounters between police and people with perceived or actual mental illness, or experiencing mental health crisis, do not result in unnecessary or excessive force.

 In pccep meetings, it has been mentioned a few times recently that this settlement agreement is not about mental illness…

The COCL has decided that item 89/90 is in compliance due to the existence off the unity center, both parties seem eager to let it lay at that. The Mental Health Alliance has for years… stated that unity is not a walk in/drop off center. We've submitted a letter from unity where they describe themselves as a psychiatric emergency hospital. I would ask if the COCL has been to the Unity Center and who their court expert as to what a walk in / drop off center is? I ask this as a member of the court's only Amicus Curae with lived experience of mental illness.

The slide deck problem saddens me. I saw that slide and got chills of Portland's past, deaths in custody of people in mental health crisis, and people of color. Is the city of Portland taking a step backwards as far as transparency goes?

As for body worn cameras... I would ask that something happen... or not... but that it happen sooner rather than later.

The citizens of Portland have waited a long time for movement on these issues.
I  appreciate the city attorney's willingness to appreciate people's views... but I think that in my eyes, the city attorney's office has become lost as far as them being public employees

 Thank you for your time, judge Simon
--
Patrick Nolen
503-719-1350

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.