JUAN CHAVEZ, OSB #136428
Email: jchavez@ojrc.info
FRANZ BRUGGEMEIER, OSB #163533
Email: fbruggemeier@ojrc.info
AMANDA LAMB, OSB# 222284
Email : alamb@ojrc.info
Oregon Justice Resource Center
PO Box 5248
Portland, OR 97208
Telephone: 503-944-2270
Facsimile: 971-275-1839
Of Attorneys for *Amicus Curiae* Mental Health Alliance

## UNITED STATES DISTRICT COURT
### DISTRICT OF OREGON
### PORTLAND DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | Case No. 3:12-cv-02265-SI |
| **PLAINTIFF,** | |
| v. | **AMICUS MENTAL HEALTH ALLIANCE'S NOTICE OF APPEARANCE** |
| **CITY OF PORTLAND,** | |
| **DEFENDANT** | |

PLEASE TAKE NOTICE that the Amanda Lamb, of the law firm Oregon Justice Resource Center, is associated as counsel of record for *Amicus Curiae* Mental Health Alliance in the above-captioned case.

Dated: November 30, 2022

Respectfully submitted,

*/s/ Amanda Lamb*
AMANDA LAMB, OSB #222284
Attorney for Amicus Curiae Mental Health Alliance