**NATALIE K. WIGHT, OSB #035576**
United States Attorney
**JARED D. HAGER, WSB #38961**
Assistant United States Attorney
U.S. Attorney's Office for the District of Oregon
1000 SW Third Ave., Suite 600
Portland, Oregon 97204-2936
Phone:  503.727.1120
Email:  jared.hager@usdoj.gov

**STEVEN H. ROSENBAUM**
Chief
**AMY SENIER**
Trial Attorney
Special Litigation Section
Civil Rights Division
U.S. Department of Justice
950 Pennsylvania Ave., NW
Washington, D.C.  20530
Phone:  202.232.5099
Email:  amy.senier@usdoj.gov
        Attorneys for Plaintiff United States

## UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

| | |
|---|---|
| **UNITED STATES OF AMERICA**, | Case No. 3:12-cv-02265-SI |
| Plaintiff, | NOTICE OF APPEARANCE OF AMY SENIER ON BEHALF OF PLAINTIFF UNITED STATES |
| v. | |
| **THE CITY OF PORTLAND**, | |
| Defendant. | |

Page 1      Plaintiff's Notice of Appearance

Plaintiff United States of America hereby gives notice of the appearance of Amy Senier as co-counsel for Plaintiff in this case.

DATED: February 17, 2023.

FOR THE UNITED STATES:

| | |
|---|---|
| NATALIE K. WIGHT<br>United States Attorney<br>District of Oregon | STEVEN H. ROSENBAUM<br>Civil Rights Division<br>Special Litigation Section Chief |
| */s/ Jared D. Hager*<br>JARED D. HAGER<br>Assistant U.S. Attorney | */s/ Amy Senier*<br>AMY SENIER<br>Trial Attorney |