ROBERT TAYLOR, OSB #044287
City Attorney
Email: robert.taylor@portlandoregon.gov
HEIDI BROWN, OSB #922410
Chief Deputy City Attorney
Email: heidi.brown@portlandoregon.gov
VAMSHI REDDY, OSB #140560
Deputy City Attorney
Email: vamshi.reddy@portlandoregon.gov
SARAH AMES, OSB 163350
Deputy City Attorney
Email: sarah.ames@portlandoregon.gov
Office of City Attorney
1221 SW 4th Avenue, Suite 430
Portland, OR 97204
Telephone: (503) 823-4047
Facsimile: (503) 823-3089
*Of Attorneys for Defendant City of Portland*

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

### PORTLAND DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA**, | Case No. 3:12-cv-02265-SI |
| **PLAINTIFF,** | |
| v. | **JOINT MOTION FOR ORDER SETTING AGENDA FOR INTERIM STATUS CONFERENCE ON FEBRUARY 28, 2023** |
| **CITY OF PORTLAND,** | |
| **DEFENDANT.** | |

Defendant City of Portland (City), Plaintiff United States of America (USA), Intervenor-Defendant Portland Police Association (PPA), Enhanced Amicus Curiae Albina Ministerial Alliance Coalition for Justice and Police Reform (AMAC), and Amicus Curiae Mental Health Alliance (MHA), jointly propose the following agenda (exclusive of any questions and discussion the Court may have) for the Status Conference set for Tuesday, February 28 at 9:00 a.m. in Portland, Courtroom 15B, before Judge Michael H. Simon.

Page  1  –  JOINT MOTION FOR ORDER SETTING AGENDA

PORTLAND CITY ATTORNEY'S OFFICE
1221 SW 4TH AVENUE, RM 430
PORTLAND, OREGON 97204
PHONE: (503) 823-4047
FAX: (503) 823-3089

| | | |
|---|---|---|
| 9:00 a.m. | Court's Introductory Remarks | (10 minutes) |
| 9:10 a.m. | USA Presentation | (10 minutes) |
| 9:20 a.m. | City Presentation | (10 minutes) |
| 9:30 a.m. | PPA Presentation | (10 minutes) |
| 9:40 a.m. | AMAC Presentation | (10 minutes) |
| 9:50 a.m. | MHA Presentation | (10 minutes) |
| 10:00 a.m. | PCCEP Presentation | (10 minutes) |
| 10:10 a.m. | Compliance Officer Presentation | (10 minutes) |
| 10:20 a.m. | Morning Break | (15 minutes) |
| 10:35 a.m. | Public Comment | (75 minutes) |
| 11:50 a.m. | Court's Closing Remarks | (10 minutes) |

Respectfully submitted on 21st day of February, 2023,

**FOR THE CITY OF PORTLAND:**

*/s/ Robert Taylor*
ROBERT TAYLOR
City Attorney

*/s/ Heidi Brown*
HEIDI BROWN
Chief Deputy City Attorney

*/s/ Sarah Ames*
SARAH AMES
City Attorney

*/s/ Vamshi Reddy*
VAMSHI REDDY
City Attorney

**FOR THE UNITED STATES:**

NATALIE K. WRIGHT
United States Attorney
District of Oregon

KRISTEN CLARKE
Assistant Attorney General
Civil Rights Division

Page  2  –  JOINT MOTION FOR ORDER SETTING AGENDA

|  |  |
|---|---|
|  | STEVEN H. ROSENBAUM<br>Chief, Special Litigation Section |
| */s/ Jared D. Hager*<br>JARED D. HAGER<br>Assistant U.S Attorney | */s/ Laura L. Cowall*<br>LAURA L. COWALL<br>City Attorney |
|  | */s/ R. Jonas Geissler*<br>R. JONAS GEISSLER<br>Trial Attorney |
|  | */s/ Amy Senier*<br>AMY SENIER<br>Trial Attorney |

**FOR THE PORTLAND POLICE ASSOCIATION**

*/s/ Anil S. Karia*
ANIL S. KARIA
Attorney for PPA

**FOR THE ALBINA MINISTERIAL ALLIANCE COALITION FOR JUSTICE AND POLICE REFORM:**

| | |
|---|---|
| */s/ J. Ashlee Albies*<br>J. ASHLEE ALBIES<br>Attorney for AMAC | */s/ Kristen Chambers*<br>KRISTEN CHAMBERS<br>Attorney for AMAC |

Page 3 – JOINT MOTION FOR ORDER SETTING AGENDA

**FOR THE MENTAL HEALTH ALLIANCE:**

*/s/ Juan Chavez*
JUAN CHAVEZ
Attorney for MHA

*/s/ Franz Bruggemeier*
FRANZ BRUGGEMEIER
Attorney for MHA

*/s/ Amanda Lamb*
AMANDA LAMB
Attorney for MHA

Page 4 – JOINT MOTION FOR ORDER SETTING AGENDA

PORTLAND CITY ATTORNEY'S OFFICE
1221 SW 4TH AVENUE, RM 430
PORTLAND, OREGON 97204
PHONE: (503) 823-4047
FAX: (503) 823-3089