## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **UNITED STATES OF AMERICA**, | Case No. 3:12-cv-2265-SI |
| Plaintiff, | |
| v. | **ORDER SETTING AGENDA FOR FEBRUARY 2023 STATUS CONFERENCE** |
| **CITY OF PORTLAND**, | |
| Defendant. | |

**Michael H. Simon, District Judge.**

The Court grants the parties' joint motion (ECF 338) and sets the following agenda and time limitations for the interim status conference to be held on Tuesday, February 28, 2023.

| | | |
|---|---|---|
| 9:00 a.m. | Court's Introductory Remarks | 10 minutes |
| 9:10 a.m. | USA Presentation | 10 minutes |
| 9:20 a.m. | City Presentation | 10 minutes |
| 9:30 a.m. | PPA Presentation | 10 minutes |
| 9:40 a.m. | AMAC Presentation | 10 minutes |
| 9:50 a.m. | MHA Presentation | 10 minutes |

Page 1 – ORDER

| | | |
|---|---|---|
| 10:00 a.m. | PCCEP Presentation | 10 minutes |
| 10:10 a.m. | Compliance Officer Presentation | 10 minutes |
| 10:20 a.m. | Break | 15 minutes |
| 10:35 a.m. | Public Comments | 75 minutes |
| 11:50 a.m. | Court's Concluding Comments | 10 minutes |

**IT IS SO ORDERED.**

DATED this 22nd day of February, 2023.

/s/ *Michael H. Simon*
Michael H. Simon
United States District Judge

Page 2 – ORDER