**NATALIE K. WIGHT, OSB #035576**
United States Attorney
**JARED D. HAGER, WSBA #38961**
Assistant United States Attorney
U.S. Attorney's Office for the District of Oregon
1000 SW Third Ave., Suite 600
Portland, Oregon 97204-2936
Phone: 503.894.4684
Email: jared.hager@usdoj.gov

**KRISTEN CLARKE**
Assistant Attorney General
Civil Rights Division
**STEVEN H. ROSENBAUM**
Chief
**LAURA L. COWALL**
Deputy Chief
**R. JONAS GEISSLER**
**AMY SENIER**
Trial Attorneys
Special Litigation Section
Civil Rights Division
U.S. Department of Justice
950 Pennsylvania Ave., NW
Washington, D.C. 20530
Phone: 202.514.6255
Fax: 202.514.4883

Attorneys for Plaintiff United States

# UNITED STATES DISTRICT COURT

# DISTRICT OF OREGON

| | |
|---|---|
| **UNITED STATES OF AMERICA**, | Case No. 3:12-cv-02265-SI |
| Plaintiff, | PLAINTIFF'S POST-STATUS CONFERENCE NOTICE |
| v. | |
| **THE CITY OF PORTLAND**, | |
| Defendant. | |

**Page 1**    Plaintiff's Notice

Plaintiff United States of America (United States) submits this Notice in response to the Court's request at the status conference on February 28, 2023. Specifically, the Court requested that the United States file a copy of the U.S. Attorney General's Memorandum on Civil Settlement Agreements and Consent Decrees with State and Local Governmental Entities. The memorandum, which was issued on September 13, 2021, is attached as Exhibit 1. It has since been incorporated into Section 1-20.000 of the Department of Justice's *Justice Manual*, available at: https://perma.cc/97JQ-ZWW9

By way of background, on October 25, 2022, the Parties entered into mediation with the goal of exploring alternatives to the monitoring structure under the Amended Settlement Agreement, ECF 354-1, which included discussions about replacing the Compliance Officer/Community Liaison (COCL) with an independent Court-appointed monitor. *See* ECF 305, Scheduling Order (Aug. 30, 2022); ECF 308, Minutes of Proceedings (Oct. 25, 2022). The Parties continue to mediate the issue. ECF 330, Minutes of Proceedings (Dec. 13, 2022); ECF 334, Minutes of Proceedings (Jan. 24, 2023); ECF 350, Minutes of Proceedings (Feb. 27, 2023).

DATED: March 3, 2023.

Respectfully submitted,

FOR THE UNITED STATES:

| | |
|---|---|
| NATALIE K. WIGHT<br>United States Attorney<br>District of Oregon | KRISTEN CLARKE<br>Assistant Attorney General<br>Civil Rights Division |
| | STEVEN H. ROSENBAUM<br>Special Litigation Section Chief |
| /s/ Jared D. Hager<br>JARED D. HAGER<br>Assistant U.S. Attorney | /s/ Laura L. Cowall<br>LAURA L. COWALL<br>Deputy Chief |
| | /s/ R. Jonas Geissler<br>R. JONAS GEISSLER<br>Trial Attorney |
| | /s/ Amy Senier<br>AMY SENIER<br>Trial Attorney |