ROBERT TAYLOR, OSB #044287
City Attorney
Email: Robert.Taylor@portlandoregon.gov
HEIDI BROWN, OSB #922410
Chief Deputy City Attorney
Email: Heidi.Brown@portlandoregon.gov
SARAH AMES, OSB 163350
Deputy City Attorney
Email: Sarah.Ames@portlandoregon.gov
Office of City Attorney
1221 SW 4th Avenue, Suite 430
Portland, OR 97204
Telephone: (503) 823-4047
Facsimile: (503) 823-3089
*Of Attorneys for Defendant City of Portland*

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## PORTLAND DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA**, | 3:12-cv-02265-SI |
| **PLAINTIFF**, | |
| v. | **DEFENDANT CITY OF PORTLAND'S NOTICE OF WITHDRAWAL** |
| **CITY OF PORTLAND,** | |
| **DEFENDANT.** | |

Pursuant to LR 83-11(b), Defendant City of Portland, hereby proves notice of withdrawal of SreeVamshi Reddy as an attorney of record for this matter.

Dated: May 9, 2023

Respectfully submitted,

*/s/ Heidi Brown*
HEIDI BROWN, OSB # 922410
City Attorney
Email: Heidi.Brown@portlandoregon.gov

Page 1 – NOTICE OF WITHDRAWL