ROBERT TAYLOR, OSB #044287
City Attorney
Email: robert.taylor@portlandoregon.gov
HEIDI BROWN, OSB #922410
Chief Deputy City Attorney
Email: heidi.brown@portlandoregon.gov
SARAH AMES, OSB 163350
Deputy City Attorney
Email: sarah.ames@portlandoregon.gov
LISA ROGERS, OSB 176519
Deputy City Attorney
Email: sarah.ames@portlandoregon.gov
Office of City Attorney
1221 SW 4th Avenue, Suite 430
Portland, OR 97204
Telephone: (503) 823-4047
Facsimile: (503) 823-3089
*Of Attorneys for Defendant City of Portland*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF OREGON**

**PORTLAND DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA**,<br><br>    Plaintiff,<br><br>    v.<br><br>**CITY OF PORTLAND,**<br><br>    Defendant. | Case No. 3:12-cv-02265-SI<br><br>JOINT MOTION FOR ORDER SETTING AGENDA FOR INTERIM STATUS CONFERENCE ON AUGUST 14, 2023 |

      Defendant City of Portland (City), Plaintiff United States of America (USA), Intervenor-Defendant Portland Police Association (PPA), Enhanced Amicus Curiae Albina Ministerial Alliance Coalition for Justice and Police Reform (AMAC), and Amicus Curiae Mental Health Alliance (MHA), jointly propose the following agenda (exclusive of any questions and discussion the Court may have) for the Status Conference set for Monday, August 14, 2023, at

Page  1  –   JOINT MOTION FOR ORDER SETTING AGENDA

9:00 a.m., in Portland, Oregon, Courtroom 15B, before the Honorable Judge Michael H. Simon.

| Time | Item | Duration |
|---|---|---|
| 9:00 a.m. | Court's Introductory Remarks | (15 minutes) |
| 9:15 a.m. | USA Presentation | (15 minutes) |
| 9:30 a.m. | City Presentation | (15 minutes) |
| 9:45 a.m. | PPA Presentation | (15 minutes) |
| 10:00 a.m. | AMAC Presentation | (15 minutes) |
| 10:15 a.m. | MHA Presentation | (15 minutes) |
| 10:30 a.m. | PCCEP Presentation | (15 minutes) |
| 10:45 a.m. | Compliance Officer Presentation - Christoff | (15 minutes) |
| 11:00 a.m. | Compliance Officer Presentation – Rosenbaum | (15 minutes) |
| 11:15 a.m. | Morning Break | (15 minutes) |
| 11:30 a.m. | Public Comment | (90 minutes, to be extended if necessary) |
| 12:45 p.m. | Court's Closing Remarks | (15 minutes) |

Respectfully submitted on 9th day of August, 2023,

**FOR THE CITY OF PORTLAND:**

*/s/ Robert Taylor*
ROBERT TAYLOR
City Attorney

*/s/ Heidi Brown*
HEIDI BROWN
Chief Deputy City Attorney

*/s/ Sarah Ames*
SARAH AMES
Deputy City Attorney

*/s/ Lisa Rogers*
LISA ROGERS
Deputy City Attorney

Page  2  –  JOINT MOTION FOR ORDER SETTING AGENDA

PORTLAND CITY ATTORNEY'S OFFICE
1221 SW 4TH AVENUE, RM 430
PORTLAND, OREGON 97204
PHONE: (503) 823-4047
FAX: (503) 823-3089

**FOR THE UNITED STATES OF AMERICA:**

NATALIE K. WRIGHT
United States Attorney
District of Oregon

KRISTEN CLARKE
Assistant Attorney General
Civil Rights Division

STEVEN H. ROSENBAUM
Chief, Special Litigation Section

*/s/ Laura L. Cowall*
LAURA L. COWALL
City Attorney

*/s/ R. Jonas Geissler*
R. JONAS GEISSLER
Trial Attorney

*/s/ Jared D. Hager*
JARED D. HAGER
Trial Attorney

*/s/ Amy Senier*
AMY SENIER
Trial Attorney

Page 3 – JOINT MOTION FOR ORDER SETTING AGENDA

PORTLAND CITY ATTORNEY'S OFFICE
1221 SW 4TH AVENUE, RM 430
PORTLAND, OREGON 97204
PHONE: (503) 823-4047
FAX: (503) 823-3089


**FOR THE PORTLAND POLICE ASSOCIATION**

*/s/ Anil S. Karia*
ANIL S. KARIA
Attorney for PPA

**FOR THE ALBINA MINISTERIAL ALLIANCE COALITION FOR JUSTICE AND POLICE REFORM:**

| */s/ J. Ashlee Albies* | */s/ Kristen Chambers* |
|---|---|
| J. ASHLEE ALBIES | KRISTEN CHAMBERS |
| Attorney for AMAC | Attorney for AMAC |

**FOR THE MENTAL HEALTH ALLIANCE:**

| */s/ Juan Chavez* | */s/ Franz Bruggemeier* |
|---|---|
| JUAN CHAVEZ | FRANZ BRUGGEMEIER |
| Attorney for MHA | Attorney for MHA |

*/s/ Amanda Lamb*
AMANDA LAMB
Attorney for MHA

Page 4 – JOINT MOTION FOR ORDER SETTING AGENDA

PORTLAND CITY ATTORNEY'S OFFICE
1221 SW 4TH AVENUE, RM 430
PORTLAND, OREGON 97204
PHONE: (503) 823-4047
FAX: (503) 823-3089