ROBERT TAYLOR, OBS #044287
City Attorney
Email: Robert.Taylor@portlandoregon.gov
HEIDI BROWN, OSB #922410
Chief Deputy City Attorney
Email: Heidi.Brown@portlandoregon.gov
SARAH C. AMES, OSB #163350
Deputy City Attorney
Email: Sarah.Ames@portlandoregon.gov
LISA ROGERS, OSB #176519
Deputy City Attorney
Email: lisa.rogers@portlandoregon.gov
Portland City Attorneys Office
1221 SW 4th Avenue, Suite 430
Portland, OR  97204
Telephone: (503) 823-4047
Facsimile: (503) 823-3089
*Of Attorneys for Defendant*

# UNITED STATES DISTRICT COURT

# DISTRICT OF OREGON

# PORTLAND DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA**, <br><br>**PLAINTIFF,** <br><br>v. <br><br>**CITY OF PORTLAND,** <br><br>**DEFENDANT.** | Case No. 3:12-cv-02265-SI <br><br>**DEFENDANT CITY OF PORTLAND'S NOTICE OF FILING OF INDEPENDENT MONITOR REPORT** |

Defendant, City of Portland, provides notice to the Court that Independent Monitor, LLC, has finalized and released its report critically assessing the City's response to crowd control events in 2020, as required by Settlement Agreement paragraph 189. The report, the City's response to the report, and the training needs assessment the Portland Police Bureau prepared using the report are posted on the City's Trending Topics site at

https://portlandor.govqa.us/WEBAPP/_rs/(S(cwug5uiiexbyduje0punbdf4))/BusinessDisplay.aspx?sSessionID=&did=72&cat=0

//

//

Page  1 – DEFENDANT CITY OF PORTLAND'S NOTICE OF FILING OF INDEPENDENT MONITOR REPORT

PORTLAND CITY ATTORNEY'S OFFICE
1221 SW 4TH AVENUE, RM 430
PORTLAND, OREGON 97204
TELEPHONE: (503) 823-4047
FAX: (503) 823-3089

Dated: August 9, 2023

Respectfully submitted,

*/s/ Heidi Brown*
HEIDI BROWN, OSB #922410
Chief City Attorney
Email: Heidi.Brown@portlandoregon.gov
Of Attorneys for Defendant

Page 2 – DEFENDANT CITY OF PORTLAND'S NOTICE OF FILING OF INDEPENDENT MONITOR REPORT

PORTLAND CITY ATTORNEY'S OFFICE
1221 SW 4TH AVENUE, RM 430
PORTLAND, OREGON 97204
TELEPHONE: (503) 823-4047
FAX: (503) 823-3089