**From:** Jake Dockter <jake.dockter@gmail.com>
**Sent:** Friday, August 11, 2023 10:26 AM
**To:** Mary Austad <Mary_Austad@ord.uscourts.gov>
**Subject:** Written Testimony for DOJ/Portland Police Bureau hearing

Hello Ms. Austad,

I am not able to attend the hearing for the DOJ/PPB settlement hearing but wanted to send a written statement for Judge Simon. Thank you for your support.

Judge Simon,

Thank you for all your work and dedication. Many feel left out and many are kept out of the justice process but you have always been a firm advocate and encourager of community participation. This is not missed and is deeply valued.

This is not an attempt at sycophancy but a true appreciation. It also stands in stark contrast to the perfidy of Portland Police Bureau. For years, they claim to be a good faith partner but as a community member and participant in the work of community safety and police accountability, that never comes to fruition. Portland Police Bureau and their leaders are bad faith actors.

I could list the countless harms but others often in your court have already done so. Their harms are also why you are here, reviewing their actions. The work of luminaries like Rev. Dr. Leroy Haynes, Commissioner Hardesty, Dan Handelman, Ann Campbell, Rabbi Stone, Candace Avalos, Marc Poris, Juan Chavez and OJRC, and many more have been voicing these concerns for years. I will add a few more recent items that show a continued pattern and practice of abuse and bad faith.

First, over and over in this courtroom and in the press, Portland Police, Chief Lovell, and Mayor Wheeler have claimed the answer is more training. But their training has included material from white supremacists that mock civil liberties and promote the very brutality that brings us here. How long did it take for them to come clean about that? The Independent monitor report released last week shows executive leaders did not enforce, attend, or review training, providing little oversight. Then in an attempt to claim further reform, they committed to hire a civilian dean of training. But they sought to hire a police officer who was on the record trashing ideas of reform. Mayor Wheeler claimed their candidate, Thomas Datro, would "enhance our ongoing efforts to reform the system" while Mr. Datro posted numerous opinions against the ideas of reform or accountability. Gladly, this was found out and that bad faith move was blocked. Somehow even more shockingly, PPB raised the ante and comments from a police sensitivity training were called out by the COCL. Officers, after leaving a training they list as a sign of their meeting the settlement demands, shared deeply homophonic, transphobic and hateful comments. Some quotes:

- "Stop the pronoun ignorance. How dumb can you be to pretend and call an individual person, 'they' or 'them'. How stupid are you for pretending this is legit. What has happened to common sense?" "
- "I fell asleep watching this."
- "This training is vile, God made male and female. Not hard to figure out, Quit being sheep and placating to a few mentally disturbed, Pure stupidity."

Mayor Wheeler and Chief Lovell have taken no action since this has been revealed.

Lastly, last week [PPB Sgt. Ty Engstrom told a member of the press that PPB had intentionally misled and manipulated the public](), press, and council in order to gain funding and resources. The fact that an officer admitted this on the record shows the disregard PPB has for democratic processes, their lack of respect for the public demands, and their willingness to put the public at risk for their own gains.

"We needed to create a stir to get some change, to get them [city council] to fund us back up. And I mean, that's the honest truth. I know, that could make things more dangerous. I don't know. But at the same time, we needed some change." - Sgt. Engstrom

Since this revelation, news also came out that Chief Lovell has had to ask his officers to stop spreading disinformation about DA Schmidt. Another example of Portland Police acting in bad faith, willing to share false info that puts the city at risk while they stand to gain. Since this news broke, no statements from Mayor Wheeler or council apologizing, admitting fault, opening a review, nothing.

It seems PPB and Mayor Wheeler accept this as the status quo.
We don't.

I ask that you help demand an end to PPB's bad faith engagement. At what point do we stop accepting their commitments for reform? At what point do we stop trusting their statements to later be found to have been made fools of? Their words mean little. No more words and commitments they have no intention to keep. Action. Please, your honor, help end their bad faith relationship. We need teeth and real action that prioritizes community thriving not police lies.

Jake Dockter