August 11, 2023
The Honorable Michael H Simon
US District Court
District of Oregon
Portland OR 97204

Dear Judge Simon,

Thank you for the opportunity to present written testimony for the upcoming status conference in the ongoing case of United States of America vs The City of Portland.

In my opinion the current bright spot in these matters is that with one exception the items in substantial compliance at the last status conference have remained in substantial compliance with more items moving from partial to substantial compliance.

Reviewing the items in the use of force, training, crisis intervention, eis, accountability and PCCEP sections that have been and continue to be in partial compliance over many reporting cycles, I find that these are the items that came as a result of where we were nine plus years ago. Therefore, I continue to support the DOJ in requesting the appointment of an independent monitor and don't think the continued mediation between the City and the DOJ in this matter is serving the community. The community has waited long enough.

The United States is going through an era when our democracy and civil institutions are being tested. In that context it is crucial that the City, the PPB and the DOJ do their parts to strengthen our democracy and our civil society by following through on the current Agreement to create a system of police accountability that serves the entire community. Nine years is far too long. The current delay in coming to substantial compliance and maintaining it for a year is contributing to the erosion of our democracy and civil society.

My hope is that your words and actions at the upcoming status conference will get the parties more connected with what the community is seeking in being served and protected with accountability.

Thank you,

Ann Brayfield