**J. ASHLEE ALBIES, OSB #051846**
E-mail: ashlee@albiesstark.com
ALBIES, STARK & GUERRIERRO
1 S.W. Columbia Street, Suite 1850
Portland, Oregon 97204
Phone: (503) 308.4770
Fax:     (503) 427.9292

**KRISTEN CHAMBERS, OSB#130882**
kristen@prism-legal.com
PRISM LEGAL LLC
3519 NE 15th Ave., Ste. 424
Portland, OR 97212
Phone: (503) 809-0902

*Attorney for Amicus AMA Coalition for Justice and Police Reform*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA**, <br><br> Plaintiff, <br><br> v. <br><br> **CITY OF PORTLAND**, <br><br> Defendant. | Case No. 3:12-cv-02265-SI <br><br> **AUGUST 2023 SUPPLEMENTAL AUTHORITY IN SUPPORT OF STATUS REPORT OF THE ALBINA MINISTERIAL ALLIANCE COALITION FOR JUSTICE AND POLICE REFORM** |

At the August 14, 2023 Status Conference, the Albina Ministerial Alliance Coalition for Justice and Police Reform ("AMA Coalition") provided feedback on Defendant City's Status Update, dkt. 373 at p. 4, specifically regarding the City's "hir[e of] a national firm to continue to develop its trainers' skills, through the Force Science Methods of Instruction Course, curriculum that is certified by the International Association of Directors of Law Enforcement Standards and Training." While the AMA Coalition has not had the opportunity to review the referenced Force Science Methods Instruction Course, the AMA Coalition expressed concerns about the City

using The Force Science Institute[1] for its training curriculum, given that courts routinely exclude "experts" from this organization from offering expert testimony in use of force cases.

A 2015 New York Times article questions the tactics and strategies of William Lewinski – founder of the Force Science Institute – for pushing a deeply distorted concept of the "action/reaction" and other principles, reporting that "an editor for The American Journal of Psychology called his work 'pseudoscience'" and "[t]he Justice Department denounced his findings as 'lacking in both foundation and reliability.'" Matt Apuzo, *Training Officers to Shoot First, and He Will Answer Questions Later*, N.Y. TIMES, August 1, 2015.

Since then, Mr. Lewinski and other Force Science Institute "experts" have been excluded from testifying as experts in many federal use of force cases, as recently as March of 2023. In the in the case *Tracy Alves v. Riverside County, et al.*, Central District of California District Judge Jesus Bernal, collected several cases excluding similar purported expert opinions, writing "[t]he Force Science Institute is widely regarded as a purveyor of unreliable pseudoscientific analysis engineered to justify officers' use of force, and its studies, virtually all of which are non-peer reviewed and none of which have been published in reliable scientific journals, enjoy little or no acceptance within the relevant scientific community." *Alves v. Riverside County, et. al.*, 2023 WL 2983583, pp. 6-9 (D. C. CA) (March 13, 2023), attached hereto as Attachment 1.

While the AMA Coalition has not reviewed the specific training identified by the City, questions remain as to whether the objectionable and unreliable practices of the Force Science Institute permeate its trainings and if so, should it be training PPB trainers and officers; and whether the City should be legitimizing an organization peddling junk science.

///

---

[1] The AMA Coalition assumes the Force Science Methods of Instruction Course is from the Force Science Institute; should this assumption be incorrect, the AMA Coalition withdraws this commentary.

DATED: August 14, 2023.

                                      Respectfully submitted,

*/s/ J. Ashlee Albies*
J. Ashlee Albies, OSB # 051846
ashlee@albiesstark.com


*/s/ Kristen A. Chambers*
Kristen A. Chambers, OSB # 130882
kristen@prism-legal.com

PAGE 3 –  AUGUST 2023 SUPPLEMENTAL AUTHORITY ISO STATUS REPORT OF THE ALBINA MINISTERIAL ALLIANCE COALITION FOR JUSTICE AND POLICE REFORM