ROBERT TAYLOR, OBS #044287
City Attorney
Email: Robert.Taylor@portlandoregon.gov
HEIDI BROWN, OSB #922410
Chief Deputy City Attorney
Email: Heidi.Brown@portlandoregon.gov
SARAH AMES, OSB #163350
Deputy City Attorney
Email: Sarah.Ames@portlandoregon.gov
LISA ROGERS, OSB #176519
Deputy City Attorney
Email: Lisa.Rogers@portlandoregon.gov
Portland City Attorneys Office
1221 SW 4th Avenue, Suite 430
Portland, OR  97204
Telephone: (503) 823-4047
Facsimile: (503) 823-3089
*Of Attorneys for Defendant*

# UNITED STATES DISTRICT COURT

# DISTRICT OF OREGON

# PORTLAND DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA**, <br><br>**PLAINTIFF,** <br><br>v. <br><br>**CITY OF PORTLAND,** <br><br>**DEFENDANT.** | Case No. 3:12-cv-02265-SI <br><br>**DEFENDANT CITY OF PORTLAND'S NOTICE OF PERIODIC COMPLIANCE REPORTS** |

Defendant, City of Portland, provides notice to the Court of attachment Exhibit A, CNA's Compliance Officer and Community Liaison (COCL) Quarterly Report: Quarter 2 Updates and Analysis (April – June 2023).  Defendant submits the COCL report pursuant to the Settlement Agreement.

Dated: November 28, 2023

                                                Respectfully submitted,

                                                */s/ Sarah Ames*
                                                SARAH AMES, OSB #163350
                                                Deputy City Attorney
                                                Email: Sarah.Ames@portlandoregon.gov
                                                Of Attorneys for Defendant

Page  1 – DEFENDANT CITY OF PORTLAND'S NOTICE OF PERIODIC COMPLIANCE REPORTS

PORTLAND CITY ATTORNEY'S OFFICE
1221 SW 4TH AVENUE, RM 430
PORTLAND, OREGON 97204
TELEPHONE: (503) 823-4047
FAX: (503) 823-3089