ROBERT TAYLOR, OSB #044287
City Attorney
Email: robert.taylor@portlandoregon.gov
HEIDI BROWN, OSB #922410
Chief Deputy City Attorney
Email: heidi.brown@portlandoregon.gov
SARAH AMES, OSB #163350
Deputy City Attorney
Email: sarah.ames@portlandoregon.gov
LISA ROGERS, OSB #176519
Deputy City Attorney
Email: sarah.ames@portlandoregon.gov
Office of City Attorney
1221 SW 4th Avenue, Suite 430
Portland, OR 97204
Telephone: (503) 823-4047
Facsimile: (503) 823-3089
*Of Attorneys for Defendant City of Portland*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF OREGON**

**PORTLAND DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA**, <br><br> Plaintiff, <br><br> v. <br><br> **CITY OF PORTLAND,** <br><br> Defendant. | Case No. 3:12-cv-02265-SI <br><br> JOINT MOTION FOR ORDER SETTING AGENDA FOR FAIRNESS HEARING |

The City of Portland (City), the United States of America (USA), Intervenor Portland Police Association (PPA), Enhanced Amicus Curiae Albina Ministerial Alliance Coalition for Justice and Police Reform (AMAC), and Amicus Curiae Mental Health Alliance (MHA), jointly move the Court to set the following agenda for the Fairness Hearing on the Unopposed Motion to Amend the Settlement Agreement set for Thursday, November 30, 2023, at 9:00 a.m., in

Page 1 –  JOINT MOTION FOR ORDER SETTING AGENDA FOR FAIRNESS AGENDA

Portland, Oregon, Courtroom 15B, before the Honorable Judge Michael H. Simon (Dkt. 394).

| Time | Item | Duration |
|---|---|---|
| 9:00 a.m. | Court's Introductory Remarks | (10 minutes) |
| 9:10 a.m. | USA Remarks | (10 minutes) |
| 9:20 a.m. | City Remarks | (10 minutes) |
| 9:30 a.m. | PPA Remarks | (10 minutes) |
| 9:40 a.m. | AMAC Remarks | (10 minutes) |
| 9:50 a.m. | MHA Remarks | (10 minutes) |
| 10:00 a.m. | COCL Remarks | (10 minutes) |
| 10:10 a.m. | PCCEP Remarks | (10 minutes) |
| 10:20 a.m. | Break | (15 minutes) |
| 10:35 a.m. | Public Remarks | (2 hours) |
| 12:35 p.m. | Lunch | (1 hour) |
| 1:35 p.m. | Public Remarks | (2 hours) |
| 3:35 p.m. | Court's closing remarks | (15 minutes) |
| 3:50 p.m. | Adjourn | |

If the allotted time is insufficient to allow the Court to receive oral remarks from members of the public at the Fairness Hearing, the Parties defer to the Court's view on whether, in that case, to take additional oral remarks at the end of the day or via written and/or video-recorded statements submitted to the Court within a reasonable time after the Hearing.

Page 2 – JOINT MOTION FOR ORDER SETTING AGENDA FOR FAIRNESS AGENDA

PORTLAND CITY ATTORNEY'S OFFICE
1221 SW 4TH AVENUE, RM 430
PORTLAND, OREGON 97204
PHONE: (503) 823-4047
FAX: (503) 823-3089

Respectfully submitted on 28th day of November, 2023,

**FOR THE CITY OF PORTLAND:**

*/s/ Robert Taylor*
ROBERT TAYLOR
City Attorney

*/s/ Heidi Brown*
HEIDI BROWN
Chief Deputy City Attorney

*/s/ Sarah Ames*
SARAH AMES
Deputy City Attorney

*/s/ Lisa Rogers*
LISA ROGERS
Deputy City Attorney

**FOR THE UNITED STATES OF AMERICA:**

NATALIE K. WRIGHT
United States Attorney
District of Oregon

KRISTEN CLARKE
Assistant Attorney General
Civil Rights Division

STEVEN H. ROSENBAUM
Chief, Special Litigation Section

*/s/ Laura L. Cowall*
LAURA L. COWALL
Deputy Chief

*/s/ R. Jonas Geissler*
R. JONAS GEISSLER
Trial Attorney

*/s/ Jared D. Hager*
JARED D. HAGER
Trial Attorney

*/s/ Amy Senier*
AMY SENIER
Trial Attorney

Page 3 – JOINT MOTION FOR ORDER SETTING AGENDA FOR FAIRNESS AGENDA

**FOR THE PORTLAND POLICE ASSOCIATION**

*/s/ Anil S. Karia*
ANIL S. KARIA
Attorney for PPA

**FOR THE ALBINA MINISTERIAL ALLIANCE COALITION FOR JUSTICE AND POLICE REFORM:**

| | |
|---|---|
| */s/ J. Ashlee Albies*<br>J. ASHLEE ALBIES<br>Attorney for AMAC | */s/ Kristen Chambers*<br>KRISTEN CHAMBERS<br>Attorney for AMAC |

**FOR THE MENTAL HEALTH ALLIANCE:**

| | |
|---|---|
| */s/ Juan Chavez*<br>JUAN CHAVEZ<br>Attorney for MHA | */s/ Franz Bruggemeier*<br>FRANZ BRUGGEMEIER<br>Attorney for MHA |

*/s/ Amanda Lamb*
AMANDA LAMB
Attorney for MHA

Page 4 – JOINT MOTION FOR ORDER SETTING AGENDA FOR FAIRNESS AGENDA