IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **UNITED STATES OF AMERICA**, <br><br> Plaintiff, <br><br> v. <br><br> **CITY OF PORTLAND**, <br><br> Defendant. | Case No. 3:12-cv-02265-SI <br><br> **ORDER GRANTING JOINT MOTION TO AMEND THE AMENDED SETTLEMENT AGREEMENT** |

**Michael H. Simon, District Judge.**

For the reasons stated by the Court, the parties, and other interested persons, both in writing and orally during the hearing held on November 30, 2023, the Court GRANTS the Joint Motion to Amend the Amended Settlement Agreement (ECF 390).

**IT IS SO ORDERED.**

DATED this 30th day of November, 2023.

Michael H. Simon
United States District Judge