UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

UNITED STATES OF AMERICA,          3:12-cv-02265-SI

       Plaintiff,

v.                                 ORDER

CITY OF PORTLAND,

       Defendant.

Robert Taylor, City Attorney; Heidi Brown, Chief Deputy City Attorney; Sarah Ames and Lisa Rogers, Deputy City Attorneys, OFFICE OF THE CITY ATTORNEY, 1221 SW Fourth Avenue, Room 430, Portland, OR 97204. Of Attorneys for Defendant.

Natalie K. Wight, United States Attorney, UNITED STATES ATTORNEY'S OFFICE, DISTRICT OF OREGON, 1000 SW Third Avenue, Suite 600, Portland, OR 97204; Laura L. Cowall, Deputy Chief; R. Jonas Geissler, Jared D. Hager, and Amy Senier, Trial Attorneys, Special Litigation Section; Civil Rights Division, UNITED STATES DEPARTMENT OF JUSTICE, 950 Pennsylvania Avenue, NW, Washington, D.C. 20530. Of Attorneys for Plaintiff.

Anil S. Karia, PUBLIC SAFETY LABOR GROUP, P.O. Box 12070, Portland, OR 97212. Of Attorneys for Intervenor-Defendant Portland Police Association.

J. Ashlee Albies, ALBIES, STARK & GUERRIERO, 1500 SW First Ave., Suite 1000, Portland, OR 97201; Kristen A. Chambers, PRISM LEGAL LLC, 3519 NE 15th Avenue, Suite 424, Portland, OR 97212. Of Attorneys for Enhanced *Amicus Curiae* Albina Ministerial Alliance Coalition for Justice and Police Reform.

Juan Chavez, Project Director and Attorney; Franz Bruggemeier and Amanda Lamb, Attorneys, OREGON JUSTICE RESOURCE CENTER, P.O. Box 5248, Portland, OR 97204. Of Attorneys for *Amicus Curiae* Mental Health Alliance.

Michael H. Simon, District Judge.

1 –            ORDER

On November 3, 2023, Plaintiff United States of America (United States) and Defendant City of Portland (City) filed a Joint Motion (ECF 390) to amend the Amended Settlement Agreement (Agreement) that was previously entered as an Order of this Court (ECF 354). The Parties moved to add to the Agreement in place of Section X a new Section XII, which would establish an independent, court-appointed monitor (Independent Monitor) to assess the City's compliance with the Agreement (ECF 390-1). The original version of the Agreement (ECF 4-1) has been amended three times following Fairness Hearings and this Court's determinations that the proposed amendments are fair, adequate, and reasonable. This Court approved a first set of amendments to the Agreement on May 15, 2018 (ECF 171), a second set on September 23, 2021 (ECF 262), and entered a third set on February 28, 2023 (ECF 354).

On November 30, 2023, the Court held a Fairness Hearing to evaluate the Section XII amendments. The Court received written and oral submissions from the United States, City, Intervenor Portland Police Association (PPA), enhanced *Amicus Curiae* Albina Ministerial Alliance Coalition for Justice and Police Reform (AMAC), *Amicus Curiae* Mental Health Alliance (MHA), and many members of the public, before and during the hearing. For the reasons stated by the Court, the Parties, and other interested persons, both in writing and orally during the Fairness Hearing, the Court entered an order granting the motion to further amend the Agreement (ECF 401).

Accordingly, the Court ORDERS that the Amended Settlement Agreement attached hereto shall be and is entered as an Order of the Court, superseding the versions of the Agreement (ECF 4-1, ECF 171, ECF 262-1, and ECF 354-1) previously entered in this matter.

**IT IS SO ORDERED.**

DATED this 26th day of January, 2024.

Michael H. Simon
United States District Judge

2 –   ORDER