ROBERT TAYLOR, OBS #044287
City Attorney
Email: Robert.Taylor@portlandoregon.gov
HEIDI BROWN, OSB #922410
Chief Deputy City Attorney
Email: Heidi.Brown@portlandoregon.gov
SARAH AMES, OSB #163350
Deputy City Attorney
Email: Sarah.Ames@portlandoregon.gov
LISA ROGERS, OSB #176519
Deputy City Attorney
Email: Lisa.Rogers@portlandoregon.gov
Portland City Attorneys Office
1221 SW 4th Avenue, Suite 430
Portland, OR  97204
Telephone: (503) 823-4047
Facsimile: (503) 823-3089
*Of Attorneys for Defendant*

# UNITED STATES DISTRICT COURT

# DISTRICT OF OREGON

# PORTLAND DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA**, | Case No. 3:12-cv-02265-SI |
| **PLAINTIFF,** | |
| v. | **DEFENDANT CITY OF PORTLAND'S NOTICE OF INDEPENDENT MONITOR COUNCIL APPROVAL** |
| **CITY OF PORTLAND,** | |
| **DEFENDANT.** | |

Defendant, City of Portland, and Plaintiff, the United States of America, on April 15, 2024, filed their joint motion to the Court to appoint MPS & Associates, led by Mark P. Smith, as Independent Monitor, conditional on City Council approval. ECF 412. Defendant now provides notice to the Court of the City Council's unanimous acceptance on May 2, 2024 of the Chief Procurement Officer's Report, attached as Exhibit A, formally approving MPS & Associates for appointment by the Court.

//

//

//

Page  1 – DEFENDANT CITY OF PORTLAND'S NOTICE OF INDEPENDENT MONITOR COUNCIL APPROVAL

PORTLAND CITY ATTORNEY'S OFFICE
1221 SW 4TH AVENUE, RM 430
PORTLAND, OREGON 97204
TELEPHONE: (503) 823-4047
FAX: (503) 823-3089

Dated: May 3, 2024

        Respectfully submitted,

*/s/ Sarah Ames*
SARAH AMES, OSB #163350
Deputy City Attorney
Email: Sarah.Ames@portlandoregon.gov
Of Attorneys for Defendant

Page 2 – DEFENDANT CITY OF PORTLAND'S NOTICE OF INDEPENDENT MONITOR COUNCIL APPROVAL

PORTLAND CITY ATTORNEY'S OFFICE
1221 SW 4TH AVENUE, RM 430
PORTLAND, OREGON 97204
TELEPHONE: (503) 823-4047
FAX: (503) 823-3089