ROBERT TAYLOR, OSB #044287
City Attorney
Email: robert.taylor@portlandoregon.gov
HEIDI BROWN, OSB #922410
Chief Deputy City Attorney
Email: heidi.brown@portlandoregon.gov
SARAH AMES, OSB #163350
Deputy City Attorney
Email: sarah.ames@portlandoregon.gov
LISA ROGERS, OSB #176519
Deputy City Attorney
Email: lisa.rogers@portlandoregon.gov
Office of City Attorney
1221 SW 4th Avenue, Suite 430
Portland, OR 97204
Telephone: (503) 823-4047
Facsimile: (503) 823-3089
*Of Attorneys for Defendant City of Portland*

## UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## PORTLAND DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA**,<br><br>**PLAINTIFF,**<br><br>v.<br><br>**CITY OF PORTLAND,**<br><br>**DEFENDANT.** | Case No. 3:12-cv-02265-SI<br><br>**DEFENDANT CITY OF PORTLAND'S STATUS UPDATE** |

### I.  Introduction

The City of Portland is pleased to report herein on the City's significant progress in areas important to the community, the City and the Court. The City has progressed on implementing body-worn cameras, on implementation of the requirements of paragraph 195 regarding standing up the Community Police Oversight System, as well as reinstating a public order team as recommended by the Independent Monitor, LLC's critical assessment of 2020.

As prior noticed, the Parties selected and are proposing Mark P. Smith & Associates as the first independent, court-appointed monitor in this case. ECF 412. City Council approved the

Page  1  –  DEFENDANT CITY OF PORTLAND'S STATUS UPDATE

PORTLAND CITY ATTORNEY'S OFFICE
1221 SW 4TH AVENUE, RM 430
PORTLAND, OREGON 97204
PHONE: (503) 823-4047
FAX: (503) 823-3089

appointment on Thursday, May 2, 2024. ECF 413. The City looks forward to the Court's consideration of this team as the monitor.

II.     **Body-Worn Cameras (BWC)**

Based on the Portland Police Bureau's successful 60-day pilot of the new body-worn camera program that concluded in mid-October, the City proposed slight revisions to the Body-Worn Camera Directive, with approval from the DOJ. The revisions were primarily focused on improving the technology's function. As one example, the policy had required that officers test the auto-trigger function at the beginning of their shift to ensure that upon unholstering a firearm or taser, the cameras would automatically activate. But due to the blue-tooth capabilities, one officer's test immediately set off the cameras of other officers nearby. The Bureau intends to implement the revised policy in the next few weeks.

Additionally, the Bureau has installed BWC-related hardware in all three precincts, the Training Division, and the Kelly Building. Central Precinct and the Focused Intervention Team, who participated in the pilot, will receive refresher training and will start wearing the cameras again in late June, with the other precincts and specialty teams to follow over the few months thereafter.

III.    **Public Order Policing**

Independent Monitor, LLC, in its assessment of the City's response to the 2020 protests, provided twelve recommendations to the City. One recommendation was for the reinstatement of a Police Bureau public order team, consistent with emerging standards for public order units, with rigorous scrutiny by PPB leaders and advanced training. The Bureau has screened applications for the public order team and will send the first cohort to public order training sponsored by the Oregon State Police in May, with an additional full-day training by the Bureau for all team members planned for June. The Bureau intends to have the team fully operational soon, in anticipation of possible need for their services during the upcoming election cycle.

IV.     **Portland Street Response**

The City continues to strengthen Portland Street Response (PSR), by both building

Page  2  –   DEFENDANT CITY OF PORTLAND'S STATUS UPDATE

PORTLAND CITY ATTORNEY'S OFFICE
1221 SW 4TH AVENUE, RM 430
PORTLAND, OREGON 97204
PHONE: (503) 823-4047
FAX: (503) 823-3089

external partnerships and by undertaking critical internal work to ensure that staff are supported and PSR can continue to provide effective services to those in crisis on Portland streets. Portland Street Response took 11,523 calls from May 2023 through April 2024, a full 50 percent more calls than in the prior 12 months, the first full year of city-wide service.[1]

Under the leadership of the PSR Manager, the program now has stronger partnerships with other service providers and first responders. The PSR Manager has continued to develop internal policies, role expectations, and operational structure to support existing staff and the program's continued success, including comprehensive field training.

PSR operates seven days a week, from 8 a.m. to 10 p.m. The peak hours with the highest number of calls for service continue to be between noon and 4 p.m., particularly on weekdays, and the early and late shifts overlap to accommodate demand.

To date, Portland Street Response has depended on grant funding for roughly half of its budget; those grants end this year. Under the recently released Mayor's proposed budget for 2024-2025, if adopted by Council, PSR will receive ongoing rather than one-time funding to maintain current service levels. The City is working diligently to obtain additional revenue sources to build funding to provide additional opportunities moving forward.

### V. **Community Board for Police Accountability**

The Council on November 15, 2023, unanimously approved a resolution proposing amendments to both City Code and Section VIII of the Agreement to create the City Charter-mandated community police oversight board Portlanders approved in November 2020.

The Council based its proposed code package and Section VIII amendments on recommendations from the 20-member Police Accountability Commission (PAC). The Council carefully reviewed and revised the PAC's recommended Code with two primary goals: first, to maintain fidelity to the Charter passed by voters; and second, to ensure that discipline, if appropriate, results from a prompt, fair and impartial process that protects the rights of City employees and the community they serve, and that such action is defensible. The City is working

---

[1] PSR took 7,673 calls from May 2022 through April 2023.

Page 3 – DEFENDANT CITY OF PORTLAND'S STATUS UPDATE

with the impacted unions and anticipates an agreement in the near future.

    Barring any material changes that would require consideration from Council, upon DOJ approval of Section VIII amendments, the Parties plan to present the Section VIII amendments to the Court for a fairness hearing. Council will then adopt the final code amendments and take steps to staff and operationalize the Community Board for Police Accountability.

## VI. Conclusion

    The City and Portland Police Bureau, under the leadership of Chief Bob Day, continue to move forward to the goal of substantial compliance with all terms of the Settlement Agreement, and ensuring constitutional policing for the Portland community.

Dated: May 7, 2024

                                                  Respectfully submitted,
                                                  */s/ Robert Taylor*
                                                  ROBERT TAYLOR, OSB #044287
                                                  City Attorney

                                                  HEIDI BROWN, OSB #922410
                                                  Chief Deputy City Attorney

                                                  SARAH AMES, OSB# 163350
                                                  Deputy City Attorney

                                                  LISA ROGERS, OSB# 176519
                                                  Deputy City Attorney

                                                  *Of Attorneys for Defendant City of Portland*

Page 4 – DEFENDANT CITY OF PORTLAND'S STATUS UPDATE

PORTLAND CITY ATTORNEY'S OFFICE
1221 SW 4TH AVENUE, RM 430
PORTLAND, OREGON 97204
PHONE: (503) 823-4047
FAX: (503) 823-3089