**NATALIE A. WIGHT, OSB #035576**
United States Attorney
U.S. Attorney's Office for the District of Oregon
1000 SW Third Avenue, Suite 600
Portland, Oregon 97204
Phone: 503.727.1000

**KRISTEN CLARKE**
Assistant Attorney General
**STEVEN H. ROSENBAUM**
Special Litigation Section Chief
**LAURA L. COWALL**
Deputy Chief
**R. JONAS GEISSLER**
Trial Attorney
**JARED D. HAGER**
Trial Attorney
**AMY SENIER**
Trial Attorney
U.S. Department of Justice, Civil Rights Division
950 Pennsylvania Ave., NW
Washington, D.C. 20530
Phone: 202.353.5432
Email: jared.hager2@usdoj.gov
    Attorneys for the United States

# UNITED STATES DISTRICT COURT

# DISTRICT OF OREGON

| | |
|---|---|
| **UNITED STATES OF AMERICA**, | No. 3:12-cv-02265-SI |
| Plaintiff, | |
| v. | JOINT MOTION FOR ORDER SETTING AGENDA FOR HEARING ON JOINT MOTION TO APPOINT THE INDEPENDENT COURT MONITOR AND INTERIM STATUS CONFERENCE SET FOR MAY 15, 2024 |
| **CITY OF PORTLAND**, | |
| Defendant. | |

Page 1    Joint Motion for Order Setting Agenda

Plaintiff United States of America (USA), Defendant City of Portland (City), Intervenor-Defendant Portland Police Association (PPA), Enhanced Amicus Curiae Albina Ministerial Alliance Coalition for Justice and Police Reform (AMAC), and Amicus Curiae Mental Health Alliance (MHA) jointly propose the following agenda (exclusive of any questions and discussion the Court may have) for the Hearing on the Joint Motion to Appoint the Independent Court Monitor and Interim Status Conference set for 9:00 a.m. on Wednesday, May 15, 2024, in Portland, Oregon, before Judge Michael H. Simon.

| Time | Item | Duration |
|---|---|---|
| 9:00 a.m. | Court's Introductory Remarks | (10 minutes) |
| 9:10 a.m. | USA Presentation | (15 minutes) |
| 9:25 a.m. | City Presentation | (15 minutes) |
| 9:40 a.m. | Compliance Officer Presentation | (15 minutes) |
| 9:55 a.m. | Proposed Independent Monitor Presentation | (15 minutes) |
| 10:10 a.m. | PPA Presentation | (15 minutes) |
| 10:25 a.m. | AMAC Presentation | (15 minutes) |
| 10:40 a.m. | MHA Presentation | (15 minutes) |
| 10:55 a.m. | PCCEP Presentation | (15 minutes) |
| 11:10 a.m. | Morning Break | (15 minutes) |
| 11:25 a.m. | Public Comment | (65 minutes, to be extended if necessary) |
| 12:30 p.m. | Lunch Break | (60 minutes) |
| 1:30 p.m. | Public Comment | (90 minutes, to be extended if necessary) |
| 3:00 p.m. | Court's Closing Remarks | (10 minutes) |

Respectfully submitted this 8th day of May, 2024.

FOR THE UNITED STATES:

| NATALIE A. WIGHT | KRISTEN CLARKE |
|---|---|
| United States Attorney | Assistant Attorney General |
| District of Oregon | Civil Rights Division |

STEVEN H. ROSENBAUM
Chief, Special Litigation Section

*/s/ Laura L. Cowall*
LAURA L. COWALL
Deputy Chief

*/s/ R. Jonas Geissler*
R. JONAS GEISSLER
Trial Attorney

*/s/ Jared D. Hager*
JARED D. HAGER
Trial Attorney

*/s/ Amy Senier*
AMY SENIER
Trial Attorney

FOR THE CITY OF PORTLAND:

| */s/ Robert Taylor* | */s/ Heidi Brown* |
|---|---|
| ROBERT TAYLOR | HEIDI BROWN |
| City Attorney | Chief Deputy City Attorney |
| | |
| */s/ Lisa Rogers* | */s/ Sarah Ames* |
| LISA ROGERS | SARAH AMES |
| Deputy City Attorney | Deputy City Attorney |

FOR THE PORTLAND POLICE ASSOCIATION:

*/s/ Anil Karia*
ANIL KARIA
Attorney for PPA

FOR THE ALBINA MINISTERIAL ALLIANCE COALITION FOR JUSTICE AND POLICE REFORM:

| */s/ J. Ashlee Albies* | */s/ Kristen Chambers* |
|---|---|
| J. ASHLEE ALBIES | KRISTEN CHAMBERS |
| Attorney for AMAC | Attorney for AMAC |

FOR THE MENTAL HEALTH ALLIANCE:

| */s/ Juan Chavez* | */s/ Franz Bruggemeier* |
|---|---|
| JUAN CHAVEZ | FRANZ BRUGGEMEIER |
| Attorney for MHA | Attorney for MHA |

*/s/ Amanda Lamb*
AMANDA LAMB
Attorney for MHA