**J. ASHLEE ALBIES, OSB #051846**
E-mail: ashlee@albiesstark.com
ALBIES & STARK LLC
1500 SW First Ave., Suite 1000
Portland, Oregon  97201
Phone: (503) 308.4770
Fax: (503) 427.9292

**KRISTEN CHAMBERS, OSB#130882**
kristen@prism-legal.com
PRISM LEGAL LLC
3519 NE 15th Ave., Ste. 424
Portland, OR 97212
Phone: (503) 809-0902

*Attorney for Enhanced Amicus AMA Coalition for Justice and Police Reform*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA**,<br><br>      Plaintiff,<br><br>v.<br><br>**CITY OF PORTLAND**,<br><br>      Defendant. | Case No. 3:12-cv-02265-SI<br><br>**MAY 2024 STATUS REPORT OF THE ALBINA MINISTERIAL ALLIANCE COALITION FOR JUSTICE AND POLICE REFORM** |

The Albina Ministerial Alliance Coalition for Justice and Police Reform ("AMA Coalition") hereby submits its status report for the upcoming August 14, 2023 Status Conference, in addition to the joint status report filed with the Mental Health Alliance (MHA), Dkt. 415.

> **I.     THE AMA COALITION'S ISSUES OF CONCERN**

The AMA Coalition affirms the City's incremental progress on many of the issues before the Court and in the Settlement Agreement.  As stated in a recent status report, the AMA

PAGE 1 –  MAY 2024 STATUS REPORT OF THE ALBINA MINISTERIAL ALLIANCE COALITION FOR
              JUSTICE AND POLICE REFORM

Coalition believes we are still a long way from producing a 21st Century Community Police force that offers public safety and trust to the most vulnerable citizens in the City of Portland. Oversight and accountability are critical metrics to achieve this goal.

### A. The AMA Coalition Welcomes the New Court Monitor

The AMA Coalition welcomes the appointment of the independent court-appointed monitor, Mark P. Smith & Associates, in this case. The AMA Coalition and our community partners MHA participated in the selection process, and although the final choice was made by the City of Portland the United States Department of Justice (USDOJ), the AMA Coalition deeply appreciates being involved.

Mark P. Smith & Associates includes a credible and experienced team which the AMA Coalition looks forward to working with, including team member Antoinette Edwards, an advocate deeply respected by the AMA Coalition and the broader Portland community. We are confident Ms. Edwards will bring both a historic and current perspective that reflects her deep engagement, history, and work with the Portland community. The AMA Coalition looks forward to connecting with the monitoring team on a regular basis, and to ensuring the monitoring team is accessible to the community and the community is accessible to the monitoring team.

The AMA Coalition appreciates its role in this process but makes several notes in hopes of finding creative ways of enhancing participation moving forward. First, there were at least 3-4 local groups vying for the position, yet none made it to the final rounds. While technical experience and skill is crucial to this role, community connection is vital as well. Having a local team was a priority when choosing the Compliance Officer/Community Liaison in 2014 and remained a high priority in the Monitor selection. Second, the AMA Coalition would have liked to see more racial diversity is the leadership of the finalists, though we appreciate the diversity in

the teams themselves. Third, during the selection process, community participants were unable to ask direct questions of the candidates but had to submit written questions which were vetted and modified by the City. While the AMA Coalition understands the City's rationale that the process requires uniformity in questions to all potential candidates, the result was that community input felt more like observation than true participation. Finally, the AMA Coalition notes the last COCL report covered the last quarter of 2023, and with the appointment of the Monitor team, their first report may not come out until December of 2024, leaving a nine-month gap in oversight of implementation of the Agreement.

      **B.    Portland Committee on Community Engaged Policing**

The AMA Coalition remains supportive of the PCCEP and appreciates the PCCEP's community engagement. The members remain thoughtful and engaged, diligently performing their volunteer work. The AMA Coalition will continue to monitor and remains concerned about the lack of support for youth members, as one youth position remains vacant. The City should devote time and attention to understanding the particular challenges with and barriers to youth participation so that youth members can join and stay on the PCCEP.

      **C.    Accountability**

The AMA Coalition continues to have concerns about the City not holding officers accountable for violating their own policies, and the impact of the failure to comply with paragraph 195 as noted in the joint motion with the Mental Health Alliance. The AMA Coalition has repeatedly raised concerns about the training slide deck investigation that resulted in the discipline of only one officer and understands there is still an incomplete investigation that is in its third year. Furthermore, the Independent Police Review's investigation into the 2020 protests, which was directed by paragraph 192 in April 2022, is not yet complete. The COCL has been

unwilling to offer an explanation of why it has taken over two years for these investigations, which are supposed to be completed in 180 days per paragraph 121. We are coming up on the fourth anniversary of George Floyd's death, which led to the protests. As we have said over the years, justice delayed is justice denied, and ask for an explanation as to why this incident has not yet been fully resolved.

In addition, the failure to implement Measure 26-217, the oversight body enacted by voters, continues to impede effective accountability. As described in the joint status report of the MHA and AMA Coalition, the Portland Police Association (PPA) is currently pursuing a ballot initiative that seeks to disrupt and undermine the will of the voters who passed Measure 26-217, placing the City an in untenable position of bargaining over it with the PPA while it does so, and in direct contravention of their representation to this court that they had no objection to amendments to the Settlement Agreement that would implement Measure 26-217 and the resulting PAC recommendations.

**D.    Portland Street Response**

The AMA Coalition continues to support funding the support for Portland Street Response, and urges the PPB to work collaboratively to ensure Portland Street Response's success.

**E.    Additional Shootings**

The AMA Coalition notes at that in December of 2023, PPB shot and killed a Black man, Tyrone Johnson II, suspected of robbery. Scant details have been released, including whether Mr. Johnson was armed or pointed his weapon at the police at the time he was shot, and the AMA Coalition is unsure whether mental health was a factor, but expresses concern that the rate at which PPB members shoot Black men has accelerated after a long pause: Mr. Johnson was the

fourth Black man shot since November 2022 out of a total of six PPB shootings in that timeframe; three of the four people who died were Black.

## II.    CONCLUSION

The AMA Coalition will continue to support transformative change within the bureau that will lead to the safety of all community members and remains committed to bringing a community voice to this very important process. Consistent with the AMA Coalition's collaborative agreement with the DOJ and City, the AMA Coalition agrees to advocate for the implementation of the Settlement Agreement and PCCEP reforms that the AMA Coalition supports and will oppose any attempts to weaken or dilute the Settlement Agreement and PCCEP reforms that it supports.

DATED: May 10, 2024.

Respectfully submitted,

*/s/ J. Ashlee Albies*
J. Ashlee Albies, OSB # 051846
ashlee@albiesstark.com

*/s/ Kristen A. Chambers*
Kristen A. Chambers, OSB # 130882
kristen@prism-legal.com