**Juan C. Chavez**, OSB #136428
**Franz Bruggemeier**, OSB #163533
**Amanda Lamb**, OSB #222284
Email: jchavez@ojrc.info
PO Box 5748
Portland, OR 97208
Telephone: 503-944-2270 ext. 212
Facsimile: 971-275-1839

Attorneys for *Amici* Mental Health Alliance

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON
PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No. 3:12-cv-02265-SI |
| Plaintiff, | |
| vs. | |
| CITY OF PORTLAND, | NOTICE OF WITHDRAWAL OF ATTORNEY FRANZ BRUGGEMEIER |
| Defendant. | |

**TO CLERK AND ALL COUNSEL OF RECORD:**

Please take notice effective immediately that I, Franz Bruggemeier, hereby withdraw as counsel of record for *Amici* Mental Health Alliance. Juan Chavez and Amanda Lamb have appeared in this matter and will continue as counsel for *Amici* Mental Health Alliance.

DATED: June 28, 2024.

/s/ Franz Bruggemeier
Franz Bruggemeier, OSB #163533
Oregon Justice Resource Center
Telephone: 503-944-2270