**J. ASHLEE ALBIES, OSB #051846**
E-mail: ashlee@albiesstark.com
ALBIES & STARK
1500 S.W. First Ave., Suite 1000
Portland, Oregon 97201
Phone:   (503) 308.4770
Fax:       (503) 427.9292

**KRISTEN CHAMBERS, OSB#130882**
kristen@prism-legal.com
PRISM LEGAL LLC
3519 NE 15th Ave., Ste. 424
Portland, OR 97212
Phone:   (503) 809-0902

**RIAN PECK, OSB #144012**
rian@visible.law
VISIBLE LAW LLC
333 SW Taylor St., Ste. 300
Portland, OR 97204
Phone:   (503) 773-0103

*Attorneys for Amicus AMA Coalition for Justice and Police Reform*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA**, | Case No. 3:12-cv-02265-SI |
| Plaintiff, | **NOTICE OF ASSOCIATION OF COUNSEL RIAN PECK** |
| v. | |
| **CITY OF PORTLAND**, | |
| Defendant. | |

PLEASE TAKE NOTICE that Rian Peck of Visible Law LLC hereby

associates as counsel with Ashlee Albies and Kristen Chambers as an attorney for

amicus curiae Alberta Ministerial Alliance Coalition. Please include Mx. Peck in addition to Ms. Albies and Ms. Chambers when serving all further papers and filings in this matter.

DATED: July 5, 2024.

Respectfully submitted,

*/s/ Kristen A. Chambers*
Rian Peck, OSB # 14012
rian@visible.law