**J. ASHLEE ALBIES, OSB #051846**
ashlee@albiesstark.com
ALBIES & STARK LLC
1500 SW First Ave., Suite 1000
Portland, OR 97201
Phone: (503) 308.4770
Fax: (503) 427.9292

**KRISTEN CHAMBERS, OSB#130882**
kristen@prism-legal.com
PRISM LEGAL LLC
3519 NE 15th Ave., Ste. 424
Portland, OR 97212
Phone: (503) 809-0902

**RIAN PECK, OSB #144012**
rian@visible.law
VISIBLE LAW LLC
333 SW Taylor St., Ste. 300
Portland, OR 97204
Phone: (503) 773-0103

*Attorneys for Enhanced Amicus AMA Coalition for Justice and Police Reform*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA**,<br><br>    Plaintiff,<br><br>v.<br><br>**CITY OF PORTLAND**,<br><br>    Defendant. | Case No. 3:12-cv-02265-SI<br><br>**NOTICE OF WITHDRAWAL OF ATTORNEY KRISTEN CHAMBERS** |

TO THE CLERK AND ALL COUNSEL OF RECORD:

Please take notice that effective immediately Kristen Chambers hereby withdraws as counsel of record for *Amicus* AMA Coalition for Justice and Police Reform.  J. Ashlee Albies

and Rian Peck have appeared in this matter and will continue as counsel for *Amicus* AMA Coalition for Justice and Police Reform

DATED: July 15, 2024

                                                Respectfully submitted,

                                                */s/ Kristen A. Chambers*
                                                Kristen A. Chambers, OSB # 130882
                                                kristen@prism-legal.com