ROBERT TAYLOR, OSB #044287
City Attorney
Email: Robert.Taylor@portlandoregon.gov
HEIDI BROWN, OSB #922410
Chief Deputy City Attorney
Email: Heidi.Brown@portlandoregon.gov
SARAH AMES, OSB #163350
Deputy City Attorney
Email: Sarah.Ames@portlandoregon.gov
LISA ROGERS, OSB #176519
Deputy City Attorney
Email:  Lisa.Rogers@portlandoregon.gov
Portland City Attorney's Office
1221 SW 4th Avenue, Suite 430
Portland, OR 97204
Telephone: (503) 823-4047
Facsimile: (503) 823-3089
*Of Attorneys for Defendant City of Portland*

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## PORTLAND DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA**, **PLAINTIFF,** v. **CITY OF PORTLAND,** **DEFENDANT.** | 3:12-cv-02265-SI **DEFENDANT CITY OF PORTLAND'S NOTICE OF WITHDRAWAL** |

Pursuant to LR 83-11(b), Defendant City of Portland, hereby proves notice of withdrawal of Denis M. Vannier as an attorney of record for this matter.

Dated:  July 23, 2024

Respectfully submitted,

*/s/ Denis M. Vannier*
DENIS M. VANNIER, OSB # 044406
Senior City Attorney
Email: Denis.Vannier@portlandoregon.gov

Page  1  –  NOTICE OF WITHDRAWAL