ROBERT TAYLOR, OSB #044287
City Attorney
Email: robert.taylor@portlandoregon.gov
HEIDI BROWN, OSB #922410
Chief Deputy City Attorney
Email: heidi.brown@portlandoregon.gov
SARAH AMES, OSB 163350
Deputy City Attorney
Email: sarah.ames@portlandoregon.gov
LISA ROGERS, OSB #176519
Deputy City Attorney
Email: lisa.rogers@portlandoregon.gov
Office of City Attorney
1221 SW 4th Avenue, Suite 430
Portland, OR 97204
Telephone: (503) 823-4047
Facsimile: (503) 823-3089
*Of Attorneys for Defendant City of Portland*

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## PORTLAND DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA**, | Case No. 3:12-cv-02265-SI |
| **PLAINTIFF,** | |
| v. | **JOINT MOTION FOR ORDER SETTING AGENDA FOR FAIRNESS HEARING ON AUGUST 29, 2024** |
| **CITY OF PORTLAND,** | |
| **DEFENDANT.** | |

Defendant City of Portland (City), Plaintiff United States of America (USA), Intervenor-Defendant Portland Police Association (PPA), Enhanced Amicus Curiae Albina Ministerial Alliance Coalition for Justice and Police Reform (AMAC), and Amicus Curiae Mental Health Alliance (MHA), jointly propose the following agenda (exclusive of any questions and discussion the Court may have) for the Status Conference set for Thursday August 29, 2024 at 9:00 a.m. in Portland, Courtroom 15B, before Judge Michael H. Simon.

Page 1 – JOINT MOTION FOR ORDER SETTING AGENDA FOR FAIRNESS HEARING ON AUGUST 29, 2024

| Time | Item | Duration |
|---|---|---|
| 9:00 a.m. | Court's Introductory Remarks | (10 minutes) |
| 9:10 a.m. | Monitor Presentation | (10 minutes) |
| 9:20 a.m. | USA Presentation | (10 minutes) |
| 9:30 a.m. | City Presentation | (10 minutes) |
| 9:40 a.m. | PPA Presentation | (10 minutes) |
| 9:50 a.m. | AMAC Presentation | (10 minutes) |
| 10:00 a.m. | MHA Presentation | (10 minutes) |
| 10:10 a.m. | PCCEP Presentation | (10 minutes) |
| 10:20 a.m. | Morning Break | (15 minutes) |
| 10:35 a.m. | Public Comment | (75 minutes) |
| 11:50 a.m. | Court's Closing Remarks | (10 minutes) |

DATED: August 22, 2024

Respectfully submitted,

**FOR THE CITY OF PORTLAND:**

*s/ Robert Taylor*  
ROBERT TAYLOR  
City Attorney

*s/ Heidi Brown*  
HEIDI BROWN  
Chief Deputy City Attorney

*s/ Sarah Ames*  
SARAH AMES  
City Attorney

*s/ Lisa Rogers*  
LISA ROGERS  
City Attorney

| | |
|---|---|
| **FOR THE UNITED STATES:**<br>NATALIE K. WIGHT<br>United States Attorney<br>District of Oregon | KRISTEN CLARKE<br>Assistant Attorney General<br>Civil Rights Division<br><br>STEVEN H. ROSENBAUM<br>Chief, Special Litigation Section<br><br>*s/ Laura L. Cowall*<br>LAURA L. COWALL<br>Deputy Chief<br><br>*s/ R. Jonas Geissler*<br>R. JONAS GEISSLER<br>Trial Attorney<br><br>*s/ Jared D. Hager*<br>JARED D. HAGER<br>Trial Attorney<br><br>*s/ Amy Senier*<br>AMY SENIER<br>Trial Attorney |

**FOR THE PORTLAND POLICE ASSOCIATION:**

*s/ Anil S. Karia*
ANIL S. KARIA
Attorney for PPA

**FOR THE ALBINA MINISTERIAL ALLIANCE COALITION FOR JUSTICE AND POLICE REFORM:**

| | |
|---|---|
| *s/ J. Ashlee Albies*<br>J. ASHLEE ALBIES<br>Attorney for AMAC | *s/ Rian Peck*<br>RIAN PECK<br>Attorney for AMAC |

**FOR THE MENTAL HEALTH ALLIANCE:**

| | |
|---|---|
| *s/ Juan Chavez*<br>JUAN CHAVEZ<br>Attorney for MHA | *s/ Amanda Lamb*<br>AMANDA LAMB<br>Attorney for MHA |