Hi there,

I live in Portland (at 8338 SE Mill Street) and won't be able to attend the hearing about Case Number 3:12-cv-02265-SI (United States of America v City of Portland) because I have to work at that time, but I wanted to share my opinion. I hope email is an okay way to do that.

I'm really disappointed in the City of Portland for trying to go around what voters said they wanted with Measure 26-217. Residents of Portland made it clear that they want actual police accountability, not some watered-down version that looks like accountability but isn't actually. The Police Accountability Commission was created to represent a lot of different viewpoints and come up with a recommendation -- but then our mayor and city council members disregarded so much of the plan and stripped away any actual accountability mechanisms.

In the current plan, law enforcement has a say in the nominating committee, which undermines the independence of this body. The right of citizens to appeal has been removed, whereas officers have many opportunities to appeal a decision. The power of the board is watered down, and there's no audit system in place.

I don't think this is fair, adequate, or reasonable. It's not fair for the will of voters to be sidestepped. It's not adequate in actually making sure that there's any kind of accountability for police. And it's not reasonable for the mayor and the city council to disregard the work of the Police Accountability Commission.

Please let me know if there's any other information you need from me to be able to count this email as part of public record.

Thank you,
Gretchen