Judge Simon:

This email is regarding the fairness hearing regarding amendments to section VIII.

I voted for the police accountability commission and strongly support the work done by the committee. I worry that the Police Union and/or the city, or even the USDOJ are trying to water down the provisions and ignore the will of the voters.

This process has been taking a very long time and the voters are frustrated and impatient. Any approval process should be the same process as other like commissions or boards and not have extra steps that delay implementation.

Portland voters and residents want, clear, straightforward, efficient processes that ensure that police are accountable to the taxpayers and ensure the safety of residents and ensure that police are punished (hopefully fired) when they are abusive and dangerous. The power has to be in the hands of the people.

Also, the committees and boards need to have proportional representation that matches the populations most often targeted by the police: people of color, mentally ill, houseless, not just rich, white, privileged people with power.

And, potential board members should not be forced to go on a ride-along or PPB community academy. They should not be traumatized or re-traumatized to be able to represent their communities.

Please prioritize the views of laypeople and residents over those of the police and police union. The public needs to be kept safe from the excessive power & privilege of the police.

annie capestany

97202