To whom it may concern,

I am a resident of Portland, OR with deep concerns regarding recent amendments to the Police Oversight Board Charter. The original intent of the charter was to provide a much needed mechanism through which police can be held independently accountable. The amended version of the Charter subverts this intent completely. Specifically, the amendments:
* Embed police influence directly in the process of nominating and hiring those who would oversee them;
* Remove the ability of community members to appeal decisions;
* Remove requirements for continual improvement.

As a resident, the amended Charter is entirely unacceptable; I must strongly urge Judge Simon to reject the current amendments and ensure the delivery of a Charter that attempts to live up to its original intent for accountability.

Regards,
Dr. William Harris