Greetings Judge Simon, I am writing to contribute public testimony on the hearings regarding the Police Accountability Comission.

We Portlanders voted for measure 26-217 for Police Accountability in overwhelming numbers.  The Dept of Justice found PPB to be bursting with examples gross misconduct since we voted. It is clearly essential that PPB have a system for Accountability as one curre tly does not exist.

The volunteers that created the amazing scaffolding for what that system should look like should be thanked and honored for their honest  rigorous and thorough work. Instead the city council has gutted their work. With all the changes that they have made to how this comission should work, they have taken us back to before, when there was no Accountability.  Shame on you city council for not honoring the peoples vote and hard work to make things better for all of us.

This document needs to be brought back to what the Police Accountability Comission originally proposed to city council, not this token gesture toward quieting a roaring tide. At the VERY LEAST these 2 things need to be adjusted:

1. Everyone has bias toward police, good or bad. EVERYONE. The term bias is inherently vague. REMOVE language about bias in the context of choosing council members. Anyone interested regardless of their past can be considered as a participant in the Comission.  If there IS language about bias then it must go both ways. No cops AND "cop haters." YOU CANT ALLOW COPS ON TO THE COMISSION AND THEN SAY PEOPLE WITH A BIAS AGAINST COPS CANT PARTICIPATE. That is like the definition of a double standard.

2. If people are chosen to serve on the comission, they do not need to do a ride along in a police vehicle. That is wildly insensitive and serves no other functions but to promote the false narrative the police continue to control.

Please take the need for authentic, system transforming, people first police accountability seriously. My black brothers and sisters lives depend on it. Literally.

Beth Wilson