Judge Simon and all to whom this may concern,

I am writing in full support of measure 26-217 and the police accountability commission's full recommendations. This email pertains to the changes being proposed to the community board for police accountability oversight system.

The modifications to the proposed CBPA have been biased towards the police. Three police are proposed to be on the nominating committee, yet having bias against police (or lived experience in a highly-policed society) means you cannot serve on the board. Another issue is mandating board members do ride-alongs, but no requirements for police to experience over-policed and adversely-impacted communities.

Furthermore, the larger and fundamental impacts of systemic white supremacy are being ignored. Without a plan and commitment to investigating and dismantling these underlying, pervasive issues, it is impossible to make the necessary changes to decrease racism in policing.

I ask you to interpret the will of the voters who with 82% of the vote made it clear they support true accountability for the police, who for too long have policed themselves and left a wake of brutality in this city. Stay true to the recommendations of the police accountability commission.

Thank you,
Tara Hershberger
Portland, OR 97220