Good morning,

As I cannot testify in person or virtually, I'd like to submit the following for consideration on Thursday:

I am a Portland resident who voted to establish a new police oversight board in order to create a better system of accountability for the significant power wielded by the city through the police. I am disappointed the Portland City council made such significant changes to the plan proposed by the Police Accountability Commission, watering it down to be almost meaningless. These amendments undermine local jurisdiction and limit the power of the oversight board to do its job. They embed police influence throughout the process, which will limit the ability for the board to be independent/introduce bias. The lack of appeals process and lack of continual improvement requirements is bad governance- without these elements the oversight board will have limited legitimacy in the eyes of the community. Finally, forcing police ride-alongs is unhelpful and will alienate people from using the system who have experienced police violence.

Portland desperately needs a functional meaningful police oversight system. Please reject the amendments of the city councillors, and ensure the outcome of this process is in alignment with the consensus-based Police Accountability Commission recommendations.

Thank you,
Jenna Knobloch
resident, SE Portland