**NATALIE A. WIGHT, OSB #035576**
United States Attorney
U.S. Attorney's Office for the District of Oregon
1000 SW Third Avenue, Suite 600
Portland, Oregon 97204
Phone: 503.727.1000

**KRISTEN CLARKE**
Assistant Attorney General
Civil Rights Division
**REGAN RUSH**
Acting Chief
**LAURA L. COWALL**
Deputy Chief
**R. JONAS GEISSLER**
Trial Attorney
**JARED D. HAGER**
Trial Attorney
**AMY SENIER**
Trial Attorney
Special Litigation Section
Civil Rights Division
U.S. Department of Justice
950 Pennsylvania Ave., NW
Washington, D.C. 20530
Phone: 202.532.5527
Email: jonas.geissler@usdoj.gov
       Attorneys for Plaintiff United States

# UNITED STATES DISTRICT COURT

# DISTRICT OF OREGON

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | Case No. 3:12-cv-02265-SI |
| Plaintiff, | |
| v. | PLAINTIFF'S RESPONSE TO CITY'S MOTION FOR RECONSIDERATION |
| **THE CITY OF PORTLAND,** | |
| Defendant. | |

**Page 1**     Plaintiff's Response to City's Motion for Reconsideration

Plaintiff United States of America (United States) submits this response to the City of Portland's (City's) Motion for Reconsideration (ECF No. 461) asking the Court to reconsider and revise of the Court's August 29, 2024, Order (ECF 458). Specifically, the City seeks a revision of the January 2, 2025 effective date of the Court's Order in order to immediately implement the amendments to Section VIII of the Settlement Agreement.

The United States does not oppose the relief requested in the City's Motion.

DATED: September 25, 2024.

Respectfully submitted,

| FOR THE UNITED STATES: | |
|---|---|
| NATALIE A. WIGHT<br>United States Attorney<br>District of Oregon | KRISTEN CLARKE<br>Assistant Attorney General<br>Civil Rights Division<br><br>Regan Rush<br>Special Litigation Section Acting Chief<br><br>/s/ Laura L. Cowall<br>LAURA L. COWALL<br>Deputy Chief<br><br>/s/ R. Jonas Geissler<br>R. JONAS GEISSLER<br>Trial Attorney<br><br>/s/ Jared D. Hager<br>JARED D. HAGER<br>Trial Attorney<br><br>/s/ Amy Senier<br>AMY SENIER<br>Trial Attorney |