Juan C. Chavez, OSB #136428
Amanda Lamb, OSB #222284
Oregon Justice Resource Center
PO Box 5248
Portland, OR 97208
Tel: 503-944-2270
Fax: 971-328-3982

Attorney for *Amicus Curiae* Mental Health Alliance

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON
PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. CITY OF PORTLAND, Defendants. | Case No. 3:12-cv-02265-SI<br><br>NOTICE OF WITHDRAWAL OF AMANDA LAMB |

**TO CLERK AND ALL COUNSEL OF RECORD:**

Please take notice effective immediately that Amanda Lamb of Oregon Justice Resource Center hereby withdraws as counsel of record for *Amicus Curiae* Mental Health Alliance. Juan Chavez of Oregon Justice Resource Center has appeared in this matter and will continue as counsel for Mental Health Alliance.

DATED: October 23, 2024.

*/s/ Amanda Lamb*
Amanda Lamb, OSB #222284
Oregon Justice Resource Center

Page 1 – NOTICE OF WITHDRAWAL OF AMANDA LAMB