# UNITED STATES DISTRICT COURT

# DISTRICT OF OREGON

# PORTLAND DIVISION

**UNITED STATES OF AMERICA,**  3:12-cv-02265-SI

    Plaintiff,

v.  **[PROPOSED] ORDER**

**CITY OF PORTLAND,**

    Defendant.

Robert Taylor, City Attorney; Heidi Brown, Chief Deputy City Attorney; Sarah Ames and Lisa Rogers, Deputy City Attorneys, OFFICE OF THE CITY ATTORNEY, 1221 SW Fourth Avenue, Room 430, Portland, OR 97204.  Of Attorneys for Defendant.

Natalie K. Wight, United States Attorney, UNITED STATES ATTORNEY'S OFFICE, DISTRICT OF OREGON, 1000 SW Third Avenue, Suite 600, Portland, OR 97204; Laura L. Cowall, Deputy Chief; R. Jonas Geissler, Jared D. Hager, and Amy Senier, Trial Attorneys, Special Litigation Section; Civil Rights Division, UNITED STATES DEPARTMENT OF JUSTICE, 950 Pennsylvania Avenue, NW, Washington, D.C. 20530.  Of Attorneys for Plaintiff.

Anil S. Karia, PUBLIC SAFETY LABOR GROUP, P.O. Box 12070, Portland, OR 97212.  Of Attorneys for Intervenor-Defendant Portland Police Association.

J. Ashlee Albies, ALBIES, STARK & GUERRIERO, 1500 SW First Ave., Suite 1000, Portland, OR 97201; Rian Peck, VISIBLE LAW LLC, 333 SW Taylor Street, Suite 300, Portland, OR 97204.  Of Attorneys for Enhanced *Amicus Curiae* Albina Ministerial Alliance Coalition for Justice and Police Reform.

Juan Chavez, Project Director and Attorney, OREGON JUSTICE RESOURCE CENTER, P.O. Box 5248, Portland, OR 97204.  Of Attorneys for *Amicus Curiae* Mental Health Alliance.

**Michael H. Simon, District Judge.**

    On December 16, 2024, Plaintiff United States of America (United States) and Defendant City of Portland (City) filed a Joint Stipulated Motion to amend the Amended Settlement

1 – [PROPOSED] ORDER

Agreement (Agreement) that was previously entered as an Order of this Court, effective January 2, 2025 (ECF 458).

The original version of the Agreement (ECF 4-1) has been amended five times: on May 15, 2018 (ECF 171), September 23, 2021 (ECF 262), February 28, 2023 (ECF 354), January 26, 2024 (ECF 408), and August 29, 2024 (ECF 458).

The Parties have now moved to amend the Agreement to address three drafting errors by: correcting the timeline for the Monitor's presentation of a preliminary draft semi-annual report pursuant to Paragraph 227, clarifying that Compliance Officer/Community Liaison (COCL) consultation duties have transferred to the new Monitor, and removing an outdated reference to the City Auditor from the definition of the Office of Independent Police Review in Paragraph 36.

The Parties consulted Intervenor Portland Police Association (PPA), enhanced *Amicus Curiae* Albina Ministerial Alliance Coalition for Justice and Police Reform (AMAC), and *Amicus Curiae* Mental Health Alliance (MHA), who offered no objection to these proposed amendments.

Paragraph 247 of the Agreement provides that after considering input from the PPA, AMAC, and MHA, the Parties may jointly stipulate to make amendments to the Agreement which, absent further action from the Court, shall be effective 45 days after a joint motion has been filed with the Court. The PPA, AMAC and MHA agree with the Parties on these corrections of drafting errors, and the Court sees no cause to schedule a fairness hearing, nor delay entry of the amendments.

The Court therefore ORDERS that the three amendments necessary to correct the errors in Sections XII and II, providing 90 days after the compliance review period for the Monitor to prepare a draft report, clarifying that all references to COCL apply to the Monitor, and reflecting the removal of the Office of Independent Police Review from the Auditor's Office, are APPROVED, effective January 2, 2025.

Accordingly, the Court ORDERS that the Amended Settlement Agreement, Exhibit 1

hereto, shall be and is entered as an Order of the Court, effective January 2, 2025, superseding the versions of the Agreement previously entered in this matter.

**IT IS SO ORDERED.**

DATED this ___ day of _____, 2024.

_____
Michael H. Simon
United States District Judge

3 – [PROPOSED] ORDER