ROBERT TAYLOR, OSB #044287  
City Attorney  
Email: robert.taylor@portlandoregon.gov  
HEIDI BROWN, OSB #922410  
Chief Deputy City Attorney  
Email: heidi.brown@portlandoregon.gov  
SARAH AMES, OSB #163350  
Deputy City Attorney  
Email: sarah.ames@portlandoregon.gov  
LISA ROGERS, OSB #176519  
Deputy City Attorney  
Email: lisa.rogers@portlandoregon.gov  
Office of City Attorney  
1221 SW 4th Avenue, Suite 430  
Portland, OR 97204  
Telephone: (503) 823-4047  
Facsimile: (503) 823-3089  
*Of Attorneys for Defendant City of Portland*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF OREGON**

**PORTLAND DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA**, <br><br>　　　　PLAINTIFF, <br><br>　v. <br><br>**CITY OF PORTLAND,** <br><br>　　　　DEFENDANT. | Case No. 3:12-cv-02265-SI <br><br> **DEFENDANT CITY OF PORTLAND'S STATUS UPDATE** |

## I. Introduction

As 2024 ends, the City recognizes that the year has been one of major changes. As related to the Settlement Agreement, the past year brought the adoption of an Independent Monitor, progress toward the implementation of a new community-led police accountability system, and the full rollout of body-worn cameras. At the same time, the City has embarked on a historic transition in its form of government, with a new Mayor and Council taking office January 2. Throughout this year of change, the Police Bureau has continued recruiting and hiring efforts

Page 1 – DEFENDANT CITY OF PORTLAND'S STATUS UPDATE

PORTLAND CITY ATTORNEY'S OFFICE  
1221 SW 4TH AVENUE, RM 430  
PORTLAND, OREGON 97204  
PHONE: (503) 823-4047  
FAX: (503) 823-3089

that are diversifying the force, and has focused on critical law enforcement work to meet community priorities, from combatting retail theft, human trafficking and stolen vehicles to protecting the community's First Amendment rights and enhancing community engagement.

## II. Portland Police Bureau

Some of the significant developments at the Portland Police Bureau (PPB) since the last Court hearing in late August are summarized below.

### *(1) Sworn Staffing at PPB*

At the last hearing, there were questions about the demographics of PPB's sworn members. PPB has undertaken a massive hiring effort over the last three years, hiring 250 new sworn members between January 2022 and November 2024. Due to conscientious effort, PPB's new recruits better reflect the demographics of the City they serve, and continue to diversify the bureau:

- Just over one-third of the 250 new hires, or 34.4 percent, identify as female.
- Fewer than two-thirds of new sworn hires, 65.8 percent, identify as white, which is slightly under the 67 percent white population in the Portland.[1]
- More than one-third of new hires identify as people of color: 15.6 percent identifying themselves as of two or more races; 8.0 percent Asian or Asian American; 5.2 percent of Hispanic or Latino identity; 4.4 percent Black or African American; 0.8 percent Native Hawaiian or Pacific Islander; and 0.4 percent American Indian and Alaska Native.[2]

Despite these efforts, PPB's hiring has not kept pace with retirements and resignations, so the Bureau is continuing in its recruitment efforts.

---

[1] Data taken from US Census QuickFacts for City of Portland, available at https://www.census.gov/quickfacts/fact/table/portlandcityoregon/PST045223. The census identified 67.0 percent of Portlanders as "White alone, not Hispanic or Latino," using race and ethnicity categories that differ slightly from those used by PPB.

[2] As noted above, the US Census categories differ from those used by PPB making direct comparison difficult. For example, far more PPB hires identify as being of two or more races (15.6 percent vs. 9.2 percent in the census), and fewer identified as Hispanic or Latino (5.5 vs. 10.3 percent), or Black or African American (4.4 vs. 5.9 percent). Adding those categories alone together yields a total of 25.5 percent for PPB, and 25.4 percent in the Census.

Page 2 – DEFENDANT CITY OF PORTLAND'S STATUS UPDATE

PORTLAND CITY ATTORNEY'S OFFICE
1221 SW 4TH AVENUE, RM 430
PORTLAND, OREGON 97204
PHONE: (503) 823-4047
FAX: (503) 823-3089

(2) *Body-Worn Cameras*

After more than two years of planning, policy development, procurement process, officer training, and a pilot program, PPB has now fully rolled out its body-worn camera program. In addition to the other benefits of body cameras, for purposes of the Settlement Agreement the cameras are a helpful tool in providing additional information for accountability.

(3) *Election Preparedness.*

The City of Portland's Unified Command, which included the Portland Police Bureau, Portland Bureau of Emergency Management, and Portland Fire and Rescue, prepared to ensure public safety in the event of potential protests around the November elections. In collaboration with federal and state law enforcement, county and federal prosecutors, and business and community leaders, the City called for the peaceful exercise of First Amendment rights. PPB increased its staffing on Election Day and the days following as a precaution. While the anticipated protests did not materialize, the collaboration among City bureaus and with outside partners provided a strong model for future planning, and community members were pleased that the additional police staffing resulting from the mandatory overtime for many PPB members allowed for faster response times to non-election emergency calls for service and attention to other public safety challenges.

*(4) Focused Missions*

PPB continues to pursue focused missions to address the community's safety priorities, often including state and local law enforcement partners and collaboration among specialized units of the bureau. Some recent examples of this important work include:

*Human Trafficking.* PPB's Human Trafficking Unit continued their directed patrol efforts along Northeast 82nd Avenue and Northeast Sandy Boulevard. A mission during the first week of December resulted in 16 arrests for sex solicitation and prostitution activities. PPB partners with a non-profit organization for street-level outreach on these missions, together advocating for and offering assistance to young survivors of commercial sexual exploitation and human

Page 3 – DEFENDANT CITY OF PORTLAND'S STATUS UPDATE

PORTLAND CITY ATTORNEY'S OFFICE
1221 SW 4TH AVENUE, RM 430
PORTLAND, OREGON 97204
PHONE: (503) 823-4047
FAX: (503) 823-3089

trafficking.[3]

*Retail Theft.* During retail theft missions, PPB members work directly with retail partners to identify, apprehend, and work toward prosecution of these offenders. For example, Neighborhood Response Team members from all three precincts collaborated on December 4 to help downtown and Pearl District businesses impacted by chronic shoplifting. The efforts resulted in 11 arrests and the recovery of more than $2,400 in stolen merchandise.[4] A November mission in the Mall 205 and Gateway Shopping Center area resulted in 25 arrests, the seizure of one illegal firearm, and recovery of more than $1,100 in stolen goods and one stolen vehicle.

*Foot Patrols.* PPB also brought back holiday walking beats – including PPB members of all ranks up to the Chief – in heavily frequented areas including shopping centers and holiday community events.[5] The walking beats were just one of many community engagement efforts by the bureau (see below).

*Traffic enforcement.* PPB partnered with the Oregon State Police, Washington County Sheriff's Office, Multnomah County Sheriff's Office, Clackamas County Sheriff's Office and other agencies to conduct a successful traffic enforcement mission the weekend before Thanksgiving. The multi-agency mission resulted in more than 1,300 traffic stops for violations such as speeding, impaired driving and distracted driving. At least 62 people were arrested and at least 890 citations were issued. In addition, more than 40 vehicles were towed and two illegally possessed firearms were recovered.

*Organized Crime.* After months of investigation into a regional crime ring, and in collaboration with nine state and local law enforcement agencies, PPB officers executed search

---

[3] Learn more here: https://www.portlandoregon.gov/police/news/read.cfm?id=533799
[4] Learn more here: https://www.portlandoregon.gov/police/news/read.cfm?id=533789
[5] https://www.portlandoregon.gov/police/news/read.cfm?id=533778

Page 4 – DEFENDANT CITY OF PORTLAND'S STATUS UPDATE

warrants and made seven arrests in a crime ring that involved illegal gun possession, identity theft and property theft.[6]

*Stolen Vehicles*. PPB's refined, data-driven approach to stolen vehicle missions continues to minimize police stops and maximize recovery of stolen vehicles and arrests. A November 22 mission in East Portland, involving seven law enforcement agencies made only 16 stops yet recovered 10 stolen vehicles, five arrests for numerous crimes and a gun seizure.[7]

### (5) Community Engagement

PPB continues to prioritize community engagement efforts. In 2024, there have been 981 documented community engagement incidents, with thousands of individuals contacted during those engagements. That is a 31 percent increase over last year, and almost five times as many as in 2022. The most common community event categories in 2024 were walking beats, advisory councils, community/neighborhood meetings, community cultural festivals, and educational workshops/presentations. Outside of walking beats, the most common events were related to advisory councils like the Muslim Advisory Council, Slavic Advisory Council, Coalition of Advisory Councils, African American Advisory Council, and Latino Advisory Council.

### III. Monitoring and Self-Monitoring Plans

Since the appointment of Monitor MPS & Associates, the City diligently engaged with both DOJ and the Monitor on the Monitor Plan and its accompanying methodologies. The City has also developed, in consultation with the Monitor, a self-monitoring plan for those discrete subsections related to both PPB operations and the Portland Committee on Community-Engaged Policing. Elements of the self-monitoring plan are pending final review by the Monitor, and will be posted on the monitoring team's website when finalized.

---

[6] https://www.portlandoregon.gov/police/news/read.cfm?id=533773
[7] https://www.portlandoregon.gov/police/news/read.cfm?id=533770

Page 5 – DEFENDANT CITY OF PORTLAND'S STATUS UPDATE

IV. **Charter Reform**

On January 2, Mayor-elect Keith Wilson and 12 district-based Council members will be sworn in as the inaugural leaders of Portland's new form of government, in which the legislative Council will set policy, and the Mayor and City Administrator are responsible for the executive functions of the city government. This separation of powers marks a dramatic change from the commission form of government, in place since 1913, in which elected Council members ran City bureaus, decided the budget, and legislated.

More than two years of preparation supported this transition, including wholesale updates to City Code, the phase-in of the new administrative structure and establishment of six service areas starting July 1, 2024, and renovations to City Hall to accommodate the larger Council. Portland's first ranked-choice elections ran smoothly, and the election results were certified by December 2, 2024.

Mayor-Elect Keith Wilson immediately immersed himself in the transition, participating in extensive briefings with city leadership and conversations with city employees, including participation in December town hall meetings open to all employees. In December, the Mayor-Elect announced he had asked Interim City Administrator Mike Jordan to continue his service through at least the end of calendar year 2025, and possibly through June 2026. Among the Mayor's first tasks: Development of a budget for 2025-26 under a challenging financial outlook. The inaugural Council will first elect a President and Vice President, then determine its own expected committee structure and membership, so that it can quickly pivot to the policy and budget work under the Council's authority.

Page 6 – DEFENDANT CITY OF PORTLAND'S STATUS UPDATE

PORTLAND CITY ATTORNEY'S OFFICE
1221 SW 4TH AVENUE, RM 430
PORTLAND, OREGON 97204
PHONE: (503) 823-4047
FAX: (503) 823-3089

V. **Community Board for Police Accountability**

As the Section VIII amendments take effect January 2, 2025, the City is prepared to launch recruitment and appointment of the Community Board for Police Accountability (CBPA). The newly elected Councilors will be asked to name one community member from each of the four Council districts to serve on the nominating committee with six other members already identified. Once posted, the application for prospective community volunteers to the CBPA will be publicized via social media, email lists, and through community organizations, including by paid placements. The nominating committee will review applications to the Board and propose nominees for Council appointment. Meanwhile, the City has recruited and hired a limited-term onboarding coordinator to provide administrative support to the nominating committee and first Board as it establishes its operating procedures and hires the inaugural director.

VI. **Portland Street Response**

Portland Street Response was recently moved from Portland Fire & Rescue into the Community Safety Division. The Community Safety Division was reorganized, and the various programs are now within the Public Safety Service Area under Interim Deputy City Administrator Mike Myers. Portland Street Response continues to respond citywide to calls between 8 a.m. and 10 p.m., seven days a week. The program, with stable funding and staffing levels this fiscal year, is on track to respond to more than 12,400 calls in 2024, a 7 percent increase from 11,610 in 2023.[8] Any decisions on future staffing, budgets and services will be proposed and decided by the new Mayor and Council.

---

[8] The PSR Data Dashboard is available here: https://public.tableau.com/app/profile/pfrcommunityhealth/viz/PortlandStreetResponseDashboard/PSRDashboard

Page 7 – DEFENDANT CITY OF PORTLAND'S STATUS UPDATE

PORTLAND CITY ATTORNEY'S OFFICE
1221 SW 4TH AVENUE, RM 430
PORTLAND, OREGON 97204
PHONE: (503) 823-4047
FAX: (503) 823-3089

VII. **Conclusion**

The City appreciates the opportunity to provide this year-end report, and looks forward to further progress in 2025.

Dated: December 31, 2024

                          Respectfully submitted,

                          *s/ Robert Taylor*
                          ROBERT TAYLOR, OSB #044287
                          City Attorney

                          HEIDI BROWN, OSB #922410
                          Chief Deputy City Attorney

                          SARAH AMES, OSB# 163350
                          Deputy City Attorney

                          LISA ROGERS, OSB# 176519
                          Deputy City Attorney
                          *Of Attorneys for Defendant City of Portland*

Page 8 – DEFENDANT CITY OF PORTLAND'S STATUS UPDATE

PORTLAND CITY ATTORNEY'S OFFICE
1221 SW 4TH AVENUE, RM 430
PORTLAND, OREGON 97204
PHONE: (503) 823-4047
FAX: (503) 823-3089