Greetings Judge Simon.

We understand you wish to collect perspectives from the diverse communities on how well police reform priorities are being factored into Portland Police initiatives. Coalition of Advisory Groups (CAG), started in 2020.  Portland Police Bureau (PPB) was working with individual Advisory Councils, and it was asked if we can meet collectively for a meet and greet.  That quickly evolved to a coalition group as we found we had a common objective when working with PPB.   It also strengthened our community voice.

**The mission of the CAG is to enhance collaboration and support among duly recognized police advisory groups in the City of Portland, enhancing their ability to act as an avenue for collective community input to the Portland Police Bureau and City Leadership regarding policies, directives, and programs involving public safety.**

The following Advisory Councils are members of the CAG:
  African American Advisory Council (AAAC)
  Muslim Advisory Council (MAC)
  Slavic Advisory Council (SAC)
  Asian Pacific Islander American Advisory Council (APIAAC)
  Latino Advisory Council (LAC)
  Training Advisory Council (TAC)
  Behavioral Health Unit Advisory Council (BHUAC)

The only Advisory Councils that report to the city are BHUAC and TAC.  All other Advisory Councils do not have any accountability to the city government.  We are purely community-based.  Our bi-monthly meetings are closed meetings, providing a safe area for people to be transparent.   PPB representatives, including an assigned PPB Chief and DOJ are attendees.  **Without transparency and accountability, trust cannot be established, which requires both sides working together.**  After 4 years in working together, we have seen no upset in our working together and have only grown in our advocacy, commitment, and involvement with PPB.  It does not mean there are not issues addressed, but they are always worked out and not ignored.

In 2024, the following CAG accomplishments were achieved:
- PPB Chief of Police presented PPB 18-month strategic plan, allowing input from CAG before presenting to others.
- PPB providing training and inspection of safety features in place for community gathering sites. Addressing prevention and how to escalate matters.
- PPB informs the appropriate Advisory Council when a crime has occurred, in order to inform the community on what is being done before it is released to the media.  This initiative is very important in order to bring assurance of what efforts are being made from trusting source, without jeopardizing the investigation.
- Review of bias/hate crime reports from Multnomah DOJ.

- PPB Academy Training for new officers have been updated to include CAG/community to provide information on how to engage with cultural/bias sensitivity issues and being aware of what they are.
- Given PPB is understaffed, they are consistent with their attendance and follow-ups on CAG meetings and action items. This is such a positive reflection of their commitment to community concerns and building healthy relationships. There has been a recent increase of officers asking to be a member of specific Advisory Councils. A great reflection of continuous growth and support.
- Muslim Advisory Council (MAC):
  - MAC Iftar (PPB, DOJ breaking fast in Ramadan with community leaders) led PPB to win the International Association of Chiefs of Police (IACP) Officer Safety and Wellness (OSW) presentation award as a model for other Police Chiefs nationally and internationally, to learn on community engagement.
  - Oregon State Medical Examiner changing autopsy procedures for Muslim burial rights. Could not properly clean the dead body for burial when the opening is not fully closed.
- Latino Advisory Council (LAC):
  - U-visa:
    - Monumental work and contribution to the PPB U-visa program (immigrant crime victims' protection from deportation and federally funded and protected programs to support immigrant crime victims).
    - LAC met with PPB Command, City Auditor's office and impacted community to strengthen PPB organizational response to U visa review of application, policy, training, and protocols.
    - Because of LAC, we now have a PPB website (for ALL immigrant crime victims, not just Latino).
  - Missing Persons Project:
    - LAC has started a community initiative to improve our Missing Persons messaging and information sharing after a young Latino woman went missing in Nov 2024. This incident impacts ALL of Portlanders, but in particular non-English speaking persons whose family members go missing. This program focuses on creating a plain language messaging on What to Do, What to expect, How to Report a family member missing.
- Asian Pacific Islander American Advisory Council (APIAAC):
  - Facilitated many meetings and conversations between the PPB Chief's Office and the APIA community on hate crime and bias incidents. APIA brokered a series of workshops with the elderly Chinese Community impacted by random assault attacks that caused a lot of fear and distrust of government.
  - APIA groups continue to be a bridge between the APIA business community on the issue of human trafficking and in January 2024, APIA council led an initiative at the MEKONG Bistro on mobilizing APIA businesses to prevent labor trafficking and engage with PPB.
- Slavic Advisory Council (SAC):
  - Continued its educational outreach campaign through local Russian-language media. The target audience are low-English proficiency community members. In 2024, SAC published 12 articles in the Afisha Magazine, which is distributed for

free at all grocery stores and other business run by Slavic community members. The topics, among others, included:

- Trafficking-in-Persons
- Police actions in crisis situations
- PPB crime-prevention missions
- Safety at schools
- Worked with PPB to translate into Russian a PowerPoint presentation, handout materials and a poster on Community Active Shooter Preparedness for talks with the community on the subject.
- Ombudsman: protection of citizens' rights
- U- and T-Visas for victims of crime.

In summary, CAG truly serves as a liaison between PPB and Community.

Concerns:  As we establish good practices, procedures, relationships, the concern is sustainability.  If this is not incorporated into the city's infrastructure, it runs the risk in being abandoned, especially given the frequent changes with personnel. Like any company, qualifications, procedures, and accountability are required for growth and continuous improvements.  Is there a reason why we cannot address this, in order to not lose progress being made and prevent reoccurrence of issues that detriment community support and well-being.

Laila Hajoo plans to attend the Jan 7, 2025, testimony hearing.  We thought it would be advantageous for you to receive a copy of this testimony prior to the hearing.
We hope this report serves you well and we are always open to address any questions or concerns.

With many thanks.

Dr. Vernon Baker; CAG (Coalition of Advisory Groups) Co-Chair
Laila Hajoo; CAG (Coalition of Advisory Groups) Co-Chair
Coalition of Advisory Groups | Portland.gov



NOTICE: This electronic mail contains confidential information that is being transmitted to and only for the use of the recipients named above. Reading, disclosure, discussion, dissemination, distribution or copying this information by anyone other than the intended recipients or his or her councils is strictly prohibited. If you have received the electronic mail in error, please immediately destroy it and contact CAG cag.portland.oregon@gmail.com.