ROBERT TAYLOR, OSB #044287
City Attorney
Email: robert.taylor@portlandoregon.gov
HEIDI BROWN, OSB #922410
Chief Deputy City Attorney
Email: heidi.brown@portlandoregon.gov
SARAH AMES, OSB 163350
Deputy City Attorney
Email: sarah.ames@portlandoregon.gov
LISA ROGERS, OSB #176519
Deputy City Attorney
Email: lisa.rogers@portlandoregon.gov
Office of City Attorney
1221 SW 4th Avenue, Suite 430
Portland, OR 97204
Telephone: (503) 823-4047
Facsimile: (503) 823-3089
*Of Attorneys for Defendant City of Portland*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF OREGON**

**PORTLAND DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA**, <br><br> **PLAINTIFF,** <br><br> v. <br><br> **CITY OF PORTLAND,** <br><br> **DEFENDANT.** | Case No. 3:12-cv-02265-SI <br><br> **JOINT MOTION FOR ORDER SETTING AGENDA FOR STATUS CONFERENCE ON JANUARY 7, 2025** |

Defendant City of Portland (City), Plaintiff United States of America (USA), Intervenor-Defendant Portland Police Association (PPA), Enhanced Amicus Curiae Albina Ministerial Alliance Coalition for Justice and Police Reform (AMAC), and Amicus Curiae Mental Health Alliance (MHA), jointly propose the following agenda (exclusive of any questions and discussion the Court may have) for the Status Conference set for Tuesday, January 7 at 9:00 a.m.

in Portland, Courtroom 15B, before Judge Michael H. Simon.

| Time | Item | Duration |
|---|---|---|
| 9:00 a.m. | Court's Introductory Remarks | (10 minutes) |
| 9:10 a.m. | USA Presentation | (10 minutes) |
| 9:20 a.m. | City Presentation | (10 minutes) |
| 9:30 a.m. | Independent Monitor Presentation | (10 minutes) |
| 9:40 a.m. | PPA Presentation | (10 minutes) |
| 9:50 a.m. | AMAC Presentation | (10 minutes) |
| 10:00 a.m. | MHA Presentation | (10 minutes) |
| 10:10 a.m. | PCCEP Presentation | (10 minutes) |
| 10:20 a.m. | Morning Break | (15 minutes) |
| 10:35 a.m. | Public Comment | (75 minutes) |
| 11:50 a.m. | Court's Closing Remarks | (10 minutes) |

DATED: January 6, 2025

Respectfully submitted,

**FOR THE CITY OF PORTLAND:**

*s/ Robert Taylor*
ROBERT TAYLOR
City Attorney

*s/ Heidi Brown*
HEIDI BROWN
Chief Deputy City Attorney

*s/ Sarah Ames*
SARAH AMES
Deputy City Attorney

*s/ Lisa Rogers*
LISA ROGERS
Deputy City Attorney

| | |
|---|---|
| **FOR THE UNITED STATES:**<br>NATALIE K. WIGHT<br>United States Attorney<br>District of Oregon | KRISTEN CLARKE<br>Assistant Attorney General<br>Civil Rights Division<br><br>REGAN RUSH<br>Chief Special Litigation Section<br><br>*s/ Laura L. Cowall*<br>LAURA L. COWALL<br>Deputy Chief<br><br>*s/ R. Jonas Geissler*<br>R. JONAS GEISSLER<br>Trial Attorney<br><br>JARED D. HAGER<br>Trial Attorney<br><br>*s/ Amy Senier*<br>AMY SENIER<br>Trial Attorney |

**FOR THE PORTLAND POLICE ASSOCIATION:**

*s/ Anil S. Karia*
ANIL S. KARIA
Attorney for PPA

**FOR THE ALBINA MINISTERIAL ALLIANCE COALITION FOR JUSTICE AND POLICE REFORM:**

| | |
|---|---|
| *s/ J. Ashlee Albies*<br>J. ASHLEE ALBIES<br>Attorney for AMAC | *s/ Rian Peck*<br>RIAN PECK<br>Attorney for AMAC |

**FOR THE MENTAL HEALTH ALLIANCE:**

*s/ Juan Chavez*
JUAN CHAVEZ
Attorney for MHA