**MAC WARNER**
Deputy Assistant Attorney General
Civil Rights Division
**REGAN RUSH**
Chief
**LAURA L. COWALL**
Deputy Chief
**R. JONAS GEISSLER**
**JARED D. HAGER**
**COREY SANDERS**
**AMY SENIER**
Trial Attorneys
Special Litigation Section
Civil Rights Division
U.S. Department of Justice
950 Pennsylvania Ave., NW
Washington, D.C.  20530
Phone: (202) 305-3229
    Attorneys for Plaintiff United States

# UNITED STATES DISTRICT COURT

# DISTRICT OF OREGON

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | Case No. 3:12-cv-02265-SI |
| Plaintiff, | |
| v. | PLAINTIFF'S NOTICE OF SUBSTITUTION OF COUNSEL |
| **THE CITY OF PORTLAND,** | |
| Defendant. | |

Plaintiff, by and through the undersigned counsel, hereby gives notice of the following substitution of counsel in this matter: Corey Sanders, Trial Attorney, is substituted for Amy Senier. Please remove Amy Senier from further services and electronic notices in this case.

DATED: March 28, 2025.

    Respectfully submitted,

    MAC WARNER
    Deputy Assistant Attorney General
    Civil Rights Division

    REGAN RUSH
    Chief
    Special Litigation Section

    /s/ Laura L. Cowall
    LAURA L. COWALL
    Deputy Chief
    Special Litigation Section

    /s/ Amy Senier
    R. JONAS GEISSLER
    JARED D. HAGER
    COREY SANDERS
    AMY SENIER
    Trial Attorneys
    Special Litigation Section
    Civil Rights Division
    United States Department of Justice