**INDEPENDENT COURT APPOINTED MONITOR**
Mark P. Smith, Lead Monitor
Direct Email: mark.p.smith@portlandpolicemonitor.com
Team Email: info@portlandpolicemonitor.com
Website: http://www.portlandpolicemonitor.com

## UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## PORTLAND DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **Case No.: 3:12-cv-02265-SI** |
| **PLAINTIFF,** | |
| v. | **INDEPENDENT COURT APPOINTED MONITOR'S BUDGET (2024–2025)** |
| **CITY OF PORTLAND,** | |
| **DEFENDANT.** | |

Pursuant to Paragraph 211 of the Amended Settlement Agreement previously entered in this matter (ECF No. 485-1), the Independent Court Appointed Monitor ("Monitor") submits the attached Operating Budget (Attachment 1) addressing costs for the first year of the Monitorship. Although a reliable breakdown of costs for the first year of operations proved initially challenging to anticipate—as we continuously learned more information throughout the year about how many hours would be required to complete each of our various duties—we were pleased to publish monthly invoices to our website (www.portlandpolicemonitor.com) throughout the year, allowing the public to regularly see our costs and learn along with us about how we divided them amongst all of our responsibilities. Having the benefit of increased

information, we anticipate filing a budget addressing estimated costs for the second year of the

Monitorship closer in time to the start of that second year.

Dated: May 20, 2025.

Respectfully submitted,

*s/Mark P. Smith*

Mark P. Smith
Lead Monitor
INDEPENDENT COURT
APPOINTED MONITOR