# Independent Court Appointed Monitoring Team – Operating Budget

***2024-2025 Budget*** – Following is the Independent Court Appointed Monitor's (Monitor's) budget covering the first year of Monitorship of the Settlement Agreement:

| Labor | | | |
|---|---|---|---|
| **Core Monitorship Duty** | **Hourly Rate*** | **Anticipated Hours** | **Anticipated Cost Subtotal** |
| Develop Monitoring Plan (including Compliance and Outcome Methodologies) | $325 | 400 | $130,000 |
| Conduct Semi-annual Compliance Assessments | $325 | 600 | $195,000 |
| Conduct Qualitative and Quantitative Outcome Assessments | $325 | 250 | $81,250 |
| Provide Recommendations and Advice on Timely Substantial Compliance | $325 | 100 | $32,500 |
| Prepare Semi-annual Monitor Reports | $325 | 250 | $81,250 |
| Community Outreach (including Town Hall Meetings) | $325 | 650 | $211,250 |
| Communications and Website/Social Media Development and Maintenance | $325 | 180 | $58,500 |
| Status Conferences with the Parties | $325 | 300 | $97,500 |
| Court Appearances | $325 | 200 | $65,000 |
| | | **Total Anticipated Hours:** **2,930** | **Total Anticipated Labor Costs:** **$952,250** |
| **Non-Labor** | | | |
| **Expense** | | | **Anticipated Cost Subtotal** |
| Travel, Lodging, Per Diem+ | | | $100,000 |
| Miscellaneous: Website Development/Maintenance, Software Licenses, Supplies, etc. | | | $23,150 |
| | | | **Total Anticipated Non-Labor Costs:** **$123,150** |
| **Total Anticipated Costs** | | | **$1,075,400** |

***Hourly Rate*** – The hourly rate of $325 (as listed above) reflects a blended weighted average for all members of the Monitoring Team, including the Lead Monitor, Deputy Monitor, and Associate Monitors.

⁺***Travel Expenses*** – The Monitoring Team bills its lodging, meals, and incidental travel expenses in accordance with applicable per diem rates established by the U.S. General Services Administration. We do not bill separately for any travel time (though monitoring work conducted while traveling is billed as indicated in the above budget).

***2025-2026 Budget*** – In light of the increased time commitment required to initiate many monitoring activities, including establishing community connections, developing compliance and outcome methodologies, creating reporting protocols, etc., as well as the anticipated movement of some Settlement Agreement paragraphs to Self-Monitoring or Partial Termination status, the Monitor anticipates a decrease in its operating budget for the second year of the Monitorship. An updated budget will be filed with the Court after the first year of the Monitorship is complete.

[THIS SPACE INTENTIONALLY LEFT BLANK]