**INDEPENDENT COURT APPOINTED MONITOR**
Mark P. Smith, Lead Monitor
Direct Email: mark.p.smith@portlandpolicemonitor.com
Team Email: info@portlandpolicemonitor.com
Website: http://www.portlandpolicemonitor.com

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | Case No.: 3:12-cv-02265-SI |
| **PLAINTIFF,** | |
| v. | **INDEPENDENT COURT APPOINTED MONITOR'S QUARTERLY STATEMENTS (Q3 2024 – Q1 2025)** |
| **CITY OF PORTLAND,** | |
| **DEFENDANT.** | |

Pursuant to Paragraph 211 of the Amended Settlement Agreement previously entered in this matter (ECF No. 485-1), the Independent Court Appointed Monitor ("Monitor") submits the attached Quarterly Statements (Q3 2024: Attachment 1; Q4 2024: Attachment 2; Q1 2025: Attachment 3). Regrettably, the Quarterly Statements for Q3 2024 and Q4 2024 were not

Independent Court Appointed Monitor's Quarterly Statements (Q3 2024 – Q1 2025)    Page 1

submitted earlier. They are therefore being submitted now, and the Monitor anticipates timely submissions of these statements going forward.

Dated: May 20, 2025.

                Respectfully submitted,

                *s/Mark P. Smith*
                Mark P. Smith
                Lead Monitor
                INDEPENDENT COURT
                APPOINTED MONITOR