**INDEPENDENT COURT APPOINTED MONITOR**
Mark P. Smith, Lead Monitor
Direct Email: mark.p.smith@portlandpolicemonitor.com
Team Email: info@portlandpolicemonitor.com
Website: http://www.portlandpolicemonitor.com

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | Case No.: 3:12-cv-02265-SI |
| **PLAINTIFF,** | |
| v. | **INDEPENDENT COURT APPOINTED MONITOR'S COMPLIANCE REPORT (Q3 2024 – Q4 2024)** |
| **CITY OF PORTLAND,** | |
| **DEFENDANT.** | |

Pursuant to Paragraph 227 of the Amended Settlement Agreement previously entered in this matter (ECF No. 485-1), the Independent Court Appointed Monitor submits the attached Compliance Report (Q3 2024 – Q4 2024) (Attachment 1).

Dated: June 30, 2025.

    Respectfully submitted,

    *s/Mark P. Smith*
    Mark P. Smith
    Lead Monitor
    INDEPENDENT COURT APPOINTED MONITOR