ROBERT TAYLOR, OSB #044287
City Attorney
Email: robert.taylor@portlandoregon.gov
HEIDI BROWN, OSB #922410
Chief Deputy City Attorney
Email: heidi.brown@portlandoregon.gov
SARAH AMES, OSB 163350
Deputy City Attorney
Email: sarah.ames@portlandoregon.gov
LISA ROGERS, OSB #176519
Deputy City Attorney
Email: lisa.rogers@portlandoregon.gov
Office of City Attorney
1221 SW 4th Avenue, Suite 430
Portland, OR 97204
Telephone: (503) 823-4047
Facsimile: (503) 823-3089
*Of Attorneys for Defendant City of Portland*

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

### PORTLAND DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA**, | Case No. 3:12-cv-02265-SI |
| **PLAINTIFF,** | |
| v. | **JOINT MOTION FOR ORDER SETTING AGENDA FOR STATUS CONFERENCE ON JULY 29, 2025** |
| **CITY OF PORTLAND,** | |
| **DEFENDANT.** | |

Defendant City of Portland (City), Plaintiff United States of America (USA), Intervenor-Defendant Portland Police Association (PPA), Enhanced Amicus Curiae Albina Ministerial Alliance Coalition for Justice and Police Reform (AMAC), and Amicus Curiae Mental Health Alliance (MHA), jointly propose the following agenda (exclusive of any questions and discussion the Court may have) for the Status Conference set for Tuesday, July 29 at 9:00 a.m. in

Page 1 – JOINT MOTION FOR ORDER SETTING AGENDA FOR STATUS CONFERENCE ON JULY 29, 2025

Portland, Courtroom 15B, before Judge Michael H. Simon.

| Time | Item | Duration |
|---|---|---|
| 9:00 a.m. | Court's Introductory Remarks | (10 minutes) |
| 9:10 a.m. | USA Introductory Remarks | (5 minutes) |
| 9:15 a.m. | City Introductory Remarks | (5 minutes) |
| 9:20 a.m. | Court-Appointed Independent Monitor Presentation | (20 minutes) |
| 9:40 a.m. | USA Presentation | (10 minutes) |
| 10:00 a.m. | City Presentation | (10 minutes) |
| 10:10 a.m. | PPA Presentation | (10 minutes) |
| 10:20 a.m. | AMAC Presentation | (10 minutes) |
| 10:30 a.m. | MHA Presentation | (10 minutes) |
| 10:40 a.m. | PCCEP Presentation | (10 minutes) |
| 10:50 a.m. | Public Comment | (60 minutes) |
| 11:50 p.m. | Court's Closing Remarks | (10 minutes) |

DATED: July 17, 2025

Respectfully submitted,

**FOR THE CITY OF PORTLAND:**

*s/ Robert Taylor*
ROBERT TAYLOR
City Attorney

*s/ Heidi Brown*
HEIDI BROWN
Chief Deputy City Attorney

*s/ Sarah Ames*
SARAH AMES
Deputy City Attorney

*s/ Lisa Rogers*
LISA ROGERS
Deputy City Attorney

| | |
|---|---|
| **FOR THE UNITED STATES:**<br>WILLIAM M. NARUS<br>United States Attorney<br>District of Oregon | HARMEET K. DHILLON<br>Assistant Attorney General<br>Civil Rights Division<br><br>R. JONAS GEISSLER<br>Deputy Assistant Attorney General<br>Civil Rights Division<br><br>ANDREW DARLINGTON<br>Acting Chief<br><br>*s/ Laura L. Cowall*<br>LAURA L. COWALL<br>Deputy Chief<br><br>JARED D. HAGER<br>Trial Attorney<br><br>*s/ Jeff Murray*<br>JEFF MURRAY<br>Trial Attorney<br><br>*s/ Catherine Yoon*<br>CATHERINE YOON<br>Trial Attorney<br>Special Litigation Section<br>Civil Rights Division<br>United States Department of Justice |

**FOR THE PORTLAND POLICE ASSOCIATION:**

*s/ Anil S. Karia*
ANIL S. KARIA
Attorney for PPA

**FOR THE ALBINA MINISTERIAL ALLIANCE COALITION FOR JUSTICE AND POLICE REFORM:**

| | |
|---|---|
| *s/ J. Ashlee Albies*<br>J. ASHLEE ALBIES<br>Attorney for AMAC | *s/ Rian Peck*<br>RIAN PECK<br>Attorney for AMAC |

Page 3 – JOINT MOTION FOR ORDER SETTING AGENDA FOR STATUS CONFERENCE ON JULY 29, 2025

**FOR THE MENTAL HEALTH ALLIANCE:**

*s/ Juan Chavez*
JUAN CHAVEZ
Attorney for MHA