ROBERT TAYLOR, OSB #044287
City Attorney
Email: robert.taylor@portlandoregon.gov
HEIDI BROWN, OSB #922410
Chief Deputy City Attorney
Email: heidi.brown@portlandoregon.gov
SARAH AMES, OSB #163350
Deputy City Attorney
Email: sarah.ames@portlandoregon.gov
LISA ROGERS, OSB #176519
Deputy City Attorney
Email: lisa.rogers@portlandoregon.gov
Office of City Attorney
1221 SW 4th Avenue, Suite 430
Portland, OR 97204
Telephone: (503) 823-4047
Facsimile: (503) 823-3089
*Of Attorneys for Defendant City of Portland*

# UNITED STATES DISTRICT COURT

# DISTRICT OF OREGON

# PORTLAND DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA**, **PLAINTIFF,** v. **CITY OF PORTLAND,** **DEFENDANT.** | Case No. 3:12-cv-02265-SI  **DEFENDANT CITY OF PORTLAND'S STATUS UPDATE** |

## I. Introduction

The City has continued to make progress during the Monitor's initial review period, as reflected in the Monitor's first compliance report filed June 30, ECF No. 490-1. The report found the City in substantial compliance with all but six of the paragraphs in the Settlement Agreement. The City looks forward to demonstrating its full implementation of these final remedies, its self-monitoring capabilities for a growing segment of the Agreement, and its ongoing commitment to durable reform.

Page 1 – DEFENDANT CITY OF PORTLAND'S STATUS UPDATE

PORTLAND CITY ATTORNEY'S OFFICE
1221 SW 4TH AVENUE, RM 430
PORTLAND, OREGON 97204
PHONE: (503) 823-4047
FAX: (503) 823-3089

## II. The City Continues Its Forward Movement under the Settlement Agreement

PPB's Training Division has made great strides over the years under the Settlement Agreement as reflected by those paragraphs moving into self-assessment for the 2025 compliance periods. Bureau efforts, including those of the new Civilian Director of Training, resulted in the Monitor's finding that the 2024 Annual Training Needs Assessment was "thorough, comprehensive, and effective in its utilization of data, findings, and recommendations related to the various elements listed in Paragraph 79." The Monitor also reviewed the Learning Management System (LMS) report which showed PPB provided over 125 online trainings relating to directives, standard operating procedures, legal updates, and supervisor and officer field operations, as well as other topics. In addition, the Monitor reviewed numerous training materials and found they were consistently conforming with applicable directives and the Settlement Agreement. They also observed PPB training and confirmed that PPB's practices were fulfilling the requirements of paragraph 84.

PPB is also taking positive steps under the Force Section of the Settlement Agreement. The Monitor found that PPB officers exhibited the ability to "resolve confrontations without resorting to force or by using the least amount of appropriate force," maintaining the principles in paragraph 66 in a "comprehensive fashion and with a high level of integrity."

## III. Update on Section XI Remedies

The City continues to make substantial progress toward achieving the additional remedies in Section XI.

***Protest Response (Paragraph 189).*** The Monitor found the City in substantial compliance with this remedy, reporting that the City met all requirements in Paragraph 189.

The Independent Monitor, LLC did an initial assessment of the City's response that

Page 2 – DEFENDANT CITY OF PORTLAND'S STATUS UPDATE

PORTLAND CITY ATTORNEY'S OFFICE
1221 SW 4TH AVENUE, RM 430
PORTLAND, OREGON 97204
PHONE: (503) 823-4047
FAX: (503) 823-3089

resulted in twelve recommendations. During the Monitor's review period, Independent Monitor, LLC issued a report assessing PPB's follow up with the recommendations. Independent Monitor, LLC found that PPB had either completed or made substantial steps with all of them.

***Body-Worn Cameras (Paragraph 194)***. As reported in January, the City fully rolled out its body-worn camera program. In the last six months, the tool has proven its value – allowing the force inspector's team to review footage along with the police reports in incidents involving force, and offering additional evidence useful to both police accountability and to juries and fact-finders in criminal matters.

***Police Oversight System (Paragraph 195).*** Marking a significant milestone in implementing Portland's voter-approved community-led police Oversight System, Portland City Council on June 17, 2025, appointed 21 members and six alternates to serve on the newly formed Community Board for Police Accountability (CBPA).

The 21-member CBPA and the Office of Community-based Police Accountability (OCPA) will comprise Portland's new Oversight System—an independent accountability structure designed to: investigate misconduct by sworn PPB officers and supervisors promptly, fairly and impartially; impose discipline when appropriate; and make recommendations to PPB's policies, practices and directives.

The new CBPA members will go through the prerequisite criminal background check to serve on the CBPA and then will undergo substantial training. The CBPA will recruit and hire a director, who will hire and manage the professional administrative staff and investigators, as provided by Charter.[1] The City looks forward to delivering further updates as it implements the community-led Oversight System.

---

[1] Portland City Charter Section 2-1005.

Page 3 – DEFENDANT CITY OF PORTLAND'S STATUS UPDATE

## IV. City Self-Monitoring Reports

The City produced compliance reports for the four sections that immediately went into self-monitoring upon entry of Section XII of the Agreement: Community Based Health Services (Paras. 88-90); Behavioral Health Unit Advisory Committee (Paras. 94-96); the Portland Committee on Community-Engaged Policing (Paras. 141-44, 151-52); and PPB Stops Data and Annual Reports (Paras. 148, 150, and 193). Those reports may be found on the PPB website, at https://www.portland.gov/police/doj/self-reporting-documents-monitor.

## V. The City Continues its Commitment to Community Priorities

The City has seen a decrease in crime as PPB continues its focus on reducing crime and the fear of crime. Overall crime rates were down 8.7% during the first half of 2025 as compared to the second half of 2024.

Portland Street Response (PSR) adopted three new policies as a result of a labor-management committee that included Portland Police Association. These new policies expanded PSR duties. First, PSR may now enter publicly accessible areas to support persons in need of service connection and/or de-escalation. Second, there is a new process for a co-response between PSR, PPB, Portland Fire & Rescue, and American Medical Response[2] (AMR), as appropriate. The final policy allows employees to shuttle community members to a point of service or resources, including shelter sites, addiction treatment/detoxification/sobering centers, and food pantries. In addition to the shuttling, the expansion of PSR allows police to prioritize responses to crime, while also allowing PSR members to be present during police calls where PSR training can help provide needed services.

---

[2] AMR provides ambulance services in the city of Portland.

Page 4 – DEFENDANT CITY OF PORTLAND'S STATUS UPDATE

## VI. Conclusion

The City appreciates the opportunity to provide this mid-year update. The City continues its commitment to: achieving substantial compliance, delivering enduring police reform, and returning oversight and direction of its local police agency to the City's elected leaders and appointed community members.

Dated: 23rd day of July, 2025.

                        Respectfully submitted,
                        */s/ Robert Taylor*
                        ROBERT TAYLOR, OSB #044287
                        City Attorney

                        HEIDI BROWN, OSB #922410
                        Chief Deputy City Attorney

                        SARAH AMES, OSB# 163350
                        Deputy City Attorney

                        LISA ROGERS, OSB# 176519
                        Deputy City Attorney
                        *Of Attorneys for Defendant City of Portland*

Page 5 – DEFENDANT CITY OF PORTLAND'S STATUS UPDATE

PORTLAND CITY ATTORNEY'S OFFICE
1221 SW 4TH AVENUE, RM 430
PORTLAND, OREGON 97204
PHONE: (503) 823-4047
FAX: (503) 823-3089