# DOJ Settlement Agreement – CAG Testimony Statement
# Federal Court Hearing; July 29, 2025

This report is an update on the Coalition of Advisory Groups (CAG) interactions with Portland Police Bureau (PPB). The original report was presented to the Federal Court Hearing on Jan 7, 2025, and those activities have continued. This report addresses what changes have been made in the past 6 months, January 1-June 30, 2025, and their outcomes.

**The mission of the CAG is to enhance collaboration and support among duly recognized police advisory groups in the City of Portland, enhancing their ability to act as an avenue for collective community input to the Portland Police Bureau and City Leadership regarding policies, directives, and programs involving public safety.**

The following Advisory Councils are members of the CAG:
- African American Advisory Council (AAAC)
- Muslim Advisory Council (MAC)
- Slavic Advisory Council (SAC)
- Asian Pacific Islander American Advisory Council (APIAAC)
- Latino Advisory Council (LAC)
- Training Advisory Council (TAC)
- Behavioral Health Unit Advisory Council (BHUAC)

The only Advisory Councils that report to the city are BHUAC and TAC. All other Advisory Councils do not have any accountability to the city government. We are purely community-based. Our bi-monthly meetings are closed meetings, providing a safe area for people to be transparent. PPB representatives, including an assigned PPB Chief and DOJ are attendees. **Without transparency and accountability, trust cannot be established, which requires both sides working together.** We have seen no upset in our working together and have only grown in our advocacy, commitment, and involvement with PPB. It does not mean there are not issues addressed, but they are always worked out and not ignored.

The following are updates that have occurred in the past 6 months (January 1-June 30, 2025):

Latino Advisory Council (LAC):
- Designing and developing a culturally specific educational "game" called Lotereia to bridge the Latino community and PPB officers in a non-crisis setting, providing firsthand guidance and insights into a rich and complex Latino culture and popular social dynamics with the Police in general.

Asian Pacific Islander American Advisory Council (APIAAC):
- APIA Chair Christine Chin Ryan, had passed away and from her many years of contributions to civil rights, working with PPB, state officials, the Governor's office issued a State resolution in honor of Christine Chin Ryan which was issued in May 2025.
- APIA continues its educational outreach with APIA communities on justice topics and youth outreach and engagement.

Muslim Advisory Council (MAC):
- MAC Iftar (PPB, DOJ breaking fast in Ramadan with community leaders) promoted community connections and understanding. Received media attention from the Oregonian on the positive impact between PPB and community.
- PPB and MAC presented on a panel at the IACP Wellness and Safety Conference in Anaheim, CA, about Social Wellness at an Iftar Dinner, highlighting the direct impact of community partnerships and community policing on both our officers and the community as a whole.
- Private Islamic school faced shooting and threats. PPB provided de-escalation meetings and classes with school staff and parents; and assisted in finding resources for security coverage. The school joined MAC as a member, from being in fear/mistrust of PPB to being grateful.

LAC and APIAAC:
- Announced all their members have attended the Community Police Academy. This allows council members to be better informed of PPB issues and their role.

CAG addressing immigrant civil rights, protection and PPB's jurisdiction.
- APIAAC: APIA managers met with PPB and the DA's office representatives on immigration enforcement issues and learned how to navigate the court system amidst pending ICE warrants, etc.
- LAC: Developed the Latino work group, that includes other Latino organizations/leaders to meet with PPB command and Union President to provide outreach and education on emerging issues of immigration enforcement.
- LAC and MAC: Attended the City of Portland/PPB Press Conference on Immigration Enforcement Topic in June.
- CAG was directed to a single source reference on legal advices about one's rights through ODOJ, referencing to the online Civil Rights Unit (CRU) Sanctuary Promise Community Toolkit. This was also reviewed and endorsed by PPB and provided clarity.

Recognitions:
- PPB and CAG were awarded by IACP Community Trust Initiative for the innovative integration of community subject matters, using CAG, into police training. The case study was featured in the publication of the IACP "Trust Building Campaign Toolkit". IACP publication is available worldwide to about 35,000 police members.
- Governor's Commission for Women recognized two PPB Council Chairs for their monumental work and legacy in the area of women empowerment and civic leadership. Marta Guembes Herrera, who serves as LAC Chairperson, was awarded the Lifetime Achievement award, and Christine Chin Ryan, who had served as APIAAC Chairperson, the Legacy Award. Also recognizing Laila Hajoo, who serves as CAG Co-Chair and MAC Executive Team member, received her Lifetime Achievement award in 2019. This speaks volumes about the caliber of civic leaders and educators who lead PPB advisory groups and promote community-police partnerships on the national level.

**In summary, CAG truly serves as a liaison between PPB and Community.**

**Concerns:** As we establish good practices, procedures, relationships, the concern is sustainability. If this is not incorporated into the city's infrastructure, it runs the risk of being abandoned, especially given the frequent changes in personnel. Is there a reason why the city cannot address this, in order to not lose progress being made and prevent recurrence of issues that detriment community support and well-being.



https://www.portland.gov/police/cag