**HARMEET K. DHILLON**
Assistant Attorney General
Civil Rights Division
**R. JONAS GEISSLER**
Deputy Assistant Attorney General
**ANDREW DARLINGTON**
Acting Chief
**LAURA L. COWALL**
Deputy Chief
**JARED D. HAGER**
**JEFFREY R. MURRAY**
**CATHERINE YOON**
Trial Attorneys
Special Litigation Section
Civil Rights Division
U.S. Department of Justice
950 Pennsylvania Ave., NW
Washington, D.C.  20530
Phone: (202) 305-3229
    Attorneys  for Plaintiff United States

# UNITED STATES DISTRICT COURT

# DISTRICT OF OREGON

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | Case No. 3:12-cv-02265-SI |
| Plaintiff, | |
| v. | PLAINTIFF UNITED STATES' STATUS REPORT |
| **CITY OF PORTLAND,** | |
| Defendant. | |

Plaintiff United States of America submits this Status Report to the Court in preparation for the July 29, 2025 Interim Status Conference. The Independent Court Appointed Monitor submitted his first report on June 30, 2025. In his Compliance Report covering the Third and Fourth Quarters of 2024, ECF 490, the Monitor found that the Portland Police Bureau (PPB) has complied with 50 of the 56 substantive provisions in the Amended Settlement Agreement (Agreement), ECF 408-1. This includes, all provisions in the Agreement's sections dealing with: Use of Force Policy (¶¶ 66-67); Use of Force Supervisory Investigations and Reports (¶¶ 70, 72-73); Training (¶¶ 78-79, 81, 84-86), Bureau of Emergency Communications (¶ 115); Investigation Timeframes (¶¶ 121-23); On-scene Public Safety Statements and Interviews (¶¶ 124-27); Conduct of Internal Affairs Investigations (¶¶ 128-33); and Discipline (¶ 137).

The areas in partial compliance where some additional work remains are the Use of Force Reporting Policy and Use of Force Report (¶ 69), Compliance Audits Related to Use of Force (¶ 76), the Employee Information System (¶ 118), and three Additional Remedies (¶¶ 192 (accountability), 194 (body worn cameras), and 195 (Community Police Oversight Board). Based on the Monitor's report, PPB seems primed to reach substantial compliance in these areas soon, particularly if the City maintains momentum in standing up the new Oversight System.

The United States commends PPB for its progress and accomplishments to date and looks forward to its achieving full compliance with the Agreement, the transition to self-assessing, and the successful resolution of this case.

DATED: July 28, 2025.

          Respectfully submitted,

          HARMEET K. DHILLON
          Assistant Attorney General
          Civil Rights Division

          R. JONAS GEISSLER
          Deputy Assistant Attorney General

          ANDREW DARLINGTON
          Acting Chief
          Special Litigation Section

          */s/ Laura L. Cowall*
          LAURA L. COWALL
          Deputy Chief
          Special Litigation Section

          */s/ Jeffrey R. Murray*
          JARED D. HAGER
          JEFFREY R. MURRAY
          CATHERINE YOON
          Trial Attorneys
          Special Litigation Section
          Civil Rights Division
          United States Department of Justice