## Testimony of Ciatta Thompson Before the U.S. District Court

## Re: Portland Police Bureau Settlement Agreement Compliance

Good morning, Judge Simon.

My name is Ciatta Thompson, and I live and work in Portland.

In 2012, the U.S. Department of Justice issued a Findings Letter concluding the Portland Police Bureau engaged in a pattern or practice of excessive force—especially against people in mental health crisis—citing deficiencies in use-of-force policies, officer training, supervision, and internal review processes (DOJ Findings Letter, September 12, 2012).

In response, Portland entered a settlement requiring sweeping reforms: crisis intervention teams, body-worn cameras, enhanced training, community oversight structures, and robust data reporting. After years of implementation, in November 2023, the City and DOJ filed a joint motion to partially terminate the agreement—ending roughly 40 of its 96 provisions—and to shift remaining oversight to a newly appointed independent court monitor (replacing the COCL).

That independent monitor, MPS & Associates, began functioning in mid-2024, issuing compliance assessments every six months. The City has also assumed "self-monitoring" for 15 additional provisions subject to termination after two straight reports of compliance.

The DOJ and the monitor have found that PPB now uses force in approximately 0.5% of encounters—most of which are low-level—and that uses of Tasers and handling of mental health crises follow policy and national best practices. The Behavioral Health Unit, Enhanced Crisis Intervention Team, and dispatch protocols have consistently been praised in official reports.

Only about 11 paragraphs remain out of compliance, mostly involving the investigatory response to the 2020 racial justice protests and accurate force-reporting categorization—areas now under the sustained scrutiny of the independent monitor.

Given this context, I respectfully urge the Court to conclude that federal supervision has fulfilled its purpose and can now be safely phased out. Portland has demonstrated meaningful progress and built durable local accountability tools—including body-worn cameras, community advisory boards, robust data tracking, and a well-staffed Behavioral Health Unit.

Ending the remaining oversight would allow the City to adapt reforms organically, reduce duplication and expense, and restore full local governance—while retaining transparency through publicly available compliance reports.

Thank you for your time and consideration.

**Respectfully,**

Ciatta Thompson