**HARMEET K. DHILLON**
Assistant Attorney General
Civil Rights Division
**R. JONAS GEISSLER**
Deputy Assistant Attorney General
**PATRICK MCCARTHY**
Chief
**LAURA L. COWALL**
Deputy Chief
**JEFFREY R. MURRAY**
**CATHERINE YOON**
Trial Attorneys
Special Litigation Section
Civil Rights Division
U.S. Department of Justice
950 Pennsylvania Ave., NW
Washington, D.C.  20530
Phone: (202) 305-3229

   Attorneys for Plaintiff United States

# UNITED STATES DISTRICT COURT

# DISTRICT OF OREGON

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | Case No. 3:12-cv-02265-SI |
| Plaintiff, | |
| v. | MOTION FOR A STAY OF MONITORING REPORT DEADLINES IN LIGHT OF LAPSE OF APPROPRIATIONS |
| **CITY OF PORTLAND,** | |
| Defendant. | |

The United States of America hereby moves for a stay of the deadline for the Parties' comments on the Monitor's draft second semi-annual compliance report and other related deadlines in the above-captioned case.

1. At the end of the day on September 30, 2025, the continuing resolution that had been funding the Department of Justice expired and those appropriations to the Department lapsed. The Department does not know when such funding will be restored by Congress.

2. Absent an appropriation, Department of Justice attorneys are prohibited from working, even on a voluntary basis, except in very limited circumstances, including "emergencies involving the safety of human life or the protection of property." 31 U.S.C. § 1342.

3. Undersigned counsel for the Department of Justice therefore requests a stay of the following deadlines until Congress has restored appropriations to the Department: (1) deadline for the Parties to provide written comments on the Monitor's draft second semi-annual compliance report; and (2) deadlines for the Monitor to post the draft report publicly, take community input, and finalize the report. *See* ECF No. 514.

4. If this motion for a stay is granted, undersigned counsel will notify the Court as soon as Congress has appropriated funds for the Department. At that point, the Government will confer with the Defendant about any necessary extensions. If needed, the Government will request that the Court set new deadlines.

5. Opposing counsel has authorized counsel for the Government to state that Defendant has no objection to this motion.

Therefore, although we greatly regret any disruption caused to the Court and the other litigants, the Government hereby moves for a stay of the above monitoring report deadlines in

this case until Department of Justice attorneys are permitted to resume their usual civil litigation functions.

DATED: October 14, 2025.

Respectfully submitted,

For Plaintiff UNITED STATES OF AMERICA:

| | |
|---|---|
| SCOTT E. BRADFORD<br>United States Attorney<br>District of Oregon | HARMEET K. DHILLON<br>Assistant Attorney General<br>Civil Rights Division<br><br>R. JONAS GEISSLER<br>Deputy Assistant Attorney General<br><br>PATRICK MCCARTHY<br>Chief<br>Special Litigation Section<br><br>LAURA L. COWALL<br>Deputy Chief<br>Special Litigation Section<br><br> /s/ Catherine Yoon  <br>JEFFREY R. MURRAY<br>CATHERINE YOON<br>Trial Attorneys<br>Special Litigation Section<br>Civil Rights Division<br>United States Department of Justice |