

**U.S. Department of Justice**

Civil Rights Division

---

HKD:JO:RJG:PM:LC:SK
DJ 207-61-1

*Special Litigation Section – 4CON*
*950 Pennsylvania Ave, NW*
*Washington, D.C. 20530*

October 3, 2025

*Via electronic mail only*

Robert Taylor, City Attorney
Office of the City Attorney
City of Portland, Oregon
1221 SW 4th Avenue, Suite #430
Portland, OR  97204
*email:  Robert.Taylor@portlandoregon.gov*

Bob Day, Chief of Police
Portland Police Bureau
City of Portland, Oregon
1111 SW Second
Portland, OR  97204
*email:  Robert.Day@police.portlandoregon.gov*

> RE:    *United States v. City of Portland*, 3:12-cv-02265-SI
> Potential Viewpoint Discrimination Expansion of Amended Settlement
> Agreement

Dear Mr. Taylor and Chief Day:

Your immediate attention to this matter is required.  We write regarding Portland Police Bureau's (PPB) response to incidents surrounding the Immigration and Customs Enforcement (ICE) facility in Portland and, specifically, the City of Portland's use of its policing powers in a manner that may be based on viewpoint discrimination.  Specifically, three issues have been brought to our attention:

1. PPB reportedly arrested individuals who may have been involved in an altercation choosing to arrest Nick Sortor, but not others;

2. PPB reportedly failed to identify or arrest individuals who allegedly assaulted Katie Daviscourt, even after briefly detaining the individuals; and

3. The City of Portland reportedly has attempted to use its policing powers through a zoning enforcement action to limit ICE's use of its Portland facility.

While we have not reached any conclusions on these allegations, we note a consistent theme in these three allegations—all three would choose one viewpoint over another. Moreover, the allegations implicate the City's performance under the Settlement Agreement in the above-referenced case.

To address our compliance concerns raised by these allegations, we request the following, by no later than October 10, 2025:

1. The original, unredacted BWC recording of the officers involved in the observation of the incident involving Mr. Sortor, his arrest, and his processing following arrest;

2. The original, unredacted BWC recording of the officers involved in the observation of the incident involving Ms. Daviscourt, the brief detention of the alleged assailants, and any follow-up discussion regarding the incident at the scene;

3. All unredacted incident reports, force reports, arrest reports, general order reports, and after actions reviews of the incidents involving Mr. Sortor and Ms. Daviscourt;

4. All complaints received about the incidents involving Mr. Sortor and Ms. Daviscourt or the decision to target the ICE facility for zoning enforcement, and the City's ongoing administrative investigation materials involving such complaints;

5. All non-attorney-client-privileged communications regarding the decision to target the ICE facility for zoning enforcement;

6. All non-attorney-client-privileged communications regarding directions to PPB officers responding to the protests at the ICE facilities in the last 30 days; and

7. Any documents or explanation that the City wants to provide to the United States in response to the above-listed allegations.

Please let us know if the City needs any clarification about these requests. Likewise, if the City cannot meet the deadline, please confer with us as soon as you become aware. We look forward to the City's prompt response to this matter.

Regards,

Harmeet K. Dhillon
Assistant Attorney General
Civil Rights Division

R. Jonas Geissler
Deputy Assistant Attorney General
Civil Rights Division
Department of Justice

cc:    Heidi Brown, Chief Deputy City Attorney, *Heidi.Brown@portlandoregon.gov*
       Sarah Ames, Assistant City Attorney, *Sarah.Ames@portlandoregon.gov*
       Lisa Rogers, Assistant City Attorney, *Lisa.Rogers@portlandoregon.gov*
       Anil Karia, Counsel for Defendant-Intervenor, PPA, *anil@pslglawyers.com*
       Ashlee Albies, Counsel for Enhanced Amicus, AMAC, *ashlee@albiesstark.com*
       Rian Peck, Counsel for Enhanced Amicus, AMAC, *rian@visible.law*
       Juan C. Chavez, Counsel for Amicus, MHA, *jchavez@ojrc.info*
       Mark P. Smith, Court Monitor, *mark.p.smith@portlandpolicemonitor.com*
*via electronic mail only*

3