12/8/25, 10:27 AM (21) AAGHarmeetDhillon on X: "Portland police arresting journalists such Nick Sortor while giving Antifa goons a free pass is unjus…

Case 3:12-cv-02265-SI    Document 524-7    Filed 12/08/25    Page 1 of 7



X

🏠 Home

🔍 Explore

🔔 Notifications  20+

💬 Chat

Grok

👤 Profile

More

**Post**

← **Post**

 **AAGHarmeetDhillon** ✓ 🅖
@AAGDhillon

Portland police arresting journalists such Nick Sortor while giving Antifa goons a free pass is unjust, and will NOT stand in this @TheJusticeDept.

Portland's citizens deserve better from their local law enforcement! Investigation underway! @AGPamBondi

1:29    NEWSMAX    DHILLON LAUNCHES CIVIL RIGHTS INVESTIGATION INTO PORTLAND POLICE
5:29 CT    LIVE    TTER TO NETANYAHU    JOHNSON, THUNE PACS HIT DEMS, 'WOKE MOB' ON SHUTDOWN

4:06 PM · Oct 3, 2025 · **610.3K** Views

💬 470        🔁 3K        ♡ 13K        🔖 214        ⬆

👤 Post your reply                                    Reply



**Relevant people**

**AAGHarmeetDhi...** ✓ 🅖        **Follow**
@AAGDhillon
AAG @CivilRights @theJusticeDept serving under @AGPamBondi & @realDonaldTrump. DOJ privacy policy: justice.gov/doj/privacy-po...

**What's happening**

Trending
**McBride**
6,977 posts

Only on X · Trending
**#MondayMotivation**
12.9K posts

Trending in United States
**#NextNRG_GridSave**

Sports · Trending
**AP Poll**
3,158 posts

Show more

Terms of Service | Privacy Policy | Cookie Policy |
Accessibility | Ads info | More ··· © 2025 X Corp.

**The Edison Zero** ✓ @EdisonZeroEvent · Oct 3
Harmeet, please tell you didn't jump on the Ozympic train.
💬 10        🔁        ♡ 8        📊 3.7K        🔖 ⬆

**AAGHarmeetDhillon** ✓ 🅖 @AAGDhillon · Oct 3
No. Weird comment.
💬 9        🔁        ♡ 165        📊 2.3K        🔖 ⬆

Show replies

**It's 🇺🇸 Tiff 🇺🇸** ✓ @TiffMoodNukes · Oct 4
You're doing a phenomenal job. Give 'em hell
💬 8        🔁 14        ♡ 165        📊 2.4K        🔖 ⬆

**TheTexasOne** ✓ @TexasRepublic71 · Oct 3
Thank you Harmeet
💬 3        🔁 3        ♡ 66        📊 1.5K        🔖 ⬆

**I Love America News** ✓ @ILA_NewsX · Oct 3
Free speech matters.

Elon Musk Saved Free Speech Change my mind

💬 4        🔁 6        ♡ 47        📊 962        🔖 ⬆

 **CAnnW** 🔒
@CAnnW311

 

**Exhibit 1.e**
**Declaration of Heidi Brown**

(21) AAG Harmeet K. Dhillon on X: "Portland police arresting journalists such Nick Sortor while giving Antifa goons a free pass is unjus…



# X

🏠 Home

🔍 Explore

🔔 Notifications

✉️ Chat

Grok

👤 Profile

⋯ More

**Post**

---

**Peter B** ✓ @realpeteyb123 · Oct 3
Bravo 👏

💬      ⟲ 1      ♡ 17      📊 571      🔖 ⬆️

---

**mallination** @NoahMallin · Oct 4
Nobody cares



💬 4      ⟲ 1      ♡ 4      📊 120      🔖 ⬆️

---



**CAnnW** 🔒
@CAnnW311      ⋯

**Exhibit 1.e**
**Declaration of Heidi Brown**



X

🏠 Home

🔍 Explore

🔔 Notifications

✉️ Chat

🌀 Grok

👤 Profile

⊙ More

Post

CAnnW 🔒
@CAnnW311  ···



**Exhibit 1.e**
**Declaration of Heidi Brown**

3/6

Case 3:12-cv-02365-SI    Document 524-7    Filed 12/08/25    Page 4 of 7



# X

🏠 Home

🔍 Explore

🔔 Notifications

✉️ Chat

Grok

👤 Profile

⋯ More

Post



CAnnW 🔒
@CAnnW311

**Exhibit 1.e**
**Declaration of Heidi Brown**



X

Home

Explore

Notifications

Chat

Grok

Profile

More

Post

CAnnW 🔒
@CAnnW311
...



**Exhibit 1.e**
**Declaration of Heidi Brown**

Case 3:12-cv-02265-SI    Document 524-7    Filed 12/08/25    Page 6 of 7



X

Home

Explore

Notifications

Chat

Grok

Profile

More

Post



CAnnW 🔒
@CAnnW311

...

https://x.com/AAGDhillon/status/1974249740654072216

**Exhibit 1.e**
**Declaration of Heidi Brown**

# <u>Video Placeholder</u>

Ex. 01.e_Video - (21) AAGHarmeetDhillon on X_ _Portland ...GPamBondi https___t

**Exhibit 1.e**
**Declaration of Heidi Brown**