ROBERT TAYLOR, OSB #044287
City Attorney
Email: robert.taylor@portlandoregon.gov
HEIDI BROWN, OSB #922410
Chief Deputy City Attorney
Email: heidi.brown@portlandoregon.gov
SARAH AMES, OSB 163350
Deputy City Attorney
Email: sarah.ames@portlandoregon.gov
LISA ROGERS, OSB #176519
Deputy City Attorney
Email: lisa.rogers@portlandoregon.gov
Office of City Attorney
1221 SW 4th Avenue, Suite 430
Portland, OR 97204
Telephone: (503) 823-4047
Facsimile: (503) 823-3089
*Of Attorneys for Defendant City of Portland*

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## PORTLAND DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA**, <br><br> PLAINTIFF, <br><br> v. <br><br> **CITY OF PORTLAND,** <br><br> DEFENDANT. | Case No. 3:12-cv-02265-SI <br><br> **JOINT MOTION FOR ORDER SETTING AGENDA FOR HEARING AND STATUS CONFERENCE ON JANUARY 6, 2026** |

Defendant City of Portland (City), Plaintiff United States of America (United States), Intervenor-Defendant Portland Police Association (PPA), Enhanced Amicus Curiae Albina Ministerial Alliance Coalition for Justice and Police Reform (AMAC), and Amicus Curiae Mental Health Alliance (MHA) jointly propose the following agenda (exclusive of any questions and discussion the Court may have) for the Hearing and Status Conference set for Tuesday, January 6, 2025, at 9:00 a.m. in Portland, Courtroom 15B, before Judge Michael H. Simon.

Page 1 – JOINT MOTION FOR ORDER SETTING AGENDA FOR HEARING AND STATUS CONFERENCE ON JANUARY 6, 2026

| Time | Item | Duration |
|---|---|---|
| 9:00 a.m. | Oral Argument on United States' Motion to Enforce the Settlement Agreement | (90 minutes) |
| 10:30 a.m. | Break | (10 minutes) |
| 10:40 a.m. | Court's Introductory Remarks on Status Conference | (10 minutes) |
| 10:50 a.m. | United States' Introductory Remarks | (5 minutes) |
| 10:55 a.m. | City's Introductory Remarks | (5 minutes) |
| 11:00 a.m. | Court-Appointed Independent Monitor's Presentation | (20 minutes) |
| 11:20 a.m. | United States' Presentation | (10 minutes) |
| 11:30 a.m. | City's Presentation | (10 minutes) |
| 11:40 a.m. | PPA's Presentation | (10 minutes) |
| 11:50 a.m. | AMAC's Presentation | (10 minutes) |
| 12:00 p.m. | MHA's Presentation | (10 minutes) |
| 12:10 p.m. | Lunch Break | (60 minutes) |
| 1:10 p.m. | PCCEP's Presentation | (10 minutes) |
| 1:20 p.m. | Public Comment | (100 minutes) |
| 3:00 p.m. | Court's Closing Remarks | (20 minutes) |

DATED: December 19, 2025

Respectfully submitted,

**FOR THE CITY OF PORTLAND:**

*s/ Robert Taylor*
ROBERT TAYLOR
City Attorney

*s/ Heidi Brown*
HEIDI BROWN
Chief Deputy City Attorney

*s/ Sarah Ames*
SARAH AMES
Deputy City Attorney

*s/ Lisa Rogers*
LISA ROGERS
Deputy City Attorney

**FOR THE UNITED STATES:**

SCOTT E. BRADFORD
United States Attorney
District of Oregon

HARMEET K. DHILLON
Assistant Attorney General
Civil Rights Division

R. JONAS GEISSLER
Deputy Assistant Attorney General
Civil Rights Division

PATRICK MCCARTHY
Chief

*s/ Jeffrey R. Murray*
JEFFREY R. MURRAY
Trial Attorney

*s/ Catherine Yoon*
CATHERINE YOON
Trial Attorney
Special Litigation Section
Civil Rights Division
United States Department of Justice

**FOR THE PORTLAND POLICE ASSOCIATION:**

*s/ Anil S. Karia*
ANIL S. KARIA
Attorney for PPA

**FOR THE ALBINA MINISTERIAL ALLIANCE COALITION FOR JUSTICE AND POLICE REFORM:**

*s/ J. Ashlee Albies*
J. ASHLEE ALBIES
Attorney for AMAC

*s/ Rian Peck*
RIAN PECK
Attorney for AMAC

**FOR THE MENTAL HEALTH ALLIANCE:**

*s/ Juan Chavez*
JUAN CHAVEZ
Attorney for MHA

Page 3 – JOINT MOTION FOR ORDER SETTING AGENDA FOR HEARING AND STATUS CONFERENCE ON JANUARY 6, 2026