ROBERT TAYLOR, OSB #044287
City Attorney
Email: robert.taylor@portlandoregon.gov
HEIDI BROWN, OSB #922410
Chief Deputy City Attorney
Email: heidi.brown@portlandoregon.gov
SARAH AMES, OSB #163350
Deputy City Attorney
Email: sarah.ames@portlandoregon.gov
LISA ROGERS, OSB #176519
Deputy City Attorney
Email: lisa.rogers@portlandoregon.gov
Office of City Attorney
1221 SW 4th Avenue, Suite 430
Portland, OR 97204
Telephone: (503) 823-4047
Facsimile: (503) 823-3089
    *Of Attorneys for Defendant City of Portland*

## UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## PORTLAND DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA**, <br><br>    **PLAINTIFF,**<br><br>    v.<br><br>**CITY OF PORTLAND,**<br><br>    **DEFENDANT.** | Case No. 3:12-cv-02265-SI <br><br> **DEFENDANT CITY OF PORTLAND'S STATUS UPDATE** |

**I.    Introduction**

The City has continued to make progress during this review period, as reflected in the Monitor's compliance report filed December 17, 2025, ECF No. 526-1. The report found the City in substantial compliance with "a sizeable majority of the monitored provisions of the Settlement Agreement." *Id*. at 12. In addition, the City achieved substantial compliance in two paragraphs that were previously found in partial compliance. *Id*. at 17. The Monitor noted that for paragraphs that remain in partial compliance, "many of the deviations were tied to

Page 1 – DEFENDANT CITY OF PORTLAND'S STATUS UPDATE

PORTLAND CITY ATTORNEY'S OFFICE
1221 SW 4TH AVENUE, RM 430
PORTLAND, OREGON 97204
PHONE: (503) 823-4047
FAX: (503) 823-3089

implementation practices, documentation gaps, or transitional processes rather than entrenched and systemic noncompliance." The City looks forward to demonstrating its full implementation of these final remedies and its ongoing commitment to durable reform.

## II.     PPB's Ongoing Positive Work

PPB's Behavioral Health Unit (BHU) continues to positively impact the relationship between police and people with mental illness.[1] The Oregonian/OregonLive recently chronicled a day in the life of an officer-clinician BHU team, highlighting the "proactive option [that BHU provides for patrol officers] when they suspect mental illness is playing some role in the behavior of the people they encounter." *Id.* The article emphasized the significance of BHU teams "dealing with people where they're at" and "simply offer[ing] time and focus." *Id*. Also acknowledged was the positive shift in culture that PPB Chief Robert Day has brought to the Bureau.

In addition, the article provided the following statistics: (1) PPB patrol officers are better educated about referring community members to BHU, as those referred are people who can benefit from BHU's services; (2) Nearly forty percent of the people served by BHU receive concrete help despite limited community infrastructure; and (3) In 2024, BHU interacted with more than 500 individuals. *Id*.

PPB has also continued achievements in the areas of use-of-force reporting and accountability. For use-of-force reporting, the Monitor noted that officers completed the necessary reports in use-of-non-deadly-force reports in a "timely manner" and with "sufficient information to allow for a thorough supervisory review of the associated event." ECF 526-1,

---

[1] See Lillian Mongeau Hughes, The Oregonian/Oregonlive.com, "How one Portland police unit helps mentally ill people bridge 'two nearly broken systems'" (Dec. 14, 2025) (available at https://www.oregonlive.com/politics/2025/12/how-one-portland-police-unit-helps-mentally-ill-people-bridge-two-nearly-broken-systems.html, accessed Dec. 17, 2025).

Page 2 – DEFENDANT CITY OF PORTLAND'S STATUS UPDATE

at 21. The Monitor also found "PPB's investigations into both deadly force events in our sample to be detailed and appropriate in terms of the conclusions they reached regarding whether the force used was allowable pursuant to PPB policy." *Id*. at 22.

Regarding accountability, the Monitor noted PPB's "continued adherence to core accountability functions, alongside targeted improvements needed to strengthen case-level and supporting documentation such that compliance determinations rest on complete, consistently organized records for each Settlement Agreement paragraph subject to Monitoring." *Id*. at 14. These efforts are reflected by the movement of the Conduct of IA Investigations discrete section into self-monitoring for the compliance period of July through December 2025.

### III.    Update on Section XI Remedies

The City continues to make substantial progress toward achieving the additional remedies in Section XI.

***Body-Worn Cameras (Paragraph 194)***.  The Monitor found that many of the requirements of this paragraph were met as PPB developed and rolled out the BWC program. PPB continues to adjust to this still-new tool, and the Monitor's report found many areas where officers consistently followed the policy. There were other areas of the policy where some officers did not follow all policy requirements; at times, this was a small percentage of the total sampled body camera recordings, and in one instance it was substantially higher.[2] PPB is confident that as officers continue to adjust and adapt to this new tool, the policy deviations will reduce.

***Police Oversight System (Paragraph 195).*** Since the last Status Conference, the City has continued making progress with the Oversight System. CBPA members have completed most of

---

[2] The Monitor noted 57.1% compliance for one requirement of the policy, with a margin of error of plus or minus 36.7%, meaning the true compliance rate for that requirement most likely lies between 20.4% to 93.8%. See ECF 526-1 at 104.

Page 3 – DEFENDANT CITY OF PORTLAND'S STATUS UPDATE

PORTLAND CITY ATTORNEY'S OFFICE
1221 SW 4TH AVENUE, RM 430
PORTLAND, OREGON 97204
PHONE: (503) 823-4047
FAX: (503) 823-3089

their required training under Portland City Code (Code) section 35.20.010(G). Many members have also completed the prerequisites for service in Code section 35.20.010(E), which includes a criminal background check and the ability to access Criminal Justice Information Services (CJIS) data. Oregon State Police decides who qualifies for CJIS access, and the City worked diligently to get them the information they requested to make this determination.

Once CBPA members have met all prerequisites for service, the CBPA can begin meeting and commence its work. The City has requested the CBPA prioritize the recruitment and hiring of the Director of the Office of Community-based Police Accountability (OCPA). Under City Charter section 2-1005 and Code section 35.30.010(B), the OCPA Director hires and manages the professional staff, including investigators. Therefore, once the Director is hired then the OCPA can move forward with hiring staff.

The City looks forward to delivering further updates as it implements the community-led Oversight System.

### IV.  City Self-Monitoring Reports

The City self-monitored 33 out of the Agreement's remaining 55 paragraphs this reporting period. The City produced compliance reports for the following discrete sections: Force Principles (Paras. 66–67); Training Principles (Paras. 78–79, 81, 84, and 190); Training Audits, Analyses, and Recommendations (Paras. 85–86); Community Based Mental Health Services (Paras. 88-90); Behavioral Health Unit Advisory Committee (Paras. 94–96); Crisis Triage (Para. 115); Investigation Timelines (Paras. 121–123); On-Scene Public Safety Statements and Interviews (124–127); Discipline and Accountability (Para. 137); Portland Committee on Community-Engaged Policing (Paras. 141–44, 151–52); and PPB Stops Data and Annual Reports (Paras. 148, 150, and 193).

The Monitor found the City had maintained substantial compliance in three sections for a

Page 4 – DEFENDANT CITY OF PORTLAND'S STATUS UPDATE

PORTLAND CITY ATTORNEY'S OFFICE
1221 SW 4TH AVENUE, RM 430
PORTLAND, OREGON 97204
PHONE: (503) 823-4047
FAX: (503) 823-3089

second self-monitoring period: Community-Based Mental Health Services, Behavioral Health Unit Advisory Committee, and Portland Committee on Community-Engaged Policing. Those three sections, comprising 12 paragraphs, are subject to termination under Paragraph 257.

As those three sections move toward termination, three further sections twice found in substantial compliance under the Monitor's assessment will shift to the City's self-monitoring. In accordance with Paragraph 254, the Parties have determined that these three sections, comprising seven paragraphs, are subject to self-monitoring: Conduct of IA (Internal Affairs) Investigations (Paras. 128–29, 131–33); Outside Review of 2020 Protest Response (Para. 189); and Training Dean (Para. 191). As described in the Monitor's report, the City's obligations under Paragraphs 189 and 191 were completed prior to the compliance period covered by that report (January through June 2025).

## V. The City Continues its Commitment to Community Priorities

In 2025, stolen vehicle incidents continued to decline in Portland as PPB conducted ten Stolen Vehicle Operations (SVOs) in partnership with several other agencies. This year's SVOs resulted in 75 arrests, 69 stolen vehicles recovered, and 11 illegally possessed guns seized. PPB SVO was also published in the National Law Enforcement Knowledge Lab.[3] The article described PPB SVO's groundbreaking approach of leveraging data analysis techniques used by cancer researchers at the Knight Cancer Institute at Oregon Health & Science University (OHSU) to better identify possible stolen vehicles.

The International Association of Chiefs of Police awarded PPB's Stolen Vehicles Operations the 2025 Leadership in the Prevention of Vehicle Crimes Award in recognition of PPB's exceptional results in vehicle crime reduction and enforcement, as well as its innovative

---

[3] The National Law Enforcement Knowledge Lab is a trusted resource that supports public safety by sharing effective and innovative policing practices.

Page 5 – DEFENDANT CITY OF PORTLAND'S STATUS UPDATE

PORTLAND CITY ATTORNEY'S OFFICE
1221 SW 4TH AVENUE, RM 430
PORTLAND, OREGON 97204
PHONE: (503) 823-4047
FAX: (503) 823-3089

partnership with OHSU. The award establishes PPB SVO as a national and international leader in vehicle-crime prevention.

Over the summer and fall of 2025, PPB also successfully used dialogue policing strategies to help maintain public order near the U.S. Immigration and Customs Enforcement facility while respecting individuals' rights to lawful assembly and expression of speech. National news outlets and numerous community members have credited PPB with supporting predominantly peaceful demonstrations. As crowd sizes decreased, PPB strategically scaled back its operations, standing down specialized units to conserve resources while maintaining safety.

This year has brought an increased demand for Portland Street Response (PSR), running 17 percent over the calls for service logged the prior year. PSR has expanded its hours – now operating from 6 a.m. to midnight, every day of the week. PSR also expanded its reach, as PSR teams may now enter publicly accessible areas, such as commercial lobbies, to support clients who may need service connection and/or de-escalation. A new process for a co-response between PSR, PPB, Portland Fire & Rescue, and American Medical Response[4] (AMR), added to PSR's capabilities and calls for service and allows PSR members to be present during police calls where PSR's expertise and training can help provide needed services. Finally, PSR has added shuttling to its options to address client transportation needs and to empower them and connect them to the arranged resources, such as entering a shelter or picking up a food box. The most frequent means of offering transportation support remains the provision of bus passes to those able to navigate public transit, as well as providing other support.

In other updates, PSR is actively recruiting, hiring and training new responders to fill an additional 14 positions budgeted in the current fiscal year. PSR leadership continues to participate in the City's call allocation study workgroup to evaluate appropriate call types and

---

[4] AMR provides ambulance services in the city of Portland.

Page 6 – DEFENDANT CITY OF PORTLAND'S STATUS UPDATE

how they are dispatched to appropriate responders. Further, PSR and Public Safety Service Area leaders are working to invite proposals for an updated academic evaluation of PSR's operations to help inform future policy decisions on the program. Finally, the City Council approved 13 members named to the new Portland Street Response Committee – an advisory group with membership broadly representative of the population of the city and those most affected by Portland Street Response's operations. Based on applicants' voluntary self-disclosures, most appointees have lived experience with behavioral or mental health issues. The advisory committee will meet starting in January 2026.[5]

## VI. Conclusion

The City appreciates the opportunity to provide information on the work of the City during this review period, and particularly the hard work of PPB.

Dated: 24th day of December, 2025.

Respectfully submitted,
*/s/ Robert Taylor*
ROBERT TAYLOR, OSB #044287
City Attorney

HEIDI BROWN, OSB #922410
Chief Deputy City Attorney

SARAH AMES, OSB# 163350
Deputy City Attorney

LISA ROGERS, OSB# 176519
Deputy City Attorney
*Of Attorneys for Defendant City of Portland*

---

[5] The announcement and links to member bios and statements of interest are posted at https://www.portland.gov/streetresponse/news/2025/12/12/city-council-approves-portland-street-response-committee-members.

Page 7 – DEFENDANT CITY OF PORTLAND'S STATUS UPDATE

PORTLAND CITY ATTORNEY'S OFFICE
1221 SW 4TH AVENUE, RM 430
PORTLAND, OREGON 97204
PHONE: (503) 823-4047
FAX: (503) 823-3089