# DOJ Settlement Agreement – CAG Testimony Statement
# Federal Court Hearing; January 6, 2026

This report from the Coalition of Advisory Groups (CAG) identifies how well the Portland Police Bureau (PPB) has interacted with CAG in the last six months of 2025. The activities in the previous report, dated June 29, 2025, presented to the Federal Court Hearing, continues. This report addresses what changes have occurred and noted areas of interest.

As a reminder: **The mission of the CAG is to enhance collaboration and support among duly recognized police advisory groups in the City of Portland, enhancing their ability to act as an avenue for collective community input to the PPB and City Leadership regarding policies, directives, and programs involving public safety.**

The following Advisory Councils are members of the CAG:
- African American Advisory Council (AAAC)
- Muslim Advisory Council (MAC)
- Slavic Advisory Council (SAC)
- Asian Pacific Islander American Advisory Council (APIAAC)
- Latino Advisory Council (LAC)
- Training Advisory Council (TAC)
- Behavioral Health Unit Advisory Council (BHUAC)

The culturally specific advisory councils are community-led, self-governed volunteer structures representing over 80 cultures and the linguistic diversity of our Portland community. The Behavioral Health Unit and the Training Advisory Councils are PPB Operational Advisory Councils established under city and federal DOJ mandates. The Advisory Councils are accountable to their communities, not to city government.

Over the past six months, we have not encountered any operational issues with PPB or its leadership. We have observed continued growth in officers' community focus and in community policing, as officers attend advisory council meetings, engage with marginalized community organizations at cultural events, and deliver crime-prevention workshop content to improve community access to and navigation of the criminal justice system.

Our CAG members delivered a community policing and governance workshop to two PPB police academy cohorts, which we consider not only an innovative community engagement strategy but also a unique and meaningful connection with newly hired police officers. These advanced academy workshops provide both our members and police officers with a foundation for lasting engagement, enhanced understanding, and awareness of Portland communities' perceptions of the police. In return, CAG community members have ownership to shape their narrative and positively influence this segment of police training.

The onboarding of Portland's Bhutanese immigrant and refugee community to the Asian Pacific Islander Advisory Council, along with CAIRO PDX—the state's largest African refugee and immigrant nonprofit—to the Muslim Advisory Council, exemplifies the PPB's strengthened community policing and engagement efforts. These initiatives foster greater public trust and confidence in law enforcement. We also want to highlight a successful recruitment and hiring period that resulted in 72 new police officers in 2025, many of whom represent our ethnically and linguistically diverse Portland.

CAG members meet regularly with the Chief of Police and other PPB representatives to discuss current community safety issues and emerging trends that could undermine our communities' livability.

The primary focus over the past six months has been on ICE activities and their impact on our communities' legal rights and safety.

We want to recognize Chief Day and his bureau for promptly engaging with CAG, timely sharing immigration, safety, and enforcement-related information, and including us and our voice in shaping the PPB's public messaging.

With ICE, marginalized and immigrant communities are confused about the difference between ICE and PPB jurisdictions, which can lead to a regression in mistrust and fear of PPB.

PPB took the initiative to produce a short video explaining what it means to be a sanctuary state, how PPB is not accountable to ICE, and how to identify a Portland Police officer. **Educating our community is critical to ensuring they know whom to contact and what to do.** In addition, we invite those who address community safety measures to our CAG meetings. Oregon For All, which addresses immigrant legal rights and services, attended a CAG meeting and provided the information needed to keep us aligned on how to work together and to keep our community informed and supported.

Portland Police Chief Robert Day released a short video on PPB's Immigration Stand: https://www.youtube.com/watch?v=aE6xKqmdCQE&feature=youtu.be.
In addition, PPB produces a Frequently Asked Questions on Immigration Enforcement document (https://www.portland.gov/police/documents/immigration-faq/download) that has been distributed to communities.

PPB maintains contact with specific CAG Advisory Councils, initially when a crime involving someone from their community has been committed. This ability to notify us first and to work with both our community and PPB provides the support and understanding needed for the investigation to proceed cooperatively. In addition, PPB has been able to reach out to CAG when intervention is needed, particularly in challenging situations involving individuals from specific cultures. We have also been expanding CAG to include additional community groups.

PPB generated a video demonstrating the importance of this collaborative community work: https://www.dropbox.com/scl/fi/ufppymq4lvzja2h62a0uv/MAC-Wellness-PPB-WITH-MUSIC.mp4?rlkey=npl399bds68eqkotq00ccrh6o&e=1&st=9ux1tzzo&dl=0.

In essence, without BOTH community and PPB working together on safety and well-being for our communities, it's like only one hand clapping – it doesn't work.

As mentioned in our previous status report, we remain concerned about our sustainability. With the change in personnel, we hope this does not erode these good practices and relationships. We hope this can be incorporated into the city's infrastructure.



https://www.portland.gov/police/cag