Testimony for the Settlement Agreement Status Conference on January 6, 2026

From:
Madeline Carroll
CBPA Member
madeline.carroll@portlandoregon.gov

Honorable Judge Simon,

I am here to testify on my own behalf.

The Community Board for Police Accountability is brand new to Portland and unique among community-led police accountability systems throughout the U.S. As we are feeling our way into this new system and fleshing it out as we go, there is understandable anxiety from all sides about doing it right, working through fears that could make or break its success, and building trust with each other.

To that end, I would like to request your presence at my ride-along with a Portland Police officer. The bridge-building we are doing is delicate, and it's important that we go above and beyond to assure a sense of safety and good faith for all parties. Having a third party on my ride-along will help ease the anxieties that come with making a brand new and important system without creating an "us versus them" dynamic or leaving room for misinterpretation between individuals.

I would like to note that I am requesting a reasonable accommodation that is offered in the language of the agreed-upon plan for this board, and I would like to ask that this offer is honored for me and anyone who asks. Requiring people to describe their private reasons for not wanting to go alone on a police ride-along in order to access this accommodation could contribute to existing trauma or dissuade people from being on the board altogether.

That said, I do appreciate that your time is valuable and limited. If scheduling your time is a serious barrier, I would also happily accept going on a ride-along with another of my fellow board members, if that arrangement is acceptable to all parties.

Thank you for your time and attention.

Sincerely,
Madeline Carroll