To Whom It May Concern -

My name is Gillian Herrera, and I'm a member of the Community Board for Police Accountability.

In 2020, I was one of the constituents who voted in favor of the creation of this Board, along with over 80% of my fellow Portland community members. As that year unfolded, I had seen many abuses of power and disregard for human safety occur at the hands of law enforcement officers in Portland, so voting in favor of this Board was a no-brainer for me. I saw Portland Police Bureau members baton a clearly-marked medic in the head. I saw them laugh at neighbors whose child was having an asthma attack due to their house being filled with tear gas. I saw them shoot stun grenades directly at members of the press who were simply trying to report the news. All of this on top of the thing that brought us out in the first place - the quotidian and disproportionate murder of Black and brown people at the hands of the police.

I have also personally experienced police brutality and prejudiced policies since childhood. As an Indigenous person, I grew up with the knowledge that family members had experienced incarceration. My dad and I were routinely pulled over for no valid reason, and followed through grocery stores. Later on, as an adult, I was filming an arrest from the sidewalk, a uniformed officer came up behind me and put his arm around me and made suggestive comments in my ear. Worst of all, in 2020, I had my tibia and fibula completely snapped by federal agents, which resulted in surgery. It disappoints me that I'm being asked to recount these painful, traumatic memories in order to serve on this Board.

When this Board was created, myself and many of my peers were excited and optimistic about its potential. Since then, more than 5 years have passed, and in that time, more and more requirements have been tacked on to the already long list of needs for community members interested in participating. This ride-along is one of those requirements. Upon learning that this requirement had been added, it made me seriously reconsider applying to serve on this Board. I cannot imagine getting into a police car, alone, with an armed officer, having experienced the things that I've experienced, without serious psychological distress. My one ray of hope was Judge Simon's assurance that bringing a judge would be a "reasonable compromise." I am asking for Judge Simon to uphold that promise.

Thank you.

- Gillian Herrera