**Robert Taylor, OSB No. 044287**
City Attorney
Email: robert.taylor@portlandoregon.gov
**Heidi Brown, OSB No. 922410**
Chief Deputy City Attorney
Email: heidi.brown@portlandoregon.gov
**Sarah Ames, OSB No. 163350**
Deputy City Attorney
Email: sarah.ames@portlandoregon.gov
**Lisa Rogers, OSB No. 176519**
Deputy City Attorney
Email: lisa.rogers@portlandoregon.gov
**PORTLAND CITY ATTORNEY'S OFFICE**
1221 SW Fourth Ave., Room 430
Portland, Oregon 97204
Telephone: (503) 823-4047
Facsimile: (503) 823-3089

Attorneys for Defendant City of Portland

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

### PORTLAND DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA**, | Case No. 3:12-cv-02265-SI |
| Plaintiff, | |
| v. | **JOINT STIPULATED MOTION TO TERMINATE DISCRETE SECTIONS OF THE SETTLEMENT AGREEMENT PURSUANT TO PARAGRAPH 257** |
| **CITY OF PORTLAND,** | |
| Defendant. | |

## L.R. 7-1(a) CERTIFICATION

The parties conferred on December 18, 2025, and subsequent dates, regarding this motion, and undersigned counsel for Plaintiff and Defendant stipulate to this joint motion.

///

**Page 1 – JOINT STIPULATED MOTION TO TERMINATE DISCRETE SECTIONS OF THE SETTLEMENT AGREEMENT PURSUANT TO PARAGRAPH 257**

## MOTION

Plaintiff, the United States of America (United States), and Defendant, the City of Portland (City), jointly move the Court to terminate two discrete sections of the Settlement Agreement (Agreement) under Paragraph 257 (ECF 499-2; ECF 506).

### I.     Termination of Two Discrete Sections Is Appropriate under Paragraph 257

#### a.  Legal Standard

Pursuant to Paragraph 257 of the Agreement, once the Monitor's evaluations find that the City has adequately demonstrated that it has maintained substantial compliance with a discrete section of the Agreement for two consecutive Monitor's semi-annual reports after the section has moved into self-monitoring, the discrete section is eligible for partial termination, subject to Paragraph 259's process for determination if a discrete section is appropriate for termination.

#### b.  Argument

With the Monitor's filing of the Semi-Annual Compliance Report for January 1, 2025 – June 30, 2025, ECF 526-1, the Parties agree that the following discrete sections of the Agreement should be terminated:

***Community-based Mental Health Services*** (Paragraphs 88–90). The Monitor has asserted in both semi-annual reports that this section does not have any performance requirements for the City. See ECF 490-1 at 81, ECF 526-1 at 76. Prior to the Monitor's reports, both the United States and the Compliance Officer/Community Liaison (COCL) assessed the City's participation in Community Care Organizations' mental health focused committees and had uniformly found the City in substantial compliance with this section since the United States' Third[1] Compliance Assessment, ECF 158-1 at 36-39 (December 26, 2017, covering the compliance period of Aug.

---

[1] In its Third Assessment, the United States did not assess compliance with Paragraph 88 for the reason that the provision sets expectations for the City's partners rather than for the City or the Portland Police Bureau (PPB).  ECF 158-1 at 36.  In its Fourth Assessment, the United States changed its finding to Substantial Compliance because PPB "*continues to engage* community partners in the effort to bridge gaps in community-based mental health services." ECF No. 195-1 at 30 (emphasis added).

**Page 2 – JOINT STIPULATED MOTION TO TERMINATE DISCRETE SECTIONS**
**OF THE SETTLEMENT AGREEMENT PURSUANT TO PARAGRAPH 257**

29, 2016 to Aug. 29, 2017).[2] After more than eight years of consistent performance, the Parties agree that this section should be terminated.

***Behavioral Health Unit Advisory Committee (BHUAC)*** (Paragraphs 94–96). This section establishes an advisory committee to the Portland Police Bureau's Behavioral Health Unit (BHU). BHU coordinates the response of law enforcement and PPB's partners in the behavioral health system to aid people in crisis resulting from known or suspected mental illness and/or drug and alcohol addiction. The Monitor has evaluated and agreed with the City's self-monitoring assessment of substantial compliance in both semi-annual reports. ECF 490-1 at 82–85, ECF 526-1 at 77–78. The Parties agree the BHUAC section should be terminated.

## II.    CONCLUSION

The promise of the Agreement embodied in these two sections has been fulfilled. For all the reasons stated herein, the Parties move to terminate these two discrete sections under Paragraph 257.[3]

**IT IS SO STIPULATED BY THE PARTIES:**

---

[2] *See also* United States' Seventh Periodic Compliance Assessment Report, ECF 396-1 at 26-30 (Aug. 8, 2023); United States' Sixth Periodic Compliance Assessment Report, ECF 292-1 at 35-38 (June 30, 2022); United States' Fifth Periodic Compliance Assessment Report, ECF 236-1 at 28-32 (Feb. 10, 2021); United States' Fourth Periodic Compliance Assessment Report, ECF 195-1 at 30-33 (May 4, 2019).

[3] Under Paragraph 257, the joint stipulated motion will take effect as an order of the Court if the Court does not act within 45 days of the motion being filed.

**Page  3  –  JOINT STIPULATED MOTION TO TERMINATE DISCRETE SECTIONS OF THE SETTLEMENT AGREEMENT PURSUANT TO PARAGRAPH 257**

**FOR THE CITY OF PORTLAND:**

*s/ Robert Taylor*                          *s/ Heidi Brown*
ROBERT TAYLOR                          HEIDI BROWN
City Attorney                                Chief Deputy City Attorney


*s/ Sarah Ames*                            *s/ Lisa Rogers*
SARAH AMES                              LISA ROGERS
Deputy City Attorney                      Deputy City Attorney


**FOR THE UNITED STATES:**

SCOTT E. BRADFORD                     HARMEET K. DHILLON
United States Attorney                    Assistant Attorney General
District of Oregon                          Civil Rights Division

                                               R. JONAS GEISSLER
                                               Deputy Assistant Attorney General
                                               Civil Rights Division

                                               PATRICK MCCARTHY
                                               Chief

                                               *s/ Jeffrey R. Murray*
                                               JEFFREY R. MURRAY
                                               Trial Attorney

                                               *s/ Catherine Yoon*
                                               CATHERINE YOON
                                               Trial Attorney
                                               Special Litigation Section
                                               Civil Rights Division
                                               United States Department of Justice

**Page 4 – JOINT STIPULATED MOTION TO TERMINATE DISCRETE SECTIONS
         OF THE SETTLEMENT AGREEMENT PURSUANT TO PARAGRAPH 257**

## CERTIFICATE OF SERVICE

I hereby certify that on February 4, 2026, I served or caused to be served a true and correct copy of the foregoing **JOINT STIPULATED MOTION TO TERMINATE DISCRETE SECTIONS OF THE SETTLEMENT AGREEMENT PURSUANT TO PARAGRAPH 257** on the interested parties in this action as follows:

| | |
|---|---|
| **HARMEET K. DHILLON**<br>Assistant Attorney General<br>Civil Rights Division<br>**R. JONAS GEISSLER**<br>Deputy Assistant Attorney General<br>**PATRICK MCCARTHY**<br>Chief<br>**JEFFREY R. MURRAY**<br>**CATHERINE YOON**<br>Trial Attorneys<br>Special Litigation Section<br>Civil Rights Division<br>United States Department of Justice<br>950 Pennsylvania Avenue, N.W.<br>Washington, D.C. 20530<br>Email: jonas.geissler@usdoj.gov<br>Email: jeff.murray@usdoj.gov<br>Email: catherine.yoon@usdoj.gov | Attorneys for Plaintiff,<br>United States |
| Mark P. Smith<br>Email: mark.p.smith@portlandpolicemonitor.com | Independent Court-Appointed Monitor |

☒      by **electronic service** via the Court's CM/ECF electronic filing system for registered users.

DATED:  February 4, 2026.

PORTLAND CITY ATTORNEY'S OFFICE

By: */s/Heidi Brown*
   Robert Taylor, OSB No. 044287
   Heidi Brown, OSB No. 922410
   Sarah Ames, OSB No. 163350
   Lisa Rogers, OSB No. 176519
Of Attorneys for Defendant City of Portland

**Page  5  –  JOINT STIPULATED MOTION TO TERMINATE DISCRETE SECTIONS OF THE SETTLEMENT AGREEMENT PURSUANT TO PARAGRAPH 257**