**INDEPENDENT COURT-APPOINTED MONITOR**
Mark P. Smith, Lead Monitor
Direct Email: mark.p.smith@portlandpolicemonitor.com
Team Email: info@portlandpolicemonitor.com
Website: http://www.portlandpolicemonitor.com

**UNITED STATES DISTRICT COURT**

**DISTRICT OF OREGON**

**PORTLAND DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** <br><br> **PLAINTIFF,** <br><br> v. <br><br> **CITY OF PORTLAND,** <br><br> **DEFENDANT.** | **Case No.: 3:12-cv-02265-SI** <br><br> **INDEPENDENT COURT-APPOINTED MONITOR'S QUARTERLY STATEMENT (Q4 2025)** |

Pursuant to Paragraph 211 of the Amended Settlement Agreement previously entered in this matter (ECF No. 486), the Independent Court-Appointed Monitor submits the attached Quarterly Statement for Q4 2025 (Attachment 1).

Dated: February 12, 2026.

Respectfully submitted,

*s/Mark P. Smith*
Mark P. Smith
Lead Monitor
INDEPENDENT COURT-APPOINTED MONITOR