# Independent Court-Appointed Monitor's Quarterly Statement (Q4 2025)

## Work Completed

During this quarter, the Independent Court-Appointed Monitoring Team (Monitoring Team) continued our oversight of the City of Portland's (City's) compliance with the Settlement Agreement between the City and the United States Department of Justice (Settlement Agreement). The primary area of focus of the Monitoring Team this quarter was the refining and finalization of our latest semi-annual compliance report. Prior to filing that report with the United States District Court, District of Oregon (Court), and in accordance with the requirements of the Settlement Agreement, the Monitoring Team publicly posted a draft of the report to solicit and collect feedback from the community. We also hosted a Town Hall this quarter, at the Vancouver Avenue First Baptist Church, during which we presented our preliminary compliance findings and provided attendees with an opportunity to offer input and ask questions about our draft report.

The Town Hall served as a vital platform for public dialogue about the City's compliance with the Settlement Agreement. A diverse audience, combining in-person and online attendance, provided meaningful input on the Monitoring Team's compliance report and also shared their own perspectives on the performance of the Portland Police Bureau (PPB). We carefully considered every comment we received during the Town Hall, as well as all written public comments that were submitted to us while our draft report was publicly posted, prior to finalizing and filing the report with the Court. This public input process helped to shape the final version of the semi-annual compliance report, and we were deeply appreciative of the opportunity to receive and absorb such insightful input prior to its completion.

Throughout the quarter, and in connection with the generation of our compliance report, the Monitoring Team also continued to review the City's self-monitoring plans with respect to those paragraphs in the Settlement Agreement that were subject to self-monitoring by the City and PPB. We evaluated the sufficiency of the City's internal assessments and provided feedback to support the continuous improvement of the City's self-assessment practices. The Monitoring Team additionally continued refining our methodologies for conducting the outcome measurements that are required by the Settlement Agreement. Building on methodologies shared in prior quarters, we incorporated helpful feedback from the Parties in anticipation of performing ongoing compliance data collection and analysis in order to effectively complete these measurements.

During the quarter, the Monitoring Team maintained regular communication with both Parties to the Settlement Agreement. We attended a Police Review Board hearing as

well as a PPB briefing on a critical incident, and we met with community and government stakeholders including the Chief of Police and City staff responsible for the recruitment of members to the new Community Board for Police Accountability. We also conducted site visits to Portland during the quarter, which included, among other activities, meetings with the City and PPB to discuss matters related to compliance.

Whether in-person or remotely, the Monitoring Team also maintained its commitment to continue engaging with various stakeholders from throughout Portland's diverse community. During Q4 2025, the Monitoring Team met with the following individuals or groups on one or more occasions:

- Multnomah County Sheriff's Office
- Members of Congress (2)
- Portland Committee on Community-Engaged Policing
- Focused Intervention Team Community Oversight Group
- Multnomah County Commissioner
- Local Public Safety Coordinating Council
- The Portland Observer
- The Skanner
- Training Advisory Council
- Independent Police Review

These engagements provided valuable opportunities to continue hearing directly from Portland community members and organizations regarding their experiences and perspectives related to the Settlement Agreement.

<u>Projection for Future Work</u>

Looking ahead to the first quarter of 2026, the Monitoring Team plans to continue its work by collecting and analyzing data from the City and PPB in order to determine whether the Settlement Agreement has created intended outcomes. Efforts to engage with the community will remain a priority, including as part of the outcome measurement process (as required by the Settlement Agreement), with outreach expanding to include both familiar and new stakeholders throughout Portland. The Monitoring Team plans to conduct additional site visits, observe more PPB trainings, and continue its observation of Police Review Board hearings and associated accountability processes.

Monitoring the City's progress in developing and implementing new policies and training curricula will be ongoing, as will the provision of feedback concerning the City's self-monitoring activities to ensure they align with the Settlement Agreement's requirements. We will continue to work closely with City and PPB personnel to ensure that processes

for the delivery of data and other information to the Monitoring Team are both comprehensive and efficient, and we anticipate observing progress on the part of the City in its efforts to operationalize the new oversight system required by the Settlement Agreement.

Throughout these efforts, the Monitoring Team will remain steadfast in its commitment to conducting objective and independent assessments of the City's compliance with the Settlement Agreement, and we will continue to encourage Portland residents and organizations to engage with us over email and/or the phone, as well as in-person during one of our upcoming site visits.