**Juan C. Chavez**, OSB #136428
Email: jchavez@ojrc.info
PO Box 5748
Portland, OR 97208
Telephone: 503-944-2270 ext. 212
Facsimile: 971-275-1839

    Attorney for *Amicus* Mental Health Alliance

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON
PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>    Plaintiff,<br><br>vs.<br><br>CITY OF PORTLAND,<br><br>    Defendant. | Case No. 3:12-cv-02265-SI<br><br>DECLARATION OF JUAN C. CHAVEZ |

I, Juan Chavez, declare as follows:

1.    I am the Counsel of Record for *amicus* Mental Health Alliance, and I make this declaration to identify an exhibit in support of the Joint Briefing in Opposition to Dismissal filed concurrently.

2.    **Exhibit 1** is a true and correct copy of the City of Portland's "Bi-Annual assessment of Community-Based Health Services settlement agreement requirements." I accessed this document on the City's website at https://www.portland.gov/police/doj/self-reporting-documents-monitor on February 26, 2027.

**I hereby declare that above statement is true to the best of my knowledge and belief, and that I understand it is made for use as evidence in court and is subject to penalty for perjury.**

DATED: February 26, 2026

                                                   */s/Juan C. Chavez*
                                                   **Juan C. Chavez**, OSB #136428
                                                   Oregon Justice Resource Center
                                                   PO Box 5248
                                                   Portland, OR 97208
                                                   jchavez@ojrc.info
                                                   *Attorney for Amicus MHA*

Case 3:12-cv-02265-SI     Document 545     Filed 02/26/26     Page 2 of 4



| Bi-Annual assessment of Community-Based Health Services settlement agreement requirements. |
| Covering paragraph 89 |
| Continued access to Community Care drop off/walk in centers, determined by website and phone confirmation. |

| Time period assessed: Q3-Q4 2024 |
| Conclusion: Substantial Compliance |

| Name of Community Care drop-off/walk-in center: | Unity |
|---|---|
| Website active? | Y (2/12/25) |
| Phone confirmation of assessment period access? | Y (2/12/25) |
| Access for drop off/walk in services confirmed? | Y |



| Bi-Annual assessment of Community-Based Health Services settlement agreement requirements. |
|---|
| Covering paragraph 90 |
| PPB representation at Addiction and mental health-focused subcommittees, determined by meeting minutes and attendance memos |

| | |
|---|---|
| Time period assessed: Q3-Q4 2024 | |
| Conclusion: Substantial Compliance | |

| Sub-Committee Meeting | PPB representative present? |
|---|---|
| 7/3/2027 | Cancelled |
| 8/7/2024 | Y |
| 9/4/2024 | N |
| 10/2/2024 | Y |
| 11/6/2024 | Y |
| 12/4/2024 | Y |