**Robert Taylor, OSB No. 044287**
City Attorney
Email: robert.taylor@portlandoregon.gov
**Heidi Brown, OSB No. 922410**
Chief Deputy City Attorney
Email: heidi.brown@portlandoregon.gov
**Sarah Ames, OSB No. 163350**
Deputy City Attorney
Email: sarah.ames@portlandoregon.gov
**Lisa Rogers, OSB No. 176519**
Deputy City Attorney
Email: lisa.rogers@portlandoregon.gov
PORTLAND CITY ATTORNEY'S OFFICE
1221 SW Fourth Ave., Room 430
Portland, Oregon 97204
Telephone: (503) 823-4047
Facsimile: (503) 823-3089

Attorneys for Defendant City of Portland

# UNITED STATES DISTRICT COURT

# DISTRICT OF OREGON

# PORTLAND DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA**, <br><br> Plaintiff, <br><br> v. <br><br> **CITY OF PORTLAND**, <br><br> Defendant. | Case No. 3:12-cv-02265-SI <br><br> **JOINT STIPULATED MOTION TO TERMINATE DISCRETE SECTION (PCCEP) OF THE SETTLEMENT AGREEMENT PURSUANT TO PARAGRAPH 257** |

## MOTION

Plaintiff, the United States of America (United States), and Defendant, the City of Portland (City) (collectively, the Parties), jointly move the Court to terminate a discrete section of the Settlement Agreement (Agreement) under Paragraph 257 (ECF 499-2; ECF 506).

Page 1 – **JOINT STIPULATED MOTION TO TERMINATE DISCRETE SECTION (PCCEP) OF THE SETTLEMENT AGREEMENT PURSUANT TO PARAGRAPH 257**

I. **Termination of a Discrete Section Is Appropriate under Paragraph 257**

   a. **Legal Standard**

Pursuant to Paragraph 257 of the Agreement, once the Monitor's evaluations find that the City has adequately demonstrated that it has maintained substantial compliance with a discrete section of the Agreement for two consecutive Monitor's semi-annual reports after the section has moved into self-monitoring, the discrete section is eligible for partial termination, subject to Paragraph 259's process for determination if a discrete section is appropriate for termination.

   b. **Argument**

With the Monitor's filing of the Semi-Annual Compliance Report for January 1, 2025 – June 30, 2025, ECF 526-1, the Parties agree that the following discrete section of the Agreement should be terminated:

***Portland Committee on Community-Engaged Policing (PCCEP)*** (Paragraphs 141–44, 151–52). This section requires the City to establish PCCEP and provide PCCEP with administrative support, advice, and training. PCCEP, a committee of volunteers, leverages the ideas, talent, experience, and expertise of the community to do the following: solicit information from the community and the Portland Police Bureau (PPB) about PPB's performance; make recommendations to the Mayor (formerly Police Commissioner prior to City Charter amendments) and Police Chief, among others; advise on strategies to improve community relations and contribute to PPB's community engagement plan; and receive public comments and concerns. The Monitor has evaluated and agreed with the City's self-monitoring assessment of substantial compliance with this section in both semi-annual reports (ECF 490-1 at 85–90, ECF 526-1 at 88–94).

Additionally, in response to a concern raised by PCCEP at the January 6, 2026 status conference, the City notes that existing staff, consisting of a program manager and administrative support person, have provided community engagement support, and the City is currently recruiting

Page 2 – JOINT STIPULATED MOTION TO TERMINATE DISCRETE SECTION (PCCEP) OF THE SETTLEMENT AGREEMENT PURSUANT TO PARAGRAPH 257

PORTLAND CITY ATTORNEY'S OFFICE
1221 SW 4TH AVENUE, RM 430
PORTLAND, OREGON 97204
(503) 823-4047

for a position that will have community engagement as its primary function.

Based on this, the Parties agree the PCCEP section, and its Exhibit 1, should be terminated.

## II.     CONCLUSION

The City has met its obligations under this discrete section. For all the reasons stated herein, the Parties move to terminate this discrete section under Paragraph 257.[1]

**IT IS SO STIPULATED BY THE PARTIES:**

**FOR THE CITY OF PORTLAND:**

| | |
|---|---|
| *s/ Robert Taylor* | *s/ Heidi Brown* |
| ROBERT TAYLOR | HEIDI BROWN |
| City Attorney | Chief Deputy City Attorney |
| | |
| *s/ Sarah Ames* | *s/ Lisa Rogers* |
| SARAH AMES | LISA ROGERS |
| Deputy City Attorney | Deputy City Attorney |

---

[1] Under Paragraph 257, the joint stipulated motion will take effect as an order of the Court if the Court does not act within 45 days of the motion being filed.

**Page  3 –  JOINT STIPULATED MOTION TO TERMINATE DISCRETE SECTION (PCCEP) OF THE SETTLEMENT AGREEMENT PURSUANT TO PARAGRAPH 257**

**FOR THE UNITED STATES OF AMERICA:**

| | |
|---|---|
| SCOTT E. BRADFORD<br>United States Attorney<br>District of Oregon | HARMEET K. DHILLON<br>Assistant Attorney General<br>Civil Rights Division<br><br>R. JONAS GEISSLER<br>Deputy Assistant Attorney General<br>Civil Rights Division<br><br>PATRICK MCCARTHY<br>Chief<br><br>*s/ Jeffrey R. Murray*<br>JEFFREY R. MURRAY<br>Trial Attorney<br><br>*s/ Catherine Yoon*<br>CATHERINE YOON<br>Trial Attorney<br>Special Litigation Section<br>Civil Rights Division<br>United States Department of Justice |

**Page 4** – JOINT STIPULATED MOTION TO TERMINATE DISCRETE SECTION (PCCEP) OF THE SETTLEMENT AGREEMENT PURSUANT TO PARAGRAPH 257

# CERTIFICATE OF SERVICE

I hereby certify that on March 3, 2026, I served or caused to be served a true and correct copy of the foregoing **JOINT STIPULATED MOTION TO TERMINATE DISCRETE SECTION (PCCEP) OF THE SETTLEMENT AGREEMENT PURSUANT TO PARAGRAPH 257** on the interested parties in this action as follows:

| | |
|---|---|
| **HARMEET K. DHILLON** <br> Assistant Attorney General <br> Civil Rights Division <br> **R. JONAS GEISSLER** <br> Deputy Assistant Attorney General <br> **PATRICK MCCARTHY** <br> Chief <br> **JEFFREY R. MURRAY** <br> **CATHERINE YOON** <br> Trial Attorneys <br> Special Litigation Section <br> Civil Rights Division <br> United States Department of Justice <br> 950 Pennsylvania Avenue, N.W. <br> Washington, D.C. 20530 <br> Email: jonas.geissler@usdoj.gov <br> Email: jeff.murray@usdoj.gov <br> Email: catherine.yoon@usdoj.gov | Attorneys for Plaintiff, <br> United States of America |
| Mark P. Smith <br> Email: mark.p.smith@portlandpolicemonitor.com | Independent Court-Appointed Monitor |
| Anil Karia <br> Email: anil@pslglawyers.com | Attorney for Intervenor-Defendant, <br> Portland Police Association |
| J. Ashlee Albies Rian Peck <br> Email: ashlee@albiesstark.com <br> Email: rian@visible.law | Attorneys for Enhanced-*Amicus Curiae*, <br> Albina Ministerial Alliance Coalition for Justice and Police Reform |
| Juan Chavez <br> Email: jchavez@ojrc.info | Attorney for *Amicus Curiae*, <br> Mental Health Alliance |

///
///
///

Page 5 – JOINT STIPULATED MOTION TO TERMINATE DISCRETE SECTION (PCCEP) OF THE SETTLEMENT AGREEMENT PURSUANT TO PARAGRAPH 257

|  |  |
|---|---|
| ☒ | by **electronic service** via the Court's CM/ECF electronic filing system for registered users. |

    DATED:  March 3, 2026.        PORTLAND CITY ATTORNEY'S OFFICE

                                                  By: */s/ Heidi Brown*
                                                        Robert Taylor, OSB No. 044287
                                                        Heidi Brown, OSB No. 922410
                                                        Sarah Ames, OSB No. 163350
                                                        Lisa Rogers, OSB No. 176519
                                          Of Attorneys for Defendant City of Portland

**Page 6** – JOINT STIPULATED MOTION TO TERMINATE DISCRETE SECTION (PCCEP) OF THE SETTLEMENT AGREEMENT PURSUANT TO PARAGRAPH 257

PORTLAND CITY ATTORNEY'S OFFICE
1221 SW 4TH AVENUE, RM 430
PORTLAND, OREGON 97204
(503) 823-4047