# UNITED STATES DISTRICT COURT
# DISTRICT OF OREGON
# PORTLAND DIVISION

**UNITED STATES OF AMERICA,**

        Plaintiff,

  v.

**CITY OF PORTLAND,**

        Defendant.

3:12-cv-02265-SI

**[PROPOSED] ORDER**

Robert Taylor, City Attorney; Heidi Brown, Chief Deputy City Attorney; Sarah Ames and Lisa Rogers, Deputy City Attorneys, OFFICE OF THE CITY ATTORNEY, 1221 SW Fourth Avenue, Room 430, Portland, OR 97204.  Of Attorneys for Defendant.

Scott Bradford, United States Attorney; Susanne Luse, Civil Division Chief, UNITED STATES ATTORNEY'S OFFICE, DISTRICT OF OREGON, 1000 SW Third Avenue, Suite 600, Portland, OR 97204; Harmeet K. Dhillon, Assistant Attorney General; R. Jonas Geissler, Deputy Assistant Attorney General; Patrick McCarthy, Chief; Jared Hager, Jeffrey R. Murray, and Catherine Yoon, Trial Attorneys, Special Litigation Section; Civil Rights Division, UNITED STATES DEPARTMENT OF JUSTICE, 950 Pennsylvania Avenue, NW, Washington, D.C. 20530. Of Attorneys for Plaintiff.

Anil S. Karia, PUBLIC SAFETY LABOR GROUP, P.O. Box 12070, Portland, OR 97212.  Of Attorneys for Intervenor-Defendant Portland Police Association.

J. Ashlee Albies, ALBIES, STARK & GUERRIERO, 1500 SW First Ave., Suite 1000, Portland, OR 97201; Rian Peck, VISIBLE LAW LLC, 333 SW Taylor Street, Suite 300, Portland, OR 97204.  Of Attorneys for Enhanced *Amicus Curiae* Albina Ministerial Alliance Coalition for Justice and Police Reform.

Page 1 – [PROPOSED] ORDER

Juan Chavez, Project Director and Attorney; and Amanda Lamb, Attorney, OREGON JUSTICE RESOURCE CENTER, P.O. Box 5248, Portland, OR 97204.  Of Attorneys for *Amicus Curiae* Mental Health Alliance.

**Michael H. Simon, District Judge.**

On March 2, 2026, Plaintiff, the United States of America (United States), and Defendant, the City of Portland (City) (collectively, the Parties), filed a Joint Stipulated Motion to terminate discrete section-PCCEP of the Amended Settlement Agreement (Agreement) that was previously entered as an Order of this Court. ECF 499-2; ECF 506. The Parties moved pursuant to Paragraph 257 of the Agreement to terminate the Portland Committee on Community-Engaged Policing (PCCEP) discrete section (Paragraphs 141–44, and 151–52).

The Court ORDERS that the Joint Stipulated Motion to Terminate Discrete Section-PCCEP of the Settlement Agreement Pursuant to Paragraph 257 is GRANTED.

**IT IS SO ORDERED.**

DATED this ___ day of _____, 2026.

_____
Michael H. Simon
United States District Judge

Page 2 – [PROPOSED] ORDER