**Robert Taylor, OSB No. 044287**
City Attorney
Email: robert.taylor@portlandoregon.gov
**Heidi Brown, OSB No. 922410**
Chief Deputy City Attorney
Email: heidi.brown@portlandoregon.gov
**Sarah Ames, OSB No. 163350**
Deputy City Attorney
Email: sarah.ames@portlandoregon.gov
**Lisa Rogers, OSB No. 176519**
Deputy City Attorney
Email: lisa.rogers@portlandoregon.gov
**PORTLAND CITY ATTORNEY'S OFFICE**
1221 SW Fourth Ave., Room 430
Portland, Oregon 97204
Telephone: (503) 823-4047
Facsimile: (503) 823-3089

        Attorneys for Defendant City of Portland

# UNITED STATES DISTRICT COURT
## DISTRICT OF OREGON
## PORTLAND DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA**, <br><br> Plaintiff, <br><br> v. <br><br> **CITY OF PORTLAND,** <br><br> Defendant. | Case No. 3:12-cv-02265-SI <br><br> **JOINT STIPULATED MOTION TO ENTER FURTHER AMENDED SETTLEMENT AGREEMENT** |

Pursuant to the Court's March 13, 2026 Order, Dkt. No. 548, Plaintiff United States of America and Defendant City of Portland jointly move the Court for entry of a further amended Settlement Agreement (Agreement) attached herewith,[1] to supersede the Agreement as previously

---

[1] The further amended Settlement Agreement, reflecting the most recent amendments the Court has approved, Dkt. Nos. 506 & 548, is attached as Exhibit 1. A redline of the further amended Settlement Agreement showing the changes from the version of the Agreement previously entered, Dkt. No. 486, is attached as Exhibit 2.

**Page 1 – JOINT STIPULATED MOTION TO ENTER FURTHER AMENDED SETTLEMENT AGREEMENT**

amended (Dkt. No. 506). The attached Agreement reflects the termination of Paragraphs 88-90, 94-96, 141-144, 151-152, and 191 (Dkt. No. 548) and incorporates amendments to Paragraphs 212 and 254 previously entered (Dkt. No. 506).

DATED: April 1, 2026.

**FOR THE CITY OF PORTLAND:**

| | |
|---|---|
| *s/ Robert Taylor* | *s/ Heidi Brown* |
| ROBERT TAYLOR | HEIDI BROWN |
| City Attorney | Chief Deputy City Attorney |
| | |
| *s/ Sarah Ames* | *s/ Lisa Rogers* |
| SARAH AMES | LISA ROGERS |
| Deputy City Attorney | Deputy City Attorney |

**Page  2 – JOINT STIPULATED MOTION TO ENTER FURTHER AMENDED SETTLEMENT AGREEMENT**

**FOR THE UNITED STATES OF AMERICA:**

SCOTT E. BRADFORD
United States Attorney
District of Oregon

HARMEET K. DHILLON
Assistant Attorney General
Civil Rights Division

R. JONAS GEISSLER
Deputy Assistant Attorney General
Civil Rights Division

PATRICK MCCARTHY
Chief

*s/ Jeffrey R. Murray*
JEFFREY R. MURRAY
Trial Attorney

*s/ Catherine Yoon*
CATHERINE YOON
Trial Attorney
Special Litigation Section
Civil Rights Division
United States Department of Justice

**Page  3  – JOINT STIPULATED MOTION TO ENTER FURTHER AMENDED
        SETTLEMENT AGREEMENT**

## CERTIFICATE OF SERVICE

I hereby certify that on April 1, 2026, I served or caused to be served a true and correct copy of the foregoing **JOINT STIPULATED** on the interested parties in this action as follows:

| | |
|---|---|
| Anil Karia<br>Email: anil@pslglawyers.com | Attorney for Intervenor-Defendant,<br>Portland Police Association |
| J. Ashlee Albies Rian Peck<br>Email: ashlee@albiesstark.com<br>Email: rian@visible.law | Attorneys for Enhanced-Amicus Curiae,<br>Albina Ministerial Alliance Coalition for<br>Justice and Police Reform |
| Juan Chavez<br>Email: jchavez@ojrc.info | Attorney for Amicus Curiae,<br>Mental Health Alliance |
| Mark P. Smith<br>Email: mark.p.smith@portlandpolicemonitor.com | Independent Court-Appointed Monitor |

☒    by **electronic service** via the Court's CM/ECF electronic filing system for registered users.

DATED:  April 1, 2026.

PORTLAND CITY ATTORNEY'S OFFICE

By: */s/Heidi Brown*
Robert Taylor, OSB No. 044287
Heidi Brown, OSB No. 922410
Sarah Ames, OSB No. 163350
Lisa Rogers, OSB No. 176519
Of Attorneys for Defendant City of Portland

**Page  4 – JOINT STIPULATED MOTION TO ENTER FURTHER AMENDED SETTLEMENT AGREEMENT**