**INDEPENDENT COURT-APPOINTED MONITOR**
Mark P. Smith, Lead Monitor
Direct Email: mark.p.smith@portlandpolicemonitor.com
Team Email: info@portlandpolicemonitor.com
Website: http://www.portlandpolicemonitor.com

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## PORTLAND DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **Case No.: 3:12-cv-02265-SI** |
| **PLAINTIFF,** | |
| v. | **INDEPENDENT COURT-APPOINTED MONITOR'S QUARTERLY STATEMENT (Q1 2026)** |
| **CITY OF PORTLAND,** | |
| **DEFENDANT.** | |

Pursuant to Paragraph 211 of the Amended Settlement Agreement previously entered in this matter (ECF No. 486), the Independent Court-Appointed Monitor submits the attached Quarterly Statement for Q1 2026 (Attachment 1).

Dated: April 22, 2026.

Respectfully submitted,

*s/Mark P. Smith*

Mark P. Smith
Lead Monitor
INDEPENDENT COURT-APPOINTED MONITOR

Independent Court-Appointed Monitor's Quarterly Statement (Q1 2026)