**Independent Court-Appointed Monitor's Quarterly Statement (Q1 2026)**

<u>Work Completed</u>
During this quarter, the Independent Court-Appointed Monitoring Team (Monitoring Team) continued our oversight of the City of Portland's (City's) compliance with the Settlement Agreement between the City and the United States Department of Justice (DOJ) (Settlement Agreement). One primary area of focus for the Monitoring Team during the quarter was the review and evaluation of compliance-related materials provided by the City and the Portland Police Bureau (PPB) in connection with the drafting of our latest semi-annual compliance report. We worked closely with both the City and PPB to gather all of the records, documents, digital evidence, etc. that we needed in order to complete thorough assessments, and we appreciate the substantial efforts that they made in support of this.

As we have done with respect to our prior semi-annual reports, we carefully and deliberately examined the evidence of compliance that the City and PPB provided us for those paragraphs of the Settlement Agreement that remain subject to monitoring. Additionally, we dedicated a substantial amount of time evaluating the City's own reports related to the Settlement Agreement's paragraphs that were subject to self-monitoring. We found it notable that, during the Reporting Period, more provisions were subject to self-monitoring by the City than were subject to assessment by the Monitoring Team. This is an important marker of the City's sustained progress toward full compliance with the terms of the Settlement Agreement.

Also in connection with our report, we began the process of gathering and analyzing data related to measurements of whether the implementation of the Settlement Agreement has created specifically enumerated desired outcomes. These outcomes cover areas including response to persons in mental health crisis; accountability and oversight; effective training for police officers; proper management of the use of force; and robust community engagement. Our latest report includes the results of our initial efforts toward measuring these desired outcomes, and we look forward to building on those efforts in future reports.

Although the drafting of our next semi-annual compliance report was a primary focus for the Monitoring Team, we also continued to complete numerous other tasks throughout the quarter that are regularly called for as part of our monitorship of the Settlement Agreement. During the quarter, the Monitoring Team maintained regular communication with both Parties to the Settlement Agreement; attended a Status Conference in the United States District Court, District of Oregon (the Court); observed Police Review Board hearings; attended meetings of the Community Board for Police Accountability

(CBPA) and engaged in direct conversations with CBPA staff; attended debriefs regarding lethal force events; observed meetings of the Portland Committee on Community Engaged Policing; held discussions with staff from Portland's Independent Police Review; and reviewed new and/or revised training curricula materials and proposed revisions to PPB policies circulated to us by PPB in accordance with procedures laid out in the Settlement Agreement. As part of site visits to Portland made during the quarter, members of the Monitoring Team held meetings with the City and PPB to discuss various matters related to compliance with the Settlement Agreement. The Monitoring Team also conducted in-person observation of some of PPB's In-Service Training, and we spoke to PPB officers during roll calls in each of PPB's three geographic precincts.

Whether in-person or remotely, the Monitoring Team also continued to engage with various stakeholders from throughout Portland's diverse community. During this quarter, the Monitoring Team met with the following individuals or groups on one or more occasions:

- City of Portland – Deputy Director, Community Safety Division
- Portland State University – Interim Chief of Police
- Focused Intervention Team Community Oversight Group (FITCOG)
- Member – Mental Health Alliance
- Former member – United States Attorney's Office in Portland
- City of Portland – Former City Councilor
- Coalition of Communities of Color
- Member – Portland Copwatch
- Pacific Northwest Family Circle

These engagements provided valuable opportunities to continue hearing directly from Portland community members and organizations regarding their experiences and perspectives related to the Settlement Agreement.


Projection for Future Work
Looking ahead to the second quarter of 2026, the Monitoring Team plans to continue its work by refining our draft semi-annual compliance report in response to comments on it that we receive from the City and the DOJ. We look forward to distributing the draft report to the Portland community in order to collect feedback and impressions, which may lead to further refinements and adjustments. Relatedly, we look forward to hosting a Town Hall in Portland, during which we can directly listen and respond to any input regarding PPB, the City, and compliance with the Settlement Agreement that people might want to share with us. Once we have given due consideration to all such information regarding our report, we will finalize it and file it with the Court.

Efforts to engage with the community will remain a priority for the Monitoring Team, including as part of our outcome measurement process (as required by the Settlement Agreement). We will continue to reach out to both familiar and new stakeholders throughout Portland. The Monitoring Team plans to conduct additional site visits during the next quarter, with the intention of meeting with both community members and groups as well as PPB and the City.

The Monitoring Team anticipates conducting more reviews of PPB training curricula during the next quarter, and we also anticipate further work with the City on its self-monitoring plans and activities in order to ensure they align with the Settlement Agreement's requirements. We will continue to work closely with City and PPB personnel to ensure that processes for the delivery of data and other information to the Monitoring Team are both comprehensive and efficient. During the upcoming quarter, the Monitoring Team also plans to observe continuing progress toward the operationalization of a new oversight system within the City, as required by the Settlement Agreement.

Throughout the next quarter, the Monitoring Team will remain steadfast in our commitment to conducting objective and independent assessments of the City's compliance with the Settlement Agreement, and we will continue to encourage Portland residents and organizations to engage with us and provide us with the valuable and critical community input that helps to guide our work.