**INDEPENDENT COURT-APPOINTED MONITOR**
Mark P. Smith, Lead Monitor
Direct Email: mark.p.smith@portlandpolicemonitor.com
Team Email: info@portlandpolicemonitor.com
Website: portlandpolicemonitor.com

**UNITED STATES DISTRICT COURT**

**DISTRICT OF OREGON**

**PORTLAND DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **Case No.: 3:12-cv-02265-SI** |
| **PLAINTIFF,** | |
| v. | **INDEPENDENT COURT-APPOINTED MONITOR'S COMPLIANCE REPORT (Q3 2025–Q4 2025)** |
| **CITY OF PORTLAND,** | |
| **DEFENDANT.** | |

Pursuant to Paragraph 227 of the Amended Settlement Agreement previously entered in this matter (ECF No. 552), the Independent Court-Appointed Monitor submits the attached Compliance Report (Q3 2025–Q4 2025) (Attachment 1).

Dated: June 16, 2026.

Respectfully submitted,

*s/Mark P. Smith*
Mark P. Smith
Lead Monitor
INDEPENDENT COURT-APPOINTED MONITOR