**HARMEET K. DHILLON**
Assistant Attorney General
Civil Rights Division
**R. JONAS GEISSLER**
Deputy Assistant Attorney General
**PATRICK MCCARTHY**
Chief
**JEFFREY R. MURRAY**
**CATHERINE YOON**
Trial Attorneys
Special Litigation Section
Civil Rights Division
United States Department of Justice
950 Pennsylvania Avenue, N.W.
Washington, D.C. 20530
Phone: (202) 305-3229

Attorneys for Plaintiff United States

## UNITED STATES DISTRICT COURT
### DISTRICT OF OREGON
### PORTLAND DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA**, <br><br> Plaintiff, <br><br> v. <br><br> **CITY OF PORTLAND,** <br><br> Defendant. | Case No. 3:12-cv-02265-SI <br><br> **JOINT MOTION TO EXTEND THE INDEPENDENT MONITOR'S APPOINTMENT FOR THREE MONTHS** |

Plaintiff, the United States of America, and Defendant, the City of Portland (City) (collectively, the Parties) jointly request that the Court extend the appointment of the Independent Monitor for a term of three months.

## I.    INTRODUCTION

On May 15, 2024, the Court granted the Parties' joint motion to appoint MPS & Associates, led by Mark P. Smith, as the Independent Monitor (hereinafter, the Monitor) of the Settlement

**Page 1    JOINT MOTION TO EXTEND THE INDEPENDENT MONITOR'S
            APPOINTMENT FOR THREE MONTHS**

Agreement.  Dkt. No. 423.  The Court appointed the Monitor for a two-year term that started on July 1, 2024, and will end on June 30, 2026.  *Id.* at 2.  The Settlement Agreement provides that the Monitor's appointment "may be extended for additional two-year terms if the Parties jointly request, and the Court approves."  Dkt. No. 552 at 46, Paragraph 209.  The Parties have solicited input from the Intervenor-Defendant Portland Police Association (PPA), enhanced *Amicus* Albina Ministerial Alliance Coalition for Justice and Police Reform (AMAC), *Amicus* Mental Health Alliance (MHA), and the Portland Committee on Community-Engaged Policing (PCCEP), as required under Paragraph 209.  None offered objections to extending the Monitor's contract.[1]  The Parties are discussing extending the Monitor's term and might not reach an agreement prior to June 30, 2026.  To avoid a lapse in monitoring and to ensure that the Monitor can prepare for and participate in the status conference scheduled for July 28, the Parties jointly request that the Court approve a three-month extension of the Monitor's current term, to end on September 30, 2026.

## II.    DISCUSSION

During the initial two-year term, the Monitor has thus far produced three semi-annual compliance reports collectively covering the City's compliance with the Settlement Agreement from July 1, 2024 to December 31, 2025.  The Monitor has also participated in semi-annual status conferences and engaged in various other activities related to monitoring the City's compliance with the Settlement Agreement.  In that time, the City made progress toward compliance with the Settlement Agreement.  In March 2026, the Court terminated four discrete sections of the Settlement Agreement.  Dkt. No. 548.  The Parties anticipate seeking the termination of more discrete sections in light of the Monitor's most recent semi-annual report filed in June.  Despite

---

[1] The Portland Police Association indicated that it does not object to an extension provided that certain terms are imposed on the extension.  These conditions include requiring the Monitor to provide plain-English assessments and clear, achievable goals for substantial compliance and mechanisms to regulate the Monitor's expenses, which should decline as there are fewer issues to review.

**Page  2   JOINT MOTION TO EXTEND THE INDEPENDENT MONITOR'S APPOINTMENT FOR THREE MONTHS**

this progress, much of the Settlement Agreement remains in place and will require further monitoring.

Unfortunately, current disputes regarding the United States' right to access information under the Settlement Agreement and questions about what the Agreement requires the Monitor to assess have complicated these discussions.  The Parties and Monitor engaged in mediation on June 22, 2026.  The United States expects to be able to decide on a possible extension of the Monitor's appointment soon.  However, recognizing the impact the timing of the United States' decision may have on the City and the Monitor's ability to execute a new contract that allows for continued monitoring of the City's compliance with the Agreement, the Parties have agreed to seek a limited, three-month extension at this time.

A three-month extension would benefit this case in at least three ways.  First, it would allow the monitoring team to fully prepare for and participate in the status conference.  Second, the extension would provide time that the Parties and Monitor can use to attempt to resolve any issues that remain following the status conference.  Finally, the extension will allow the Monitor to continue assessing the City's compliance with the Settlement Agreement, up to the delivery of a draft semi-annual Monitor report covering the first six months of 2026 for the Parties' review, under the timelines of Paragraph 227.

## III.    CONCLUSION

For the foregoing reasons, the City and the United States respectfully request that the Court extend the appointment of MPS & Associates as the Independent Court-Appointed Monitor for a term of three months that will terminate on September 30, 2026.

///

///

///

**Page 3   JOINT MOTION TO EXTEND THE INDEPENDENT MONITOR'S APPOINTMENT FOR THREE MONTHS**

**FOR THE CITY OF PORTLAND:**

*s/ Robert Taylor*                                *s/ Heidi Brown*
ROBERT TAYLOR                                HEIDI BROWN
City Attorney                                Chief Deputy City Attorney


*s/ Sarah Ames*                                *s/ Lisa Rogers*
SARAH AMES                                LISA ROGERS
Deputy City Attorney                                Deputy City Attorney



**FOR THE UNITED STATES OF AMERICA:**

SCOTT E. BRADFORD                                HARMEET K. DHILLON
United States Attorney                                Assistant Attorney General
District of Oregon                                Civil Rights Division

                                                R. JONAS GEISSLER
                                                Deputy Assistant Attorney General
                                                Civil Rights Division

                                                PATRICK MCCARTHY
                                                Chief

                                                *s/ Jeffrey R. Murray*
                                                JEFFREY R. MURRAY
                                                Trial Attorney

                                                *s/ Catherine Yoon*
                                                CATHERINE YOON
                                                Trial Attorney
                                                Special Litigation Section
                                                Civil Rights Division
                                                United States Department of Justice



**Page  4   JOINT MOTION TO EXTEND THE INDEPENDENT MONITOR'S**
**          APPOINTMENT FOR THREE MONTHS**