**HARMEET K. DHILLON**
Assistant Attorney General
Civil Rights Division
**R. JONAS GEISSLER**
Deputy Assistant Attorney General
**PATRICK MCCARTHY**
Chief
**JEFFREY R. MURRAY**
**CATHERINE YOON**
Trial Attorneys
Special Litigation Section
Civil Rights Division
United States Department of Justice
950 Pennsylvania Avenue, N.W.
Washington, D.C. 20530
Phone: (202) 305-3229


Attorneys for Plaintiff United States


### UNITED STATES DISTRICT COURT
### DISTRICT OF OREGON
### PORTLAND DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA**, <br><br> Plaintiff, <br><br> v. <br><br> **CITY OF PORTLAND,** <br><br> Defendant. | Case No. 3:12-cv-02265-SI <br><br> **NOTICE OF WITHDRAWAL OF COUNSEL JARED HAGER FOR PLAINTIFF UNITED STATES** |

Pursuant to Local Rule 83-11(b), notice is hereby given that Jared Hager is no longer employed by the Department of Justice and is no longer counsel for Plaintiff in this case. No substitution of counsel is necessary because Plaintiff continues to be represented by other counsel of record at the Department of Justice, as shown in the signature block below. Based on this withdrawal notice, service on Mr. Hager is no longer necessary, and the address jared.hager2@usdoj.gov may be removed from your service list.

**Page  1   NOTICE OF WITHDRAWAL OF COUNSEL JARED HAGER FOR**
**            PLAINTIFF UNITED STATES**

Respectfully submitted this 29th day of June, 2026,


SCOTT E. BRADFORD                         HARMEET K. DHILLON
United States Attorney                    Assistant Attorney General
District of Oregon                        Civil Rights Division

                                          R. JONAS GEISSLER
                                          Deputy Assistant Attorney General
                                          Civil Rights Division

                                          PATRICK MCCARTHY
                                          Chief

                                          *s/ Jeffrey R. Murray*
                                          JEFFREY R. MURRAY
                                          Trial Attorney

                                          *s/ Catherine Yoon*
                                          CATHERINE YOON
                                          Trial Attorney
                                          Special Litigation Section
                                          Civil Rights Division
                                          United States Department of Justice

                                          Attorneys for the United States