ROBERT TAYLOR, OSB #044287
City Attorney
Email: robert.taylor@portlandoregon.gov
HEIDI BROWN, OSB #922410
Chief Deputy City Attorney
Email: heidi.brown@portlandoregon.gov
SARAH AMES, OSB #163350
Deputy City Attorney
Email: sarah.ames@portlandoregon.gov
LISA ROGERS, OSB #176519
Deputy City Attorney
Email: lisa.rogers@portlandoregon.gov
Office of City Attorney
1221 SW 4th Avenue, Suite 430
Portland, OR 97204
Telephone: (503) 823-4047
Facsimile: (503) 823-3089
       *Of Attorneys for Defendant City of Portland*

## UNITED STATES DISTRICT COURT

### DISTRICT OF OREGON

### PORTLAND DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA**, | **Case No. 3:12-cv-02265-SI** |
| **PLAINTIFF,** | |
| v. | **DEFENDANT CITY OF PORTLAND'S STATUS UPDATE** |
| **CITY OF PORTLAND,** | |
| **DEFENDANT.** | |

## I.      Introduction

The City appreciates the opportunity to update the Court and community on the work

done in the community and in furthering compliance with the Settlement Agreement. As noted in

the Monitoring Team's Third Semi-Annual Compliance Report (filed at ECF 554-1), during the

reporting period 40 of the remaining 55 paragraphs were in self-monitoring. *Id*. at 3. This

number increased following the Monitor's Report, three additional paragraphs (one discrete

section) were found in substantial compliance for two reporting periods and moved into self-

Page 1 – DEFENDANT CITY OF PORTLAND'S STATUS UPDATE

monitoring. *Id*. at 17. The City's efforts also moved two discrete sections (totaling six paragraphs) from partial compliance to substantial compliance. *Id*. There are five discrete sections (totaling fourteen paragraphs) that meet the Settlement Agreement requirements for partial termination. The City will continue to build on the foundation established through the progress achieved to date.

**II.    Portland Police Bureau prioritizes community engagement, meets hiring goal.**

*PPB Community engagement.* One of PPB's three core strategic goals is to transform the dynamic between police and the people they serve. Chief Day understands the community's desire to have a strong relationship with its police officers and regularly reminds Bureau members that building trust and maintaining meaningful relationships with the public are essential components of effective policing. PPB's community engagement is extensive; they recorded participating in almost 2,400 community events in 2025, more than twice as many as in 2024 – and in 2026 are on pace to hit 3,000 by year's end.

*Police Hiring.* In July 2025, PPB set an ambitious goal to hire 84 officers within the next year. The bureau met that hiring goal in June 2026, swearing in 16 community police officers. After a wave of retirements in May, that hiring brought the number of sworn personnel back up to 809. Over the last year, PPB revitalized hiring efforts including a focus on recruiting from within the communities it serves by participating in community events and outreach opportunities, such as the recent Good in the Hood festival and the upcoming Rose City Comic Con. This work brought results. In April 2026, PPB received the highest number of applicants for any April since 2017.

**III.    City continues progress on Section XI remedies**

Since the last status conference, the City has completed the first audit of body-worn cameras, has concluded the Independent Police Review investigation into PPB supervisors'

Page 2 – DEFENDANT CITY OF PORTLAND'S STATUS UPDATE

actions during 2020 crowd control events, and has taken great strides to establish the new Oversight System under the Community Board for Police Accountability.

*Paragraph 192 Investigation of Protest Response in 2020.*  The City is pleased to report that the Paragraph 192 investigation was completed during the second quarter of 2026.

*Paragraph 194, Body-Worn Camera Program.* PPB has continued its progress with body-worn camera implementation. As reflected in the Monitor's Third Semi-Annual Compliance Report, the Office of the Inspector General (OIG) successfully completed its first audit using a methodology that the Monitoring Team determined to be sound. ECF 554-1 at 57. Encouragingly, in areas of overlap, the OIG's results were largely consistent with the Monitoring Team's audit findings. While the OIG audit identified multiple areas for improvement, it also found strong adherence to the core activation requirements of PPB's BWC policy. In addition, the Monitoring Team found the City sustained its earlier compliance with the policy and logistical portions of Paragraph 194. While progress continues, the City is pleased with the increased transparency achieved through the BWC program.

*Paragraph 195, Standing up the Community Police Oversight Board.* The City has made strong progress in operationalizing the new Community Board for Police Accountability (CBPA), whose 21 members met for the first time on February 11, 2026. Although originally set to meet once a month, the members soon decided to increase the frequency to twice a month. The Board adopted rules of order to govern their meetings and authorized hiring a facilitator to guide their meetings. The Board also hired outside legal counsel, and is developing an enhanced website. Finally, and most critically, the Board in February contracted with Motus Recruiting to search for a director to lead the Office of Community-Based Police Accountability (OCPA). Motus hosted three listening sessions with CBPA members, and ten listening sessions for community members, City partners, Chief Day and PPB leaders, and City leadership. The

Page 3 – DEFENDANT CITY OF PORTLAND'S STATUS UPDATE

recruitment was posted May 14, 2026, and will remain open until the position is filled. Next steps include rounds of interviews, a public presentation from finalists identified by the CBPA, and additional executive session and public meeting deliberations.

## IV.    **Conclusion**

The City appreciates these opportunities to share updates with the Court, Portland Police Association, amici, and the broader community, and remains committed to achieving full compliance with the Settlement Agreement.

Dated: 24th day of July, 2026.

Respectfully submitted,

*/s/ Robert Taylor*

ROBERT TAYLOR, OSB #044287
City Attorney

HEIDI BROWN, OSB #922410
Chief Deputy City Attorney

SARAH AMES, OSB# 163350
Deputy City Attorney

LISA ROGERS, OSB# 176519
Deputy City Attorney

*Of Attorneys for Defendant City of Portland*

Page 4 – DEFENDANT CITY OF PORTLAND'S STATUS UPDATE