**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF OREGON**

**UNITED STATES OF AMERICA,**                    Case No. 3:12-cv-02265-SI

        Plaintiff,

        v.                                            **ORDER**

**CITY OF PORTLAND,**

        Defendant.

**Michael H. Simon, District Judge.**

Pending before the Court is the joint stipulated motion that Plaintiff United States of America (United States) and Defendant City of Portland (City) filed on August 4, 2026, ECF 570, to terminate discrete sections of the Settlement Agreement, as amended, ECF 552, pursuant to Paragraph 257. Based on the stipulation of the United States and the City and the finding of the Court that it is fair, just, and reasonable to do so, the Court hereby terminates the following discrete sections: Force Principles (Paragraphs 66–67); Training Principles (Paragraphs 78–79, 81, 84, 190); Crisis Triage (Paragraph 115); and On-scene Public Safety Statements and Interviews (Paragraphs 124–127).

The Court GRANTS the joint stipulated motion filed by the United States and the City, ECF 570. The Court hereby terminates Paragraphs 66–67, 78–79, 81, 84, 115, 124–127, and 190 of the Settlement Agreement, as amended.

Page 1 – ORDER

The Court further ORDERS the United States and the City to jointly submit a further amended Settlement Agreement that reflects the termination ordered herein.

**IT IS SO ORDERED.**

DATED this 4th day of August, 2026.

Michael H. Simon
United States District Judge

Page 2 – ORDER