**UNITED STATES DISTRICT COURT**

**DISTRICT OF OREGON**

**UNITED STATES OF AMERICA**,                    Case No. 3:12-cv-02265-SI

                    Plaintiff,

    v.                                          DECLARATION OF YVONNIE
                                                DEMMERRITTE
**CITY OF PORTLAND**,

                    Defendant.

---

I, Yvonnie Demmerritte, am a Paralegal Specialist with the Civil Rights Division of the United States Department of Justice.  I make this declaration based upon my personal knowledge and am competent to testify thereto.

1. On October 16, 2025, counsel for the United States sent the Monitor the United States' written comments on the Monitor's draft second report.  These included comments disagreeing with the Monitor's decision not to assess compliance with Paragraph 245.

2. On April 16, 2026, counsel for the United States sent the Monitor the United States' written comments on the Monitor's draft third report.  These included comments disagreeing with the Monitor's decision not to assess compliance with Paragraph 245.

3. On May 4, 2026, counsel for the United States sent the Monitor an email further detailing the United States' concerns about the Monitor's decision to not assess compliance with Paragraph 245.  The email indicated that the Monitor needed to review Paragraph 245 in the context of PPB's responses to protests at or near the ICE facility, including whether PPB had uniformly applied PPB Directives 0315.00 (Laws, Rules, and Orders), 0635.10

(Portland Police Bureau Response to Public Order Events), 0620.00 (Body-Worn Camera Use and Management), and 1010.00 (Use of Force).

4. On June 18, 2026, counsel for the United States sent the Monitor a letter explaining why the Monitor needed to review Paragraph 245 and responding to the Monitor's reasons for not reviewing the paragraph.

5. On May 13, 2026, counsel for the City sent counsel for the United States an email indicating that the City anticipated the discrete section containing Paragraph 245 would be subject to termination after the Monitor filed his third report.

6. On June 1, June 22, and July 1, 2026, counsel for the City sent counsel for the United States emails further indicating the City's view that the discrete section containing Paragraph 245 was subject to termination.

I swear under the penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge.

Dated this 7th day of August, 2026, in Washington, District of Columbia.


  /s/ Yvonnie Demmerritte
Yvonnie Demmerritte
Paralegal Specialist
Special Litigation Section
Civil Rights Division
United States Department of Justice


Page 2    Declaration of Yvonnie Demmerritte
          *United States of America v. City of Portland*, 3:12-cv-02265-SI