**Robert Taylor, OSB No. 044287**
City Attorney
Email: robert.taylor@portlandoregon.gov
**Heidi Brown, OSB No. 922410**
Chief Deputy City Attorney
Email: heidi.brown@portlandoregon.gov
**Lisa Rogers, OSB No. 176519**
Deputy City Attorney
Email: lisa.rogers@portlandoregon.gov
**PORTLAND CITY ATTORNEY'S OFFICE**
1221 SW Fourth Ave., Room 430
Portland, Oregon 97204
Telephone: (503) 823-4047
Facsimile: (503) 823-3089
        Of Attorneys for Defendant City of Portland


## UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> CITY OF PORTLAND, <br><br> Defendant. | Case No. 3:12-cv-02265-SI <br><br> **DECLARATION OF HEIDI K. BROWN** <br><br> **(In Support of Defendant City of Portland's Motion to Terminate a Discrete Section of the Settlement Agreement Pursuant to Paragraph 259)** |

I, Heidi K. Brown, Chief Deputy City Attorney, declare as follows:

1.      I am one of the attorneys representing defendant City of Portland in the above-entitled matter and I make this declaration in support of Defendant City of Portland's Motion to Terminate a Discrete Section of the Settlement Agreement Pursuant to Paragraph 259.

2.      Attached as **Exhibit 1** is a true and correct copy of an email sent on Friday, July 1, 2025, by Laura Cowall, Deputy Chief for Department of Justice (DOJ) Civil Rights Division, to Sarah Ames, Deputy City Attorney, and Jeffrey Murray and Catherine Yoon, DOJ Civil Rights Division Trial Attorneys, copying Heidi Brown, Lisa Rogers, Deputy City Attorney, and

**Page 1 – DECLARATION OF HEIDI K. BROWN**

Mary Claire Buckly, former Portland Police Bureau Inspector General.

3. Attached as **Exhibit 2** is a true and correct copy of the City's self-monitoring plan for the Discipline and Accountability discrete section covering the first and second quarters of 2025 and the associated scorecard with confidential information redacted.

4. Attached as **Exhibit 3** is a true and correct copy of the City's self-monitoring plan for the Discipline and Accountability discrete section covering the third and fourth quarters of 2025 and the associated scorecard with confidential information redacted.

**I hereby declare that the above statement is true to the best of my knowledge and belief, and that I understand it is made for use as evidence in court and is subject to penalty for perjury.**

DATED: August 7, 2026

/s/ Heidi K. Brown
Heidi K. Brown

**Page  2  –  DECLARATION OF HEIDI K. BROWN**

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on August 7, 2026, I served or caused to be served a true and correct copy of the foregoing **DECLARATION OF HEIDI K. BROWN IN SUPPORT OF DEFENDANT CITY OF PORTLAND'S CONTESTED MOTION TO TERMINATE DISCRETE A SECTION OF THE SETTLEMENT AGREEMENT PURSUANT TO PARAGRAPH 259** on the interested parties in this action as follows:

| | |
|---|---|
| Harmeet K. Dhillon,<br>Assistant Attorney General<br>Civil Rights Division<br>R. Jonas Geissler,<br>Deputy Assistant Attorney General<br>Patrick McCarthy,<br>Chief<br>Jeffrey R. Murray and<br>Catherine Yoon,<br>Trial Attorneys<br>Special Litigation Section<br>Civil Rights Division<br>Email: jonas.geissler@usdoj.gov<br>Email: jeff.murray@usdoj.gov<br>Email: catherine.yoon@usdoj.gov | Attorneys for Plaintiff,<br>United States of America |
| Anil Karia<br>Email: anil@pslglawyers.com | Attorney for Intervenor-Defendant,<br>Portland Police Association |
| J. Ashlee Albies and Rian Peck<br>Email: ashlee@albiesstark.com<br>Email: rian@visible.law | Attorneys for Enhanced-Amicus<br>Curiae,<br>Albina Ministerial Alliance Coalition for<br>Justice and Police Reform |
| Juan Chavez<br>Email: jchavez@ojrc.info | Attorney for Amicus Curiae,<br>Mental Health Alliance |
| Mark P. Smith<br>Email: mark.p.smith@portlandpolicemonitor.com | Independent Court-Appointed Monitor |

**Page 3 – DECLARATION OF HEIDI K. BROWN**

☒    by **electronic service** via the Court's CM/ECF electronic filing system for registered users.

DATED: August 7, 2026              PORTLAND CITY ATTORNEY'S OFFICE

By: */s/ Heidi K. Brown*
    Robert Taylor, OSB No. 044287
    Heidi Brown, OSB No. 922410
    Lisa Rogers, OSB No. 176519
    Of Attorneys for Defendant City of Portland

**Page 4 – DECLARATION OF HEIDI K. BROWN**

| | |
|---|---|
| **From:** | Cowall, Laura (CRT) |
| **To:** | Ames, Sarah; Murray, Jeff (CRT); Yoon, Catherine (CRT) |
| **Cc:** | Brown, Heidi; Rogers, Lisa; Buckley, Mary Claire |
| **Subject:** | RE: Identification of sections subject to Self-Monitoring after Monitor"s first report |
| **Date:** | Tuesday, July 1, 2025 12:49:19 PM |

Hi Sarah,

Thank you for doing the review and compiling the sections that now meet the requirements of Paragraph 254. That list looks correct to us, so we agree that those sections should proceed to self-monitoring. Could you please forward us the self-monitoring plans for our records, as they are prepared? Thanks!

Laura

**From:** Ames, Sarah <Sarah.Ames@portlandoregon.gov>
**Sent:** Tuesday, June 24, 2025 6:22 PM
**To:** Cowall, Laura (CRT) <Laura.Cowall@usdoj.gov>; Murray, Jeff (CRT) <Jeff.Murray@usdoj.gov>; Yoon, Catherine (CRT) <Catherine.Yoon@usdoj.gov>
**Cc:** Brown, Heidi <Heidi.Brown@portlandoregon.gov>; Rogers, Lisa <Lisa.Rogers@portlandoregon.gov>; Buckley, Mary Claire <MaryClaire.Buckley@police.portlandoregon.gov>
**Subject:** [EXTERNAL] Identification of sections subject to Self-Monitoring after Monitor's first report

Laura, Jeff and Catherine,

Following up on recent conversations, Paragraph 254 calls for the parties to identify additional sections subject to self-monitoring within seven days after the Monitor files the final report on June 30 (unless we convince him otherwise).

The City does not expect any changes to the compliance findings, and is eager to have the self-monitoring plans approved ASAP so that we can meet our reporting deadline on August 15. Thus, the City proposes that after the filing, we jointly identify the following 7 discrete subsections as subject to self-monitoring for Q1 and Q2 2025.

Under Paragraph 254, sections are subject to self-monitoring when the Monitor's report *and* either (a) DOJ's final report or (b) the COCL's last two reports found the City in substantial compliance. (These are referred to as 254 (a) and (b) below.) For each paragraph, we have listed the provisions of Paragraph 254 that qualify it for self-monitoring.

If we can agree, we'll be able to respond immediately upon his report filing, and MPS will start consulting on the City's proposed self-monitoring plans (most of which have already been submitted, as noted below). We can discuss on Thursday!

Thanks,

Sarah

Force Principles (proposed plan submitted)
- Paragraph 67 – 254 (a) and (b)

Training Principles (submitted)
- Paragraph 78 – 254 (b)
- Paragraph 79 – 254 (a) and (b)
- Paragraph 81 – 254 (b)
- Paragraph 84 – 254 (b)
- Paragraph 190 – 254 (a) and (b)

Training Audits, Analyses, and Recommendations (submitted)
- Paragraph 85 – 254 (a) and (b)
- Paragraph 86 – 254 (a) and (b)

Crisis Triage (proposed plan in preparation)
- Paragraph 115 – 254 (b)

Investigation Timelines (in preparation)
- Paragraph 121 – 254 (b)
- Paragraph 122 – 254 (a)
- Paragraph 123 – 254 (b)

On-Scene Public Safety Statements and Interviews (submitted)
- Paragraph 124 – 254 (a) and (b)
- Paragraph 125 – 254 (a) and (b)
- Paragraph 126 – 254 (a)
- Paragraph 127 – 254 (a) and (b)

Discipline and Accountability (in preparation)
- Paragraph 137 – 254 (a)
  (Paragraph 245 was not assessed by Monitor.)

SARAH AMES | Deputy City Attorney (She/Her)
Portland Office of the City Attorney
1221 SW Fourth Avenue, Room 430
Portland, OR 97204
Voice: 503-865-6902
sarah.ames@portlandoregon.gov

Equal Access Notice: The City will provide translation, interpretation, and reasonable disability access.  Please ask me, call 311, or email cityattorneysoffice@portlandoregon.gov for assistance.

Ex. 1

Page 3 of 3

**Discipline**

| Paragraph 137 |
| --- |

*Within 60 days of the Effective Date, PPB and the City shall ensure there are binding discipline rules to ensure that discipline for sustained allegations of misconduct is based on the nature of the allegation and defined, consistent, mitigating and aggravating factors and to provide discipline that is reasonably predictable and consistent. In all instances, the City shall follow any statutorily mandated disciplinary standards.*

**Objective**

1. Provide evidence that PPB ensures there are binding discipline rules to ensure that discipline for sustained allegations of misconduct is based on the nature of the allegation and defined, consistent, mitigating and aggravating factors and to provide discipline that is reasonably predictable and consistent.

**Data Source**

1. Corrective Action Guide
2. Corrective Action Recommendation Memo
3. Police Review Board Memo
4. Imposed Corrective Action Memo

**Testing Methodologies and Analysis**

1. Validate that PPB ensures there are binding discipline rules to ensure that discipline for all sustained allegations of misconduct occurring within the reporting period is based on the nature of the allegation and defined, consistent, mitigating and aggravating factors and to provide discipline that is reasonably predictable and consistent.

**Conclusion**

The disposition of continued substantial compliance is achieved if any violations of the Agreement are minor or occasional and are not systemic. Our review found no violations meeting this threshold.

**Unit Responsible for Analysis**

OIG



| Bi-Annual assessment of the Use of Force Settlement Agreement requirements. |
| Covering paragraph 137 |
| Discipline for sustained allegations of misconduct must be based on the nature of the allegation along with defined mitigating and aggravating factors. Discipline should also be reasonably predictable and consistent. |

| Time period assessed: Q1-Q2 2025 |
| Conclusion: Substantial Compliance |

| Case Number | Corrective Action Guide referenced? | Aggravating/Mitigating factors assessed? |
|---|---|---|
| Redacted | Y | Y |
| | Y | Y |
| | Y | Y |
| | Y | Y |
| | Y | Y |
| | Y | N |
| | Y | N |
| | Y | Y |
| | Y | Y |
| | Y | Y |
| | Y | Y |
| | Y | Y |
| | Y | Y |
| | Y | Y |
| | Y | Y |

Paragraph 137

*Within 60 days of the Effective Date, PPB and the City shall ensure there are binding discipline rules to ensure that discipline for sustained allegations of misconduct is based on the nature of the allegation and defined, consistent, mitigating and aggravating factors and to provide discipline that is reasonably predictable and consistent. In all instances, the City shall follow any statutorily mandated disciplinary standards.*

### Objective

1. Provide evidence that PPB ensures there are binding discipline rules to ensure that discipline for sustained allegations of misconduct is based on the nature of the allegation and defined, consistent, mitigating and aggravating factors and to provide discipline that is reasonably predictable and consistent.

### Data Source

1. Corrective Action Guide
2. Corrective Action Recommendation Memo for cases with a finding date during the Assessment Period
   a. Imposed Corrective Action Memo, if any
   b. Police Review Board Memo, if any

### Testing Methodologies and Analysis

1. Verify that PPB ensures there are binding discipline rules to ensure that discipline for all sustained allegations of misconduct occurring within the reporting period is based on the nature of the allegation and defined, consistent, mitigating and aggravating factors and to provide discipline that is reasonably predictable and consistent.

### Responsible for Analysis

OIG



| Bi-Annual assessment of the Use of Force Settlement Agreement requirements. |
| Covering paragraph 137 |
| Discipline for sustained allegations of misconduct must be based on the nature of the allegation along with defined mitigating and aggravating factors. Discipline should also be reasonably predictable and consistent. |

| Time period assessed: Q3-Q4 2025 |
| Conclusion: Substantial Compliance |

| Case Number | Corrective Action Guide referenced? | Aggravating/Mitigating factors assessed? |
|---|---|---|
| Redacted | Yes | Yes |
| | Yes | Yes |
| | Yes | Yes |
| | Yes | No |
| | Yes | Yes |
| | Yes | Yes |
| | Yes | Yes |
| | Yes | Yes |
| | Yes | Yes |
| | Yes | Yes |
| | Yes | Yes |
| | Yes | Yes |
| | Yes | No |
| | Yes | Yes |
| | Yes | Yes |
| | Yes | Yes |
| | Yes | Yes |
| | Yes | No |
| | Yes | Yes |