**UNITED STATES DISTRICT COURT**

**DISTRICT OF OREGON**

**UNITED STATES OF AMERICA**,

Plaintiff,

v.

**CITY OF PORTLAND**,

Defendant.

Case No. 3:12-cv-02265-SI

DECLARATION OF R. JONAS GEISSLER

I, R. Jonas Geissler, am a Deputy Assistant Attorney General with the Civil Rights Division of the United States Department of Justice. I make this declaration based upon my personal knowledge and am competent to testify thereto.

1. In March 2025, I served as Acting Chief of Staff and Senior Counsel. Beginning in April 2025, I served as an acting, and later permanent, Deputy Assistant Attorney General. I have reviewed the work of multiple sections of the Civil Rights Division, including the Special Litigation Section—the section whose attorneys serve as counsel for the United States in this case. I communicated all directions from the Assistant Attorney General to the Special Litigation Section about this case.
2. At no time during my tenure as Deputy Assistant Attorney General was there any delegation pursuant to 28 C.F.R. § 0.168 of the Assistant Attorney General's authority to determine settlement terms to any attorneys in the Special Litigation Section, including Laura Cowall, a former Special Litigation Section deputy chief.

3. At no time during my tenure as Deputy Assistant Attorney General were there any general statements made to any attorneys in the Special Litigation Section, including Ms. Cowall, to agree to amend the Agreement without approval from the Assistant Attorney General. Also, there were no general statements made to any Special Litigation Section attorneys, including Ms. Cowall, to agree to self-monitoring of any discrete section of the Settlement Agreement under conditions or in a manner contrary to the terms of the Agreement.

I swear under the penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge.

Dated this 24th day of August, 2026, in Washington, District of Columbia.

*/s/ R. Jonas Geissler*
R. JONAS GEISSLER
Deputy Assistant Attorney General
Civil Rights Division
United States Department of Justice