**UNITED STATES DISTRICT COURT**

**DISTRICT OF OREGON**

**UNITED STATES OF AMERICA,**

Plaintiff,

v.

**CITY OF PORTLAND,**

Defendant.

Case No. 3:12-cv-02265-SI

DECLARATION OF YVONNIE DEMMERRITTE

I, Yvonnie Demmerritte, am a Paralegal Specialist with the Special Litigation Section of the Civil Rights Division of the United States Department of Justice. I make this declaration based upon my personal knowledge and am competent to testify thereto.

1. On June 22, 2026, counsel for the City sent counsel for the United States an email indicating the City's view that the 30-day period for the United States to conduct a reasonable assessment of Paragraph 245 under Paragraph 259 had begun on June 4, 2026, and would end on July 3, 2026. Counsel for the City indicated that the City was willing to extend the end of the assessment period until July 6, 2026.
2. On July 1, 2026, counsel for the United States sent counsel for the City an email disagreeing that the assessment period had begun or would end as described by the City. Counsel for the United States indicated that it was not appropriate for the assessment period to run while the United States was unable to exercise its right to a reasonable assessment under Paragraph 259 due to the City's opposition to any review of Paragraph 245 as to ICE facility protest responses and the Monitor's decision to not review Paragraph 245. Counsel

for the United States indicated that, without waiving any steps for partial termination, the United States sought an extension of the assessment period until a reasonable time after the Court decided the United States' motion to enforce and/or the Monitor assessed compliance with Paragraph 245 as part of the reasonable assessment permitted by Paragraph 259.

3. On July 1, 2026, counsel for the City sent counsel for the United States an email indicating that the City continued to decline the United States' request to access ICE facility-related records. Counsel for the City further indicated that the City declined to grant the requested extension based on the City's view that the United States sought the assessment in an attempt to "weaponize" the Settlement Agreement. Counsel for the City indicated that the City would file its contested motion for termination when the 45-day mediation window concluded on August 6, 2026.

I swear under the penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge.

Dated this 21st day of August, 2026, in Washington, District of Columbia.

*/s/ Yvonnie Demmerritte*
Yvonnie Demmerritte
Paralegal Specialist
Special Litigation Section
Civil Rights Division
United States Department of Justice