**HARMEET K. DHILLON**
Assistant Attorney General
Civil Rights Division
**R. JONAS GEISSLER**
Deputy Assistant Attorney General
**PATRICK MCCARTHY**
Chief
**JEFFREY R. MURRAY**
**CATHERINE YOON**
Trial Attorneys
Special Litigation Section
Civil Rights Division
U.S. Department of Justice
950 Pennsylvania Ave., NW
Washington, D.C. 20530
Phone: (202) 305-3229

Attorneys for Plaintiff United States

**UNITED STATES DISTRICT COURT**

**DISTRICT OF OREGON**

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>Plaintiff,<br><br>v.<br><br>**CITY OF PORTLAND,**<br><br>Defendant. | Case No. 3:12-cv-02265-SI<br><br>UNOPPOSED JOINT MOTION TO EXTEND MONITOR REPORT DEADLINE |

**LR 7-1 CERTIFICATION**

Pursuant to Local Rule 7-1, counsel for the Parties and Amici conferred in good faith by email and verbally. Intervenor-Defendant Portland Police Association (PPA), Enhanced Amicus Albina Ministerial Alliance Coalition for Justice and Police Reform (AMAC), and Amicus Mental Health Alliance (MHA) do not oppose the relief sought in this Motion.

**MOTION**

Plaintiff United States of America (United States) and Defendant City of Portland (City) (collectively, the Parties) move for the entry of an order that would extend the deadline for the draft of the Monitor's next semi-annual report from September 28 to September 30, 2026.

Under Paragraph 227 of the Settlement Agreement, this draft report is due to the Parties on September 28, 2026—90 days after the end of the reporting period. *See* ECF 552, ¶ 227; ECF 573. On August 15, 2026, the Monitor indicated to the Parties that he anticipates providing the draft report by September 30, 2026. The Parties believe that an extension would enable the Monitor to provide a more thorough and thoughtfully considered report. The Parties therefore agree to the extension.

For the foregoing reasons, the Parties respectfully ask the Court to extend the deadline for the Monitor's next draft report from September 28 to September 30, 2026.

DATED: September 23, 2026.

Respectfully submitted,

**FOR THE UNITED STATES OF AMERICA:**

SCOTT E. BRADFORD
United States Attorney
District of Oregon

HARMEET K. DHILLON
Assistant Attorney General
Civil Rights Division

R. JONAS GEISSLER
Deputy Assistant Attorney General
Civil Rights Division

PATRICK MCCARTHY
Chief

*s/ Jeffrey R. Murray*
JEFFREY R. MURRAY
Trial Attorney

*s/ Catherine Yoon*
CATHERINE YOON
Trial Attorney
Special Litigation Section
Civil Rights Division
United States Department of Justice

**FOR THE CITY OF PORTLAND:**

*s/ Robert Taylor*
ROBERT TAYLOR
City Attorney

*s/ Heidi Brown*
HEIDI BROWN
Chief Deputy City Attorney

*s/ Sarah Ames*
SARAH AMES
Deputy City Attorney

*s/ Lisa Rogers*
LISA ROGERS
Deputy City Attorney