**HARMEET K. DHILLON**
Assistant Attorney General
Civil Rights Division
**R. JONAS GEISSLER**
Deputy Assistant Attorney General
**PATRICK MCCARTHY**
Chief
**JEFFREY R. MURRAY**
**CATHERINE YOON**
Trial Attorneys
Special Litigation Section
Civil Rights Division
United States Department of Justice
950 Pennsylvania Avenue, N.W.
Washington, D.C. 20530
Phone: (202) 305-3229

Attorneys for Plaintiff United States

**UNITED STATES DISTRICT COURT**
**DISTRICT OF OREGON**
**PORTLAND DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>Plaintiff,<br><br>v.<br><br>**CITY OF PORTLAND,**<br><br>Defendant. | Case No. 3:12-cv-02265-SI<br><br>**JOINT MOTION TO EXTEND THE INDEPENDENT MONITOR'S APPOINTMENT FOR NINE MONTHS** |

## LR 7-1 CERTIFICATION

Pursuant to Local Rule 7-1, counsel for the Parties and Amici conferred in good faith by email and video call. As reflected in discussions in April 2026, Intervenor-Defendant Portland Police Association (PPA) does not oppose the relief sought in this Motion, subject to the conditions described below; Enhanced Amicus Albina Ministerial Alliance Coalition for Justice and Police Reform (AMAC) is not opposed; and Amicus Mental Health Alliance (MHA) takes no position.

## MOTION

Plaintiff, the United States of America (United States), and Defendant, the City of Portland (City) (collectively, the Parties), jointly request that the Court extend the appointment of the Independent Monitor for a term of nine months, through June 30, 2027.

## I. BACKGROUND

On May 15, 2024, the Court granted the Parties' joint motion to appoint MPS & Associates, led by Mark P. Smith, as the Independent Monitor (hereinafter, the Monitor) of the Settlement Agreement. ECF 423. The Court appointed the Monitor for a two-year term from July 1, 2024, to June 30, 2026. *Id.* at 2. On June 26, 2026, the Court approved a three-month extension of the Monitor's appointment through September 30, 2026. ECF 557. A one-year extension that includes the three months previously approved, and is consistent with the City's fiscal year cycle, would end on June 30, 2027.

## II. DISCUSSION

The Settlement Agreement provides that the Monitor's appointment "may be extended for additional two-year terms if the Parties jointly request, and the Court approves." ECF 552, ¶ 209. The Parties have solicited input from PPA, AMAC, MHA, and the Portland Committee on Community-Engaged Policing (PCCEP), as required under Paragraph 209. None offered objections to extending the Monitor's appointment.[1] The Parties jointly request that the Court approve a nine-month extension of the Monitor's appointment, to end on June 30, 2027.

[1] The Portland Police Association indicated that it does not object to an extension provided that certain terms are imposed on the extension. These conditions include (1) requiring the Monitor to provide plain-English assessments and clear, achievable goals for substantial compliance and (2) including mechanisms to regulate the Monitor's expenses, which should decline as there are fewer issues to review.

## III. CONCLUSION

For the foregoing reasons, the City and the United States respectfully request that the Court extend the appointment of MPS & Associates as the Independent Court-Appointed Monitor for nine months, for a total one-year term that will terminate on June 30, 2027.

**FOR THE CITY OF PORTLAND:**

*s/ Robert Taylor*
ROBERT TAYLOR
City Attorney

*s/ Heidi Brown*
HEIDI BROWN
Chief Deputy City Attorney

*s/ Lisa Rogers*
LISA ROGERS
Deputy City Attorney

**FOR THE UNITED STATES OF AMERICA:**

SCOTT E. BRADFORD
United States Attorney
District of Oregon

HARMEET K. DHILLON
Assistant Attorney General
Civil Rights Division

R. JONAS GEISSLER
Deputy Assistant Attorney General
Civil Rights Division

PATRICK MCCARTHY
Chief

*s/ Jeffrey R. Murray*
JEFFREY R. MURRAY
Trial Attorney

*s/ Catherine Yoon*
CATHERINE YOON
Trial Attorney
Special Litigation Section
Civil Rights Division
United States Department of Justice