ROBERT TAYLOR, OSB #044287
City Attorney
Email: robert.taylor@portlandoregon.gov
HEIDI BROWN, OSB #922410
Chief Deputy City Attorney
Email: heidi.brown@portlandoregon.gov
LISA ROGERS, OSB #176519
Deputy City Attorney
Email: lisa.rogers@portlandoregon.gov
Office of City Attorney
1221 SW 4th Avenue, Suite 430
Portland, OR 97204
Telephone: (503) 823-4047
Facsimile: (503) 823-3089
*Of Attorneys for Defendant City of Portland*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF OREGON**

**UNITED STATES OF AMERICA,**

Plaintiff,

v.

**CITY OF PORTLAND,**

Defendant.

Case No. 3:12-cv-02265-SI

UNOPPOSED JOINT MOTION TO EXTEND MONITOR REPORT DEADLINES

**LR 7-1 CERTIFICATION**

Pursuant to Local Rule 7-1, counsel for the Parties and Amici conferred in good faith by email. Intervenor-Defendant Portland Police Association (PPA), Enhanced Amicus Albina Ministerial Alliance Coalition for Justice and Police Reform (AMAC), and Amicus Mental Health Alliance (MHA) do not oppose the relief sought in this Motion.

**MOTION**

Plaintiff United States of America (United States) and Defendant City of Portland (City) (collectively, the Parties) move for the entry of an order that would extend the deadline for the Monitor to post his draft report publicly. To maintain the full 32-day period for community input, as well as the fourteen-day period for the Monitor to consider that community input, the Parties also seek to extend the deadline for the Monitor to file the final report with the Court.

The draft report is currently due to post publicly on October 29, 2026. *See* ECF 592. Chief Bob Day will be traveling outside of the country on October 29, 2026, but would like to be in town when the draft report is posted. The Parties request an extension of the public posting date to accommodate this. Chief Day returns after the close of business on November 2, 2026. The Parties would like to push back the public posting date to either November 3 or November 4, 2026, and given that November 3, 2026, is election day, the Parties ask the Court to determine which date is more appropriate. If the request is granted, the Parties request the deadline for posting the final report be moved to accommodate the change and that the Court set the final report due date to either Saturday, December 19, 2026, if the public posting date is moved to November 3, 2026, or Sunday, December 20, 2026, if the public posting date is moved to November 4, 2026.

For the foregoing reasons, the Parties respectfully ask the Court to extend the deadline for

the Monitor's publicly posted draft report and filing of the final report.

DATED: October 23, 2026.

Respectfully submitted,

For Defendant CITY OF PORTLAND:

*/s/ Robert Taylor*
ROBERT TAYLOR, OSB #044287
City Attorney

*/s/ Heidi Brown*
HEIDI BROWN, OSB #922410
Chief Deputy City Attorney

*/s/ Lisa Rogers*
LISA ROGERS, OSB #176519
Deputy City Attorneys
Portland City Attorney's Office

For Plaintiff UNITED STATES OF AMERICA:

SCOTT E. BRADFORD
United States Attorney
District of Oregon

HARMEET K. DHILLON
Assistant Attorney General
Civil Rights Division

R. JONAS GEISSLER
Deputy Assistant Attorney General

PATRICK MCCARTHY
Chief
Special Litigation Section

*/s/ Jeffrey R. Murray*
JEFFREY R. MURRAY

*/s/ Catherine Yoon*
CATHERINE YOON
Trial Attorneys
Special Litigation Section
Civil Rights Division
United States Department of Justice