**Independent Court-Appointed Monitoring Team – Proposed Operating Budget (2026/2027)**

Following is the Independent Court-Appointed Monitor's (Monitoring Team's) proposed budget, covering the Monitorship of the Settlement Agreement (SA) from July 1, 2026 – June 30, 2027:

| **Labor** | | | |
|---|---|---|---|
| **Core Monitorship Duties (SA Par. 216)** | **Hourly Rate*** | **Anticipated Hours** | **Anticipated Cost Subtotal ($)** |
| Update Monitoring Plan | $325 | 50 | 16,250 |
| Conduct Semi-annual Compliance Assessments | $325 | 500 | 162,500 |
| Conduct Qualitative and Quantitative Outcome Assessments | $325 | 350 | 113,750 |
| Provide Recommendations and Advice on Overcoming Barriers to Substantial Compliance | $325 | 150 | 48,750 |
| Prepare Semi-annual Monitor Reports | $325 | 200 | 65,000 |
| **Additional Monitorship Tasks (SA Pars. 228-231)** | | | |
| Court Appearances | $325 | 100 | 32,500 |
| Communication with Parties | $325 | 200 | 65,000 |
| Community Events (including Monitor's Town Hall Meetings) | $325 | 500 | 162,500 |
| Communications with Public Stakeholders/Website Maintenance | $325 | 150 | 48,750 |
| | | **Total Anticipated Hours:**<br><br>**2,200** | **Total Anticipated Labor Costs:**<br><br>**$715,000** |
| **Non-Labor** | | | |
| **Expense** | | | **Anticipated Cost Subtotal ($)** |
| Travel, Lodging, Per Diem⁺ | | | 85,000 |
| Miscellaneous: Software Licenses, Site Hosting Fees, Supplies, etc. | | | 20,000 |
| | | | **Total Anticipated Non-Labor Costs:**<br><br>**$105,000** |
| **Total Anticipated Costs** | | | **$820,000** |

[*] ***Hourly Rate*** – The hourly rate of $325 (as listed above) reflects a blended weighted average for all members of the Monitoring Team, including the Lead Monitor, Deputy Monitor, and Associate Monitors.

[+] ***Travel Expenses*** – The Monitoring Team bills its lodging, meals, and incidental travel expenses in accordance with applicable per diem rates established by the U.S. General Services Administration. We do not bill separately for any travel time (though monitoring work conducted while traveling is billed as indicated in the above budget).

[THIS SPACE INTENTIONALLY LEFT BLANK]